IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CURIO BIOSCIENCES, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 23-1375 (MN) ) ) ) ) ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 21st day of February 2025:

WHEREAS, on January 29, 2025, Magistrate Judge Burke issued a Report and Recommendation ("the Report") (D.I. 70) in this action, recommending that the Court grant-in-part and deny-in-part Plaintiffs 10X Genomics, Inc. and Prognosys Biosciences, Inc.'s Motion to Dismiss Curio Biosciences, Inc.'s First through Fourth Counterclaims (D.I. 51); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

Plaintiffs 10X Genomics, Inc. and Prognosys Biosciences, Inc.'s Motion to Dismiss Curio Biosciences, Inc.'s First through Fourth Counterclaims (D.I. 51) is GRANTED-IN-PART and DENIED-IN-PART.

The motion is GRANTED without prejudice as to the First and Third Counterclaims and DENIED as to the Second Counterclaim.

As for the Fourth Counterclaim, the motion is GRANTED without prejudice as to those portions of the counterclaim premised upon the grounds for relief stated in the First and Third Counterclaims and DENIED as to the portions of the counterclaim premised upon the grounds for relief stated in the Second Counterclaim.

IT IS FURTHER ORDERED that the Report's recommendation regarding the bifurcation and stay request is ADOPTED. (*See* D.I. 70 at 23-24).

The Honorable Maryellen Noreika
United States District Judge