IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> CURIO BIOSCIENCE, INC., <br><br> *Defendant.* | Civil Action No. 23-cv-1375-MN |

**JOINT LETTER REGARDING *MARKMAN* HEARING**

In accordance with Scheduling Order (D.I. 25), the parties 10x Genomics, Inc., Prognosys Biosceinces, Inc., and Curio Bioscience, Inc. submit this Joint Letter regarding the *Markman* hearing.

**I.   LIVE TESTIMONY**

The parties do not request leave to present live testimony at the *Markman* hearing.

**II.   HEARING TIME**

10x and Prognosys, collectively, respectfully request one hour of argument time and Curio respectfully requests one hour of argument time for a total of two hours of argument time at the *Markman* hearing.

Respectfully submitted,

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | FARNAN LLP |
| *s/ Jason J. Rawnsley* | */s/ Brian E. Farnan* |
| Frederick L. Cottrell, III (#2555) | Brian E. Farnan (Bar No. 4089) |
| Jason J. Rawnsley (#5379) | Michael J. Farnan (Bar No. 5165) |
| Alexandra M. Ewing (#6407) | 919 N. Market St., 12th Floor |
| Gabriela Z. Monasterio (#7240) | Wilmington, DE 19801 |
| RICHARDS, LAYTON & FINGER, P.A. | (302) 777-0300 |
| 920 North King Street | (302) 777-0301 (Fax) |
| Wilmington, DE 19801 | bfarnan@farnanlaw.com |
| (302) 651-7700 | mfarnan@farnanlaw.com |
| cottrell@rlf.com | |
| rawnsley@rlf.com | |
| ewing@rlf.com | *Of Counsel*: |
| monasterio@rlf.com | |
| | IRELL & MANELLA LLP |
| *Of Counsel*: | Morgan Chu |
| | Alan Heinrich |
| TENSEGRITY LAW GROUP LLP | Andrew Krause |
| Matthew Powers | Abigail Sellers |
| Paul Ehrlich | 1800 Avenue of the Stars, Suite 900 |
| Stefani Smith | Los Angeles, CA 90067 |
| Natasha Saputo | Tel: (310) 277-1010 |
| Li Shen | Fax: (310) 203-7199 |
| 555 Twin Dolphin Drive | Curio10x-service@irell.com |
| Suite 650 | |
| Redwood Shores, CA 94065 | COVINGTON & BURLING LLP |
| Tel: (650) 802-6000 | |
| | Kevin B. Collins |
| Ronald J. Pabis | Andrew D. Lazerow |
| Daniel Kazhdan | Matthew Kudzin |
| Kiley White | Paul Enriquez |
| Joanna R. Schacter | Priscilla Dodson |
| Grace Gretes | One CityCenter |
| Parshad K. Brahmbhatt | 850 Tenth Street, NW |
| 1676 International Drive | Washington, DC 20001-4956 |
| Suite 910 | Tel: (202) 662-6000 |
| McLean, VA 22102 | Cov-Curio-10x@cov.com |
| Tel: (650) 802-6000 | |
| 10x_Curio_Service@tensegritylawgroup.com | Madison Arent |
| | The New York Times Building |
| | 620 Eighth Avenue |

*Attorneys for Plaintiffs*

Dated: August 6, 2025

New York, NY 10018-1405
Telephone: (212) 841-1000
Cov-Curio-10x@cov.com

*Attorneys for Defendant*

3