IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>CURIO BIOSCIENCE, INC., TAKARA BIO USA, INC., and TAKARA BIO USA HOLDINGS, INC.<br><br>*Defendants.* | Civil Action No. 23-1375-MN |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants Curio Bioscience, Inc., Takara Bio USA, Inc., and Takara Bio USA Holdings, Inc. ("Curio" or "Defendants") hereby move for partial summary judgment that Trekker does not infringe claims 2, 7, 14, 15, 19, and 28 of U.S. Patent No. 10,480,022 (the "'022 patent"), claims 5 and 20 of U.S. Patent No. 11,549,138 (the "'138 patent"), and claims 3, 6, and 24 of U.S. Patent No. 11,761,030 (the "'030 patent"). The grounds for this Motion are set forth in the accompanying opening brief.

Date: December 16, 2025

*Of Counsel:*

Kevin B. Collins (admitted *Pro Hac Vice*)
Jeffery B. Elikan (admitted *Pro Hac Vice*)
Eric R. Sonnenschein (admitted *Pro Hac Vice*)
Douglas A. Behrens (admitted *Pro Hac Vice*)
Priscilla Dodson (admitted *Pro Hac Vice*)
Laura Martin (admitted *Pro Hac Vice*)
Allyson Corigliano (admitted *Pro Hac Vice*)
Adam Smith (admitted *Pro Hac Vice*)
Robert McMullen (admitted *Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants Curio Bioscience, Inc., Takara Bio USA, Inc., and Takara Bio USA Holdings, Inc.*

Tel: (202) 662-6000
kcollins@cov.com
jelikan@cov.com
esonnenschein@cov.com
dbehrens@cov.com
alazerow@cov.com
mkudzin@cov.com
pdodson@cov.com
lmmartin@cov.com
acorigliano@cov.com
adsmith@cov.com
rmcmullen@cov.com

Ian M. Hurst (admitted *Pro Hac Vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
ihurst@cov.com