## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., *Plaintiffs,* v. CURIO BIOSCIENCE, INC., TAKARA BIO USA, INC., and TAKARA BIO USA HOLDINGS, INC. *Defendants.* | Civil Action No. 23-1375-MN |

## [PROPOSED] ORDER FOR DEFENDANTS'
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Upon consideration of Defendants Curio Bioscience, Inc., Takara Bio USA, Inc., and Takara Bio USA Holdings, Inc.'s ("Curio" or "Defendants") Motion for Partial Summary Judgment ("Motion") and any opposition thereto;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Maryellen Noreika