## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| 10x GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>CURIO BIOSCIENCE, INC., TAKARA BIO USA, INC., and TAKARA BIO USA HOLDINGS, INC.<br><br>*Defendants.* | Civil Action No. 23-1375-MN<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants Curio Bioscience, Inc., Takara Bio USA, Inc., and Takara Bio USA Holdings, Inc. ("Curio" or "Defendants") submit the following undisputed facts in support of their motion for summary judgment against Plaintiffs 10x Genomics Inc. and Prognosys Biosciences, Inc (collectively, "Plaintiffs"). As referred to below, the Asserted Patents relevant to the motion are U.S. Patent Nos. 10,480,022 (the "'022 patent"), 11,549,138 (the "'138 patent"), and 11,761,030 (the "'030 patent").

**Statement of Undisputed Material Facts**

1. Plaintiffs allege that Defendants' Trekker product ("Trekker") infringes claims 2, 7, 14, 15, 19, and 28 of the '022 patent, claims 5 and 20 of the '138 patent, and claims 3, 6, and 24 of the '030 patent. Ex. A, Quackenbush Opening ¶ 12.

2. Trekker includes a tile coated with a layer of microscopic beads, which are attached to nucleic-acid sequences called oligonucleotides ("oligos"). Ex. K, CURIO00002451 (Trekker User Manual); Ex. A, Quackenbush Opening ¶ 267–68; Ex. B, Puglisi Rebuttal ¶ 87.

1

3.     The sequence of steps for using Trekker, called the "workflow," begins with melting a tissue sample onto the Trekker tile. Ex. K, CURIO00002461–63 (Trekker User Manual); Ex. A, Quackenbush Opening ¶ 447; Ex. B, Puglisi Rebuttal ¶ 89.

4.     Trekker oligos are then photocleaved from the beads by exposing them to ultraviolet light, resulting in some of the oligos diffusing into nuclei of cells in the tissue sample. Ex. K, CURIO00002452 (Trekker User Manual); Ex. B, Puglisi Rebuttal ¶ 89; Ex. C, Quackenbush Reply ¶ 168.

5.     Plaintiffs have not asserted that the Trekker oligos bind to a nucleus. Ex. C, Quackenbush Reply ¶ 146 ("I have not opined that Trekker oligos bind to a cell nucleus.").

6.     Plaintiffs also have not asserted that the Trekker oligos directly bind to any biological molecule in the tissue sample, nor is there any evidence for such an assertion. ███

███████████

7.     After the diffusion step described above, the tissue sample that was melted on the Trekker tile is further processed to allow for transfer to an independent system called a "single-cell sequencing platform." Ex. K, CURIO00002451-52 (Trekker User Manual); Ex. B, Puglisi Rebuttal ¶¶ 155, 193, 361, 367. Specifically, before transfer, the sample is dissociated from the tile to isolate the cells or nuclei in an aqueous solution. *Id.*

8.     Individual nuclei that have been isolated from the sample on the Trekker slide are then transferred to the single-cell platform. Ex. K, CURIO00002451-52 (Trekker User Manual); Ex. B, Puglisi Rebuttal ¶¶ 155, 193, 361, 367.

9.     Single-cell platforms study gene expression via RNA sequencing. Ex. K, CURIO00002451–52 (Trekker User Manual); Ex. B, Puglisi Rebuttal ¶ 90.

10.     Single-cell platforms use capture sequences that target and bind to mRNA from isolated cells or nuclei, outside of the sample, in either microwells or droplet partitions. Ex. K, CURIO00002451-52 (Trekker User Manual); Ex. A, Quackenbush Opening ¶ 415 (stating that capture sequences of the single-cell platform "bind to mRNA molecules from a given nucleus"), ¶ 435 (mRNA is "target" in the single-cell platform); Ex. C, Quackenbush Reply ¶ 38 ("molecules to be analyzed by the single cell sequencing platform" are "mRNA molecules"; nuclei are "isolated into microwells or encapsulated in individual droplet partitions"); ████████████████████ ██████████████████████████████; Ex. B, Puglisi Rebuttal, ¶¶ 73–74 (singe cell protocols are either droplet or microwell based).

11.     The capture sequences in the single-cell platforms do not originate from a biological tissue sample and are not part of any such sample; they are synthetic sequences. Ex. B, Puglisi Rebuttal ¶¶ 147, 151, 155; ████████████████████████████████ Nor are they ever part of a tissue sample. Ex. B, Puglisi Rebuttal ¶ 151.

12.     The synthetic capture sequences in the single-cell platform are introduced after the dissociation of the sample previously melted to the Trekker tile and transfer of the isolated nuclei to the single-cell platform. Ex. B, Puglisi Rebuttal ¶¶ 151, 155, 243; █████████████████ ████████.

13.     When the isolated nuclei that have been removed from the Trekker slide and tissue sample are transferred into the single-cell platform, some of the synthetic capture sequences in the single-cell platform will bind to mRNA in the isolated nucleus, while other such synthetic capture sequences will separately and independently bind to Trekker oligos. Ex. A, Quackenbush Opening ¶¶ 415–18, 435; Ex. B, Puglisi Rebuttal ¶ 90.

14.    Plaintiffs do not allege that Trekker oligos and mRNA directly bind to each other, nor is there any evidence for such an assertion. Ex. A, Quackenbush Opening ¶ 435 (stating that "the Trekker oligo is not directly attached to the mRNA target").

15.    Trekker oligos do not determine the spatial location of the synthetic capture sequences in the single-cell platform. Ex. B, Puglisi Rebuttal ¶¶ 146, 150, 159; ███████████

███████████

16.    In the Trekker workflow, users do not use Trekker to assay the capture sequence of the single-cell platform. Ex. B, Puglisi Rebuttal ¶ 150 ("Users do not use Trekker to research or analyze the capture sequence released by the beads of the single cell-platform"); ███████████

███████████

Date: December 16, 2025

*Of Counsel:*

Kevin B. Collins (admitted *Pro Hac Vice*)
Jeffery B. Elikan (admitted *Pro Hac Vice*)
Eric R. Sonnenschein (admitted *Pro Hac Vice*)
Douglas A. Behrens (admitted *Pro Hac Vice*)
Priscilla Dodson (admitted *Pro Hac Vice*)
Laura Martin (admitted *Pro Hac Vice*)
Allyson Corigliano (admitted *Pro Hac Vice*)
Adam Smith (admitted *Pro Hac Vice*)
Robert McMullen (admitted *Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000
kcollins@cov.com
jelikan@cov.com
esonnenschein@cov.com
dbehrens@cov.com
alazerow@cov.com
mkudzin@cov.com
pdodson@cov.com
lmmartin@cov.com
acorigliano@cov.com
adsmith@cov.com
rmcmullen@cov.com

Ian M. Hurst (admitted *Pro Hac Vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
ihurst@cov.com

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants Curio Bioscience, Inc., Takara Bio USA, Inc., and Takara Bio USA Holdings, Inc.*

5