**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 10x GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>CURIO BIOSCIENCE, INC., TAKARA BIO USA, INC., and TAKARA BIO USA HOLDINGS, INC.<br><br>*Defendants.* | Civil Action No. 23-1375-MN<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

<u>**DECLARATION OF IAN M. HURST IN SUPPORT OF**</u>
<u>**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**</u>

I, Ian M. Hurst, declare as follows:

1.    I am an associate at Covington & Burling LLP and counsel for Defendants Curio Bioscience, Inc., Takara Bio USA, Inc., and Takara Bio USA Holdings, Inc. ("Curio" or "Defendants").

2.    I am familiar with the matters set forth herein and submit this declaration in support of Defendants' Opening Brief in Support of their Motion for Partial Summary Judgment.

3.    Attached as Exhibit A hereto is a true and correct copy of excerpts of the Expert Report of John Quackenbush, Ph.D., Regarding Embodying Products and Infringement, dated September 29, 2025 ("Quackenbush Opening").

4.    Attached as Exhibit B hereto is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Joseph D. (Jody) Puglisi, Regarding Non-Infringement and Technical Issues Relating to Damages, dated October 31, 2025 ("Puglisi Rebuttal").

5.    Attached as Exhibit C hereto is a true and correct copy of excerpts of the

Reply Expert Report of John Quackenbush, Ph.D., dated November 21, 2025 ("Quackenbush Reply").

6.     Attached as Exhibit D hereto is a true and correct copy of excerpts of the ███████ ████████████████████████████████████████████████████████████████ ██████████████████████.

7.     Attached as Exhibit E hereto is a true and correct copy of excerpts of the ████████████████████████████████████████████████████████████████████ ████████████████████.

8.     Attached as Exhibit F hereto is a true and correct copy of U.S. Patent No. 10,480,022 ("'022 patent").

9.     Attached as Exhibit G hereto is a true and correct copy of U.S. Patent No. 11,549,138 ("'138 patent").

10.     Attached as Exhibit H hereto is a true and correct copy of U.S. Patent No. 11,761,030 ("'030 patent").

11.     Attached hereto as Exhibit I is a true and correct copy of a ████████████ ████████████████████████████████████████████████████████████████████ ██████████.

12.     Attached hereto as Exhibit J is a true and correct copy of an article entitled "Slide-tags enables single nucleus barcoding for multimodal spatial genomics" by Andrew J. C. Russell, et al., bearing production numbers CURIO00001882–913 ("Slide Tags Article").

13.     Attached hereto as Exhibit K is a true and correct copy of Curio's "Trekker

██████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████

Single-Cell Spatial Mapping Kit" (Version U), bearing production numbers CURIO00002448–70 ("Trekker Version U User Guide").

14.    Attached hereto as Exhibit L is a true and correct copy of excerpts of 

15.    Attached hereto as Exhibit M is a true and correct copy of an article entitled "Curio Bioscience Launches Early Access to Broad-Developed Method Marrying Single-Cell, Spatial Data" by Andrew P. Han, bearing production numbers CURIO00037632–34 ("Han Article").

16.    Attached hereto as Exhibit N is a true and correct copy of a Curio Product Note for the "Curio Trekker Single-Cell Spatial Mapping Kit," bearing production numbers CURIO00064830–33 ("Trekker Product Note").

17.    Attached hereto as Exhibit O is a true and correct copy of excerpts of a 

18.    Attached hereto as Exhibit P is a true and correct copy of excerpts of a

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

3

Executed on February 2, 2026, in Los Angeles, CA.

*/s/ Ian M. Hurst*
Ian M. Hurst

# Exhibit A

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> *Plaintiffs,* <br><br> *v.* <br><br> CURIO BIOSCIENCE, INC., TAKARA BIO USA, INC., and TAKARA BIO USA HOLDINGS, INC. <br><br> *Defendants.* | Civil Action No. 23-cv-1375-MN |

**EXPERT REPORT OF JOHN QUACKENBUSH, PHD REGARDING
EMBODYING PRODUCTS AND INFRINGEMENT**

Dated: September 29, 2025

By:

John Quackenbush

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

**10x Genomics People:**

- Serge Saxonov, co-founder & Chief Executive Officer, 10x
- Michael Schnall-Levin, founding scientist & Chief Technology Officer, 10x
- Eric Whitaker, Chief Legal Officer, 10x
- Randy Wu, Vice President of Intellectual Property and Litigation, 10x
- Ben Hindson, co-founder, Chief Scientific Officer, & President, 10x
- Peter Smibert, Vice President, Biology, 10x
- Nate Veldkamp, Vice President, Finance, 10x
- Jacob Stern, former Director, Strategy & Insights, and before that Director of Product Management for Visium, 10x
- Julia Cowen, former Associate Director, Product Management for Visium, 10x
- Ashley Benham, Senior Account Executive, Biopharma, 10x
- Augusto Tentori, Principal Microfluidics Engineer, 10x

**Prognosys People:**

- Mark Chee, Chief Executive Officer, Chief Scientific Officer, & Inventor of the Asserted Patents, Prognosys

### D.    Legal Principles

11.    Legal principles have been provided to me by counsel for 10x and Prognosys that I have applied in forming my opinions. I summarize my understanding of those principles in Sections III.A-B, below.

## II.    SUMMARY OF OPINIONS RELATING TO EMBODYING AND PRACTICING PRODUCTS

12.    Based on my professional experience and qualifications, knowledge of the relevant technologies, analysis of Defendants' Seeker and Trekker products, analysis of 10x's Visium Gene Expression products, the documentation and materials considered described above, and my understanding of the legal principles, I have formed the following opinions about the use of the following products practicing various Prognosys patent method and composition claims:[1]

---

[1] The products that fall within each group are provided in **Exhibit 4**.

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

**10x Genomics' Visium (Fresh Frozen, FFPE, FF/FFPE with CytAssist, HD, and HD 3') products embody the following Asserted Claims:**

- Claims 21 and 26 of the 468 Patent; and

- Claims 5, 6, 12, 17, 27, and 30 of the 879 Patent.

**Defendants' Seeker products:**

- Seeker (tile, components, and consumables): use and compositions infringe

  - Claims 2, 6, 7, 14, 15, 19, and 28 of the 022 Patent;

  - Claims 21 and 26 of the 468 Patent;

  - Claims 2, 5, 6, 12, 17, 21, 27, and 30 of the 879 Patent;

  - Claims 5, 20, and 29 of the 138 Patent; and

  - Claims 3, 6, 24, 26, and 30 of the 030 Patent.

**Defendants' Trekker products:**

- Trekker (tile, components, and consumables): use and compositions infringe

  - Claims 2, 7, 14, 15, 19, and 28 of the 022 Patent;

  - Claims 5 and 20 of the 138 Patent; and

  - Claims 3, 6, and 24 of the 030 Patent.

13.    Based on my professional experience and qualifications, knowledge of the relevant technologies, and the documentation and materials considered described above and my understanding of the legal principles, I have also formed and provided opinions regarding the technological similarity and comparability of the Prognosys Patents with the subject technology

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

knew of the existence of the patent and that the component or apparatus was especially made or adapted for use in the infringing instrumentality or to practice the infringing method.

40.    I also understand that a staple article or commodity of commerce capable of substantial non-infringing use is something that has uses other than as a component of the patented product or instrumentality, and those other uses are not occasional, farfetched, impractical, experimental, or hypothetical. I understand that in practical application this means that an accused entity cannot avoid contributory infringement merely by pointing out that some non-infringing use exists or may exist. Similarly, I understand that if a component is created in such a way that in its normal use it will alternatively infringe and not infringe, such that the normal use of the component always results in some infringement, then this does not result in substantial non-infringing use.

C.    **Summary of the Prognosys Patents**

1.    **Overview of the Asserted Patents**

41.    The Asserted Patents all share a common specification and claim priority to Application No. 13/080,616, filed on April 5, 2011, which claims priority to Provisional Application No. 61/321,124, Filed April 5, 2010.[10] Dr. Mark Chee is the inventor of all of the Asserted Patents.

42.    The 022, 468, 879, 138, and 030 Patents are all entitled "Spatially Encoded Biological Assays." The 468 and 879 method patents contain claims directed to methods of determining presence/abundance of a nucleic acid at a location in a tissue section. The 022 method patent similarly contains claims directed to methods of determining a spatial location of a biological molecule of a tissue sample. The 138 and 030 composition patents recite compositions

---

[10] U.S. 9,371,598 File History (Application No. 13/080,616), 10XC-00127501; U.S. Provisional Application No. 61/321,124 File History, 10XC-00008728, 10XC-00127408.

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

comprising an array comprising a substrate and a plurality of capture probes that allow for identification of a unique location on the substrate.

43.     In addition to discussing the Asserted Patents in more detail below, I also discuss them in Section III.B of my September 26, 2025 Report on Issues of Technical Comparability and Other Issues Related to Patent Damages, which I incorporate here in its entirety.

### 2.     Overview of the Method Claim Patents

44.     The method patents use probes that consist of a region for binding a target biological molecule (the binding agent or capture agent) that is coupled to an oligonucleotide comprising a sequence (coding identifier or coding tag) denoting a spatial location. The claims contain steps including, among other things: providing a plurality of said probes such that they interact with a biological molecule and subsequently use a probe's coding identifier/tag to determine a spatial location or the presence/abundance of a biological molecule in a tissue sample. The dependent claims include various limitations directed to the identity of the probe binding partners, the type and location of the interaction, amplification or sequencing of one or both of the binding partners, as well as, *e.g.*, the tissue sample type (fresh frozen or formalin-fixed paraffin-embedded) or type of biological molecule (*e.g.*, mRNA). The method patents are further described below, listed in chronological order of issuance date.

45.     The 022 Patent issued on November 19, 2019, and relates to spatial analysis of biological molecules of a tissue sample. The 022 Patent claims a method for determining a spatial location of a biological molecule of a tissue sample. The 022 Patent utilizes binding agents comprising an oligonucleotide sequence serving as a coding identifier. The binding agents are configured to interact with a biological molecule. The coding identifiers are subsequently used to identify the location of an interaction, allowing for a spatial location to be determined.

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

of interest within the tissue sample.[309] A representative spatial, whole-transcriptome map denoting the presence or abundance of the mRNA at various locations in the tissue section of interest is provided in the exemplary figure below:[310]



### 2. Trekker

267.    The Trekker product is a tile-based, single-cell spatial mapping kit that is compatible with fresh frozen tissues. The Trekker tile is 10 x 10 mm.[311]

---

[309] Curio Seeker Product Sheet, CURIO00002155 at 2157.

[310] Curio Bioscience, Introducing Curio Seeker: High-Resolution Spatial Transcriptomics (March 1, 2023), https://www.youtube.com/watch?v=Kh-qyQYiu48, 10XC-00018911 at 1:24-1:29.

[311] Curio Trekker Single-Cell Spatial Mapping Kit, Version U for Fresh Frozen Tissue, Early Access User Guide, CURIO00002448 at 2451; *see also* Curio Trekker Single-Cell Spatial Mapping Kit, Early Access User Guide, CURIO00002159 at 2162; ██████████████████████████████████ Trekker User Guide Version U: compatible with 10x Chromium Next GEM Single Cell Multiome ATAC + Gene Expression, CURIO00003876 at 3879; ██████████████ Curio Bioscience Spatial Mapping Kits, CURIO00003698 at 3721, 3730.

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**



Figure 1. Curio Trekker tile

268.    The tissue sample is melted onto the tile which is a glass substrate containing a single layer of beads –microparticles with oligonucleotide probes. When the tile is exposed to ultraviolet ("UV") light, the Trekker oligos are photocleaved and internalized by the tissue, tagging the nuclei in the tissue sample, therefore providing a spatial barcode to the mRNA molecules in each nucleus.[312] The nuclei with the spatial barcodes are then disassociated and isolated.[313]

---

[312] Curio Trekker Single-Cell Spatial Mapping Kit, Version U for Fresh Frozen Tissue, Early Access User Guide, CURIO00002448 at 2451; *see also* Curio Trekker Single-Cell Spatial Mapping Kit, Early Access User Guide, CURIO00002159 at 2162; ███████████████████████ ███████████████████████████████████████████████████████████ Trekker User Guide Version U: compatible with 10x Chromium Next GEM Single Cell Multiome ATAC + Gene Expression, CURIO00003876 at 3879; ███████████████████████████████████████████

[313] Curio Trekker Single-Cell Spatial Mapping Kit, Version U for Fresh Frozen Tissue, Early Access User Guide, CURIO00002448 at 2452; *see also* Curio Trekker Single-Cell Spatial Mapping Kit, Early Access User Guide, CURIO00002159 at 2176.

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

270.    During sequencing, the spatial locations of the molecules in the nuclei are determined by the sequences of the bead barcode. The final products include the single nucleus whole transcriptome library, which contains the gene expression information, and the Curio Trekker library, which contains the spatial location of each nucleus.[316, 317]



271.    Currently Takara/Curio offers two versions of the Trekker kits – the "U" version compatible with 10x's Chromium 3', BD's Rhapsody WTA, BD's Rhapsody Single-Cell ATAC-Seq and mRNA Whole Transcriptome Analysis, and BD Rhapsody Single-Cell TCR/BCR; and the "Q" version which is compatible with Parse Evercode.[318] I understand that Curio and/or Takara had sold other versions of Trekker (for example, ████████████████ ) in the past.[319]

272.    ████████████████████████████████████████████████

████████████████████████████████████████████████

---

[316] Curio Trekker Single-Cell Spatial Mapping Kit, Version U for Fresh Frozen Tissue, Early Access User Guide, CURIO00002448 at 2451; *see also* Curio Trekker Single-Cell Spatial Mapping Kit, Early Access User Guide, CURIO00002159 at 2162; ████████████████████████ ████████████████████████████████ Trekker User Guide Version U: compatible with 10x Chromium Next GEM Single Cell Multiome ATAC + Gene Expression, CURIO00003876 at 3879; ████████████████████████ ████████████████████████ .

[317] Curio Trekker Single-Cell Spatial Mapping Kit, Early Access User Guide, CURIO00002159 at 2177.

[318] https://www.takarabio.com/products/next-generation-sequencing/spatial-omics/trekker-single-cell-spatial-mapping-kit, 10XC-00170263 at 0264.

███ ████████████████████████████████████████

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

| Claim Term | Court's Construction |
|---|---|
| "a biological molecule" | Plain and ordinary meaning, which is "one or more biological molecule[s]" |
| "binding agent" | Plain and ordinary meaning, which is "an agent that binds to a biological molecule of interest with high affinity and/or complementarity" |
| "configured to interact with a biological molecule of a tissue sample" | Plain and ordinary meaning, which is "configured to establish a chemical or physical relationship with a biological molecule of a tissue sample" |
| "wherein the plurality of beads comprise a plurality of binding agents" | Plain and ordinary meaning, which is "a plurality of binding agents are distributed across a plurality of beads" |

386. As I noted above in Section III.I.2, the Trekker products have different versions, including Trekker Versions U (compatible with multiple single-cell workflows), Version Q (also called Version P; compatible with Parse Evercode), ████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████ ██ ████

████████████████████████████████████████████ ██ Defendants

also released library preparation protocols for Trekker Version U for different single cell

workflows including Illumina Single Cell 3', 10x Multiome, BD Rhapsody Single Cell ATAC-seq,

---

[465] Curio Trekker Single-Cell Spatial Mapping Kit, Version U for Fresh Frozen Tissue, Early Access User Guide, CURIO00002448 at 2467; Trekker User Guide Version U: compatible with 10x Chromium Next GEM Single Cell Multiome ATAC + Gene Expression, CURIO00003876 at 3879; Trekker™ Q Single-Cell Spatial Mapping Kit User Manual, 10XC-00170338; Trekker™ Q Single-Cell Spatial Mapping Kit User Manual, 10XC-00170338 at 354█ ██████████████████████████ ███████████████████████████████████████████████████████ ; Curio Trekker Spatial Mapping Kit For Fresh Frozen Tissues, CURIO00037649 at 654 ██████████████████, 659-70; Curio Trekker Library Preparation with 10x Chromium 5' Reagent Kits, CURIO00269006; *see also* Takara Bio USA Trekker™ Single-Cell Spatial Mapping User Manual, 10XC-00169336 at 9351. ██ ████████████████████████████████████████████ ██████████████████

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

Chromium 3', and BD Rhapsody WTA.[467] From my review of the materials associated with these different versions of Trekker, for the purpose of my infringement analysis, these different versions of Trekker work in substantially the same way; the differences are that these different versions may employ different handshake sequences that bind to different sequences of the capture oligos used in certain single cell workflows. Therefore, unless I separately address a particular Trekker version (for example, ███████████), I generally use Trekker Version U as the exemplary Trekker product for my infringement analysis for the 022, 138, and 030 Patents, and my infringement analysis would apply equally to all versions of Trekker.

> **(1)    Claim 1 (Preamble): A method for determining a spatial location of a biological molecule of a tissue sample comprising:**
>
> **(a)    Seeker**

387.    It is my understanding that the parties did not ask the Court to construe the preamble as limiting and the Court did not do so. Nonetheless, it is my opinion that if the preamble language must be met, the Seeker Accused Instrumentalities are used to perform a method for determining a spatial location of a biological molecule (*e.g.*, mRNA) of a tissue sample. I incorporate my analysis for each step in the method below.

388.    I further incorporate my opinions and bases here that I provided above for Claim 1 of the 879 Patent in Section III.J.1.a. For the same reasons as those set forth for the preamble of

---

[467] Trekker U Library Preparation with Illumina Single Cell 3' RNA Prep Kits Protocol-At-A-Glance, 10XC-00170362; Trekker User Guide Version U: compatible with 10x Chromium Next GEM Single Cell Multiome ATAC + Gene Expression, CURIO00003876 at 3879; Trekker U Library Preparation with BD Rhapsody Single-Cell ATAC-Seq and mRNA WTA Kit Protocol-At-A-Glance, 10XC-00170356; Trekker Library Preparation with 10x Chromium 3' Reagent Kit Protocol-At-A-Glance, 10XC-00169324; Trekker Library Preparation with the BD Rhapsody WTA Kit Protocol-At-A-Glance, 10XC-00169327.

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION



405.    I understand that the term "binding agent" should be given its plain and ordinary meaning, which is "an agent that binds to a biological molecule of interest with high affinity and/or complementarity."[490] The court further notes that "[h]ere, the claim language is clear – the binding agent must specifically bind a molecule or molecules of interest and it must be configured to interact with a molecule or molecules of interest."[491] The claim language does not specify that the "molecules of interest" for "binding" and "interacting" have to be the same molecule(s). I also understand that there is no requirement that a biological molecule of interest in the context of the claim must be a native biological molecule of a tissue sample, as the Court noted that "I think that specification makes clear that natural and constructed molecules are contemplated."[492]

406.    In my opinion, the barcoded oligo in Trekker is a binding agent because (1) it has a "handshake sequence" that specifically binds to a molecule of interest – a barcoded capture oligo (such as oligos on a bead or a gel bead) in the single cell sequencing workflow, with complementarity and (2) it is configured to interact with a biological molecule of a tissue sample

---

[490] D.I. 225, August 27, 2025, *Markman* Hearing Transcript at 97:10-101:3.
[491] D.I. 225, August 27, 2025, *Markman* Hearing Transcript at 102:22-25.
[492] D.I. 225, August 27, 2025, *Markman* Hearing Transcript at 102:1-4.

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

associated with a cell nucleus. The capture oligo involved in the specific binding interaction in a single cell sequencing workflow is a biological molecule because it is a nucleic acid. It is of interest because, without it, there would be no step in the existing workflow to allow for spatially tagging the nucleic mRNA in a way that would be compatible with the single cell sequencing workflow. Thus, the capture oligo of the gel bead is of great interest, as it serves as the linchpin for spatial tagging to work in a single-cell workflow, effectively serving as a bridge between the nucleic mRNA and the binding agents that allows the binding agents to associate barcodes with the nucleic mRNAs by indicating which nucleus the mRNAs are from.



---

493 CURIO00197502 at 7525.

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION



- Trekker U:  Trekker documents shows that Trekker U is actually or potentially compatible with 10x Chromium platforms, BD Rhapsody, Scale RNA, Fluent Pipseq, and Illumina Single Cell 3' RNA.[498]



---

[496] Curio Trekker Early Access Launch Validation Report, CURIO00268991 at 8991;

[498] CURIO00100184 at 0184; Trekker Library Preparation with 10x Chromium 3' Reagent Kit Protocol-At-A-Glance, 10XC-00169324; Trekker Library Preparation with the BD Rhapsody WTA Kit Protocol-At-A-Glance, 10XC-00169327 at 330; Trekker U Library Preparation with BD Rhapsody Single-Cell ATAC-Seq and mRNA WTA Kit Protocol-At-A-Glance, 10XC-00170356; Trekker U Library Preparation with Illumina Single Cell 3' RNA Prep Kits Protocol-At-A-Glance, 10XC-00170362.

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

- Trekker Q: the handshake sequence is a sequence that binds to the oligos used in the Parse Evercode WT single-nucleus kits.[499]

- ███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████



███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████

409.   **"coding identifier having a nucleic acid sequence" and "wherein the coding identifier corresponds to a location at which the binding agent interacts with a biological molecule of a tissue sample":** Similar to the Seeker workflow, the Trekker oligo includes two bead barcode sequences that serve as a coding identifier to identify the location at which the

---

[499] Trekker Q Library Preparation with Parse Evercode WT v3 Kits Protocol-At-A-Glance, 10XC-00170334.

█▌████████████████████████████████████████████████████████████████

█▌███████████████████████████████████      █████████████████████████

█▌█████████████████████████████████████████████████████

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

Trekker oligo interacts with a biological molecule of a tissue sample, which is the location of the nucleus where the interaction takes place. Later on in the workflow, █████████████████ ████████████████████████████████████████████████ to identify the bead barcodes and determine their spatial location on the tile.[502]

410.    The bead barcode sequences (which identify the location of the bead on the tile) correspond to a location at which the binding agent interacts with a biological molecule of a tissue sample. As I will explain below with respect to the "configured to interact" term, the barcoded oligo interacts with biological molecules (such as mRNAs and biological components of an opposite charge) of a nucleus in order to "tag" the nucleus with a spatial barcode (bead barcodes) to indicate the location of the nucleus. The "location at which the binding agent interacts with a biological molecule of a tissue sample" would be the location of the nucleus where the interactions take place.

411.    **"configured to interact with a biological molecule of a tissue sample":** I understand that the term "configured to interact" should be given its plain and ordinary meaning, which is "configured to establish a chemical or physical relationship with a biological molecule of a tissue sample."[503] I understand that the Court acknowledged that the "binding agent" can specifically bind to a biological molecule and "interact" with another biological molecule of interest.[504]

412.    The Trekker workflow involves photocleaving the barcoded oligos from the bead so that the barcoded oligos can diffuse into the tissue sample and tag nuclei in the tissue sample.

---

[502] ████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
[503] D.I. 225, August 27, 2025, *Markman* Hearing Transcript at 102:10-103:11.
[504] *Id*. at 102:10-103:3.

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**





**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**



413.   This tagging process constitutes interaction between the barcoded oligo and the mRNA molecules in a specific nucleus. This interaction (tagging the nucleus) establishes a physical relationship between the barcoded oligo and the mRNA molecules in the nucleus because the barcoded oligo remains in the same nucleus as the mRNA molecules of interest, *i.e.*, stays in close physical proximity with the mRNA molecule so that the barcoded oligo associates with mRNA molecules and serves as a location indicator for mRNAs in the same nucleus. A person of ordinary skill in the art would recognize that maintaining a physical proximity is a type of physical relationship or physical interaction between molecules. Establishing a physical relationship by adding a tag in physical proximity has been used in other contexts. For example, a 2015 article describes "the use of enzyme-catalyzed proximity labeling reagents that covalently tag the neighbors of a targeted protein with a small molecule such as fluorescein or biotin."[510]

---

[510] https://pmc.ncbi.nlm.nih.gov/articles/PMC4638030/pdf/zjw2848.pdf, 10XC-00170619.

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

414.     The physical interaction between the barcode oligo and certain molecules of the nucleus, for example molecules that bear a positive charge and react electrostatically with the negatively-charged barcode oligos, also constitutes an indirect interaction between the barcode oligos and the mRNAs that are part of the same nucleic structure.

415.     In addition to maintaining a physical proximity in the nucleus, the barcoded oligos also interact with the mRNA molecules indirectly within the partitions of a single-cell sequencing workflow. As I discuss above, the capture oligos of a gel bead (for example in the 10x Chromium workflow) bind to mRNA molecules from a given nucleus. The Trekker barcode oligos bind to oligos on the same gel bead, including as part of a multicomponent complex that includes the mRNA. The Trekker barcode oligo thus interacts with the mRNAs in the partition, including via these multicomponent complexes, associating the spatial barcode with the mRNAs of the nucleus that are bound to gel bead oligos. Depending on which single cell sequencing workflow is used, the complex and the interaction between the Trekker barcode oligos and the mRNAs happens within a microwell, on a bead, or in a gel emulsion. I note that the patent specification states that the "biological molecules to be detected can be any biological molecules such as proteins, nucleic acids, lipids, carbohydrates, ions, or **multicomponent complexes** containing any of the above."[511]

416.     As I have explained above with respect to the "binding agent" limitation, the Trekker oligo also includes a handshake sequence that is configured to bind to a complementary sequence on a capture oligo used in a compatible single cell workflow. For example, the compatible BD Rhapsody single cell system performs single-cell analysis by placing a single cell

---

[511] 022 Patent at 23:27-30 (emphasis added).

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

(or nucleus) in a microwell with a barcoded bead and lysing the cell or nucleus to release the mRNA molecules:[512]



417.    Both mRNA molecules and Trekker barcoded oligos in the nucleus are hybridized to the oligos on the Rhapsody barcoded bead.[513]



Because both the mRNA molecules and Trekker oligos are hybridized to oligos on the same bead, they form a multicomponent complex anchored by the bead, establishing a close physical relationship through the bead, which acts as an intermediary connecting them together.

418.    Similarly, when Trekker is used with the 10x Chromium workflow, the nucleus is encapsulated in a gel bead-in-emulsion (GEM) with a functionalized gel bead that has barcoded

---

512        https://www.bdbiosciences.com/en-us/products/instruments/single-cell-multiomics-systems/rhapsody-express?tab=overview, 10XC-00170427.

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

oligos, and both the Trekker oligos and mRNA targets hybridize to the Chromium barcoded oligos in the GEM, establishing a close physical and functional relationship between the Trekker oligos and mRNA target using the Chromium barcoded oligos as a "bridge."[514]





419.   ████████████████████████████████████████████████

██████████████████████████████████ ;515

---

██ ███████████████████████████████████████████

██████████████████████████

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

███████████████████

422.    Therefore, it is my opinion that the Trekker oligo is configured to interact with mRNAs and other biological molecules in a nucleus of a tissue sample via (1) establishing a physical relationship with the mRNA molecule through proximity; (2) establishing an indirect physical and chemical relationship with the mRNA through specific binding with the capture oligo component of a multi-component complex; and (3) electrostatic interaction or chemical linkage with a biological molecule of the cell nucleus that contains the mRNA. The result of each of those interactions is the spatial barcode (bead barcodes) in the Trekker oligo is physically and chemically associated with a particular nucleus as well as the mRNA targets within.

423.    **Defendants' Position**: Defendants' arguments in their non-infringement contentions are dependent on claim construction and are inconsistent with the Court's *Markman* order.

424.    In their Final Non-Infringement Contentions, Defendants argue that "Plaintiffs do not allege that the alleged binding agent [Trekker barcoded oligo] binds a biological molecule … Rather, plaintiffs state that the alleged 'binding agent' 'binds with a complementary sequence from the single-cell workflow… Plaintiffs have admitted that Curio Trekker's alleged 'binding agents' are not 'configured to interact with a biological molecule of a tissue sample."[519] This argument is inconsistent with the Court's constructions of the "binding agent," "configured to interact," and "a biological molecule" terms. It ignores that the binding agent can **both** specifically bind a target biological molecule of interest (in Trekker, the target molecule is the oligos in the single-cell

███████████████████████████████████████████████████

[519] 05/06/2025 Defendant Curio Bioscience, Inc.'s Final Non-Infringement Contentions at 8.

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

encode the biological molecule with spatial information, or associating the biological molecule with a spatial barcode so that a large amount of targets and their spatial locations can be determined simultaneously downstream.

430.    The Trekker workflow performs that exact same function – encoding the mRNA molecules in nuclei of a tissue sample with spatial barcodes from the Trekker oligos. The biological molecules of the tissue sample involved in the Trekker workflow are molecules in or on the nucleus, with which the Trekker oligos interact allowing for the encoding of spatial location information for the mRNA within the cell nuclei in the tissue sample. Just like the invention of the Asserted Patents, the Trekker workflow employs a spatial encoding scheme that uses a spatial barcode sequence to indicate the location of a biological target and makes use of massive parallel sequencing technique so that the spatial locations of a very large amount of biological targets can be simultaneously determined.

431.    **Same way:** The Trekker oligo accomplishes the function of encoding biological molecules of a nucleus (*i.e.*, mRNA) with spatial information in the same way as the invention— via establishing a physical or chemical relationship with a biological molecule of interest.[525] Instead of a direct hybridization between the binding agent and the target molecule, the physical or chemical relationship between the Trekker oligo and the mRNA molecule is established by hybridizing with an intermediary molecule, which is the capture oligo used by the single-cell sequencing platform.

---

[525] As I set forth in more detail above in this section, in my opinion, the Trekker oligo accomplishes this function of encoding biological molecules of a nucleus with spatial information through multiple interactions, including physical and chemical association with a cell nucleus as well as indirect interaction with the mRNA as part of a multicomponent complex. Should the Court deem those interactions to fall outside the scope of what is described by the 022 Patent, the remaining interaction—hybridization with the capture oligo as a proxy for the mRNA targets—is what functions the same way as hybridization with mRNA targets directly.

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

432.    Claim 1 of the 022 Patent requires that the binding agent interacts with a biological molecule of the tissue sample and that the coding identifier in the binding agent identifies the location of that interaction. As I have explained above, the Trekker oligo specifically binds to the capture oligo in the single cell sequencing system, and the single cell capture oligos also specifically bind to the mRNA molecules in the same nucleus. For each isolated nucleus, the single cell sequencing system supplies a large number of capture oligos.





**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**



435.    While the Trekker oligo is not directly attached to the mRNA target, they stay in physical proximity with each other in the droplet and establish a relationship via hybridizations with an intermediary molecule – the gel bead oligos (or "cell barcodes" in the above illustration). After the hybridizations, the relationship between the Trekker oligo and the mRNA is established computationally because both are associated with the same cell barcode.

436.    **Same result:** Finally, the Trekker workflow achieves the same result as the methods recited in the 022 Patent: identifying the spatial location of the mRNA of a tissue sample.

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

### (b)    Trekker

446.    In my opinion, the Trekker Accused Instrumentalities meet this claim limitation. The Trekker workflow includes contacting the plurality of beads (beads on the Trekker tile) with the tissue sample such that the binding agent (Trekker oligos) interacts with biological molecules in a nucleus of the tissue sample.

447.    **"contacting the plurality of beads with the tissue sample":** The Trekker kits and workflow comprise contacting the plurality of beads on the Trekker tile with the tissue sample. A tissue section is mounted and melted on the Trekker tile of beads.[538] As Trekker's user guide describes, similar to the "contacting" step in the Seeker workflow, the user can either "arrange the tissue section on top of the tile" and melt the tissue section onto the tile by "moving the tile off the cryostat stage, and gently placing a finger on the bottom of the slide glass," or "[k]eeping the tile horizontal, gently lower the tile to bring it into contact with the tissue section."[539]



---

[538] *See* Curio Trekker Single-Cell Spatial Mapping Kit, Version U for Fresh Frozen Tissue, Early Access User Guide, CURIO00002448 at 2461-463; *see also* Curio Trekker Single-Cell Spatial Mapping Kit, Early Access User Guide, CURIO00002159 at 2172-74 ("Tissue sectioning and mounting onto the Curio Trekker tile"); Trekker User Guide Version U: compatible with 10x Chromium Next GEM Single Cell Multiome ATAC + Gene Expression, CURIO00003876 at 3889-891.

[539] Curio Trekker Single-Cell Spatial Mapping Kit, Version U for Fresh Frozen Tissue, Early Access User Guide, CURIO00002448 at 2462; *see also* Curio Trekker Single-Cell Spatial Mapping Kit, Early Access User Guide, CURIO00002159 at 2173.

# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> CURIO BIOSCIENCE, INC., TAKARA BIO USA, INC., and TAKARA BIO USA HOLDINGS, INC. <br><br> *Defendants.* | Civil Action No. 23-1375-MN <br><br> **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

**REBUTTAL EXPERT REPORT OF DR. JOSEPH D. (JODY) PUGLISI REGARDING NON-INFRINGEMENT AND TECHNICAL ISSUES RELATING TO DAMAGES**

## VII.    The Asserted Patents

### A.    The Specification

49.    The Asserted Patents share a common Specification. The Specification purports to identify a problem with existing spatial methods, stating that "they do not enable simultaneous measurement of the expression of many genes or the presence and/or activity of multiple proteins at many spatial locations in a sample."[3] The Specification goes on to summarize the invention as follows:

> The invention encompasses assay systems that provide high-resolution spatial maps of biological activity in tissues. The assay system comprises an assay capable of high levels of multiplexing where encoded probes are provided to a biological sample in defined spatial patterns; instrumentation capable of controlled delivery of reagents according to the spatial patterns; and a decoding scheme providing a readout that is digital in nature. In short, the present invention provides the ability to look at many biological targets at many locations, providing the resolution of in situ hybridization with the highly-parallel data analysis of sequencing.[4]

Consistent with this summary, the Specification notes that "instrumentation with an ability to deliver reagents in a spatially-defined pattern," "together with software, reagents and protocols, provides a key component of the highly innovative assay system of the invention . . . ."[5] The Specification further indicates that "[i]ntegral to the assay system of the invention is instrumentation that allows for spatial patterning of reagents onto the biological sample."[6]

---

[3] '022 Patent. at 1:44-47.
[4] *Id.* at 2:9-19.
[5] *Id.* at 8:51-55.
[6] *Id.* at 16:3-5; *see also id.* at 23:8-9 ("Integral to the assay system of the invention is a method for spatial patterning of reagents.").

11

69.     I have reproduced the Asserted Claims in Exhibit 1 to this report.

## VIII.    Background

### A.    Single-Cell Sequencing and Spatial Transcriptomics

70.     I provided an explanation of the historical context of nucleic acid sequencing and spatial analysis in my opening infringement report. *See* Puglisi Opening Report Section VI. I incorporate that discussion here.

71.     The genome analysis market includes two branches of study: spatial transcriptomics and single-cell RNA sequencing.

#### 1.    Single-Cell RNA Sequencing

72.     Single-cell RNA sequencing (scRNA-seq) technologies allow researchers to examine and profile genetic sequences at the level of single-cells. These technologies are used to investigate cellular diversity at a very high resolution. Researchers use scRNA-seq technologies to investigate the characteristics of individual cells within a sample, sequencing each cell's genetic information to identify and quantify RNA molecules in a single cell. Single-cell RNA sequencing methods involve the "isolat[ion] of single-cells, typically through encapsulation or flow cytometry, followed by the amplification and sequencing of RNA transcripts from each cell independently."[25] These were and continue to be revolutionary methods that highlight cell-to-cell diversity in what genes are transcribed, where the transcriptome (collection of transcripts) from a cell can be used to identify cell type. However, "scRNA-seq is generally unable to preserve spatial information about the RNA transcriptome, as the process requires the dissociation of the tissue and isolation

---

[25] *Id.*

of cells." Despite this limitation, scRNA-seq is commonly utilized in the life science field in order to "discover and characterize novel or rare cell populations," gain a deeper understanding "of known cell types, and study critical biological processes such as cellular differentiation, lineage tracing, and developmental trajectories across various organisms."[26]

73.    Single-cell RNA sequencing protocols are generally either microdroplet or microwell based.[27] Microdroplet methods include "a cell/nucleus, reaction liquid, and a barcoded bead" in an oil droplet.[28] The reverse transcription "is conducted with molecular/cell barcoding within each oil droplet."[29] In the microwell approach, "a cell and barcoded bead are isolated in a well."[30] "These microdroplet- and microwell-based protocols enable the easy handling of thousands of single-cells."[31]

74.    There are many commercial single-cell analysis systems on the market, utilizing either the microdroplet or microwell approaches. Some "microdroplet-based systems" include the "Chromium (10× Genomics), ddSEQ (Bio-Rad/Illumina), Nadia (Dolomite), and inDrop (1CellBio)." "Microwell-based systems" include "Rhapsody (BD) and ICELL8 (Takara)."

## 2.    Spatial Transcriptomics

75.    Unlike scRNA-seq, the field of spatial transcriptomics preserves tissue location and the spatial location of genetic information. Spatial transcriptomics facilitates "the identification of

---

[26] *Id.* at 2-3.
[27] Yukie Kashima et. al, *Single-cell sequencing techniques from individual to multiomics analyses*, Exp Mol Med 52, 1419 (2020).
[28] *Id.*
[29] *Id.*
[30] *Id.*
[31] *Id.*

every 200 nucleotides, then reverse transcription using polydT primers would likely fail after the second 200 nucleotide fragment (primed from the 50 remaining nucleotides on the polyA tail). Thus, the region of interest would not be captured through reverse transcription using this approach, because the fragment in which it was present would not have a location for the polydT probe to bind.

86.    As discussed above, mRNA is fragmented into short segments of nucleotides in FFPE samples, rendering polydT capture ineffective. As a result, researchers working with FFPE samples would generally avoid using assays based on polydT/polyA capture.

**B.    Curio and Takara's Products**

**1.    Trekker**

87.    The technology behind Trekker was first publicized by researchers at the Broad as "Slide-Tags."[55] Before Slide-Tags, the "direct transfer of design principles from single-cell sequencing methods to spatially resolved profiling" was "often impossible."[56] Single-cell computational tools were not compatible with the additional sources of noise in spatial genomics techniques without creating problems with cellular mixing.[57] While non-capture-based strategies that isolated single-cells while retaining spatial barcoding information existed, such technology was only capable of low spatial resolution for a sparse sampling of tissues.[58] Trekker solved the problem felt by the market as the first technology that would "(1) efficiently capture cell profiles from tissue sections; (2) resolve cellular positions at low-micrometer resolutions; and (3) be

---

[55] Russell et. al., *Slide-tags Enables Single-Nucleus Barcoding for Multimodal Spatial Genomics*, 625 NATURE 101 (2024) (CURIO00001882).
[56] *Id.*
[57] *Id.*
[58] *Id.*

generally applicable to any single-cell methodology."[59] Trekker allows "cellular nuclei from an intact fresh frozen tissue section" to be "tagged" with "spatial barcode oligonucleotides derived from DNA-barcoded beads with known positions."[60] Trekker integrates with existing single-cell workflows, adding one hour upstream of the existing platform's workflow, and allows a researcher to achieve true single-cell spatial resolution. Trekker has been demonstrated on a variety of tissue types, including mouse brain, human cerebral cortex, human tonsil, and human melanoma.[61] Trekker utilizes a 10 mm x 10 mm tile and no specialized capital equipment.[62] Trekker does require auxiliary equipment including a cryostat, single-cell sequencing platform and NGS sequencer. It is capable of the same level of sensitivity as the molecule capture sensitivity of the single-cell workflow chosen.[63]

88.    Trekker is not a standalone assay system. It works in collaboration with an existing single-cell workflow, including the 10x Chromium and BD Rhapsody system.[64] It integrates with existing single-cell sequencing workflows and preserves the high molecular sensitivity of single-cell data while generating spatial data. It seeks to provide true single-cell mapping – combining single-cell's ability to "quantify gene expression with sufficient accuracy to finely resolve even subtle differences between cell types and states," with spatial transcriptomics' ability to assess

---

[59] *Id.*
[60] *Id.*
[61] Russell et al, *supra* note 55 (CURIO00001882).
[62] *TREKKER SINGLE-CELL SPATIAL MAPPING KIT: Delivering true single-cell spatial omics*, Takara https://curiobioscience.com/curio-trekker/.
[63] *Id.*
[64] *Id.*

"gene expression . . . across thousands of cells within the context of tissue structural organization."[65]

89.     With Trekker, a researcher melts a 25 μm tissue section onto a tile including spatially barcoded oligonucleotides in a bead array.[66] The array is comprised of "a glass substrate embedded with a monolayer of uniquely DNA-barcoded microparticles."[67] The beads are then exposed to UV light, which causes the photocleavage of the DNA oligonucleotide from the beads. The oligonucleotides with the spatial barcode and "handshake" sequence then diffuse through the cytoplasm to the nucleus, likely passing through the nuclear pore (which has a large 60 nanometer diameter) into the nucleus itself. As discussed below, the localization to the nucleus is by simple diffusion of sparse molecules. There the oligonucleotide will interact with an array of molecules (histones, DNA, non-coding RNAs and nascent transcripts) such that they are localized in the nucleus. Subsequent steps in the workflow then isolate the individual nuclei (that have the spatial address from the internalized oligonucleotides), and perform standard single-cell sequencing using the oligonucleotides as a spatial barcode together with the sequence the particular platform (such as 10x chromium) requires.

90.     The beads from the singe cell kit are what bind to the target molecule in order to capture the "unique gene expression patterns of each cell."[68] Along with the target molecules, the

---

[65] Monika Piwecka, Nikolaus Rajewsky, & Agnieszka Rybak-Wolf, *Single-cell and spatial transcriptomics: deciphering brain complexity in health and disease*, Nat Rev Neurol 19, 346 (2023) https://doi.org/10.1038/s41582-023-00809-y.

[66] Curio Trekker User Guide Version U.

[67] *Id.*

[68] *Chromium: Single Cell Single cell built for your success*, 10x Genomics https://www.10xgenomics.com/platforms/chromium; *Chromium GEM-X Technology: Single Cell Single cell built for your success*, 10x Genomics https://www.10xgenomics.com/platforms/chromium/technology

10x Chromium or BD Rhapsody beads capture the Trekker oligonucleotides, forming a handshake sequence. Spatial barcode oligonucleotides are captured and amplified alongside cellular RNA during the single-cell sequencing process. Researchers then use a custom bioinformatics pipeline to map the position of each nucleus based on the spatial barcodes it contains.



91.    The basic steps of the Trekker workflow are described in the figure above.[69]   A video illustrating these basic steps, which I incorporate here, is available on the Curio website.[70]

92.    Trekker "offers several unique advantages as a spatial genomics technology."[71] It is "easily imported into frozen-tissue snRNA-seq experiments and enables the addition of spatially resolved data without requiring specialized equipment or sacrificing data quality."[72] Trekker also

---

[69] CURIO00064830.

[70] *TREKKER SINGLE-CELL SPATIAL MAPPING KIT: Delivering true single-cell spatial omics*, Takara https://curiobioscience.com/curio-trekker/.

[71] Russell et. al, *supra* note 55, at 108 (CURIO00037472)

[72] *Id.*

34

near single-cell resolution.[92] Achieving spatial tissue mapping at near single-cell resolution is crucial because it enables researchers to track the gene expression of an individual cell within the context of the overall function of the tissue. Seeker was a spatial transcriptomic kit that could be processed without dedicated instrumentation, thereby eliminating the need to purchase such instrumentation—a signal achievement.[93] Further, Seeker was the first spatial transcriptomic kit compatible with fresh frozen tissue samples for analysis of nearly all eukaryotic (poly-adenylated mRNA) tissue types at near single-cell resolution.[94] Such compatibility is essential for the analysis of not only human and mouse tissues for medical research, but also other commonly studied tissues used in developmental fields, such as worms, zebrafish, yeast, and plants.

106.    *Trekker.* Defendants' Trekker product is a cell labeling kit that tags nuclei within a tissue sample.[95] Trekker is the first product that achieves this tagging through the use of DNA-barcoded, photocleavable oligonucleotides.[96] One application of Trekker's tagging is that it can allow researchers to map the locations of the nucleus and therefore of their corresponding cells. Importantly, Trekker is fully compatible with single-cell sequencing workflows, thereby it can integrate a variety of omics readouts with spatial context, all without sacrificing resolution.[97]

---

[92] *See, e.g.,* A. Han, *Curio Bioscience Launches Seeker Spatial Genomics Product, Based on Slide-seq*, GENOMEWEB (Feb. 17, 2023) at 1–3 (hereinafter, "GENOMEWEB (Feb. 2023)").
[93] *See, e.g.*, GENOMEWEB (Feb. 2023) at 1.
[94] *Id.* at 1–3.
[95] *See, e.g.* CURIO00037632 (A. Han, *Curio Bioscience Launches Early Access to Broad-Developed Method Marrying Single-Cell, Spatial Data*, GENOMEWEB (Mar. 13, 2024)) at -7632–33; Trekker™ U Single-Cell Spatial Mapping Kit User Manual at 3.
[96] *See, e.g.*, Trekker™ U Single-Cell Spatial Mapping Kit User Manual at 3.
[97] *See, e.g.*, CURIO00037632 at -7632–34.

requiring the ability to capture a transient interaction; a POSA would understand a biological molecule to be at most the size of the largest macromolecular assemblies, around 25-50 nanometers.  In stark contrast the nucleus is entirely different, as it is a subcellular compartment that contains millions of different biological molecules with orders of magnitude larger size;[158] it is not, itself, a "biological molecule," and no POSA would consider it as such. I am aware that the Court's construction contemplates that "a biological molecule" encompasses multiple biological molecules, but calling a nucleus a "biological molecule" is akin to calling a human being an organ just because humans contain organs. It is an absurd extension of the term "biological molecule".

145.    Further, Dr. Quackenbush is inconsistent with what constitutes the claimed "biological molecule" in an attempt to meet different claim limitations. For example, for limitation 1[a], he maps the claimed biological molecule to "a cell nucleus" by arguing that "[e]ach binding agent… is configured to interact with a biological molecule of the tissue sample by attaching to *a cell nucleus* within the tissue sample."[159]  But elsewhere for the very same limitation, he appears to map the "capture oligo…in the single-cell sequencing workflow" to the claimed "biological molecule." But the capture oligonucleotide in the single-cell sequencing workflow is not the claimed "biological molecule" of claim 1 either, for at least three reasons.

146.    First, Trekker does not "determine a spatial location" of the capture oligonucleotide in the single-cell sequencing workflow. Trekker allows researchers to approximate the spatial location of a cell nucleus within a tissue sample; it does not determine a spatial location of the capture oligo, or where the Trekker tag's handshake sequence binds to the capture oligonucleotide

---

[158] The diameter of a nucleus in a HeLa cell is about 9 μm. Maul & Deaven, *Quantitative determination of nuclear pore complexes in cycling cells with differing DNA content*, 73 J Cell Bio 748 (1977).

[159] Quackenbush Report, ¶ 402

in the single-cell workflow. The spatial location of the single-cell platform's capture sequence, which is just a tool that is used after the tagged nuclei are transferred to the single-cell workflow, is not determined by Trekker and is frankly of no interest to researchers.

147.    Second, the capture sequence released from a bead of the single-cell platform is not the claimed "biological molecule." The single-cell's capture sequences are not biological molecules, they are synthetic sequences that are introduced as part of the single-cell workflow.

148.    Further, while I understand that the court noted that the "specification makes clear that natural and constructed molecules are contemplated, including cDNA and amplicons," the specification does not support a reading that the capture sequence released from a bead of a single-cell platform would fall within the scope of "a biological molecule of a tissue sample." The patent specification, *see* '022 Patent 9:8-11, makes clear that the biological molecule must be "of interest." While the Specification anticipates a man-made molecule such as amplicons or cDNA may be a biological molecule "of interest" in *some* situations, context shows that this is only the case where a man-made molecule is a molecule in the sample whose location is sought to be determined. *See* Specification at 9:5-17:

> At step 110, a biological sample affixed to a support is provided. The biological sample contains biological targets of interest. Biological targets can include any molecule of interest, such as nucleic acids (including, e.g. RNA transcripts, genomic DNA sequences, cDNAs, amplicons, or other nucleic acid sequences) and proteins, enzymes and the like. At step 120, encoded probes are delivered to the biological sample according to a known spatial pattern. Encoded probes comprise probes, which can interact with biological targets of interest, and coding tags, which identify the positions in the sample of the biological targets being assayed, and thus can be used to link assay results back to locations in the sample.

149.    As the specification makes clear, the "biological targets of interest" are located in the "biological sample," and the probes bind to said "biological targets of interest" in order to "***identify the positions in the sample*** of the biological targets being assayed."

150.    This context makes clear that the single-cell platform's capture sequence is not a "biological molecule of interest" in the Trekker workflow. The capture sequences are not a part of a biological sample. Users do not use Trekker to research or analyze the capture sequence released by the beads of the single-cell platform. The single-cell kit's capture sequences are simply tools used in the overall Trekker workflow, of which the goal is to infer or calculate the position of a cell's nucleus. Trekker's use is consistent with the understanding that it is the cell nucleus, and not the single-cell kit's capture sequence, that is "of interest" (though not a "biological molecule," as explained above). Trekker does not determine the spatial location where its probes bind to the capture sequence released by the beads of the single-cell platform.  Instead, Trekker allows researchers to infer the probable spatial location of the nucleus of individual cells. Thus, the synthetic capture sequences released from a bead of the single-cell platform are neither "of interest" nor "a biological molecule" under the court's construction.

151.    Third, the claimed "biological molecule" must be "of a tissue sample." Even if the capture sequence released from a bead of the single-cell platform were determined to be "a biological molecule," it is not "of a tissue sample," and Dr. Quackenbush does not contend that it is. Indeed, the capture sequence is not introduced until after the tissue sample has been dissolved and the tagged nuclei have been isolated and transferred to the single-cell workflow.

    (b)       **1[a]: providing a plurality of beads, wherein the plurality of beads comprise a plurality of binding agents, wherein a binding agent of the plurality of binding agents**

61

152.    It is my opinion that Trekker does not meet this limitation because Trekker does not have the claimed "binding agents" under the Court's construction.[160] I understand that the Court has construed "binding agents" to mean "an agent that binds to a biological molecule of interest with high affinity and/or complementarity."[161] The Trekker product does not contain any such agents.

153.    Dr. Quackenbush contends that Trekker's "barcoded oligos" constitute the claimed binding agents.[162] I disagree. As an initial matter, Dr. Quackenbush's reference to a "barcoded oligos" makes little sense.  In the context of an oligo, a "barcode" is simply a sequence; hence any oligonucleotide can act as a "barcode" in that any oligonucleotide can include an identifying sequence that can be used for a variety of purposes, including to correlate with a location.

154.    In any event, Trekker's "barcoded oligo" probes do not bind to a biological molecule of interest with high affinity and/or complementarity.

155.    Dr. Quackenbush claims that Trekker's oligonucleotides meet this limitation because they contain a handshake sequence that binds to the capture sequence released by the beads of the single-cell platform. I disagree. As discussed above, the capture sequence released from a bead of the single-cell platform is not a "biological molecule" within the scope of the patent. Instead, it is a synthetic molecule applied during the single-cell platform workflow after the tissue sample has been dissociated and the nuclei isolated in solution.

---

[160] Because the Court gave a substantially identical construction for "binding agent," "capture agent," and "capture probe," my analysis of Trekker's lack of the claimed "binding agent" applies equally to the "capture agents" and "capture probes" of the other Asserted Patents.
[161] *Markman* Hearing Tr. 100:22-25.
[162] Quackenbush Report ¶ 404.

156.    Further, as discussed above, the capture oligonucleotides of the single-cell platform are not "of interest." Dr. Quackenbush claims the single cell kit's capture oligonucleotides are "of interest" merely because they are one among many necessary components of the platform. He states that they are "of interest because, without them, there would be no step in the existing workflow to allow for spatially tagging the nucleic mRNA in a way that would be compatible with the single-cell sequencing workflow" and the handshake sequence is "the linchpin for spatial tagging."[163] Whether the capture oligonucleotides are necessary for the single-cell platform does not make them "of interest" for the assay, and I disagree that a POSA would consider the capture sequence of the single-cell platform "of interest" in the context of the '022 Patent.

157.    The specification of the Asserted Patents makes clear that the biological molecule "of interest" is the biological molecule from the sample that is being studied ("assayed") in the experiment, e.g., the "target" of the experiment whose spatial location in the sample is being investigated. *See* Specification at 9:5-17:

> At step 110, a biological sample affixed to a support is provided. The biological sample contains biological targets of interest. Biological targets can include any molecule of interest, such as nucleic acids (including, e.g. RNA transcripts, genomic DNA sequences, cDNAs, amplicons, or other nucleic acid sequences) and proteins, enzymes and the like. At step 120, encoded probes are delivered to the biological sample according to a known spatial pattern. Encoded probes com-prise probes, which can interact with biological targets of interest, and coding tags, which identify the positions in the sample of the biological targets being assayed, and thus can be used to link assay results back to locations in the sample.

---

[163] Quackenbush Report ¶ 194.

*See id*. at 4:22 ("target nucleic acid of interest in a sample"); *id.* at 13:53-57 ("FIG. 4 at A shows two target-specific/encoding oligonucleotide constructs 420 and 422 ( e.g., formed between steps 302 and 304 of FIG. 3) specifically bound to a target nucleic acid 402 of interest"); 17:26-28 ("In an optional embodiment, the assay system comprises imaging means *to determine features and organization of the biological sample of interest*."); 17:62-65 ("In order to *target specific sites of interest*, an informative image of the biological sample to be assayed may be used to assist in the reagent delivery methods and associated encoding scheme."). Thus, a POSA would understand that a "biological molecule of interest" is a molecule from the sample that is being studied and whose location is sought to be determined. The "biological sample" contains the "biological targets of interest," and the probes bind to said "biological targets of interest" in order to "***identify the positions in the sample*** of the biological targets being assayed."[164]

158.    In contrast, for Dr. Quackenbush, any molecules in the Trekker workflow that perform a necessary step of the workflow would be a "biological molecule of interest," presumably such as the Trekker oligonucleotides themselves. That makes no sense. The capture oligonucleotides of the single-cell capture flow are not from the tissue sample and are not being studied in the single-cell assay; they are simply a tool for performing the assay. A POSA would not consider the single-cell capture oligonucleotides to be biological molecules "of interest" for the assay, nor would anyone working in this field.

159.    The Trekker workflow is designed to infer or calculate the position of the ***nucleus of a cell***, not the single-cell platform's capture oligonucleotides. Studying the nucleus of the cell, including its probable location, is the experimental point of the Trekker workflow. Trekker is used

---

[164] *Id.*, at 9:5-17.

to infer the probable *relative spatial location of an individual nucleus* within a tissue sample as compared with the location of other nuclei in the sample. It is not used to determine the spatial location of the single-cell platform's capture oligonucleotides. For example, a researcher does not use Trekker to research or analyze the capture oligonucleotides released by the beads of the single-cell platform. Thus, the synthetic capture sequence released from a bead of the single-cell platform is not "of interest" as required for the biological molecule which binds to the binding agent under the court's construction.

160.    Additionally, contrary to what Dr. Quackenbush claims, Trekker's handshake sequences do not bind to the single cell kit oligonucleotides with "high affinity and/or complementarity." Instead, Trekker utilizes a generic, non-specific, polyA sequence which interacts with polydT sequences of RNA or the capture sequences of a single-cell platform.

161.    The level of affinity in an interaction is defined by the equilibrium constant of the reaction between the capture agent and target reaction during the formation of a complex. The greater the equilibrium constant, the lower the free energy of the complex compared to the reactants, which, in thermodynamic terms, is the meaning of stability—a lower free energy of association. Further, the claim construction indicates that the binding must have high "complementarity." In the context of nucleic acid binding, the specific pairing of nucleotide bases in DNA (Watson-Crick base pairing) would be complementary: adenine (A) with thymine (T) (or uracil (U) in RNA) and guanine (G) with cytosine (C). Generally, complexes containing more contiguous complementary base pairs are more stable. Additionally, G-C base pairs are more thermodynamically stable because they have three hydrogen bonds while an A-T base pair will only have two hydrogen bonds.

1M salt concentration) from what are known as the nearest neighbor parameters. For a 15 base pair helix between a rA15 and dT15, we can calculate the temperature where 50% of the double helix would be denatured. This is called the melting temperature (with analogy to temperatures where solids transition to liquids). The higher the melting temperature the more stable is the DNA-RNA interaction. Using published parameters,[166] we calculate a melting temperature Tm for a total concentration of the nucleic acids of 100 nanomolar (nM), which is roughly what is achieved for all mRNAs in an average human cell. The calculated Tm is 37˚C; melting temperatures will be lower at lower salt concentrations under which experiments are normally performed. Thus the rA-dT interaction is not a particularly stable one under the conditions of the Trekker workflow.

165. To the extent Dr. Quackenbush suggests that Trekker oligonucleotides are "binding agents" insofar as they supposedly bind to cell nuclei, I disagree. First, as I discuss above for claim element 1[pre], a cell nucleus is not a "biological molecule."

166. Second, Dr. Quackenbush has not established that Trekker oligonucleotides "bind" to cell nuclei, much less "with high affinity and/or complementarity." He vaguely points to the end result of the Trekker workflow—that some probes remain associated with nuclei—and extrapolates that some binding must have occurred.

167.  In other words, a miniscule fraction of Trekker oligonucleotides released from each Trekker bead associate

---

[166] Sugimoto N, Nakano S, Katoh M, Matsumura A, Nakamuta H, Ohmichi T, Yoneyama M, Sasaki M. *Thermodynamic parameters to predict stability of RNA/DNA hybrid duplexes. Biochemistry.* 1995 Sep 5;34(35):11211-6. doi: 10.1021/bi00035a029. PMID: 7545436.

with, and remain associated with, a nucleus throughout the workflow. This points to the most likely explanation of Trekker's chemistry; that a very small percentage of the released oligonucleotides stochastically diffuse into the nuclei of cells from the sample, resulting in the labeled nuclei. The remainder of the Trekker oligonucleotides, which do not diffuse into the nuclei, are lost during the sample processing and nuclei isolation. There is thus no "binding" between the Trekker oligonucleotides and cell nuclei, *let alone* any binding with "high affinity and/or complementarity." Such a low recovery rate would not be considered "high affinity and/or complementary" binding by a POSA. Dr. Quackenbush has not demonstrated otherwise.

168.    I also noted that I disagree with Dr. Quackenbush's assertion that the claim language "does not specify that the 'molecules of interest' for 'binding' and 'interacting' have to be the same molecule(s)" or that the "biological molecule" in the context of claim 1 of the '022 Patent can be any molecule besides a "biological molecule of the tissue sample."[168]

169.    Claim 1 of the '022 Patent does not contemplate a binding agent specifically binding to one biological molecule of interest and being configured to interact with a separate biological molecule of interest. The body of claim 1 recites "biological molecule" three times:

- 1[a]: The method uses binding agents which are configured to interact with a ***biological molecule of a tissue sample***.
- 1[b]: The method further involves contacting beads with "the tissue sample" such that the binding agent interacts with the aforementioned ***biological molecule***.
- 1[c]: Finally, the method involves a coding identifier to identify the location where the binding agent interacted with the aforementioned ***biological molecule***.

---

[168] Quackenbush Report ¶ 405.

same nucleus—much less how they are "configured" to interact with mRNA molecules in the nucleus. Dr. Quackenbush points to no particular "configuration" of the oligonucleotides—for example, no particular structure, feature or component or any special chemistry—that allows them to remain in the nucleus, much less interact with mRNA molecules in the nucleus. In fact, I understand that Curio has tried a wide variety of probes with different structures and that they each have a similar percentage of probes that remain associated with the nucleus through the workflow.[170] This suggests that there is no special configuration of the Trekker oligonucleotides promoting interactions with nuclei or other cellular components.

177.    █████████████████████████████████████████████

████████████████████████████████████ The nucleus of a HeLa cell generally makes up 8% - 21% of the total HeLa cell volume.[172] If the Trekker oligonucleotides dispersed uniformly throughout the cell, one would expect to see at least 8% of the released oligonucleotides associating with the nucleus. If we assume conservative release of 100 million oligonucleotides (the lowest end of the range), we would expect *8 million* oligonucleotides to be detected (8% of 100 million). However, Curio's data shows that *less than 2,500* oligonucleotides are generally detected per nucleus—thus, only a miniscule percentage of Trekker's oligonucleotides remain associated with the same nucleus through the Trekker workflow. This is significantly less than we would expect from chance encounters with the nucleus, if the oligonucleotides just dispersed

---

[170] Discussion with Drs. Stephen Fodor and Christina Fan.

██ ███████████████
[172] Ben Marks, *Volume of Nucleus of a HeLa Cell*, B10NUMBERS, https://bionumbers.hms.harvard.edu/bionumber.aspx?s=n&v=14&id=101402#:~:text=For%20HeLa%20cell%20nucleus%20volume,of%208%25%20%2D%2021%25.

uniformly throughout a cell. Thus, Trekker oligonucleotides are not in fact "configured" to interact with a nucleus.

178.    Further, Dr. Quackenbush provides no explanation of how Trekker oligonucleotides are supposedly configured to interact with *mRNA molecules* in the nucleus. At most, he opines that the oligonucleotides are associated with the nuclei—not with mRNA molecules within the nuclei.

179.    Dr. Quackenbush additionally suggests that merely enabling "proximity" to a cell nucleus is enough to establish an "interaction" (e.g., a physical interaction) under the Court's construction.[173] A POSA would not understand that merely enabling proximity would constitute "configuring" an oligonucleotide to interact with a nucleus (let alone with a biological molecule, as explained above). The evidence indicates that Trekker's oligonucleotides simply diffuse into the sample after being photocleaved, and that some miniscule percentage of oligonucleotides linger within a nucleus through the workflow, with the nucleus serving as a leaky container.

180.    Dr. Quackenbush states, "[e]stablishing a physical relationship by adding a tag in physical proximity has been used in other contexts. For example, a 2015 article describes "the use of enzyme-catalyzed proximity labeling reagents that covalently tag the neighbors of a targeted protein with a small molecule such as fluorescein or biotin."[174] The paper explains that "[t]he basic concept is remarkably simple and exploits the behavior of some enzymes to generate a small, unstable reagent that is capable of covalently labeling a protein target."[175] In the paper, the specific enzyme was chosen because it generates a reactive species that has a short lifetime, and thus can

---

[173] Quackenbush Report ¶ 413.
[174] Quackenbush Report ¶ 413 (citing https://pmc.ncbi.nlm.nih.gov/articles/PMC4638030/pdf/zjw2848.pdf, 10XC-00170619.).
[175] 10XC-00170619 at -170620.

185. I disagree that Trekker's oligonucleotides correspond to a location at which the binding agent interacts with a biological molecule of a tissue sample. I reiterate my analyses of claim elements 1[pre] and 1[a] explaining why Trekker does not have the claimed "binding agent" and why the nucleus is not a "biological molecule.

186. While I disagree that Trekker contains any "coding identifier," Dr. Quackenbush identifies the "coding identifier" as Trekker's "bead barcode sequence." Even if the "bead barcode sequence" were a "coding identifier", it would not meet this limitation because the sequence corresponds to a location *where the bead was on the tile*, not where any interaction with a biological molecule occurred. As described in the Trekker workflow, no interaction (whether with the nucleus of a cell or with the capture sequence of a single cell kit) occurs until *after* the Trekker oligonucleotides are photocleaved from the tile. Further, Trekker oligonucleotides can diffuse a long way and do not simply interact with the tissue where it was placed on the tile. Thus, even if the "bead barcode sequence" were a "coding identifier" as Dr. Quackenbush claims, they do not "correspond[] to a location at which the binding agent interacts with a biological molecule of a tissue sample" but rather to the location the Trekker bead had been before any alleged "interaction" took place.

187. Trekker's oligonucleotides do not identify the location where the binding agent interacts with the cell's nucleus or any subcomponents thereof. While Trekker can be used to infer the general location of the nucleus, it does not identify an exact location. Instead, Trekker's oligonucleotides act as a GPS in which the position of the nucleus must be inferred/calculated based on the relative signals from other nearby Trekker oligonucleotides that arise by photocleavage from neighboring beads.

75

188.    While Dr. Quackenbush asserts the "coding identifier" corresponds to the location at which each spatially-coded oligonucleotide interacted with each molecule of mRNA from the tissue sample," as discussed before, ***it is the single-cell platform's capture sequence***, not the Trekker oligonucleotides, which interact with mRNA. To the extent Dr. Quackenbush contends that Trekker meets this claim element due to Trekker's handshake sequence with the capture sequences of the single-cell platform, Trekker's oligonucleotides do not "correspond to a location at which the binding agent interacts with a biological molecule of a tissue sample." As discussed earlier in my report, the capture sequence released from a bead of the single-cell platform is not a "biological molecule," and certainly not a "biological molecule of the tissue sample" or a biological molecule "of interest."

189.    Further, Trekker does not contain a coding identifier that corresponds to the location at which the handshake sequence interacts with the single-cell platform's capture sequence. Trekker does nothing to identify the location where the binding of the handshake sequence with the single-cell platform's capture sequences occurred. In fact, this handshake sequence only becomes relevant to the workflow after the nucleus has been isolated and stripped of the spatial context. The researcher already knows the location at which the binding of the handshake sequence with the capture sequence occurred—within the single-cell platform. Thus, the binding of the handshake sequence with the capture sequences cannot satisfy the requirement that "the coding identifier corresponds to a location at which the binding agent interacts with a biological molecule of a tissue sample."

190.    Additionally, to the extent that Dr. Quackenbush alleges that the claim is met because the "coding identifier" identifies "the nucleus where the barcoded oligo interacts with a

76

biological molecule of a tissue sample,"[180] I disagree that this would fulfill the claim limitation even if Trekker did perform this function (which, as described earlier, it does not). The single-cell platform's capture sequences simply help facilitate an identification of which RNAs are present in the nuclei through the single-cell platform workflow.

(f)    <strong>1[b]: (b) contacting the plurality of beads with the tissue sample such that the binding agent interacts with the biological molecule; and</strong>

191.    I disagree that Trekker meets this limitation because Trekker does not have the claimed "binding agents." I incorporate herein my analysis of claim element 1[a].

192.    Further, to the extent that Dr. Quackenbush contends that the interaction is with either the nucleus of a cell or else with the capture sequence of a single-cell platform (or even the mRNA associated with the single-cell platform's capture sequence), none of the alleged "interactions" occur until after the Trekker oligonucleotides have been photocleaved from the Trekker tile. It is the release of the Trekker oligonucleotides by UV illumination that allows them to diffuse into the tissue sample, and ultimately, to the extent it occurs, into the cell nuclei. That is, merely contacting the plurality of beads with the tissue sample, in the absence of photocleaving, would not result in any Trekker oligonucleotides being present in the cell nuclei.

193.    Additionally, the single-cell platform's capture sequences—which are not biological molecules and are what actually interact with mRNA in a nuclei—are not introduced until after the tissue sample is dissociated and the nuclei isolated in solution. Thus "contacting the

---

[180] Quackenbush Report ¶ 402.

plurality of beads with the tissue sample" does not cause the Trekker oligonucleotides to "establish a physical relationship with mRNA molecules in the nuclei" as Dr. Quackenbush claims.[181]

> (g)    **1[c]: (c) using the coding identifier to identify the location where the binding agent interacted with the biological molecule, thereby determining a spatial location of the biological molecule of the tissue sample.**

194.    I disagree that Trekker meets this limitation because (1) Dr. Quackenbush has not identified a "biological molecule" the location of which is identified by Trekker, (2) Trekker does not contain the claimed "binding agents," and (3) Trekker does not contain a "coding identifier" as claimed. I incorporate herein my analyses of claims 1[pre], 1[a], and 1[a][iii].

> 2.    **Claim 2**

> (a)    **2. The method of claim 1, wherein the plurality of beads is provided on a substrate surface.**

195.    Trekker does not practice the method of claim 1 of the '022 Patent for reasons explained above. Therefore, Trekker does not infringe Claim 2.

> 3.    **Claim 7**

> (a)    **7. The method of claim 1, wherein the binding agent and coding identifier are provided as a single molecule.**

196.    Trekker does not practice the method of claim 1 of the '022 Patent for reasons explained above. Therefore, Trekker does not infringe Claim 7. Further, as explained above with respect to claim element 1[a], Trekker does not contain the claimed binding agents or coding identifiers.

---

[181] Quackenbush Report ¶ 449.

particular nucleic acids, nor is it used to identify the spatial location of the mRNA within the nucleus.

243.    Additionally, to the extent that Dr. Quackenbush alleges that the "binding step with the target-binding domain occurs at the location of the nucleus when the nucleus is isolated and being put into a single-nucleus partition"[189] and thus the Trekker oligonucleotides "identif[y] a unique location on the substrate" where the handshake sequence occurs, I disagree. As Dr. Quackenbush acknowledges, the nuclei have been isolated from the tissue sample and placed into a single-cell platform's partition at the time the handshake sequence occurs. The Trekker oligonucleotides do not contain coding identifiers that correspond to this partition—they correspond to the Trekker's original location on the tile before any alleged "interaction" occurred. Inasmuch as they identify a particular nucleus as the location of the mRNA captured by the single-cell nucleus, this does not serve the same function as identifying the spatial ***position*** of a captured mRNA molecule (as envisioned by the claims) because that information is already known. The researcher isolated the nucleus before introducing the single-cell capture sequence. The researcher already knows that the mRNA captured by the single-cell workflow came from that nucleus, in that single-cell workflow partition, within that single-cell workflow equipment, in that particular lab. Further, while Dr. Quackenbush indicates that the handshake function performs the same function, the same way, to achieve the same result, as I explained in my analysis of claim 1 of the '022 patent, this is not the case. I incorporate my analysis herein.

---

[189] Quackenbush Report, ¶ 540.

### 2. Claim 5

(a) **5. The composition of claim 1 wherein the array is deposited on a slide or flow-cell.**

244.    To the extent that Dr. Quackenbush relies on the doctrine of equivalents to allege infringement of this claim because it depends on claim 1, I disagree that Trekker infringes this claim under the doctrine of equivalents for the reasons set forth for claim 1. I incorporate that discussion here by reference.

### 3. Claim 17

**17[pre]-[a]: A composition comprising (i) an array comprising a substrate and a plurality of capture probes, and (ii) a tissue section, wherein the tissue section is disposed on the array; each of the plurality of capture probes comprises: (i) a target-binding domain (ii) a nucleic acid sequence that identifies a unique location on the substrate and is not configured to hybridize to a nucleic acid that binds to the target-binding domain, and (iii) a primer binding site; the target-binding domain of each of the plurality of capture probes comprises a nucleic acid sequence complementary to at least a portion of the nucleic acid that binds to the target-binding domain; and each of the plurality of capture probes are immobilized on the substrate in a random pattern.**

245.    To the extent Dr. Quackenbush alleges that Trekker infringes this limitation under the doctrine of equivalents through his incorporation of his analysis for claim 1, I disagree for the same reasons I set forth in claim 1. I incorporate that analysis here.

### 4. Claim 20

(a) **20. The composition of claim 17, wherein the tissue section is a formalin-fixed paraffin-embedded tissue section or a fresh frozen tissue section.**

246.    To the extent that Dr. Quackenbush relies on the doctrine of equivalents to allege infringement of this claim because it depends on claim 17, I disagree that Trekker infringes this

genomic DNA sequences, cDNAs, amplicons, or other nucleic acid sequences) and proteins, enzymes and the like."[207]

359.    The composition patents (the '030 Patent and the '138 Patent), make this principle even more explicit, incorporating the terms "target nucleic acid," "target nucleic acid binding domain," ('030 Patent, claims 1, 16 and 30) and "target binding domain" ('138 Patent, claims 1 and 17) directly into the claim language. These claims purport to cover arrays capable of targeting either DNA or RNA.[208]

360.    Further, as Dr. Quackenbush describes, the Prognosys patents are focused on "**high-plex**, high-throughput spatial analysis" to capture "**target** molecules" in a large quantity "at the same time."[209] The issue of multiplexity relates to the requirement of the Chee patents to utilize a large number of probes to address a large number of targets (according to the patents, no fewer than 2n probes per n targets), and thus limitations on multiplexity were a result of the need to generate a large number of target-specific probes. These target molecules are all molecules present in a biological sample that are relevant to the researcher's study. This targeted capture and spatial analysis of specific biological molecules is the principle of the claimed invention.

## A.    The Reverse Doctrine of Equivalents Applies in the Case of Trekker

### 1.    Principle of the Accused Product

361.    Curio Trekker blends single-cell and spatial transcriptomics to bring true single-cell resolution. The principle of the invention is the idea that, by associating spatial barcodes with

---

[207] '022 Pat. 9:8-11 (exemplary); *see e.g.* '022 Pat., claim 30 ("The method of claim 1, wherein the biological molecule of the biological sample is a protein.").
[208] *See* e.g. '138 Pat., claim 14; '030 Pat., claim 27.
[209] Quackenbush Tech. Report, ¶ 56.

nuclei within their native tissue environment, the nuclei may be bioinformatically positioned in their general spatial coordinates. Trekker does not target RNA, DNA, or any other biological molecule, in stark contrast to the alleged invention described in the common specification of the Asserted Patents. Instead, as discussed at length earlier in my report, Trekker oligonucleotides diffuse into cells of a tissue sample and some of them associate with a cell nucleus. There is no binding event between the Trekker oligonucleotides and any biological molecule from the sample, again in stark contrast to the Asserted Patents. After the tissue sample has been dissociated and individual nuclei isolated, researchers carry out a single-cell sequencing workflow using their preferred platform. The Trekker product is based on the principle that one can determine the approximate spatial location of cell nuclei through the above workflow and from there combine this knowledge with the outputs from single-cell RNA sequencing workflows to achieve true single cell spatial mapping. The Asserted Patents, on the other hand, do not describe oligonucleotides that associate with single cells or cell nuclei, nor do they teach or suggest any use in conjunction with a single-cell platform, nor do they teach, suggest or enable any means for achieving single-cell spatial mapping.

### 2. Degree of Change in the principle of the accused product from that of the claimed invention

362.    Putting the Asserted Patents' lack of an enabling disclosure aside, the Asserted Patents are directed to assays for studying the spatial location of specific target biological molecules (such as different DNA or RNA sequences) known to be of interest to the researcher by configuring target-specific probes to bind with those target biological molecules. Trekker works in a completely different way and is based on completely different principles. Trekker oligonucleotides diffuse into cells of a tissue sample and some of them associate with a cell

141

construed "configured to interact" as used in the '022 Patent claims to mean "configured to
establish a chemical or physical relationship *with a biological molecule of a tissue sample*," the
single-cell workflow's capture sequences are synthetic and introduced only after the tissue sample
is dissolved, and thus are clearly different from the biological molecule of a tissue sample
envisioned by the patents.

367.    Further, as discussed earlier, the alleged invention described by the patents involve
the interaction and binding steps occurring while the spatially encoded, target-specific probes are
immobilized on a substrate. In Trekker, the oligonucleotides must be photocleaved from the
substrate prior to diffusing into the cells, and they can travel a good distance during this period.
Further, the tissue section is removed from the tile and dissociated before the Trekker
oligonucleotides are pulled into the single-cell workflow through the binding of the latter's capture
sequence with the Trekker handshake sequence. This is a completely different approach, leading
to a completely different result, and yielding completely different experimental results and
information, than what is envisioned by the patents (or used by other technologies in the field, such
as Visium).

368.    Finally, even the way Trekker identifies a spatial location is completely different
from the method of the Asserted Patents. In the alleged invention, target biological molecules bind
to target-specific probes that include coding identifiers that correspond to the location on the array
where the biological molecule of the tissue sample was in contact with the probe. As discussed
above, in Trekker, no interaction occurs while the oligonucleotides are connected to the array.
Because of this, a Trekker oligonucleotide tag does not correspond directly to a specific location
on the array. Instead, researchers must infer the relative location of a tagged cell nucleus based on

144

DATED: October 31, 2025                    _____

                                           Dr. Joseph D. Puglisi

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 10x GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> CURIO BIOSCIENCE, INC., TAKARA BIO USA, INC., and TAKARA BIO USA HOLDINGS, INC. <br><br> *Defendants.* | Civil Action No. 23-1375-MN <br><br> **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

## <u>DECLARATION OF DR. JOSEPH D. PUGLISI</u>

1.      My name is Dr. Joseph D. Puglisi. I am serving as an expert witness for Defendants Curio Bioscience, Inc. ("Curio"), Takara Bio USA, Inc., and Takara Bio USA Holdings, Inc. (collectively, "Defendants") in Civil Action No. 23-1375-MN.

2.      I submitted a report in the above captioned case on October 31, 2025, entitled "Rebuttal Expert Report of Dr. Joseph D. (Jody) Puglisi Regarding Non-Infringement and Technical Issues Relating to Damages." The statements in that report are true and accurate to the best of my knowledge. Excerpts of that report are attached to this declaration.

3.      I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 15, 2025

_____

Dr. Joseph D. Puglisi

# Exhibit C

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., | |
| Plaintiffs, | |
| v. | C.A. No. 23-cv-1375-MN |
| CURIO BIOSCIENCE, INC., TAKARA BIO USA, INC., and TAKARA BIO USA HOLDINGS, INC. | |
| Defendants. | |

**REPLY EXPERT REPORT OF JOHN QUACKENBUSH, PH.D.**

Dated: November 21, 2025

By:

_____

John Quackenbush

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

case, the Specification makes clear that the "biological molecule" is the molecule whose spatial location is sought to be determined.[33]

35.    I disagree with Dr. Puglisi's assertions that "biological molecule of interest" must be a molecule whose spatial location is sought to be determined, and that the specification does not adequately disclose the use of a purported "third party capture sequence" as a biological molecule of interest.

36.    The specification describes that "[b]iological targets can include any molecule of interest, such as nucleic acids (including, e.g., RNA transcripts, genomic DNA sequences, cDNAs, amplicons, or other nucleic acid sequences) and proteins, enzymes and the like."[34] A biological target can be "any molecule of interest" and any nucleic acids including synthetic molecules such as cDNAs, amplicons, and "other nucleic acid sequences." A POSA would understand that the biological targets can be a wide range of native or synthetic nucleic acid sequences and would include intermediary molecules that serve as proxies to the native molecules in the tissue sample. For example, a POSA would understand that when the biological targets are cDNAs or amplicons, they are often not the actual molecules of interest in the biological research; instead, the template molecules that are used to create the cDNAs or amplicons are the actual molecules whose spatial locations are sought to be determined. Similarly, the specification describes that "DNA" may include "genomic DNA, mitochondrial DNA, episomal DNA, and/or derivatives of DNA such as amplicons, RNA transcripts, cDNA, DNA analogs, etc."[35] A POSA reading the specification would understand that when the goal is to determine the spatial location of the DNA molecules of interest, Dr. Chee's invention does not require that the DNA molecules must be the target

---

[33] 10/31/2025 Puglisi Rebuttal Report, ¶ 64.
[34] 138 Patent, 9:20–23.
[35] 138 Patent, 6:47–50.

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

molecules that bind to the capture probes; instead, the target molecules that bind to the capture probes can be DNA analogs or derivatives that act as proxies for the DNA molecules.

37.     As I explain below in Section IV.E, a POSA reading the specification would also understand that the binding agent can interact with a nucleic acid of the tissue sample via binding to an intermediary molecule such as an intermediary probe or sandwich probe. In those situations, the "biological molecule of interest" or the target molecule would be the intermediary molecule instead of the nucleic acid from the tissue sample whose spatial location the invention is intended to determine.

38.     In Trekker, the oligo used by single-cell sequencing platforms acts as a proxy for the molecules in the nucleus, making it a synthetic biological molecule "of interest." In my Opening Infringement Report, I explained that in the Trekker workflow, the nuclei in the tissue sample are isolated into microwells or encapsulated in individual droplet partitions.[36] Each microwell or partition represents one nucleus and includes oligos with a barcode (here I call it a single cell barcode) that identifies the microwell/partition and the nucleus. Because there is a one-to-one relationship between the nucleus and the single cell barcode, the oligos with the single cell barcode act as proxies for molecules to be analyzed by the single cell sequencing platform, *e.g.*, the mRNA molecules in a certain nucleus. When a Trekker oligo binds the single cell oligo, the Trekker oligo provides a spatial barcode to the single cell oligo, and consequently also links a spatial barcode to the mRNA molecules that bind to the single cell oligos in the same microwell/partition that share the same single cell barcode.

---

[36] 09/29/2025 Quackenbush Opening Infringement Report, ¶¶ 416–418.

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

44.    A POSA would also have been aware that interactions between probes and target molecules often involve indirect interactions and interactions with intermediary molecules. For example, a POSA would have been aware of sandwich probes had been widely used in the capture and hybridization of nucleic acids. In the sandwich probe technique, a probe indirectly interacts with a target nucleic acid via an intermediary probe, *i.e.*, the intermediary probe would first bind to the target nucleic acid and another labeling probe then binds to the intermediary probe. The interaction between the labeling probe and the target nucleic acid would be an indirect interaction, in which the labeling probe and the target nucleic acid establish and maintain a physical proximity to each other because they both bind to the intermediary probe.

45.    Similarly, when the target molecules are proteins, a POSA would have been aware that the interactions between an antibody probe and the protein target can be indirect interactions using primary and secondary antibodies. At the time of the invention, a POSA would have been familiar with the common technique of using primary and secondary antibodies in immunoassays, in which the secondary antibodies bind to primary antibodies, which are bound to the target antigens[40]. The interaction between the secondary antibody and the antigen would be an indirect interaction, in which the secondary antibody and the target antigen establish and maintain a physical proximity to each other because they both bind to the intermediary primary antibody. The 022 Patent specification describes that "[a]ntibodies for assays of the invention are immunoreactive or immunospecific for, and therefore specifically and selectively bind to, proteins either detected (i.e., biological targets) or used for detection (i.e., probes) in the assays of the invention."[41] This disclosure describes that antibodies for assays of the invention (*e.g.*, a secondary

---

[40] *See* D.I. 195-1, 06/11/2025 Satija Opening Claim Construction Declaration, ¶ 107 and references cited in footnote 48.

[41] 022 Patent, 4:51–55.

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

antibody) can bind to proteins "used for detection (i.e., probes)" (*e.g.*, a primary antibody) and the primary antibody can bind to the actual proteins in the biological sample.

46.     Therefore, a POSA, reading the specification, would have understood that the patent discloses a variety of interactions, including electrostatic interactions and indirect or physical interactions. The specification does not limit the interactions to any particular kinds or forms. As I have explained above, Dr. Chee's invention is intended to associate spatial barcodes with target molecules through interacting with the target molecules *in situ*, *i.e.*, at their locations in the biological sample to preserve the spatial information for the targets, so that the targets can be pooled, analyzed, and identified *ex situ* in a workflow off the sample without losing their spatial location information. The specification does not in any way limit how the interactions take place, as long as the interaction can associate the spatial barcodes with the target molecules. A POSA would also have understood that the specification adequately describes the various forms of interactions that can be used with the invention, and that the electrostatic and physical/indirect interactions between the Trekker oligos and biological molecules of a nucleus fall squarely into the scope of the claims in the 022 Patent.

47.     I understand that Dr. Satija has provided opinions that a POSA, reading the specification, would have considered interactions to include electrostatic interactions and indirect interactions.[42] I have reviewed Dr. Satija's opinions, and his opinions are consistent with my own opinions and my understanding of the Asserted Patents.

48.     Dr. Puglisi also asserts that:[43]

Moreover, while Dr. Quackenbush does not spell out how the Trekker oligonucleotides are "configured to interact with a biological molecule," he ostensibly presumes that the "configured" limitation is met so long as a binding

---

[42] D.I. 195-1, 06/11/2025 Satija Opening Claim Construction Declaration, ¶¶ 94–107.
[43] 10/31/2025 Puglisi Rebuttal Report, ¶ 66.

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION



**Figure 2. Trekker brings spatial dimensions to multiomic snRNA-seq and snATAC-seq analysis of primary human melanoma tissue.** 13,933 nuclei from a 25 μm section of primary human melanoma tissue were spatially positioned using a 10 mm × 10 mm Trekker tile. Nuclei were annotated via label transfer from a published single-cell dataset, with all cell types annotated based on snRNA-seq data. Cell-type-annotated nuclei were projected onto dimensionally reduced space using snRNA-seq gene expression (**Panel A**) and snATAC-seq accessibility peaks (**Panel B**). **Panel C.** Sequence logos of the top six overrepresented DNA motifs found in differentially accessible ATAC peaks within the 'Malignant 3' tumor subtype. **Panel D.** Spatial projections of cell-type-annotated nuclei, colored as in Panel A. **Panel E.** Spatial expression patterns of malignant cell subtype-defining genes *NRG3* and *VGF*. Counts were normalized using SCTransform. **Panel F.** Genomic accessibility and gene expression of VGF in all annotated cell types, highlighting its association with the 'Malignant 3' tumor subtype. Accessibility data spans 500 bp upstream and 10,000 bp downstream of the *VGF* gene and is annotated with gene loci (**middle top**), reference peaks (**middle center**) and statistically correlated peaks (**bottom**).

Panel E shows that the Trekker flow can determine and visualize spatial locations of specific genes in a tissue sample. Therefore, it is clear that the Trekker flow involves determining the spatial location of biological molecules in a tissue sample.

134.    Additionally, in my infringement analysis, I do not point to the entire nucleus as a "biological molecule." Instead, I explained in my Opening Report that the Trekker oligo interacts with the mRNA molecules of a nucleus by entering and staying associated with the nucleus and establishing a physical relationship or physical proximity with the mRNA molecules of the nucleus.[137] Additionally, the Trekker oligo also interacts with the mRNA molecules indirectly within the partitions of a single-cell sequencing workflow.[138] I further explained that the Trekker oligo also interacts electrostatically with components of the nucleus that have opposite electrostatic charges.[139] The mRNAs and other biological components of the nucleus (such as lipids) are the

---

[137] 09/29/2025 Quackenbush Opening Infringement Report, ¶¶ 412–413.
[138] 09/29/2025 Quackenbush Opening Infringement Report, ¶ 415.
[139] 09/29/2025 Quackenbush Opening Infringement Report, ¶ 420.

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

"biological molecules of tissue sample," not the entire nucleus. Dr. Puglisi does not dispute that mRNAs and other components of a nucleus can be biological molecules. For example, he relies on the specification to distinguish between "biological molecules" and "subcellular targets," noting that biological targets "can be any biological molecules including but not limited to proteins, nucleic acids, lipids, carbohydrates, ions, or multicomponent complexes containing any of the above."[140]

135.    Dr. Puglisi then asserts that I mapped "the capture oligo … in the single-cell sequencing workflow" to the claimed "biological molecule" and argues that the capture oligonucleotide in the single-cell sequencing workflow is not the claimed biological molecule.[141] This is a misunderstanding of my infringement analysis. I first note that the "binding agents" and "configured to interact with a biological molecules of a tissue sample" are two different elements of Claim 1: "binding agent" specifically binds to a target molecule, which in the Trekker workflow is the capture oligo in the single-cell sequencing workflow. And the "configured to interact with a biological molecules of a tissue sample" element is met by the various interactions between the Trekker oligo and the mRNA molecules and other molecules in the nucleus. I have not opined that the "configured to interact" element is met by the specific binding between the Trekker oligo and the capture oligo in the single-cell sequencing workflow.

136.    In my Opening Infringement Report, while I addressed the binding between the Trekker oligo and the single cell capture oligo with respect to the "configured to interact" element, this is to explain how the Trekker oligo indirectly interacts with mRNA molecules because both the Trekker oligo and the mRNA molecule bind to capture oligos in the single-cell sequencing

---

[140] 10/31/2025 Puglisi Rebuttal Report ¶ 144 (citing 022 Patent at 12:8–14).
[141] 10/31/2025 Puglisi Rebuttal Report ¶ 145.

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

workflow.[142] I explained that "[t]he Trekker barcode oligos bind to oligos on the same gel bead, including as part of a multicomponent complex that includes the mRNA. The Trekker barcode oligo thus interacts with the mRNAs in the partition, including via these multicomponent complexes, associating the spatial barcode with the mRNAs of the nucleus that are bound to gel bead oligos."[143]

137.     And, as I set forth in my Opening Infringement Report, the Asserted Patents' specification describes a wide breadth of interaction types that may occur during the claimed workflow, including direct interactions, such as hybridizations, as well as other chemical interactions like electrostatic interactions, and indirect interactions including developing proximity relationships and indirect binding through a multicomponent complex.[144] I understand that this is consistent with the court's construction of the claim term "configured to interact with a biological molecule of a tissue sample," which is to be given its plain and ordinary meaning of "configured to establish a chemical or physical relationship with a biological molecule of a tissue sample."[145] Therefore, there is no inconsistency as to what the "biological molecules of the tissue sample" are in the Trekker workflow in my Opening Infringement Report.

138.     **"Binding agents":** Dr. Puglisi asserts that Trekker does not have the claimed "binding agents."[146] I disagree and address his arguments below.

139.     First, Dr. Puglisi argues that "Dr. Quackenbush's reference to a 'barcoded oligos' makes little sense. In the context of an oligo, a 'barcode' is simply a sequence; hence any

---

[142] 09/29/2025 Quackenbush Opening Infringement Report, ¶¶ 415–419.
[143] 09/29/2025 Quackenbush Opening Infringement Report, ¶ 415.
[144] 09/29/2025 Quackenbush Opening Infringement Report, ¶¶ 411–417, 422, 449, 454, 491;

███████████████████████████████████████

[145] D.I. 225, 08/27/2025 *Markman* Hearing Transcript, 102:10–103:11.
[146] 10/31/2025 Puglisi Rebuttal Report, ¶ 152.



140.    Dr. Puglisi asserts that Trekker's oligonucleotides do not meet the "binding agent" limitation because binding agent is "an agent that binds to a biological molecule of interest with high affinity and/or complementarity" and "the capture oligonucleotides of the single-cell platform are not 'of interest.'"[151] I disagree with Dr. Puglisi's opinions.

141.    As I have explained in Section IV.D, a POSA would have understood that the biological targets or "biological molecules of interest" can be a wide range of native or synthetic nucleic acid sequences and would include intermediary molecules that serve as proxies to the native molecules in the tissue sample. I also explained in that same section that a capture oligonucleotide of the single-cell platform is a proxy for the native molecules in the nucleus.

142.    Dr. Puglisi relies on the specification's description of "biological targets of interest" to argue that the "biological molecule of interest" is limited to "the biological molecule from the sample that is being studied ('assayed') in the experiment, e.g., the 'target' of the experiment whose spatial location in the sample is being investigated."[152] However, as I have explained in Section IV.D, the cited passage in the specification states that biological targets can include "any

_____

[151] 10/31/2025 Puglisi Rebuttal Report, ¶¶ 152–159.
[152] 10/31/2025 Puglisi Rebuttal Report, ¶ 157 (citing to the 022 Patent at 9:5–17).

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

molecule of interest" and does not limit it to the "target" of the experiment whose spatial location in the sample is being investigated. It also states that biological targets include nucleic acids such as "cDNAs, amplicons, or other nucleic acid sequences" that are synthetic and may not be the target of experiment whose spatial location in the sample is being investigated but serve as proxies to the target molecules. I also explained that the specification also includes descriptions for primary and secondary probes or sandwich probes in which the "biological target of interest" that is bound to the binding agent might be an intermediary probe.

143.    Dr. Puglisi opines that "Trekker is used to infer the probable relative spatial location of an individual nucleus within a tissue sample as compared with the location of other nuclei in the sample. It is not used to determine the spatial location of the single-cell platform's capture oligonucleotides."[153] As I have explained, the single-cell capture oligonucleotides are the linchpin in the Trekker workflow that connects the Trekker oligos with the biological molecules in a nucleus such as mRNAs. Therefore, the single-cell capture oligonucleotides are biological molecules of interest because they are a stand-in for the nucleus whose spatial locations are being determined.

144.    Dr. Puglisi further suggests that it would be my opinion that "any molecules in the Trekker workflow that perform a necessary step of the workflow would be a 'biological molecule of interest,' presumably such as the Trekker oligonucleotides themselves. That makes no sense."[154] That is not my opinion, nor have I suggested as much in my Opening Infringement Report. The binding agent must bind to a biological molecule of interest.[155] The Trekker oligonucleotide serves as the binding agent. They do not bind to themselves. And the binding agent also does not bind to

---

[153] 10/31/2025 Puglisi Rebuttal Report, ¶ 159.
[154] 10/31/2025 Puglisi Rebuttal Report, ¶ 158.
[155] D.I. 225, 08/27/2025 *Markman* Hearing Transcript, 97:10–102:9.

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

anything that is involved in the workflow, because the binding agent only specifically binds the biological molecule of interest that it is designed to bind, *i.e.*, in the context of a nucleic acid, the binding agent only specifically binds a biological molecule of interest that has a sequence complementary to the target-binding domain of the binding agent.

145.    Next, Dr. Puglisi reprises his arguments regarding the "level of affinity" required for the claimed binding interaction, asserting that "Trekker's handshake sequences do not bind to the single cell kit oligonucleotides with 'high affinity/and or complementarity.'"[156] For Trekker Version U, the Trekker oligo includes a poly(A) capture sequence that specifically binds to the poly(dT) sequence in the single-cell oligo used in the compatible single cell workflows. For the same reasons as those discussed above in the context of the Seeker workflow, the discussion for which I incorporate here in its entirety, that hybridization reaction proceeds with the requisite complementarity.

146.    Dr. Puglisi further asserts that Trekker oligonucleotides do not bind to a cell nucleus because (1) a cell nucleus is not a biological molecule; (2) Trekker oligos do not bind to cell nuclei with high affinity and/or complementarity; and (3) only a small portion of Trekker oligos are associated with a particular nucleus by the end of the workflow.[157] I have not opined that Trekker oligos bind to a cell nucleus. Trekker oligos are "binding agents" because they specifically bind to the single-cell capture oligos which are biological molecules of interest in the Trekker workflow.

147.    Finally, Dr. Puglisi incorrectly concludes that the claims of the 022 Patent "do[] not contemplate a binding agent specifically binding to one biological molecule of interest and being

---

[156] 10/31/2025 Puglisi Rebuttal Report, ¶¶ 160–167.
[157] 10/31/2025 Puglisi Rebuttal Report, ¶¶ 165–167.

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

454, and 491. Dr. Puglisi confirms this interaction in his own report. For example, Dr. Puglisi opines that, in the Trekker workflow:[169]

> The oligonucleotides with the spatial barcode and "handshake" sequence then diffuse through the cytoplasm to the nucleus, likely passing through the nuclear pore (which has a large 60 nanometer diameter) into the nucleus itself. As discussed below, the localization to the nucleus is by simple diffusion of sparse molecules. There the oligonucleotide will interact with an array of molecules (histones, DNA, non-coding RNAs and nascent transcripts) such that they are localized in the nucleus.

155.    Thus, although Dr. Puglisi asserts that there is disagreement on this point, it appears we both agree that the Trekker oligonucleotides are configured to interact with the biological molecules of the tissue sample via being configured to diffuse into and stay in a cell nucleus, which in turn allows the "oligonucleotide [to] interact with an array of molecules" that "are localized in the nucleus."[170] In my opinion, because the Trekker oligonucleotides are configured to interact with the biological molecules of the cell nucleus in this way, they are configured to interact as required by Claim 1 of the 022 Patent.

156.    Dr. Puglisi asserts that "Dr. Quackenbush points to no particular 'configuration' of the oligonucleotides—for example no particular structure, feature or component or any special chemistry—that allows them to remain in the nucleus, much less interact with mRNA molecules in the nucleus."[171] He also opines that "Curio has tried a wide variety of probes with different structures and that they each have a similar percentage of probes that remain associated with the nucleus through the workflow."[172]

157.    I disagree. As I have explained in the Opening Report, Trekker's oligos are specifically designed to achieve the objective of diffusing into and remaining in the nucleus in

---

[169] 10/31/2025 Puglisi Rebuttal Report, ¶ 89.
[170] *Id.*
[171] 10/31/2025 Puglisi Rebuttal Report ¶ 176.
[172] *Id.*

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

order to establish a physical, electrostatic, or indirect relationship with molecules in the nucleus such as mRNAs:

- The Trekker oligo is designed to include a photocleavable linker that releases the oligo from the bead to allow it to diffuse into a nucleus.[173]

- The Trekker oligo is designed to carry an electrostatic charge and engage in electrostatic interactions with molecules in the nucleus that have an opposite charge so that the oligo "sticks" to the nucleus.[174]

- ███████████████████████████████████████████████████

- The user is instructed to melt tissues onto the Trekker slide. This facilitates the Trekker oligos' diffusion into the nuclei as it makes nuclear pores more accessible.

- The Trekker oligo is designed to have a handshake sequence that will bind to a capture oligo used in single cell sequencing platforms to facilitate an indirect interaction with the mRNA molecules in the nucleus because both the mRNA molecules and the Trekker oligos will bind to capture oligos used in single cell sequencing platforms, creating a physical and computational connection between the Trekker oligos and the mRNAs.[176]

158.    Dr. Puglisi then opines that "Curio's data shows that less than 2,500 oligonucleotides are generally detected per nucleus—thus, only a miniscule percentage of Trekker's oligonucleotides remain associated with the same nucleus through the Trekker workflow. This is significantly less than we would expect from chance encounters with the nucleus, if the oligonucleotides just dispersed uniformly throughout a cell."[177] I disagree that the Trekker oligos are not configured to interact with a biological molecule just because a small

---

[173] 09/29/2025 Quackenbush Opening Infringement Report, ¶ 412.
[174] 09/29/2025 Quackenbush Opening Infringement Report, ¶ 420.
███████████████████████████████████████████████████
███████████████████████████████████████████████████
[176] 09/29/2025 Quackenbush Opening Infringement Report, ¶¶ 415-420.
[177] 10/31/2025 Puglisi Rebuttal Report, ¶ 177.

**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**

based on the relative signals from other nearby Trekker oligonucleotides that arise by photocleavage from neighboring beads."[195]

167.    Dr. Puglisi's argument rests on an incorrect assumption that "corresponding to a location at which the binding agent interacts with a biological molecule of a tissue sample" requires indicating the "exact location" of the interaction. Dr. Puglisi does not point to any evidence to support such narrow reading for the claim language. In my opinion, a person of ordinary skill in the art would have understood that a workflow capable of allowing the general, relative location of a biological molecule from a tissue sample to be inferred constitutes determining the spatial location of a biological molecule of a tissue sample. Indeed, the specification clearly discusses how the spatial location can be used to "estimate the relative abundance of different RNA transcripts with the ability to reconstruct an image of spatial patterns of abundance across many locations."[196] Estimation and general pattern generation are thus expressly contemplated by the Asserted Patents.

168.    In the Trekker workflow, the tissue sample is melted on top of the Trekker slide, and the Trekker oligos are photocleaved and diffused into the nuclei. A POSA would understand that generally, because the Trekker oligos are diffused in a tissue sample, the oligos do not travel very far from the bead they were photocleaved from. Therefore, most Trekker oligos will end up in a very small area of the tissue sample directly above the bead they were photocleaved from.

██████████████████████████

---

[195] *Id.*, ¶ 187.
[196] 022 Patent, 19:28–31.
██ ███████████████████

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

disagree. Indeed, this Trekker feature highlights the principle of the claimed invention and its advantage: using capture probes with spatial tags to interact with biological molecules preserves the spatial location of the biological molecules, so that even after the tissue section is removed from the tile and disassociated, the spatial locations of biological molecules are not lost. The spatial tag can then be determined alongside the target molecules (via both binding to the single cell sequencing capture oligos) in a highly paralleled fashion to determine the spatial locations of the target molecules.

### c.    Identifying a Spatial Location

247.    Dr. Puglisi describes Trekker as performing "GPS triangulation," rather than the "defined location tagging" of the Asserted Patents, because, in his opinion, Trekker's oligonucleotide tags do not correspond to a specific location on the array where a biological molecule contacted a probe, but rather the location of a tagged cell nucleus must be inferred.[299] He opines that this reflects a fundamental change in principle from the Chee patents. I disagree. This does not change the principle or way, as it still constitutes adding a spatial barcode to capture probes to determine the spatial location of a biological molecule. The patents do not limit using multiple spatial barcodes to refine a positional estimate, nor, as I pointed out earlier in this Report, do they specify that the positional information must be absolute as opposed to relative; they require the use of a spatial identifier that carries spatial information to determine the spatial location of the target molecules. As I have explained above and in my Opening Report, Trekker does exactly that.

### d.    Using Single-Cell Sequencing in the Trekker Workflow

248.    Furthermore, Dr. Puglisi opines that Trekker is a departure from the principle of invention of the Asserted Patents because the Asserted Patents "do not describe oligonucleotides

---

[299] 10/31/2025 Puglisi Rebuttal Report, ¶¶ 368–369.

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

that associate with single cells or cell nuclei, nor do they teach or suggest any use in conjunction with a single-cell platform, nor do they teach, suggest or enable any means for achieving single-cell spatial mapping."[300] I disagree. The specification emphasizes flexibility in both (1) how the binding agents/capture probes interact with the biological molecules to associate the spatial tag with biological molecules; and (2) how the spatial tags and biological molecules are determined. The specification provides many examples of sequencing methods that can be used in conjunction with the claimed invention.[301] Single-cell sequencing, which isolates cells or nucleus in microwells or encapsulates them in droplet partitions and performs sequencing so that the user knows which sequence comes from which cell or nucleus, is just one of the many sequencing techniques that can be used with the claimed invention. Implementing the invention with a single-cell workflow is a foreseeable implementation of the same patented principle.

### 3. Responses to Dr. Puglisi's Opinions About the Purported "Differences Between How Trekker Works as Opposed to Other Commercial Technology"

249.    Dr. Puglisi summarily concluded that "Trekker operates entirely differently from the invention described in the patent or any other existing technology" and purported to compare Visium and Trekker to "illustrat[e] what sets Trekker apart from existing spatial assays."[302] But Dr. Puglisi only cited to summaries of Visium's and Trekker's workflow without actually comparing them and explaining what differences they have. I understand that the test for patent infringement is whether the accused product or workflow meets all limitations of the asserted claims, not whether the accused workflow is similar to another embodying product of the asserted claims. Comparison with another product is irrelevant in the infringement analysis. As I have

---

[300] 10/31/2025 Puglisi Rebuttal Report, ¶ 261.
[301] 022 Patent at 6:52-7:18.
[302] 10/31/2025 Puglisi Rebuttal Report, ¶ 370.

# Exhibit D

# Exhibit E

# Exhibit F

US010480022B2

(12) **United States Patent**

Chee

(10) **Patent No.:** **US 10,480,022 B2**

(45) **Date of Patent:** *Nov. 19, 2019**

(54) **SPATIALLY ENCODED BIOLOGICAL ASSAYS**

(71) Applicant: **Prognosys Biosciences, Inc.**, San Diego, CA (US)

(72) Inventor: **Mark S. Chee**, San Diego, CA (US)

(73) Assignee: **Prognosys Biosciences, Inc.**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/276,235**

(22) Filed: **Feb. 14, 2019**

(65) **Prior Publication Data**

US 2019/0177777 A1 Jun. 13, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/187,661, filed on Jun. 20, 2016, now Pat. No. 10,308,982, which is a continuation of application No. 13/080,616, filed on Apr. 5, 2011, now Pat. No. 9,371,598.

(60) Provisional application No. 61/321,124, filed on Apr. 5, 2010.

(51) **Int. Cl.**

| *C12Q 1/68* | (2018.01) |
| *G01N 33/53* | (2006.01) |
| *G01N 33/68* | (2006.01) |
| *C12Q 1/6837* | (2018.01) |
| *C40B 30/04* | (2006.01) |
| *C12Q 1/6809* | (2018.01) |
| *C12Q 1/6834* | (2018.01) |
| *C12Q 1/6841* | (2018.01) |
| *C12Q 1/6869* | (2018.01) |
| *C40B 60/04* | (2006.01) |
| *C12Q 1/6804* | (2018.01) |
| *C12Q 1/6874* | (2018.01) |

(52) **U.S. Cl.**

CPC ......... *C12Q 1/6837* (2013.01); *C12Q 1/6804* (2013.01); *C12Q 1/6809* (2013.01); *C12Q 1/6834* (2013.01); *C12Q 1/6841* (2013.01); *C12Q 1/6869* (2013.01); *C12Q 1/6874* (2013.01); *C40B 30/04* (2013.01); *C40B 60/04* (2013.01); *G01N 33/5308* (2013.01); *G01N 33/6845* (2013.01); *G01N 2458/10* (2013.01)

(58) **Field of Classification Search**

None

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,683,195 | A | 7/1987 | Mullis |
| 4,683,202 | A | 7/1987 | Mullis |
| 4,800,159 | A | 1/1989 | Mullis |
| 4,883,867 | A | 11/1989 | Lee |
| 4,965,188 | A | 10/1990 | Mullis |
| 5,002,882 | A | 3/1991 | Lunnen |
| 5,130,238 | A | 7/1992 | Malek |
| 5,308,751 | A | 5/1994 | Ohkawa |
| 5,321,130 | A | 6/1994 | Yue |
| 5,410,030 | A | 4/1995 | Yue |
| 5,436,134 | A | 7/1995 | Haugland |
| 5,455,166 | A | 10/1995 | Walker |
| 5,512,439 | A | 4/1996 | Homes |
| 5,512,462 | A | 4/1996 | Cheng |
| 5,559,032 | A | 9/1996 | Pomeroy |
| 5,582,977 | A | 12/1996 | Yue |
| 5,599,675 | A | 2/1997 | Brenner |
| 5,641,658 | A | 6/1997 | Adams |
| 5,658,751 | A | 8/1997 | Yue |
| 5,750,341 | A | 5/1998 | Macevicz |
| 5,763,175 | A | 6/1998 | Brenner |
| 5,863,753 | A | 1/1999 | Haugland |
| 5,912,148 | A | 6/1999 | Eggerding |
| 6,013,440 | A | 1/2000 | Lipshutz |
| 6,130,073 | A | 10/2000 | Eggerding |
| 6,143,496 | A | 11/2000 | Brown |
| 6,153,389 | A | 11/2000 | Haarer |
| 6,210,891 | B1 | 4/2001 | Nyren |
| 6,210,894 | B1 | 4/2001 | Brennan |
| 6,214,587 | B1 | 4/2001 | Dattagupta |
| 6,258,558 | B1 | 7/2001 | Szostak |
| 6,258,568 | B1 | 7/2001 | Nyren |

(Continued)

FOREIGN PATENT DOCUMENTS

| DE | 102008025656 | 12/2009 |
| EP | 1712623 | 10/2006 |

(Continued)

OTHER PUBLICATIONS

Affymetrix, "GeneChip Human Genome U133 Set," retrieved from the Internet: on the World Wide Web at affymetrix.com/support/technical/datasheets/hgu133_datasheet.pdf, retrieved on Feb. 26, 2003.

Affymetrix, "Human Genome U95Av2," Internet Citation, retrieved from the internet: on the World Wide Web affymetrix.com, retrieved on Oct. 2, 2002.

Albretsen et al., "Applications of magnetic beads with covalently attached oligonucleotides in hybridization: Isolation and detection of specific measles virus mRNA from a crude cell lysate", Anal. Biochem. 189: 40-50, 1990.

Allawi and SantaLucia, "Thermodynamics and NMR of Internal GaT Mismatches in DNA." Biochemistry, 36:10581-94.

(Continued)

*Primary Examiner* — James Martinell

(74) *Attorney, Agent, or Firm* — Fish & Richardson P.C.

(57) **ABSTRACT**

The present invention provides assays and assay systems for use in spatially encoded biological assays. The invention provides an assay system comprising an assay capable of high levels of multiplexing where reagents are provided to a biological sample in defined spatial patterns; instrumentation capable of controlled delivery of reagents according to the spatial patterns; and a decoding scheme providing a readout that is digital in nature.

**30 Claims, 5 Drawing Sheets**

**US 10,480,022 B2**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6,261,804 | B1 | 7/2001 | Szostak | 8,288,103 | B2 | 10/2012 | Oliphant |
| 6,266,459 | B1 | 7/2001 | Walt | 8,337,851 | B2 | 12/2012 | Aukerman |
| 6,274,320 | B1 | 8/2001 | Rothberg | 8,343,500 | B2 | 1/2013 | Wraith |
| 6,281,804 | B1 | 8/2001 | Haller | 8,383,338 | B2 | 2/2013 | Kitzman |
| 6,309,824 | B1 | 10/2001 | Drmanac | 8,460,865 | B2 | 6/2013 | Chee |
| 6,344,316 | B1 | 2/2002 | Lockhart | 8,481,257 | B2 | 7/2013 | Van Eijk |
| 6,355,431 | B1 | 3/2002 | Chee | 8,481,292 | B2 | 7/2013 | Casbon |
| 6,401,267 | B1 | 6/2002 | Drmanac | 8,486,625 | B2 | 7/2013 | Gunderson |
| 6,404,907 | B1 | 6/2002 | Gilchrist | RE44,596 | E | 11/2013 | Stroun et al. |
| 6,416,950 | B1 | 7/2002 | Lohse | 8,586,310 | B2 | 11/2013 | Mitra |
| 6,485,982 | B1 | 11/2002 | Charlton | 8,614,073 | B2 | 12/2013 | Van Eijk |
| 6,518,018 | B1 | 2/2003 | Szostak | 8,637,242 | B2 | 1/2014 | Shen |
| 6,565,727 | B1 | 5/2003 | Shenderov | 8,685,889 | B2 | 4/2014 | Van Eijk |
| 6,579,695 | B1 | 6/2003 | Lambalot | 8,741,606 | B2 | 6/2014 | Casbon |
| 6,632,641 | B1 | 10/2003 | Brennan | 8,778,849 | B2 | 7/2014 | Bowen |
| 6,673,620 | B1 | 1/2004 | Loeffler | 8,785,353 | B2 | 7/2014 | Van Eijk |
| 6,699,710 | B1 | 3/2004 | Kononen | 8,815,512 | B2 | 8/2014 | Van Eijk |
| 6,770,441 | B1 | 8/2004 | Dickinson | 8,835,358 | B2 | 9/2014 | Fodor |
| 6,773,566 | B1 | 8/2004 | Shenderov | 8,865,410 | B2 | 10/2014 | Shendure |
| 6,773,886 | B1 | 8/2004 | Kaufman | 8,895,249 | B2 | 11/2014 | Shen |
| 6,787,308 | B2 | 9/2004 | Balasubramanian | 8,911,945 | B2 | 12/2014 | Van Eijk |
| 6,800,453 | B2 | 10/2004 | Labaer | 8,936,912 | B2 | 1/2015 | Mitra |
| 6,828,100 | B1 | 12/2004 | Ronaghi | 8,951,781 | B2 | 2/2015 | Reed |
| 6,833,246 | B2 | 12/2004 | Balasubramanian | 9,023,768 | B2 | 5/2015 | Van Eijk |
| 6,859,570 | B2 | 2/2005 | Walt | 9,062,348 | B1 | 6/2015 | Van Eijk |
| 6,864,052 | B1 | 3/2005 | Drmanac | 9,080,210 | B2 | 7/2015 | Van Eijk |
| 6,867,028 | B2 | 3/2005 | Janulaitis | 9,085,798 | B2 | 7/2015 | Chee |
| 6,878,515 | B1 | 4/2005 | Landegren | 9,121,069 | B2 | 9/2015 | Lo |
| 6,897,023 | B2 | 5/2005 | Fu | 9,194,001 | B2 | 11/2015 | Brenner |
| 6,911,132 | B2 | 6/2005 | Pamula | 9,290,808 | B2 | 3/2016 | Fodor |
| 6,911,345 | B2 | 6/2005 | Quake | 9,290,809 | B2 | 3/2016 | Fodor |
| 6,969,488 | B2 | 11/2005 | Bridgham | 9,328,383 | B2 | 5/2016 | Van Eijk |
| 6,969,589 | B2 | 11/2005 | Patil | 9,334,536 | B2 | 5/2016 | Van Eijk |
| 6,977,033 | B2 | 12/2005 | Becker | 9,340,830 | B2 | 5/2016 | Lipson |
| 7,052,244 | B2 | 5/2006 | Fouillet | 9,371,598 | B2 | 6/2016 | Chee |
| 7,057,026 | B2 | 6/2006 | Barnes | 9,376,716 | B2 | 6/2016 | Van Eijk |
| 7,115,400 | B1 | 10/2006 | Adessi | 9,376,719 | B2 | 6/2016 | Van Eijk |
| 7,118,883 | B2 | 10/2006 | Inoue | 9,404,156 | B2 | 8/2016 | Hicks |
| 7,163,612 | B2 | 1/2007 | Sterling | 9,447,459 | B2 | 9/2016 | Van Eijk |
| 7,192,735 | B2 | 3/2007 | Lambalot | 9,453,256 | B2 | 9/2016 | Van Eijk |
| 7,211,414 | B2 | 5/2007 | Hardin | 9,493,820 | B2 | 11/2016 | Van Eijk |
| 7,229,769 | B2 | 6/2007 | Kozlov | 9,506,061 | B2 | 11/2016 | Brown |
| 7,244,559 | B2 | 7/2007 | Rothberg | 9,574,230 | B2 | 2/2017 | Van Eijk |
| 7,264,929 | B2 | 9/2007 | Rothberg | 9,593,365 | B2 | 3/2017 | Frisen et al. |
| 7,270,950 | B2 | 9/2007 | Szostak | 9,657,335 | B2 | 5/2017 | Van Eijk |
| 7,297,518 | B2 | 11/2007 | Quake | 9,670,542 | B2 | 6/2017 | Van Eijk |
| 7,315,019 | B2 | 1/2008 | Turner | 9,702,004 | B2 | 7/2017 | Van Eijk |
| 7,328,979 | B2 | 2/2008 | Decre | 9,727,810 | B2 | 8/2017 | Fodor et al. |
| 7,329,492 | B2 | 2/2008 | Hardin | 9,745,627 | B2 | 8/2017 | Van Eijk |
| 7,378,242 | B2 | 5/2008 | Hurt | 9,777,324 | B2 | 10/2017 | Van Eijk |
| 7,393,665 | B2 | 7/2008 | Brenner | 9,868,979 | B2 | 1/2018 | Chee et al. |
| 7,405,281 | B2 | 7/2008 | Xu | 9,879,313 | B2 | 1/2018 | Chee et al. |
| 7,407,757 | B2 | 8/2008 | Brenner | 9,896,721 | B2 | 2/2018 | Van Eijk |
| 7,462,449 | B2 | 12/2008 | Quake | 9,898,576 | B2 | 2/2018 | Van Eijk |
| 7,501,245 | B2 | 3/2009 | Quake | 9,898,577 | B2 | 2/2018 | Van Eijk |
| 7,537,897 | B2 | 5/2009 | Brenner | 10,002,316 | B2 | 6/2018 | Fodor et al. |
| 7,544,473 | B2 | 6/2009 | Brennan | 10,023,907 | B2 | 7/2018 | Van Eijk |
| 7,547,380 | B2 | 6/2009 | Velev | 10,030,261 | B2 | 7/2018 | Frisen et al. |
| 7,579,153 | B2 | 8/2009 | Brenner | 10,095,832 | B2 | 10/2018 | Van Eijk |
| 7,595,883 | B1 | 9/2009 | Gamal | 10,138,509 | B2 | 11/2018 | Church et al. |
| 7,601,498 | B2 | 10/2009 | Mao | 10,179,932 | B2 | 1/2019 | Church et al. |
| 7,635,566 | B2 | 12/2009 | Brenner | 2002/0040275 | A1 | 4/2002 | Cravatt |
| 7,641,779 | B2 | 1/2010 | Becker | 2002/0055100 | A1 | 5/2002 | Kawashima |
| 7,666,612 | B2 | 2/2010 | Johnsson | 2002/0064779 | A1 | 5/2002 | Landegren |
| 7,674,752 | B2 | 3/2010 | He | 2002/0150909 | A1 | 10/2002 | Stuelpnagel |
| 7,754,429 | B2 | 7/2010 | Rigatti | 2002/0168645 | A1 | 11/2002 | Taylor |
| 7,776,547 | B2 | 8/2010 | Roth | 2003/0022207 | A1 | 1/2003 | Balasubramanian |
| 7,776,567 | B2 | 8/2010 | Mao | 2003/0040035 | A1 | 2/2003 | Slamon |
| 7,803,943 | B2 | 9/2010 | Mao | 2003/0064398 | A1 | 4/2003 | Barnes |
| 7,858,321 | B2 | 12/2010 | Glezer | 2003/0087232 | A1 | 5/2003 | Christians |
| 7,960,120 | B2 | 6/2011 | Rigatti | 2003/0096323 | A1 | 5/2003 | James |
| 8,092,784 | B2 | 1/2012 | Mao | 2003/0113713 | A1 | 6/2003 | Glezer |
| 8,148,068 | B2 | 4/2012 | Brenner | 2003/0138879 | A1 | 7/2003 | Lambalot |
| 8,148,518 | B2 | 4/2012 | Buchanan | 2003/0148335 | A1 | 8/2003 | Shen et al. |
| 8,207,093 | B2 | 6/2012 | Szostak | 2003/0162216 | A1 | 8/2003 | Gold |
| | | | | 2003/0170637 | A1 | 9/2003 | Pirrung et al. |
| | | | | 2003/0205632 | A1 | 11/2003 | Kim et al. |
| | | | | 2003/0224419 | A1 | 12/2003 | Corcoran |
| | | | | 2003/0232382 | A1 | 12/2003 | Brennan |

US 10,480,022 B2

Page 3

(56)                References Cited

U.S. PATENT DOCUMENTS

| 2003/0235852 | A1 | 12/2003 | Roberts |
| 2004/0002090 | A1 | 1/2004 | Mayer et al. |
| 2004/0067492 | A1 | 4/2004 | Peng et al. |
| 2004/0096853 | A1 | 5/2004 | Mayer |
| 2004/0106110 | A1 | 6/2004 | Balasubramanian |
| 2004/0112442 | A1 | 6/2004 | Maerkl |
| 2005/0003431 | A1 | 1/2005 | Wucherpfennig |
| 2005/0019776 | A1 | 1/2005 | Callow et al. |
| 2005/0026188 | A1 | 2/2005 | Van Kessel |
| 2005/0037362 | A1 | 2/2005 | Remacle et al. |
| 2005/0037393 | A1 | 2/2005 | Gunderson et al. |
| 2005/0048580 | A1 | 3/2005 | Labaer |
| 2005/0064460 | A1 | 3/2005 | Holliger et al. |
| 2005/0130173 | A1 | 6/2005 | Leamon et al. |
| 2005/0164292 | A1 | 7/2005 | Farooqui |
| 2005/0179746 | A1 | 8/2005 | Roux et al. |
| 2005/0191656 | A1 | 9/2005 | Drmanac et al. |
| 2005/0191698 | A1 | 9/2005 | Chee et al. |
| 2005/0239192 | A1 | 10/2005 | Nasarabadi et al. |
| 2005/0255548 | A1 | 11/2005 | Lipovsek et al. |
| 2005/0260653 | A1 | 11/2005 | LaBaer |
| 2006/0003394 | A1 | 1/2006 | Song |
| 2006/0039823 | A1 | 2/2006 | Yamakawa et al. |
| 2006/0046313 | A1 | 3/2006 | Roth |
| 2006/0079453 | A1 | 4/2006 | Sidney et al. |
| 2006/0134669 | A1 | 6/2006 | Casasanta |
| 2006/0164490 | A1 | 7/2006 | Kim et al. |
| 2006/0188875 | A1 | 8/2006 | Cox et al. |
| 2006/0194331 | A1 | 8/2006 | Pamula et al. |
| 2006/0199207 | A1 | 9/2006 | Matysiak |
| 2006/0211001 | A1 | 9/2006 | Yu et al. |
| 2006/0216721 | A1 | 9/2006 | Kozlov et al. |
| 2006/0216775 | A1 | 9/2006 | Burkart et al. |
| 2006/0228758 | A1 | 10/2006 | Muchhal et al. |
| 2006/0263789 | A1 | 11/2006 | Kincaid |
| 2006/0275799 | A1 | 12/2006 | Banerjee et al. |
| 2007/0014810 | A1 | 1/2007 | Baker et al. |
| 2007/0020625 | A1 | 1/2007 | Duchaud et al. |
| 2007/0020640 | A1 | 1/2007 | McCloskey et al. |
| 2007/0020669 | A1 | 1/2007 | Ericsson |
| 2007/0023292 | A1 | 2/2007 | Kim et al. |
| 2007/0026430 | A1 | 2/2007 | Andersen et al. |
| 2007/0036511 | A1 | 2/2007 | Lundquist et al. |
| 2007/0054288 | A1 | 3/2007 | Su et al. |
| 2007/0099208 | A1 | 5/2007 | Drmanac et al. |
| 2007/0128624 | A1 | 6/2007 | Gormley et al. |
| 2007/0166725 | A1 | 7/2007 | McBride et al. |
| 2007/0172873 | A1 | 7/2007 | Brenner et al. |
| 2007/0178503 | A1 | 8/2007 | Jiang |
| 2007/0207482 | A1 | 9/2007 | Church et al. |
| 2007/0254305 | A1 | 11/2007 | Paik et al. |
| 2007/0269805 | A1 | 11/2007 | Rigers |
| 2008/0009420 | A1 | 1/2008 | Schroth et al. |
| 2008/0032301 | A1 | 2/2008 | Rank et al. |
| 2008/0071071 | A1 | 3/2008 | LaBaer et al. |
| 2008/0108082 | A1 | 5/2008 | Rank et al. |
| 2008/0108804 | A1 | 5/2008 | Hayashizaki et al. |
| 2008/0124252 | A1 | 5/2008 | Marchand et al. |
| 2008/0128627 | A1 | 6/2008 | Lundquist et al. |
| 2008/0220434 | A1 | 9/2008 | Thomas |
| 2008/0220981 | A1 | 9/2008 | McGregor |
| 2008/0261204 | A1 | 10/2008 | Lexow |
| 2008/0293591 | A1 | 11/2008 | Taussig et al. |
| 2008/0312103 | A1 | 12/2008 | Nemoto et al. |
| 2009/0005252 | A1 | 1/2009 | Drmanac et al. |
| 2009/0006002 | A1 | 1/2009 | Honisch et al. |
| 2009/0018024 | A1 | 1/2009 | Church et al. |
| 2009/0026082 | A1 | 1/2009 | Rothberg et al. |
| 2009/0036323 | A1 | 2/2009 | van Eijk et al. |
| 2009/0082212 | A1 | 3/2009 | Williams |
| 2009/0099041 | A1 | 4/2009 | Church et al. |
| 2009/0105959 | A1 | 4/2009 | Braverman et al. |
| 2009/0117573 | A1 | 5/2009 | Fu et al. |
| 2009/0127589 | A1 | 5/2009 | Rothberg et al. |
| 2009/0155781 | A1 | 6/2009 | Drmanac et al. |
| 2009/0170713 | A1 | 7/2009 | van Eijk et al. |
| 2009/0192044 | A1 | 7/2009 | Fouillet |
| 2009/0197326 | A1 | 8/2009 | El Gamal et al. |
| 2009/0215633 | A1 | 8/2009 | van Eijk et al. |
| 2009/0233842 | A1 | 9/2009 | Bignell et al. |
| 2009/0253581 | A1 | 10/2009 | van Eijk et al. |
| 2009/0264299 | A1 | 10/2009 | Drmanac et al. |
| 2009/0280487 | A1 | 11/2009 | Hung et al. |
| 2009/0283407 | A1 | 11/2009 | Shah et al. |
| 2009/0291854 | A1 | 11/2009 | Weisinger-Mayr et al. |
| 2009/0305237 | A1 | 12/2009 | Cantor et al. |
| 2009/0321262 | A1 | 12/2009 | Adachi et al. |
| 2010/0035249 | A1 | 2/2010 | Hayashizaki et al. |
| 2010/0069263 | A1 | 3/2010 | Shendure et al. |
| 2010/0096266 | A1 | 4/2010 | Kim et al. |
| 2010/0099103 | A1 | 4/2010 | Hsieh et al. |
| 2010/0105052 | A1 | 4/2010 | Drmanac et al. |
| 2010/0111768 | A1 | 5/2010 | Banerjee et al. |
| 2010/0113302 | A1 | 5/2010 | Williams |
| 2010/0120098 | A1 | 5/2010 | Grunenwald et al. |
| 2010/0129874 | A1 | 5/2010 | Mitra et al. |
| 2010/0137143 | A1 | 6/2010 | Rothberg et al. |
| 2010/0151464 | A1 | 6/2010 | Stuelpnagel et al. |
| 2010/0159446 | A1 | 6/2010 | Haff et al. |
| 2010/0173384 | A1 | 7/2010 | Johnsson et al. |
| 2010/0184614 | A1 | 7/2010 | Ye et al. |
| 2010/0227329 | A1 | 9/2010 | Cuppens |
| 2010/0282617 | A1 | 11/2010 | Rothberg et al. |
| 2011/0033854 | A1 | 2/2011 | Drmanac et al. |
| 2011/0048951 | A1 | 3/2011 | Wu |
| 2011/0059436 | A1 | 3/2011 | Hardin et al. |
| 2011/0059865 | A1 | 3/2011 | Smith et al. |
| 2011/0244448 | A1 | 10/2011 | Shirai et al. |
| 2011/0245101 | A1 | 10/2011 | Chee et al. |
| 2011/0245111 | A1 | 10/2011 | Chee |
| 2011/0275077 | A1 | 11/2011 | James |
| 2012/0046175 | A1 | 2/2012 | Rodesch et al. |
| 2012/0065081 | A1 | 3/2012 | Chee |
| 2012/0129248 | A1 | 5/2012 | Chee et al. |
| 2012/0135871 | A1 | 5/2012 | van Eijk et al. |
| 2012/0195810 | A1 | 8/2012 | Cohen et al. |
| 2012/0202698 | A1 | 8/2012 | van Eijk et al. |
| 2012/0245053 | A1 | 9/2012 | Shirai et al. |
| 2012/0258871 | A1 | 10/2012 | Kozlov et al. |
| 2012/0270748 | A1 | 10/2012 | Chee et al. |
| 2012/0289414 | A1 | 11/2012 | Mitra et al. |
| 2013/0096033 | A1 | 4/2013 | Routenberg |
| 2013/0109595 | A1 | 5/2013 | Routenberg |
| 2013/0261019 | A1 | 10/2013 | Lin et al. |
| 2013/0296174 | A1 | 11/2013 | Peumans |
| 2014/0065609 | A1 | 3/2014 | Hicks et al. |
| 2014/0066318 | A1 | 3/2014 | Frisen et al. |
| 2014/0079923 | A1 | 3/2014 | George et al. |
| 2014/0121118 | A1 | 5/2014 | Warner |
| 2014/0155274 | A1 | 6/2014 | Xie et al. |
| 2014/0227705 | A1 | 8/2014 | Vogelstein et al. |
| 2014/0243224 | A1 | 8/2014 | Barnard et al. |
| 2014/0274731 | A1 | 9/2014 | Raymond et al. |
| 2014/0296081 | A1 | 10/2014 | Diehn et al. |
| 2014/0342921 | A1 | 11/2014 | Weiner |
| 2014/0378345 | A1 | 12/2014 | Hindson et al. |
| 2015/0005447 | A1 | 1/2015 | Berti et al. |
| 2015/0051085 | A1 | 2/2015 | Vogelstein et al. |
| 2015/0087027 | A1 | 3/2015 | Makarov et al. |
| 2015/0344942 | A1 | 12/2015 | Frisen et al. |
| 2015/0376609 | A1 | 12/2015 | Hindson et al. |
| 2016/0003812 | A1 | 1/2016 | Porreca et al. |
| 2016/0024576 | A1 | 1/2016 | Chee |
| 2016/0138091 | A1 | 5/2016 | Chee et al. |
| 2016/0145677 | A1 | 5/2016 | Chee et al. |
| 2016/0298180 | A1 | 10/2016 | Chee |
| 2016/0333403 | A1 | 11/2016 | Chee |
| 2017/0058339 | A1 | 3/2017 | Chee |
| 2017/0058340 | A1 | 3/2017 | Chee |
| 2017/0058345 | A1 | 3/2017 | Chee |
| 2017/0088881 | A1 | 3/2017 | Chee |
| 2017/0166962 | A1 | 6/2017 | van Eijk et al. |
| 2017/0242020 | A1 | 8/2017 | Yamauchi et al. |
| 2017/0343545 | A1 | 11/2017 | Hadrup et al. |

US 10,480,022 B2

Page 4

(56)                  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2018/0179591 A1 | 6/2018 | Belgrader et al. |
| 2018/0180601 A1 | 6/2018 | Pedersen et al. |
| 2018/0201980 A1 | 7/2018 | Chee et al. |
| 2018/0217094 A1 | 8/2018 | Herr et al. |
| 2018/0247017 A1 | 8/2018 | van Eijk et al. |
| 2018/0291439 A1 | 10/2018 | van Eijk et al. |
| 2019/0017106 A1 | 1/2019 | Frisen et al. |
| 2019/0024153 A1 | 1/2019 | Frisen et al. |
| 2019/0024154 A1 | 1/2019 | Frisen et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1910562 | 4/2008 |
| EP | 1929039 | 6/2008 |
| EP | 1966393 | 9/2008 |
| EP | 2002017 | 12/2008 |
| EP | 2292788 | 3/2011 |
| EP | 2302070 | 3/2011 |
| EP | 2363504 | 9/2011 |
| EP | 2580351 | 4/2013 |
| EP | 2789696 | 10/2014 |
| EP | 2963127 | 1/2016 |
| EP | 3045544 | 7/2016 |
| EP | 3239304 | 11/2017 |
| JP | 2011-182702 | 9/2011 |
| JP | 2014-217381 | 11/2014 |
| KR | 10-20090081260 | 7/2009 |
| RU | 2145635 | 2/2000 |
| RU | 2270254 | 2/2006 |
| WO | WO 1989/010977 | 11/1989 |
| WO | WO 1991/006678 | 5/1991 |
| WO | WO 1995/025116 | 9/1995 |
| WO | WO 1995/035505 | 12/1995 |
| WO | WO 1998/044151 | 10/1998 |
| WO | WO 1999/032654 | 7/1999 |
| WO | WO 2000/018957 | 4/2000 |
| WO | WO 2000/024940 | 5/2000 |
| WO | WO 2000/063437 | 10/2000 |
| WO | WO 2001/007915 | 2/2001 |
| WO | WO 2001/042796 | 6/2001 |
| WO | WO 2001/090415 | 11/2001 |
| WO | WO 2002/024952 | 3/2002 |
| WO | WO 2002/059344 | 8/2002 |
| WO | WO 2002/059364 | 8/2002 |
| WO | WO 2002/077283 | 10/2002 |
| WO | WO 2002/088396 | 11/2002 |
| WO | WO 2003/010176 | 2/2003 |
| WO | WO 2004/018497 | 3/2004 |
| WO | WO 2004/028955 | 4/2004 |
| WO | WO 2005/010145 | 2/2005 |
| WO | WO 2005/026387 | 3/2005 |
| WO | WO 2005/042759 | 5/2005 |
| WO | WO 2006/074351 | 7/2006 |
| WO | WO 2006/084130 | 8/2006 |
| WO | WO 2006/117541 | 11/2006 |
| WO | WO 2006/137733 | 12/2006 |
| WO | WO 2007/030373 | 3/2007 |
| WO | WO 2007/037678 | 4/2007 |
| WO | WO 2007/041689 | 4/2007 |
| WO | WO 2007/060599 | 5/2007 |
| WO | WO 2007/073165 | 6/2007 |
| WO | WO 2007/073171 | 6/2007 |
| WO | WO 2007/076726 | 7/2007 |
| WO | WO 2007/114693 | 10/2007 |
| WO | WO 2007/120241 | 10/2007 |
| WO | WO 2007/123744 | 11/2007 |
| WO | WO 2007/145612 | 12/2007 |
| WO | WO 2008/093098 | 8/2008 |
| WO | WO 2009/032167 | 3/2009 |
| WO | WO 2009/036525 | 3/2009 |
| WO | WO 2009/152928 | 12/2009 |
| WO | WO 2010/019826 | 2/2010 |
| WO | WO 2010/027870 | 3/2010 |
| WO | WO 2010/126614 | 11/2010 |
| WO | WO 2010/127186 | 11/2010 |
| WO | WO 2011/014879 | 2/2011 |
| WO | WO 2011/071943 | 6/2011 |
| WO | WO 2011/127006 | 10/2011 |
| WO | WO 2011/127099 | 10/2011 |
| WO | WO 2011/155833 | 12/2011 |
| WO | WO 2012/022975 | 2/2012 |
| WO | WO 2012/058096 | 5/2012 |
| WO | WO 2012/071428 | 5/2012 |
| WO | WO 2012/139110 | 10/2012 |
| WO | WO 2012/140224 | 10/2012 |
| WO | WO 2012/142213 | 10/2012 |
| WO | WO 2012/148477 | 11/2012 |
| WO | WO 2013/123442 | 8/2013 |
| WO | WO 2013/138510 | 9/2013 |
| WO | WO 2013/142389 | 9/2013 |
| WO | WO 2013/150083 | 10/2013 |
| WO | WO 2014/060483 | 4/2014 |
| WO | WO 2014/142841 | 9/2014 |
| WO | WO 2014/163886 | 10/2014 |
| WO | WO 2014/210223 | 12/2014 |
| WO | WO 2014/210225 | 12/2014 |
| WO | WO 2016/007839 | 1/2016 |
| WO | WO 2016/162309 | 10/2016 |
| WO | WO 2018/045181 | 3/2018 |
| WO | WO 2018/045186 | 3/2018 |

OTHER PUBLICATIONS

Anderson et al., "Microarrayed Compound Screening to Identify Activators and Inhibitors of AMP—Activated Protein Kinase," J. of Biomolecular Screening, 2004, 9:112.

Andersson et al., "Analysis of protein expression in cell microarrays: a tool for antibody-based proteomics," J Histochem Cytochem., 4(12): 1413-1423, 2006.

Andresen et al., "Deciphering the Antibodyome  Peptide Arrays for Serum Antibody Biomarker Diagnostics," Current Proteomics, 6(1), 1-12, 2009.

Angenendt et al., "Cell-free expression and functional assay in a nanowell chip format," Analytical Chemistry, 2004, 76(7):1844-49.

Angenendt et al.,"Generation of High Density Protein Microarrays by Cell-free in Situ Expression of Unpurified PCR Products," Molecular and Cellular Proteomics, (2006) Ch. 5.9, pp. 1658-1666.

Armani et al, "2D-PCR: a method of mapping DNA in tissue sections," Lab on a Chip, 2009, 9(24):3526-34.

Asp et al., "Spatial detection of fetal marker genes expressed at low level in adult human heart tissue", Scientific Reports, 7: 12941, 10 pages, 2017.

Atkinson and Wells, "An Updated Protocol for High Throughput Plant Tissue Sectioning.", Front Plant Sci, 8: 1721, 2017.

Atkinson, Overview of Translation: Lecture Manuscript, U of Texas (2000) DD. 6.1-6.8.

Bains et al., "A Novel Method for Nucleic Acid Sequence Determination ," Journal of Theoretical Biology. 1988, 135(3), 303-7.

Baird et al., "Rapid SNP Discovery and Genetic Mapping Using Sequenced RAD markers," PLOS One. 2008, 3(1 0):e3376.

Barnes, "PCR amplification of up to 35-kb DNA with high fidelity and high yield from lambda bacteriophage templates.," Proc. Natl. Acad. Sci USA, 91: 2216-2220, 1994.

Baugh et al., "Quantitative analysis of mRNA amplification by in vitro transcription," Nucleic Acids Res., 2001, 29:5:e29.

Bell, "A Simple Way to Treat PCR Products Prior to Sequencing Using ExoSAP-IT," Biotechniques, 2008, vol. 44, No. 6.

Bentley et al., "Accurate whole human genome sequencing using reversible terminator chemistry", Nature, 2008, 456:53-59.

Bielas et al., "Human cancers express a mutator phenotype." Proc. Natl. Acad. Sci. USA, 2006, 103(48): 18238-18242.

Bielas et al., "Quantification of random genomic mutations," Nat. Methods. 2005, 2(4):285-290.

Birney, et al. "Identification and analysis of functional elements in 1% of the human genome by the ENCODE pilot project," Nature, 2007, 447:799-816.

Blokzijl et al., "Profiling protein expression and interactions: proximity ligation as a tool for personalized medicine," J Intern. Med., 2010, 268:232-245.

10XC-00000005

US 10,480,022 B2

Page 5

(56)            **References Cited**

OTHER PUBLICATIONS

Blow, "Tissue Issues," Nature, 448(23), 959-962, 2007.
Bonfield et al., "The application of numerical estimates of base calling accuracy to DNA sequencing projects," Nucleic Acids Research, 1995, 23(8):1406-1410.
Boulgakov et al., "From Space to Sequence and Back Again: Iterative DNA Proximity Ligation and its Applications to DNA-Based Imaging", bioRxiv, 24 pages, 2018.
Bowtell, "The genesis and evolution of high-grade serous ovarian cancer," Nat. Rev. Cancer, 2010, (11 ):803-808 Abstract.
Brandon et al., "Mitochondrial mutations in cancer," Oncogene, 2006, 25(34):4647-4662.
Brenner et al, "In vitro cloning of complex mixtures of DNA on microbeads: physical separation of differentially expressed cDNAs," Proc. Natl. Acad. Sci. USA, 2000, 97, 1665-1670.
Brenner et al., "Gene expression analysis by massively parallel signature sequencing (MPSS) on microbead arrays", Nat. Biotech. 18: 630-634, 2000.
Brockman et al., "Quality scores and SNP detection in sequencing-by-synthesis systems," Methods, 2008, 18:763-770.
Burgess, "A space for transcriptomics", Nature Reviews Genetics | Published online Jan. 15, 2016; doi:10.1038/nrg.2016.94.
Burgess, "Finding structure in gene expression", Nature Reviews Genetics | Published online Apr. 13, 2018; doi:10.1038 nrg.2018.19.
Burns et al., "Well-less, gel-permeation formats for ultra-HTS," DDT, 2001, 6(12):S40-S47.
Burton et al., "Coverslip Mounted-Immersion Cycled in Situ RT-PCR for the Localization of mRNA in Tissue Sections," Biotechniques, 1998, 24; pp. 92-100.
Carlson et al., "Formylglycine-generating Enzyme," J. of Biological Chemistry, 2008, 283(29):20117-125.
Carter et al., "Stabilization of an optical microscope to 0.1 nm in three dimensions," Applied Optics, 2007, 46:421-427.
Cerutti et al., "Generation of sequence-specific, high affinity anti-DNA antibodies," Journal of Biological Chemistry, 2001, 276(16):12769-12773.
Cha et al., "Specificity, Efficiency and Fidelity of PCR," Genome Res., 1993, 3:518-29.
Chandra et al.. "Cell-free synthesis-based protein microarrays and their applications," Proteomics, 2009, 6(5):717-30.
Chaterjee et al., "Protein Microarray On-Demand. A Novel Protein Microarray System," PLos One, 2008, 3(9):e3265
Chatierjee, et al., "Mitochondrial DNA mutations in human cancer. Oncogene," 2006, 25(34):4663-4674.
Chen et al., "DNA hybridization detection in a microfluidic Channel using two fluorescently labelled nucleic acid probes," Biosensors and Bioelectronics, 2008, 23:1878-1882.
Chen et al., "Expansion Microscopy," 2015, Science. 347(6221):543-548.
Chen et al., "Spatially resolved, highly multiplexed RNA profiling in single cells," Science 348(6233), 36 pages, 2015.
Cheng et al., "Sensitive Detection of Small Molecules by Competitive Immunomagnetic-Proximity Ligation Assay," Anal Chem, 2012, 84:2129-2132.
Condina et al., "A sensitive magnetic bead method for the detection and identification of tyrosine phosphorylation in proteins by MALDI-TOF/TOF MS," Proteomics, 2009, 9:3047-3057.
Constantine et al.,"Use of genechip high-density oligonucleotide arrays for gene expression monitoring," Life Sceience News, Amersham Life Science; 11-14, 1998.
Copeland et al., "Mitochondrial DNA Alterations in Cancer," Cancer Invest., 2002, 557-569.
Corces et al., "An improved ATAC-seq protocol reduces background and enables interrogation of frozen tissues," Nat. Methods. vol. 14(10): pp. 959-962, 2017.
Crosetto et al., "Spatially resolved transcriptomics and beyond," Nature Review Genetics, 2015, 57-66.
Cujec et al. "Selection of v-abl tyrosine kinase substate sequences from randomnized peptide and cellular proteomic libraries using mRNA display," Chemistry and Biology, 2002, 9:253-264.

Dahl et al., "Circle-to-circle amplification for precise and sensitive DNA analysis," Proc. Natl. Acad. Sci., 2004, 101:4548-4553.
Darmanis, et al.,"ProteinSeq: High-Performance Proteomic Analyses by Proximity, Ligation and Next Generation Sequencing," PLos One, 2011, 6(9):e25583.
Daubendiek et al., "Rolling-Circle RNA Synthesis: Circular Oligonucleotides as Efficient Substrates for T7 RNA Polymerase," J. Am. Chem. Soc., 1995, 117:77818-7819.
Davies et al., "How best to identify chromosomal interactions: a comparison of approaches.", Nat. Methods 14, 125-134, 2017.
Dean et al., "Comprehensive human genome amplification using multiple displacement amplification," Proc Natl. Acad. Sci. USA 99:5261-66 (2002.
Dhindsa et al., "Virtual Electrowetting Channels: Electronic Liquid Transport with Continuous Channel Functionality," Lab Chip, 2010, 10:832-836.
Dressman et al., "Transforming single DNA molecules into fluorescent magnetic particles for detection and enumeration of genetic variations," Proc. Natl. Acad. Sci. USA, 2003, 100:8817-8822.
Drmanac et al., "Accurate sequencing by hybridization for DNA diagnostics and individual genomics," Nature Biotechnology, 16:54-58, 1998.
Druley et al., "Quantification of rare allelic variants from pooled genomic DNA," Nat. Methods 6: 263-65, 2009.
Duncan et al., "Affinity chromatography of a sequence-specific DNA binding protein using teflon-linked oligonucleotides", Anal. Biochem. 169: 104-108, 1988.
Eagen, "Principles of Chromosome Architecture Revealed by Hi—C", Trends in Biochemical Sciences, vol. 43, No. 6, 10 pages, 2018.
Eberwine et al., "Analysis of gene expression in single live neurons," Proc. Natl. Acad. Sci., USA 89, 3010-3014, 1992.
Eberwine, "Amplification of mRNA Populations Using aRNA Gcncratcd from Immobi- lizcd Oligo(dT)-T7 Primed cDNA." BioTechniques 20 (4), 584, 1996.
Eguiluz et al., "Multitissue array review: A chronological description of tissue array techniques, applications and procedures," Pathology Research and Practice, : 8: 561-568, 2002.
Eldridge et al. "An in vitro selection strategy for conferring protease resistance to ligand binding peptides," Protein Eng Des Sel . 22(11): 691-698, 2009.
Ellington et al., "Antibody-based protein multiplex platforms: technical and operational challenges," Clin Chem 56(2): 186-193, 2010.
Eng et al., "Profiling the transcriptome by RNA SPOTs", Nat Methods., 14(12): 1153-1155, 2017.
Examination Search Report for Canadian Appln. No. 2,794,522, dated Apr. 28, 2015, 3 pages.
Examination Search Report issued in Australian Appln. No. 2010278710, dated Feb. 11, 2014, 4 pages.
Examination Search Report issued in Australian Appln. No. 2010328226, dated May 9, 2013, 4 pages.
Examination Search Report issued in Australian Appln. No. 2011237729, dated Jul. 9, 2013, 3 pages.
Examination Search Report issued in Australian Appln. No. 2014203638, dated Oct. 1, 2015, 2 pages.
Extended European Search Report issued in European Appln. No. 10836568.5, dated Feb. 13, 2013, 6 pages.
Extended European Search Report issued in European Appln. No. 11766613.1, dated Jan. 15, 2014, 4 pages.
Extended European Search Report issued in European Appln. No. 12767937, dated Nov. 18, 2014, 5 pages.
Extended European Search Report issued in European Appln. No. 14765026.1, dated Sep. 26, 2016, 9 pages.
Extended European Search Report issued in European Appln. No. 14816674.7, dated Feb. 3, 2017, 8 pages.
Extended European Search Report issued in European Appln. No. 16183356.1, dated Apr. 24, 2017, 12 pages.
Fan et al., "Highly parallel SNP genotyping," Cold Spring Symp. Quant. Biol., 68: 69-78, 2003.
Fire and Xu, "Rolling replication of short DNA circles," Proc. Natl. Acad. Sci., 92: 4641-4645, 1995.
Flanigon et al., "Multiplex protein detection with DNA readout via mass spectrometry," N. Biotechnol., 30(2): 153-158, 2013.

US 10,480,022 B2

Page 6

(56)          **References Cited**

OTHER PUBLICATIONS

Fodor et al., "Light-Directed, Spatially Addressable Parallel Chemical Synthesis," Science, 251(4995), 767-773, 1995.

Forcucci et al., "All-plastic miniature fluorescence microscope for point-of-care readout of bead-based bioassays.," J. Biomed Opt. 20 (10): 105010, 15 pages, 2015.

Fredriksson et al., "Multiplexed protein detection by proximity ligation for cancer detection," Nature Methods, 4(4): 327-29, 2007.

Fredriksson et al., "Multiplexed proximity ligation assays to profile putative plasma biomarkers relevant to pancreatic and ovarian cancer," Clin. Chem., 5(3): 582-89, 2008.

Fredriksson et al., "Protein detection using proximity-dependent DNA ligation assays," Nature Biotech., 20: 473-77, 2002.

Frese et al., "Formylglycine Aldehyde Tag-Protein Engineering through a Novel Posttranslational Modification," ChemBioChem., 10: 425-27, 2009.

Fu et al., "Counting individual DNA molecules by the stochastic attachment of diverse labels," PNAS, 108: 9026-9031, 2011.

Fullwood et al., "Next-generation DNA sequencing of paired-end tags (PET) for transcriptome and genome analyses," Genome Res., 19: 521-532, 2009.

Gao et al., "High density peptide microarrays. In situ synthesis and applications," Molecular Diversity, 8, 177-187, 2004.

Gao et al., "Q&A: Expansion microscopy", BMC Biology, 15: 50, 9 pages, 2017.

Gerdtsson et al., "Evaluation of Solid Supports for Slide- and Well-Based Recombinant Antibody Microarrays", Microarrays (2016) 5:16, 2016.

Giacomello et al., "Spatially resolved transcriptome profiling in model plant species", Nature Plants 3, 17061, 11 pages, 2017.

Gnanapragasam, "Unlocking the molecular archive: the emerging use of formalin-fixed paraffin-embedded tissue for biomarker research in urological cancer," BJU International,105, 274-278, 2009.

Goldkorn and Prockop, "A simple and efficient enzymatic method for covalent attachment of DNA to cellulose. Application for hybridization-restriction analysis and for in vitro synthesis of DNA probes." Nucleic Acids Res. 14: 9171-9191, 1986.

Gu et al., "Protein tag-mediated conjugation of oligonucleotides to recombinant affinity binders for proximity ligation." N Biotechnol., 30(2): 144-152, 2013.

Gunderson et al., "Decoding Randomly Ordered DNA Arrays," Genome Research 14: 870-877, 2004.

Hammond et al., "Profiling cellular protein complexes by proximity ligation with dual tag microarray readout." 7(7): e40405, 2012.

Han et al., 3C and 3C-based techniques: the powerful tools for spatial genome organization deciphering. Mol. Cytogenet. 11, 21, 10 pages, 2018.

He et al., "In situ synthesis of protein arrays," Current Opinion in Biotechnology, 19: 4-9, 2008.

He et al., "Printing protein arrays from DNA arrays," Nature Methods, 5: 175-77, 2008.

He, "Cell-free protein synthesis: applications in proteomics and biotechnology," New Biotechnology 25: 126-132, 2008.

Hedskog et al., "Dynamics of HIV-1 Quasispecies during Antiviral Treatment Dissected using Ultra-Deep Pyrosequencinq," PLoS One, 5(7): e11345, 2010.

Hein et al., "Click Chemistry, A Powerful Tool for Pharmaceutical Sciences", Pharm Res., 25(10): 2216-2230, 2008.

Hiatt et al., "Parallel, tag-directed assembly of locally-derived short sequence reads", Nature Methods, 7(2): 119-25, 2010.

Inoue and Wittbrodt, "One for All—A Highly Efficient and Versatile Method for Fluorescent Immunostaining in Fish Embryos," PLoS One 6, e19713, 2011.

Jabara et al., Accurate sampling and deep sequencing of the HIV-1 protease gene using a Primer ID. PNAS 108(50), 20166-20171, 2011.

Jamur and Oliver, "Permeabilization of cell membranes.," Method Mal. Biol., 588: 63-66, 2010.

Jemt et al., "An automated approach to prepare tissue-derived spatially barcoded RNA-sequencing libraries", Scientific Reports, 6: 37137, 10 pages, 2016.

Jones et al., Comparative lesion sequencing provides insights into tumor evolution. Proc. Natl. Acad. Sci. USA 105(11): 4283-4288, 2008.

Kanehisa, "Use of statistical cteria for sreening potential homologies in nucleic acid sequences," Nucleic Acids Res. 12: 203-213, 1984.

Kap et al., "Histological Assessment of PAXgene Tissue Fixation and Stabilization Reagents," PLoS One 6, e27704, 10 pages, 2011.

Kolb et al., "Click Chemistry: Diverse Chemical Function from a Few Good Reactions.", Angew. Chem. Int. Ed., 40(11): 2004-2021, 2001.

Kolovos et al., "Investigation of the spatial structure and interactions of the genome at sub-kilobasepair resolution using T2C.", Nat. Protoc. 13, 459-477, 2018.

Korbel et al., "Paired-End Mapping Reveals Extensive Structural Variation in the Human Genome," Science, 318(5849): 420-426, 2007.

Korlach et al., "Selective aluminum passivation for targeted immobilization of single DNA polymerase molecules in zero-mode waveguide nanostructures," Proc. Natl. Acad. Sci. USA 105, 1176-1181, 2008.

Kozlov et al., "A High-Complexity Multiplexed Solution-Phase Assay for Profiling Protease Activity on Microarrays," Comb. Chem. and Hiah Throuahout, 11: 24-35, 2008.

Kozlov et al., "A Highly Scalable Peptide-Based Assay System for Proteomics," PLoS One, 7(6): e37441, 2012.

Kozlov et al., "A Method for Rapid Protease Substrate Evaluation and Optimization," Comb. Chem. and Hiah Throuahout, 9: 481-87, 2006.

Kurz et al., "eDNA-Protein Fusions: Covalent Protein-Gene Conjugates for the In Vitro Selection of Peptides and Proteins," ChemBioChem., 2: 666-72, 2001.

Lage et al., "Whole Genome Analysis of Genetic Alterations in Small DNA Samples Using Hyperbranched Strand Displacement Amplification and Array—CGH," Genome Research 13: 294-307, 2003.

Langdale et al., "A rapid method of gene detection using DNA bound to Sephacryl". Gene 36: 201-210. 1985.

Larman et al., "Autoantigen discovery with a synthetic human peptidome," Nature Biotechnology, doi:1 0.1038/nbt.1856, 2011, vol. 29, No. 6, pp. 535-541.

Lassmann et al., A Novel Approach for Reliable Microarray Analysis of Microdissected Tumor Cells From Formalin-Fixed and Paraffin-Embedded Colorectal Cancer Resection Specimens, J Mol Med, 87, 211-224, 2009.

Lee et al., "Fluorescent in situ sequencing (FISSEQ) of RNA for gene expression profiling in intact cells and tissues", Nature Protec, 10(3): 442-458, 2015.

Lee et al., "Highly multiplexed subcellular RNA sequencing in situ", Science, 343(6177): 1360-1363, 2014.

Lein et al., "The promise of spatial transcriptomics for neuroscience in the era of molecular cell typing", Science 358, 64-69, 2017.

Leriche et al., "Cleavable linkers in chemical biology.", Bioorganic & Medicinal Chemistry, 20: 571-582, 2012.

Levene et al., "Zero-Mode Waveguides for Single-Molecule Analysis at High Concentrations," Science 299, 682-686, 2003.

Li et al., "A photocleavable fluorescent nucleotide for DNA sequencing and analysis," Proc. Natl. Acad. Sci., 100: 414-419, 2003.

Linnarsson, "Recent advances in DNA sequencing methods—general principles of sample preparation," Experimental Cell Research, 316: 1339-1343, 2010.

Lizardi et al., "Mutation detection and single-molecule counting using isothermal rolling-circle amplification," Nat. Genet. 19: 225-232, 1998.

Lovatt et al., "Transcriptome in vivo analysis (TIVA) of spatially defined single cells in live tissue." Nature Methods 11, 190-196, 2014.

Lund et al., "Assessment of methods for covalent binding of nucleic acids to magnetic beads, Dynabeads, and the characteristics of the bound nucleic acids in hybridization reactions.", Nucleic Acids Res., 16: 10861-80, 1988.

US 10,480,022 B2

Page 7

(56)          References Cited

OTHER PUBLICATIONS

Lundberg et al., "High-fidelity amplification using a thermostable DNA polymerase isolated from Pyrococcus furiosus.," Gene., 108(1): 1-6, 1991.
Lundberg et al., "Homogeneous antibody-based proximity extension assays provide sensitive and specific detection of low-abundant proteins in human blood," Nucleic Acids Res., 39(15): e102, 2011.
Lundberg et al., "Multiplexed homogeneous proximity ligation assays for high-throughput protein biomarker research in serological material," Mol Cell Proteomics, 10(4): M110.004978, 2011.
Lundquist et al., "Parallel confocal detection of single molecules in real time," Opt. Lett. 33, 1026-1028, 2008.
Lyck, et al., "Immunohistochemical Markers for Quantitative Studies of Neurons and Glia in Human Neocortex," J Histochem Cytochem 56, 201-21, 2008.
MacIntyre, "Unmasking antigens for immunohistochemistry.," Br J Biomed Sci. 58, 190-6, 2001.
Macosko et al., "Highly Parallel Genome-wide Expression Profiling of Individual Cells Using Nanoliter Droplets," Cell 161, 1202-1214, 2015.
Maniatis et al., "Spatiotemporal Dynamics of Molecular Pathology in Amyotrophic Lateral Sclerosis," 54 pages, 2018.
McCloskey et al., "Encoding PCR Products with Batch-stamps and Barcodes.," Biochem. Genet. 45: 761-767, 2007.
Mcgee, "Structure and Analysis of Affymetrix Arrays," UTSW Microarray Analysis Course, Oct. 28, 2005.
McKernan et al., "Sequence and structural variation in a human genome uncovered by short-read, massively parallel ligation sequencing using two-base encoding," Genome Res., 19: 1527-41, 2009.
Metzker "Sequencing technologies—the next generation," Nature Reviews Genetics, 11: 31-46, 2010.
Miller et al., "Basic Concepts of Microarrays and Potential Applications in Clinical Microbiology," Clinical Microbiology Reviews, vol. 22. No. 4, pp. 611-633, 2009.
Mir et al., "Sequencing by cyclic ligation and cleavage (CycliC) directly on a microarray captured template," Nucleic Acids Research. 37(1): e5-1, 2009.
Mishra and Hawkins, Three-dimensional genome architecture and emerging technologies: looping in disease. Genome Med. 9, 87, 14 pages, 2017.
Mishra, "Three-dimensional genome architecture and emerging technologies: looping in disease", Genome Medicine, 9: 87, 14 pages. 2017.
Mitsuhashi et al., "Gene manipulation on plastic plates," Nature 357: 519-520, 1992.
Mizusawa et al., "A bacteriophage lambda vector for cloning with BamHI and Sau3A," Gene, 20: 317-322, 1982.
Moncada et al., "Building a tumor atlas: integrating single-cell RNA-Seq data with spatial transcriptomics in pancreatic ductal adenocarcinoma," Institute for Computational Medicine, bioRxiv, 28 pages, 2018.
Moor et al., "Spatial transcriptomics: paving the way for tissue-level systems biology", Science Direct, Current Opinion in Biotechnology, 46: 126-133, 2017.
Mortazavi et al., "Mapping and quantifying mammalian transcriptomes by RNA-Seq," Nature Methods, 5(7): 621-8, 2008.
Nawy, "Spatial transcriptomics", Nature Methods, vol. 15, No. 1, 2018.
Ng et al., "Gene identification signature (GIS) analysis for transcriptome characterization and genome annotation," Nature Methods, 2(2): 105-111, 2005.
Ng et al., "Massively parallel sequencing and rare disease," Human Malec. Genetics, 19(2): R119-R124, 2010.
Ng et al., "Multiplex sequencing of paired-end ditags (MS-PET): a strategy for the ultra-high-throughput analysis of transcriptomes and genomes," Nucleic Acids Research, Jul. 2006, 34(12): e84, 10 pages.
Niemeyer, "The developments of semisynthetic DNA-protein conjugates," TrendsBiotechnol, Sep. 2002, 20(9): 395-401.

Nuovo, "In situ PCR: protocols and applications.," Genome Res, Feb. 1995, 4 (4):151-167.
Oleinikov et al., "Self-assembling protein arrays using electronic semiconductor microchips and in vitro translation," J Proteome Res, May-Jun. 2003, 2(3): 313-319.
Olink Proteomics AB, Proseek® Multiplex 96×96 User Manual, 2016, 12 pages.
Osada et al., "Epitope mapping using ribosome display in a reconstituted cell-free protein synthesis system," J Biochem, May 2009, 145(5): 693-700.
O-Shannessy et al., "Detection and quantitation of hexa-histidine-tagged recombinant proteins on western blots and by a surface plasmon resonance biosensor technique," Anal Biochem, 229(1): 119-124, 1995.
PCT International Preliminary Report on Patentability issued in International Appln. No. PCT/US2010 033064, dated Nov. 1, 2011, 6 pages.
PCT International Preliminary Report on Patentability issued in International Appln. No. PCT/US2010/044134, dated Jan. 31, 2012, 20 pages.
PCT International Preliminary Report on Patentability issued in International Appln. No. PCT/US2010/059327, dated Jun. 12, 2012, 12 pages.
PCT International Preliminary Report on Patentability issued in International Appln. No. PCT/US2011/031163, dated Oct. 9, 2012, 7 pages.
PCT International Preliminary Report on Patentability issued in International Appln. No. PCT/US2011/031308, dated Oct. 9, 2012, 7 pages.
PCT International Preliminary Report on Patentability issued in International Appln. No. PCT/US2012 032759, dated Oct. 8, 2013, 17 pages.
PCT International Search Report and Written Opinion issued in International Appln. No. PCT/US14/29691, dated Aug. 19, 2014, 10 pages.
PCT International Search Report and Written Opinion issued in International Appln. No. PCT/US14/44196, dated Nov. 7, 2014, 15 pages.
PCT International Search Report and Written Opinion issued in International Appln. No. PCT/US14 64588, dated Mar. 11, 2015, 20 pages.
PCT International Search Report and Written Opinion issued in International Appln. No. PCT/US2010/033064, dated Jul. 30, 2010, 8 pages.
PCT International Search Report and Written Opinion issued in International Appln. No. PCT/US2010/044134, dated Mar. 18, 2011, 16 pages.
PCT International Search Report and Written Opinion issued in International Appln. No. PCT/US2010/059327, dated Mar. 29, 2011, 12 pages.
PCT International Search Report and Written Opinion issued in International Appln. No. PCT/US2011/031163, dated May 23, 2011, 8 pages.
PCT International Search Report and Written Opinion issued in International Appln. No. PCT/US2011 031308, dated Jun. 7, 2011, 8 pages.
PCT International Search Report and Written Opinion issued in International Appln. No. PCT/US2012/032759, dated Sep. 28, 2012, 14 pages.
PCT International Search Report and Written Opinion issued in International Appln. No. PCT/US2014/044191, dated Nov. 7, 2014, 10 pages.
Perler et al., "Intervening sequences in an Archaea DNA polymerase gene," PNAS USA. Jun. 1992, 89(12): 5577-5581.
Petterson et al., "Generations of sequencing technologies," Genomics, 2009, 105-111.
Polsky-Cynkin et al., "Use of DNA Immobilizedon Plastic and Agarose Supports to DetectDNA by SandwichHybridization", Clin. Chem. 31: 1438-1443, 1985.
Rajeswari et al., "Multiple pathogen biomarker detection using an encoded bead array in droplet PCR," J. Microbial Methods, Aug. 2017, 139:22-28.

US 10,480,022 B2

Page 8

(56)         **References Cited**

OTHER PUBLICATIONS

Ramachandran et al., "Next-generation high-density self-assembling functional protein arrays," Nature Methods, Jun. 2008, 5(6):535-538.

Ranki et al., "Sandwich hybridization as a convenient method for the detection of nucleic acids in crude samples", Gene 21: 77-85, cellulose, 1983.

Roberts et al., "RNA-peptide fusions for the in vitro selection of peptides and proteins," PNAS USA, Nov. 1997, 94: 12297-122302.

Ronaghi et al., "A sequencing method based on real-time pyrophosphate," Science, Jul. 1998, 281(5375): 363-365.

Ronaghi et al., "Real-time DNA sequencing using detection of pyrophosphate release," Analytical Biochemistry, Nov. 1996, 242(1): 84-89.

Ronaghi, "Pyrosequencing sheds light on DNA sequencing," Genome Res, Jan. 2001, 11(1):3-11.

Rouillard et al., "OligoArray 2.0: design of oligonucleotide probes for DNA microarrays usina a thermodynamic approach," Nuc. Acid Research, Jun. 2003, 31(12): 3057-3062.

Routenberg et al., "Microfluidic probe: a new tool for integrating microfluidic environments and electronic wafer-orobina," Lab Chip, Oct. 2009, 10: 123-127.

Rubin et al., "Whole-genome resequencing reveals loci under selection during chicken domestication.," Nature, Mar. 2010, 464: 587-591.

Rush et al., "New Aldehyde Tag Sequences Identified by Screening Formylglycine Generating Enzymes in Vitro and in Vivo," J. of American Chemical Society, Aug. 2008, 130(37): 12240-12241.

Rusk, "Spatial transcriptomics", Nature Methods, vol. 13, No. 9, 2016.

Salem et al., "Multidimensional transcriptomics provides detailed information about immune cell distribution and identity in HER2+ breast tumors", bioRxiv, 41 pages, 2018.

Schaus et al., "A DNA nanoscope via auto-cycling proximity recording.", Nat. Commun, 8, 696, 10 pages, 2017.

Schaus et al., "A DNA nanoscope via auto-cycling proximity recording", Nature Communications, 8: 696, 9 pages, 2017.

Schena et al., "Quantitative monitoring of gene expression patterns with a complementary DNA microarray," Science, Oct. 1995, 270(5235): 467-470.

Schena et al., "Entering the Postgenome Era," Science, 1995, 270:368-9, 371.

Schlapak et al., "Glass surfaces grafted with high-density poly (ethylene glycol) as substrates for DNA oligonucleotide microarrays," Langinuir, Jan. 2006, 22: 277-285.

Schmitt et al., "Detection of ultra-rare mutations by next-generation sequencing," PNAS (2012) 109:14508-14523.

Sergeeva et al., "Display technologies: Application for the discovery of drug and gene delivery aaents," Advanced Drua Delivery Reviews (2006) 58(15):1622-1654.

Seurynck-Servoss et al., "Evaluation of Surface Chemistries for Antibody Microarrays", Anal Biochem., 371(1): 105-115, 2007.

Shelbourne et al., "Fast copper-free click DNA ligation by the ring-strain promoted alkyne-azide cycloaddition reaction.", Chem. Commun., 47: 6257-6259, 2011.

Shendure et al., "Accurate Multiplex Polony Sequencing of an Evolved Bacterial Genome," Science, 2005, 309:1728-1732.

Shi et al., "The MicroArray Quality Control (MAQC) project shows inter- and intraplatform reproducibility of gene expression measurements," Nature Biotechnology, 2006, 24(9):1151-61.

Shirai et al., "Novel Tools for Analyzing Gene Expressions in Single Cells," The 5th International Workshop on Approaches to Single-Cell Analysis, The University of Tokyo, Mar. 3-4, 2011, 1 page.

Shoemaker et al., "Quantitative phenotypic analysis of yeast deletion mutants using a highly parallel molecular bar-coding strategy," Nature genetics (1996) 14:450-456.

Shults et al., "A multiplexed protein kinase assay," Chem Bio Chem (2007) 8:933-942.

Sievertzon et al., "Transcriptome analysis in primary neural stem cells using a tag cDNA amplification method," BMC Neuroscience, Dec. 2005, 6: 28.

Slonim and Yanai, "Getting started in gene expression microarray analysis," Plos Computational Biology, 2009, 5(10):e1000543.

Soni and Meller, "Progress toward ultrafast DNA sequencing using solid-state nanopores," Clin Chem., 2007, 53: 1996-2001.

Spitale et al., "Structural imprints in vivo decode RNA regulatory mechanisms", Nature, 519(7544): 486-90, 2015.

Spurgeon et al., "High Throughput Gene Expression Measurement with Real Time PCR in a Microfluidic Dynamic Array," PlosONE, 2008, 3(2):e1662.

Stahl et al., "Visualization and analysis of gene expression in tissue sections by spatial transcriptomics," Science 353, 78-82, 2016.

Strell et al., "Placing RNA in context and space—methods for spatially resolved transcriptomics," The FEBS Journal, 14 pages, 2017.

Summersgill et al., "Fluorescence In Situ Hybridization Analysis of Formalin Fixed Paraffin Embedded Tissues, Including Tissue Microarrays," Chapter 4, Bridger, J. Ed., Methods in Molecular Biology 659, 2010, 51-70, 2010.

Sun et al., "Direct immobilization of DNA probes on non-modified plastics by UV irradiation and integration in microfluidic devices for rapid bioassay," Anal. Bio. Chem., 402: 741-748, 2012.

Takahashi et al., "In Vitro Selection of Protein and Peptide Libraries Using mRNA Display," Nucleic Acid and Peptide Aptamers: Methods and Protocols (2009) 535:293-314 (Ch.17).

Tang et al., "RNA-Seq analysis to capture the transcriptome landscape of a single cell.," Nat Protoc., 5: 516-35, 2010.

Taniguchi et al., ""Quantitative analysis of gene expression in a single cell by qPCR,"" Nature Methods, 6, pp. 503-506, 2009.

Taylor et al., "Mitochondrial DNA mutations in human disease." Nature Reviews Genetics. May 2005, 6(5):389-402.

Tentori et al., "Detection of Isoforms Differing by a Single Charge Unit in Individual Cells.", Chem. Int. Ed., 55, 12431, 2016.

Thornton, "High rate thick film growth." Annual review of materials science, Aug. 1977, 7(1):239-60.

Tian et al., "Antigen peptide-based immunosensors for rapid detection of antibodies and antigens," Anal Chem May 26, 2009, 81 (13):5218-5225.

Tijssen, "Overview of principles of hybridization and the strategy of nucleic acid assays" in Techniques in 5 Biochemistry and Molecular Biology—Hybridization with Nucleic Acid Probes 1993.

Tolbert et al., "New Methods for Proteomic Research: Preparation of Proteins with N-Terminal Cysteines for Labeling and Conjugation" Angewandte Chemie International Edition, Jun. 17, 2002, 41(12):2171-4.

Valencia et al., "mRNA-Display-Based Selections for Proteins with Desired Functions: A Protease-Substrate Case Study." Biotechnology progress, May 2008, 24(3):561-9.

Van Gelder et al., "Amplified RNA synthesized from limited quantities of heterogeneous cDNA," Proc. Natl. Acad. Sci. USA 87, 1663-1667, 1990.

Van Ness et al., "A versatile solid support system for oligodeoxynucleotide probe-based hybridization assays", Nucleic Acids Res. 19: 3345-3350, 1991.

Velculescu et al., "Serial analysis of gene expression." Science, Oct. 20, 1995, 270(5235):484-7.

Vickovic et al., "Massive and parallel expression profiling using microarrayed single-cell sequencing," Nature Communications, Oct. 14, 2016; 7:13182. doi: 10.1038/ncomms13182.

Vogelstein et al., "Digital PCR," Proceedings of the National Academy of Sciences, Aug. 3, 1999, 96:9236-9241.

Wade et al., "Genome sequence, comparative analysis, and population genetics of the domestic horse.," Science., 326: 865-7, 2009.

Waichman et al., "Functional immobilization and patterning of proteins by an enzymatic transfer reaction." Analytical chemistry, Jan. 21, 2010, 82(4):1478-85.

Walker et al., "Strand displacement amplification—an isothermal, in vitro DNA amplification technique." Nucleic acids research. 1992 Apr. 11, 1992, 20(7):1691-1696.

Wang et al., "Single cell analysis: the new frontier in 'omics'.,"Trends Biotechnol., 28: 281-90, 2010.

## US 10,480,022 B2

Page 9

(56)                **References Cited**

OTHER PUBLICATIONS

Wang et al., "Three-dimensional intact-tissue sequencing of single-cell transcriptional states", Science, 361(6400), 22 pages, 2018.
Wang et al., "High-fidelity mRNA amplification for gene profiling." Nature biotechnology. Apr. 2000, 18(4):457-459.
Weichhart et al., "Functional selection of vaccine candidate peptides from *Staphylococcus aureus* whole-genome expression libraries in vitro," Infection and Immunity, 2003, 71 (8):4333-4641.
Weinstein et al., "DNA microscopy: Optics-free spatio-genetic imaging by a stand-alone chemical reaction", bioRxiv, 41 pages, 2018.
Willi-Monnerat et al., "Comprehensive spatiotemporal transcriptomic analyses of the ganglionic eminences demonstrate the uniqueness of its caudal subdivision." Molecular and Cellular Nueorsciences 37: 845-856, 2008.
Wolf et al., "Rapid hybridization kinetics of DNA attached to submicron latex particles", Nucleic Acids Res. 15: 2911-2926, 1987.
Wong et al., "Direct Site-Selective Covalent Protein Immobilization Catalyzed by a Phosphopantetheinyl Transferase," J. Am. Chem Soc., 2008, 130:12456-64.
Woo et al., "A Comparison of cDNA, Oligonucleotide, and Affymetrix GeneChip Gene Expression Microarray Platforms," Journal of Biomolecular Techniques, 2004, 15(4), 276-284.

Worthington et al., "Cloning of random oligonucleotides to create single-insert plasmid libraries," Analyt. Biochem, 2001, 294:169-175.
Xiao et al., "Direct determination of haplotypes from single DNA molecules," Nature Methods, 2009, 6(3):199-01.
Yin et al., "Genetically encoded short peptide tag for versatile protein labeling by Sfp phosphopantetheinyl transferase," PNAS, 2005, 102(44):15815-20.
Yonezawa et al., "DNA display for in vitro selection of diverse peptide libraries," Nucleic Acids Research, 2003, 31 (19):e118.
Zhang et al., "Assembling DNA through Affinity Binding to Achieve Ultrasensitive Protein Detection," Anaew Chem Int Ed (2013) 52:2-10.
Zhang et al., "Binding-induced DNA assembly and its application to yoctomole detection of proteins," Anal Chem (2012) 84(2):877-884.
Zheng et al., Origins of human mitochondrial point mutations as DNA polymerase mediated errors. Mutat. Res. 599(1-2): 11-20 (2006.
Zhou et al., "Genetically Encoded Short Peptide Tags for Orthogonal Protein Labeling by Sfp and Ac S Phos ho entethein l Transferases," ACS Chemical Biolo 2007 2 5 : 337-346.
Zilberman et al., "Genome-wide analysis of DNA methylation patterns," Development (2007) 134: 3959-3965.
Zlobec et al., "Next-generation tissue microarray (ngTMA) increases the quality of biomarker studies: an example using CD3, CD8, and CD45RO in the tumor microenvironment of six different solid tumor t es," Journal of Translational Medicine 2013 11:104.

U.S. Patent        Nov. 19, 2019        Sheet 1 of 5        US 10,480,022 B2



FIG. 1

10XC-00000011



FIG. 2

U.S. Patent

Nov. 19, 2019

Sheet 3 of 5

US 10,480,022 B2



FIG. 3

10XC-00000013

FIG. 4A



"a" pattern                    "b" pattern

FIG. 4B



FIG. 4C

code = a1, b4

10XC-00000014







FIG. 5

US 10,480,022 B2

1

# SPATIALLY ENCODED BIOLOGICAL ASSAYS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Patent Application No. 61/321,124, filed Apr. 5, 2010 and is incorporated herein by reference.

## FIELD OF THE INVENTION

This invention relates to assays of biological molecules, and more particularly to assays for determining spatial distributions of a large number of biological molecules in a solid sample simultaneously.

## BACKGROUND OF THE INVENTION

In the following discussion certain articles and methods will be described for background and introductory purposes. Nothing contained herein is to be construed as an "admission" of prior art. Applicant expressly reserves the right to demonstrate, where appropriate, that the articles and methods referenced herein do not constitute prior art under the applicable statutory provisions.

Comprehensive gene expression analysis and protein analysis have been useful tools in understanding mechanisms of biology. Use of these tools has allowed the identification of genes and proteins involved in development and in various diseases such as cancer and autoimmune disease. Conventional methods such as in situ hybridization and other multiplexed detection of different transcripts have revealed spatial patterns of gene expression and have helped shed light on the molecular basis of development and disease. Other technologies that have enabled the quantitative analysis of many RNA sequences per sample include microarrays (see Shi, et al., Nature Biotechnology, 24(9): 1151-61 (2006); and Slonim and Yanai, Plos Computational Biology, 5(10):e1000543 (2009)); serial analysis of gene expression (SAGE) (see Velculescu, et al., Science, 270 (5235):484-87 (1995)), high-throughput implementations of qPCR (see Spurgeon, et al., Plos ONE, 3(2):e 1662 (2008)) and in situ PCR (see Nuovo, Genome Res., 4:151-67 (1995)). As useful as these methods are, however, they do not enable simultaneous measurement of the expression of many genes or the presence and/or activity of multiple proteins at many spatial locations in a sample. Laser capture microdissection has permitted the analysis of many genes at a small number of locations, but it is very expensive, laborious, and does not scale well. Certain PCR assays in a 2D format preserve spatial information (see Armani, et al., Lab on a Chip, 9(24): 3526-34 (2009)), but these methods have low spatial resolution because they rely on physical transference of tissue into wells, which also prevents random access to tissue samples and high levels of multiplexing.

At present, no practical method exists to analyze at high resolution the spatial expression patterns of large numbers of genes, proteins, or other biologically active molecules simultaneously. There is thus a need for reproducible, high-resolution spatial maps of biological molecules in tissues. The present invention addresses this need.

## SUMMARY OF THE INVENTION

This Summary is provided to introduce a selection of concepts in a simplified form that are further described

2

below in the Detailed Description. This Summary is not intended to identify key or essential features of the claimed subject matter, nor is it intended to be used to limit the scope of the claimed subject matter. Other features, details, utilities, and advantages of the claimed subject matter will be apparent from the following written Detailed Description including those aspects illustrated in the accompanying drawings and defined in the appended claims.

The invention encompasses assay systems that provide high-resolution spatial maps of biological activity in tissues. The assay system comprises an assay capable of high levels of multiplexing where encoded probes are provided to a biological sample in defined spatial patterns; instrumentation capable of controlled delivery of reagents according to the spatial patterns; and a decoding scheme providing a readout that is digital in nature. In short, the present invention provides the ability to look at many biological targets in many locations, providing the resolution of in situ hybridization with the highly-parallel data analysis of sequencing.

Thus, in some embodiments, the invention provides an assay system to determine spatial patterns of abundance or activity or both of multiple biological targets at multiple sites in a sample, where the assay system performs the following steps: providing a sample affixed to a support; delivering encoded probes for the multiple biological targets to the multiple sites in the sample in a known spatial pattern, where each encoded probe comprises a probe region that may interact with the biological targets and a coding tag that identifies a location of the site to which the encoded probe was delivered; allowing the encoded probes to interact with the biological targets; separating, encoded probes that interact with the biological targets from encoded probes that do not interact with the biological targets; determining all or a portion of a sequence of the encoded probes, and associating the abundance or activity or both of the multiple biological targets to the locations of the sites in the sample.

In particular aspects of the invention the biological targets comprise nucleic acids and the encoded probes are oligonucleotides, and in some aspects, there are two encoded probes for each of the multiple nucleic acid targets. In some aspects, the multiple biological targets comprise proteins, the probe regions of the encoding probes are proteins and the coding tags comprise oligonucleotides. In some aspects the multiple biological targets comprise enzymes. In some aspects the probe regions of the encoded probes comprise antibodies, aptamers or small molecules.

Some aspects of the assay system further comprise an amplification step between the separating step and the determining step. In some aspects, the determining step is performed by nucleic acid sequencing, and in preferred aspects, the sequencing is high-throughput digital nucleic acid sequencing.

In some aspects of the invention, the product of the multiple biological targets being assayed and the multiple sites in the sample is greater than 20, in some aspects product of the multiple biological targets being assayed and the multiple sites in the sample is greater than 50, in some aspects the product of the multiple biological targets being assayed and the multiple sites in the sample is greater than 75, 100, 150, 500, 750, 1,000, 5,000, 10,000, 25,000, 50,000, 100,000, 500,000, or 1,000,000 or more. In other aspects, the sequence of at least fifty thousand encoding probes are determined in parallel, in other aspects the sequence of at least one hundred thousand encoding probes are determined in parallel, in some aspects the sequence of at least five hundred thousand encoding probes are determined in parallel, and in some aspects the sequence of at

US 10,480,022 B2

3

least one million, ten million, one hundred million, one billion, ten billion, one hundred billion or more encoding probes are determined in parallel.

In some aspects, the known spatial pattern is determined by histological features of the sample. Also in some aspects, software programmed hardware performs at least two steps of the delivering step, the separation step, the determining step and the associating step.

In some aspects, the probe regions of the encoded probes are proteins and the separating step is accomplished by encoded probes that interact with the biological targets being captured by an affinity capture agent. In some aspects the probe regions of the encoding probes are nucleic acids and the separating step is accomplished by a washing of the sample.

In other embodiments there is provided an assay system to determine spatial patterns of abundance or activity or both of multiple nucleic acid targets at multiple sites in a sample, where the assay system performs the following steps: providing a sample affixed to a support; delivering oligonucleotide probes for multiple nucleic acid targets to the multiple sites in the sample in a known spatial pattern; allowing the oligonucleotide probes to hybridize with the nucleic acid targets; washing unhybridized encoded oligonucleotide probes from the sample; delivering one or more encoding agents to locations of the multiple sites in the sample according to a known spatial pattern, where the combination of encoding agents delivered to each site is different; coupling the encoding agents and the oligonucleotide probes to form encoded probes; determining all or a portion of a sequence of the encoded probes using high-throughput sequencing, and associating the abundance or activity or both of multiple biological targets to the locations of multiple sites in the sample.

Other embodiments of the invention provide an assay system to determine spatial patterns of abundance or activity or both of multiple protein targets at multiple sites in a sample, where the assay system performs the following steps: providing a sample affixed to a support; delivering encoded probes for the multiple protein targets to the multiple sites in the sample in a known spatial pattern, where each encoded probe comprises a protein probe region that may interact with the protein targets and a coding tag that identifies a location of the site to which the encoded probe was delivered and the protein probe region of the encoding probe of which the coding tag is part; allowing the encoded probes to interact with the protein targets; separating encoded probes that interact with the protein targets from encoded probes that do not interact with the protein targets; determining all or a portion of a sequence of the encoded probes by high throughput sequencing, and associating the abundance or activity or both of the multiple protein targets to the locations of the multiple sites in the sample.

Other embodiments provide an assay system to determine spatial patterns of abundance or activity or both of multiple biological targets at multiple sites in a sample, where the assay system performs the following steps: providing a sample affixed to a support; delivering encoded probes for the multiple biological targets to the multiple sites in the sample in a known spatial pattern, where each encoded probe comprises a probe region that may interact with the biological targets and a coding tag that identifies a location of the site to which the encoded probe was delivered and identifies the biological target; allowing the encoded probes to interact with the biological targets; determining all or a portion of a sequence of the encoded probes, and associating

4

the abundance or activity or both of the multiple biological targets to the locations of the sites in the sample.

The assay system of the invention can utilize various detection mechanisms, based on the molecules to be detected and the reagents needed for such detection system. Exemplary methods that can be used with the assay systems of the invention are described in more detail below.

DESCRIPTION OF THE FIGURES

FIG. **1** provides a simplified overview of the assay system of the present invention.

FIG. **2** provides a simplified overview of one embodiment of the assay system of the present invention for detecting nucleic acids.

FIG. **3** is a representational depiction of one embodiment of the assay overviewed in FIG. **2**.

FIG. **4**A-C illustrates a general mechanism for one embodiment of a combinatorial encoding scheme of the assay systems of the invention. FIG. **4**A shows two target-specific/encoding oligonucleotide constructs specifically bound to a target nucleic acid of interest in a sample. FIG. **4**B shows a scheme for delivering twenty different coding tags, a**1** through a**10** and b**1** through b**10**, to a sample to form a 10×10 coding tag grid. FIG. **4**C shows a tissue section sample to which the coding tags are delivered, forming the coding tag grid in the sample.

FIG. **5** provides a simplified, specific example of the embodiment of a combinatorial encoding scheme shown in FIG. **4**.

DEFINITIONS

The terms used herein are intended to have the plain and ordinary meaning as understood by those of ordinary skill in the art. The following definitions are intended to aid the reader in understanding the present invention, but are not intended to vary or otherwise limit the meaning of such terms unless specifically indicated.

The term "antibody" as used herein is intended to refer to an entire immunoglobulin or antibody or any functional fragment of an immunoglobulin molecule which is capable of specific binding, to an antigen (antibodies and antigens are "binding partners" as defined herein). "Antibody" as used herein is meant to include the entire antibody as well as any antibody fragments capable of binding the antigen or antigenic fragment of interest. Examples of such peptides include complete antibody molecules, antibody fragments, such as Fab, F(ab')2, CDRS, VL, VH, and any other portion of an antibody which is capable of specifically binding to an antigen. Antibodies for assays of the invention are immunoreactive or immunospecific for, and therefore specifically and selectively bind to, proteins either detected (i.e., biological targets) or used for detection (i.e., probes) in the assays of the invention.

The term "binding agent" as used herein refers to any agent that specifically binds to a biological molecule of interest.

"Complementary" or "substantially complementary" refers to the hybridization or base pairing or the formation of a duplex between nucleotides or nucleic acids, such as, for instance, between the two strands of a double-stranded DNA molecule or between an oligonucleotide primer and a primer binding site on a single-stranded nucleic acid. Complementary nucleotides are, generally, A and T (or A and U), or C and G. Two single-stranded RNA or DNA molecules are said to be substantially complementary when the nucleotides of

10XC-00000017

US 10,480,022 B2

5

one strand, optimally aligned and compared and with appropriate nucleotide insertions or deletions, pair with at least about 80% of the other strand, usually at least about 90% to about 95%, and even about 98% to about 100%.

"Hybridization" refers to the process in which MO single-stranded polynucleotides bind non-covalently to form a stable double-stranded polynucleotide. The resulting (usually) double-stranded polynucleotide is a "hybrid" or "duplex." "Hybridization conditions" will typically include salt concentrations of approximately less than 1M, often less than about 500 mM and may be less than about 200 mM. A "hybridization buffer" is a buffered salt solution such as 5% SSPE, or other such buffers known in the art. Hybridization temperatures can be as low as 5° C., but are typically greater than 22° C. and more typically greater than about 30° C., and typically in excess of 37° C. Hybridizations are often performed under stringent conditions, i.e., conditions under which a primer will hybridize to its target subsequence but will not hybridize to the other, non-complementary sequences. Stringent conditions are sequence-dependent and are different in different circumstances. For example, longer fragments may require higher hybridization temperatures for specific hybridization than short fragments. As other factors may affect the stringency of hybridization, including base composition and length of the complementary strands, presence of organic solvents, and the extent of base mismatching, the combination of parameters is more important than the absolute measure of any one parameter alone. Generally stringent conditions are selected to be about 5° C. lower than the Tm for the specific sequence at a defined ionic strength and pH. Exemplary stringent conditions include a salt concentration of at least 0.01 M to no more than 1M sodium ion concentration (or other salt) at a pH of about 7.0 to about 8.3 and a temperature of at least 25° C. For example, conditions of 5×SSPE (750 mM NaCl, 50 mM sodium phosphate, 5 mM EDTA at pH 7.4) and a temperature of approximately 30° C. are suitable for allele-specific hybridizations, though a suitable temperature depends on the length and/or GC content of the region hybridized.

"Ligation" means to form a covalent bond or linkage between the termini of two or more nucleic acids, e.g., oligonucleotides and/or polynucleotides, in a template-driven reaction. The nature of the bond or linkage may vary widely and the ligation may be carried out enzymatically or chemically. As used herein, ligations are usually carried out enzymatically to form a phosphodiester linkage between a 5' carbon terminal nucleotide of one oligonucleotide with a 3' carbon of another nucleotide.

"Nucleic acid", "oligonucleotide", "oligo" or grammatical equivalents used herein refers generally to at least two nucleotides covalently linked together. A nucleic acid generally will contain phosphodiester bonds, although in some cases nucleic acid analogs may be included that have alternative backbones such as phosphoramidite, phosphorodithioate, or methylphophoroamidite linkages; or peptide nucleic acid backbones and linkages. Other analog nucleic acids include those with bicyclic structures including locked nucleic acids, positive backbones, non-ionic backbones and non-ribose backbones. Modifications of the ribose-phosphate backbone may be done to increase the stability of the molecules; for example, PNA:DNA hybrids can exhibit higher stability in some environments.

"Primer" means an oligonucleotide, either natural or synthetic, that is capable, upon forming a duplex with a polynucleotide template, of acting as a point of initiation of nucleic acid synthesis and being extended from its 3' end along the template so that an extended duplex is formed.

6

The sequence of nucleotides added during the extension process is determined by the sequence of the template polynucleotide. Primers usually are extended by a DNA polymerase.

The term "SNP" or "single nucleotide polymorphism" refers to a genetic variation between individuals; e.g., a single nitrogenous base position in the DNA of organisms that is variable. SNPs are found across the genome; much of the genetic variation between individuals is due to variation at SNP loci, and often this genetic variation results in phenotypic variation between individuals. SNPs for use in the present invention and their respective alleles may be derived from any number of sources, such as public databases Santa Cruz Human Genome Browser Gateway (http://genome.ucsc.edu/cgi-bin/hgGateway) or the NCBI dbSNP website (http://www.ncbi.nlm.nih.gov/SNP/), or may be experimentally determined as described in U.S. Pat. No. 6,969,589; and US Pub. No. 2006/0188875 entitled "Human Genomic Polymorphisms." Although the use of SNPs is described in some of the embodiments presented herein, it will be understood that other biallelic or multi-allelic genetic markers may also be used. A biallelic genetic marker is one that has two polymorphic forms, or alleles. As mentioned above, for a biallelic genetic marker that is associated with a trait, the allele that is more abundant in the genetic composition of a case group as compared to a control group is termed the "associated allele," and the other allele may be referred to as the "unassociated allele." Thus, for each biallelic polymorphism that is associated with a given trait (e.g., a disease or drug response), there is a corresponding associated allele. Other biallelic polymorphisms that may be used with the methods presented herein include, but are not limited to multinucleotide changes, insertions, deletions, and translocations. It will be further appreciated that references to DNA herein may include genomic DNA, mitochondrial DNA, episomal DNA, and/or derivatives of DNA such as amplicons, RNA transcripts, cDNA, DNA analogs, etc. The polymorphic loci that are screened in an association study may be in a diploid or a haploid state and, ideally, would be from sites across the gnome.

The term "selectively binds", "selective binding" and the like as used herein, when referring to a binding partner (e.g., protein, nucleic acid, antibody or other affinity capture agent, etc.), refers to a binding reaction of two or more binding partners with high affinity and/or complementarity to ensure selective hybridization under designated assay conditions. Typically, specific binding will be at least three times the standard deviation of the background signal. Thus, under designated conditions the binding partner binds to its particular "target" molecule and does not bind in a significant amount to other molecules present in the sample.

"Sequencing", "sequence determination" and the like means determination of information relating to the nucleotide base sequence of a nucleic acid. Such information may include the identification or determination of partial as well as full sequence information of the nucleic acid. Sequence information may be determined with varying degrees of statistical reliability or confidence. In one aspect, the term includes the determination of the identity and ordering of a plurality of contiguous nucleotides in a nucleic acid. "High throughput digital sequencing" or "next generation sequencing" means sequence determination using methods that determine many (typically thousands to billions) of nucleic acid sequences in an intrinsically parallel manner, i.e. where DNA templates are prepared for sequencing not one at a time, but in a bulk process, and where many sequences are read out preferably in parallel, or alternatively using an

10XC-00000018

US 10,480,022 B2

7

ultra-high throughput serial process that itself may be parallelized. Such methods include but are not limited to pyrosequencing (for example, as commercialized by 454 Life Sciences, Inc., Branford, Conn.); sequencing by ligation (for example, as commercialized in the SOLiD™ technology, Life Technology, Inc., Carlsbad, Calif.); sequencing by synthesis using modified nucleotides (such as commercialized in TruSeq™ and HiSeq™ technology by Illumina, Inc., San Diego, Calif., HeliScope™ by Helicos Biosciences Corporation, Cambridge, Mass., and PacBio RS by Pacific Biosciences of California, Inc., Menlo Park, Calif.), sequencing by ion detection technologies (Ion Torrent, Inc., South San Francisco, Calif.); sequencing of DNA nanoballs (Complete Genomics, Inc., Mountain View, Calif.); nanopore-based sequencing technologies (for example, as developed by Oxford Nanopore Technologies, LTD, Oxford, UK), and like highly parallelized sequencing methods.

The term "$T_m$" is used in reference to the "melting temperature." The melting temperature is the temperature at which a population of double-stranded nucleic acid molecules becomes half dissociated into single strands. Several equations for calculating the $T_m$ of nucleic acids are well known in the art. As indicated by standard references, a simple estimate of the $T_m$ value may be calculated by the equation, $T_m = 81.5 + 0.41$ (% G+C), when a nucleic acid is in aqueous solution at 1M NaCl (see e.g., Anderson and Young, Quantitative Filter Hybridization, in Nucleic Acid Hybridization (1985)). Other references (e.g., Allawi and SantaLucia, Jr., Biochemistry, 36:10581-94 (1997)) include alternative methods of computation which take structural and environmental, as well as sequence characteristics into account for the calculation of $T_m$.

DETAILED DESCRIPTION OF THE INVENTION

The practice of the techniques described herein may employ, unless otherwise indicated, conventional techniques and descriptions of organic chemistry, polymer technology, molecular biology (including recombinant techniques), cell biology, biochemistry, and sequencing technology, which are within the skill of those who practice in the art. Such conventional techniques include polymer array synthesis, hybridization and ligation of polynucleotides, and detection of hybridization using a label. Specific illustrations of suitable techniques can be had by reference to the examples herein. However, other equivalent conventional procedures can, of course, also be used. Such conventional techniques and descriptions can be found in standard laboratory manuals such as Green, et al., Eds., Genome Analysis: A Laboratory Manual Series (Vols. I-IV) (1999); Weiner, Gabriel, Stephens, Eds., Genetic Variation: A Laboratory Manual (2007); Dieffenbach, Dveksler, Eds., PCR Primer: A Laboratory Manual (2003); Bowtell and Sambrook, DNA Microarrays: A Molecular Cloning Manual (2003); Mount, Bioinformatics: Sequence and Genome Analysis (2004); Sambrook and Russell, Condensed Protocols from Molecular Cloning: A Laboratory Manual (2006); and Sambrook and Russell, Molecular Cloning: A Laboratory Manual (2002) (all from Cold Spring Harbor Laboratory Press); Stryer, Biochemistry (4th Ed.) (1995) W.H. Freeman, New York N.Y.; Gait, "Oligonucleotide Synthesis: A Practical Approach" (2002) IRL Press, London; Nelson and Cox, Lehminger, Principles of Biochemistry (2000) 3rd Ed., W. H. Freeman Pub., New York, N.Y.; and Berg, et al., Biochem-

8

istry (2002) 5th Ed., W.H. Freeman Pub., New York. N.Y., all of which are herein incorporated in their entirety by reference for all purposes.

Note that as used herein and in the appended claims, the singular forms "a," "an," and "the" include plural referents unless the context clearly dictates otherwise. Thus, for example, reference to "a nucleic acid" refers to one or more nucleic acids, and reference to "the assay" includes reference to equivalent steps and methods known to those skilled in the art, and so forth.

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this invention belongs. All publications mentioned herein are incorporated by reference for the purpose of describing and disclosing devices, formulations and methodologies that may be used in connection with the presently described invention.

Where a range of values is provided, it is understood that each intervening value, between the upper and lower limit of that range and any other stated or intervening value in that stated range is encompassed within the invention. The upper and lower limits of these smaller ranges may independently be included in the smaller ranges, and are also encompassed within the invention, subject to any specifically excluded limit in the stated range. Where the stated range includes one or both of the limits, ranges excluding either both of those included limits are also included in the invention.

In the following description, numerous specific details are set forth to provide a more thorough understanding of the present invention. However, it will be apparent to one of skill in the art that the present invention may be practiced without one or more of these specific details. In other instances, well-known features and procedures well known to those skilled in the art have not been described in order to avoid obscuring the invention.

The Invention in General

The assay systems of the invention provide spatially-encoded, multiplexed assays comprising 1) an assay capable of high levels of multiplexing with an efficient spatial encoding scheme; 2) instrumentation capable of delivering reagents according to a spatial pattern; and 3) decoding determined by a readout that is digital in nature. The assay systems of the invention detect the presence or absence and relative amount of a biological target or biological activity indicative of a biological target, as well as the location of the biological target or activity in a biological sample, e.g., a tissue section or other biological structure disposed upon a support such as a microscope slide or culture dish.

The assay system further provides instrumentation with an ability to deliver reagents in a spatially-defined pattern. This instrumentation, together with software, reagents and protocols, provides a key component of the highly innovative assay system of the invention, allowing for measurement of numerous biological targets or activities in a meaningful spatial environment, including gene expression and peptide localization. An encoding scheme used in these assay systems allows one to determine the location of biological targets or activity (or lack thereof) in the biological samples after the products of the multiplexed assay are removed from the biological sample and pooled for analysis. Decoding of the encoding scheme can be performed by, e.g., next-generation sequencing, which easily provides millions to trillions of datapoints at low cost. The assay results such as the amount or activity of biological targets can then be mapped back to specific location in the biological sample.

US 10,480,022 B2

9

The assay systems open a new analytical window into the complex spatial patterns of cellular function and regulation in biological samples.

A simplified overview of the assay system **100** of the present invention is provided at FIG. **1**. At step **110**, a biological sample affixed to a support is provided. The biological sample contains biological targets of interest. Biological targets can include any molecule of interest, such as nucleic acids (including, e.g. RNA transcripts, genomic DNA sequences, cDNAs, amplicons, or other nucleic acid sequences) and proteins, enzymes and the like. At step **120**, encoded probes are delivered to the biological sample according to a known spatial pattern. Encoded probes comprise probes, which can interact with biological targets of interest, and coding tags, which identify the positions in the sample of the biological targets being assayed, and thus can be used to link assay results back to locations in the sample. Coding tags in most embodiments are oligonucleotides. However, coding tags may also be mass tags, fluorescent labels, or other moieties.

In some embodiments, the probe and coding tag portions of the encoded probe are pre-coupled before being delivered to the biological sample, For example, in the case where the encoded probes are oligonucleotides, both the probe and coding tag sequence can be synthesized as a single oligo-nucleotide. Alternatively, the probe and coding tag portions of the encoding probes can be synthesized or obtained separately and combined before delivery to the biological sample (e.g., two separate oligonucleotides can be synthesized and coupled by, e.g., ligation; or an antibody and an oligonucleotide can be prepared separately and conjugated before delivery to the biological sample). Also, as is described in FIGS. **2-5**, the probes and the coding tags (in encoding oligonucleotides) are synthesized separately, and are delivered to the biological sample at different steps (e.g., probes first and coding tags thereafter, or vice versa) in the assay.

At step **130**, the encoded probes are allowed to react or interact with the biological targets, i.e., conditions are provided to allow e.g., oligonucleotides to hybridize to nucleic acid targets, enzymes to catalyze reactions with protein targets, antibodies to bind epitopes, etc. In the case where the biological targets are nucleic acids, the encoded probes are typically oligonucleotides and hybridize to the target nucleic acids. In the case that the biological targets are proteins, the encoded probes typically are aptamers, small molecules, or oligonucleotide-conjugated proteins that interact with target proteins by binding to them or by reacting with them (that is, one of the proteins is a substrate for the other). Encoding oligonucleotides may be coupled to the probes (proteins) by conjugation, chemical or photo-crosslinking via suitable groups and the like.

Once encoded probes interact with the biological targets, the encoded probes that interacted with the biological targets must be separated from the encoded probes that did not interact with the biological targets at step **140**. In the case where the biological targets are nucleic acids and the encoded probes are oligonucleotides, the separation can be accomplished by, e.g., washing the unhybridized encoded probes from the sample. Similarly, for other assays that are based on affinity binding, including those using aptamer, small molecule, and protein probes, washing steps can be used to remove low affinity binders. In the case where the probe is transformed via interaction with the target, e.g., in the case of a peptide, e.g., via cleavage by a protease or phosphorylation by a kinase, it is convenient to collect, all encoded probes—both encoded probes that interacted with

10

the biological targets and were transformed and encoded probes that were not transformed. After collection or pooling, an antibody or other affinity capture agent can be used to capture probes that were transformed by addition of a moiety (e.g., a phosphate group). In cases where probes have been transformed via cleavage, the transformed probes can be separated, e.g., by capturing the non-transformed probes via a tag that is removed from the transformed probes during the transformation (e.g., by cleavage), or by adding a new tag at the site of cleavage.

Once the reacted (transformed) or interacted encoded probes are separated from the unreacted or un-interacted encoded probes, the sequence of the reacted and/or inter-acted encoded probes is determined at step **150** by, prefer-ably, sequencing. The sequence of the encoded probes allows the mapping of the assay results at step **160** back to locations in the biological sample.

FIG. **2** provides a simplified overview of an assay system **200** of the present invention embodying an efficient imple-mentation of a combinatorial coding scheme for the encod-ing of spatial information. For purposes of this overview, the probes are oligonucleotides, but as explained elsewhere, other types of probes can also be used. In step **210**, a biological sample affixed to a support, e.g., a tissue sample or other biological structure, is provided. In step **220**, one or more oligonucleotide probes are delivered to the biological sample, where the oligonucleotide probes are capable of hybridizing with biological targets in the biological sample. In step **230**, the oligonucleotide probes are allowed to interact with (hybridize to) the nucleic acid targets; that is, appropriate conditions are provided where oligonucleotide probes can hybridize to the target nucleic acids.

In step **240**, the oligonucleotide probes that did not hybridize to target nucleic acids are removed, and thereby separated from oligonucleotide probes that did hybridize to target nucleic acids. In this embodiment, separation can be accomplished by, e.g., washing the sample to remove unhy-bridized oligonucleotide probes. Next, in step **250**, encoding oligonucleotides (the encoding agents) are delivered to the biological sample according to a chosen spatial pattern, where the encoding oligonucleotides comprise coding tags that are used to encode the location of biological targets in the biological sample. Note that in contrast to the assay system of FIG. **1**, here the probes and encoding agents (encoding oligonucleotides) are delivered in separate steps. In step **260**, the encoding oligonucleotides are coupled to the oligonucleotide probes to create encoded probes. In this case where the probes are oligonucleotides, the encoding oligo-nucleotides may be coupled to the oligonucleotides probes by, e.g., ligation. Alternatively, the information in the encod-ing oligonucleotides can be transferred by using a DNA polymerase to extend a probe oligonucleotide that acts as a primer, and thereby copy and incorporate the sequence of the encoding oligonucleotides.

In step **270**, the sequence of the coding tags in the encoded probes as well as the sequence or a portion of the sequence of the probe itself is determined, and in step **280**, the target nucleic acids are mapped hack to the biological sample. In some embodiments, the abundance of sequences reveals the relative quantity of biological targets at the location. Although this embodiment shows the individual steps in a particular order, so as to better explain the invention, the precise order of the steps can be varied. For example, steps **220** and **250** can be combined, so that a mixture of the probes and encoding oligonucleotides is delivered according to a chosen spatial pattern. Coupling step **260** can then be carried out immediately after the combined steps **220** and

US 10,480,022 B2

11

250, or concomitantly with them. In this case, step 240 would then occur after step 260. It can therefore be appreciated that the two key results of this series of steps, i.e., the location-specific encoding of probe molecules and the separation of probe molecules based on their ability to interact with corresponding target molecules, can be accomplished with some flexibility in the implementation of the particular steps. Similarly, there is considerable flexibility in the design of the coding scheme. As described infra, the assays of the invention are particularly amenable to combinatorial methods.

Thus, the present invention provides an ability to look at many different biological targets in many locations, providing the resolution of in situ hybridization with the highly-parallel data analysis of sequencing. In some embodiments, the sum of the multiple biological targets being assayed and the multiple sites in the biological sample is greater than 20, in other embodiments, the sum of the multiple biological targets being assayed and the multiple sites in the biological sample is greater than 50, in other embodiments, the sum of the multiple biological targets being assayed and the multiple sites in the biological sample is greater than 100, greater than 500, 1,000, 10,000, 25,000, 100,000, 500,000, 1,000,000. It will be appreciated that, due to the spatial encoding dimension of the invention, even much larger numbers can be contemplated. For example, assaying 10,000 targets per location×10,000 locations would generate $10^8$ different assays, and even larger numbers than these can easily be contemplated, particularly if spatial locations with resolution on the order of that of single cells are utilized. Further, in embodiments where high-throughput digital sequencing is employed, the sequences of at least 1,000 encoding probes are typically determined in parallel. More typically, using a digital readout, it is desirable to obtain multiple sequence reads for each assay (defined by a probe and a spatial location code). It is desirable to obtain an average of at least 3 copies per assay, and more typically at least 10 or at least 30 copies per assay, depending on the design of the experiment and requirements of the assay. For a quantitative readout with suitable dynamic range, it may be desirable to obtain at least 1,000 reads per assay. Therefore, if 1,000,000 assays are carried out, the number of sequence reads may be 1 billion or more. With high-throughput digital sequencing, and allowing for redundancy, the sequence of at least 10,000 encoding probes are determined in parallel, or the sequence of at least 100,000, 500,000, 1,000,000, 10,000,000, 100,000,000, 1,000,000,000 or more encoding probes are determined in parallel.

Assays

The assay portion of the assay systems of the present invention comprise the following general steps: delivering probes and encoding agents where the encoding agents (in some embodiments pre-coupled to the probes) are delivered to the sample according to a known spatial pattern, allowing the probes to interact or react with biological targets in the sample, and, if the probes and encoding agents have not been pre-coupled, coupling the encoding agents to probes.

The samples of the present invention include virtually any biological sample or samples that can be affixed to a support or provided essentially in a two-dimensional manner, where the ability to tie an assayed biological target or activity back to the location within the biological sample is important. Exemplary biological samples include tissue sections (e.g., including whole animal sectioning and tissue biopsies), cell populations on slides or culture dishes, and the like. The assay systems of the invention are particularly advantageous in that they are compatible with numerous biological sample

12

types, including fresh samples, such as primary tissue sections, and preserved samples including but not limited to frozen samples and paraformalin-fixed, paraffin-embedded (FFPE) samples. An important aspect of the assay systems of the invention is that the biological samples are immobilized on a substrate surface having discrete, independently measurable areas.

The biological targets to be detected can be any biological molecules including but not limited to proteins, nucleic acids, lipids, carbohydrates, ions, or multicomponent complexes containing any of the above. Examples of subcellular targets include organelles, e.g., mitochondria, Golgi apparatus, endoplasmic reticulum, chloroplasts, endocytic vesicles, exocytic vesicles, vacuoles, lysosomes, etc.

In some particular embodiments, the assay system is used to analyze nucleic acids, e.g., by genotyping, quantitation of DNA copy number or RNA transcripts, localization of particular transcripts within samples, and the like. FIG. 3 illustrates an overall scheme for an exemplary assay for, e.g., detecting single nucleotide polymorphisms (SNPs) that can be used with the assay system of the invention. In FIG. 3, two oligonucleotide probes are provided. Each oligonucleotide probe comprises a target-specific region (located on either side of the SNP to be analyzed) seen at 305 and 307, and ligation regions, seen at 301 and 303. The oligonucleotide probes are allowed to hybridize to a target nucleic acid (not shown) in the biological sample. At step 302, one of the oligonucleotide probes is extended to incorporate the SNP sequence and ligated to the other probe to form an extended probe comprising target nucleic acid region 309 and ligation regions 301 and 303.

Two encoding agents, both comprising a coding tag (seen at 315 and 317), a ligation region (seen at 311 and 313), and a primer region (seen at 319 and 321) are combined with and ligated to the extended probe at step 304 to form an extended target-specific oligonucleotide. Again, in contrast with FIG. 1, the probes and encoding agents are delivered at separate steps. Doing so allows use of the combinatorial embodiments described infra. In preferred embodiments, the encoding oligonucleotides within a pair of encoding oligonucleotides ligate specifically to one side of the target sequence or the other (i.e., 5′ or 3′ of the target sequence) in step 306. Also, typically, the ligation and primer regions of the encoding oligonucleotides and probes are universal; that is, the set of ligation and primer regions used in constructing the probes and encoding oligonucleotides are constant, and only the target-specific regions of the probes and the coding tags of the encoding oligonucleotides differ. However, again in alternative embodiments, the ligation and primer regions are not universal and differ between probes and encoding agents.

Following ligation, the encoded probes are eluted, pooled, and, optionally, sequencing adapters are added to the encoded probes via PCR. In alternative embodiments, sequencing primers may be ligated to the encoding oligonucleotides, or sequencing primer sequences can be included as part of the encoding oligonucleotide. As seen in FIG. 3, each sequencing adapter comprises primer region 319 or 321, compatible with the primer regions 319 and 321 on the encoded probes. The final construct comprising first adapter 327, first primer region 319, first coding tag 315, ligation regions 311 and 301, target region 309, ligation regions 313 and 303, second coding tag 317, second primer region 325 and second adapter 329 is now ready for input into a digital high-throughput sequencing process.

A combination of extension and ligation reactions are exemplified in FIG. 3, but it should be appreciated that a

10XC-00000021

US 10,480,022 B2

13

variety of reactions may be used to couple the encoding oligonucleotides to the target-specific oligonucleotides, including ligation only (e.g., for oligonucleotides that hybridize to contiguous portions of the target nucleic acid sequence). Alternatively, an assay utilizing an additional oligonucleotide, such as in the GOLDENGATE® assay (see Fan, et al., Cold Spring Symp. Quant. Biol., 68:69-78 (2003); (Illumina, Inc., San Diego, Calif.)), may be employed.

In other embodiments, the assay system of the invention also can be used to analyze peptides or proteins, the presence of antibodies, enzymatic and other protein activities, post-translational modifications, active and non-active forms of peptides, as well as peptide isoforms in a biological sample. Accordingly, the probes may comprise an active region of an enzyme, a binding domain of an immunoglobulin, defined domains of proteins, whole proteins, synthetic peptides, peptides with introduced mutations, aptamers and the like.

In certain aspects, the probes are substrates for enzymes or proenzymes, e.g., kinases, phosphatases, zymogens, proteases, or fragments thereof. In certain aspects, the probes are phosphorylation substrates used to detect proteins involved in one or more signal transduction pathways, e.g., a kinase or a phosphatase. In another specific aspect of the invention, the probes are specific protease substrates that associate only with individual proteases or classes of proteases. In other aspects, the probes are different processed forms, isoforms and/or domains of an enzyme. Protein-based probes are typically conjugated or otherwise linked to oligonucleotide encoding agents. The oligonucleotide encoding agents in this case would also include a nucleotide sequence component that allows for identification of the protein probe.

In certain aspects, the present invention provides assays for evaluating differences in the amount and/or activity of biological targets between different locations in a sample and/or between samples. The method includes determining a plurality of encoded results from the biological sample and evaluating the differences in quantity of the biological targets at each location in the biological sample.

Combinatorial Embodiments

To maximize the efficiency of encoding, a combinatorial approach using pairs of coding tags in the encoding oligonucleotides can be used. By de-coupling the target-specific information and the coding tags, the number of oligonucleotides required is dramatically reduced, with a concomitant decrease in cost.

FIG. 4 illustrates a general mechanism for one embodiment of a combinatorial encoding scheme of the assay systems of the invention, where nucleic acids in a representative tissue section (shown at 416) are assayed. FIG. 4 at A shows two target-specific/encoding oligonucleotide constructs 420 and 422 (e.g., formed between steps 302 and 304 of FIG. 3) specifically bound to a target nucleic acid 402 of interest. The first encoded probe 420 comprises coding tag 408, associated with, e.g., a universal priming site for amplification of the assay products or an adapter to enable identification of the coding identifiers using sequencing technologies 404. The second encoded probe 422 comprises coding tag 406, associated with, e.g., a universal priming site for amplification of the assay products or an adapter to enable identification of the coding identifiers using sequencing technologies 410.

FIG. 4 at B shows the spatial pattern that may be used for twenty different coding tags, a1 through a10 (coding tag 406

14

on encoded probe 420) and b1 through b10 (coding tag 408 encoded probe 422). Coding tag a1, for example, is deposited on the biological sample in ten discrete areas or spots (shown as the first horizontal line of spots in 412). Coding tag a2 is deposited on the biological sample in ten spots on the second horizontal line in 412. Coding tag a3 is deposited on the biological sample in ten spots on the third horizontal line in 412, and so on. Whereas the "a" tags are deposited in ten horizontal rows, the "b" tags are deposited in ten vertical rows as shown in 414. For example, coding tag b1 is deposited on the biological sample in ten discrete spots in the first vertical row of 414, coding tag b2 is deposited on the biological sample in ten discrete spots in the second vertical row of 414, and so on. Using such a configuration allows for twenty coding tags to uniquely define 100 different locations on the biological sample.

FIG. 4 at C shows a representative tissue section 416 coincident with coding tag grid 418. The arrows show how the "a" coding tags and the "b" coding tags are deposited on grid 418 that is coincident with tissue section 416. If, once sequenced, coding tags a1 and b4, e.g., are associated with a target nucleic acid sequence, then that target nucleic acid sequence (i.e., biological target) was present in the tissue section at location a1, b4.

FIG. 5 provides a simplified, specific example of the encoding scheme of the assay systems of the invention. FIG. 5 shows encoding oligonucleotides 510, comprising a1, a2, a3, a4 and b1, b2, b3 and b4. Target-specific oligonucleotides (TSOs) (probes) 1 and 2 are shown at 520. A deposit or dispensing scheme is shown at 530. Like the grid exemplified in FIG. 4, encoding oligonucleotides a1 through a4 are deposited in spots in a pattern (here, in a vertical pattern), and encoding oligonucleotides b1 through b4 are deposited in spots in a pattern (here, a horizontal pattern). The grid though shown as a square with spots is actually a deposition pattern on a biological sample (not shown) such as tissue section 416 shown in FIG. 4.

The target-specific oligonucleotides are delivered to the biological sample, where the target-specific oligonucleotides hybridize to target nucleic acids in the biological sample if target nucleic acids are present. Unhybridized target-specific oligonucleotides are then removed, e.g., by washing. The encoding oligonucleotides are then delivered to the biological sample according to the spatial pattern shown at 530. The encoding oligonucleotides are ligated (or, e.g., extended and ligated) to any target-specific oligonucleotides that hybridized to the target nucleic acid in the biological sample, the ligated constructs are then eluted from the biological sample, pooled, and sequencing adapters are added through, e.g., PCR or ligation, if the sequences were not previously included in the encoding oligonucleotides. The ligated constructs are sequenced by, e.g., high throughput or "next generation" sequencing.

The pool of resulting sequences is shown at 540. A sequence readout was obtained for target-specific oligonucleotide 1 only at a4b1, a4b2, a1b3, a2b3, a3b3, a4b3 and a4b4 (positions shown with horizontal lines). A sequence readout was obtained for target-specific oligonucleotide 2 only at a1b1 (position shown with vertical lines). A sequence readout was obtained for both target-specific oligonucleotides 1 and 2 at positions a2b1, a3b1, a1b2, a2b2, and a3b2 (positions shown with cross-hatching). No sequence readout was obtained for either target-specific oligonucleotides at a1b4, a2b4 or a3b4 (positions shown without shading). Thus, in the biological sample on which the assay took place the first target nucleic acid was detected in a large portion of the left side and at the bottom of the biological sample, the

10XC-00000022

US 10,480,022 B2

15

second target nucleic acid was detected only in the upper left portion of the biological sample, and neither target nucleic acid was detected in the upper right portion of the biological sample, as shown in **550**. The differential expression of the two target nucleic acids now can be mapped back to the biological sample and to the biological structures or cell types in these locations in the biological sample.

In addition to location information, information relating to relative abundance of the encoded tags can be obtained. For example, if it is found that there are ten times as many a4T1b1 sequences occurring in the data set as compared to a4T1b2 sequences, this would indicate that target nucleic acid sequence 1 is ten times more abundant at the a4T1b1 location than at the a4T1b2 location.

In the case of nucleotide analysis as shown in FIG. **3**, by ligating the coding tags directly to target-specific oligo-nucleotides, only 2n target-specific oligonucleotides are needed for n targets. For example, using the combinatorial approach outlined in FIG. **2**, assaying 100 different targets at 10,000 spatial locations would require 2×100 target-specific oligonucleotides and 2×100 encoding oligonucleotides. The total count of assay oligonucleotides would be only 400 (200 target-specific and 200 encoding), not counting universal primers. In contrast, if the coding oligonucleotides were not decoupled from the target-specific oligonucleotides, (n×X positional codes)+(n×Y positional codes) would be needed, or in the above example, 20,000 oligonucleotides, not count-ing universal primer sequences. Moreover, though the embodiments shown in FIGS. **2-5** depict a combinatorial scheme using two encoding agents (coding tags), three, four or more encoding agents and coding tags may be used, and attached to the probe or one another by varying means and in varying combinations of steps.

Due to the spatial encoding aspect of the assay system of the invention, a large amount of information can be gener-ated with even a modest number of assays. For example, five or more biological targets assayed at five or more positions in the sample generates 25 or more combinations. Using digital sequencing as a readout, the optimum number of sequence reads per combination depends on the sensitivity and dynamic range required, and can be adjusted. For example, if for each combination on average 100 reads are sampled, the total for 25 combination is 25,000 reads. If 1,000 targets are assayed at 1,000 locations with an average sampling depth of 1,000, then $10^9$ reads are required. These numbers, although large, are within the capacity of intrin-sically parallel digital sequencing methods, which can gen-erate datasets of billions or even trillions of reads in a reasonable timeframe and at a very low cost per read. Therefore, by varying the numbers of positions interrogated or biological targets assayed, or both, and using digital sequencing, large amounts of information can be obtained. In specific aspects, multiple locations are interrogated for two or more biological molecules.

Reagent Delivery Systems

The reagent delivery system of the invention includes instrumentation that allows the delivery of reagents to discrete portions of the biological sample, maintaining the integrity of the spatial patterns of the encoding scheme. Reagent delivery systems of the assay systems of the inven-tion comprise optional imaging means, reagent delivery hardware and control software. Reagent delivery can be achieved in a number of different ways. It should be noted that reagent delivery may be to many different biological samples at one time. A single tissue section has been exemplified herein; however, multiple biological samples may be affixed and analyzed simultaneously. For example,

16

serial sections of a tissue sample can be analyzed in parallel and the data combined to build a 3D map.

Integral to the assay system of the invention is instru-mentation that allows for spatial patterning of reagents onto the biological sample. Technologies for formulating and delivering both biological molecules (e.g. oligonucleotides or antibodies) and chemical reagents (e.g., small molecules or dNTPs) are known in the art, and uses of these instrunent systems are known to one skilled in the art and easily adaptable to the assay systems of the invention. One example of a suitable reagent delivery system is the Lab-cyte™ Echo acoustic liquid handier, which can be used to deliver nanoliter scale droplets containing biological mol-ecules with high precision and reproducibility. One skilled in the art could incorporate this reagent delivery device into the overall system, using software to specify the locations to which reagents should be delivered.

Other instruments that can be used for the deposition of agents and/or coding identifiers onto biological samples include, but are not limited to, ink jet spotting; mechanical spotting by means of pin, pen or capillary; micro contact printing; photochemical or photolithographic methods; and the like. For certain applications, it may be preferred to segment or sequester certain areas of the biological samples into one or more assay areas for different reagent distribu-tions and/or biological target determination. The assay areas may be physically separated using barriers or channels.

In one exemplary aspect, the reagent delivery system may be a flow-based system. The flow-based systems for reagent delivery in the present invention can include instrumentation such as one or more pumps, valves, fluid reservoirs, chan-nels, and/or reagent storage cells. Reagent delivery systems are configured to move fluid to contact a discrete section of the biological sample. Movement of the reagents can be driven by a pump disposed, for example, downstream of the fluid reagents. The pump can drive each fluid reagent to (and past) the reaction compartment. Alternatively, reagents may be driven through the fluid by gravity. US Pub. Nos. 20070166725 and 20050239192 disclose certain general-purpose fluidics tools that can be used with the assay systems of the invention, allowing for the precise manipu-lation of gases, liquids and solids to accomplish very com-plex analytical manipulations with relatively simple hard-ware.

In a more specific example, one or more flow-cells can be attached to the substrate-affixed biological sample from above. The flow-cell can include inlet and outlet tubes connected thereto and optionally an external pump is used to deliver reagents to the flow-cell and across the biological sample. The flow cells are configured to deliver reagents only to certain portions of the biological sample, restricting the amount and type of reagent delivered to any specific section of the biological sample.

In another aspect, a microfluidic system can be integrated into the substrate upon which the biological sample is disposed or externally attached on top of the substrate. Microfluidic passages for holding and carrying fluid may be formed on and/or above the planar substrate by a fluidics layer abutted to the substrate. Fluid reagents can be selected and delivered according to selective opening and closing of valves disposed between reagent reservoirs.

Pumps generally include any mechanism for moving fluid and/or reagents disposed in fluid. In some examples, the pump can be configured to move fluid and/or reagents through passages with small volumes (i.e., microfluidic structures). The pump can operate mechanically by exerting a positive or negative pressure on fluid and/or on a structure

US 10,480,022 B2

17

carrying fluid, electrically by appropriate application of an electric field(s), or both, among other means. Exemplary mechanical pumps may include syringe pumps, peristaltic pumps, rotary pumps, pressurized gas, pipettors, etc. Mechanical pumps may be micromachined, molded, etc. Exemplary electrical pumps may include electrodes and may operate by electrophoresis, electroendoosmosis, electrocapillarity, dielectrophoresis (including traveling wave forms thereof), and/or the like.

Valves generally include any mechanism for regulating the passage of fluid through a channel. Valves can include, for example, deformable members that can be selectively deformed to partially or completely close a channel, a movable projection that can be selectively extended into a channel to partially or completely block a channel, an electrocapillary structure, and/or the like.

An open gasket can be attached to the top of the biological sample and the sample and reagents can be injected into the gasket. Suitable gasket materials include, but are not limited to, neoprene, nitrile, and silicone rubber. Alternatively, a watertight reaction chamber may be formed by a gasket sandwiched between the biological sample on the substrate and a chemically inert, water resistant material such as, but not limited to, black-anodized aluminum, thermoplastics (e.g., polystyrene, polycarbonate, etc), glass, etc.

In an optional embodiment, the assay system comprises imaging means to determine features and organization of the biological sample of interest. The images obtained, e.g., may be used to design the deposition pattern of the reagents. Imaging means are optional, as an individual can instead view the biological sample using, e.g., a microscope, analyze the organization of the biological sample, and specify a spatial pattern for delivery assay reagents. If included, the delivery system can comprise a microcircuit arrangement including an imager, such as a CCD or IGFET-based (e.g., CMOS-based) imager and an ultrasonic sprayer for reagent delivery such as described in US Pub. No. 20090197326, which is incorporated herein by reference. Also, it should be noted that although FIGS. 4 and 5 illustrate using a x,y grid configuration, other configurations can be used, such as, e.g., following the topology of a tissue sample; targeting certain groups of cells, cell layers and/or cell types in a tissue, and the like.

In yet another alternative, the reagent delivery system controls the delivery of reagents to specific patterns on a biological sample surface using semiconductor techniques such as masking and spraying. Specific areas of a biological sample can be protected from exposure to reagents through use of a mask to protect specific areas from exposure. The reagents may be introduced to the biological sample using conventional techniques such as spraying or fluid flow. The use of masked delivery results in a patterned delivery scheme on the substrate surface.

In a preferred aspect of the invention, the reagent delivery instrumentation is based on inkjet printing technology. There are a variety of different ink-jetting mechanisms (e.g., thermal, piezoelectric) and compatibility has been shown with aqueous and organic ink formulations. Sets of independently actuated nozzles can be used to deliver multiple reagents at the same time, and very high resolutions are be achieved.

In order to target specific sites of interest, an informative image of the biological sample to be assayed may be used to assist in the reagent delivery methods and associated encoding scheme. Sample regions of the biological sample can be identified using image processing (e.g., images of cell types differentiated by immunohistochemistry or other staining

18

chemistries) integrated with other features of the assay system. In some aspects, software is used to automatically translate image information into a reagent delivery pattern. A mechanism to register and align very precisely the biological sample for reagent delivery is thus an important component of the assay systems of the invention. Mechanisms such as the use of fiducial markers on slides and/or other very accurate physical positioning systems can be adapted to this purpose.

The invention preferably comprises a complete suite of software tailored to the assay system. Optionally, oligonucleotide design software is used to design the encoding nucleotides (and in embodiments where nucleic acids are assayed, the target-specific oligonucleotides) for the specific assay to be run, and may be integrated as a part of the system. Also optionally, algorithms and software for reagent delivery and data analysis (i.e., sequence analysis) may be integrated to determine assay results. Integrated data analysis is particularly useful, as the type of dataset that is generated may be massive as a consequence of scale. Algorithms and software tools that are specifically designed for analysis of the spatially-associated data generated by the assay systems, including pattern-analysis software and visualization tools, enhance the value of the data generated by the assay systems.

In certain aspects, the assay system comprises processes for making and carrying out the quality control of reagents, e.g., the integrity and sequence fidelity of oligonucleotide pools. In particular, reagents are formulated according to factors such as volatility, stability at key temperatures, and chemical compatibility for compatibility with the reagent delivery instrumentation and may be analyzed by instrumentation integrated within the assay system.

Sequencing

Numerous methods can be used to identify the coding tags and probe sequences in the encoded probes of the assay systems of the invention. The coding tags can be detected using techniques such as mass spectroscopy (e.g., Maldi-Tof, LC-MS/MS), nuclear magnetic resonance imaging, or, preferably, nucleic acid sequencing. Examples of techniques for decoding the coding tags of the present invention can be found, for example, in US Pub. No. 20080220434, which is incorporated herein by reference. For example, the coding tags may be oligonucleotide mass tags (OMTs or massTags). Such tags are described, e.g., in US Pub. No. 20090305237, which is incorporated by reference in its entirety. In yet another alternative, the encoded probes can be amplified and hybridized to a microarray. This would require separate amplification reactions to be carried out, in which each amplification is specific to a particular spatial code or subset of codes, accomplished by using code-specific primers. Each amplification would also incorporate a different resolvable label (e.g. fluorophor). Following hybridization, the relative amounts of a particular target mapping to different spatial locations in the sample can be determined by the relative abundances of the resolvable labels.

In one particularly preferred aspect, the resulting coding tags according to the assay system are substrates for high-throughput, next-generation sequencing, and highly parallel next-generation sequencing methods are used to confirm the sequence of the coding tags, for example, with SOLiD™ technology (Life Technologies, Inc.) or Genome Analyzer (Illumina, Inc.). Such next-generation sequencing methods can be carried out, for example, using a one pass sequencing method or using paired-end sequencing. Next generation sequencing methods include, but are not limited to, hybridization-based methods, such as disclosed in e.g., Drmanac,

US 10,480,022 B2

19

U.S. Pat. Nos. 6,864,052; 6,309,824; and 6,401,267; and Drmanac et al, U.S. patent publication 2005/0191656; sequencing-by-synthesis methods, e.g., U.S. Pat. Nos. 6,210,891; 6,828,100; 6,969,488; 6,897,023; 6,833,246; 6,911,345; 6,787,308; 7,297,518; 7,462,449 and 7,501,245; US Publication Application Nos. 20110059436; 20040106110; 20030064398; and 20030022207; Ronaghi, et al, Science, 281: 363-365 (1998); and Li, et al, Proc. Natl. Acad. Sci., 100: 414-419 (2003); ligation-based methods, e.g., U.S. Pat. Nos. 5,912,148 and 6,130,073; and U.S. Pat. Appln Nos. 20100105052, 20070207482 and 200900118024; nanopore sequencing e.g., U.S. Pat. Appln Nos. 20070036511; 20080032301; 20080128627; 20090082212; and Soni and Meller, Clin Chem 53: 1996-2001 (2007)), as well as other methods, e.g., U.S. Pat. Appln Nos. 20110033854; 20090264299; 20090155781; and 20090005252; also, see, McKernan, et al., Genome Res., 19:1527-41 (2009) and Bentley, et al., Nature 456:53-59 (2008), all of which are incorporated herein in their entirety for all purposes.

Applications of Assay System

It will be apparent to one skilled in the art upon reading the present disclosure that there are numerous important areas of biological research, diagnostics, and drug development that will benefit from a high throughput multiplexed assay system that can measure simultaneously the amount and spatial location of a biological target in a biological sample. For example, combining the ability to estimate the relative abundance of different RNA transcripts with the ability to reconstruct an image of spatial patterns of abundance across many locations, which may be as small as or even smaller than individual cells, in a tissue enables many different areas of basic research. The following are exemplary uses and are by no means meant to be limiting in scope.

In one example, 3-dimensional patterns of gene expression are determined by analyzing a series of tissue sections, in a manner analogous to image reconstruction in CT scanning. Such a method can be used to measure changes in gene expression in disease pathology, e.g., in cancerous tissue and/or a tissue upon injury, inflammation or infection. With the assay systems of the invention, more detailed information on gene expression and protein localization in complex tissues is obtained, leading to new insights into the function and regulation both in normal and diseased states, and provides new hypotheses that can be tested. For example, an assay system of the invention may enable some of the insights gained from many individual studies and larger programs like ENCODE (Birney, et al., Nature, 447: 799-816 (2007)) and mod ENCODE to be integrated at the tissue level. The assay systems also aid computational efforts to model interacting networks of gene expression in the field of systems biology.

The assay systems also provide a novel approach to analysis of somatic variation, e.g., somatic mutations in cancer or variability in response to infectious organisms. For example, tumors are typically highly heterogeneous, containing cancer cells as well as genetically normal cells in an abnormal local environment. Cancer cells undergo mutation and selection, and in this process it is not unusual for local clones to develop. Identifying relatively rare somatic mutations in the context of tumors may enable the study of the role of key mutations in the selection of clonal variants. Transcriptional patterns associated with angiogenesis, inflammation, or other cancer-related processes in both cancer and genetically normal cells can be analyzed for insights into cancer biology and assist in the development of

20

new therapeutic agents for the treatment of cancers. In another example, individuals have varying susceptibility to infectious organisms, and the assay systems of the invention can be used to study the interaction between microbes and tissues or the various cell types within the tissue.

Importantly, in addition to providing spatially-associated information, the invention allows a great increase in the sensitivity of detecting rare mutations, as signal to noise can be dramatically increased since only a small location is assayed in any given reaction. In a typical assay for rare mutations in a mixed sample, the sample is treated in bulk, i.e., nucleic acids are extracted from many cells into a single pool. Thus, if a mutation is present in one cell in 10,000, it must be detected against a background of normal DNA from ~10,000 cells. In contrast, with the assay systems of the invention many cells can be analyzed, but individual cells or small groups of cells would be identified by the spatial coding system. Therefore, in the assay systems of the present invention, background is reduced by orders of magnitude, greatly increasing sensitivity. Furthermore, the spatial organization of mutant cells can be observed, which may be particularly important in detecting key imitations in tissue sections in cancer. Already molecular histological analyses are yielding insights into cancer biology and may have potential for use in diagnostics. The technology of the invention promises to greatly increase the power of such approaches.

The present invention provides assays, assay systems, and methods of using such assays in spatially encoded biological assays. The invention provides an assay system comprising one or more agents provided in defined spatial patterns on a substrate surface, and a detection system for identifying the presence or absence, relative amount, and location of a biological molecule. Such biological molecules include, but are not limited to, nucleic acids, peptides, carbohydrates, cellular components, and the like. The assay system is a novel multiplexing approach, as it allows multiple molecules and their respective multiple locations to be identified in a single system using a unique encoding scheme. This encoding scheme uses both molecule-specific binding agents and coding identifiers to provide a practical and cost-effective determination of information on multiple biological molecules, including specific positional information of such molecules in a biological sample, e.g., a tissue section. The single molecule detection analysis using the encoding system also allows relative amounts of biological molecules to be detected, thus providing information on expression levels, sequestering in specific locales, and the like.

The assay systems detect the presence or absence, and relative amount, of a biological molecule at more than one spatial location in a sample. In addition, the assays provide methods for doing this for multiple biological molecules simultaneously. The assay systems utilize one or more binding agents that specifically bind to the biological molecule of interest and unique coding identifiers associated with specific binding agents. The detection system utilizes a method for identifying the presence and spatial address of the agent binding based on the positive and/or negative results that are obtained using detection of the agent and identifier and the encoding scheme of the spatial patterns on the substrate surface. In a specific aspect, the encoding scheme employs limited reagent delivery to the spatial patterns on the substrate surface, and access of the coding identifiers and/or binding agents to portions of the sample is controlled through such limited delivery.

10XC-00000025

US 10,480,022 B2

21

In one aspect, the assay system detects the presence or absence and spatial location of a biological molecule based on the positive and/or negative results that are obtained using limited reagent delivery and the encoding scheme of the spatial patterns on the substrate surface.

The assay system and methods of the invention are based on relational, solid-state substrates with positions that represent specific spatial locations within a biological sample, e.g., a cell, organelle or tissue. The ability to use encoding features to represent locations allows high-throughput analysis of the presence or absence, and relative amount, of a biological molecule at more than one spatial location in a sample. The encoding features also allow provide assaying of multiple biological molecules at these multiple locations simultaneously.

A primary feature of the invention is the preservation of the spatial organization of elements in a sample of interest through the use of an encoding scheme. For example, the assay may be designed to preserve the relative position of cells in a tissue, and the assay may interrogate the individual cells for genomic DNA variation (including epigenetic modifications), and RNA and protein expression.

In one specific aspect, the encoding scheme of the assay system comprises the use of two or more coding patterns, each comprising regions defined by spatial patterns on the substrate surface. For example, the assay system can utilize an encoding scheme that comprises a 2-dimensional grid format based on the discrete positioning of the binding agents in the substrate surfaces. In another example, the spatial patterns may be based on more randomized cell locations, e.g., the patterns on the substrate surface follow an underlying biological structure rather than a strict, x,y grid pattern. This aspect includes systems with two or more substantially identical spatial patterns using different binding agents and/or coding identifiers, as well as systems having different patterns for different agents and/or coding identifiers. The encoding scheme of the systems can be controlled by delivery of different reagents to discrete regions on the substrate surfaces, which allows different reactions to take place on substantially identical agents of known location on the substrate surfaces.

In one specific aspect, the invention provides high resolution, high-throughput analysis of nucleic acids and/or expression levels that provides both detection and spatial identification of large numbers of nucleic acids, e.g., DNA or RNA.

In another specific aspect, the invention provides high resolution, high-throughput analysis of proteins that provides both detection and spatial identification of large numbers of such proteins, e.g., kinases or proteases.

Numerous reagent delivery systems can be used with the assay system of the invention. The primary criteria of such reagent delivery systems is the ability to direct delivery of specific agents based on spatial patterns on the substrate surface.

In one preferred aspect, the encoding scheme utilizes a reagent delivery system based on printing and informatics technologies to implement the spatial patterns used for identification and localization of the biological materials. For example, the patterns found in the encoding scheme may be created using ink jet printing technology to provide reagents at specific locations on one or more substrate surfaces. The desired patterns are set out in specific coding patterns on the substrate surface.

In certain aspects of the invention, the binding agents are immobilized directly to the substrate surface, and the location of the binding agents is known or determined prior to

22

use of the substrate surface in the assay system. In another aspect, the binding agents are immobilized onto beads or other separate structural elements that are then provided in known locations on the substrate surface. In yet another aspect, the binding agents may be provided in or on features of the substrate surface, e.g., provided in wells or channels.

In specific aspects of the invention, the binding agents are nucleic acids immobilized directly or indirectly to the substrate surface, e.g., directly through the use of amino groups on the substrate surface or indirectly through the use of a linker. The location of the nucleic acid sequences is known or determined prior to use of the substrate surface in the assay system. In another specific aspect, the nucleic acids may be immobilized directly or indirectly onto beads that are then provided in known locations on the substrate surface. In yet another aspect, the nucleic acids may be provided in or on features of the substrate surface, e.g., provided in wells.

In these aspects involving nucleic acid agents, any methods of sequence determination can be used, e.g., sequencing, hybridization and the like. In a preferred aspect, nucleic acid sequencing, and preferably next-generation sequencing, is used to decode the spatial encoding scheme in the assay system of the invention. This provides a very wide dynamic range for very large numbers of assays, allowing for efficient multiplexing.

In some aspects, the assay utilizes two or more oligonucleotides, the oligonucleotides comprising a universal primer region and a region that correlates specifically to a single spatial pattern within the spatial encoding scheme. In a specific aspect, the assay comprises two allele specific oligonucleotides and one locus specific oligonucleotides. These oligonucleotides allow the identification of specific SNPs, indels or mutations within an allele. This is useful in the identification of genetic changes in somatic cells, genotyping of tissues, and the like.

In other specific aspects of the invention, the binding agents are peptides. In one aspect, these peptides are associated directly or indirectly to known locations on a substrate surface, e.g., using binding protein pairs or through oligonucleotide linkers complementary to oligonucleotides on the substrate surface. In another aspect, the binding agents are peptides are immobilized directly or indirectly onto beads or other separate structural elements that are then provided in known locations on the substrate surface. In yet another aspect, the peptides may be provided in or on features of the substrate surface, e.g., provided in wells.

In yet other specific aspects of the invention, the binding agents are chemical entities (e.g., small molecules) that are coded, e.g. using sequence tags or mass spectroscopy tags as coding identifiers. In one aspect, these chemical entities can be are immobilized directly to the substrate surface. In another aspect, the binding agents are immobilized onto beads or other separate structural elements that are then provided in known locations on the substrate surface. In yet another aspect, the binding agents may be provided in or on features of the substrate surface, e.g., provided in wells.

The assay system of the invention can utilize various detection mechanisms, based on the molecules to be detected and the reagents needed for such detection system. Exemplary methods that can be used with the assay systems of the invention are described in more detail below.

The Invention in General

The assay system and methods of the invention are based on relational methods that allow extraction of data to detect the presence or absence and relative amount of a biological molecule, and the location of this molecule in a sample

US 10,480,022 B2

23                                                    24

having a distinct structure, e.g., a tissue section or other biological structure with distinct locations of specific biological molecules. The encoding scheme used in these systems corresponds to the structural elements of the sample, and the information obtained using a two-dimensional coding system is indicative of the spatial addresses of these molecules in a sample of interest.

Integral to the assay system of the invention is a method for spatial patterning of reagents. Technologies for formulating and delivering both biological molecules (e.g. DNA or antibodies) and chemical reagents (e.g., small molecules or dNTPs) have already been demonstrated, and use of these systems will be available to one skilled in the art and easily adaptable upon reading this specification.

The assay design of the invention provides an accurate and easily scalable spatial encoding system. The ability to deliver reagents in a spatially defined pattern together with software, reagents and protocols comprises a novel and highly innovative assay system for spatial analysis of various biological functions and activities. This allows the assays to measure numerous biological functions in a meaningful spatial environment, including functions such as gene expression and peptide localization. The systems provide the potential to open a new analytical window into the complex spatial patterns of cellular function and regulation in biological systems.

The biological molecules to be detected can be any biological molecules such as proteins, nucleic acids, lipids, carbohydrates, ions, or multicomponent complexes containing any of the above. Further examples of subcellular objects include organelles, e.g., mitochondria, Golgi apparatus, endoplasmic reticulum, chloroplast, endocytic vesicle, exocytic vesicles, vacuole, lysosome, etc.

FIG. 4 illustrates such a target-specific assay system for identification of nucleic acid sequences in a sample. In this system 401, two reagents 420, 422 that specifically bind to a biological molecule of interest are associated with coding, identifiers 406, 408 that encode for a spatial location in the sample. These coding identifiers 406, 408 are optionally associated with sites that assist in their identification in the assay format, e.g., universal priming sites 404, 410 for amplification of the assay products or adapters to enable identification of the coding identifiers and the binding agents using sequencing technologies. The sample that is tested, here shown as a tissue section 416 is encoded using the combination of the patterns 412, 414 created using the separate coding identifiers 406, 408 which provide a two dimensional code 418 that shows the location of any positive detection of the biological molecule 402 as well as quantifying the biological molecule 402 at each location assayed in the tissue.

The assay systems of the invention are particularly advantageous in that they are compatible with numerous samples types, such as fresh samples, such as primary tissue sections, and preserved samples including but not limited to frozen samples and paraformalin-fixed, paraffin-embedded (FFPE) samples. An important aspect of the assay systems of the invention is that the binding agents are immobilized on a substrate surface in discrete, independently measurable areas. These discrete areas can be formed by spatially selective deposition of the binding agents on the substrate surface. Numerous methods can be used for the deposition of the agent and the coding identifiers associates with the agent. For example, the coding identifiers can be delivered together or separately from the agent. If delivered together they can be attached (e.g., synthesized as a single molecule or attached through ligation or a chemical coupling mecha-

nism) or simply mixed together to be attached after delivery to the substrate. In a preferred aspect, the agent and the coding identifier are made separately, mixed together for attachment, and delivered either attached or as a mixture to be attached on the surface. In a specific aspect the binding agents are delivered generally over the substrate surface and the coding identifiers are delivered in a pattern-specific manner.

Examples of methods that can be used for deposition of agents and/or coding identifiers onto the substrate surface include, but are not limited to, ink jet spotting, mechanical spotting by means of pin, pen or capillary, micro contact printing, fluidically contacting the measurement areas with the biological or biochemical or synthetic recognition elements upon their supply in parallel or crossed micro channels, upon exposure to pressure differences or to electric or electromagnetic potentials, and photochemical or photolithographic immobilization methods.

For several applications, it may be preferred to arrange the substrates into segments or one or more measurement areas for reagent distribution and agent determination. These regions may be physically separated using barriers or channels. They may still comprise several additional discrete measurement areas with agents that are different or in different combination from each other.

In certain aspects, the present invention provides a method, e.g., a machine-based method, for evaluating changes in the presence and/or location of a biological molecule over time. The method includes providing a plurality of encoded array results representative of the biological molecule over time and evaluating the differences in detection and/or localization of the biological molecules.

Nucleic Acid Detection and Localization

In a particular aspect, the assay system is used to analyze nucleic acids, e.g genotyping, gene expression analysis, localization of particular transcripts within samples, and the like.

Genotyping may be performed using any technique known to those of skill in the art. Preferred techniques permit rapid, accurate determination of multiple variations with a minimum of sample handling. Some examples of suitable techniques involve but are not limited to direct DNA sequencing, capillary electrophoresis, hybridization, allele-specific probes or primers, single-strand conformation polymorphism analysis, nucleic acid arrays, bead arrays, restriction fragment length polymorphism analysis, cleavage fragment length polymorphism analysis, random amplified polymorphic DNA, ligase detection reaction, heteroduplex or fragment analysis, differential sequencing with mass spectrometry, atomic force microscopy, pyrosequencing, FRET (e.g., TaqMan (Applied Biosystems, Inc., Foster City, Calif.) and Molecular Beacon (Stratagene, La Jolla, Calif.) assays), and other related techniques. Several methods for DNA sequencing are well known and generally available in the art. See, for example, Sambrook, et al., Molecular Cloning: A Laboratory Manual (Cold Spring Harbor Laboratory, New York) (2001); Ausubel, et al., Current Protocols in Molecular Biology (John Wiley and Sons, New York) (1997), Twyman, et al. (2003) "Techniques Patents for SNP Genotyping", Pharmacogenomics 4(1):67-79; and Kristensen, et al. (2001) "High-Throughput Methods for Detection of Genetic Variation" BioTechniques 30(2):318-332. For details on the use of nucleic acid arrays (DNA chips) for the detection of, for example, SNPs, see U.S. Pat. No. 6,300,063 issued to Lipshultz, et al., and U.S. Pat. No. 5,837,832 to Chee, et al., HuSNP Mapping Assay, reagent kit and user manual. Affymetrix Part No. 90094 (Affymetrix,

10XC-00000027

US 10,480,022 B2

25

Santa Clara, Calif.). The molecular inversion probe (MIP) assay format (Hardenbol et al., 2003) is another example of a highly multiplexable assay that may be used with the assay systems of the invention.

In one exemplary and preferred method for analyzing nucleic acids using the assay system of the invention, the detection of nucleic acids uses two allele-specific oligonucleotides and a locus specific oligonucleotide. The assay methods are carried out according to the strategy outlined in FIG. 2 using next-generation sequencing or another highly parallel nucleic acid assay technology. In this assay, a set of two oligonucleotides is designed to hybridize to each target sequence, with a common oligonucleotide and two unique coding identifiers. The allele can be determined, e.g, by primer extension of the locus specific oligonucleotide. Following primer extension and ligation, an amplifiable template is formed with universal primer sequences at either end. Assay oligonucleotides are annealed to a template and enzymatic reactions are used to join the two oligonucleotides only when both are correctly annealed. The detection techniques and read out parameters used in this system of the invention include a much shorter tag than the oligonucleotides used in the assays that are based on capture by hybridization. These shorter tags are designed to be read out by sequencing or, preferably, used to ligate codes onto both ends of the fragment as illustrated in FIG. 2.

En FIG. 3, two target-specific assay oligonucleotides are ligated together 302 following in situ hybridization to target sequences. At the same time, encoding oligonucleotides containing tag sequence sets X and Y are ligated 304 to the target specific oligonucleotides. Oligonucleotides containing X ligate specifically to one side of the targeting construct and oligonucleotides containing Y ligate to the other. The oligonucleotides contain universal primer sites P1 and P2. Following ligation, the constructs are eluted and, optionally, sequencing adapters can be attached 306, e.g., via PCR.

In one preferred aspect, the final construct created from the assay method is a substrate for next-generation sequencing, and highly parallel next-generation sequencing methods are used to confirm the sequence of constructs. Such sequencing methods can be carried out, for example, using a one pass sequencing method or using paired-end sequencing. Next generation sequencing methods include, but are not limited to, hybridization-based methods, such as disclosed in Drmanac, U.S. Pat. Nos. 6,864,052; 6,309,824; and 6,401,267; and Drmanac et al. U.S. patent publication 2005/0191656, and sequencing by synthesis methods, e.g., Nyren et al. U.S. Pat. No. 6,210,891; Ronaghi, U.S. Pat. No. 6,828,100; Ronaghi et al (1998), Science, 281: 363-365; Balasubramanian, U.S. Pat. No. 6,833,246; Quake, U.S. Pat. No. 6,911,345; Li et al, Proc. Natl. Acad. Sci., 100: 414-419 (2003); Smith et al, PCT publication WO 2006/074351: use of reversible extension terminators, e.g., Turner, U.S. Pat. No. 6,833,246 and Turner, U.S. Pat. No. 6,833,246 and ligation-based methods, e.g., Shendure et al (2005), Science, 309: 1728-1739, Macevicz, U.S. Pat. No. 6,306,597; which references are incorporated by reference. Soddart et al., PNAS USA. 2009 Apr. 20; Xiao et al., Nat Methods, 2009 March; 6(3):199-201, Epub 2009 Feb. 8.

To maximize the efficiency of encoding, a combinatorial approach using pairs of oligonucleotides can be used. For example, with only two sets of 100 codes, a substrate can theoretically encode up to 10,000 locations. The number of assay oligonucleotides required is dramatically reduced, the cost decreased, and the robustness of the approach increased by decoupling the coding sequences from the genome-

26

specific sequences. Alternative assay formats can also be used (e.g. ligation or primer extension followed by ligation).

By ligating the codes on separately, only 2n target-specific assay oligonucleotides are needed for n targets. For example, assaying 100 different targets at 10,000 spatial locations would require 2×100 targeting oligonucleotides and 2×100 encoding oligonucleotides, using a combinatorial approach outlined in FIG. 2. The total count of assay oligonucleotides would be only 400 (200 target-specific and 200 encoding), not counting universal primers. In contrast, if the coding oligonucleotides were not decoupled. (n×X positional codes) (n×Y positional codes) would be needed, or in the above example, 20,000 oligonucleotides, not counting universal primer sequences.

Due to the matrix system of the invention, a large amount of information can be obtained even using five or more positions interrogated for five or more biological molecules. By varying one or the other of these, large amounts of information can be obtained, both in terms of locations and/or specific biological In specific aspects, multiple locations are interrogated for two or more biological molecules. As an example, for each datapoint ~1,000 reads may be sampled, for a total of ~10E9 reads for 10E6 datapoints.

Peptide Detection Systems

The assay system of the invention can be used to analyze biological molecules using peptide agents that are associated with the substrate surface in a spatial pattern. Such peptides may comprise an active region of an enzyme, a binding domain of an immunoglobulin, defined domains of proteins, whole proteins, synthetic peptides, peptides with introduced mutations, etc.

The assay system of the invention allows the identification and spatial location of various forms of peptides, including isoforms and peptides that have undergone post-translational modification. Importantly, certain aspects of the invention allow the identification of active versus non-active forms of such peptides in a sample. This allows the identification of the presence or absence of specific peptide isoforms, and also acts as a proxy for identification of peptide activity in a sample.

In certain aspects of the invention, the binding agents associated with the substrate surfaces of the assay system include substrates for enzymes or proenzymes, e.g., a kinase, a phosphatase, a zymogen, a protease, or a fragment thereof. In certain aspects, the binding agents associated with the substrate surfaces are phosphorylation substrates used to detect proteins involved with one or more signal transduction pathways, e.g., a kinase or a phosphatase. In another specific aspect of the invention, the binding agents are specific protease substrates that associate only with individual or classes of proteases. In other aspects, the binding agents on the substrate surface are different processed forms, isoforms and/or domains of an enzyme.

Reagent Delivery

The reagent delivery system of the invention can be any system that allows the delivery of reagents to discrete portions of the array in order to keep the integrity of the defined spatial patterns of the encoding scheme. Such discrete delivery can be achieved in a number of different ways.

In one exemplary aspect, the reagent delivery system can be a flow-based system. The flow-based systems for reagent delivery in the present invention can include one or more pumps, valves, fluid reservoirs, channels, and/or reagent storage cells. Such a reagent delivery system is configured to move fluid in contact with a discrete section of the substrate surface. Movement of the reagents can be driven through a fluid by a pump disposed, for example, down-

10XC-00000028

US 10,480,022 B2

27                                                              28

stream of the fluid reagents. The pump can drive each fluid reagent to (and past) the reaction compartment. Alternatively, the reagents may be driven through the fluid by gravity.

US Appln Nos. 20070166725 and 20050239192 disclose certain general-purpose fluidics tools that can be used with the assay systems of the invention. These allow the precise manipulation of gases, liquids and solids to accomplish very complex analytical manipulations with relatively simple hardware.

In a more specific example, one or more flow-cells can be attached to the substrate from above. The flow-cell can include inlet and outlet tubes connected thereto and optionally an external pump can be used to deliver the sample or reagents to the flow-cell and across the substrate. The flow cell is configured to deliver reagents only to certain portions of the array, restricting the amount and type of reagent delivered to any specific section of the array.

In another aspect, a microfluidic system can be integrated into the substrate or externally attached on top of the substrate. Microfluidic passages for holding and carrying fluid can be formed on and/or above the planar substrate by a fluidics layer abutted to the substrate. Fluid reagents can be selected according to selective opening and closing of valves disposed between reagent reservoirs.

Pumps generally include any mechanism for moving fluid and/or reagents disposed in fluid. In some examples, the pump can be configured to move fluid and/or reagents through passages with small volumes (i.e., microfluidic structures). The pump can operate mechanically by exerting a positive or negative pressure on fluid and/or on a structure carrying fluid, electrically by appropriate application of an electric field(s), or both, among others. Exemplary mechanical pumps may include syringe pumps, peristaltic pumps, rotary pumps, pressurized gas, pipettors, etc. The mechanical pumps may be micromachined, molded, etc. Exemplary electrical pumps can include electrodes and may operate by electrophoresis, electroendoosmosis, electrocapillarity, dielectrophoresis (including traveling wave forms thereof), and/or the like.

Valves generally include any mechanism for regulating the passage of fluid through a channel. The valves can include, for example, deformable members that can be selectively deformed to partially or completely close a channel, a movable projection that can be selectively extended into the channel to partially or completely block the channel, an electrocapillary structure, and/or the like.

In yet another aspect, an open gasket can be attached to the top of the substrate and the sample and reagents can be injected into the gasket. Suitable gasket materials include, but are not limited to, neoprene, nitrile, and silicone rubber. Alternatively, a watertight reaction chamber formed by a gasket sandwiched between the substrate and a chemically inert, water resistant material such as, but not limited to, black-anodized aluminum, thermoplastics (e.g., polystyrene, polycarbonate, etc), glass, etc.

In a specific aspect of the present invention, the delivery system can comprise a microcircuit arrangement including an imager, such as a CCD or IGFET-based (e.g., CMOS-based) imager and an ultrasonic sprayer for reagent delivery such as described in US Appln No. 20090197326, which is incorporated herein by reference.

In yet another aspect of the invention, the reagent delivery system controls the delivery of reagents to specific patterns on a substrate surface using semiconductor techniques such as masking and spraying. Specific areas of a substrate surface can be protected from exposure to reagents through use of a mask to protect specific areas from exposure. The reagents may be introduced to the substrate using conventional techniques such as spraying or fluid flow. The use of the masked substrate delivery results in a patterned delivery scheme on the substrate surface.

In a preferred aspect of the invention, the reagent delivery instrumentation is based on inkjet printing technology. There are a variety of different ink-jetting mechanisms (e.g., thermal, piezoelectric) and compatibility has been shown with aqueous and organic ink formulations. Sets of independently actuated nozzles can be used to deliver multiple reagents at the same time, and very high resolutions can be achieved.

Software for Use in the Assay System

In order to target specific sites of interest, an informative image of the biological section to be analyzed can be used to assist in the reagent delivery methods and associated encoding scheme. Sample regions can be identified using image processing (e.g., images of cell types differentiated by immunohistochemistry or other staining chemistries) integrated with the other features of the assay system. In some aspects, software is used to automatically translate this information into a reagent delivery pattern. A mechanism to register and align very precisely the biological sample in a targeting system is thus a preferred component of the assay systems of the invention. Mechanisms such as the use of fiducial markers on slides and other very accurate physical positioning systems can be adapted to this purpose.

Additional software components will also be key components that will be part of a complete assay system. The invention thus preferably comprises a complete suite of software tailored to the assay system. Optionally, oligonucleotide design software will be customized for the specific assay to be run, and may be integrated as a part of the system. Also optionally, algorithms and software for data analysis may be integrated to assist in determination of results of the assays. This can be especially useful, as the type of dataset that will be generated will be novel, particularly as a consequence of scale. The ability to provide algorithms and software tools that are specifically designed for analysis of spatially-associated data for significant patterns, including pattern-analysis software and visualization tools, is a novel feature that will enhance the value of the data generated by the assay systems.

In certain aspects, the assay system will comprise processes for making and carrying out quality control of reagents, e.g., the integrity and sequence fidelity of oligonucleotide pools. In particular, reagents will need to be formulated for compatibility with the reagent delivery instrumentation. Factors such as volatility, stability at key temperatures, and chemical compatibility can be optimized by those skilled in the art upon reading the present disclosure.

Applications of Assay System

It will be apparent to one skilled in the art upon reading the present disclosure that there are numerous very important areas of biological research, diagnostics, and drug development that will benefit from a high throughput means to simultaneously measure the presence or absence and spatial location of a biological molecule in a sample. For example, this technology combining the ability to analyze semi-quantitatively the expression of many different genes with the ability to image the spatial organization of expression across many cells in a tissue is enabling for many different areas of basic research. The following are exemplary uses and are by no means meant to be limiting in scope.

US 10,480,022 B2

29

In one example, 3-dimensional patterns of expression can be determined by analyzing a series of tissue sections, in a manner analogous to image reconstruction in CT scanning. This can be used to measure changes in gene expression in disease pathology, e.g., in cancerous tissue and/or a tissue upon injury, inflammation or infection. With the assay systems of the invention, more detailed information on gene expression and protein localization in complex tissues can be obtained. This may lead to new insights into the function and regulation both in normal and diseased states, and is likely to provide new hypotheses that can be tested. For example, a system of the invention may enable some of the insights gained from many individual studies and larger programs like ENCODE (Birney et al., 2007) and mod ENCODE to be integrated at the tissue level. The assay systems will also aid in computational efforts to model interacting networks of gene expression in the field of systems biology.

The assay systems also provide a novel approach that enables the analysis of somatic variation, e.g., somatic mutations in cancer or variability in response to infectious organisms. For example, tumors are typically highly heterogeneous, containing cancer cells as well as genetically normal cells in an abnormal local environment. Cancer cells undergo mutation and selection, and in this process it is not unusual for local clones to develop. Identifying relatively rare somatic mutations in the context of tumors may enable the study of the role of key mutations in the selection of clonal variants. Transcriptional patterns associated with angiogenesis, inflammation, or other cancer related processes in both cancer and genetically normal cells can be analyzed for insights into cancer biology and assist in the development of new therapeutic agents for the treatment of cancers.

In another example, different people have varying susceptibility to infectious organisms, and much of this may be to underlying genetic differences in individuals and/or populations. Identifying these differences will aid in an understanding of the underlying disease pathologies and assist in the development of vaccines or therapeutics to prevent or ameliorate these disease states.

Importantly, in addition to providing spatially associated information, the technology of the invention will allow a great increase in the sensitivity of detecting rare mutations. The reason is that signal to noise can be dramatically increased because the approach of the invention assays a small location in any given reaction. In a typical assay for rare mutations in a mixed sample, the sample is treated in bulk, i.e. nucleic acids are extracted from many cells into a single pool. Thus, if a mutation is present in 1 cell in 10,000, it must be detected against a background of normal DNA from 10,000 cells. In contrast, with the systems of the invention many cells can be analyzed, but individual cells or small groups of cells would be identified by the spatial coding system. Therefore, the background can be reduced by orders of magnitude, greatly increasing sensitivity. Furthermore, the spatial organization of mutant cells can be observed. This may be particularly important in detecting key mutations in tissue sections in cancer. Already, molecular histological analyses are yielding insights into cancer biology and may have potential for use in diagnostics (Choe et al., 2003). The technology of the invention promises to greatly increase the power of such approaches.

EXAMPLES

The following examples are put forth so as to provide those of ordinary skill in the art with a complete disclosure

30

and description of how to make and use the present invention, and are not intended to limit the scope of what the inventor regards as his invention, nor are they intended to represent or imply that the experiments below are all of or the only experiments performed. It will be appreciated by persons skilled in the art that numerous variations and/or modifications may be made to the invention as shown in the specific embodiments without departing from the spirit or scope of the invention as broadly described. The present embodiments are, therefore, to be considered in all respects as illustrative and not restrictive.

Efforts have been made to ensure accuracy with respect to numbers used (e.g., amounts, temperature, etc.) but some experimental errors and deviations should be accounted for. Unless indicated otherwise, parts are parts by weight, molecular weight is weight average molecular weight, temperature is in degrees centigrade, and pressure is at or near atmospheric.

Example 1: Initial Proof of Concept of Encoding Scheme

As an initial proof of concept, a model system is developed using a microarray to demonstrate a working single-plex assay. The basic design validates the concept of the assay, and establishes a working assay prior to addressing issues related to the analysis of a more complicated biological sample. Conventional sequencing is used as a readout for this proof of concept.

A microarray is used as a proxy for a tissue section. The target sequences of the microarray are fully specified, so that the composition of the targets are known and can be varied systematically. Synthetic oligonucleotide templates are attached to a glass slide via a 5′ amino modification. Each slide has a single oligonucleotide template sequence, and the assays that are carried out may employ either ligation, or extension followed by ligation as this may be useful in determining certain polymorphisms.

Once the in situ part of the assay is complete, the reaction products are eluted and analyzed by qPCR to determine presence or absence of a product and estimate yield, and by conventional sequencing to determine the structure of the assay products. The single-plea assays that are tested include appropriate positive and negative controls, and a single nucleotide variant (SNV) to check ability to discriminate single base variants.

Example 2: Scalability

The complexity of the assay system is increased to establish scalability of the assay for use in high throughput studies. Scalability of both the spatial encoding and assay systems is demonstrated by carrying out a 24-plex×24-site assay using a microarray model system.

The amount of biological target, here a DNA target sequence, at each assay location is systematically varied on microarray substrate. For example, in a microarray with 50 micron spot size (center to center), a 1 mm$^2$ area contains 400 spots. The region around each site is optionally occupied by a region that is devoid of these spots to allow individual resolvability of the target sequences. Alternatively, the spots may be clustered, with two or more directly adjacent spots surrounded by or adjacent to a region that is devoid of target sequences.

In order to demonstrate that spatial encoding is accurate, the sites comprise different target compositions to show that the assay readout matches the expected composition of each

US 10,480,022 B2

31

site. With 24 target sequences, a simple digital pattern is made with each site having a different set of 12 targets present and 12 targets absent, to make a binary code (0=absent, 1=present). The assay readout is then determined to show that the detected regions match the expected signal after spatial decoding. In this particular example, the code space is large enough ($2^{24}$) so that even a few errors would not result in different codes being mixed up. Moreover, this design allows identification of errors and allows an estimation not only of accuracy of spatial encoding but also of accuracy calling the presence or absence of target sequences.

In an exemplary aspect, a 4×4 arrangement of 16 sequences is used for the array configuration. A white square indicates that the sequence is absent and a black square that it is present, i.e. 8 of the 16 possible sequences are present in this sample. In a different sample, a different pattern of absent and present sequences can be constructed. In this way, unique patterns are associated with spatial locations so that the accuracy of spatial encoding can be measured.

The ability to detect quantitative differences is evaluated by generating dose-response curves for each of the 24 assays that are carried out at each site in a 24-site assay. This allows estimation of the limit of detection, dynamic range, and power to detect a given fold-change across the range.

In one aspect, a latin square design is used to represent individual targets at different ratios by varying the number of features for each target. In other words, with multiple spots in a site, the number of spots allocated to each of the 24 target sequences can be varied and each of the 24 sites can have a different composition. A 1×3 inch microarray is sufficiently large to permit multiple replicates. This larger set of 24 sequences will require deconvolution, and this is accomplished using high throughput techniques such as next-generation sequencing technologies (e.g., SOLiD™ technology (Life Technologies, Inc., Carlsbad, Calif.) or Genome Analyzer (Illumina, Inc., San Diego, Calif.)). The use of the 24-plea assay demonstrates both the accuracy of spatial encoding and decoding, and the quantitative response of the assay system.

Example 3: Adaptation of the Assay to Preserved Samples

Genomic DNA is assayed as a proof of concept for assaying RNA, as it provides a way to establish a single-copy reference signal Once a working assay is developed for FFPE samples, it is adapted to an RNA assay. To this end, assay oligonucleotide concentrations are assayed to ensure compatibility with high multiplexing. Assuming a cell diameter of 10 microns, and delivery of a 10 micron diameter reagent droplet to an individual cell, the volume of the droplet will be ~500 μl and can contain ~$3 \times 10^{11}$ molecules at a 1 μM concentration. To assay 1,000 target sequences in 10,000 cells, ~2,000 targeting oligonucleotides would be required in a droplet. Therefore, each droplet could contain ~160 million copies of each assay oligo, a vast excess over the few thousand target sequences in a cell.

The handling of small absolute numbers of product molecules generated from very small or compromised samples are enhanced to counter the issue of low recovery efficiency; that is, elution is efficient and losses resulting from adsorption of molecules to surfaces are prevented. An approach to addressing the latter issue is to include a carrier material, such as glycogen or carrier nucleic acids.

Example 4: Adapting the Assay to a Biological Sample

A control RNA template is immobilized to a solid support in order to create an artificial system. The assay is performed

32

using T4 DNA ligase, which can repair nicks in DNA/RNA hybrids. Assays are carried out on matched slides, or different sections of the same slide, where in one case gDNA is assayed and in the other RNA is assayed. When assaying gDNA the slide can be pretreated with RNase, and when assaying RNA the slide is pretreated with RNase. Results of the assay are confirmed by extracting gDNA or RNA and quantitating the relative amounts by qPCR or RT-qPCR respectively.

In order make the tissue section RNA assays as informative as possible, pre-existing information on expression levels in specific tissues to target transcripts across a range of abundances are used in the assay design. Both high abundance transcripts, as well as some medium and low abundance transcripts, are targeted to enable an initial assessment of the quantitative performance characteristics of the assay.

The preceding merely illustrates the principles of the invention. It will be appreciated that those skilled in the art will be able to devise various arrangements which, although not explicitly described or shown herein, embody the principles of the invention and are included within its spirit and scope. Furthermore, all examples and conditional language recited herein are principally intended to aid the reader in understanding the principles of the invention and the concepts contributed by the inventors to furthering the art, and are to be construed as being without limitation to such specifically recited examples and conditions. Moreover, all statements herein reciting principles, aspects, and embodiments of the invention as well as specific examples thereof are intended to encompass both structural and functional equivalents thereof. Additionally, it is intended that such equivalents include both currently known equivalents and equivalents developed in the future, i.e., any elements developed that perform the same function, regardless of structure. The scope of the present invention, therefore, is not intended to be limited to the exemplary embodiments shown and described herein. Rather, the scope and spirit of present invention is embodied by the appended claims. In the claims that follow, unless the term "means" is used, none of the features or elements recited therein should be construed as means-plus-function limitations pursuant to 35 U.S.C. § 112, ¶6.

The invention claimed is:

1. A method for determining a spatial location of a biological molecule of a tissue sample comprising

(a) providing a plurality of beads, wherein the plurality of beads comprise a plurality of binding agents, wherein a binding agent of the plurality of binding agents (i) comprises a coding identifier having a nucleic acid sequence and (ii) is configured to interact with a biological molecule of a tissue sample, wherein the coding identifier corresponds to a location at which the binding agent interacts with a biological molecule of a tissue sample;

(b) contacting the plurality of beads with the tissue sample such that the binding agent interacts with the biological molecule; and

(c) using the coding identifier to identify the location where the binding agent interacted with the biological molecule, thereby determining a spatial location of the biological molecule of the tissue sample.

2. The method of claim 1, wherein the plurality of beads is provided on a substrate surface.

3. The method of claim 2, wherein the plurality of beads is provided in wells on the substrate surface.

US 10,480,022 B2

33                                                          34

4. The method of claim **1**, wherein the biological molecule is a nucleic acid.

5. The method of claim **4**, wherein the binding agent of the plurality of binding agents comprises a nucleic acid.

6. The method of claim **5**, wherein the binding agent interacts with the biological molecule via hybridization.

7. The method of claim **1**, wherein the binding agent and coding identifier are provided as a single molecule.

8. The method of claim **7**, wherein the binding agent and coding identifier are provided as a single molecule through nucleic acid synthesis.

9. The method of claim **7**, wherein the binding agent and coding identifier are provided as a ligation product.

10. The method of claim **7**, wherein the binding agent and coding identifier are provided as a single molecule through chemical coupling.

11. The method of claim **1**, wherein the plurality of binding agents comprises an additional binding agent, which (i) comprises an additional coding identifier and (ii) is configured to interact with another biological molecule of the tissue sample, wherein the additional coding identifier is different from the coding identifier of step (a)(i).

12. The method of claim **11**, wherein the additional coding identifier corresponds to a location at which the additional binding agent of the plurality of binding agents interacts with said another biological molecule of the tissue sample.

13. The method of claim **12**, wherein the location at which the binding agent interacts with the biological molecule and the additional binding agent interacts with said another biological molecule is different.

14. The method of claim **13**, wherein the spatial location of the biological molecule and said another biological molecule of the tissue sample is different.

15. The method of claim **1**, wherein step (c) comprises determining the spatial locations of a plurality of biological molecules of the tissue sample simultaneously.

16. The method of claim **1**, wherein step (c) comprises determining presence or absence of the biological molecule at the location at which it is identified.

17. The method of claim **1**, wherein step (c) comprises determining the relative amount of the biological molecule at the location at which it is identified.

18. The method of claim **1**, wherein step (c) comprises determining all or a portion of the nucleic acid sequence of the coding identifier.

19. The method of claim **1**, wherein step (c) comprises sequencing all or a portion of the nucleic acid sequence of the coding identifier.

20. The method of claim **1**, wherein prior to step (c), spatial organization of cells in the tissue sample is preserved.

21. The method of claim **1**, wherein the biological molecule of the biological sample is selected from a protein, a nucleic acid, a lipid, a carbohydrate, and an ion.

22. The method of claim **21**, wherein the biological molecule is part of a multicomponent complex.

23. The method of claim **1**, wherein the tissue sample is a fresh tissue sample.

24. The method of claim **1**, wherein the tissue sample is a preserved tissue sample.

25. The method of claim **24**, wherein the preserved tissue sample is a frozen tissue sample.

26. The method of claim **24**, wherein the preserved tissue sample is a paraformalin-fixed paraffin-embedded (FFPE) tissue sample.

27. The method of claim **1**, further comprising analyzing gene expression in the tissue sample.

28. The method of claim **1**, wherein the location of the binding agent is known prior to step (b).

29. The method of claim **1**, wherein the binding agent is immobilized directly or indirectly onto a bead of the plurality of beads.

30. The method of claim **1**, wherein the biological molecule of the biological sample is a protein.

* * * * *

# Exhibit G

US011549138B2

(12) **United States Patent**
Chee

(10) Patent No.: **US 11,549,138 B2**
(45) Date of Patent: ***Jan. 10, 2023**

(54) **SPATIALLY ENCODED BIOLOGICAL ASSAYS**

(71) Applicant: **Prognosys Biosciences, Inc.**, San Diego, CA (US)

(72) Inventor: **Mark S. Chee**, San Diego, CA (US)

(73) Assignee: **Prognosys Biosciences, Inc.**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/825,719**

(22) Filed: **May 26, 2022**

(65) **Prior Publication Data**

US 2022/0290219 A1      Sep. 15, 2022

**Related U.S. Application Data**

(63) Continuation of application No. 17/030,230, filed on Sep. 23, 2020, now Pat. No. 11,384,386, which is a continuation of application No. 16/988,284, filed on Aug. 7, 2020, now Pat. No. 10,961,566, which is a continuation of application No. 16/414,213, filed on May 16, 2019, now Pat. No. 10,787,701, which is a continuation of application No. 16/402,098, filed on May 2, 2019, now Pat. No. 10,472,669, which is a continuation of application No. 16/276,235, filed on Feb. 14, 2019, now Pat. No. 10,480,022, which is a continuation of application No. 15/187,661, filed on Jun. 20, 2016, now Pat. No. 10,308,982, which is a continuation of application No. 13/080,616, filed on Apr. 5, 2011, now Pat. No. 9,371,598.

(60) Provisional application No. 61/321,124, filed on Apr. 5, 2010.

(51) **Int. Cl.**

| | |
|---|---|
| *C12Q 1/6837* | (2018.01) |
| *G01N 33/68* | (2006.01) |
| *C12Q 1/6804* | (2018.01) |
| *C12Q 1/6874* | (2018.01) |
| *G01N 33/53* | (2006.01) |
| *C12Q 1/6869* | (2018.01) |
| *C40B 60/04* | (2006.01) |
| *C12Q 1/6809* | (2018.01) |
| *C12Q 1/6834* | (2018.01) |
| *C12Q 1/6841* | (2018.01) |
| *C40B 30/04* | (2006.01) |
| *G01N 33/543* | (2006.01) |
| *C12Q 1/68* | (2018.01) |
| *B01L 3/00* | (2006.01) |
| *C12Q 1/6876* | (2018.01) |

(52) **U.S. Cl.**

CPC ...... *C12Q 1/6837* (2013.01); *B01L 3/502715* (2013.01); *C12Q 1/68* (2013.01); *C12Q 1/6804* (2013.01); *C12Q 1/6809* (2013.01);

*C12Q 1/6834* (2013.01); *C12Q 1/6841* (2013.01); *C12Q 1/6869* (2013.01); *C12Q 1/6874* (2013.01); *C12Q 1/6876* (2013.01); *C40B 30/04* (2013.01); *C40B 60/04* (2013.01); *G01N 33/5308* (2013.01); *G01N 33/543* (2013.01); *G01N 33/54366* (2013.01); *G01N 33/6845* (2013.01); *G01N 2458/10* (2013.01)

(58) **Field of Classification Search**

CPC ...... C12Q 1/6837; C12Q 1/68; C12Q 1/6804; C12Q 1/6809; C12Q 1/6834; C12Q 1/6841; C12Q 1/6869; C12Q 1/6874; C12Q 1/6876; B01L 3/502715; C40B 30/04; C40B 60/04; G01N 33/5308; G01N 33/543; G01N 33/54366; G01N 33/6845; G01N 2458/10

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,514,388 | A | 4/1985 | Psaledakis |
| 4,574,729 | A | 3/1986 | Wells |
| 4,683,195 | A | 7/1987 | Mullis |
| 4,683,202 | A | 7/1987 | Mullis |
| 4,800,159 | A | 1/1989 | Mullis |
| 4,883,867 | A | 11/1989 | Lee |
| 4,965,188 | A | 10/1990 | Mullis |
| 4,968,601 | A | 11/1990 | Jacobson et al. |
| 4,988,617 | A | 1/1991 | Landegren et al. |
| 5,002,882 | A | 3/1991 | Lunnen |
| 5,130,238 | A | 7/1992 | Malek |
| 5,183,053 | A | 2/1993 | Yeh et al. |
| 5,308,751 | A | 5/1994 | Ohkawa |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1680604 | 10/2005 |
| CN | 1981188 | 6/2007 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 60/416,118, filed Oct. 3, 2002, Fan et al.

(Continued)

*Primary Examiner* — Narayan K Bhat

(74) *Attorney, Agent, or Firm* — Fish & Richardson P.C.

(57) **ABSTRACT**

The present invention provides assays and assay systems for use in spatially encoded biological assays. The invention provides an assay system comprising an assay capable of high levels of multiplexing where reagents are provided to a biological sample in defined spatial patterns; instrumentation capable of controlled delivery of reagents according to the spatial patterns; and a decoding scheme providing a readout that is digital in nature.

**30 Claims, 5 Drawing Sheets**

## US 11,549,138 B2

Page 2

(56)　　　　　　References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,321,130 A | 6/1994 | Yue | |
| 5,410,030 A | 4/1995 | Yue | |
| 5,436,134 A | 7/1995 | Haugland | |
| 5,455,166 A | 10/1995 | Walker | |
| 5,472,881 A | 12/1995 | Beebe et al. | |
| 5,494,810 A | 2/1996 | Barany et al. | |
| 5,503,980 A | 4/1996 | Cantor | |
| 5,512,439 A | 4/1996 | Homes | |
| 5,512,462 A | 4/1996 | Cheng | |
| 5,559,032 A | 9/1996 | Pomeroy | |
| 5,582,977 A | 12/1996 | Yue | |
| 5,589,173 A | 12/1996 | O'Brien | |
| 5,599,675 A | 2/1997 | Brenner | |
| 5,610,287 A | 3/1997 | Nikiforov et al. | |
| 5,641,658 A | 6/1997 | Adams | |
| 5,648,245 A | 7/1997 | Fire et al. | |
| 5,658,751 A | 8/1997 | Yue | |
| 5,716,825 A | 2/1998 | Hancock et al. | |
| 5,750,341 A | 5/1998 | Macevicz | |
| 5,763,175 A | 6/1998 | Brenner | |
| 5,807,522 A | 9/1998 | Brown et al. | |
| 5,830,711 A | 11/1998 | Barany et al. | |
| 5,837,832 A | 11/1998 | Chee et al. | |
| 5,837,860 A | 11/1998 | Anderson et al. | |
| 5,854,033 A | 12/1998 | Lizardi | |
| 5,863,753 A | 1/1999 | Haugland | |
| 5,866,377 A | 2/1999 | Kim et al. | |
| 5,871,921 A | 2/1999 | Landegren et al. | |
| 5,912,148 A | 6/1999 | Eggerding | |
| 5,919,626 A | 7/1999 | Shi et al. | |
| 5,925,545 A | 7/1999 | Reznikoff et al. | |
| 5,958,775 A | 9/1999 | Wickstrom et al. | |
| 5,965,443 A | 10/1999 | Reznikoff et al. | |
| 6,013,440 A | 1/2000 | Lipshutz | |
| 6,027,889 A | 2/2000 | Barany et al. | |
| 6,060,240 A | 5/2000 | Kamb et al. | |
| 6,083,761 A | 7/2000 | Kedar et al. | |
| 6,130,073 A | 10/2000 | Eggerding | |
| 6,136,592 A | 10/2000 | Leighton | |
| 6,143,496 A | 11/2000 | Brown | |
| 6,153,389 A | 11/2000 | Haarer | |
| 6,159,736 A | 12/2000 | Reznikoff et al. | |
| 6,165,714 A | 12/2000 | Lane et al. | |
| 6,172,218 B1 | 1/2001 | Brenner | |
| 6,210,891 B1 | 4/2001 | Nyren | |
| 6,210,894 B1 | 4/2001 | Brennan | |
| 6,214,587 B1 | 4/2001 | Dattagupta | |
| 6,221,591 B1 | 4/2001 | Aerts | |
| 6,251,639 B1 | 6/2001 | Kurn | |
| 6,258,558 B1 | 7/2001 | Szostak | |
| 6,258,568 B1 | 7/2001 | Nyren | |
| 6,261,804 B1 | 7/2001 | Szostak | |
| 6,265,552 B1 | 7/2001 | Schatz | |
| 6,266,459 B1 | 7/2001 | Walt | |
| 6,268,148 B1 | 7/2001 | Barany et al. | |
| 6,274,320 B1 | 8/2001 | Rothberg | |
| 6,281,804 B1 | 8/2001 | Haller | |
| 6,291,180 B1 | 9/2001 | Chu | |
| 6,300,063 B1 | 10/2001 | Lipshutz et al. | |
| 6,306,597 B1 | 10/2001 | Macevicz | |
| 6,309,824 B1 | 10/2001 | Drmanac | |
| 6,337,472 B1 | 1/2002 | Garner et al. | |
| 6,344,316 B1 | 2/2002 | Lockhart | |
| 6,355,431 B1 | 3/2002 | Chee | |
| 6,368,801 B1 | 4/2002 | Faruqi | |
| 6,391,937 B1 | 5/2002 | Beuhler et al. | |
| 6,401,267 B1 | 6/2002 | Drmanac | |
| 6,404,907 B1 | 6/2002 | Gilchrist | |
| 6,416,950 B1 | 7/2002 | Lohse | |
| 6,432,360 B1 | 8/2002 | Church et al. | |
| 6,485,982 B1 | 11/2002 | Charlton | |
| 6,503,713 B1 | 1/2003 | Rana | |
| 6,506,561 B1 | 1/2003 | Cheval et al. | |
| 6,518,018 B1 | 2/2003 | Szostak | |
| 6,544,732 B1 | 4/2003 | Chee | |
| 6,544,790 B1 | 4/2003 | Sabatini | |
| 6,565,727 B1 | 5/2003 | Shenderov | |
| 6,573,043 B1 | 6/2003 | Cohen et al. | |
| 6,579,695 B1 | 6/2003 | Lambalot | |
| 6,620,584 B1 | 9/2003 | Chee | |
| 6,632,641 B1 | 10/2003 | Brennan | |
| 6,673,620 B1 | 1/2004 | Loeffler | |
| 6,677,160 B1 | 1/2004 | Stockman et al. | |
| 6,699,710 B1 | 3/2004 | Kononen | |
| 6,737,236 B1 | 5/2004 | Pieken et al. | |
| 6,770,441 B2 | 8/2004 | Dickinson | |
| 6,773,566 B2 | 8/2004 | Shenderov | |
| 6,773,886 B2 | 8/2004 | Kaufman | |
| 6,787,308 B2 | 9/2004 | Balasubramanian | |
| 6,797,470 B2 | 9/2004 | Barany et al. | |
| 6,800,453 B2 | 10/2004 | Labaer | |
| 6,812,005 B2 | 11/2004 | Fan et al. | |
| 6,828,100 B1 | 12/2004 | Ronaghi | |
| 6,833,246 B2 | 12/2004 | Balasubramanian | |
| 6,852,487 B2 | 2/2005 | Barany et al. | |
| 6,859,570 B2 | 2/2005 | Walt | |
| 6,864,052 B1 | 3/2005 | Drmanac | |
| 6,867,028 B2 | 3/2005 | Janulaitis | |
| 6,872,816 B1 | 3/2005 | Hall et al. | |
| 6,875,572 B2 | 4/2005 | Pradent et al. | |
| 6,878,515 B1 | 4/2005 | Landegren | |
| 6,890,741 B2 | 5/2005 | Fan et al. | |
| 6,897,023 B2 | 5/2005 | Fu | |
| 6,911,132 B2 | 6/2005 | Pamula | |
| 6,911,345 B2 | 6/2005 | Quake | |
| 6,913,881 B1 | 7/2005 | Aizenstein et al. | |
| 6,913,921 B2 | 7/2005 | Fischer | |
| 6,942,968 B1 | 9/2005 | Dickinson et al. | |
| 6,969,488 B2 | 11/2005 | Bridgham | |
| 6,969,589 B2 | 11/2005 | Patil | |
| 6,977,033 B2 | 12/2005 | Becker | |
| 7,001,792 B2 | 2/2006 | Sauer et al. | |
| 7,011,944 B2 | 3/2006 | Prudent et al. | |
| 7,052,244 B2 | 5/2006 | Fouillet | |
| 7,057,026 B2 | 6/2006 | Barnes | |
| 7,083,980 B2 | 8/2006 | Reznikoff et al. | |
| 7,098,041 B2 | 8/2006 | Kaylor et al. | |
| 7,115,400 B1 | 10/2006 | Adessi | |
| 7,118,883 B2 | 10/2006 | Inoue | |
| 7,128,893 B2 | 10/2006 | Leamon et al. | |
| 7,163,612 B2 | 1/2007 | Sterling | |
| 7,166,431 B2 | 1/2007 | Chee et al. | |
| 7,192,735 B2 | 3/2007 | Lanibalot | |
| 7,211,414 B2 | 5/2007 | Hardin | |
| 7,223,371 B2 | 5/2007 | Hayenga et al. | |
| 7,229,769 B2 | 6/2007 | Kozlov | |
| 7,244,559 B2 | 7/2007 | Rothberg | |
| 7,255,994 B2 | 8/2007 | Lao | |
| 7,258,976 B2 | 8/2007 | Mitsuhashi | |
| 7,259,258 B2 | 8/2007 | Kozlov et al. | |
| 7,264,929 B2 | 9/2007 | Rothberg | |
| 7,270,950 B2 | 9/2007 | Szostak | |
| 7,282,328 B2 | 10/2007 | Kong et al. | |
| 7,297,518 B2 | 11/2007 | Quake | |
| 7,315,019 B2 | 1/2008 | Turner | |
| 7,328,979 B2 | 2/2008 | Decre | |
| 7,329,492 B2 | 2/2008 | Hardin | |
| 7,358,047 B2 | 4/2008 | Hafner et al. | |
| 7,361,488 B2 | 4/2008 | Fan et al. | |
| 7,375,234 B2 | 5/2008 | Sharpless et al. | |
| 7,378,242 B2 | 5/2008 | Hurt | |
| 7,393,665 B2 | 7/2008 | Brenner | |
| 7,405,281 B2 | 7/2008 | Xu | |
| 7,407,757 B2 | 8/2008 | Brenner | |
| 7,427,678 B2 | 9/2008 | Pieken et al. | |
| 7,462,449 B2 | 12/2008 | Quake | |
| 7,499,806 B2 | 3/2009 | Kermani et al. | |
| 7,501,245 B2 | 3/2009 | Quake | |
| 7,537,897 B2 | 5/2009 | Brenner | |
| 7,544,473 B2 | 6/2009 | Brennan | |
| 7,547,380 B2 | 6/2009 | Velev | |
| 7,563,576 B2 | 7/2009 | Chee | |
| 7,579,153 B2 | 8/2009 | Brenner | |
| 7,582,420 B2 | 9/2009 | Oliphant et al. | |

## US 11,549,138 B2
Page 3

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,595,883 | B1 | 9/2009 | El Gamal |
| 7,601,492 | B2 | 10/2009 | Fu et al. |
| 7,601,498 | B2 | 10/2009 | Mao |
| 7,608,434 | B2 | 10/2009 | Reznikoff et al. |
| 7,611,869 | B2 | 11/2009 | Fan |
| 7,635,566 | B2 | 12/2009 | Brenner |
| 7,641,779 | B2 | 1/2010 | Becker |
| 7,666,612 | B2 | 2/2010 | Johnsson |
| 7,674,589 | B2 | 3/2010 | Cohen et al. |
| 7,674,752 | B2 | 3/2010 | He |
| 7,700,286 | B2 | 4/2010 | Stroun et al. |
| 7,709,198 | B2 | 5/2010 | Luo et al. |
| 7,754,429 | B2 | 7/2010 | Rigatti |
| 7,776,547 | B2 | 8/2010 | Roth |
| 7,776,567 | B2 | 8/2010 | Mao |
| 7,785,869 | B2 | 8/2010 | Belgrader et al. |
| 7,803,943 | B2 | 9/2010 | Mao |
| 7,844,940 | B2 | 11/2010 | Shin et al. |
| 7,848,553 | B2 | 12/2010 | Hertel et al. |
| 7,858,321 | B2 | 12/2010 | Glezer |
| 7,888,009 | B2 | 2/2011 | Barany et al. |
| 7,892,747 | B2 | 2/2011 | Barany et al. |
| 7,914,981 | B2 | 3/2011 | Barany et al. |
| 7,955,794 | B2 | 6/2011 | Shen et al. |
| 7,960,119 | B2 | 6/2011 | Chee |
| 7,960,120 | B2 | 6/2011 | Rigatti |
| 8,003,354 | B2 | 8/2011 | Shen et al. |
| 8,030,477 | B2 | 10/2011 | Cerrina et al. |
| 8,076,063 | B2 | 12/2011 | Fan |
| 8,092,784 | B2 | 1/2012 | Mao |
| 8,148,068 | B2 | 4/2012 | Brenner |
| 8,148,518 | B2 | 4/2012 | Buchanan |
| 8,198,028 | B2 | 6/2012 | Rigatti et al. |
| 8,206,917 | B2 | 6/2012 | Chee |
| 8,207,093 | B2 | 6/2012 | Szostak |
| 8,278,034 | B2 | 10/2012 | Muraca |
| 8,288,103 | B2 | 10/2012 | Oliphant |
| 8,288,122 | B2 | 10/2012 | O'Leary et al. |
| 8,337,851 | B2 | 12/2012 | Aukerman |
| 8,343,500 | B2 | 1/2013 | Wraith |
| 8,383,338 | B2 | 2/2013 | Kitzman |
| 8,460,865 | B2 | 6/2013 | Chee |
| 8,481,257 | B2 | 7/2013 | Van Eijk |
| 8,481,292 | B2 | 7/2013 | Casbon |
| 8,481,698 | B2 | 7/2013 | Lieberman et al. |
| 8,486,625 | B2 | 7/2013 | Gunderson |
| 8,507,204 | B2 | 8/2013 | Pierce et al. |
| 8,551,710 | B2 | 10/2013 | Bernitz et al. |
| 8,568,979 | B2 | 10/2013 | Stuelpnagel et al. |
| RE44,596 | E | 11/2013 | Stroun et al. |
| 8,586,310 | B2 | 11/2013 | Mitra |
| 8,597,891 | B2 | 12/2013 | Barany et al. |
| 8,603,743 | B2 | 12/2013 | Liu et al. |
| 8,604,182 | B2 | 12/2013 | Luo et al. |
| 8,614,073 | B2 | 12/2013 | Van Eijk |
| 8,624,016 | B2 | 1/2014 | Barany et al. |
| 8,637,242 | B2 | 1/2014 | Shen |
| 8,685,889 | B2 | 4/2014 | Van Eijk |
| 8,741,564 | B2 | 6/2014 | Seligmann |
| 8,741,606 | B2 | 6/2014 | Casbon |
| 8,748,103 | B2 | 6/2014 | Faham et al. |
| 8,778,849 | B2 | 7/2014 | Bowen |
| 8,785,353 | B2 | 7/2014 | Van Eijk |
| 8,790,873 | B2 | 7/2014 | Namsaraev et al. |
| 8,809,238 | B2 | 8/2014 | Livak et al. |
| 8,815,512 | B2 | 8/2014 | Van Eijk |
| 8,835,358 | B2 | 9/2014 | Fodor |
| 8,865,410 | B2 | 10/2014 | Shendure |
| 8,906,626 | B2 | 12/2014 | Oliphant et al. |
| 8,911,945 | B2 | 12/2014 | Van Eijk |
| 8,936,912 | B2 | 1/2015 | Mitra |
| 8,951,726 | B2 | 2/2015 | Luo et al. |
| 8,951,728 | B2 | 2/2015 | Rasmussen |
| 8,951,781 | B2 | 2/2015 | Reed |
| 9,005,891 | B2 | 4/2015 | Sinicropi et al. |
| 9,005,935 | B2 | 4/2015 | Belyaev |
| 9,023,768 | B2 | 5/2015 | Van Eijk |
| 9,062,348 | B1 | 6/2015 | Van Eijk |
| 9,080,210 | B2 | 7/2015 | Van Eijk |
| 9,085,798 | B2 | 7/2015 | Chee |
| 9,121,069 | B2 | 9/2015 | Lo |
| 9,163,283 | B2 | 10/2015 | Chee et al. |
| 9,194,001 | B2 | 11/2015 | Brenner |
| 9,217,176 | B2 | 12/2015 | Faham et al. |
| 9,290,808 | B2 | 3/2016 | Fodor |
| 9,290,809 | B2 | 3/2016 | Fodor |
| 9,309,556 | B2 | 4/2016 | Myllykangas et al. |
| 9,328,383 | B2 | 5/2016 | Van Eijk |
| 9,334,536 | B2 | 5/2016 | Van Eijk |
| 9,340,830 | B2 | 5/2016 | Lipson |
| 9,371,598 | B2 | 6/2016 | Chee |
| 9,376,716 | B2 | 6/2016 | Van Eijk |
| 9,376,719 | B2 | 6/2016 | Van Eijk |
| 9,404,156 | B2 | 8/2016 | Hicks |
| 9,416,409 | B2 | 8/2016 | Hayden |
| 9,447,459 | B2 | 9/2016 | Van Eijk |
| 9,453,256 | B2 | 9/2016 | Van Eijk |
| 9,493,820 | B2 | 11/2016 | Van Eijk |
| 9,506,061 | B2 | 11/2016 | Brown |
| 9,512,487 | B2 | 12/2016 | Faham et al. |
| 9,557,330 | B2 | 1/2017 | Siciliano et al. |
| 9,574,230 | B2 | 2/2017 | Van Eijk |
| 9,593,365 | B2 | 3/2017 | Frisen et al. |
| 9,598,728 | B2 | 3/2017 | Barany et al. |
| 9,657,335 | B2 | 5/2017 | Van Eijk |
| 9,670,542 | B2 | 6/2017 | Van Eijk |
| 9,702,004 | B2 | 7/2017 | Van Eijk |
| 9,745,627 | B2 | 8/2017 | Van Eijk |
| 9,777,324 | B2 | 10/2017 | Van Eijk |
| 9,816,134 | B2 | 11/2017 | Namsaraev |
| 9,850,536 | B2 | 12/2017 | Oliphant et al. |
| 9,868,979 | B2 | 1/2018 | Chee et al. |
| 9,879,313 | B2 | 1/2018 | Chee et al. |
| 9,889,422 | B2 | 2/2018 | Smith et al. |
| 9,896,721 | B2 | 2/2018 | Van Eijk |
| 9,898,576 | B2 | 2/2018 | Van Eijk |
| 9,898,577 | B2 | 2/2018 | Van Eijk |
| 9,902,950 | B2 | 2/2018 | Church et al. |
| 9,902,991 | B2 | 2/2018 | Sinicropi et al. |
| 9,958,454 | B2 | 5/2018 | Kozlov et al. |
| 10,023,907 | B2 | 7/2018 | Van Eijk |
| 10,030,261 | B2 | 7/2018 | Frisen et al. |
| 10,072,104 | B2 | 9/2018 | Winnik et al. |
| 10,095,832 | B2 | 10/2018 | Van Eijk |
| 10,144,966 | B2 | 12/2018 | Cantor |
| 10,196,691 | B2 | 2/2019 | Harkin et al. |
| 10,246,752 | B2 | 4/2019 | Faham et al. |
| 10,266,876 | B2 | 4/2019 | Cai et al. |
| 10,633,648 | B2 | 4/2020 | Seelig et al. |
| 10,697,013 | B1 | 6/2020 | Brenner et al. |
| 10,767,223 | B1 | 9/2020 | Brenner et al. |
| 10,774,372 | B2 | 9/2020 | Chee et al. |
| 10,774,374 | B2 | 9/2020 | Frisen et al. |
| 10,829,803 | B2 | 11/2020 | Terbrueggen et al. |
| 10,927,403 | B2 | 2/2021 | Chee et al. |
| 11,046,996 | B1 | 6/2021 | Chee et al. |
| 11,162,132 | B2 | 11/2021 | Frisen et al. |
| 11,286,515 | B2 | 3/2022 | Chee et al. |
| 11,299,774 | B2 | 4/2022 | Frisen et al. |
| 11,332,790 | B2 | 5/2022 | Chell et al. |
| 11,352,659 | B2 | 6/2022 | Frisen et al. |
| 11,359,228 | B2 | 6/2022 | Chee et al. |
| 11,390,912 | B2 | 7/2022 | Frisen et al. |
| 11,407,992 | B2 | 8/2022 | Dadhwal |
| 11,408,029 | B2 | 8/2022 | Katiraee et al. |
| 11,434,524 | B2 | 9/2022 | Ramachandran Iyer et al. |
| 11,479,809 | B2 | 10/2022 | Frisen et al. |
| 2001/0039029 | A1 | 11/2001 | Nemori et al. |
| 2001/0055764 | A1 | 12/2001 | Empendocles et al. |
| 2002/0006477 | A1 | 1/2002 | Shishido et al. |
| 2002/0040275 | A1 | 4/2002 | Cravatt |
| 2002/0045169 | A1 | 4/2002 | Shoemaker et al. |
| 2002/0045272 | A1 | 4/2002 | McDevitt et al. |
| 2002/0048766 | A1 | 4/2002 | Doyle et al. |

US 11,549,138 B2

Page 4

(56)         References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0055100 A1 | 5/2002 | Kawashima |
| 2002/0058250 A1 | 5/2002 | Firth |
| 2002/0064779 A1 | 5/2002 | Landegren |
| 2002/0086441 A1 | 7/2002 | Baranov et al. |
| 2002/0132246 A1 | 9/2002 | Kallioniemi et al. |
| 2002/0137031 A1 | 9/2002 | Wolber |
| 2002/0150909 A1 | 10/2002 | Stuelpnagel |
| 2002/0164611 A1 | 11/2002 | Bamdad |
| 2002/0168645 A1 | 11/2002 | Taylor |
| 2003/0017451 A1 | 1/2003 | Wang et al. |
| 2003/0022207 A1 | 1/2003 | Balasubramanian |
| 2003/0040035 A1 | 2/2003 | Slamon |
| 2003/0064398 A1 | 4/2003 | Barnes |
| 2003/0073086 A1 | 4/2003 | Guire et al. |
| 2003/0087232 A1 | 5/2003 | Christians |
| 2003/0096323 A1 | 5/2003 | Janes |
| 2003/0113713 A1 | 6/2003 | Glezer |
| 2003/0001342 A1 | 7/2003 | Isola et al. |
| 2003/0124595 A1 | 7/2003 | Lizardi |
| 2003/0138879 A1 | 7/2003 | Lambalot |
| 2003/0148335 A1 | 8/2003 | Shen et al. |
| 2003/0153850 A1 | 8/2003 | Davis et al. |
| 2003/0162216 A1 | 8/2003 | Gold |
| 2003/0165948 A1 | 9/2003 | Alsmadi et al. |
| 2003/0170637 A1 | 9/2003 | Pirrung et al. |
| 2003/0175947 A1 | 9/2003 | Liu et al. |
| 2003/0190744 A1 | 10/2003 | McGarry et al. |
| 2003/0205632 A1 | 11/2003 | Kira et al. |
| 2003/0215936 A1 | 11/2003 | Kallioniemi et al. |
| 2003/0224419 A1 | 12/2003 | Corcoran |
| 2003/0232348 A1 | 12/2003 | Jones et al. |
| 2003/0232382 A1 | 12/2003 | Brennan |
| 2003/0235535 A1 | 12/2003 | Zhou |
| 2003/0235852 A1 | 12/2003 | Roberts |
| 2004/0002090 A1 | 1/2004 | Mayer et al. |
| 2004/0019005 A1 | 1/2004 | Van Ness |
| 2004/0023320 A1 | 2/2004 | Steiner et al. |
| 2004/0033499 A1 | 2/2004 | Ilsley et al. |
| 2004/0050699 A1 | 3/2004 | Goncalves |
| 2004/0067492 A1 | 4/2004 | Peng et al. |
| 2004/0067493 A1 | 4/2004 | Matsuzaki |
| 2004/0082059 A1 | 4/2004 | Webb |
| 2004/0096853 A1 | 5/2004 | Mayer |
| 2004/0106110 A1 | 6/2004 | Balasubramanian |
| 2004/0112442 A1 | 6/2004 | Maerkl |
| 2004/0121456 A1 | 6/2004 | Fischer |
| 2004/0175822 A1 | 9/2004 | Timperman et al. |
| 2004/0219588 A1 | 11/2004 | Furuta |
| 2004/0224326 A1 | 11/2004 | Kim et al. |
| 2004/0235103 A1 | 11/2004 | Reznikoff et al. |
| 2004/0248325 A1 | 12/2004 | Bukusoglu |
| 2004/0259105 A1 | 12/2004 | Fan et al. |
| 2005/0003431 A1 | 1/2005 | Wucherpfennig |
| 2005/0014203 A1 | 1/2005 | Darfler et al. |
| 2005/0019776 A1 | 1/2005 | Callow et al. |
| 2005/0019842 A1 | 1/2005 | Prober et al. |
| 2005/0026188 A1 | 2/2005 | Van Kessel |
| 2005/0037362 A1 | 2/2005 | Remacle et al. |
| 2005/0037393 A1 | 2/2005 | Gunderson et al. |
| 2005/0042695 A1 | 2/2005 | Meares et al. |
| 2005/0048580 A1 | 3/2005 | Labaer |
| 2005/0064460 A1 | 3/2005 | Holliger et al. |
| 2005/0079520 A1 | 4/2005 | Wu |
| 2005/0100900 A1 | 5/2005 | Kawashima et al. |
| 2005/0130173 A1 | 6/2005 | Leamon et al. |
| 2005/0130188 A1 | 6/2005 | Walt |
| 2005/0136414 A1 | 6/2005 | Gunderson et al. |
| 2005/0164292 A1 | 7/2005 | Farooqui |
| 2005/0179746 A1 | 8/2005 | Roux et al. |
| 2005/0191656 A1 | 9/2005 | Drmanac et al. |
| 2005/0191698 A1 | 9/2005 | Chee et al. |
| 2005/0196786 A1 | 9/2005 | Levy |
| 2005/0202433 A1 | 9/2005 | Van Beuningen |
| 2005/0227271 A1 | 10/2005 | Kwon |
| 2005/0239192 A1 | 10/2005 | Nasarabadi et al. |
| 2005/0244850 A1 | 11/2005 | Huang |
| 2005/0255548 A1 | 11/2005 | Lipovsek et al. |
| 2005/0257284 A1 | 11/2005 | Nakajima et al. |
| 2005/0260653 A1 | 11/2005 | LaBaer |
| 2005/0266417 A1 | 12/2005 | Barany et al. |
| 2006/0003394 A1 | 1/2006 | Song |
| 2006/0039823 A1 | 2/2006 | Yamakawa et al. |
| 2006/0046313 A1 | 3/2006 | Roth |
| 2006/0063160 A1 | 3/2006 | West et al. |
| 2006/0079453 A1 | 4/2006 | Sidney et al. |
| 2006/0084078 A1 | 4/2006 | Zhao |
| 2006/0105352 A1 | 5/2006 | Qiao et al. |
| 2006/0110739 A1 | 5/2006 | Heyduk |
| 2006/0134669 A1 | 6/2006 | Casasanta |
| 2006/0164490 A1 | 7/2006 | Kim et al. |
| 2006/0183150 A1 | 8/2006 | Cohen et al. |
| 2006/0188875 A1 | 8/2006 | Cox et al. |
| 2006/0188901 A1 | 8/2006 | Barnes et al. |
| 2006/0194314 A1 | 8/2006 | Pamula et al. |
| 2006/0199183 A1 | 9/2006 | Valat et al. |
| 2006/0199207 A1 | 9/2006 | Matysiak |
| 2006/0211001 A1 | 9/2006 | Yu et al. |
| 2006/0216721 A1 | 9/2006 | Kozlov et al. |
| 2006/0216775 A1 | 9/2006 | Burkart et al. |
| 2006/0228758 A1 | 10/2006 | Muchhal et al. |
| 2006/0240439 A1 | 10/2006 | Smith et al. |
| 2006/0263789 A1 | 11/2006 | Kincaid |
| 2006/0275782 A1 | 12/2006 | Gunderson et al. |
| 2006/0275799 A1 | 12/2006 | Banerjee et al. |
| 2006/0281109 A1 | 12/2006 | Barr Ost et al. |
| 2007/0003954 A1 | 1/2007 | Kodadek et al. |
| 2007/0014810 A1 | 1/2007 | Baker et al. |
| 2007/0020625 A1 | 1/2007 | Duchaud et al. |
| 2007/0020640 A1 | 1/2007 | McCloskey et al. |
| 2007/0020669 A1 | 1/2007 | Ericsson |
| 2007/0023292 A1 | 2/2007 | Kim et al. |
| 2007/0026430 A1 | 2/2007 | Andersen et al. |
| 2007/0036511 A1 | 2/2007 | Lundquist et al. |
| 2007/0048812 A1 | 3/2007 | Moravec et al. |
| 2007/0054288 A1 | 3/2007 | Su et al. |
| 2007/0087360 A1 | 4/2007 | Boyd |
| 2007/0099208 A1 | 5/2007 | Drmanac et al. |
| 2007/0116612 A1 | 5/2007 | Williamson |
| 2007/0128624 A1 | 6/2007 | Gormley et al. |
| 2007/0128656 A1 | 6/2007 | Agrawal |
| 2007/0134723 A1 | 6/2007 | Kozlov et al. |
| 2007/0141718 A1 | 6/2007 | Bui et al. |
| 2007/0161020 A1 | 7/2007 | Luo et al. |
| 2007/0161029 A1 | 7/2007 | Li et al. |
| 2007/0166705 A1 | 7/2007 | Milton et al. |
| 2007/0166725 A1 | 7/2007 | McBride et al. |
| 2007/0172873 A1 | 7/2007 | Brenner et al. |
| 2007/0178503 A1 | 8/2007 | Jiang |
| 2007/0207482 A1 | 9/2007 | Church et al. |
| 2007/0231823 A1 | 10/2007 | McKernan |
| 2007/0251824 A1 | 11/2007 | Patton |
| 2007/0254305 A1 | 11/2007 | Paik et al. |
| 2007/0264656 A1 | 11/2007 | Kawamura |
| 2007/0269805 A1 | 11/2007 | Rigers |
| 2007/0280517 A1 | 12/2007 | De La Torre-Bueno et al. |
| 2008/0003586 A1 | 1/2008 | Hyde et al. |
| 2008/0009420 A1 | 1/2008 | Schroth et al. |
| 2008/0032301 A1 | 2/2008 | Rank et al. |
| 2008/0038734 A1 | 2/2008 | Sorge et al. |
| 2008/0047835 A1 | 2/2008 | MacConnell |
| 2008/0071071 A1 | 3/2008 | LaBaer et al. |
| 2008/0108082 A1 | 5/2008 | Rank et al. |
| 2008/0108804 A1 | 5/2008 | Hayashizaki et al. |
| 2008/0124252 A1 | 5/2008 | Marchand et al. |
| 2008/0124810 A1 | 5/2008 | Terbrueggen et al. |
| 2008/0128627 A1 | 6/2008 | Lundquist et al. |
| 2008/0132429 A1 | 6/2008 | Perov et al. |
| 2008/0145616 A1 | 6/2008 | Gharib et al. |
| 2008/0153086 A1 | 6/2008 | Wong |
| 2008/0160580 A1 | 7/2008 | Adessi et al. |
| 2008/0199929 A1 | 8/2008 | Yeung et al. |
| 2008/0220434 A1 | 9/2008 | Thomas |
| 2008/0220981 A1 | 9/2008 | McGregor |
| 2008/0261204 A1 | 10/2008 | Lexow |

## US 11,549,138 B2

Page 5

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2008/0280773 A1 | 11/2008 | Fedurco et al. |
| 2008/0286795 A1 | 11/2008 | Kawashima et al. |
| 2008/0293046 A1 | 11/2008 | Allawi et al. |
| 2008/0293591 A1 | 11/2008 | Taussig et al. |
| 2008/0312103 A1 | 12/2008 | Nemoto et al. |
| 2009/0005252 A1 | 1/2009 | Drmanac et al. |
| 2009/0006002 A1 | 1/2009 | Honisch et al. |
| 2009/0018024 A1 | 1/2009 | Church |
| 2009/0026082 A1 | 1/2009 | Rothberg et al. |
| 2009/0036323 A1 | 2/2009 | van Eijk et al. |
| 2009/0062148 A1 | 3/2009 | Goldberg |
| 2009/0082212 A1 | 3/2009 | Williams |
| 2009/0099041 A1 | 4/2009 | Church et al. |
| 2009/0105959 A1 | 4/2009 | Braverman et al. |
| 2009/0117573 A1 | 5/2009 | Fu et al. |
| 2009/0127589 A1 | 5/2009 | Rothberg et al. |
| 2009/0155781 A1 | 6/2009 | Drmanac et al. |
| 2009/0169089 A1 | 7/2009 | Hunt et al. |
| 2009/0170713 A1 | 7/2009 | van Eijk et al. |
| 2009/0192044 A1 | 7/2009 | Fouillet |
| 2009/0197326 A1 | 8/2009 | El Gamal et al. |
| 2009/0202998 A1 | 8/2009 | Schlumpberger et al. |
| 2009/0215633 A1 | 8/2009 | van Eijk et al. |
| 2009/0233802 A1 | 9/2009 | Bignell et al. |
| 2009/0239232 A1 | 9/2009 | Kurn |
| 2009/0253163 A1 | 10/2009 | Xie et al. |
| 2009/0253581 A1 | 10/2009 | van Eijk et al. |
| 2009/0253582 A1 | 10/2009 | Pena et al. |
| 2009/0264299 A1 | 10/2009 | Drmanac et al. |
| 2009/0280487 A1 | 11/2009 | Hung et al. |
| 2009/0283407 A1 | 11/2009 | Van Eijk |
| 2009/0289184 A1 | 11/2009 | Deininger |
| 2009/0291854 A1 | 11/2009 | Weisinger-Mayr et al. |
| 2009/0003052 A1 | 12/2009 | Cantor et al. |
| 2009/0312193 A1 | 12/2009 | Kim et al. |
| 2009/0321262 A1 | 12/2009 | Adachi et al. |
| 2010/0009871 A1 | 1/2010 | Reed et al. |
| 2010/0014537 A1 | 1/2010 | Jacquet et al. |
| 2010/0035249 A1 | 2/2010 | Hayashizaki |
| 2010/0055733 A1 | 3/2010 | Lutolf et al. |
| 2010/0069263 A1 | 3/2010 | Shendure et al. |
| 2010/0096266 A1 | 4/2010 | Kim et al. |
| 2010/0099103 A1 | 4/2010 | Hsieh et al. |
| 2010/0105052 A1 | 4/2010 | Drmanac et al. |
| 2010/0105112 A1 | 4/2010 | Heltze et al. |
| 2010/0111768 A1 | 5/2010 | Banerjee et al. |
| 2010/0113302 A1 | 5/2010 | Williams |
| 2010/0120043 A1 | 5/2010 | Sood et al. |
| 2010/0120097 A1 | 5/2010 | Matz et al. |
| 2010/0120098 A1 | 5/2010 | Grunenwald et al. |
| 2010/0126862 A1 | 5/2010 | Sabin et al. |
| 2010/0129874 A1 | 5/2010 | Mitra et al. |
| 2010/0137143 A1 | 6/2010 | Rothberg et al. |
| 2010/0145037 A1 | 6/2010 | Makarov et al. |
| 2010/0151464 A1 | 6/2010 | Stuelpnagel et al. |
| 2010/0151511 A1 | 6/2010 | Gereenizer et al. |
| 2010/0159446 A1 | 6/2010 | Haff et al. |
| 2010/0173384 A1 | 7/2010 | Johnsson et al. |
| 2010/0184614 A1 | 7/2010 | Ye et al. |
| 2010/0184618 A1 | 7/2010 | Namsaraev et al. |
| 2010/0210475 A1 | 8/2010 | Lee et al. |
| 2010/0227329 A1 | 9/2010 | Cuppens |
| 2010/0267590 A1 | 10/2010 | Grudzien et al. |
| 2010/0273219 A1 | 10/2010 | May et al. |
| 2010/0282617 A1 | 11/2010 | Rothberg et al. |
| 2010/0303722 A1 | 12/2010 | Jin et al. |
| 2011/0024511 A1 | 2/2011 | Rietzler et al. |
| 2011/0027772 A1 | 2/2011 | Ahn et al. |
| 2011/0028685 A1 | 2/2011 | Purkayastha et al. |
| 2011/0033854 A1 | 2/2011 | Drmanac et al. |
| 2011/0045462 A1 | 2/2011 | Fu et al. |
| 2011/0048951 A1 | 3/2011 | Wu |
| 2011/0059436 A1 | 3/2011 | Hardin et al. |
| 2011/0059865 A1 | 3/2011 | Smith et al. |
| 2011/0086774 A1 | 4/2011 | Dunaway |

| | | |
|---|---|---|
| 2011/0111409 A1 | 5/2011 | Sinicropi et al. |
| 2011/0151451 A1 | 6/2011 | Lemaire et al. |
| 2011/0152111 A1 | 6/2011 | Fan et al. |
| 2011/0172115 A1 | 7/2011 | Thompson et al. |
| 2011/0177518 A1 | 7/2011 | Kartalov et al. |
| 2011/0201515 A1 | 8/2011 | Webster et al. |
| 2011/0207134 A1 | 8/2011 | Faham et al. |
| 2011/0223613 A1 | 9/2011 | Gut |
| 2011/0244448 A1 | 10/2011 | Shirai et al. |
| 2011/0245101 A1 | 10/2011 | Chee et al. |
| 2011/0245111 A1 | 10/2011 | Chee |
| 2011/0275077 A1 | 11/2011 | James |
| 2011/0287435 A1 | 11/2011 | Grunenwald et al. |
| 2012/0021930 A1 | 1/2012 | Schoen et al. |
| 2012/0046175 A1 | 2/2012 | Rodesch et al. |
| 2012/0046178 A1 | 2/2012 | Van Den Boom et al. |
| 2012/0065081 A1 | 3/2012 | Chee |
| 2012/0077693 A1 | 3/2012 | Cazalis et al. |
| 2012/0129248 A1 | 5/2012 | Chee et al. |
| 2012/0135871 A1 | 5/2012 | van Eijk et al. |
| 2012/0142014 A1 | 6/2012 | Cai |
| 2012/0157322 A1 | 6/2012 | Myllykangas |
| 2012/0160683 A1 | 6/2012 | Ye et al. |
| 2012/0195810 A1 | 8/2012 | Cohen et al. |
| 2012/0196297 A1 | 8/2012 | Yost et al. |
| 2012/0202698 A1 | 8/2012 | van Eijk et al. |
| 2012/0202704 A1 | 8/2012 | Fan et al. |
| 2012/0202704 A1 | 8/2012 | Fan et al. |
| 2012/0220479 A1 | 8/2012 | Ericsson et al. |
| 2012/0245053 A1 | 9/2012 | Shirai et al. |
| 2012/0252702 A1 | 10/2012 | Muratani et al. |
| 2012/0258871 A1 | 10/2012 | Kozlov et al. |
| 2012/0270305 A1 | 10/2012 | Reed et al. |
| 2012/0270748 A1 | 10/2012 | Chee et al. |
| 2012/0279954 A1 | 11/2012 | Ceremony et al. |
| 2012/0289414 A1 | 11/2012 | Mitra et al. |
| 2012/0301925 A1 | 11/2012 | Belyaev |
| 2013/0005594 A1 | 1/2013 | Terbrueggen et al. |
| 2013/0005600 A1 | 1/2013 | Olek |
| 2013/0035239 A1 | 2/2013 | Kong et al. |
| 2013/0052331 A1 | 2/2013 | Kram et al. |
| 2013/0065768 A1 | 3/2013 | Zheng et al. |
| 2013/0079232 A1 | 3/2013 | Kain et al. |
| 2013/0096033 A1 | 4/2013 | Routenberg |
| 2013/0109595 A1 | 5/2013 | Routenberg |
| 2013/0122516 A1 | 5/2013 | Hong et al. |
| 2013/0171621 A1 | 7/2013 | Luo et al. |
| 2013/0202718 A1 | 8/2013 | Pepin et al. |
| 2013/0211249 A1 | 8/2013 | Barnett et al. |
| 2013/0244884 A1 | 9/2013 | Jacobson et al. |
| 2013/0260372 A1 | 10/2013 | Buermann et al. |
| 2013/0261019 A1 | 10/2013 | Lin et al. |
| 2013/0302801 A1 | 11/2013 | Asbury et al. |
| 2014/0065609 A1 | 3/2014 | Hicks et al. |
| 2014/0066318 A1 | 3/2014 | Frisen et al. |
| 2014/0121118 A1 | 5/2014 | Warner |
| 2014/0155274 A1 | 6/2014 | Xie et al. |
| 2014/0227705 A1 | 8/2014 | Vogelstein et al. |
| 2014/0342921 A1 | 11/2014 | Weiner |
| 2015/0051085 A1 | 2/2015 | Vogelstein et al. |
| 2015/0072867 A1 | 3/2015 | Soldatov |
| 2015/0087027 A1 | 3/2015 | Makarov et al. |
| 2015/0344942 A1 | 12/2015 | Frisen et al. |
| 2016/0003812 A1 | 1/2016 | Porreca et al. |
| 2016/0024576 A1 | 1/2016 | Chee |
| 2016/0138091 A1 | 5/2016 | Chee et al. |
| 2016/0145677 A1 | 5/2016 | Chee et al. |
| 2016/0298180 A1 | 10/2016 | Chee |
| 2016/0304952 A1 | 10/2016 | Boyden et al. |
| 2016/0333403 A1 | 11/2016 | Chee |
| 2017/0058339 A1 | 3/2017 | Chee |
| 2017/0058340 A1 | 3/2017 | Chee |
| 2017/0058345 A1 | 3/2017 | Chee |
| 2017/0088881 A1 | 3/2017 | Chee |
| 2017/0166962 A1 | 6/2017 | van Eijk et al. |
| 2018/0094316 A1 | 4/2018 | Scott et al. |
| 2018/0112209 A1 | 4/2018 | Eshoo |
| 2018/0201980 A1 | 7/2018 | Chee et al. |
| 2018/0247017 A1 | 8/2018 | van Eijk et al. |
| 2018/0291439 A1 | 10/2018 | van Eijk et al. |

**US 11,549,138 B2**

Page 6

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2019/0017106 A1 | 1/2019 | Frisen et al. |
| 2019/0024153 A1 | 1/2019 | Frisen et al. |
| 2019/0024154 A1 | 1/2019 | Frisen et al. |
| 2019/0203275 A1 | 7/2019 | Friesen et al. |
| 2019/0264268 A1 | 8/2019 | Frisen et al. |
| 2020/0109443 A1 | 4/2020 | Chee |
| 2020/0277663 A1 | 9/2020 | Ramachandran Iyer et al. |
| 2020/0277664 A1 | 9/2020 | Frenz |
| 2020/0283852 A1 | 9/2020 | Oliphant et al. |
| 2020/0354774 A1 | 11/2020 | Church et al. |
| 2020/0399687 A1 | 12/2020 | Frisen et al. |
| 2020/0407781 A1 | 12/2020 | Schnall-Levin et al. |
| 2021/0010068 A1 | 1/2021 | Chee et al. |
| 2021/0010070 A1 | 1/2021 | Schnall-Levin et al. |
| 2021/0017583 A1 | 1/2021 | Chee et al. |
| 2021/0140982 A1 | 5/2021 | Uytingco |
| 2021/0172007 A1 | 6/2021 | Chee et al. |
| 2021/0189475 A1 | 6/2021 | Tentori et al. |
| 2021/0198741 A1 | 7/2021 | Williams |
| 2021/0199660 A1 | 7/2021 | Williams et al. |
| 2021/0214785 A1 | 7/2021 | Stoeckius |
| 2021/0222241 A1 | 7/2021 | Bharadwaj |
| 2021/0222242 A1 | 7/2021 | Ramachandran Iyer |
| 2021/0222253 A1 | 7/2021 | Uytingco |
| 2021/0223227 A1 | 7/2021 | Stoeckius |
| 2021/0230681 A1 | 7/2021 | Patterson et al. |
| 2021/0230692 A1 | 7/2021 | Daugharthy et al. |
| 2021/0238664 A1 | 8/2021 | Bava |
| 2021/0238675 A1 | 8/2021 | Bava |
| 2021/0238680 A1 | 8/2021 | Bava |
| 2021/0247316 A1 | 8/2021 | Bava |
| 2021/0262019 A1 | 8/2021 | Alvarado Martinez et al. |
| 2021/0285036 A1 | 9/2021 | Yin et al. |
| 2021/0285046 A1 | 9/2021 | Chell |
| 2021/0292748 A1 | 9/2021 | Frisen et al. |
| 2021/0292822 A1 | 9/2021 | Frisen et al. |
| 2021/0317510 A1 | 10/2021 | Chee et al. |
| 2021/0317524 A1 | 10/2021 | Lucero |
| 2021/0324457 A1 | 10/2021 | Ramachandran Iyer et al. |
| 2021/0332424 A1 | 10/2021 | Schnall-Levin |
| 2021/0332425 A1 | 10/2021 | Pfeiffer et al. |
| 2021/0348221 A1 | 11/2021 | Chell et al. |
| 2022/0002791 A1 | 1/2022 | Frisen et al. |
| 2022/0010367 A1 | 1/2022 | Ramachandran Iyer et al. |
| 2022/0017951 A1 | 1/2022 | Ramachandran Iyer et al. |
| 2022/0025446 A1 | 1/2022 | Shah |
| 2022/0025447 A1 | 1/2022 | Tentori et al. |
| 2022/0033888 A1 | 2/2022 | Schnall-Levin et al. |
| 2022/0049293 A1 | 2/2022 | Frenz et al. |
| 2022/0049294 A1 | 2/2022 | Uytingco et al. |
| 2022/0064630 A1 | 3/2022 | Bent et al. |
| 2022/0081728 A1 | 3/2022 | Williams |
| 2022/0090058 A1 | 3/2022 | Frisen et al. |
| 2022/0090175 A1 | 3/2022 | Uytingco et al. |
| 2022/0090181 A1 | 3/2022 | Gallant et al. |
| 2022/0098576 A1 | 3/2022 | Dadhwal |
| 2022/0098661 A1 | 3/2022 | Chew et al. |
| 2022/0106632 A1 | 4/2022 | Galonska et al. |
| 2022/0106633 A1 | 4/2022 | Engblom et al. |
| 2022/0112486 A1 | 4/2022 | Ramachandran Iyer et al. |
| 2022/0119869 A1 | 4/2022 | Ramachandran Iyer et al. |
| 2022/0127659 A1 | 4/2022 | Frisen et al. |
| 2022/0127666 A1 | 4/2022 | Katiraee et al. |
| 2022/0127672 A1 | 4/2022 | Stoeckius |
| 2022/0145361 A1 | 5/2022 | Frenz et al. |
| 2022/0154255 A1 | 5/2022 | Chee et al. |
| 2022/0170083 A1 | 6/2022 | Khaled et al. |
| 2022/0195422 A1 | 6/2022 | Gallant et al. |
| 2022/0195505 A1 | 6/2022 | Frisen et al. |
| 2022/0213526 A1 | 7/2022 | Frisen et al. |
| 2022/0241780 A1 | 8/2022 | Tentori et al. |
| 2022/0267844 A1 | 8/2022 | Ramachandran Iyer et al. |
| 2022/0282329 A1 | 9/2022 | Chell et al. |
| 2022/0290217 A1 | 9/2022 | Frenz et al. |
| 2022/0298560 A1 | 9/2022 | Frisen et al. |
| 2022/0325325 A1 | 10/2022 | Chee et al. |
| 2022/0326251 A1 | 10/2022 | Uytingco et al. |
| 2022/0333192 A1 | 10/2022 | Uytingco |
| 2022/0333195 A1 | 10/2022 | Schnall-Levin et al. |
| 2022/0348905 A1 | 11/2022 | Dadhwal |
| 2022/0348992 A1 | 11/2022 | Stoeckius et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101221182 | 7/2008 |
| EP | 0901631 | 3/1999 |
| EP | 0961110 | 12/1999 |
| EP | 1782737 | 5/2007 |
| EP | 1878502 | 1/2008 |
| EP | 1910562 | 4/2008 |
| EP | 1923471 | 5/2008 |
| EP | 1929039 | 6/2008 |
| EP | 1966393 | 9/2008 |
| EP | 2002017 | 12/2008 |
| EP | 2292788 | 3/2011 |
| EP | 2302070 | 3/2011 |
| EP | 2350648 | 8/2011 |
| EP | 2363504 | 9/2011 |
| EP | 2580351 | 4/2013 |
| EP | 2789696 | 10/2014 |
| EP | 2963127 | 1/2016 |
| EP | 3045744 | 7/2016 |
| EP | 3239304 | 11/2017 |
| JP | 2007-014297 | 1/2007 |
| JP | 2007-074967 | 3/2007 |
| JP | 2009-036694 | 2/2009 |
| JP | 2011-182702 | 9/2011 |
| JP | 2013-544498 | 12/2013 |
| JP | 2014-217381 | 11/2014 |
| KR | 10-2009-0000812 | 1/2009 |
| KR | 10-2009-0081260 | 7/2009 |
| RU | 2145635 | 2/2000 |
| RU | 2270254 | 2/2006 |
| RU | 2410439 C1 | 1/2011 |
| WO | WO 1989/010977 | 11/1989 |
| WO | WO 1991/006678 | 5/1991 |
| WO | WO 1995 023875 | 9/1995 |
| WO | WO 1995 025116 | 9/1995 |
| WO | WO 1995 035505 | 12/1995 |
| WO | WO 1997/031256 | 8/1997 |
| WO | WO 1998/044151 | 10/1998 |
| WO | WO 1999/032654 | 7/1999 |
| WO | WO 1999/044062 | 9/1999 |
| WO | WO 1999/044063 | 9/1999 |
| WO | WO 1999 063385 | 12/1999 |
| WO | WO 1999/067641 | 12/1999 |
| WO | WO 2000/17390 | 3/2000 |
| WO | WO 2000 018957 | 4/2000 |
| WO | WO 2000/024940 | 5/2000 |
| WO | WO 2001 06012 | 1/2001 |
| WO | WO 2001/007915 | 2/2001 |
| WO | WO 2001/009363 | 2/2001 |
| WO | WO 2001/042796 | 6/2001 |
| WO | WO 2001 046402 | 6/2001 |
| WO | WO 2001 059161 | 8/2001 |
| WO | WO 2001 090415 | 11 2001 |
| WO | WO 2001 096608 | 12/2001 |
| WO | WO 2002 024952 | 3/2002 |
| WO | WO 2002/040874 | 5/2002 |
| WO | WO 2002/059355 | 8/2002 |
| WO | WO 2002/059364 | 8/2002 |
| WO | WO 2002/077283 | 10/2002 |
| WO | WO 2002 088396 | 11/2002 |
| WO | WO 2003 002979 | 1/2003 |
| WO | WO 2003 003810 | 1/2003 |
| WO | WO 2003 008538 | 1/2003 |
| WO | WO 2003/010176 | 2/2003 |
| WO | WO 2003/102233 | 12/2003 |
| WO | WO 2003/106973 | 12/2003 |
| WO | WO 2004/015080 | 2/2004 |
| WO | WO 2004/028955 | 4/2004 |
| WO | WO 2004/055159 | 7/2004 |
| WO | WO 2004/067759 | 8/2004 |
| WO | WO 2004/108268 | 12/2004 |

**US 11,549,138 B2**

Page 7

(56)                 **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 2005/007814 | 1/2005 |
| WO | WO 2005/010145 | 2/2005 |
| WO | WO 2005/026387 | 3/2005 |
| WO | WO 2005/042759 | 5/2005 |
| WO | WO 2005/067648 | 7/2005 |
| WO | WO 2005/113804 | 12/2005 |
| WO | WO 2006/020515 | 2/2006 |
| WO | WO 2006/056861 | 6/2006 |
| WO | WO 2006/064199 | 6/2006 |
| WO | WO 2006/065597 | 6/2006 |
| WO | WO 2006/074351 | 7/2006 |
| WO | WO 2006/084130 | 8/2006 |
| WO | WO 2006/117541 | 11/2006 |
| WO | WO 2006/124771 | 11/2006 |
| WO | WO 2006/137733 | 12/2006 |
| WO | WO 2007/000669 | 1/2007 |
| WO | WO 2007/010251 | 1/2007 |
| WO | WO 2007/030373 | 3/2007 |
| WO | WO 2007/037678 | 4/2007 |
| WO | WO 2007/041689 | 4/2007 |
| WO | WO 2007/060599 | 5/2007 |
| WO | WO 2007/073165 | 6/2007 |
| WO | WO 2007/073171 | 6/2007 |
| WO | WO 2007/073271 | 6/2007 |
| WO | WO 2007/076128 | 7/2007 |
| WO | WO 2007/076726 | 7/2007 |
| WO | WO 2007/114693 | 10/2007 |
| WO | WO 2007/120241 | 10/2007 |
| WO | WO 2007/139766 | 12/2007 |
| WO | WO 2007/145612 | 12/2007 |
| WO | WO 2008/022332 | 2/2008 |
| WO | WO 2008/069906 | 6/2008 |
| WO | WO 2008/157801 | 12/2008 |
| WO | WO 2009/032167 | 3/2009 |
| WO | WO 2009/036525 | 3/2009 |
| WO | WO 2009/152928 | 12/2009 |
| WO | WO 2009/156725 | 12/2009 |
| WO | WO 2010/019826 | 2/2010 |
| WO | WO 2010/027870 | 3/2010 |
| WO | WO 2010/053587 | 5/2010 |
| WO | WO 2010/126614 | 11/2010 |
| WO | WO 2010/127186 | 11/2010 |
| WO | WO 2011/008502 | 1/2011 |
| WO | WO 2011/014879 | 2/2011 |
| WO | WO 2011/062933 | 5/2011 |
| WO | WO 2011/071943 | 6/2011 |
| WO | WO 2011/094669 | 8/2011 |
| WO | WO 2011/102903 | 8/2011 |
| WO | WO 2011/127006 | 10/2011 |
| WO | WO 2011/127099 | 10/2011 |
| WO | WO 2011/143583 | 11/2011 |
| WO | WO 2011/155833 | 12/2011 |
| WO | WO 2012/022975 | 2/2012 |
| WO | WO 2012/049316 | 4/2012 |
| WO | WO 2012/058096 | 5/2012 |
| WO | WO 2012/071428 | 5/2012 |
| WO | WO 2012/083225 | 6/2012 |
| WO | WO 2012/129242 | 9/2012 |
| WO | WO 2012/139110 | 10/2012 |
| WO | WO 2012/140224 | 10/2012 |
| WO | WO 2012/142213 | 10/2012 |
| WO | WO 2012/148477 | 11/2012 |
| WO | WO 2012/159089 | 11/2012 |
| WO | WO 2012/168003 | 12/2012 |
| WO | WO 2013/033271 | 3/2013 |
| WO | WO 2013/090390 | 6/2013 |
| WO | WO 2013/123442 | 8/2013 |
| WO | WO 2013/138510 | 9/2013 |
| WO | WO 2013/142389 | 9/2013 |
| WO | WO 2013/150083 | 10/2013 |
| WO | WO 2014/060483 | 4/2014 |
| WO | WO 2014/210223 | 12/2014 |
| WO | WO 2014/210225 | 12/2014 |
| WO | WO 2020/076979 | 4/2020 |
| WO | WO 2020/123305 | 6/2020 |

| | | |
|---|---|---|
| WO | WO 2020/123309 | 6/2020 |
| WO | WO 2020/123311 | 6/2020 |
| WO | WO 2020/123316 | 6/2020 |
| WO | WO 2020/123317 | 6/2020 |
| WO | WO 2020/123318 | 6/2020 |
| WO | WO 2020/123319 | 6/2020 |
| WO | WO 2020/190509 | 9/2020 |
| WO | WO 2020 198071 | 10/2020 |
| WO | WO 2020 219901 | 10/2020 |
| WO | WO 2021 091611 | 5/2021 |
| WO | WO 2021/092433 | 5/2021 |
| WO | WO 2021/097255 | 5/2021 |
| WO | WO 2021/133849 | 7/2021 |
| WO | WO 2021/142233 | 7/2021 |
| WO | WO 2021/168261 | 8/2021 |
| WO | WO 2021/168278 | 8/2021 |
| WO | WO 2021 216708 | 10/2021 |
| WO | WO 2021 225900 | 11 2021 |
| WO | WO 2021 236625 | 11 2021 |
| WO | WO 2021/236929 | 11/2021 |
| WO | WO 2021/237056 | 11/2021 |
| WO | WO 2021/237087 | 11/2021 |
| WO | WO 2021/242834 | 12/2021 |
| WO | WO 2021/247543 | 12/2021 |
| WO | WO 2021 247568 | 12/2021 |
| WO | WO 2021 252499 | 12/2021 |
| WO | WO 2021 252576 | 12 2021 |
| WO | WO 2021 252591 | 12 2021 |
| WO | WO 2021/263111 | 12/2021 |
| WO | WO 2022/025965 | 2/2022 |
| WO | WO 2022/060798 | 3/2022 |
| WO | WO 2022/0606953 | 3/2022 |
| WO | WO 2022/087273 | 4/2022 |
| WO | WO 2022 098810 | 5/2022 |
| WO | WO 2022 099037 | 5/2022 |
| WO | WO 2022 109181 | 5 2022 |
| WO | WO 2022/140028 | 6/2022 |
| WO | WO 2022/147005 | 7/2022 |
| WO | WO 2022/147296 | 7/2022 |
| WO | WO 2022/164615 | 8/2022 |
| WO | WO 2022/178267 | 8/2022 |
| WO | WO 2022 198068 | 9/2022 |
| WO | WO 2022 221425 | 10/2022 |

OTHER PUBLICATIONS

U.S. Appl. No. 62/839,575, filed Apr. 26, 2019, Bent et al.

[No Author Listed], "HuSNP Mapping Assay User's Manual," Affymetrix Part No. 90094 (Affymetrix, Santa Clara, Calif), GeneChip, 2000, 104 pages.

[No Author Listed], "Microarray technologies have excellent possibilities in genomics-related researches." Science Tools From Amersham Pharmacia Biotech, 1998, 3(4): 8 pages (with English Translation).

Adessi et al., "Solid phase DNA amplification: characterisation of primer attachment and amplification mechanisms," Nucl. Acids Res., Oct. 2000, 28(20):E87, 8 pages.

Affymetrix, "GeneChip Human Genome U133 Set," retrieved from the Internet: on the World Wide Web at affymetrix.com/support/technical/datasheets/hgu133_datasheet.pdf, retrieved on Feb. 26, 2003.

Affymetrix, "Human Genome U95Av2," Internet Citation, retrieved from the internet: on the World Wide Web affymetrix.com, retrieved on Oct. 2, 2002.

Agbavwe et al., "Efficiency, error and yield in light-directed maskless synthesis of DNA microarrays," Journal of Nanobiotechnology, Dec. 2011, 9:57, 17 pages.

Ahern et al., "Biochemical, Reagents Kits Offer Scientists Good Return on Investment," The Scientist, 1995, 9(15):20, 7 pages.

Akeroyd, "Click chemistry for the preparation of advanced macromolecular architectures," Stellenbosch University, PhD Dissertation, Mar. 2010, 138 pages.

Albretsen et al., "Applications of magnetic beads with covalently attached oligonucleotides in hybridization: Isolation and detection of specific measles virus mRNA from a crude cell lysate", Anal. Biochem. 189:40-50, 1990.

US 11,549,138 B2

Page 8

(56)        **References Cited**

OTHER PUBLICATIONS

Albretsen et al., "Optimal conditions for hybridization with oligo-nucleotides: a study with myc-oncogene DNA probes," Anal Biochem., Apr. 1988. 170(1): 193-202.
Allawi and SantaLucia, "Thermodynamics and NMR of Internal GâT Mismatches in DNA," Biochemistry, 1996, 36:10581-10594.
Altaras et al., "Production and formulation of adenovirus vectors," Adv Biochem Eng Biotechnol., Nov. 2005, 99:193-260.
Anderson et al., "Microarrayed Compound Screening to Identify Activators and Inhibitors of AMP-Activated Protein Kinase," J. of Biomolecular Screening, 2004, 9:112.
Andersson et al., "Analysis of protein expression in cell microar-rays: a tool for antibody-based proteomics.," J Histochem Cytochem., 4(12): 1413-1423, 2006.
Andresen et al., "Deciphering the Antibodyome—Peptide Arrays for Serum Antibody Biomarker Diagnostics," Current Proteomics, 6(1), 1-12, 2009.
Andresen et al., "Helicase-dependent amplification: use in OnChip amplification and potential for point-of-care diagnostics," Expert Rev Mol Diagn., Oct. 2009, 9(7):645-650.
Angenendt et al., "Cell-free Protein expression and functional assay in a nanowell chip format," Analytical Chemistry, 2004, 76(7):1844-49.
Angenendt et al., "Generation of High Density Protein Microarrays by Cell-free in Situ Expression of Unpurified PCR Products," Molecular and Cellular Proteomics, (2006) Ch. 5.9, pp. 1658-1666.
Armani et al, "2D-PCR: a method of mapping DNA in tissue sections." Lab on a Chip, 2009, 9(24):3526-34.
Atkinson, Overview of Translation: Lecture Manuscript, U of Texas (2000) DD. 6.1-6.8.
Azioune et al., "Simple and rapid process for single cell micro-patterning," Lab Chip, Jun. 2009, 9(11):1640-1642.
Bains et al, "A Novel Method for Nucleic Acid Sequence Deter-mination", Journal of Theoretical Biology, 1988, 135(3), 303-7.
Baird et al., "Rapid SNP Discovery and Genetic Mapping Using Sequenced RAD markers." PLOS One, 2008, 3(10):e3376.
Barbie et al., "Systematic RNA interference reveals that oncogenic KRAS-driven cancers require TBK1," Nature, Nov. 2009, 462(7269): 108-12.
Barnes, "PCR amplification of up to 35-kb DNA with high fidelity and high yield from lambda bacteriophage templates.," Proc. Natl. Acad. Sci USA, 91: 2216-2220, 1994.
Baugh et al, "Quantitative analysis of mRNA amplification by in vitro transcription," Nucleic Acids Res., 2001, 29:5:e29.
Beattie et al., "Advances in genosensor research," Clin Chem., May 1995, 41(5):700-6.
Beier et al., "Versatile derivatisation of solid support media for covalent bonding on DNA-microchips," Nucleic Acids Res., May 1999, 27(9):1970-7.
Bell, "A Simple Way to Treat PCR Products Prior to Sequencing Using ExoSAP-IT," Biotechniques, 2008, vol. 44, No. 6.
Bentley et al., "Accurate whole human genome sequencing using reversible terminator chemistry", Nature, 2008. 456:53-59.
Berger et al., "Universal bases for hybridization. replication and chain termination," Nucleic Acid Res., Aug. 2000. 28(15):2911-2914.
Bielas et al., "Human cancers express a mutator phenotype," Proc. Natl. Acad. Sci. USA, 103(48): 18238-18242.
Bielas et al., "Quantification of random genomic mutations," Nat. Methods, 2(4):285-290.
Biol.wwu.edu [online], "Principles of Di-Base Sequencing and the Advantages of Color Space Analysis in the SOLiD System," 2008, retrieved on Mar. 11, 2022, retrieved from URL:<https://biol.wwu. edu//young/470/stuff/abi-solid.pdf>, 4 pages.
Birney, et al, "Identification and analysis of functional elements in 1% of the human genome by the ENCODE pilot project," Nature, 2007. 447:799-816.
Blair et al., "Microarray temperature optimization using hybridiza-tion kinetics," Methods Mol Biol., 2009. 529:171-96.

Blanchard et al., "High-density oligonucleotide arrays," Biosensors & Bioelectronics, 1996, 11(6-7):687-690.
Blanco et al., "A practical approach to FRET-based PNA fluores-cence in situ hybridization," Methods, Dec. 2010, 52(4):343-51.
Biandini et al., "Animal models of Parkinson's disease," FEBS J., Apr. 2012, 279(7):1156-66.
Blokzijl et al., "Profiling protein expression and interactions: prox-imity ligation as a tool for personalized medicine," J Intern. Med., 2010, 268:232-245.
Blow, "Tissue Issues," Nature, 448(23), 959-962, 2007.
Boeke et al., "Transcription and reverse transcription of retrotransposons," Annu Rev Microbiol, 1989, 43:403-34.
Bonfield et al., "The application of numerical estimates of base calling accuracy to DNA sequencing projects," Nucleic Acids Research, 1995, 23(8): 1406-1410.
Bos et al., "In Vitro Evaluation of DNA-DNA Hybridization as a Two-Step Approach in Radioimmunotherapy of Cancer," Cancer Res., Jul. 1, 1994, 54(13):3479-3486.
Boutros et al., "The art and design of genetic screens: RNA interference," Nat Rev Genet., Jul. 2008, 9(7):554-66.
Bowtell, "The genesis and evolution of high-grade serous ovarian cancer," Nat. Rev. Cancer, 2010, (11 ):803-808 ABSTRACT.
Brandon et al., "Mitochondrial mutations in cancer," Oncogene, 2006, 25(34):4647-4662.
Brenner et al, "In vitro cloning of complex mixtures of DNA on microbeads: physical separation of differentially expressed cDNAs." Proc. Natl. Acad. Sci. USA, 2000, 97, 1665-1670.
Brenner et al., "Gene expression analysis by massively parallel signature sequencing (MPSS) on microbead arrays", Nat. Biotech. 18: 630-634, 2000.
Brockman et al., "Quality scores and SNP detection in sequencing-by-synthesis systems," Methods, 2008, 18:763-770.
Brow, "35—The Cleavase I enzyme for mutation and polymor-phism scanning," PCR Applications Protocols for Functional Genom-ics, 1999, pp. 537-550.
Brown et al., "Retroviral integration: structure of the initial covalent product and its precursor, and a role for the viral IN protein," Proc Natl Acad Sci USA, Apr. 1989, 86(8):2525-9.
Bullard et al., "Direct comparison of nick-joining activity of the nucleic acid ligases from bacteriophage T4," Biochem. J. 2006, 398:135-144.
Burns et al., "Well-less, gel-permeation formats for ultra-HTS." DDT, 2001, 6(12):S40-S47.
Burton et al., "Coverslip Mounted-Immersion Cycled in Situ RT-PCR for the Localization of mRNA in Tissue Sections," Biotechniques, 1998, 24; pp. 92-100.
Calvert, "Materials science. Printing cells," Science, Oct. 2007, 318(5848):208-209.
Carlson et al., "Function and Structure of a Prokaryotic Formylglycine-generating Enzyme," J. of Biological Chemistry, 2008, 283(29):20117-125.
Carter et al., "Stabilization of an optical microscope to 0.1 nm in three dimensions," Applied Optics. 2007, 46:421-427.
Cerritelli et al., "Ribonuclease H: the enzymes in eukaryotes," FEBS Journal, Mar. 2009, 276(6):1494-505.
Cerutti et al., "Generation of sequence-specific, high affinity anti-DNA antibodies," Journal of Biological Chemistry, 2001, 276(16):12769-12773.
Cha et al., "Specificity, Efficiency and Fidelity of PCR," Genome Res., 1993, 3:518-29.
Chandra et al., "Cell-free synthesis-based protein microarrays and their applications." Proteomics, 2009, 5(6):717-30.
Chatterjee et al., "Protein Microarray On-Demand: A Novel Protein Microarray System." PLos One, 2008, 3(9):e3265.
Chatterjee, et al., "Mitochondrial DNA mutations in human cancer. Oncogene." 2006, 25(34):4663-4674.
Chen et al., "A Homogeneous, Ligase-mediated DNA diagnostic test." Genome research, 1998, 8(5):549-556.
Chen et al., "DNA hybridization detection in a microfluidic Channel using two fluorescently labelled nucleic acid probes," Biosensors and Bioelectronics, 2008, 23:1878-1882.
Chen et al., "Geometric control of cell life and death," Science, May 1997, 276(5317):1425-1428.

US 11,549,138 B2

Page 9

(56)          **References Cited**

OTHER PUBLICATIONS

Chen et al., "Parallel single nucleotide polymorphism genotyping by surface invasive cleavage with universal detection," Anal Chem., Apr. 2005, 77(8):2400-5.

Cheng et al., "Sensitive Detection of Small Molecules by Competitive Immunomagnetic-Proximity Ligation Assay," Anal Chem 2012, 84:2129-2132.

Cheng, "The Contrast Formation in Optical Microscopy," Handbook of Biological Confocal Microscopy, 2006, Chapter 8, pp. 162-206.

Chester et al. "Dimethyl sulfoxide-mediated primer Tm reduction: a method for analyzing the role of renaturation temperature in the polymerase chain reaction," Anal Biochem, Mar. 1993, 209(2):284-90.

Chial, "DNA Sequencing Technologies Key to the Human Genome Project," Nature Education, 2008, 1(1):219, 7 pages.

Chiang et al., "NFkappaB translocation in human microvessel endothelial cells using a four-compartment subcellular protein redistribution assay," J Biochem Biophys Methods, Nov. 2000, 46(1-2):53-68.

Chrisey et al., "Covalent attachment of synthetic DNA to self-assembled monolayer films," Nucleic Acids Res., Aug. 1996, 24(15):3031-9.

Chung et al., "Imaging single-cell signaling dynamics with a deterministic high-density single-cell trap array," Anal Chem, Sep. 2011, 83(18):7044-7052.

Ciaccio et al., "Systems analysis of EGF receptor signaling dynamics with microwestern arrays," Nat Methods, Feb. 2010, 7(2):148-55.

Cockroft et al., "A single-molecule nanopore device detects DNA polymerase activity with single-nucleotide resolution," J Am Chem Soc., Jan. 2008, 130(3):818-20.

Colegio et al., "In vitro transposition system for efficient generation of random mutants of Campylobacter jejuni," J Bacteriol., Apr. 2001, 183(7):2384-8.

Condina et al., "A sensitive magnetic bead method for the detection and identification of tyrosine phosphorylation in proteins by MALDI-TOF/TOF MS," Proteomics, 2009, 9:3047-3057.

Constantine et al., "Use of genechip high-density oligonucleotide arrays for gene expression monitoring," Life Sceience News, Amersham Life Science; 11-14, 1998.

Cook et al., "The effects of secondare structure and O2 on the formation of direct strand breaks upon UV irradiation of 5-bromodeoxyuridine-containing oligonucleotides," Chem Biol., Jul. 1999, 6(7):451-9.

Copeland et al., "Mitochondrial DNA Alterations in Cancer," Cancer Invest., 2002, 557-569

Cornett et al., "MALDI imaging mass spectrometry: molecular snapshots of biochemical systems," Nature Methods, 2007, 4(10):828-833.

Cox et al., "Tissue subcellular fractionation and protein extraction for use in mass-spectrometry-based proteomics," Nat Protoc., 2006, 1(4):1872-8.

Craig, "Transposon Tn7," Curr Top Microbiol Immunol., 1996, 204:27-48.

Craig, "V(D)J recombination and transposition: closer than expected," Science, Mar. 1996, 271(5255):1512, 1 page.

Cujec et al. "Selection of v-abl tyrosine kinase substate sequences from randomized peptide and cellular proteomic libraries using mRNA display," Chemistry and Biology, 2002, 9:253-264.

Curtis et al., "Adhesion of cells to polystyrene surfaces," J Cell Biol., Nov. 1983, 97(5):1500-1506.

Czarnik, "Encoding methods for combinatorial chemistry," Curr Opin Chem Biol., Jun. 1997, 1(1):60-6.

Dahl et al., "Circle-to-cirle amplification for precise and sensitive DNA analysis," Proc. Natl. Acad. Sci., 2004, 101:4548-4553.

Darmanis, et al., "ProteinSeq: High-Performance Proteomic Analyses by Proximity, Ligation and Next Generation Sequencing," PLos One, 2011, 6(9):e25583.

Daubendiek et al., "Rolling-Circle RNA Synthesis: Circular Oligonucleotides as Efficient Substrates for T7 RNA Polymerase," J. Am. Chem. Soc., 1995, 117:77818-7819.

Dawson et al., "Genetic animal models of Parkinson's disease," Neuron, Jun. 2010, 66(5):646-661

De Clercq, "A 40-year journey in search of selective antiviral chemotherapy," Annu Rev Pharmacol Toxicol., 2011, 51:1-24.

Deamer et al., "Characterization of nucleic acids bv nanopore analysis," Acc Chem Res., Oct. 2002, 35(10):817-25.

Deamer et al., "Nanopores and nucleic acids: prospects for ultrarapid sequencing," Trends Biotechnol., Apr. 2000, 18(4):147-51.

Dean et al., "Comprehensive human genome amplification using multiple displacement amplification," Proc Natl. Acad. Sci. USA 99:5261-66, 2002.

Deibel et al., "Biochemical properties of purified human terminal deoxynucleotidyltransferase," J Biol Chem., May 1980, 255(9):4206-12.

Devine et al., "Efficient integration of artificial transposons into plasmid targets in vitro: a useful tool for DNA mapping, sequencing and genetic analysis," Nucleic Acids Res., Sep. 1994, 22(18):3765-72.

Dhindsa et al., "Virtual Electrowetting Channels: Electronic Liquid Transport with Continuous Channel Functionality," Lab Chip, 2010, 10:832-836.

Diez-Roux et al., "A high-resolution anatomical atlas of the transcriptome in the mouse embryo," PLoS Biol., Jan. 2011, 9(1):e1000582, 14 pages.

Doddridge et al., "UV-induced strand break damage in single stranded bromodeoxyuridine-containing DNA oligonucleotides," Chem Commun., 1998, p. 1997-1998.

Dressman et al., "Transforming single DNA molecules into fluorescent magnetic particles for detection and enumeration of genetic variations," Proc. Natl. Acad. Sci. USA, 2003, 100:8817-8822.

Drmanac et al., "Accurate sequencing by hybridization for DNA diagnostics and individual genomics," Nature Biotechnology, 16:54-58, 1998.

Druley et al., "Quantification of rare allelic variants from pooled genomic DNA," Nat. Methods 6: 263-65, 2009.

Duhr et al., "Why molecules move along a temperature gradient," Proc Natl Acad Sci USA, Dec. 2006, 103(52): 19678-19682.

Duncan et al., "Affinity chromatography of a sequence-specific DNA binding protein using teflon-linked oligonucleotides," Anal. Biochem. 169: 104-108, 1988.

Eberwine et al., "Analysis of gene expression in single live neurons," Proc. Natl. Acad. Sci., USA 89, 3010-3014, 1992.

Eberwine, "Amplification of mRNA Populations Using aRNA Generated from Immobilized Oligo(dT)-T7 Primed cDNA," BioTechniques 20 (4), 584, 1996.

Ebihara et al., "Molecular detection of dermatophytes and nondermatophytes in onychomycosis by nested polymerase chain reaction based on 28S ribosomal RNA gene sequences," Br J Dermatol., Nov. 2009, 161(5):1038-44.

Eguiluz et al., "Multitissue array review: A chronological description of tissue array techniques, applications and procedures," Pathology Research and Practice, 2006, 202:561-568.

Ekins et al., "Microarrays: their origins and applications," Trends in Biotechnology, Jun. 1999, 17(6):217-218.

Eldridge et al. "An in vitro selection strategy for conferring protease resistance to ligand binding peptides," Protein Eng Des Sel., 22(11): 691-698, 2009.

Ellington et al., "Antibody-based protein multiplex platforms: technical and operational challenges," Clin Chem 56(2): 186-193, 2010.

Emmert-Buck et al., "Laser capture microdissection," Science, Nov. 1996, 274(5289):998-1001.

Espina et al., "Laser-capture microdissection," Nat Protoc, 2006, 1(2):586-603.

Extended European Search Report in European Appln. No. 11766613.1, dated Jan. 15, 2014, 4 pages.

Fahy et al., "Design and synthesis of polycrylamide-based oligonucleotide supports for use in nucleic acid diagnostics," Nucleic Acids Res., Apr. 1993, 21(8):1819-26.

US 11,549,138 B2

Page 10

(56)        References Cited

OTHER PUBLICATIONS

Falconnet et al., "Surface engineering approaches to micropattern surfaces for cell-based assays." Biomaterials, Jun. 2006, 27(16):3044-3063.

Fan et al., "Highly parallel SNP genotyping," Cold Spring Symp. Quant. Biol., 68: 69-78, 2003.

Fang et al., "Fluoride-cleavable biotinylation phosphoramidite for 5'-end-labeling and affinity purification of synthetic oligonucleotides," Nucleic Acids Res., Jan. 2003, 31(2):708-715.

Ferreira et al., "Photocrosslinkable Polymers for Biomedical Applications." Biomedical Engineering—Frontiers and Challenges, Prof. Reza, 2011, 22 pages.

Fire and Xu, "Rolling replication of short DNA circles," Proc. Natl. Acad. Sci., 92: 4641-4645, 1995.

Fodor et al., "Light-Directed, Spatially Addressable Parallel Chemical Synthesis," Science, 251(4995), 767-773, 1995.

Folch et al., "Microfabricated elastomeric stencils for micropatterning cell cultures," J Biomed Mater Res, November 2000, 52(2):346-353.

Fredriksson et al., "Multiplexed protein detection by proximity ligation for cancer detection," Nature Methods, 4(4): 327-29, 2007.

Fredriksson et al., "Multiplexed proximity ligation assays to profile putative plasma biomarkers relevant to pancreatic and ovarian cancer," Clin. Chem., 5(3): 582-89, 2008.

Fredriksson et al., "Protein detection using proximity-dependent DNA ligation assays," Nature Biotech., 20: 473-77, 2002.

Frese et al., "Formylglycine Aldehyde Tag-Protein Engineering through a Novel Posttranslational Modification," ChemBioChem., 10: 425-27, 2009.

Fu et al., "Counting individual DNA molecules by the stochastic attachment of diverse labels." PNAS, 108: 9026-9031, 2011.

Fu et al., "Repeat subtraction-mediated sequence capture from a complex genome," Plant J., Jun. 2010, 62(5): 898-909.

Fullwood et al., "Next-generation DNA sequencing of paired-end tags (PET) for transcriptome and genome analyses," Genome Res., 19: 521-532, 2009.

Galon et al., "The immune score as a new possible approach for the classification of cancer," J Transl Med., Jan. 2012, 10:1, 4 pages.

Gans et al., "Inkjet Printing of Polymers: State of the Art and Future Developments," Advanced Materials, Feb. 2004, 16(3):203-213.

Gao et al., "High density peptide microarrays. In situ synthesis and applications," Molecular Diversity, 8, 177-187, 2004.

Geiss et al., "Direct multiplexed measurement of gene expression with color-coded probe pairs," nature biotechnology, 2008, 26(3):317-325.

Genbank Accession No. AC009495.1, "Homo sapiens clone NH0490I02, *** Sequencing in Progress ***, 12 unordered pieces," Aug. 24, 1999, 53 pages.

Genbank Accession No. AC009495.5, "Homo sapiens clone BAC clone RP11-490I2 from 2, complete sequence," Apr. 21, 2005, 32 pages.

Genbank Accession No. AC037198.2, "Homo sapiens chromosome 15 clone CTD-2033D15 map 15q14, *** Sequencing in Progress ***, 62 unordered pieces," Apr. 25, 2000, 39 pages.

Genbank Accession No. AC087379.2, "Homo sapiens chromosome 11 clone RP11-396O20 map 11, *** Sequencing in Progress ***, 5 ordered pieces," Jul. 6, 2002, 47 pages.

Genbank Accession No. AC087741.1, "Homo sapiens chromosome 17 clone RP11-334C17 map 17, Low-Pass Sequence Sampling," Jan. 22, 2001, 18 pages.

Genbank Accession No. AC100826.1, "Homo sapiens chromosome 15 clone RP11-279F6 map 15, Low-Pass Sequence Sampling," Nov. 22, 2001, 21 pages.

Genbank Accession No. AL445524.1, "Homo sapiens chromosome 1 clone RP11-295G20, Working Draft Sequence, 19 unordered pieces," Oct. 14, 2000, 47 pages.

Genome.ucsc.edu, [online], "Genome Browser Gateway," 2000, retrieved on Jun. 11, 2021, retrieved from URL<https://genome.ucsc.edu/cgi-bin/hgGateway>, 3 pages.

Gerard et al. "Excess dNTPs minimize RNA hydrolysis during reverse transcription," Biotechniques, Nov. 2002, 33(5): 984, 986, 988, 990.

Giam et al., "Scanning probe-enabled nanocombinatorics define the relationship between fibronectin feature size and stem cell fate," PNAS, Mar. 2012, 109(12):4377-4382.

Gibson et al., "Enzymatic assembly of DNA molecules up to several hundred kilobases," Nat Methods., May 2009, 6(5):343-5.

Gill et al., "Nucleic acid isothermal amplification technologies: a review," Nucleosides Nucleotides Nucleic Acids, Mar. 2008, 27(3):224-43.

Gilles et al., "Single nucleotide polymorphic discrimination by an electronic dot blot assay on semiconductor microchips," Nat Biotechnol, Apr. 1999, 17(4):365-70.

Glass et al., "SIMPLE: a sequential immunoperoxidase labeling and erasing method," J. Histochem. Cytochem., Oct. 2009, 57(10):899-905.

Gloor, "Gene targeting in Drosophila," Methods Mol Biol., 2004, 260:97-114.

Gnanapragasam, "Unlocking the molecular archive: the emerging role of formalin-fixed paraffin-embedded tissue for biomarker research in urological cancer," BJU International. 105, 274-278, 2009.

Goebl et al., "Development of a sensitive and specific in situ hybridization technique for the cellular localization of antisense oligodeoxynucleotide drugs in tissue sections," Toxicologic Pathology, Jun. 2007, 35(4):541-548.

Goldkom and Prockop, "A simple and efficient enzymatic method for covalent attachment of DNA to cellulose. Application for hybridization-restriction analysis and for in vitro synthesis of DNA probes.", Nucleic Acids Res. 14:9171-9191, 1986.

Goryshin et al., "Tn5 in vitro transposition," J Biol Chem., Mar. 1998, 273(13):7367-74.

Gotz et al., "Animal models of Alzheimer's disease and frontotemporal dementia," Nat Rev Neurosci., Jul. 2008, 9(7):532-44.

Grant et al., "Pathways and mechanisms of endocytic recycling," Nat. Rev. Mol. Cell Biol., Sep. 2009, 10(9):597-608.

Grokhovsky, "Specificity of DNA cleavage by ultrasound," Molecular Biology, 2006, 40(2):276-283.

Gudjonsson et al., "Myoepithelial cells: their origin and function in breast morphogenesis and neoplasia," J Mammary Gland Biol Neoplasia, Jul. 2005, 10(3):261-72.

Gunderson et al., "Decoding Randomly Ordered DNA Arrays," Genome Research 14: 870-877, 2004.

Guo et al., "Direct fluorescence analysis of genetic polymorphisms by hybridization with oligonucleotide arrays on glass supports," Nucleic Acids Res., Dec. 1994, 22(24):5456-65.

Hahnke et al., "Striptease on glass: validation of an improved stripping procedure for in situ microarrays," J Biotechnol., Jan. 2007, 128(1):1-13.

Hajduk et al., "Drug discovery: A question of library design," Nature, Feb. 2011, 470(7332):42-43.

Hamaguchi et al., "Direct reverse transcription-PCR on oligo(dT)-immobilized polypropylene microplates after capturing total mRNA from crude cell lysates." Clin Chem., Nov. 1998. 44(11):2256-63.

Hammond et al. "Profiling cellular protein complexes by proximity ligation with dual tag microarray readout," PLoS ONE, 2012, 7(7):e40405.

Han et al., "3C and 3C-based techniques: the powerful tools for spatial genome organization deciphering", Molecular Cytogenetics (2018) 11:21, 10 pages, 2018.

Hardenbol et al., "Highly multiplexed molecular inversion probe genotyping: over 10,000 targeted SNPs genotyped in a single tube assay." Genome Res., Feb. 2005, 15(2):269-75.

Hardenbol et al., "Multiplexed genotyping with sequence-tagged molecular inversion probes," Nature Biotechnol, Jun. 2003, 21(6):673-678.

Harris et al., "The design and application of target-focused compound libraries," Comb Chem High Throughput Screen, Jul. 2011, 14(6):521-531.

Hayes et al., "Electrophoresis of proteins and nucleic acids: I-Theory," BMJ, Sep. 1989, 299(6703):843-6.

He et al.. "In situ synthesis of protein arrays," Current Opinion in Biotechnology, 19:4-9, 2008.

US 11,549,138 B2

Page 11

(56)        References Cited

OTHER PUBLICATIONS

He et al., "Printing protein arrays from DNA arrays," Nature Methods, 5:175-77, 2008.

He, "Cell-free protein synthesis: applications in proteomics and biotechnology," New Biotechnology 25: 126-132, 2008.

Healy, "Nanopore-based single-molecule DNA analysis," Nanomedicine (Lond), Aug. 2007, 2(4):459-81.

Hedskog et al., "Dynamics of HIV-1 Quasispecies during Antiviral Treatment Dissected using Ultra-Deep Pyrosequencing," PLoS One, 5(7):e11345, 2010.

Hein et al., "Click Chemistry, A Powerful Tool for Pharmaceutical Sciences", Pharm Res., 25(10):2216-2230, 2008.

Hejatko et al., "In Situ Hybridization Techniques for mRNA Detection in Whole Mount *Arabidopsis* Samples," Nature Protocols, 2006, 1(4): 1939-1946.

Hendrickson et al., "High sensitivity multianalyte immunoassay using covalent DNA-labeled antibodies and polymerase chain reaction," Nucleic Acid Research, Feb. 11, 1995, 23(3):522-529.

Hessner et al., "Genotyping of factor V G1691A (Leiden) without the use of PCR by invasive cleavage of oligonucleotide probes," Clin Chem., Aug. 2000, 46(8 Pt 1): 1051-6.

Hiatt et al., "Parallel, tag-directed assembly of locally-derived short sequence reads," Nature Methods 7(2): 119-25, 2010.

Hlubek et al., "Heterogeneous expression of Wnt/beta-catenin target genes within colorectal cancer," Int J Cancer., Nov. 2007, 121(9):1941-8.

Ho et al., "Bacteriophage T4 RNA ligase 2 (gp24.1) exemplifies a family of RNA ligases found in all phylogenetic domains," PNAS, Oct. 2002, 99(20):12709-14.

Hober et al., "Human protein atlas and the use of microarray technologies," Curr Opin Biotechnol., Feb. 2008, 19(1):30-35.

Holmstrom et al., "A highly sensitive and fast nonradioactive method for detection of polymerase chain reaction products," Anal Biochem, Mar. 1993, 209(2):278-83.

Hoyer et al., "Electrostatic spraying: a novel technique for preparation of polymer coatings on electrodes," Anal Chem, Nov. 1996, 68(21):3840-4.

Hu et al., "High reproducibility using sodium hydroxide-stripped long oligonucleotide DNA microarrays," Biotechniques, Jan. 2005, 38(1):121-4.

Hycultbiotech.com, [online], "Immunohistochemistry, Paraffin" Apr. 2010, retrieved on Apr. 16, 2020, retrieved from URL<https://www.hycultbiotech.com/media/wysiwyg/Protocol_Immunohistochemistry_Paraffin_2.pdf>, 3 pages.

Hytönen et al., "Design and construction of highly stable, protease-resistant chimeric avidins," J Biol Chem., Mar. 2005, 280(11): 10228-33.

Ichikawa et al., "In vitro transposition of transposon Tn3," J Biol. Chem., Nov. 1990, 265(31):18829-32, Abstract.

Illumina.com [online], "Array-Based Gene Expression Analysis," 2011, retrieved on Dec. 13, 2021, retrieved from URL<https://www.illumina.com/documents/products/datasheets/datasheet_gene_exp_analysis.pdf, 5 pages.

Imbeaud et al., "Towards standardization of RNA quality assessment using user-independent classifiers of microcapillary electrophoresis traces," Nucleic Acids Res., Mar. 2005, 33(6):e56, 12 pages.

Inoue and Wittbrodt, "One for All—A Highly Efficient and Versatile Method for Fluorescent Immunostaining in Fish Embryos," PLoS One 6, e19713, 2011.

Invitrogen, Immune Response Biomarker Profiling Service Report, Invitrogen, 2009, 1-33.

Jabara et al., Accurate sampling and deep sequencing of the HIV-1 protease gene using a Primer ID. PNAS 108(50), 20166-20171, 2011.

Jain, "Transport of molecules, particles, and cells in solid tumors," Annu. Rev. Biomed. Eng., 1999, 1:241-263.

Jamurand Oliver, "Permeabilization of cell membranes.," Method Mal. Biol., 588: 63-66, 2010.

Jawhar et al., "Tissue Microarray: A rapidly evolving diagnostic and research tool," Annals of Saudi Medicine, Mar. 2009, 29(2):123-7.

Jensen et al., "Zinc fixation preserves flow cytometry scatter and fluorescence parameters and allows simultaneous analysis of DNA content and synthesis, and intracellular and surface epitopes," Cytometry A., Aug. 2010, 77(8):798-804.

Jones et al., Comparative lesion sequencing provides insights into tumor evolution. Proc. Natl. Acad. Sci. USA 105(11): 4283-4288, 2008.

Joos et al., "Covalent attachment of hybridizable oligonucleotides to glass supports," Anal Biochem., Apr. 1997, 247(1):96-101.

Jucá et al., "Effect of dimethyl sulfoxide on reverse transcriptase activity," Braz. J. Med. Biol. Res., Mar. 1995, 28(3):285-90.

Kainkaryam et al., "Pooling in high-throughput drug screening" Curr Opin Drug Discov Devel., May 2009, 12(3):339-50.

Kanehisa, "Use of statistical criteria for screening potential homologies in nucleic acid sequences ", Nucleic Acids Res. 12: 203-213, 1984.

Kap et al., "Histological Assessment of PAXgene Tissue Fixation and Stabilization Reagents," PLoS One 6, e27704, 10 pages, 2011.

Kapteyn et al., "Incorporation of Non-Natural Nucleotides Into Template-Switching Oligonucleotides Reduces Background and Improves cDNA Synthesis From Very Small RNA Samples," BMC Genomics, 2010, 11(413): 1-9.

Kibbe, "OligoCalc: an online oligonucleotide properties calculator," Nucleic Acids Res., Jul. 2007, 35:W43-6.

Kirby et al., "Cryptic plasmids of *Mycobacterium avium*: Tn552 to the rescue," Mol Microbiol., Jan. 2002, 43(1): 173-86.

Kleckner et al., "Tn10 and IS10 transposition and chromosome rearrangements: mechanism and regulation in vivo and in vitro," Curr Top Microbiol Immunol., 1996, 204:49-82.

Koch et al., "Photochemical immobilization of anthraquinone conjugated oligonucleotides and PCR amplicons on solid surfaces," Bioconjugate Chem., Jul. 2000, 11(4):474-483.

Kolb et al., "Click Chemistry: Diverse Chemical Function from a Few Good Reactions," Angew. Chem. Int. Ed., 40(11): 2004-2021, 2001.

Kolbert et al., "Ribosomal DNA sequencing as a tool for identification of bacterial pathogens," Curr Opin Microbiol., Jun. 1999, 2(3):299-305.

König et al., "iCLIP reveals the function of hnRNP particles in splicing at individual nucleotide resolution." Nat Struct Mol Biol., Jul. 2010, 17(7):909-915.

Korbel et al., "Paired-End Mapping Reveals Extensive Structural Variation in the Human Genome," Science, 318(5849): 420-426, 2007.

Korlach et al., "Selective aluminum passivation for targeted immobilization of single DNA polymerase molecules in zero-mode waveguide nanostructures," Proc. Natl. Acad. Sci. USA 105, 1176-1181, 2008.

Kozlov et al., "A High-Complexity Multiplexed Solution-Phase Assay for Profiling Protease Activity on Microarrays," Comb Chem High Throughput Screen, 11: 24-35, 2008.

Kozlov et al., "A Highly Scalable Peptide-Based Assay System for Proteomics," PLoS ONE, 7(6): e37441, 2012.

Kozlov et al., "A Method for Rapid Protease Substrate Evaluation and Optimization," Comb Chem High Throughput Screen, 9: 481-87, 2006.

Kristensen et al., "High-Throughput Methods for Detection of Genetic Variation," BioTechniques, Feb. 2001, 30(2):318-332.

Kuijpers et al. "Specific recognition of antibody-oligonucleotide conjugates by radiolabeled antisense nucleotides: a novel approach for two-step radioimmunotherapy of cancer," Bioconjugate Chem., Jan. 1, 1993, 4(1):94-102.

Kurz et al., "cDNA-Protein Fusions: Covalent Protein-Gene Conjugates for the In Vitro Selection of Peptides and Proteins," ChemBioChem, 2: 666-72, 2001.

Kwok. "High-throughput genotyping assay approaches," Pharmocogenomics, Feb. 2000, 1(1):95-100.

Lage et al., "Whole Genome Analysis of Genetic Alterations in Small DNA Samples Using Hyperbranched Strand Displacement Amplification and Array-CGH," Genome Research 13: 294-307, 2003.

# US 11,549,138 B2

Page 12

(56)          **References Cited**

OTHER PUBLICATIONS

Lampe et al., "A purified mariner transposase is sufficient to mediate transposition in vitro," EMBO J., Oct. 1996, 15(19):5470-9.

Lamture et al., "Direct detection of nucleic acid hybridization on the surface of a charge coupled device," Nucleic Acid Res., Jun. 1994, 22(11):2121-5.

Landegren et al., "Reading bits of genetic information: methods for single-nucleotide polymorphism analysis," Genome Res., Aug. 1998, 8(8):769-76.

Langdale et al., "A rapid method of gene detection using DNA bound to Sephacryl", Gene 36: 201-210, 1985.

Larman et al., "Autoantigen discovery with a synthetic human peptidome," Nature Biotechnology, doi:1 0.1038 nbt.1856, vol. 29, No. 6, pp. 535-541, 2011.

Larsen et al., "Characterization of a recombinantly expressed proteinase K-like enzy me from a psychrotrophic *Serratia* sp." FEBS J., Jan. 2006, 273(1):47-60.

Larsson et al., "In situ detection and genotyping of individual mRNA molecules," Nat Methods, May 2010, 7(5):395-7.

Larsson et al., "In situ genotyping individual DNA molecules by target-primed rolling-circle amplification of padlock probes," Nat Methods, Dec. 2004, 1(3):227-32.

Lassmann et al., A Novel Approach For Reliable Microarray Analysis of Microdissected Tumor Cells From Formalin-Fixed and Paraffin-Embedded Colorectal Cancer Resection Specimens, J Mol Med, 87, 211-224, 2009.

Laurell et al., "Chip integrated strategies for acoustic separation and manipulation of cells and particles," Chem. Soc. Rev., Mar. 2007, 36(3):492-506.

Lee et al., "A novel COL3A1 gene mutation in patient with aortic dissected aneurysm and cervical artery dissections," Heart Vessels, Mar. 2008, 23(2):144-8.

Lee et al., "Cytokines in cancer immunotherapy," Cancers (Basel), Oct. 2011, 3(4):3856-3893.

Lee et al., "Improving the efficiency of genomic loci capture using oligonucleotide arrays for high throughput resequencing," BMC Genomics, Dec. 2009, 10:646, 12 pages.

Lee et al., "Protein nanoarrays generated by dip-pen nanolithography," Science, Mar. 2002, 295(5560):1702-1705.

Lenard, "Viral Membranes," Encyclopedia of Virology, Jul. 2008, pp. 308-314.

Leriche et al., "Cleavable linkers in chemical biology.", Bioorganic & Medicinal Chemistry, 20: 571-582, 2012.

Levene et al., "Zero-Mode Waveguides for Single-Molecule Analysis at High Concentrations," Science 299, 682-686, 2003.

Li et al., "A photocleavable fluorescent nucleotide for DNA sequencing and analysis," Proc. Natl. Acad. Sci., 100: 414-419, 2003.

Li et al., "DNA molecules and configurations in a solid-state nanopore microscope," Nat Mater., Sep. 2003, 2(9):611-5.

Li et al., "RASL-seq for Massively Parallel and Quantitative Analysis of Gene Expression," Curr Protoc Mol Biol., Apr. 2012, 4(13):1-10.

Linnarsson, "Recent advances in DNA sequencing methods—general principles of sample preparation," Experimental Cell Research, 316: 1339-1343, 2010.

Liu et al., "Method for Quantitative Proteomics Research by Using Metal Element Chelated Tags Coupled with Mass Spectrometry," Analytical Chemistry, 2006, 78:6614-6621.

Liu et al., "Surface and interface control on photochemically initiated immobilization," J Am Chem Soc., Nov. 2006, 128(43):14067-72.

Liu et al., An integrated and sensitive detection platform for biosensing application based on Fe@Au magnetic nanoparticles as bead array carries Biosensors and Bioelectronics, 2010, 26(4):1442-1448.

Lizardi et al., "Mutation detection and single-molecule counting using isothermal rolling-circle amplification," Nat. Genet. 19: 225-232, 1998.

Lu et al., "A microfluidic electroporation device for cell lysis," Lab Chip., Jan. 2005, 5(1):23-29.

Lund et al., "Assessment of methods for covalent binding of nucleic acids to magnetic beads. Dynabeads, and the characteristics of the bound nucleic acids in hybridization reactions.", Nucleic Acids Res., 16: 10861-80, 1988.

Lundberg et al., "High-fidelity amplification using a thermostable DNA polymerase isolated from Pyrococcus furiosus.," Gene., 108(1):1-6, 1991.

Lundberg et al., "Homogeneous antibody-based proximity extension assays provide sensitive and specific detection of low-abundant proteins inhuman blood," Nucleic Acids Res., 39(15): e102, 2011.

Lundberg et al., "Multiplexed homogeneous proximity ligation assays for high-throughput protein biomarker research in serological material," Mol Cell Proteomics, 10(4): M110.004978, 2011.

Lundin et al., "Increased throughput by parallelization of library preparation for massive sequencing," PLoS One, Apr. 2010, 5(4):e10029, 7 pages.

Lundquist et al., "Parallel confocal detection of single molecules in real time," Opt. Lett. 33, 1026-1028, 2008.

Lyamichev et al., "Invader assay for SNP genotyping," Methods Mol Biol., 2003, 212:229-40.

Lyamichev et al., "Polymorphism identification and quantitative detection of genomic DNA by invasive cleavage of oligonucleotide probes," NatBiotechnol., Mar. 1999, 17(3):292-6.

Lyck, et al., "Immunohistochemical Markers for Quantitative Studies of Neurons and Glia in Human Neocortex," J Histochem Cytochem 56, 201-21, 2008.

Lykidis et al., "Novel zinc-based fixative for liigh quality DNA, RNA and protein analysis," Nucleic Acids Res., Jun. 2007, 35(12):e85, 10 pages.

MacBeath et al., "Printing proteins as microarrays for high-throughput function determination," Science, Sep. 2000, 289(5485): 1760-1763.

MacIntyre, "Unmasking antigens for immunohistochemistry.," Br J Biomed Sci. 58, 190-6, 2001.

Malkov et al., "Multiplexed measurements of gene signatures in different analytes using the Nanostring nCounter™ Assay System." BMC research notes., 2009, 2:80.

Marras, "Selection of fluorophore and quencher pairs for fluorescent nucleic acid hybridization probes," Methods Mol Biol., 2006, 335:3-16.

Martin, "Cutadapt removes adapter sequences from high-throughput sequencing reads," EMBnet Journal, 2011, 17(1):10-12.

Massey et al., "Fluorescence resonance energy transfer (FRET) for DNA biosensors: FRET pairs and Förster distances for various dye-DNA conjugates," Anal Chim Acta., May 2006, 568(1-2):181-9.

Masuda et al., "Analysis of chemical modification of RNA from formalin-fixed samples and optimization of molecular biology applications for such samples." Nucleic Acids Research, Nov. 1999, 27(22):4436-4443.

Materna et al., "High accuracy, high-resolution prevalence measurement for the majority of locally expressed regulatory genes in early sea urchin development," Gene Expr Patterns., 2010, 10(4-5):177-184.

Mattheysen et al., "Imaging with total internal reflection fluorescence microscopy for the cell biologist," J Cell Sci., Nov. 2010, 123(Pt 21):3621-3628.

McCloskey et al., "Encoding PCR Products with Batch-stamps and Barcodes," Biochem. Genet. 45: 761-767, 2007.

Mcgee, "Structure and Analysis of Affymetrix Arrays," UTSW Microarray Analysis Course, Oct. 28, 2005, 68 pages.

Mckernan et al., "Sequence and structural variation in a human genome uncovered by short-read, massively parallel ligation sequencing using two-base encoding," Genome Res., 19: 1527-41, 2009.

Metzker "Sequencing technologies—the next generation," Nature Reviews Genetics, 11:31-46, 2010.

Meyer et al., "Fast evolving 18S rRNA sequences from Solenogastres (Mollusca) resist standard PCR amplification and give new insights into mollusk substitution rate heterogeneity," BMC Evol. Biol., Mar. 2010, 10:70, 12 pages.

Micke et al., "Biobanking of fresh frozen tissue: RNA is stable in nonfixed surgical specimens," Lab Invest., Feb. 2006, 86(2):202-11.

US 11,549,138 B2

Page 13

(56)        References Cited

OTHER PUBLICATIONS

Miele et al., "Mapping cis- and trans- chromatin interaction networks using chromosome conformation capture (3C)," Methods Mol Biol., 2009, 464:105-21.

Miller et al., "Basic Concepts of Microarrays and Potential Applications in Clinical Microbiology," Clinical Microbiology Reviews, vol. 22, No. 4, pp. 611-633, 2009.

Miner et al., "Molecular barcodes detect redundancy and contamination in hairpin-bisulfite PCR," Nucleic Acids Res., Sep. 2004, 32(17):e135, 4 pages.

Mir et al., "Sequencing by cyclic ligation and cleavage (CycliC) directly on a microarray captured template," Nucleic Acids Research, 37(1):e5, 8 pages, 2009.

Mitra et al., "Digital genotyping and haplotyping with polymerase colonies," Proc. Natl. Acad. Sci. USA, May 2003, 100(10):5926-5931.

Mitra et al., "Fluorescent in situ sequencing on polymerase colonies," Anal Biochem, Sep. 2003, 320(1):55-65.

Mitra et al., "In situ localized amplification and contact replication of many individual DNA molecules," Nucleic Acids Res., Dec. 1999, 27(24):e34, 6 pages.

Mitsuhashi et al., "Gene manipulationonplastic plates." Nature 357: 519-520, 1992.

Mizusawa et al., "A bacteriophage lambda vector for cloning with BamHI and Sau3A," Gene, 20: 317-322, 1982.

Mlecinik et al., "Histopathologic-based prognostic factors of colorectal cancers are associated with the state of the local immune reaction," J Clin Oncol., Feb. 2011, 29(6):610-8.

Mortazavi et al., "Mapping and quantifying mammalian transcriptomes by RNA-Seq," Nature Methods, 5(7): 621-8, 2008.

Moshrefzadeh et al., "Nonuniform photobleaching of dyed polymers for optical waveguides," Applied Physics Letters, 1993, 62:16-18.

Motea et al., "Terminal deoxynucleotidyl transferase: the story of a misguided DNA polymerase," Biochim Biophys Acta., May 2010, 1804(5): 1151-66.

Mueller et al., "RNA Integrity Number (RIN)—Standardization of RNA Quality Control," Agilent Technologies, 2004, 8 pages.

Nadji et al., "Immunohistochemistry of tissue prepared by a molecular-friendly fixation and processing system," Appl Immunohistochem Mol Morphol., Sep. 2005, 13(3):277-82.

Nagahara et al., "Neuroprotective effects of brain-derived neurotrophic factor in rodent and primate models of Alzheimer's disease," Nat Med., Mar. 2009, 15(3):331-337.

Nagai et al., "Site-specific DNA cleavage by antisense oligonucleotides covalently linked to phenazine di-N-oxide," J Biol. Chem., Dec. 1991, 266(35):23994-4002.

Nakamura et al., "Biocompatible inkjet printing technique for designed seeding of individual living cells," Tissue Eng, Nov. 2005, 11(11-12):1658-1666.

Nakao et al., "Myosin heavy chain gene expression in human heart failure." J Clin Invest., Nov. 1997, 100(9):2362-70.

Nam et al., "Nanoparticle-Based Bio-Bar Codes for the Ultrasensitive Detection of Proteins," Science, Sep. 26, 2003, 301(5641):1884-1886.

Nandakumar et al., "How an RNA Ligase Discriminates RNA versus DNA Damage," Molecular Cell, 2004, 16(2):211-221.

Ng et al., "Gene identification signature (GIS) analysis for transcriptome characterization and genome annotation," Nature Methods, 2(2): 105-111, 2005.

Ng et al., "Massively parallel sequencing and rare disease," Human Malec. Genetics, 19(2): R119-R24, 2010.

Ng et al., "Multiplex sequencing of paired-end ditags (MS-PET): a strategy for the ultra-high-throughput analysis of transcriptomes and genomes," Nucleic Acids Research, Jul. 2006, 34(12): e84, 10 pages.

Nichols et al., "RNA Ligases," Curr Protoc Mol Biol., October 2008, 84(1):3.15.1-3.15.4.

Nicholson, "Diffusion and related tomsport mechanisms in brain tissue." Rep. Prog. Phys., Jun. 2001, 64(7):815-884.

Niedringhaus et al., "Landscape of next-generation sequencing technologies," Anal Chem., Jun. 2011, 83(12):4327-41.

Niemeyer, "The developments of semisynthetic DNA-protein conjugates," Trends Biotechnol, Sep. 2002, 20(9): 395-401.

Nikiforov et al., "The use of 96-well polystyrene plates for DNA hybridization-based assays: an evaluation of different approaches to oligonucleotide immobilization," Anal Biochem, May 1995, 227(1):201-9.

Niklas et al., "Selective permeabilization for the high-throughput measurement of compartmented enzyme activities in mammalian cells," Anal Biochem, Sep. 2011, 416(2):218-27.

Nilsson et al., "RNA-templated DNA ligation for transcript analysis," Nucleic Acids Res., Jan. 2001, 29(2):578-81.

Nuovo, "In situ PCR: protocols and applications.," Genome Res, Feb. 1995, 4 (4): 151-167.

Ohtsubo et al., "Bacterial insertion sequences," Curr Top Microbiol Immunol., 1996, 204:1-26.

Oleinikov et al., "Self-assembling protein arrays using electronic semiconductor microchips and in vitro translation," J Proteome Res, May-Jun. 2003, 2(3): 313-319.

Olivier, "The Invader assay for SNP genotyping," Mutat. Res., Jun. 2005, 573(1-2):103-110.

Oren et al., "Selective lysis of bacteria but not mammalian cells by diastereomers of melittin: structure-function study," Biochemistry, Feb. 1997, 36(7):1826-35.

Osada et al., "Epitope mapping using ribosome display in a reconstituted cell-free protein synthesis system," J Biochem, May 2009, 145(5): 693-700.

O-Shannessy et al., "Detection and quantitation of hexa-histidine-tagged recombinant proteins on western blots and by a surface plasmon resonance biosensor technique," Anal Biochem, 229(1): 119-124, 1995.

Ostuni et al., "Patterning Mammalian Cells Using Elastomeric Membranes," Langmuir, Aug. 2000, 16(20):7811-7819.

Palamanda et al., "Evaluation of CYP1A1 and CYP2B1/2 m-RNA Induction in Rat Liver Slices Using the NanoString® Technology: A Novel Tool for Drug Discovery Lead Optimization," Drug metabolism letters, Nov. 3, 2009, 3(3): 171-175.

Pandey et al., "Inhibition of terminal deoxynucleotidyl transferase by adenine dinucleotides. Unique inhibitory action of Ap5A," FEBS Lett., Mar. 1987, 213(1):204-8.

Park et al., "Cancer gene therapy using adeno-associated virus vectors," Front Biosci., Jan. 2008, 13:2653-59.

Park et al., "The Estimation of Breast Cancer Disease-Probability by Difference of Individual Susceptibility," Cancer Res. Treat., Feb. 2003, 35(1):35-51. Abstract.

Patil et al., "DNA-based therapeutics and DNA delivery systems: a comprehensive review," AAPS J. Apr. 2005, 7(1):E61-77.

Patton et al., "Rainbow's end: the quest for multiplexed fluorescence quantitative analysis in proteomics." Current Opinion to Chemical Biology, Feb. 1, 2002, 6(1):63-69.

PCT International Preliminary Report on Patentability in International Appln. No. PCT/US2011/031308, dated Oct. 9, 2012, 7 pages.

PCT International Search Report and Written Opinion in International Appln. No. PCT/US2011/031308, dated May 25, 2011, 8 pages.

Pellestor et al., "The peptide nucleic acids (PNAs), powerful tools for molecular genetics and cytogenetics," Eur J Hum Genet., Sep. 2004, 12(9):694-700.

Pemov et al., "DNA analysis with multiplex microarray-enhanced PCR," Nucl. Acids Res., Jan. 2005, 33(2):e11, 9 pages.

Penland et al., "RNA expression analysis of formalin-fixed paraffin-embedded tumors," Laboratory Investigation, Apr. 2007, 87(4):383-391.

Perler et al., "Intervening sequences in an Archaea DNA polymerase gene," PNAS USA, Jun. 1992, 89(12): 5577-5581.

Perocchi et al., "Antisense artifacts in transcriptome microarray experiments are resolved by actinomycin D," Nucleic Acids Res., 2007, 35(19):e128, 7 pages.

Petterson et al., "Generations of sequencing technologies," Genomics, 2009, 105-111.

## US 11,549,138 B2

Page 14

(56)        **References Cited**

OTHER PUBLICATIONS

Pipenburg et al., "DNA detection using recombination proteins," PLoS Biol., Jul. 2006. 4(7):e204, 7 pages.

Pirici et al., "Antibody elution method for multiple immunohistochemistry on primary antibodies raised in the same species and of the same subtypem," J. Histochem. Cytochem., Jun. 2009, 57(6):567-75.

Piston et al., "Fluorescent protein FRET: the good, the bad and the ugly," Trends Biochem Sci., Sep. 2007, 32(9):407-14.

Plasterk, "The Tcl/mariner transposon family," Curr Top Microbiol Immunol., 1996, 204:125-43.

Pluen et al., "Diffusion of macromolecules in agarose gels: comparison of linear and globular configurations," Biophys J., Jul. 1999, 77(1):542-552.

Polsky-Cynkin et al., "Use of DNA Immobilizedon Plastic and Agarose Supports to Detect DNA by Sandwich Hybridization," Clin. Chem. 31: 1438-1443, 1985.

Porreca et al., "Polony DNA sequencing," Curr Protoc Mol Biol., Nov. 2006, Chapter 7, Unit 7.8, pp. 7.8.1-7.8.22.

U.S. Appl. No. 61/267,363, filed Dec. 7, 2009 (Year: 2009).

Punwaney et al., "Human papillomavirus may be common within nasopharyngeal carcinoma of Caucasian Americans: investigation of Epstein-Barr virus and human papillomavirus in eastern and western nasopharyngeal carcinoma using ligation-dependent polymerase chain reaction," Head & Neck, Jan. 1999, 21(1):21-29.

Raab et al., "Human tRNA genes function as chromatin insulators," EMBO J., Jan. 2012, 31(2):330-50.

Ramachandran et al., "Next-generation high-density self-assembling functional protein arrays," Nature Methods, Jun. 2008, 5(6):535-538.

Ramanujan et al., "Diffusion and convection in collagen gels: implications for transport in the tumor interstitium," Biophys. J., Sep. 2002, 83(3): 1650-1660.

Ranki et al., "Sandwich hybridization as a convenient method for the detection of nucleic acids in crude samples", Gene 21: 77-85, cellulose, 1983.

Razonable, "Antiviral drugs for viruses other than human immunodeficiency virus," Mayo Clinic Proceedings, Oct. 2011, 86(10):1009-26.

Reinartz et al., "Massively parallel signature sequencing (MPSS) as a tool for in-depth quantitative gene expression profiling in all organisms," Brief Funct Genomic Proteomic, Feb. 2002, 1(1):95-104.

Rettig et al., "Large-scale single-cell trapping and imaging using microwell arrays," Anal Chem, Sep. 2005. 77(17):5628-5634.

Reznikoff, "Tn5 as a model for understanding DNA transposition," Mol Microbiol., Mar. 2003, 47(5):1199-206.

Ristova et al., "Study of hydrogenated amorphous silicon thin films as a potential sensor for He—Ne laser light detection," Applied Surface Science, Sep. 2003, 218(1-4):44-53.

Roberts et al., "RNA-peptide fusions for the in vitro selection of peptides and proteins," PNAS USA, Nov. 1997, 94: 12297-122302.

Robinson et al., "Small-sample estimation of negative binomial dispersion, with applications to SAGE data," Biostatistics, Apr. 2008, 9(2):321-332.

Rogers et al., "Immobilization of oligonucleotides onto a glass support, via disulfide bonds: A method for preparation of DNA microarrays." Anal Biochem., Jan. 1999, 266(1):23-30.

Rogers et al., "Use of a novel cross-linking method to modify adenovirus tropism," Gene Ther., Dec. 1997, 4(12):1387-92.

Ronaghi et al., "A sequencing method based on real-time pyrophosphate," Science, Jul. 1998, 281(5375): 363-365.

Ronaghi et al., "Real-time DNA sequencing using detection of pyrophosphate release," Analytical Biochemistry, Nov. 1996, 242(1): 84-89.

Ronaghi, "Pyrosequencing sheds light on DNA sequencing," Genome Res, Jan. 2001, 11(1):3-11.

Rosenthal et al., "Cell patterning chip for controlling the stem cell microenvironment," Biomaterials, Jul. 2007, 28(21):3208-3216.

Rouillard et al., "OligoArray 2.0: design of oligonucleotide probes for DNA microarrays using a thermodynamic approach," Nuc. Acid Research, Jun. 2003, 31(12): 3057-3062.

Rountenberg et al., "Microfluidic probe: a new tool for integrating microfluidic environments and electronic wafer-probing," Lab Chip, Oct. 2009, 10(1):123-127.

Rubin et al., "Whole-genome resequencing reveals loci under selection during chicken domestication.," Nature, Mar. 2010. 464: 587-591.

Rubina et al., "Hydrogel-based protein microchips: manufacturing, properties, and applications," Biotechniques, May 2003, 34(5):1008-14.

Rush et al., "New Aldehyde Tag Sequences Identified by Screening Formylglycine Generating Enzymes in Vitro and in Vivo," J. of American Chemical Society, Aug. 2008. 130(37): 12240-12241.

Russell et al., "Molecular mechanisms of late endosome morphology, identity and sorting," Curr. Opin. Cell Bio., Aug. 2006, 18(4):422-428.

San Paulo et al., "High-resolution imaging of antibodies by tapping-mode atomic force microscopy: attractive and repulsive tip-sample interaction regimes." Biophys J., Mar. 2000, 78(3):1599-1605.

Sano et al., "Immuno-PCR: Very Sensitive Antigen Detection by Means of Specific Antibody-DNA Conjugates," Science, Oct. 2, 1992, 258(5079):120-122.

Schellings et al., "Absence of SPARC results in increased cardiac rupture and dysfunction after acute myocardial infarction," J Exp Med., Jan. 2009, 206(1):113-23.

Schena et al., "Quantitative monitoring of gene expression patterns with a complementary DNA microarray," Science, Oct. 1995, 270(5235):467-470.

Schena et al., "Entering the Postgenome Era," Science, 1995, 270:368-9, 371.

Schlapak et al., "Glass surfaces grafted with high-density poly (ethylene glycol) as substrates for DNA oligonucleotide microarrays," Langinuir, Jan. 2006, 22: 277-285.

Schmitt et al., "Detection of ultra-rare mutations by next-generation sequencing," PNAS (2012) 109:14508-14523.

Scholz et al., "The Molecular Chaperone Hsp90 Is Required for Signal Transduction by Wild-Type Hck and Maintenance of Its Constitutively Active Counterpart1," Cell Growth Differ., Aug. 2001, 12(8):409-417.

Schouten et al., "Relative quantification of 40 nucleic acid sequences by multiplex ligation-dependent probe amplification," Nucleic Acids Res., Jun. 2002, 30(12):e57, 13 pages.

Schroeder et al., "The RIN: an RNA integrity No. for assigning integrity values to RNA measurements" BMC Molecular Biology, Jan. 2006, 7:3, 14 pages.

Schweitzer et al., "Multiplexed protein profiling on microarrays by rolling-circle amplification," Nature Biotechnology, Apr. 2002, 20(4):359-365.

Schwers et al., "A high-sensitivity, medium-density, and target amplification-free planar waveguide microarray system for gene expression analysis of formalin-fixed and paraffin-embedded tissue," Clin. Chem., Nov. 2009, 55(11): 1995-2003.

ScienceDirect.com [online], "Plant Fibers," Definition, 2011, retrieved on Apr. 13, 2022, retrieved from URL<https://www.sciencedirect.com/topics/agricultural-and-biological-sciences/plant-fibers>, 9 pages.

Sekar et al., "Fluorescence resonance energy transfer (FRET) microscopy imaging of live cell protein localizations," J Cell Biol., Mar. 2003, 160(5):629-33.

Sergeeva et al., "Display technologies: Application for the discovery of drug and gene delivery aaents," Advanced Drug Delivery Reviews (2006) 58(15):1622-I654.

Seurynck-Servoss et al., "Evaluation of Surface Chemistries for Antibody Microanays," Anal Biochem., 371(1): 105-115, 2007.

Shalon et al., "A DNA microarray system for analyzing complex DNA samples using two-color fluorescent probe hybridization," Genome Res., Jul. 1996, 6(7):639-45.

Shelbourne et al., "Fast copper-free click DNA ligation by the ring-strain promoted alkyne-azide cycloaddition reaction.", Chem. Commun., 47: 6257-6259, 2011.

Shendure et al., "Accurate Multiplex Polony Sequencing of an Evolved Bacterial Genome," Science, 2005, 309:1728-1732.

US 11,549,138 B2

Page 15

(56)         **References Cited**

OTHER PUBLICATIONS

Shi et al., "The Micro Array Quality Control (MAQC) project shows inter- and intraplatform reproducibility of gene expression measurements," Nature Biotechnology, 2006, 24(9):1151-61.

Shi, "Enabling large-scale pharmacogenetic studies by high-throughput mutation detection and genotyping technologies," Clin. Chem., Feb. 2001, 47(2):164-172.

Shirai et al., "Novel Tools for Analyzing Gene Expressions in Single Cells," The 5th International Workshop on Approaches to Single-Cell Analysis, The University of Tokyo, Mar. 3-4, 2011, 1 page.

Shoemaker et al., "Quantitative phenotypic analysis of yeast deletion mutants using a highly parallel molecular bar-coding strategy," Nature genetics (1996) 14:450-456.

Shults et al., "A multiplexed protein kinase assay," Chem Bio Chem (2007) 8:93 3-942.

Sievertzon et al., "Transcriptome analysis in primary neural stem cells using a tag cDNA amplification method," BMC Neuroscience, Dec. 2005, 6: 28.

Simonis et al., "Nuclear organization of active and inactive chromatin domains uncovered by chromosome conformation capture-on-chip (4C)," Nat Genet., Nov. 2006, 38(11):1348-54.

Slonim and Yanai, "Getting started in gene expression microarray analysis," Plos Computational Biology, 2009, 5(10):e1000543.

Soderberg et al. "Characterizing proteins and their interactions in cells and tissues using the in situ proximity ligation assay," Methods, Jul. 2008, 45(3):227-232.

Soderberg et al., "Direct observation of individual endogenous protein complexes in situ by proximity ligation," Nature Methods, 2006, 3:995-1000.

Son et al., "A platform for ultrasensitive and selective multiplexed marker protein assay toward early-stage cancer diagnosis," Nanomedicine, Feb. 7, 2007, 2(1):79-82.

Soni and Meller, "Progress toward ultrafast DNA sequencing using solid-state nanopores," Clin Chem., 2007, 53: 1996-2001.

Spiess et al., "A highly efficient method for long-chain cDNA synthesis using trehalose and betaine," Anal. Biochem., Feb. 2002, 301(2): 168-74.

Spurgeon et al., "High Throughput Gene Expression Measurement with Real Time PCR in a Microfluidic Dynamic Array," Plos ONE, 2008, 3(2):e1662.

Stevens Jr. et al., "Enhancement of phosphoprotein analysis using a fluorescent affinity tag and mass spectrometry," Rapid Commun Mass Spectrom, 2005, 19(15):2157-62.

Stimpson et al., "Real-time detection of DNA hybridization and melting on oligonucleotide arrays by using optical wave guides," Proc Natl Acad Sci USA, Jul. 1995, 92(14):6379-83.

Stoddart et al., "Single-nucleotide discrimination in immobilized DNA oligonucleotides with a biological nanopore," PNAS U S A, May 2009, 106(19):7702-7707.

Stroh et al., "Quantum dots spectrally distinguish multiple species within the tumor milieu in vivo," Nat Med., Jun. 2005, 11(6):678-82.

Subramanian et al., "Gene set enrichment analysis: a knowledge-based approach for interpreting genome-wide expression profiles," PNAS, Oct. 2005, 102(43):15545-15550.

Suh et al., "A simple soft lithographic route to fabrication of poly(ethylene glycol) microstructures for protein and cell patterning," Biomaterials, Feb. 2004, 25(3):557-563.

Sumitomo et al., "Ca2+ ion transport through channels formed by -hemolysin analyzed using a microwell array on a Si substrate," Biosensors and Bioelectronics, 2012, 31(1):445-450.

Summersgill et al., "Fluorescence In Situ Hybridization Analysis of Formalin Fixed Paraffin Embedded Tissues, Including Tissue Microarrays," Chapter 4, Bridger, J. Ed., Methods in Molecular Biology 659, 2010, 51-70, 2010.

Sun et al., "Direct immobilization of DNA probes on non-modified plastics by UV irradiation and integration in microfluidic devices for rapid bioassay," Anal. Bio. Chem., 402: 741-748, 2012.

Surzhik et al., "Template-dependent biosynthesis of polv(G) x poly (C) and its antiviral activity in vitro and in vivo," Antiviral Res., May 1988, 38(2):131-40.

Sutherland et al., "Utility of formaldehyde cross-linking and mass spectrometry in the study of protein-protein interactions," J. Mass Spectrom., Jun. 2008, 43(6):699-715.

Swartz et al., "Interstitial flow and its effects in soft tissues," Annu Rev Biomed Eng., 2007, 9:229-56.

Syková et al., "Diffusion in brain extracellular space," Physiol Rev., Oct. 2008, 88(4):1277-340.

Tai et al., "Replication-competent retrovirus vectors for cancer gene therapy," Front Biosci., Jan. 2008, 13:3083-95.

Takahashi et al., "In Vitro Selection of Protein and Peptide Libraries Using mRNA Display," Nucleic Acid and Peptide Aptamers: Methods and Protocols (2009) 535:293-314 (Ch. 17).

Tan et al., "Parylene peel-off arrays to probe the role of cell-cell interactions in tumour angiogenesis," Integr Biol (Camb), Oct. 2009, 1(10):587-594.

Tang et al., "RNA-Seq analysis to capture the transcriptome landscape of a single cell," Nat Protoc., 5: 516-35, 2010.

Taniguchi et al., "Quantitative analysis of gene expression in a single cell by qPCR," Nature Methods, 6, pp. 503-506, 2009.

Tawfik et al., "Man-made cell-like compartments for molecular evolution," Nat Biotechnol., Jul. 1998, 16(7):652-6.

Taylor et al., "Mitochondrial DNA mutations in human disease." Nature Reviews Genetics. May 2005, 6(5):389-402.

Tegtmeyer et al., "Alternative Interactions of the SV40 A Protein with DNA," Virology, 1981, 115:75-87.

Thacker et al., "Alkaline Hydrolysis—Carcass Disposal: A Comprehensive Review," National Agriculture Biosecurity Center, Aug. 2004, Chapter 6, pp. 1-12.

Thiery et al., "Multiplex target protein imaging in tissue sections by mass spectrometry—TAMSIM," Rapid Commun. Mass Spectrom., 2007, 21:823-829.

Thorne et al., "In vivo diffusion analysis with quantum dots and dextrans predicts the width of brain extracellular space," Proc Natl Acad Sci USA, Apr. 2006, 103(14):5567-5572.

Thornton, "High rate thick film growth." Annual review of materials science, Aug. 1977, 7(1):239-60.

Tian et al., "Antigen peptide-based immunosensors for rapid detection of antibodies and antigens," Anal Chem May 26, 2009, 81 (13):5218-5225.

Tijssen et al., "Overview of principles of hybridization and the strategy of nucleic acid assays" in Techniques in Biochemistry and Molecular Biology—Hybridization with Nucleic Acid Probes, 1993, 24(Chapter 2), 65 pages.

Timofeev et al., "Regioselective immobilization of short oligonucleotides to acrylic copolymer gels," Nucleic Acids Res., Aug. 1996, 24(16):3142-8.

Tolbert et al., "New Methods for Proteomic Research: Preparation of Proteins with N-Terminal Cysteines for Labeling and Conjugation," Angewandte Chemie International Edition. Jun. 17, 2002, 41(12):2171-4.

Totet et al., "Immunocompetent infants as a human reservoir for Pneumocystis jirovecii: rapid screening by non-invasive sampling and real-time PCR at the mitochondrial large subunit rRNA gene," J Eukaryot Microbiol., 2003, pp. 668-669.

Toubanaki et al., "Dry-reagent disposable biosensor for visual genotyping of single nucleotide polymorphisms by oligonucleotide ligation reaction: application to pharmacogenetic analysis," Hum Mutat., Aug. 2008, 29(8):1071-8.

Twyman et al., "Techniques Patents for SNP Genotyping," Pharmacogenomics, Jan. 2003, 4(1):67-79.

U.S. Appl. No. 60/416,118 Fan et al., Multiplex Nucleic Acid Analysis Using Archived or Fixed Samples, filed Oct. 3, 2002, 22 pages.

Valencia et al., "mRNA-Display-Based Selections for Proteins with Desired Functions: A Protease-Substrate Case Study." Biotechnology progress, May 2008, 24(3):561-9.

Valley et al., "Optoelectronic tweezers as a tool for parallel single-cell manipulation and stimulation," IEEE Trans Biomed Circuits Syst., Dec. 2009, 3(6):424-31.

US 11,549,138 B2

Page 16

(56)        **References Cited**

OTHER PUBLICATIONS

Van Gelder et al., "Amplified RNA synthesized from limited quantities of heterogeneous cDNA," Proc. Natl. Acad. Sci. USA 87, 1663-1667, 1990.

Van Ness et al., "A versatile solid support system for oligodeoxy nucleotide probe-based hybridization assays", Nucleic Acids Res. 19: 3345-3350, 1991.

Vasiliskov et al., "Fabrication of microarray of gel-immobilized compounds on a chip by copolymerization," Biotechniques, Sep. 1999, 27(3):592-606.

Velculescu et al., "Serial analysis of gene expression." Science, Oct. 20, 1995, 270(5235):484-7.

Vermesh et al., "High-density, multiplexed patterning of cells at single-cell resolution for tissue engineering and other applications," Angew Chem Int Ed Engl, Aug. 2011, 50(32):7378-7380.

Vincent et al., "Helicase-dependent isothermal DNA amplification," EMBO Rep., Aug. 2004, 5(8):795-800.

Viollet et al., "T4 RNA ligase 2 truncated active site mutants: improved tools for RNA analysis," BMC Biotechnol., Jul. 2011, 11:72, 14 pages.

Vogelstein et al., "Digital PCR," Proceedings of the National Academy of Sciences, Aug. 3, 1999, 96:9236-9241.

Wade et al. "Genome sequence, comparative analysis, and population genetics of the domestic horse.," Science., 326: 865-7, 2009.

Waichnan et al., "Functional immobilization and patterning of proteins by an enzymatic transfer reaction," Analytical chemistry, Jan. 21, 2010, 82(4):1478-85.

Walker et al., "Strand displacement amplification—an isothermal in vitro DNA amplification technique," Nucleic acids research, Apr. 11, 1992, 20(7):1691-1696.

Wang et al., "Mutations in NEXN, a Z-disc gene, are associated with hypertrophic cardiomyopathy," Am J Hum Genet., Nov. 2010, 87(5):687-93.

Wang et al., "Single cell analysis: the new frontier in 'omics'" Trends Biotechnol., 28: 281-90, 2010.

Wang et al., "High-fidelity mRNA amplification for gene profiling." Nature biotechnology. Apr. 2000. 18(4):457-459.

Wang, "RNA amplification for successful gene profiling analysis," J Transl Med., Jul. 2005, 3:28, 11 pages.

Watanabe et al., "Cellular networks involved in the influenza virus life cycle," Cell Host & Microbe, Jun. 2010, 7(6):427-39.

Waxman et al., "De-regulation of common housekeeping genes in hepatocellular carcinoma," BMC Genomics, 2007, 1-9.

Weichhart et al., "Functional selection of vaccine candidate peptides from *Staphylococcus aureus* whole-genome expression libraries in vitro," Infection and Immunity, 2003, 71 (4):4333-4641.

Weinreich et al., "Evidence that the cis Preference of the Tn5 Transposase is Caused by Nonproductive Multimerization," Genes and Development, Oct. 1994, 8(19):2363-2374.

Wheeler et al., "Microfluidic device for single-cell analysis," Analytical Chemistry, Jul. 2003, 75(14):3581-3586.

Wiedmann et al., "Ligase chain reaction (LCR)—overview and applications," PCR Methods Appl. Feb. 1994, 3(4):S51-64.

Wikipedia.org [online], "Random hexamer," Jan. 2012, Retrieved on Jan. 21, 2022, retrieved from URL<https://en.wikipedia.org/w/index.php?title=Random_hexamer&oldid=473042236>, 1 page.

Williams, "RAC reviews serious adverse event associated with AAV therapy trial," Mol Ther., Dec. 2007, 15(12):2053-54.

Willi-Monnerat et al., "Comprehensive spatiotemporal transcriptomic analyses of the ganglionic eminences demonstrate the uniqueness of its caudal subdivision," Molecular and Cellular Nueorsciences 37(4):845-856, 2008.

Wilson et al., "New transposon delivery plasmids for insertional mutagenesis in Bacillus anthracis," J Microbiol Methods, Dec. 2007, 71(3):332-5.

Wolf et al., "Rapid hybridization kinetics of DNA attached to submicron latex particles", Nucleic Acids Res. 15: 2911-2926, 1987.

Wong et al., "Direct Site-Selective Covalent Protein Immobilization Catalyzed by a Phosphopantetheinyl Transferase," J. Am. Chem Soc., 2008, 130:12456-64.

Woo et al., "A Comparison of cDNA, Oligonucleotide, and Affymetrix GeneChip Gene Expression Microarray Platforms," Journal of Biomolecular Techniques, 2004, 15(4), 276-284.

Wood et al., "Single cell trapping and DNA damage analysis using microwell arrays," PNAS, Jun. 2010. 107(22):10008-10013.

Worthington et al., "Cloning of random oligonucleotides to create single-insert plasmid libraries," Analyt. Biochem, 2001, 294:169-175.

Wright et al., "Reusable, reversibly sealable parylene membranes for cell and protein patterning," J Biomed Mater Res A., May 2008, 85(2):530-538.

Wu et al., "Detection DNA Point Mutation with Rolling-Circle Amplification Chip," Bioinformatics and Biomedical Engineering (ICBBE), 2010 4th International Conference on IEEE, Piscataway, NJ, USA, Jun. 18, 2010, 14 pages.

Xiao et al., "Direct determination of haplotypes from single DNA molecules," Nature Methods, 2009, 6(3):199-201.

Xie et al. "CryoFISH: Fluorescence In Situ Hybridization on Ultrathin Cryosections," Fluorescence in situ Hybridization (FISH), Jul. 2010, pp. 221-230.

Yan et al., "Decorin gene delivery inhibits cardiac fibrosis in spontaneously hypertensive rats by modulation of transforming growth factor-beta/Smad and p38 mitogen-activated protein kinase signaling pathways," Hum Gene Ther., Oct. 2009, 20(10):1190-200.

Yasukawa et al., "Effects of organic solvents on the reverse transcription reaction catalyzed by reverse transcriptases from avian mycloblastosis virus and Moloney murine leukemia virus," Biosci Biotechnol Biochem., 2010, 74(9):1925-30.

Yeakley et al., "Profiling alternative splicing on fiber-optic arrays," Nature Biotechnology, Apr. 2002, 20(4):353-358.

Yershov et al., "DNA analysis and diagnostics on oligonucleotide microchips," Proc. Natl. Acad. Sci. USA. May 1996, 93(10):4913-4918.

Yet et al., "Cardiac-specific expression of heme oxygenase-1 protects against ischemia and reperfusion injury in transgenic mice," Circ Res., Jul. 2001, 89(2):168-73.

Yin et al., "Genetically encoded short peptide tag for versatile protein labeling by Sfp phosphopantetheinyl transferase," PNAS, 2005, 102(44):15815-20.

Yonezawa et al., "DNA display for in vitro selection of diverse peptide libraries," Nucleic Acids Research, 2003, 31 (19):e118.

Yusof et al., "Inkjet-like printing of single-cells," Lab Chip, Jul. 2011, 11(14):2447-2454.

Zhang et al., "A novel mechanism of transposon-mediated gene activation," PLoS Genet., Oct. 2009, 5(10):e1000689, 10 pages.

Zhang et al., "Binding-induced DNA assembly and its application to yoctomole detection of proteins," Anal Chem (2012) 84(2):877-884.

Zhang et al., "Single-base mutational analysis of cancer and genetic diseases using membrane bound modified oligonucleotides," Nucleic Acids Res., Jul. 1991, 19(14):3929-33.

Zhang et al., "Stripping custom microRNA microarrays and the lessons learned about probe-slide interactions," Anal Biochem. Mar. 2009, 386(2):222-7.

Zheng et al., Origins of human mitochondrial point mutations as DNA polymerase mediated errors. Mutat. Res. 599(1-2): 11-20, 2006.

Zheng, "Spectroscopy-based quantitative fluorescence resonance energy transfer analysis," Methods Mol Biol, 2006, 337:65-77.

Zhou et al., "Genetically encoded short peptide tags for orthogonal protein labeling by Sfp and AcpS phosphopantetheinyl transferases," ACS Chemical Biol., 2007 25:337-346.

Zhu et al., "Reverse Transcriptase Template Switching: A Smart Approach for Full-Length cDNA Library Construction," BioTechniques, 2001, 30(4):892-897.

Zieba et al., "Bright-field microscopy visualization of proteins and protein complexes by in situ proximity ligation with peroxidase detection," Clin Chem, Jan. 2010, 56(1):99-110.

Zilberman et al., "Genome-wide analysis of DNA methylation patterns," Development (2007) 134: 3959-3965.

**US 11,549,138 B2**

Page 17

(56)            **References Cited**

OTHER PUBLICATIONS

Zuker, "Mfold web server for nucleic acid folding and hybridization prediction," Nucleic Acids Res., Jul. 2003, 31(13):3406-15.
U.S. Appl. No. 16/353,937, filed Mar. 14, 2019, Frisen et al.
Ahern, "Biochemical, Reagents Kits Offer Scientists Good Return on Investment," The Scientist, Jul. 1995, 9(15):20, 7 pages.
Ahlfen et al., "Determinants of RNA quality from FFPE samples," PLoS One, Dec. 2007, 2(12):e1261, 7 pages.
Boulé et al., "Terminal deoxynucleotidyl transferase indiscriminately incorporates ribonucleotides and deoxyribonucleotides," J Biol Chem., Aug. 2001, 276(33):31388-93.
Cardona et al., "TrakEM2 0.9a User Manual," Sep. 8, 2011, retrieved on Jul. 29, 2022, retrieved from URL <https://www.ini.uzh.ch/~acardona/trakem2_manual.html>, 38 pages.
Chen et al., "Gray-scale photolithography using microfluidic photomasks," PNAS, Feb. 2003, 100(4):1499-1504.
Dalma-Weiszhausz et al., "The affymetrix GeneChip platform: an overview," Methods Enzymol., 2006, 410:3-28.
Deo et al., "Detection of mammalian microRNA expression by in situ hybridization with RNA oligonucleotides," Dev Dyn., Sep. 2006, 235(9):2538-48.
Escholarship.org [online], "Methods and devices for fabricating and assembling DNA and protein arrays for high-throughput analyses [electronic resource]," 2010, retrieved on Jun. 8, 2022, retrieved from URL<https://escholarship.org/uc/item/6tt7p46s>, 155 pages.
Evers et al., "The effect of formaldehyde fixation on RNA: optimization of formaldehyde adduct removal," J Mol Diagn., May 2011, 13(3):282-8.
Fischer et al., "Hematoxylin and eosin staining of tissue and cell sections," CSH Protoc., May 2008, 3(5):1-3.
Hafner et al., "Identification of microRNAs and other small regulatory RNAs using cDNA library sequencing," Methods, Jan. 2008, 44(1):3-12.
Hanauer et al., "Separation of nanoparticles by gel electrophoresis according to size and shape," Nano Lett., Sep. 2007, 7(9):2881-5.
Hattersley et al., "Development of a microfluidic device for the maintenance and interrogation of viable tissue biopsies," Lab Chip., Nov. 2008, 8(11):1842-6.
Ho et al., "Characterization of an ATP-Dependent DNA Ligase Encoded by Chlorella Virus PBCV-1," Journal of Virology, Mar. 1997, 71(3):1931-1937.
Hsuih et al., "Novel, Ligation-Dependent PCR Assay for Detection of Hepatitis C Virus in Serum," Journal of Clinical Microbiology, Mar. 1996, 34(3):501-507.
Im et al., "An Introduction to Performing Immunofluorescence Staining," Biobanking: Methods and Protocols, Method in Molecular Biology, Yong (ed.), 2019, 1897, Chapter 26, 299-311.
Jennane et al., "Photolithography of self-assembled monolayers: optimization of protecting groups by an electroanalytical method," Can, J Chem., Dec. 1996, 74(12):2509-2517.
Kumar et al., "Template-directed oligonucleotide strand ligation, covalent intramolecular DNA circularization and catenation using click chemistry," J Am Chem Soc., May 2007, 129(21):6859-64.
Lopez-Otin et al., "Protease degradomics: a new challenge for proteomics," Nat Rev Mol Cell Biol., Jul. 2002, 3(7):509-19.
Magaki et al., "An introduction to Performance of Immunohistochemistry," Biobanking: Methods and Protocols, Method in Molecular Biology, Yong (ed.), 2019, 1897, Chapter 25, 289-298.
Nandakumar et al., "RNA Substrate Specificity and Structure-guided Mutational Analysis of Bacteriophage T4 RNA Ligase 2," Journal of Biological Chemistry, Jul. 2004, 279(30):31337-31347.
Ozsolak et al., "Digital transcriptome profiling from attomole-level RNA samples," Genome Res., Apr. 2010, 20(4):519-25.
Shibata et al., "Detection of human papilloma vims in paraffin-embedded tissue using the polymerase chain reaction," J Exp Med., Jan. 1988, 167(1):225-30.
Slomovic et al., "Addition of poly(A) and poly(A)-rich tails during RNA degradation in the cytoplasm of human cells," Proc Natl Acad Sci USA, Apr. 2010, 107(16):7407-12.
Taylor et al., "Microfluidic local perfusion chambers for the visualization and manipulation of synapses," Neuron., Apr. 2010, 66(1):57-68, 25 pages.
Toy et al., "A Simple Plastic Perfusion Chamber for Continuous Maintenance and Cinematography of Tissue Cultures," Experimental Cell Research, 1958, 14:97-103.
Ulery et al., "Biomedical Applications of Biodegradable Polymers," J Polym Sci B Polym Phys., Jun. 2011, 49(12):832-864.
Vandenbroucke et al., "Quantification of splice variants using real-time PCR," Nucleic Acids Research, 2001, 29(13):e68, 7 pages.
Wang et al., "Paramagnetic microspheres with core-shell-ed structures," Journal of Materials Science, Apr. 2012, 47(16):5946-54.

10XC-00000914

U.S. Patent          Jan. 10, 2023          Sheet 1 of 5          US 11,549,138 B2



FIG. 1



FIG. 2

10XC-00000916

U.S. Patent

Jan. 10, 2023

Sheet 3 of 5

US 11,549,138 B2



**FIG. 3**

FIG. 4A



"a" pattern

"b" pattern

FIG. 4B



FIG. 4C

code = a1, b4

10XC-00000918







## FIG. 5

10XC-00000919

US 11,549,138 B2

1

## SPATIALLY ENCODED BIOLOGICAL ASSAYS

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 17/030,230, filed Sep. 23, 2020, which is a continuation of U.S. patent application Ser. No. 16/988,284, filed Aug. 7, 2020, now U.S. Pat. No. 10,961,566, which is a continuation of U.S. patent application Ser. No. 16/414, 213, filed May 16, 2019, now U.S. Pat. No. 10,787,701, which is a continuation of U.S. patent application Ser. No. 16/402,098, filed May 2, 2019, now U.S. Pat. No. 10,472, 669, which is a continuation of U.S. patent application Ser. No. 16/276,235 filed Feb. 14, 2019, now U.S. Pat. No. 10,480,022, which is a continuation application of U.S. patent application Ser. No. 15/187,661, filed Jun. 20, 2016, now U.S. Pat. No. 10,308,982, which is a continuation of Ser. No. 13/080,616 filed Apr. 5, 2011, now U.S. Pat. No. 9,371,598, which claims the benefit of U.S. Provisional Patent Application No. 61/321,124, filed Apr. 5, 2010 and is incorporated herein by reference.

### FIELD OF THE INVENTION

This invention relates to assays of biological molecules, and more particularly to assays for determining spatial distributions of a large number of biological molecules in a solid sample simultaneously.

### BACKGROUND OF THE INVENTION

In the following discussion certain articles and methods will be described for background and introductory purposes. Nothing contained herein is to be construed as an "admission" of prior art. Applicant expressly reserves the right to demonstrate, where appropriate, that the articles and methods referenced herein do not constitute prior art under the applicable statutory provisions.

Comprehensive gene expression analysis and protein analysis have been useful tools in understanding mechanisms of biology. Use of these tools has allowed the identification of genes and proteins involved in development and in various diseases such as cancer and autoimmune disease. Conventional methods such as in situ hybridization and other multiplexed detection of different transcripts have revealed spatial patterns of gene expression and have helped shed light on the molecular basis of development and disease. Other technologies that have enabled the quantitative analysis of many RNA sequences per sample include microarrays (see Shi, et al., Nature Biotechnology, 24(9): 1151-61 (2006); and Slonim and Yanai, Plos Computational Biology, 5(10):e1000543 (2009)); serial analysis of gene expression (SAGE) (see Velculescu, et al, Science, 270 (5235):484-87 (1995)), high-throughput implementations of qPCR (see Spurgeon, et al., Plos ONE, 3(2):e1662 (2008)) and in situ PCR (see Nuovo, Genome Res., 4:151-67 (1995)). As useful as these methods are, however, they do not enable simultaneous measurement of the expression of many genes or the presence and/or activity of multiple proteins at many spatial locations in a sample. Laser capture microdissection has permitted the analysis of many genes at a small number of locations, but it is very expensive, laborious, and does not scale well. Certain PCR assays in a 2D format preserve spatial information (see Armani, et al., Lab on a Chip, 9(24): 3526-34 (2009)), but these methods

2

have low spatial resolution because they rely on physical transference of tissue into wells, which also prevents random access to tissue samples and high levels of multiplexing.

At present, no practical method exists to analyze at high resolution the spatial expression patterns of large numbers of genes, proteins, or other biologically active molecules simultaneously. There is thus a need for reproducible, high-resolution spatial maps of biological molecules in tissues. The present invention addresses this need.

### SUMMARY OF THE INVENTION

This Summary is provided to introduce a selection of concepts in a simplified form that are further described below in the Detailed Description. This Summary is not intended to identify key or essential features of the claimed subject matter, nor is it intended to be used to limit the scope of the claimed subject matter. Other features, details, utilities, and advantages of the claimed subject matter will be apparent from the following written Detailed Description including those aspects illustrated in the accompanying drawings and defined in the appended claims.

The invention encompasses assay systems that provide high-resolution spatial maps of biological activity in tissues. The assay system comprises an assay capable of high levels of multiplexing where encoded probes are provided to a biological sample in defined spatial patterns; instrumentation capable of controlled delivery of reagents according to the spatial patterns; and a decoding scheme providing a readout that is digital in nature. In short, the present invention provides the ability to look at many biological targets in many locations, providing the resolution of in situ hybridization with the highly-parallel data analysis of sequencing.

Thus, in some embodiments, the invention provides an assay system to determine spatial patterns of abundance or activity or both of multiple biological targets at multiple sites in a sample, where the assay system performs the following steps: providing a sample affixed to a support; delivering encoded probes for the multiple biological targets to the multiple sites in the sample in a known spatial pattern, where each encoded probe comprises a probe region that may interact with the biological targets and a coding tag that identifies a location of the site to which the encoded probe was delivered; allowing the encoded probes to interact with the biological targets; separating encoded probes that interact with the biological targets from encoded probes that do not interact with the biological targets; determining all or a portion of a sequence of the encoded probes, and associating the abundance or activity or both of the multiple biological targets to the locations of the sites in the sample.

In particular aspects of the invention the biological targets comprise nucleic acids and the encoded probes are oligonucleotides, and in some aspects, there are two encoded probes for each of the multiple nucleic acid targets. In some aspects, the multiple biological targets comprise proteins, the probe regions of the encoding probes are proteins and the coding tags comprise oligonucleotides. In some aspects the multiple biological targets comprise enzymes. In some aspects the probe regions of the encoded probes comprise antibodies, aptamers or small molecules.

Some aspects of the assay system further comprise an amplification step between the separating step and the determining step. In some aspects, the determining step is performed by nucleic acid sequencing, and in preferred aspects, the sequencing is high-throughput digital nucleic acid sequencing.

US 11,549,138 B2

3

In some aspects of the invention, the product of the multiple biological targets being assayed and the multiple sites in the sample is greater than 20, in some aspects product of the multiple biological targets being assayed and the multiple sites in the sample is greater than 50, in some aspects the product of the multiple biological targets being assayed and the multiple sites in the sample is greater than 75, 100, 150, 500, 750, 1,000, 5,000, 10,000, 25,000, 50,000, 100,000, 500,000, or 1,000,000 or more. In other aspects, the sequence of at least fifty thousand encoding probes are determined in parallel, in other aspects the sequence of at least one hundred thousand encoding probes are determined in parallel, in some aspects the sequence of at least five hundred thousand encoding probes are determined in parallel, and in some aspects the sequence of at least one million, ten million, one hundred million, one billion, ten billion, one hundred billion or more encoding probes are determined in parallel.

In some aspects, the known spatial pattern is determined by histological features of the sample. Also in some aspects, software programmed hardware performs at least two steps of the delivering step, the separation step, the determining step and the associating step.

In some aspects, the probe regions of the encoded probes are proteins and the separating step is accomplished by encoded probes that interact with the biological targets being captured by an affinity capture agent. In some aspects the probe regions of the encoding probes are nucleic acids and the separating step is accomplished by a washing of the sample.

In other embodiments there is provided an assay system to determine spatial patterns of abundance or activity or both of multiple nucleic acid targets at multiple sites in a sample, where the assay system performs the following steps: providing a sample affixed to a support; delivering oligonucleotide probes for multiple nucleic acid targets to the multiple sites in the sample in a known spatial pattern; allowing the oligonucleotide probes to hybridize with the nucleic acid targets; washing unhybridized encoded oligonucleotide probes from the sample; delivering one or more encoding agents to locations of the multiple sites in the sample according to a known spatial pattern, where the combination of encoding agents delivered to each site is different; coupling the encoding agents and the oligonucleotide probes to form encoded probes; determining all or a portion of a sequence of the encoded probes using high-throughput sequencing, and associating the abundance or activity or both of multiple biological targets to the locations of multiple sites in the sample.

Other embodiments of the invention provide an assay system to determine spatial patterns of abundance or activity or both of multiple protein targets at multiple sites in a sample, where the assay system performs the following steps: providing a sample affixed to a support; delivering encoded probes for the multiple protein targets to the multiple sites in the sample in a known spatial pattern, where each encoded probe comprises a protein probe region that may interact with the protein targets and a coding tag that identifies a location of the site to which the encoded probe was delivered and the protein probe region of the encoding probe of which the coding tag is part; allowing the encoded probes to interact with the protein targets; separating encoded probes that interact with the protein targets from encoded probes that do not interact with the protein targets; determining all or a portion of a sequence of the encoded probes by high throughput sequencing, and associating the

4

abundance or activity or both of the multiple protein targets to the locations of the multiple sites in the sample.

Other embodiments provide an assay system to determine spatial patterns of abundance or activity or both of multiple biological targets at multiple sites in a sample, where the assay system performs the following steps: providing a sample affixed to a support; delivering encoded probes for the multiple biological targets to the multiple sites in the sample in a known spatial pattern, where each encoded probe comprises a probe region that may interact with the biological targets and a coding tag that identifies a location of the site to which the encoded probe was delivered and identifies the biological target; allowing the encoded probes to interact with the biological targets; determining all or a portion of a sequence of the encoded probes, and associating the abundance or activity or both of the multiple biological targets to the locations of the sites in the sample.

The assay system of the invention can utilize various detection mechanisms, based on the molecules to be detected and the reagents needed for such detection system. Exemplary methods that can be used with the assay systems of the invention are described in more detail below.

## DESCRIPTION OF THE FIGURES

FIG. **1** provides a simplified overview of the assay system of the present invention.

FIG. **2** provides a simplified overview of one embodiment of the assay system of the present invention for detecting nucleic acids.

FIG. **3** is a representational depiction of one embodiment of the assay overviewed in FIG. **2**.

FIG. **4**A-C illustrates a general mechanism for one embodiment of a combinatorial encoding scheme of the assay systems of the invention. FIG. **4**A shows two target-specific/encoding oligonucleotide constructs specifically bound to a target nucleic acid of interest in a sample. FIG. **4**B shows a scheme for delivering twenty different coding tags, a**1** through a**10** and b**1** through b**10**, to a sample to form a 10×10 coding tag grid. FIG. **4**C shows a tissue section sample to which the coding tags are delivered, forming the coding tag grid in the sample.

FIG. **5** provides a simplified, specific example of the embodiment of a combinatorial encoding scheme shown in FIG. **4**.

## DEFINITIONS

The terms used herein are intended to have the plain and ordinary meaning as understood by those of ordinary skill in the art. The following definitions are intended to aid the reader in understanding the present invention, but are not intended to vary or otherwise limit the meaning of such terms unless specifically indicated.

The term "antibody" as used herein is intended to refer to an entire immunoglobulin or antibody or any functional fragment of an immunoglobulin molecule which is capable of specific binding to an antigen (antibodies and antigens are "binding partners" as defined herein). "Antibody" as used herein is meant to include the entire antibody as well as any antibody fragments capable of binding the antigen or antigenic fragment of interest. Examples of such peptides include complete antibody molecules, antibody fragments, such as Fab, F(ab')2, CDRS, VL, VH, and any other portion of an antibody which is capable of specifically binding to an antigen. Antibodies for assays of the invention are immunoreactive or immunospecific for, and therefore specifically

10XC-00000921

US 11,549,138 B2

5

and selectively bind to, proteins either detected (i.e., biological targets) or used for detection (i.e., probes) in the assays of the invention.

The term "binding agent" as used herein refers to any agent that specifically binds to a biological molecule of interest

"Complementary" or "substantially complementary" refers to the hybridization or base pairing or the formation of a duplex between nucleotides or nucleic acids, such as, for instance, between the two strands of a double-stranded DNA molecule or between an oligonucleotide primer and a primer binding site on a single-stranded nucleic acid. Complementary nucleotides are, generally, A and T (or A and U), or C and G. Two single-stranded RNA or DNA molecules are said to be substantially complementary when the nucleotides of one strand, optimally aligned and compared and with appropriate nucleotide insertions or deletions, pair with at least about 80% of the other strand, usually at least about 90% to about 95%, and even about 98% to about 100%).

"Hybridization" refers to the process in which two single-stranded polynucleotides bind non-covalently to form a stable double-stranded polynucleotide, The resulting (usually) double-stranded polynucleotide is a "hybrid" or "duplex," "Hybridization conditions" will typically include salt concentrations of approximately less than 1M, often less than about 500 mM and may be less than about 200 mM. A "hybridization buffer" is a buffered salt solution such as 5% SSPE, or other such buffers known in the art. Hybridization temperatures can be as low as 5° C., but are typically greater than 22° C., and more typically greater than about 30° C., and typically in excess of 37° C. Hybridizations are often performed under stringent conditions, i.e., conditions under which a primer will hybridize to its target subsequence but will not hybridize to the other, non-complementary sequences. Stringent conditions are sequence-dependent and are different in different circumstances. For example, longer fragments may require higher hybridization temperatures for specific hybridization than short fragments. As other factors may affect the stringency of hybridization, including base composition and length of the complementary strands, presence of organic solvents, and the extent of base mismatching, the combination of parameters is more important than the absolute measure of any one parameter alone. Generally stringent conditions are selected to be about 5° C. lower than the $T_m$ for the specific sequence at a defined ionic strength and pH. Exemplary stringent conditions include a salt concentration of at least 0.01M to no more than 1M sodium ion concentration (or other salt) at a pH of about 7.0 to about 8.3 and a temperature of at least 25° C. For example, conditions of 5×SSPE (750 mM NaCl, 50 mM sodium phosphate, 5 mM EDTA at pH 7.4) and a temperature of approximately 30° C. are suitable for allele-specific hybridizations, though a suitable temperature depends on the length and/or GC content of the region hybridized.

"Ligation" means to form a covalent bond or linkage between the termini of two or more nucleic acids, e.g., oligonucleotides and/or polynucleotides, in a template-driven reaction. The nature of the bond or linkage may vary widely and the ligation may be carried out enzymatically or chemically. As used herein, ligations are usually carried out enzymatically to form a phosphodiester linkage between a 5' carbon terminal nucleotide of one oligonucleotide with a 3' carbon of another nucleotide.

"Nucleic acid", "oligonucleotide", "oligo" or grammatical equivalents used herein refers generally to at least two nucleotides covalently linked together. A nucleic acid generally will contain phosphodiester bonds, although in some

6

cases nucleic acid analogs may be included that have alternative backbones such as phosphoramidite, phosphorodithioate, or methylphophoroamidite linkages; or peptide nucleic acid backbones and linkages. Other analog nucleic acids include those with bicyclic structures including locked nucleic acids, positive backbones, non-ionic backbones and non-ribose backbones. Modifications of the ribose-phosphate backbone may be done to increase the stability of the molecules; for example, PNA:DNA hybrids can exhibit higher stability in some environments.

"Primer" means an oligonucleotide, either natural or synthetic, that is capable, upon forming a duplex with a polynucleotide template, of acting as a point of initiation of nucleic acid synthesis and being extended from its 3' end along the template so that an extended duplex is formed. The sequence of nucleotides added during the extension process is determined by the sequence of the template polynucleotide. Primers usually are extended by a DNA polymerase.

The term "SNP" or "single nucleotide polymorphism" refers to a genetic variation between individuals; e.g., a single nitrogenous base position in the DNA of organisms that is variable. SNPs are found across the genome; much of the genetic variation between individuals is due to variation at SNP loci, and often this genetic variation results in phenotypic variation between individuals. SNPs for use in the present invention and their respective alleles may be derived from any number of sources, such as public databases (U.C. Santa Cruz Human Genome Browser Gateway website or the NCBI dbSNP website, or may be experimentally determined as described in U.S. Pat. No. 6,969,589; and US Pub. No. 2006/0188875 entitled "Human Genomic Polymorphisms." Although the use of SNPs is described in some of the embodiments presented herein, it will be understood that other biallelic or multi-allelic genetic markers may also be used. A biallelic genetic marker is one that has two polymorphic forms, or alleles. As mentioned above, for a biallelic genetic marker that is associated with a trait, the allele that is more abundant in the genetic composition of a case group as compared to a control group is termed the "associated allele," and the other allele may be referred to as the "unassociated allele." Thus, for each biallelic polymorphism that is associated with a given trait (e.g., a disease or drug response), there is a corresponding associated allele. Other biallelic polymorphisms that may be used with the methods presented herein include, but are not limited to multinucleotide changes, insertions, deletions, and translocations. It will be further appreciated that references to DNA herein may include genomic DNA, mitochondrial DNA, episomal DNA, and/or derivatives of DNA such as amplicons, RNA transcripts, cDNA, DNA analogs, etc. The polymorphic loci that are screened in an association study may be in a diploid or a haploid state and, ideally, would be from sites across the genome.

The term "selectively binds", "selective binding" and the like as used herein, when referring to a binding partner (e.g. protein, nucleic acid, antibody or other affinity capture agent, etc.), refers to a binding reaction of two or more binding partners with high affinity and/or complementarity to ensure selective hybridization under designated assay conditions. Typically, specific binding will be at least three times the standard deviation of the background signal. Thus, under designated conditions the binding partner binds to its particular "target" molecule and does not bind in a significant amount to other molecules present in the sample.

"Sequencing", "sequence determination" and the like means determination of information relating to the nucleotide base sequence of a nucleic acid. Such information may

10XC-00000922

US 11,549,138 B2

7

include the identification or determination of partial as well as full sequence information of the nucleic acid. Sequence information may be determined "with varying degrees of statistical reliability or confidence. In one aspect, the term includes the determination of the identity and ordering of a plurality of contiguous nucleotides in a nucleic acid, "High throughput digital sequencing" or "next generation sequencing" means sequence determination using methods that determine many (typically thousands to billions) of nucleic acid sequences in an intrinsically parallel manner. i.e. where DNA templates are prepared for sequencing not one at a time, but in a bulk process, and where many sequences are read out preferably in parallel, or alternatively using an ultra-high throughput serial process that itself may be parallelized. Such methods include but are not limited to pyrosequencing (for example, as commercialized by 454 Life Sciences, Inc., Branford, Conn.); sequencing by ligation (for example, as commercialized in the SOLiD™ technology, Life Technology, Inc., Carlsbad, Calif.); sequencing by synthesis using modified nucleotides (such as commercialized in TruSeq™ and HiSeq™ technology by Illumina, Inc., San Diego, Calif., HeliScope™ by Helicos Biosciences Corporation, Cambridge, Mass., and PacBio RS by Pacific Biosciences of California, Inc., Menlo Park, Calif.), sequencing by ion detection technologies (Ion Torrent, Inc., South San Francisco, Calif.); sequencing of DNA nanoballs (Complete Genomics, Inc., Mountain View, Calif.); nanopore-based sequencing technologies (for example, as developed by Oxford Nanopore Technologies, LTD, Oxford, UK), and like highly parallelized sequencing methods.

The term "$T_m$" is used in reference to the "melting temperature." The melting temperature is the temperature at which a population of double-stranded nucleic acid molecules becomes half dissociated into single strands. Several equations for calculating the $T_m$ of nucleic acids are well known in the art. As indicated by standard references, a simple estimate of the $T_m$ value may be calculated by the equation, $T_m = 81.5 + 0.41$ (% G+C), when a nucleic acid is in aqueous solution at 1M NaCl (see e.g., Anderson and Young, Quantitative Filter Hybridization, in *Nucleic Acid Hybridization* (1985)). Other references (e.g., Allawi and SantaLucia, Jr., Biochemistry, 36:10581-94 (1997)) include alternative methods of computation which take structural and environmental, as well as sequence characteristics into account for the calculation of $T_m$.

DETAILED DESCRIPTION OF THE INVENTION

The practice of the techniques described herein may employ, unless otherwise indicated, conventional techniques and descriptions of organic chemistry, polymer technology, molecular biology (including recombinant techniques), cell biology, biochemistry, and sequencing technology, which are within the skill of those who practice in the art. Such conventional techniques include polymer array synthesis, hybridization and ligation of polynucleotides, and detection of hybridization using a label. Specific illustrations of suitable techniques can be had by reference to the examples herein. However, other equivalent conventional procedures can, of course, also be used. Such conventional techniques and descriptions can be found in standard laboratory manuals such as Green, et al., Eds., *Genome Analysis: A Laboratory Manual Series* (Vols. I-IV) (1999); Weiner, Gabriel, Stephens, Eds., *Genetic Variation: A Laboratory Manual* (2007); Dieffenbach, Dveksler, Eds., *PCR Primer: A Laboratory Manual* (2003); Bowtell and Sambrook, *DNA*

8

*Microarrays: A Molecular Cloning Manual* (2003); Mount, *Bioinformatics: Sequence and Genome Analysis* (2004); Sambrook and Russell, *Condensed Protocols from Molecular Cloning: A Laboratory Manual* (2006); and Sambrook and Russell, *Molecular Cloning: A Laboratory Manual* (2002) (all from Cold Spring Harbor Laboratory Press); Stryer, *Biochemistry* (4th Ed.) (1995) W.H, Freeman, New York N.Y.; Gait, "*Oligonucleotide Synthesis: A Practical Approach*" (2002) IRL Press, London; Nelson and Cox, *Lehninger, Principles of Biochemistry* (2000) 3rd Ed., W. H. Freeman Pub., New York, N.Y.; and Berg, et al., *Biochemistry* (2002) 5th Ed., W. H. Freeman Pub., New York, N.Y., all of which are herein incorporated in their entirety by reference for all purposes.

Note that as used herein and in the appended claims, the singular forms "a," "an," and "the" include plural referents unless the context clearly dictates otherwise. Thus, for example, reference to "a nucleic acid" refers to one or more nucleic acids, and reference to "the assay" includes reference to equivalent steps and methods known to those skilled in the art, and so forth.

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this invention belongs. All publications mentioned herein are incorporated by reference for the purpose of describing and disclosing devices, formulations and methodologies that may be used in connection with the presently described invention.

Where a range of values is provided, it is understood that each intervening value, between the upper and lower limit of that range and any other stated or intervening value in that stated range is encompassed within the invention. The upper and lower limits of these smaller ranges may independently be included in the smaller ranges, and are also encompassed within the invention, subject to any specifically excluded limit in the stated range. Where the stated range includes one or both of the limits, ranges excluding either both of those included limits are also included in the invention,

In the following description, numerous specific details are set forth to provide a more thorough understanding of the present invention. However, it will be apparent to one of skill in the art that the present invention may be practiced without one or more of these specific details. In other instances, well-known features and procedures well known to those skilled in the art have not been described in order to avoid obscuring the invention.

The Invention in General

The assay systems of the invention provide spatially-encoded, multiplexed assays comprising 1) an assay capable of high levels of multiplexing with an efficient spatial encoding scheme; 2) instrumentation capable of delivering reagents according to a spatial pattern; and 3) decoding determined by a readout that is digital in nature. The assay systems of the invention detect the presence or absence and relative amount of a biological target or biological activity indicative of a biological target, as well as the location of the biological target or activity in a biological sample, e.g., a tissue section or other biological structure disposed upon a support such as a microscope slide or culture dish.

The assay system further provides instrumentation with an ability to deliver reagents in a spatially-defined pattern. This instrumentation, together "with software, reagents and protocols, provides a key component of the highly innovative assay system of the invention, allowing for measure-

10XC-00000923

US 11,549,138 B2

9

ment of numerous biological targets or activities in a meaningful spatial environment, including gene expression and peptide localization, An encoding scheme used in these assay systems allows one to determine the location of biological targets or activity (or lack thereof) in the biological samples after the products of the multiplexed assay are removed from the biological sample and pooled for analysis. Decoding of the encoding scheme can be performed by, e.g., next-generation sequencing, which easily provides millions to trillions of data points at low cost. The assay results such as the amount or activity of biological targets can then be mapped back to specific location in the biological sample. The assay systems open a new analytical window into the complex spatial patterns of cellular function and regulation in biological samples.

A simplified overview of the assay system 100 of the present invention is provided at FIG. 1. At step 110, a biological sample affixed to a support is provided. The biological sample contains biological targets of interest. Biological targets can include any molecule of interest, such as nucleic acids (including, e.g, RNA transcripts, genomic DNA sequences, cDNAs, amplicons, or other nucleic acid sequences) and proteins, enzymes and the like. At step 120, encoded probes are delivered to the biological sample according to a known spatial pattern. Encoded probes comprise probes, which can interact "with biological targets of interest, and coding tags, which identify the positions in the sample of the biological targets being assayed, and thus can be used to link assay results back to locations in the sample. Coding tags in most embodiments are oligonucleotides. However, coding tags may also be mass tags, fluorescent labels, or other moieties.

In some embodiments, the probe and coding tag portions of the encoded probe are pre-coupled before being delivered to the biological sample, For example, in the case where the encoded probes are oligonucleotides, both the probe and coding tag sequence can be synthesized as a single oligonucleotide. Alternatively, the probe and coding tag portions of the encoding probes can be synthesized or obtained separately and combined before delivery to the biological sample (e.g., two separate oligonucleotides can be synthesized and coupled by, e.g., ligation; or an antibody and an oligonucleotide can be prepared separately and conjugated before delivery to the biological sample). Also, as is described in FIGS. 2-5, the probes and the coding tags (in encoding oligonucleotides) are synthesized separately, and are delivered to the biological sample at different steps (e.g., probes first and coding tags thereafter, or vice versa) in the assay.

At step 130, the encoded probes are allowed to react or interact with the biological targets, i.e., conditions are provided to allow e.g., oligonucleotides to hybridize to nucleic acid targets, enzymes to catalyze reactions with protein targets, antibodies to bind epitopes, etc. In the case where the biological targets are nucleic acids, the encoded probes are typically oligonucleotides and hybridize to the target nucleic acids. In the case that the biological targets are proteins, the encoded probes typically are aptamers, small molecules, or oligonucleotide-conjugated proteins that interact with target proteins by binding to them or by reacting with them (that is, one of the proteins is a substrate for the other). Encoding oligonucleotides may be coupled to the probes (proteins) by conjugation, chemical or photo-crosslinking via suitable groups and the like.

Once encoded probes interact with the biological targets, the encoded probes that interacted with the biological targets must be separated from the encoded probes that did not

10

interact with the biological targets at step 140. In the case where the biological targets are nucleic acids and the encoded probes are oligonucleotides, the separation can be accomplished by, e.g., washing the unhybridized encoded probes from the sample. Similarly, for other assays that are based on affinity binding, including those using aptamer, small molecule, and protein probes, washing steps can be used to remove low affinity binders. In the case where the probe is transformed via interaction with the target, e.g., in the case of a peptide, e.g., via cleavage by a protease or phosphorylation by a kinase, it is convenient to collect, all encoded probes 13 both encoded probes that interacted with the biological targets and were transformed and encoded probes that were not transformed. After collection or pooling, an antibody or other affinity capture agent can be used to capture probes that were transformed by addition of a moiety (e.g., a phosphate group). In cases where probes have been transformed via cleavage, the transformed probes can be separated, e.g., by capturing the non-transformed probes via a tag that is removed from the transformed probes during the transformation (e.g., by cleavage), or by adding a new tag at the site of cleavage.

Once the reacted (transformed) or interacted encoded probes are separated from the unreacted or un-interacted encoded probes, the sequence of the reacted and/or interacted encoded probes is determined at step 150 by, preferably, sequencing. The sequence of the encoded probes allows the mapping of the assay results at step 160 back to locations in the biological sample.

FIG. 2 provides a simplified overview of an assay system 200 of the present invention embodying an efficient implementation of a combinatorial coding scheme for the encoding of spatial information. For purposes of this overview, the probes are oligonucleotides, but as explained elsewhere, other types of probes can also be used. In step 210, a biological sample affixed to a support, e.g., a tissue sample or other biological structure, is provided. In step 220, one or more oligonucleotide probes are delivered to the biological sample, where the oligonucleotide probes are capable of hybridizing with biological targets in the biological sample. In step 230, the oligonucleotide probes are allowed to interact with (hybridize to) the nucleic acid targets; that is, appropriate conditions are provided where oligonucleotide probes can hybridize to the target nucleic acids.

In step 240, the oligonucleotide probes that did not hybridize to target nucleic acids are removed, and thereby separated from oligonucleotide probes that did hybridize to target nucleic acids. In this embodiment, separation can be accomplished by, e.g., washing the sample to remove unhybridized oligonucleotide probes. Next, in step 250, encoding oligonucleotides (the encoding agents) are delivered to the biological sample according to a chosen spatial pattern, where the encoding oligonucleotides comprise coding tags that are used to encode the location of biological targets in the biological sample. Note that in contrast to the assay system of FIG. 1, here the probes and encoding agents (encoding oligonucleotides) are delivered in separate steps. In step 260, the encoding oligonucleotides are coupled to the oligonucleotide probes to create encoded probes. In this case where the probes are oligonucleotides, the encoding oligonucleotides may be coupled to the oligonucleotides probes by, e.g., ligation. Alternatively, the information in the encoding oligonucleotides can be transferred by using a DNA polymerase to extend a probe oligonucleotide that acts as a primer, and thereby copy and incorporate the sequence of the encoding oligonucleotides.

US 11,549,138 B2

11

In step 270, the sequence of the coding tags in the encoded probes as well as the sequence or a portion of the sequence of the probe itself is determined, and in step 280, the target nucleic acids are mapped back to the biological sample. In some embodiments, the abundance of sequences reveals the relative quantity of biological targets at the location. Although this embodiment shows the individual steps in a particular order, so as to better explain the invention, the precise order of the steps can be varied. For example, steps 220 and 250 can be combined, so that a mixture of the probes and encoding oligonucleotides is delivered according to a chosen spatial pattern. Coupling step 260 can then be carried out immediately after the combined steps 220 and 250, or concomitantly with them. In this case, step 240 would then occur after step 260. It can therefore be appreciated that the two key results of this series of steps, i.e., the location-specific encoding of probe molecules and the separation of probe molecules based on their ability to interact with corresponding target molecules, can be accomplished with some flexibility in the implementation of the particular steps. Similarly, there is considerable flexibility in the design of the coding scheme. As described infra, the assays of the invention are particularly amenable to combinatorial methods.

Thus, the present invention provides an ability to look at many different biological targets in many locations, providing the resolution of in situ hybridization with the highly-parallel data analysis of sequencing. In some embodiments, the sum of the multiple biological targets being assayed and the multiple sites in the biological sample is greater than 20, in other embodiments, the sum of the multiple biological targets being assayed and the multiple sites in the biological sample is greater than 50, in other embodiments, the sum of the multiple biological targets being assayed and the multiple sites in the biological sample is greater than 100, greater than 500, 1,000, 10,000, 25,000, 100,000, 500,000, 1,000,000. It will be appreciated that, due to the spatial encoding dimension of the invention, even much larger numbers can be contemplated. For example, assaying 10,000 targets per location×10,000 locations would generate $10^8$ different assays, and even larger numbers than these can easily be contemplated, particularly if spatial locations with resolution on the order of that of single cells are utilized. Further, in embodiments where high-throughput digital sequencing is employed, the sequences of at least 1,000 encoding probes are typically determined in parallel. More typically, using a digital readout, it is desirable to obtain multiple sequence reads for each assay (defined by a probe and a spatial location code). It is desirable to obtain an average of at least 3 copies per assay, and more typically at least 10 or at least 30 copies per assay, depending on the design of the experiment and requirements of the assay. For a quantitative readout with suitable dynamic range, it may be desirable to obtain at least 1,000 reads per assay. Therefore, if 1,000,000 assays are carried out, the number of sequence reads may be 1 billion or more. With high-throughput digital sequencing, and allowing for redundancy, the sequence of at least 10,000 encoding probes are determined in parallel, or the sequence of at least 100,000, 500,000, 1,000,000, 10,000,000, 100,000,000, 1,000,000,000 or more encoding probes are determined in parallel.

Assays

The assay portion of the assay systems of the present invention comprise the following general steps: delivering probes and encoding agents where the encoding agents (in some embodiments pre-coupled to the probes) are delivered to the sample according to a known spatial pattern, allowing

12

the probes to interact or react with biological targets in the sample, and, if the probes and encoding agents have not been pre-coupled, coupling the encoding agents to probes.

The samples of the present invention include virtually any biological sample or samples that can be affixed to a support or provided essentially in a two-dimensional manner, where the ability to tie an assayed biological target or activity back to the location within the biological sample is important. Exemplary biological samples include tissue sections (e.g., including whole animal sectioning and tissue biopsies), cell populations on slides or culture dishes, and the like. The assay systems of the invention are particularly advantageous in that they are compatible with numerous biological sample types, including fresh samples, such as primary tissue sections, and preserved samples including but not limited to frozen samples and paraformalin-fixed, paraffin-embedded (FFPE) samples. An important aspect of the assay systems of the invention is that the biological samples are immobilized on a substrate surface having discrete, independently measurable areas.

The biological targets to be detected can be any biological molecules including but not limited to proteins, nucleic acids, lipids, carbohydrates, ions, or multicomponent complexes containing any of the above. Examples of subcellular targets include organelles, e.g., mitochondria, Golgi apparatus, endoplasmic reticulum, chloroplasts, endocytic vesicles, exocytic vesicles, vacuoles, lysosomes, etc.

In some particular embodiments, the assay system is used to analyze nucleic acids, e.g., by genotyping, quantitation of DNA copy number or RNA transcripts, localization of particular transcripts within samples, and the like. FIG. 3 illustrates an overall scheme for an exemplary assay for, e.g., detecting single nucleotide polymorphisms (SNPs) that can be used with the assay system of the invention. In FIG. 3, two oligonucleotide probes are provided. Each oligonucleotide probe comprises a target-specific region (located on either side of the SNP to be analyzed) seen at 305 and 307, and ligation regions, seen at 301 and 303, The oligonucleotide probes are allowed to hybridize to a target nucleic acid (not shown) in the biological sample. At step 302, one of the oligonucleotide probes is extended to incorporate the SNP sequence and ligated to the other probe to form an extended probe comprising target nucleic acid region 309 and ligation regions 301 and 303.

Two encoding agents, both comprising a coding tag (seen at 315 and 317), a ligation region (seen at 311 and 313), and a primer region (seen at 319 and 321) are combined with and ligated to the extended probe at step 304 to form an encoded target-specific oligonucleotide. Again, in contrast with FIG. 1, the probes and encoding agents are delivered at separate steps. Doing so allows use of the combinatorial embodiments described infra. In preferred embodiments, the encoding oligonucleotides within a pair of encoding oligonucleotides ligate specifically to one side of the target sequence or the other (i.e., 5' or 3' of the target sequence) in step 306. Also, typically, the ligation and primer regions of the encoding oligonucleotides and probes are universal; that is, the set of ligation and primer regions used in constructing the probes and encoding oligonucleotides are constant, and only the target-specific regions of the probes and the coding tags of the encoding oligonucleotides differ. However, again in alternative embodiments, the ligation and primer regions are not universal and differ between probes and encoding agents.

Following ligation, the encoded probes are eluted, pooled, and, optionally, sequencing adapters are added to the encoded probes via PCR. In alternative embodiments,

10XC-00000925

US 11,549,138 B2

13

sequencing primers may be ligated to the encoding oligonucleotides, or sequencing primer sequences can be included as part of the encoding oligonucleotide. As seen in FIG. 3, each sequencing adapter comprises primer region 319 or 321, compatible with the primer regions 319 and 321 on the encoded probes. The final construct comprising first adapter 327, first primer region 319, first coding tag 315, ligation regions 311 and 301, target region 309, ligation regions 313 and 303, second coding tag 317, second primer region 325 and second adapter 329 is now ready for input into a digital high-throughput sequencing process.

A combination of extension and ligation reactions are exemplified in FIG. 3, but it should be appreciated that a variety of reactions may be used to couple the encoding oligonucleotides to the target-specific oligonucleotides, including ligation only (e.g., for oligonucleotides that hybridize to contiguous portions of the target nucleic acid sequence). Alternatively, an assay utilizing an additional oligonucleotide, such as in the GOLDENGATE® assay (see Fan, et al., Cold Spring Harbor. Quant. Biol., 68:69-78 (2003); (Ilumina, Inc., San Diego, Calif.)), may be employed.

In other embodiments, the assay system of the invention also can be used to analyze peptides or proteins, the presence of antibodies, enzymatic and other protein activities, post-translational modifications, active and non-active forms of peptides, as well as peptide isoforms in a biological sample. Accordingly, the probes may comprise an active region of an enzyme, a binding domain of an immunoglobulin, defined domains of proteins, whole proteins, synthetic peptides, peptides with introduced mutations, aptamers and the like.

In certain aspects, the probes are substrates for enzymes or proenzymes, e.g., kinases, phosphatases, zymogens, proteases, or fragments thereof. In certain aspects, the probes are phosphorylation substrates used to detect proteins involved in one or more signal transduction pathways, e.g., a kinase or a phosphatase. In another specific aspect of the invention, the probes are specific protease substrates that associate only with individual proteases or classes of proteases. In other aspects, the probes are different processed forms, isoforms and/or domains of an enzyme. Protein-based probes are typically conjugated or otherwise linked to oligonucleotide encoding agents. The oligonucleotide encoding agents in this case would also include a nucleotide sequence component that allows for identification of the protein probe.

In certain aspects, the present invention provides assays for evaluating differences in the amount and/or activity of biological targets between different locations in a sample and/or between samples. The method includes determining a plurality of encoded results from the biological sample and evaluating the differences in quantity of the biological targets at each location in the biological sample.

### Combinatorial Embodiments

To maximize the efficiency of encoding, a combinatorial approach using pairs of coding tags in the encoding oligonucleotides can be used. By de-coupling the target-specific information and the coding tags, the number of oligonucleotides required is dramatically reduced, with a concomitant decrease in cost.

FIG. 4 illustrates a general mechanism for one embodiment of a combinatorial encoding scheme of the assay systems of the invention, where nucleic acids in a representative tissue section (shown at 416) are assayed. FIG. 4 at A shows two target-specific/encoding oligonucleotide con-

14

structs 420 and 422 (e.g., formed between steps 302 and 304 of FIG. 3) specifically bound to a target nucleic acid 402 of interest. The first encoded probe 420 comprises coding tag 408, associated with, e.g., a universal priming site for amplification of the assay products or an adapter to enable identification of the coding identifiers using sequencing technologies 404. The second encoded probe 422 comprises coding tag 406, associated with, e.g., a universal priming site for amplification of the assay products or an adapter to enable identification of the coding identifiers using sequencing technologies 410.

FIG. 4 at B shows the spatial pattern that may be used for twenty different coding tags, a1 through a10 (coding tag 406 on encoded probe 420) and b1 through b10 (coding tag 408 encoded probe 422). Coding tag a1., for example, is deposited on the biological sample in ten discrete areas or spots (shown as the first horizontal line of spots in 412). Coding tag a2 is deposited on the biological sample in ten spots on the second horizontal line in 412. Coding tag a3 is deposited on the biological sample in ten spots on the third horizontal line in 412, and so on. Whereas the "a" tags are deposited in ten horizontal rows, the "b" tags are deposited in ten vertical rows as shown in 414. For example, coding tag b1 is deposited on the biological sample in ten discrete spots in the first vertical row of 414, coding tag b2 is deposited on the biological sample in ten discrete spots in the second vertical row of 414, and so on. Using such a configuration allows for twenty coding tags to uniquely define 100 different locations on the biological sample.

FIG. 4 at C shows a representative tissue section 416 coincident with coding tag grid 418. The arrows show how the "a" coding tags and the "b" coding tags are deposited on grid 418 that is coincident with tissue section 416. If, once sequenced, coding tags a1 and b4, e.g., are associated with a target nucleic acid sequence, then that target nucleic acid sequence (i.e., biological target) was present in the tissue section at location a1, b4.

FIG. 5 provides a simplified, specific example of the encoding scheme of the assay systems of the invention. FIG. 5 shows encoding oligonucleotides 510, comprising a1, a2, a3, a4 and b1, b3, b3 and b4. Target-specific oligonucleotides (TSOs) (probes) 1 and 2 are shown at 520. A deposit or dispensing scheme is shown at 530. Like the grid exemplified in FIG. 4, encoding oligonucleotides a1 through a4 are deposited in spots in a pattern (here, in a vertical pattern), and encoding oligonucleotides b1 through b4 are deposited in spots in a pattern (here, a horizontal pattern). The grid though shown as a square with spots is actually a deposition pattern on a biological sample (not shown) such as tissue section 416 shown in FIG. 4.

The target-specific oligonucleotides are delivered to the biological sample, where the target-specific oligonucleotides hybridize to target nucleic acids in the biological sample if target nucleic acids are present. Unhybridized target-specific oligonucleotides are then removed, e.g., by washing. The encoding oligonucleotides are then delivered to the biological sample according to the spatial pattern shown at 530. The encoding oligonucleotides are ligated (or, e.g., extended and ligated) to any target-specific oligonucleotides that hybridized to the target nucleic acid in the biological sample, the ligated constructs are then eluted from the biological sample, pooled, and sequencing adapters are added through, e.g., PCR or ligation, if the sequences were not previously included in the encoding oligonucleotides. The ligated constructs are sequenced by, e.g., high throughput or "next generation" sequencing.

US 11,549,138 B2

15

The pool of resulting sequences is shown at **540**. A sequence readout was obtained for target-specific oligonucleotide **1** only at a4*b*1, a4*b*2, a1*b*3, a2*b*3, a3*b*3, a4*b*3 and a4*b*4 (positions shown with horizontal lines). A sequence readout was obtained for target-specific oligonucleotide **2** only at a1*b*1 (position shown with vertical lines). A sequence readout was obtained for both target-specific oligonucleotides **1** and **2** at positions a2*b*1, a3*b*1, a1*b*2, a2*b*2, and a3*b*2 (positions shown with cross-hatching). No sequence readout was obtained for either target-specific oligonucleotides at a1*b*4, a2*b*4 or a3*b*4 (positions shown without shading). Thus, in the biological sample on which the assay took place the first target nucleic acid was detected in a large portion of the left side and at the bottom of the biological sample, the second target nucleic acid was detected only in the upper left portion of the biological sample, and neither target nucleic acid was detected in the upper right portion of the biological sample. The differential expression of the two target nucleic acids now can be mapped back to the biological sample and to the biological structures or cell types in these locations in the biological sample, as shown in **550**.

In addition to location information, information relating to relative abundance of the encoded tags can be obtained. For example, if it is found that there are ten times as many a4T1*b*1 sequences occurring in the data set as compared to a4T1*b*2 sequences, this would indicate that target nucleic acid sequence **1** is ten times more abundant at the a4T1*b*1 location than at the a4T1*b*2 location.

In the case of nucleotide analysis as shown in FIG. **3**, by ligating the coding tags directly to target-specific oligonucleotides, only 2n target-specific oligonucleotides are needed for n targets. For example, using the combinatorial approach outlined in FIG. **2**, assaying 100 different targets at 10,000 spatial positions would require 2×100 target-specific oligonucleotides and 2×100 encoding oligonucleotides. The total count of assay oligonucleotides would be only 400 (200 target-specific and 200 encoding), not counting universal primers. In contrast, if the coding oligonucleotides were not decoupled from the target-specific oligonucleotides, (n×X positional codes)+(n×Y positional codes) would be needed, or in the above example, 20,000 oligonucleotides, not counting universal primer sequences. Moreover, though the embodiments shown in FIGS. **2-5** depict a combinatorial scheme using two encoding agents (coding tags), three, four or more encoding agents and coding tags may be used, and attached to the probe or one another by varying means and in varying combinations of steps.

Due to the spatial encoding aspect of the assay system of the invention, a large amount of information can be generated with even a modest number of assays. For example, five or more biological targets assayed at five or more positions in the sample generates 25 or more combinations. Using digital sequencing as a readout, the optimum number of sequence reads per combination depends on the sensitivity and dynamic range required, and can be adjusted. For example, if for each combination on average 100 reads are sampled, the total for 25 combination is 25,000 reads. If 1,000 targets are assayed at 1,000 locations with an average sampling depth of 1,000, then $10^9$ reads are required. These numbers, although large, are within the capacity of intrinsically parallel digital sequencing methods, which can generate datasets of billions or even trillions of reads in a reasonable timeframe and at a very low cost per read. Therefore, by varying the numbers of positions interrogated or biological targets assayed, or both, and using digital sequencing, large amounts of information can be obtained.

16

In specific aspects, multiple locations are interrogated for two or more biological molecules.

Reagent Delivery Systems

The reagent delivery system of the invention includes instrumentation that allows the delivery of reagents to discrete portions of the biological sample, maintaining the integrity of the spatial patterns of the encoding scheme. Reagent delivery systems of the assay systems of the invention comprise optional imaging means, reagent delivery hardware and control software. Reagent delivery can be achieved in a number of different ways. It should be noted that reagent delivery may be to many different biological samples at one time. A single tissue section has been exemplified herein; however, multiple biological samples may be affixed and analyzed simultaneously. For example, pions of a tissue sample can be analyzed in parallel and the data combined to build a 3D map.

Integral to the assay system of the invention is instrumentation that allows for spatial patterning of reagents onto the biological sample. Technologies for formulating and delivering both biological molecules (e.g. oligonucleotides or antibodies) and chemical reagents (e.g., small molecules or dNTPs) are known in the art, and uses of these instrunent systems are known to one skilled in the art and easily adaptable to the assay systems of the invention. One example of a suitable reagent delivery system is the Labcyte™ Echo acoustic liquid handler, which can be used to deliver nanoliter scale droplets containing biological molecules with high precision and reproducibility. One skilled in the art could incorporate this reagent delivery device into the overall system, using software to specify the locations to which reagents should be delivered.

Other instruments that can be used for the deposition of agents and/or coding identifiers onto biological samples include, but are not limited to, ink jet spotting; mechanical spotting by means of pin, pen or capillary; micro contact printing; photochemical or photolithographic methods; and the like. For several applications, it may be preferred to segment or sequester certain areas of the biological samples into one or more assay areas for different reagent distributions and/or biological target determination. The assay areas may be physically separated using barriers or channels.

In one exemplary aspect, the reagent delivery system may be a flow-based system. The flow-based systems for reagent delivery in the present invention can include instrumentation such as one or more pumps, valves, fluid reservoirs, channels, and/or reagent storage cells. Reagent delivery systems are configured to move fluid to contact a discrete section of the biological sample. Movement of the reagents can be driven by a pump disposed, for example, downstream of the fluid reagents. The pump can drive each fluid reagent to (and past) the reaction compartment. Alternatively, reagents may be driven through the fluid by gravity. US Pub. Nos. 20070166725 and 20050239192 disclose certain general-purpose fluidics tools that can be used with the assay systems of the invention, allowing for the precise manipulation of gases, liquids and solids to accomplish very complex analytical manipulations with relatively simple hardware.

In a more specific example, one or more flow-cells can be attached to the substrate-affixed biological sample from above. The flow-cell can include inlet and outlet tubes connected thereto and optionally an external pump is used to deliver reagents to the flow-cell and across the biological sample. The flow cells are configured to deliver reagents only to certain portions of the biological sample, restricting

10XC-00000927

US 11,549,138 B2

17

the amount and type of reagent delivered to any specific section of the biological sample.

In another aspect, a microfluidic system can be integrated into the substrate upon which the biological sample is disposed or externally attached on top of the substrate. Microfluidic passages for holding and carrying fluid may be formed on and/or above the planar substrate by a fluidics layer abutted to the substrate. Fluid reagents can be selected and delivered according to selective opening and closing of valves disposed between reagent reservoirs.

Pumps generally include any mechanism for moving fluid and/or reagents disposed in fluid. In some examples, the pump can be configured to move fluid and/or reagents through passages with small volumes (i.e., microfluidic structures). The pump can operate mechanically by exerting a positive or negative pressure on fluid and/or on a structure carrying fluid, electrically by appropriate application of an electric field(s), or both, among other means. Exemplary mechanical pumps may include syringe pumps, peristaltic pumps, rotary pumps, pressurized gas, pipettors, etc. Mechanical pumps may be micromachined, molded, etc. Exemplary electrical pumps may include electrodes and may operate by electrophoresis, electroendoosmosis, electrocapillarity, dielectrophoresis (including traveling wave forms thereof), and/or the like.

Valves generally include any mechanism for regulating the passage of fluid through a channel. Valves can include, for example, deformable members that can be selectively deformed to partially or completely close a channel, a movable projection that can be selectively extended into a channel to partially or completely block a channel, an electrocapillary structure, and/or the like.

An open gasket can be attached to the top of the biological sample and the sample and reagents can be injected into the gasket. Suitable gasket materials include, but are not limited to, neoprene, nitrile, and silicone rubber. Alternatively, a watertight reaction chamber may be formed by a gasket sandwiched between the biological sample on the substrate and a chemically inert, water resistant material such as, but not limited to, black-anodized aluminum, thermoplastics (e.g., polystyrene, polycarbonate, etc), glass, etc.

In an optional embodiment, the assay system comprises imaging means to determine features and organization of the biological sample of interest. The images obtained, e.g., may be used to design the deposition pattern of the reagents. Imaging means are optional, as an individual can instead view the biological sample using, e.g., a microscope, analyze the organization of the biological sample, and specify a spatial pattern for delivery assay reagents. If included, the delivery system can comprise a microcircuit arrangement including an imager, such as a CCD or IGFET-based (e.g., CMOS-based) imager and an ultrasonic sprayer for reagent delivery such as described in US Pub. No. 20090197326, which is incorporated herein by reference. Also, it should be noted that although FIGS. **4** and **5** illustrate using a x,y grid configuration, other configurations can be used, such as, e.g., following the topology of a tissue sample; targeting certain groups of cells, cell layers and/or cell types in a tissue, and the like.

In yet another alternative, the reagent delivery system controls the delivery of reagents to specific patterns on a biological sample surface using semiconductor techniques such as masking and spraying. Specific areas of a biological sample can be protected from exposure to reagents through use of a mask to protect specific areas from exposure. The reagents may be introduced to the biological sample using conventional techniques such as spraying or fluid flow. The

18

use of masked delivery results in a patterned delivery scheme on the substrate surface.

In a preferred aspect of the invention, the reagent delivery instrumentation is based on inkjet printing technology. There are a variety of different ink-jetting mechanisms (e.g., thermal, piezoelectric) and compatibility has been shown with aqueous and organic ink formulations. Sets of independently actuated nozzles can be used to deliver multiple reagents at the same time, and very high resolutions are be achieved.

In order to target specific sites of interest, an informative image of the biological sample to be assayed may be used to assist in the reagent delivery methods and associated encoding scheme. Sample regions of the biological sample can be identified using image processing (e.g., images of cell types differentiated by immunohistochemistry or other staining chemistries) integrated with other features of the assay system. In some aspects, software is used to automatically translate image information into a reagent delivery pattern. A mechanism to register and align very precisely the biological sample for reagent delivery is thus an important component of the assay systems of the invention. Mechanisms such as the use of fiducial markers on slides and/or other very accurate physical positioning systems can be adapted to this purpose.

The invention preferably comprises a complete suite of software tailored to the assay system. Optionally, oligonucleotide design software is used to design the encoding nucleotides (and in embodiments where nucleic acids are assayed, the target-specific oligonucleotides) for the specific assay to be run, and may be integrated as a part of the system. Also optionally, algorithms and software for reagent delivery and data analysis (i.e., sequence analysis) may be integrated to determine assay results. Integrated data analysis is particularly useful, as the type of dataset that is generated may be massive as a consequence of scale. Algorithms and software tools that are specifically designed for analysis of the spatially-associated data generated by the assay systems, including pattern-analysis software and visualization tools, enhance the value of the data generated by the assay systems.

In certain aspects, the assay system comprises processes for making and carrying out the quality control of reagents, e.g., the integrity and sequence fidelity of oligonucleotide pools. In particular, reagents are formulated according to factors such as volatility, stability at key temperatures, and chemical compatibility for compatibility with the reagent delivery instrumentation and may be analyzed by instrumentation integrated within the assay system.

Sequencing

Numerous methods can be used to identify the coding tags and probe sequences in the encoded probes of the assay systems of the invention. The coding tags can be detected using techniques such as mass spectroscopy (e.g., Maldi-T of, LC-MS/MS), nuclear magnetic resonance imaging, or, preferably, nucleic acid sequencing. Examples of techniques for decoding the coding tags of the present invention can be found, for example, in US Pub. No. 20080220434, which is incorporated herein by reference. For example, the coding tags may be oligonucleotide mass tags (OMTs or massTags). Such tags are described, e.g., in US Pub. No. 20090305237, which is incorporated by reference in its entirety. In yet another alternative, the encoded probes can be amplified and hybridized to a microarray. This would require separate amplification reactions to be carried out, in which each amplification is specific to a particular spatial code or subset of codes, accomplished by using code-specific primers. Each

10XC-00000928

US 11,549,138 B2

19

amplification would also incorporate a different resolvable label (e.g. fluorophor). Following hybridization, the relative amounts of a particular target mapping to different spatial locations in the sample can be determined by the relative abundances of the resolvable labels.

In one particularly preferred aspect, the resulting coding tags according to the assay system are substrates for high-throughput, next-generation sequencing, and highly parallel next-generation sequencing methods are used to confirm the sequence of the coding tags, for example, with SOLiD™ technology (Life Technologies, Inc.) or Genome Ananlyzer (Illumina, Inc.). Such next-generation sequencing methods can be carried out, for example, using a one pass sequencing method or using paired-end sequencing. Next generation sequencing methods include, but are not limited to, hybridization-based methods, such as disclosed in e.g., Drmanac, U.S. Pat. Nos. 6,864,052; 6,309,824; and 6,401,267; and Drmanac et al, U.S. patent publication 2005/0191656; sequencing-by-synthesis methods, e.g., U.S. Pat. Nos. 6,210,891; 6,828,100; 6,969,488; 6,897,023; 6,833,246; 6,911,345; 6,787,308; 7,297,518; 7,462,449 and 7,501,245; US Publication Application Nos. 20110059436; 20040106110; 20030064398; and 20030022207; Ronaghi, et al, Science, 281: 363-365 (1998); and Li, et al, Proc. Natl. Acad. Sci., 100: 414-419 (2003); ligation-based methods, e.g., U.S. Pat. Nos. 5,912,148 and 6,130,073; and U.S. Pat. Appln Nos. 20100105052, 20070207482 and 20090018024; nanopore sequencing e.g., U.S. Pat. Appln Nos. 20070036511; 20080032301; 20080128627; 20090082212; and Soni and Meller, Clin Chem 53: 1996-2001 (2007)), as well as other methods, e.g., U.S. Pat. Appln Nos. 20110033854; 20090264299; 20090155781; and 20090005252; also, see, McKernan, et al., Genome Res., 19:1527-41 (2009) and Bentley, et al., Nature 456:53-59 (2008), all of which are incorporated herein in their entirety for all purposes.

Applications of Assay System

It will be apparent to one skilled in the art upon reading the present disclosure that there are numerous important areas of biological research, diagnostics, and drug development that will benefit from a high throughput multiplexed assay system that can measure simultaneously the amount and spatial location of a biological target in a biological sample. For example, combining the ability to estimate the relative abundance of different RNA transcripts with the ability to reconstruct an image of spatial patterns of abundance across many locations, which may be as small as or even smaller than individual cells, in a tissue enables many different areas of basic research. The following are exemplary uses and are by no means meant to be limiting in scope.

In one example, 3-dimensional patterns of gene expression are determined by analyzing a series of tissue sections, in a manner analogous to image reconstruction in CT scanning, Such a method can be used to measure changes in gene expression in disease pathology, e.g., in cancerous tissue and/or a tissue upon injury, inflammation or infection. With the assay systems of the invention, more detailed information on gene expression and protein localization in complex tissues is obtained, leading to new insights into the function and regulation both in normal and diseased states, and provides new hypotheses that can be tested. For example, an assay system of the invention may enable some of the insights gained from many individual studies and larger programs like ENCODE (Birney, et al., Nature, 447: 799-816 (2007)) and modENCODE to be integrated at the

20

tissue level. The assay systems also aid computational efforts to model interacting networks of gene expression in the field of systems biology.

The assay systems also provide a novel approach to analysis of somatic variation, e.g., somatic mutations in cancer or variability in response to infectious organisms. For example, tumors are typically highly heterogeneous, containing cancer cells as well as genetically normal cells in an abnormal local environment. Cancer cells undergo mutation and selection, and in this process it is not unusual for local clones to develop. Identifying relatively rare somatic mutations in the context of tumors may enable the study of the role of key mutations in the selection of clonal variants. Transcriptional patterns associated with angiogenesis, inflammation, or other cancer-related processes in both cancer and genetically normal cells can be analyzed for insights into cancer biology and assist in the development of new therapeutic agents for the treatment of cancers. In another example, individuals have varying susceptibility to infectious organisms, and the assay systems of the invention can be used to study the interaction between microbes and tissues or the various cell types within the tissue.

Importantly, in addition to providing spatially-associated information, the invention allows a great increase in the sensitivity of detecting rare mutations, as signal to noise can be dramatically increased since only a small location is assayed in any given reaction. In a typical assay for rare mutations in a mixed sample, the sample is treated in bulk, i.e., nucleic acids are extracted from many cells into a single pool. Thus, if a mutation is present in one cell in 10,000, it must be detected against a background of normal DNA from 10,000 cells. In contrast, with the assay systems of the invention many cells can be analyzed, but individual cells or small groups of cells would be identified by the spatial coding system. Therefore, in the assay systems of the present invention, background is reduced by orders of magnitude, greatly increasing sensitivity. Furthermore, the spatial organization of mutant cells can be observed, which may be particularly important in detecting key mutations in tissue sections in cancer. Already molecular histological analyses are yielding insights into cancer biology and may have potential for use in diagnostics. The technology of the invention promises to greatly increase the power of such approaches.

The present invention provides assays, assay systems, and methods of using such assays in spatially encoded biological assays. The invention provides an assay system comprising one or more agents provided in defined spatial patterns on a substrate surface, and a detection system for identifying the presence or absence, relative amount, and location of a biological molecule. Such biological molecules include, but are not limited to, nucleic acids, peptides, carbohydrates, cellular components, and the like. The assay system is a novel multiplexing approach, as it allows multiple molecules and their respective multiple locations to be identified in a single system using a unique encoding scheme. This encoding scheme uses both molecule-specific binding agents and coding identifiers to provide a practical and cost-effective determination of information on multiple biological molecules, including specific positional information of such molecules in a biological sample, e.g., a tissue section. The single molecule detection analysis using the encoding system also allows relative amounts of biological molecules to be detected, thus providing information on expression levels, sequestering in specific locales, and the like.

10XC-00000929

US 11,549,138 B2

21

The assay systems detect the presence or absence, and relative amount, of a biological molecule at more than one spatial location in a sample. In addition, the assays provide methods for doing this for multiple biological molecules simultaneously. The assay systems utilize one or more binding agents that specifically bind to the biological molecule of interest and unique coding identifiers associated with specific binding agents. The detection system utilizes a method for identifying the presence and spatial address of the agent binding based on the positive and/or negative results that are obtained using detection of the agent and identifier and the encoding scheme of the spatial patterns on the substrate surface. In a specific aspect, the encoding scheme employs limited reagent delivery to the spatial patterns on the substrate surface, and access of the coding identifiers and/or binding agents to portions of the sample is controlled through such limited delivery.

In one aspect, the assay system detects the presence or absence and spatial location of a biological molecule based on the positive and/or negative results that are obtained using limited reagent delivery and the encoding scheme of the spatial patterns on the substrate surface.

The assay system and methods of the invention are based on relational, solid-state substrates with positions that represent specific spatial locations within a biological sample, e.g., a cell, organelle or tissue. The ability to use encoding features to represent locations allows high-throughput analysis of the presence or absence, and relative amount, of a biological molecule at more than one spatial location in a sample. The encoding features also allow provide assaying of multiple biological molecules at these multiple locations simultaneously.

A primary feature of the invention is the preservation of the spatial organization of elements in a sample of interest through the use of an encoding scheme. For example, the assay may be designed to preserve the relative position of cells in a tissue, and the assay may interrogate the individual cells for genomic DNA variation (including epigenetic modifications), and RNA and protein expression.

In one specific aspect, the encoding scheme of the assay system comprises the use of two or more coding patterns, each comprising regions defined by spatial patterns on the substrate surface. For example, the assay system can utilize an encoding scheme that comprises a 2-dimensional grid format based on the discrete positioning of the binding agents in the substrate surfaces. In another example, the spatial patterns may be based on more randomized cell locations, e.g., the patterns on the substrate surface follow an underlying biological structure rather than a strict, x,y grid pattern. This aspect includes systems with two or more substantially identical spatial patterns using different binding agents and/or coding identifiers, as well as systems having different patterns for different agents and/or coding identifiers. The encoding scheme of the systems can be controlled by delivery of different reagents to discrete regions on the substrate surfaces, which allows different reactions to take place on substantially similar agents of known location on the substrate surfaces.

In one specific aspect, the invention provides high resolution, high-throughput analysis of nucleic acids and/or expression levels that provides both detection and spatial identification of large numbers of nucleic acids, e.g., DNA or RNA.

In another specific aspect, the invention provides high resolution, high-throughput analysis of proteins that provides both detection and spatial identification of large numbers of such proteins, e.g., kinases or proteases.

22

Numerous reagent delivery systems can be used with the assay system of the invention. The primary criteria of such reagent delivery systems is the ability to direct delivery of specific agents based on spatial patterns on the substrate surface.

In one preferred aspect, the encoding scheme utilizes a reagent delivery system based on printing and informatics technologies to implement the spatial patterns used for identification and localization of the biological materials. For example, the patterns found in the encoding scheme may be created using ink jet printing technology to provide reagents at specific locations on one or more substrate surfaces. The desired patterns are set out in specific coding patterns on the substrate surface.

In certain aspects of the invention, the binding agents are immobilized directly to the substrate surface, and the location of the binding agents is known or determined prior to use of the substrate surface in the assay system. In another aspect, the binding agents are immobilized onto beads or other separate structural elements that are then provided in known locations on the substrate surface. In yet another aspect, the binding agents may be provided in or on features of the substrate surface, e.g., provided in wells or channels.

In specific aspects of the invention, the binding agents are nucleic acids immobilized directly or indirectly to the substrate surface, e.g., directly through the use of amino groups on the substrate surface or indirectly through the use of a linker. The location of the nucleic acid sequences is known or determined prior to use of the substrate surface in the assay system. In another specific aspect, the nucleic acids may be immobilized directly or indirectly onto beads that are then provided in known locations on the substrate surface. In yet another aspect, the nucleic acids may be provided in or on features of the substrate surface, e.g., provided in wells.

In these aspects involving nucleic acid agents, any methods of sequence determination can be used, e.g., sequencing, hybridization and the like. In a preferred aspect, nucleic acid sequencing, and preferably next-generation sequencing, is used to decode the spatial encoding scheme in the assay system of the invention. This provides a very wide dynamic range for very large numbers of assays, allowing for efficient multiplexing.

In some aspects, the assay utilizes two or more oligonucleotides, the oligonucleotides comprising a universal primer region and a region that correlates specifically to a single spatial pattern within the spatial encoding scheme. In a specific aspect, the assay comprises two allele specific oligonucleotides and one locus specific oligonucleotides. These oligonucleotides allow the identification of specific SNPs, indels or mutations within an allele. This is useful in the identification of genetic changes in somatic cells, genotyping of tissues, and the like.

In other specific aspects of the invention, the binding agents are peptides. In one aspect, these peptides are associated directly or indirectly to known locations on a substrate surface, e.g., using binding protein pairs or through oligonucleotide linkers complementary to oligonucleotides on the substrate surface. In another aspect, the binding agents are peptides are immobilized directly or indirectly onto beads or other separate structural elements that are then provided in known locations on the substrate surface. In yet another aspect, the peptides may be provided in or on features of the substrate surface, e.g., provided in wells.

In yet other specific aspects of the invention, the binding agents are chemical entities (e.g., small molecules) that are coded, e.g. using sequence tags or mass spectroscopy tags as

10XC-00000930

US 11,549,138 B2

23

coding identifiers. In one aspect, these chemical entities can be are immobilized directly to the substrate surface. In another aspect, the binding agents are immobilized onto beads or other separate structural elements that are then provided in known locations on the substrate surface. In yet another aspect, the binding agents may be provided in or on features of the substrate surface, e.g., provided in wells.

The assay system of the invention can utilize various detection mechanisms, based on the molecules to be detected and the reagents needed for such detection system. Exemplary methods that can be used with the assay systems of the invention are described in more detail below.

The Invention in General

The assay system and methods of the invention are based on relational methods that allow extraction of data to detect the presence or absence and relative amount of a biological molecule, and the location of this molecule in a sample having a distinct structure, e.g., a tissue section or other biological structure with distinct locations of specific biological molecules. The encoding scheme used in these systems corresponds to the structural elements of the sample, and the information obtained using a two-dimensional coding system is indicative of the spatial addresses of these molecules in a sample of interest.

Integral to the assay system of the invention is a method for spatial patterning of reagents. Technologies for formulating and delivering both biological molecules (e.g. DNA or antibodies) and chemical reagents (e.g., small molecules or dNTPs) have already been demonstrated, and use of these systems will be available to one skilled in the art and easily adaptable upon reading this specification.

The assay design of the invention provides an accurate and easily scalable spatial encoding system. The ability to deliver reagents in a spatially defined pattern together with software, reagents and protocols comprises a novel and highly innovative assay system for spatial analysis of various biological molecules and activities. This allows the assays to measure numerous biological functions in a meaningful spatial environment, including functions such as gene expression and peptide localization. The systems provide the potential to open a new analytical window into the complex spatial patterns of cellular function and regulation in biological systems.

The biological molecules to be detected can be any biological molecules such as proteins, nucleic acids, lipids, carbohydrates, ions, or multicomponent complexes containing any of the above. Further examples of subcellular objects include organelles, e.g., mitochondria, Golgi apparatus, endoplasmic reticulum, chloroplast, endocytic vesicle, exocytic vesicles, vacuole, lysosome, etc.

FIG. **4** illustrates such a target-specific assay system for identification of nucleic acid sequences in a sample. In this system, two reagents **420**, **422** that specifically bind to a biological molecule of interest are associated with coding identifiers **406**, **408** that encode for a spatial location in the sample. These coding identifiers **406**, **408** are optionally associated with sites that assist in their identification in the assay format, e.g., universal priming sites **404**, **410** for amplification of the assay products or adapters to enable identification of the coding identifiers and the binding agents using sequencing technologies. The sample that is tested, here shown as a tissue section **416** is encoded using the combination of the patterns **412**, **414** created using the separate coding identifiers **406**, **408** which provide a two dimensional code **418** that shows the location of any positive

24

detection of the biological molecule **402** as well as quantifying the biological molecule **402** at each location assayed in the tissue.

The assay systems of the invention are particularly advantageous in that they are compatible with numerous samples types, such as fresh samples, such as primary tissue sections, and preserved samples including but not limited to frozen samples and paraformalin-fixed, paraffin-embedded (FFPE) samples. An important aspect of the assay systems of the invention is that the binding agents are immobilized on a substrate surface in discrete, independently measureable areas. These discrete areas can be formed by spatially selective deposition of the binding agents on the substrate surface. Numerous methods can be used for the deposition of the agent and the coding identifiers associates with the agent. For example, the coding identifiers can be delivered together or separately from the agent. If delivered together they can be attached (e.g., synthesized as a single molecule or attached through ligation or a chemical coupling mechanism) or simply mixed together to be attached after delivery to the substrate. In a preferred aspect, the agent and the coding identifier are made separately, mixed together for attachment, and delivered either attached or as a mixture to be attached on the surface. In a specific aspect the binding agents are delivered generally over the substrate surface and the coding identifiers are delivered in a pattern-specific manner.

Examples of methods that can be used for deposition of agents and/or coding identifiers onto the substrate surface include, but are not limited to, ink jet spotting, mechanical spotting by means of pin, pen or capillary, micro contact printing, fluidically contacting the measurement areas with the biological or biochemical or synthetic recognition elements upon their supply in parallel or crossed micro channels, upon exposure to pressure differences or to electric or electromagnetic potentials, and photochemical or photolithographic immobilization methods.

For several applications, it may be preferred to arrange the substrates into segments of one or more measurement areas for reagent distribution and agent determination. These regions may be physically separated using barriers or channels. They may still comprise several additional discrete measurement areas with agents that are different or in different combination from each other.

In certain aspects, the present invention provides a method, e.g., a machine-based method, for evaluating changes in the presence and/or location of a biological molecule over time. The method includes providing a plurality of encoded array results representative of the biological molecule over time and evaluating the differences in detection and/or localization of the biological molecules.

Nucleic Acid Detection and Localization

In a particular aspect, the assay system is used to analyze nucleic acids, e.g genotyping, gene expression analysis, localization of particular transcripts within samples, and the like.

Genotyping may be performed using any technique known to those of skill in the art. Preferred techniques permit rapid, accurate determination of multiple variations with a minimum of sample handling. Some examples of suitable techniques involve but are not limited to direct DNA sequencing, capillary electrophoresis, hybridization, allele-specific probes or primers, single-strand conformation polymorphism analysis, nucleic acid arrays, bead arrays, restriction fragment length polymorphism analysis, cleavage fragment length polymorphism analysis, random amplified polymorphic DNA, ligase detection reaction, heteroduplex

US 11,549,138 B2

25

26

or fragment analysis, differential sequencing with mass spectrometry, atomic force microscopy, pyrosequencing, FRET (e.g., TaqMan (Applied Biosystems, Inc., Foster City, Calif.) and Molecular Beacon (Stratagene, La Jolla, Calif.) assays), and other related techniques. Several methods for DNA sequencing are well known and generally available in the art. See, for example, Sambrook, et al., Molecular Cloning: A Laboratory Manual (Cold Spring Harbor Laboratory, New York) (2001); Ausubel, et al., Current Protocols in Molecular Biology (John Wiley and Sons, New York) (1997), Twyinan, et al. (2003) "Techniques Patents for SNP Genotyping", Pharmacogenomics 4(1):67-79; and Kristensen, et al. (2001) "High-Throughput Methods for Detection of Genetic Variation", BioTechniques 30(2):318-332. For details on the use of nucleic acid arrays (DNA chips) for the detection of, for example, SNPs, see U.S. Pat. No. 6,300,063 issued to Lipshultz, et al., and U.S. Pat. No. 5,837,832 to Chee, et al., HuSNP Mapping Assay, reagent kit and user manual, Affymetrix Part No. 90094 (Affymetrix, Santa Clara, Calif.). The molecular inversion probe (MIP) assay format (Hardenbol, et al., 2003) is another example of a highly multiplexable assay that may be used with the assay systems of the invention.

In one exemplary and preferred method for analyzing nucleic acids using the assay system of the invention, the detection of nucleic acids uses two allele-specific oligonucleotides and a locus specific oligonucleotide. The assay methods are carried out according to the strategy outlined in FIG. 2 using next-generation sequencing or another highly parallel nucleic acid assay technology. In this assay, a set of two oligonucleotides is designed to hybridize to each target sequence, with a common oligonucleotide and two unique coding identifiers. The allele can be determined, e.g, by primer extension of the locus specific oligonucleotide. Following primer extension and ligation, an amplifiable template is formed with universal primer sequences at either end. Assay oligonucleotides are annealed to a template and enzymatic reactions are used to join the two oligonucleotides only when both are correctly annealed. The detection techniques and read out parameters used in this system of the invention include a much shorter tag than the oligonucleotides used in the assays that are based on capture by hybridization. These shorter tags are designed to be read out by sequencing or, preferably, used to ligate codes onto both ends of the fragment as illustrated in FIG. 2.

In FIG. 3, two target-specific assay oligonucleotides are ligated together 302 following in situ hybridization to target sequences. At the same time, encoding oligonucleotides containing tag sequence sets X and Y are ligated 304 to the target specific oligonucleotides. Oligonucleotides containing X ligate specifically to one side of the targeting construct and oligonucleotides containing Y ligate to the other. Following ligation, the constructs are eluted and, optionally, sequencing adapters can be attached 306, e.g., via PCR.

In one preferred aspect, the final construct created from the assay method is a substrate for next-generation sequencing, and highly parallel next-generation sequencing methods are used to confirm the sequence of constructs. Such sequencing methods can be carried out, for example, using a one pass sequencing method or using paired-end sequencing. Next generation sequencing methods include, but are not limited to, hybridization-based methods, such as disclosed in Drmanac, U.S. Pat. Nos. 6,864,052; 6,309,824; and 6,401,267; and Drmanac et al, U.S. patent publication 2005/0191656, and sequencing by synthesis methods, e.g., Nyren et al, U.S. Pat. No. 6,210,891; Ronaghi, U.S. Pat. No.

6,828,100; Ronaghi et al (1998), Science, 281: 363-365; Balasubramanian, U.S. Pat. No. 6,833,246; Quake, U.S. Pat. No. 6,911,345; Li et al, Proc. Natl. Acad. Sci., 100: 414-419 (2003); Smith et al, PCT publication WO 2006/074351; use of reversible extension terminators, e.g., Turner, U.S. Pat. No. 6,833,246 and Turner, U.S. Pat. No. 6,833,246 and ligation-based methods, e.g., Shendure et al (2005), Science, 309: 1728-1739, Macevicz, U.S. Pat. No. 6,306,597; which references are incorporated by reference. Soddart et al., PNAS USA. 2009 Apr. 20; Xiao et al., Nat Methods. 2009 March; 6(3):199-201. Epub 2009 Feb. 8.

To maximize the efficiency of encoding, a combinatorial approach using pairs of oligonucleotides can be used. For example, with only two sets of 100 codes, a substrate can theoretically encode up to 10,000 locations. The number of assay oligonucleotides required is dramatically reduced, the cost decreased, and the robustness of the approach increased by decoupling the coding sequences from the genome-specific sequences. Alternative assay formats can also be used (e.g. ligation or primer extension followed by ligation).

By ligating the codes separately, only 2n target-specific assay oligonucleotides are needed for n targets. For example, assaying 100 different targets at 10,000 spatial locations would require 2×100 targeting oligonucleotides and 2×100 encoding oligonucleotides, using a combinatorial approach outlined in FIG. 2. The total count of assay oligonucleotides would be only 400 (200 target-specific and 200 encoding), not counting universal primers. In contrast, if the coding oligonucleotides were not decoupled, (n×X positional codes)+(n×Y positional codes) would be needed, or in the above example, 20,000 oligonucleotides, not counting universal primer sequences.

Due to the matrix system of the invention, a large amount of information can be obtained even using five or more positions interrogated for five or more biological molecules. By varying one or the other of these, large amounts of information can be obtained, both in terms of locations and/or specific biological In specific aspects, multiple locations are interrogated for two or more biological molecules. As an example, for each datapoint~1,000 reads may be sampled, for a total of ~10E9 reads for 10E6 datapoints.

Peptide Detection Systems

The assay system of the invention can be used to analyze biological molecules using peptide agents that are associated with the substrate surface in a spatial pattern. Such peptides may comprise an active region of an enzyme, a binding domain of an immunoglobulin, defined domains of proteins, whole proteins, synthetic peptides, peptides with introduced mutations, etc.

The assay system of the invention allows the identification and spatial location of various forms of peptides, including isoforms and peptides that have undergone post-translational modification. Importantly, certain aspects of the invention allow the identification of active versus non-active forms of such peptides in a sample. This allows the identification of the presence or absence of specific peptide isoforms, and also acts as a proxy for identification of peptide activity in a sample.

In certain aspects of the invention, the binding agents associated with the substrate surfaces of the assay system include substrates for enzymes or proenzymes, e.g., a kinase, a phosphatase, a zymogen, a protease, or a fragment thereof. In certain aspects, the binding agents associated with the substrate surfaces are phosphorylation substrates used to detect proteins involved with one or more signal transduction pathways, e.g., a kinase or a phosphatase. In another specific aspect of the invention, the binding agents

US 11,549,138 B2

27

28

are specific protease substrates that associate only with individual or classes of proteases. In other aspects, the binding agents on the substrate surface are different processed forms, isoforms and/or domains of an enzyme.

Reagent Delivery

The reagent delivery system of the invention can be any system that allows the delivery of reagents to discrete portions of the array in order to keep the integrity of the defined spatial patterns of the encoding scheme. Such discrete delivery can be achieved in a number of different ways.

In one exemplary aspect, the reagent delivery system can be a flow-based system. The flow-based systems for reagent delivery in the present invention can include one or more pumps, valves, fluid reservoirs, channels, and/or reagent storage cells. Such a reagent delivery system is configured to move fluid in contact with a discrete section of the substrate surface. Movement of the reagents can be driven through a fluid by a pump disposed, for example, downstream of the fluid reagents. The pump can drive each fluid reagent to (and past) the reaction compartment. Alternatively, the reagents may be driven through the fluid by gravity.

US Appln Nos. 20070166725 and 20050239192 disclose certain general purpose fluidics tools that can be used with the assay systems of the invention. These allow the precise manipulation of gases, liquids and solids to accomplish very complex analytical manipulations with relatively simple hardware.

In a more specific example, one or more flow-cells can be attached to the substrate from above. The flow-cell can include inlet and outlet tubes connected thereto and optionally an external pump can be used to deliver the sample or reagents to the flow-cell and across the substrate. The flow cell is configured to deliver reagents only to certain portions of the array, restricting the amount and type of reagent delivered to any specific section of the array.

In another aspect, a microfluidic system can be integrated into the substrate or externally attached on top of the substrate. Microfluidic passages for holding and carrying fluid can be formed on and/or above the planar substrate by a fluidics layer abutted to the substrate. Fluid reagents can be selected according to selective opening and closing of valves disposed between reagent reservoirs.

Pumps generally include any mechanism for moving fluid and/or reagents disposed in fluid. In some examples, the pump can be configured to move fluid and/or reagents through passages with small volumes (i.e., microfluidic structures). The pump can operate mechanically by exerting a positive or negative pressure on fluid and/or on a structure carrying fluid, electrically by appropriate application of an electric field(s), or both, among others. Exemplary mechanical pumps may include syringe pumps, peristaltic pumps, rotary pumps, pressurized gas, pipettors, etc. The mechanical pumps may be micromachined, molded, etc. Exemplary electrical pumps can include electrodes and may operate by electrophoresis, electroendoosmosis, electrocapillarity, dielectrophoresis (including traveling wave forms thereof), and/or the like.

Valves generally include any mechanism for regulating the passage of fluid through a channel. The valves can include, for example, deformable members that can be selectively deformed to partially or completely close a channel, a movable projection that can be selectively extended into the channel to partially or completely block the channel, an electrocapillary structure, and/or the like.

In yet another aspect, an open gasket can be attached to the top of the substrate and the sample and reagents can be injected into the gasket. Suitable gasket materials include, but are not limited to, neoprene, nitrile, and silicone rubber. Alternatively, a watertight reaction chamber formed by a gasket sandwiched between the substrate and a chemically inert, water resistant material such as, but not limited to, black-anodized aluminum, thermoplastics (e.g., polystyrene, polycarbonate, etc), glass, etc.

In a specific aspect of the present invention, the delivery system can comprise a microcircuit arrangement including an imager, such as a CCD or IGFET-based (e.g., CMOS-based) imager and an ultrasonic sprayer for reagent delivery such as described in US Appln No. 20090197326, which is incorporated herein by reference.

In yet another aspect of the invention, the reagent delivery system controls the delivery of reagents to specific patterns on a substrate surface using semiconductor techniques such as masking and spraying. Specific areas of a substrate surface can be protected from exposure to reagents through use of a mask to protect specific areas from exposure. The reagents may be introduced to the substrate using conventional techniques such as spraying or fluid flow. The use of the masked substrate delivery results in a patterned delivery scheme on the substrate surface.

In a preferred aspect of the invention, the reagent delivery instrumentation is based on inkjet printing technology. There are a variety of different ink-jetting mechanisms (e.g., thermal, piezoelectric) and compatibility has been shown with aqueous and organic ink formulations. Sets of independently actuated nozzles can be used to deliver multiple reagents at the same time, and very high resolutions can be achieved.

Software for Use in the Assay System

In order to target specific sites of interest, an informative image of the biological section to be analyzed can be used to assist in the reagent delivery methods and associated encoding scheme. Sample regions can be identified using image processing (e.g., images of cell types differentiated by immunohistochemistry or other staining chemistries) integrated with the other features of the assay system. In some aspects, software is used to automatically translate this information into a reagent delivery pattern. A mechanism to register and align very precisely the biological sample in a targeting system is thus a preferred component of the assay systems of the invention. Mechanisms such as the use of fiducial markers on slides and other very accurate physical positioning systems can be adapted to this purpose.

Additional software components will also be key components that will be part of a complete assay system. The invention thus preferably comprises a complete suite of software tailored to the assay system. Optionally, oligonucleotide design software will be customized for the specific assay to be run, and may be integrated as a part of the system. Also optionally, algorithms and software for data analysis may be integrated to assist in determination of results of the assays. This can be especially useful, as the type of dataset that will be generated will be novel, particularly as a consequence of scale. The ability to provide algorithms and software tools that are specifically designed for analysis of spatially-associated data for significant patterns, including pattern-analysis software and visualization tools, is a novel feature that will enhance the value of the data generated by the assay systems.

In certain aspects, the assay system will comprise processes for making and carrying out quality control of reagents, e.g., the integrity and sequence fidelity of oligonucleotide pools. In particular, reagents will need to be formulated for compatibility with the reagent delivery

US 11,549,138 B2

29

instrumentation. Factors such as volatility, stability at key temperatures, and chemical compatibility can be optimized by those skilled in the art upon reading the present disclosure.

Applications of Assay System

It will be apparent to one skilled in the art upon reading the present disclosure that there are numerous very important areas of biological research, diagnostics, and drug development that will benefit from a high throughput means to simultaneously measure the presence or absence and spatial location of a biological molecule in a sample. For example, this technology combining the ability to analyze semi-quantitatively the expression of many different genes with the ability to image the spatial organization of expression across many cells in a tissue is enabling for many different areas of basic research. The following are exemplary uses and are by no means meant to be limiting in scope.

In one example, 3-dimensional patterns of expression can be determined by analyzing a series of tissue sections, in a manner analogous to image reconstruction in CT scanning. This can be used to measure changes in gene expression in disease pathology, e.g., in cancerous tissue and/or a tissue upon injury, inflammation or infection. With the assay systems of the invention, more detailed information on gene expression and protein localization in complex tissues can be obtained. This may lead to new insights into the function and regulation both in normal and diseased states, and is likely to provide new hypotheses that can be tested. For example, a system of the invention may enable some of the insights gained from many individual studies and larger programs like ENCODE (Birney et al., 2007) and modEN-CODE to be integrated at the tissue level. The assay systems will also aid in computational efforts to model interacting networks of gene expression in the field of systems biology.

The assay systems also provide a novel approach that enables the analysis of somatic variation, e.g., somatic mutations in cancer or variability in response to infectious organisms. For example, tumors are typically highly heterogeneous, containing cancer cells as well as genetically normal cells in an abnormal local environment. Cancer cells undergo mutation and selection, and in this process it is not unusual for local clones to develop. Identifying relatively rare somatic mutations in the context of tumors may enable the study of the role of key mutations in the selection of clonal variants. Transcriptional patterns associated with angiogenesis, inflammation, or other cancer related processes in both cancer and genetically normal cells can be analyzed for insights into cancer biology and assist in the development of new therapeutic agents for the treatment of cancers.

In another example, different people have varying susceptibility to infectious organisms, and much of this may be to underlying genetic differences in individuals and/or populations. Identifying these differences will aid in an understanding of the underlying disease pathologies and assist in the development of vaccines or therapeutics to prevent or ameliorate these disease states.

Importantly, in addition to providing spatially associated information, the technology of the invention will allow a great increase in the sensitivity of detecting rare mutations. The reason is that signal to noise can be dramatically increased because the approach of the invention assays a small location in any given reaction. In a typical assay for rare mutations in a mixed sample, the sample is treated in bulk, i.e. nucleic acids are extracted from many cells into a single pool. Thus, if a mutation is present in 1 cell in 10,000,

30

it must be detected against a background of normal DNA from ~10,000 cells. In contrast, with the systems of the invention many cells can be analyzed, but individual cells or small groups of cells would be identified by the spatial coding system. Therefore, the background can be reduced by orders of magnitude, greatly increasing sensitivity. Furthermore, the spatial organization of mutant cells can be observed. This may be particularly important in detecting key mutations in tissue sections in cancer. Already, molecular histological analyses are yielding insights into cancer biology and may have potential for use in diagnostics (Choe et al., 2003). The technology of the invention promises to greatly increase the power of such approaches.

EXAMPLES

The following examples are put forth so as to provide those of ordinary skill in the art with a complete disclosure and description of how to make and use the present invention, and are not intended to limit the scope of what the inventor regards as his invention, nor are they intended to represent or imply that the experiments below are all of or the only experiments performed. It will be appreciated by persons skilled in the art that numerous variations and/or modifications may be made to the invention as shown in the specific embodiments without departing from the spirit or scope of the invention as broadly described. The present embodiments are, therefore, to be considered in all respects as illustrative and not restrictive.

Efforts have been made to ensure accuracy with respect to numbers used (e.g., amounts, temperature, etc.) but some experimental errors and deviations should be accounted for. Unless indicated otherwise, parts are parts by weight, molecular weight is weight average molecular weight, temperature is in degrees centigrade, and pressure is at or near atmospheric.

Example 1: Initial Proof of Concept of Encoding Scheme

As an initial proof of concept, a model system is developed using a microarray to demonstrate a working single-plex assay. The basic design validates the concept of the assay, and establishes a working assay prior to addressing issues related to the analysis of a more complicated biological sample. Conventional sequencing is used as a readout for this proof of concept.

A microarray is used as a proxy for a tissue section. The target sequences of the microarray are fully specified, so that the composition of the targets are known and can be varied systematically. Synthetic oligonucleotide templates are attached to a glass slide via a 5' amino modification. Each slide has a single oligonucleotide template sequence, and the assays that are carried out may employ either ligation, or extension followed by ligation as this may be useful in determining certain polymorphisms.

Once the in situ part of the assay is complete, the reaction products are eluted and analyzed by qPCR to determined presence or absence of a product and estimate yield, and by conventional sequencing to determine the structure of the assay products. The single plex assays that are tested include appropriate positive and negative controls, and a single nucleotide variant (SNV) to check ability to discriminate single base variants.

Example 2: Scalability

The complexity of the assay system is increased to establish scalability of the assay for use in high throughput

US 11,549,138 B2

31                                                                                              32

studies. Scalability of both the spatial encoding and assay systems is demonstrated by carrying out a 24-plex×24-site assay using a microarray model system.

The amount of biological target, here a DNA target sequence, at each assay location is systematically varied on microarray substrate. For example, in a microarray with 50 micron spot size (center to center), a 1 mm$^2$ area contains~400 spots. The region around each site is optionally occupied by a region that is devoid of these spots to allow individual resolvability of the target sequences. Alternatively, the spots may be clustered, with two or more directly adjacent spots surrounded by or adjacent to a region that is devoid of target sequences.

In order to demonstrate that spatial encoding is accurate, the sites comprise different target compositions to show that the assay readout matches the expected composition of each site. With 24 target sequences, a simple digital pattern is made with each site having a different set of 12 targets present and 12 targets absent, to make a binary code (0=absent, 1=present). The assay readout is then determined to show that the detected regions match the expected signal after spatial decoding. In this particular example, the code space is large enough ($2^{24}$) so that even a few errors would not result in different codes being mixed up. Moreover, this design allows identification of errors and allows an estimation not only of accuracy of spatial encoding but also of accuracy calling the presence or absence of target sequences. In an exemplary aspect, a 4×4 arrangement of 16 sequences is used for the array configuration. A white square indicates that the sequence is absent and a black square that it is present, i.e. 8 of the 16 possible sequences are present in this sample. In a different sample, a different pattern of absent and present sequences can be constructed. In this way, unique patterns are associated with spatial locations so that the accuracy of spatial encoding can be measured.

The ability to detect quantitative differences is evaluated by generating dose-response curves for each of the 24 assays that are carried out at each site in a 24-site assay. This allows estimation of the limit of detection, dynamic range, and power to detect a given fold-change across the range.

In one aspect, a latin square design is used to represent individual targets at different ratios by varying the number of features for each target. In other words, with multiple spots in a site, the number of spots allocated to each of the 24 target sequences can be varied and each of the 24 sites can have a different composition. A 1×3 inch microarray is sufficiently large to permit multiple replicates. This larger set of 24 sequences will require deconvolution, and this is accomplished using high throughput techniques such as next-generation sequencing technologies (e.g., SOLiD™ technology (Life Technologies, Inc., Carlsbad, Calif.) or Genome Analyzer (Illumina, Inc., San Diego, Calif.)). The use of the 24-plex assay demonstrates both the accuracy of spatial encoding and decoding, and the quantitative response of the assay system.

Example 3: Adaptation of the Assay to Preserved Samples

Genomic DNA is assayed as a proof of concept for assaying RNA, as it provides a way to establish a single-copy reference signal. Once a working assay is developed for FFPE samples, it is adapted to an RNA assay. To this end, assay oligonucleotide concentrations are assayed to ensure compatibility with high multiplexing. Assuming a cell diameter of 10 microns, and delivery of a 10 micron diameter reagent droplet to an individual cell, the volume of the

droplet will be ~500 µl and can contain~3×10$^{11}$ molecules at a concentration. To assay 1,000 target sequences in 10,000 cells, ~2,000 targeting oligonucleotides would be required in a droplet. Therefore, each droplet could contain~160 million copies of each assay oligo, a vast excess over the few thousand target sequences in a cell.

The handling of small absolute numbers of product molecules generated from very small or compromised samples are enhanced to counter the issue of low recovery efficiency; that is, elution is efficient and losses resulting from adsorption of molecules to surfaces are prevented. An approach to addressing the latter issue is to include a carrier material, such as glycogen or carrier nucleic acids.

Example 4: Adapting the Assay to a Biological Sample

A control RNA template is immobilized to a solid support in order to create an artificial system. The assay is performed using T4 DNA ligase, which can repair nicks in DNA/RNA hybrids. Assays are carried out on matched slides, or different sections of the same slide, where in one case gDNA is assayed and in the other RNA is assayed. When assaying gDNA the slide can be pretreated with RNase, and when assaying RNA the slide is pretreated with DNase. Results of the assay are confirmed by extracting gDNA or RNA and quantitating the relative amounts by qPCR or RT-qPCR respectively.

In order make the tissue section RNA assays as informative as possible, pre-existing information on expression levels in specific tissues to target transcripts across a range of abundances are used in the assay design. Both high abundance transcripts, as well as some medium and low abundance transcripts, are targeted to enable an initial assessment of the quantitative performance characteristics of the assay.

The preceding merely illustrates the principles of the invention. It will be appreciated that those skilled in the art will be able to devise various arrangements which, although not explicitly described or shown herein, embody the principles of the invention and are included within its spirit and scope. Furthermore, all examples and conditional language recited herein are principally intended to aid the reader in understanding the principles of the invention and the concepts contributed by the inventors to furthering the art, and are to be construed as being without limitation to such specifically recited examples and conditions. Moreover, all statements herein reciting principles, aspects, and embodiments of the invention as well as specific examples thereof, are intended to encompass both structural and functional equivalents thereof. Additionally, it is intended that such equivalents include both currently known equivalents and equivalents developed in the future, i.e., any elements developed that perform the same function, regardless of structure. The scope of the present invention, therefore, is not intended to be limited to the exemplary embodiments shown and described herein. Rather, the scope and spirit of present invention is embodied by the appended claims. In the claims that follow, unless the term "means" is used, none of the features or elements recited therein should be construed as means-plus-function limitations pursuant to 35 U.S.C. § 112, ¶6.

The invention claimed is:

**1.** A composition comprising an array comprising a substrate and a plurality of capture probes, wherein:

each of the plurality of capture probes comprises: (i) a target-binding domain, (ii) a nucleic acid sequence that

US 11,549,138 B2

33

identifies a unique location on the substrate and is not configured to hybridize to a nucleic acid that binds to the target-binding domain, and (iii) a primer binding site;

the target-binding domain of each of the plurality of capture probes comprises a nucleic acid sequence that is complementary to at least a portion of the nucleic acid that binds to the target-binding domain; and

each of the plurality of capture probes are immobilized on the substrate in a random pattern.

**2.** The composition of claim **1**, wherein the random pattern is a pattern of ink jet-printed or photolithographic features.

**3.** The composition of claim **1**, wherein each of the plurality of capture probes are attached to the substrate by the 5' end.

**4.** The composition of claim **1**, wherein each of the plurality of capture probes are attached to the substrate by the 3' end.

**5.** The composition of claim **1**, wherein the array is deposited on a slide or flow-cell.

**6.** The composition of claim **1**, wherein each of the plurality of capture probes are attached to a plurality of beads, and wherein the plurality of beads are attached to the substrate.

**7.** The composition of claim **6**, wherein each of the plurality of beads comprises at least 1,000 capture probes.

**8.** The composition of claim **1**, wherein each of the plurality of capture probes are covalently attached to the substrate.

**9.** The composition of claim **1**, wherein the array further comprises a fiducial marker.

**10.** The composition of claim **1**, wherein the composition further comprises a biological sample disposed on the array.

**11.** The composition of claim **10**, wherein the biological sample is a tissue section.

**12.** The composition of claim **11**, wherein the tissue section is a formalin-fixed paraffin-embedded tissue section or a fresh frozen tissue section.

**13.** The composition of claim **10**, wherein the biological sample comprises cells.

**14.** The composition of claim **1**, wherein the nucleic acid comprises RNA or DNA.

**15.** The composition of claim **14**, wherein the RNA is mRNA.

**16.** The composition of claim **14**, wherein the DNA is genomic DNA.

**17.** A composition comprising (i) an array comprising a substrate and a plurality of capture probes, and (ii) a tissue section, wherein:

34

the tissue section is disposed on the array;

each of the plurality of capture probes comprises: (i) a target-binding domain (ii) a nucleic acid sequence that identifies a unique location on the substrate and is not configured to hybridize to a nucleic acid that binds to the target-binding domain, and (iii) a primer binding site;

the target-binding domain of each of the plurality of capture probes comprises a nucleic acid sequence complementary to at least a portion of the nucleic acid that binds to the target-binding domain; and

each of the plurality of capture probes are immobilized on the substrate in a random pattern.

**18.** The composition of claim **17**, wherein the random pattern is a pattern of ink jet-printed or photolithographic features.

**19.** The composition of claim **17**, wherein the array further comprises a fiducial marker.

**20.** The composition of claim **17**, wherein the tissue section is a formalin-fixed paraffin-embedded tissue section or a fresh frozen tissue section.

**21.** The composition of claim **17**, wherein the target-binding domain is identical for each of the plurality of capture probes.

**22.** The composition of claim **17**, wherein the target-binding domain is identical for each of the plurality of capture probes.

**23.** The composition of claim **17**, wherein the array is deposited on a slide or flow-cell.

**24.** The composition of claim **17**, wherein each of the plurality of capture probes are attached to a plurality of beads, and wherein the plurality of beads are attached to the substrate.

**25.** The composition of claim **17**, wherein each of the plurality of capture probes are attached to the substrate by the 5' end.

**26.** The composition of claim **17**, wherein each of the plurality of capture probes are attached to the substrate by the 3' end.

**27.** The composition of claim **17**, wherein each of the plurality of capture probes are covalently attached to the substrate.

**28.** The composition of claim **17**, wherein the nucleic acid comprises RNA or DNA.

**29.** The composition of claim **28**, wherein the RNA is mRNA.

**30.** The composition of claim **28**, wherein the DNA is genomic DNA.

\*    \*    \*    \*    \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 11,549,138 B2                                    Page 1 of 1
APPLICATION NO.     : 17/825719
DATED               : January 10, 2023
INVENTOR(S)         : Mark S. Chee

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

Column 34, Approximately Line 15, in Claim 18, delete "j et-printed" and insert -- jet-printed --.

Signed and Sealed this
Fourth Day of July, 2023

*Katherine Kelly Vidal*

Katherine Kelly Vidal
*Director of the United States Patent and Trademark Office*

10XC-00000937

# Exhibit H

US011761030B2

(12) **United States Patent**
Chee

(10) Patent No.: **US 11,761,030 B2**
(45) Date of Patent: ***Sep. 19, 2023**

(54) **SPATIALLY ENCODED BIOLOGICAL ASSAYS**

(71) Applicant: **Prognosys Biosciences, Inc.**, San Diego, CA (US)

(72) Inventor: **Mark S. Chee**, San Diego, CA (US)

(73) Assignee: **Prognosys Biosciences, Inc.**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/074,992**

(22) Filed: **Dec. 5, 2022**

(65) **Prior Publication Data**

US 2023/0107023 A1    Apr. 6, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 17/850,538, filed on Jun. 27, 2022, now Pat. No. 11,519,022, which is a continuation of application No. 17/480,914, filed on Sep. 21, 2021, now Pat. No. 11,371,086, which is a continuation of application No. 17/321,090, filed on May 14, 2021, now Pat. No. 11,156,603, which is a continuation of application No. 17/145,210, filed on Jan. 8, 2021, now Pat. No. 11,067,567, which is a continuation of application No. 16/669,246, filed on Oct. 30, 2019, now Pat. No. 10,982,268, which is a continuation of application No. 16/437,637, filed on Jun. 11, 2019, now Pat. No. 10,494,667, which is a continuation of application No. 16/430,015, filed on Jun. 3, 2019, now abandoned, which is a continuation of application No. 16/414,213, filed on May 16, 2019, now Pat. No. 10,787,701, which is a continuation of application No. 16/402,098, filed on May 2, 2019, now Pat. No. 10,472,669, which is a continuation of application No. 16/276,235, filed on Feb. 14, 2019, now Pat. No. 10,480,022, which is a continuation of

(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| *C12Q 1/6837* | (2018.01) |
| *G01N 33/68* | (2006.01) |
| *C12Q 1/6804* | (2018.01) |
| *C12Q 1/6874* | (2018.01) |
| *G01N 33/53* | (2006.01) |
| *C12Q 1/6869* | (2018.01) |
| *C40B 60/04* | (2006.01) |
| *C12Q 1/6809* | (2018.01) |
| *C12Q 1/6834* | (2018.01) |
| *C12Q 1/6841* | (2018.01) |
| *C40B 30/04* | (2006.01) |
| *G01N 33/543* | (2006.01) |
| *C12Q 1/68* | (2018.01) |
| *B01L 3/00* | (2006.01) |
| *C12Q 1/6876* | (2018.01) |
| *C12Q 1/6858* | (2018.01) |

(52) **U.S. Cl.**
CPC ...... *C12Q 1/6837* (2013.01); *B01L 3/502715* (2013.01); *C12Q 1/68* (2013.01); *C12Q 1/6804* (2013.01); *C12Q 1/6809* (2013.01); *C12Q 1/6834* (2013.01); *C12Q 1/6841* (2013.01); *C12Q 1/6869* (2013.01); *C12Q 1/6874* (2013.01); *C12Q 1/6876* (2013.01); *C40B 30/04* (2013.01); *C40B 60/04* (2013.01); *G01N 33/5308* (2013.01); *G01N 33/543* (2013.01); *G01N 33/54366* (2013.01); *G01N 33/6845* (2013.01); *C12Q 1/6858* (2013.01); *C12Q 2600/156* (2013.01); *C12Q 2600/158* (2013.01); *G01N 2458/10* (2013.01)

(58) **Field of Classification Search**
CPC ...... C12Q 1/6837; C12Q 1/68; C12Q 1/6804; C12Q 1/6809; C12Q 1/6834; C12Q 1/6841; C12Q 1/6869; C12Q 1/6874; C12Q 1/6876; B01L 3/502715; C40B 30/04; C40B 60/04; G01N 33/5308; G01N 33/543; G01N 33/54366; G01N 33/6845; G01N 2458/10

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,514,388 A | 4/1985 | Psaledakis | |
| 4,574,729 A | 3/1986 | Wells | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | 2003200718 | 10/2006 | |
| CN | 1273609 | 11/2000 | |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 16/353,937, filed Mar. 14, 2019, Frisen et al.

(Continued)

*Primary Examiner* — Narayan K Bhat
(74) *Attorney, Agent, or Firm* — Fish & Richardson P.C.

(57) **ABSTRACT**

The present invention provides assays and assay systems for use in spatially encoded biological assays. The invention provides an assay system comprising an assay capable of high levels of multiplexing where reagents are provided to a biological sample in defined spatial patterns; instrumentation capable of controlled delivery of reagents according to the spatial patterns; and a decoding scheme providing a readout that is digital in nature.

**30 Claims, 5 Drawing Sheets**

**US 11,761,030 B2**

Page 2

### Related U.S. Application Data

application No. 15/187,661, filed on Jun. 20, 2016, now Pat. No. 10,308,982, which is a continuation of application No. 13/080,616, filed on Apr. 5, 2011, now Pat. No. 9,371,598.

(60) Provisional application No. 61/321,124, filed on Apr. 5, 2010.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,683,195 A | 7/1987 | Mullis |
| 4,683,202 A | 7/1987 | Mullis |
| 4,800,159 A | 1/1989 | Mullis |
| 4,883,867 A | 11/1989 | Lee |
| 4,965,188 A | 10/1990 | Mullis |
| 4,968,601 A | 11/1990 | Jacobson et al. |
| 4,988,617 A | 1/1991 | Landegren et al. |
| 5,002,882 A | 3/1991 | Lunnen |
| 5,061,049 A | 10/1991 | Hornbeck |
| 5,130,238 A | 7/1992 | Malek |
| 5,183,053 A | 2/1993 | Yeh et al. |
| 5,308,751 A | 5/1994 | Ohkawa |
| 5,321,130 A | 6/1994 | Yue |
| 5,410,030 A | 4/1995 | Yue |
| 5,436,134 A | 7/1995 | Haugland |
| 5,455,166 A | 10/1995 | Walker |
| 5,472,881 A | 12/1995 | Beebe et al. |
| 5,494,810 A | 2/1996 | Barany et al. |
| 5,503,980 A | 4/1996 | Cantor |
| 5,512,439 A | 4/1996 | Hornes |
| 5,512,462 A | 4/1996 | Cheng |
| 5,559,032 A | 9/1996 | Pomeroy |
| 5,582,977 A | 12/1996 | Yue |
| 5,589,173 A | 12/1996 | O'Brien |
| 5,599,675 A | 2/1997 | Brenner |
| 5,610,287 A | 3/1997 | Nikiforov et al. |
| 5,641,658 A | 6/1997 | Adams |
| 5,648,245 A | 7/1997 | Fire et al. |
| 5,658,751 A | 8/1997 | Yue |
| 5,695,940 A | 12/1997 | Drmanac et al. |
| 5,716,825 A | 2/1998 | Hancock et al. |
| 5,750,341 A | 5/1998 | Macevicz |
| 5,763,175 A | 6/1998 | Brenner |
| 5,807,522 A | 9/1998 | Brown et al. |
| 5,830,711 A | 11/1998 | Barany et al. |
| 5,837,832 A | 11/1998 | Chee et al. |
| 5,837,860 A | 11/1998 | Anderson et al. |
| 5,854,033 A | 12/1998 | Lizardi |
| 5,863,753 A | 1/1999 | Haugland |
| 5,866,377 A | 2/1999 | Kim et al. |
| 5,871,921 A | 2/1999 | Landegren et al. |
| 5,912,148 A | 6/1999 | Eggerding |
| 5,919,626 A | 7/1999 | Shi et al. |
| 5,925,545 A | 7/1999 | Reznikoff et al. |
| 5,928,906 A | 7/1999 | Koester et al. |
| 5,958,775 A | 9/1999 | Wickstrom et al. |
| 5,965,443 A | 10/1999 | Reznikoff et al. |
| 6,013,440 A | 1/2000 | Lipshutz |
| 6,027,889 A | 2/2000 | Barany et al. |
| 6,054,274 A | 4/2000 | Sampson et al. |
| 6,060,240 A | 5/2000 | Kamb et al. |
| 6,083,761 A | 7/2000 | Kedar et al. |
| 6,130,073 A | 10/2000 | Eggerding |
| 6,136,592 A | 10/2000 | Leighton |
| 6,143,496 A | 11/2000 | Brown |
| 6,153,389 A | 11/2000 | Haarer |
| 6,159,736 A | 12/2000 | Reznikoff et al. |
| 6,165,714 A | 12/2000 | Lane et al. |
| 6,172,218 B1 | 1/2001 | Brenner |
| 6,210,891 B1 | 4/2001 | Nyren |
| 6,210,894 B1 | 4/2001 | Brennan |
| 6,214,587 B1 | 4/2001 | Dattagupta |
| 6,221,591 B1 | 4/2001 | Aerts |
| 6,221,654 B1 | 4/2001 | Quake |
| 6,251,639 B1 | 6/2001 | Kurn |
| 6,258,558 B1 | 7/2001 | Szostak |
| 6,258,568 B1 | 7/2001 | Nyren |
| 6,261,804 B1 | 7/2001 | Szostak |
| 6,265,552 B1 | 7/2001 | Schatz |
| 6,266,459 B1 | 7/2001 | Walt |
| 6,268,148 B1 | 7/2001 | Barany et al. |
| 6,274,320 B1 | 8/2001 | Rothberg |
| 6,281,804 B1 | 8/2001 | Haller |
| 6,291,180 B1 | 9/2001 | Chu |
| 6,291,187 B1 | 9/2001 | Kingsmore et al. |
| 6,300,063 B1 | 10/2001 | Lipshutz et al. |
| 6,306,597 B1 | 10/2001 | Macevicz |
| 6,309,824 B1 | 10/2001 | Drmanac |
| 6,323,009 B1 | 11/2001 | Lasken et al. |
| 6,337,472 B1 | 1/2002 | Garner et al. |
| 6,344,316 B1 | 2/2002 | Lockhart |
| 6,344,329 B1 | 2/2002 | Lizardi et al. |
| 6,355,431 B1 | 3/2002 | Chee |
| 6,368,801 B1 | 4/2002 | Faruqi |
| 6,391,937 B1 | 5/2002 | Beuhler et al. |
| 6,401,267 B1 | 6/2002 | Drmanac |
| 6,404,907 B1 | 6/2002 | Gilchrist |
| 6,416,950 B1 | 7/2002 | Lohse |
| 6,432,360 B1 | 8/2002 | Church et al. |
| 6,485,982 B1 | 11/2002 | Charlton |
| 6,503,713 B1 | 1/2003 | Rana |
| 6,506,561 B1 | 1/2003 | Cheval et al. |
| 6,518,018 B1 | 2/2003 | Szostak |
| 6,534,266 B1 | 3/2003 | Singer |
| 6,544,732 B1 | 4/2003 | Chee |
| 6,544,790 B1 | 4/2003 | Sabatini |
| 6,565,727 B1 | 5/2003 | Shenderov |
| 6,573,043 B1 | 6/2003 | Cohen et al. |
| 6,579,695 B1 | 6/2003 | Lambalot |
| 6,620,584 B1 | 9/2003 | Chee |
| 6,632,641 B1 | 10/2003 | Brennan |
| 6,673,620 B1 | 1/2004 | Loeffler |
| 6,677,160 B1 | 1/2004 | Stockman et al. |
| 6,699,710 B1 | 3/2004 | Kononen |
| 6,737,236 B1 | 5/2004 | Pieken et al. |
| 6,770,441 B2 | 8/2004 | Dickinson |
| 6,773,566 B2 | 8/2004 | Shenderov |
| 6,773,886 B2 | 8/2004 | Kaufman |
| 6,787,308 B2 | 9/2004 | Balasubramanian |
| 6,797,470 B2 | 9/2004 | Barany et al. |
| 6,800,453 B2 | 10/2004 | Labaer |
| 6,812,005 B2 | 11/2004 | Fan et al. |
| 6,828,100 B2 | 12/2004 | Ronaghi |
| 6,833,246 B2 | 12/2004 | Balasubramanian |
| 6,852,487 B1 | 2/2005 | Barany et al. |
| 6,859,570 B2 | 2/2005 | Walt |
| 6,864,052 B1 | 3/2005 | Drmanac |
| 6,867,028 B2 | 3/2005 | Janulaitis |
| 6,872,816 B1 | 3/2005 | Hall et al. |
| 6,875,572 B2 | 4/2005 | Prudent et al. |
| 6,878,515 B1 | 4/2005 | Landegren |
| 6,890,741 B2 | 5/2005 | Fan et al. |
| 6,897,023 B2 | 5/2005 | Fu |
| 6,911,132 B2 | 6/2005 | Pamula |
| 6,911,345 B2 | 6/2005 | Quake |
| 6,913,881 B1 | 7/2005 | Aizenstein et al. |
| 6,913,921 B2 | 7/2005 | Fischer |
| 6,942,968 B1 | 9/2005 | Dickinson et al. |
| 6,969,488 B2 | 11/2005 | Bridgham |
| 6,969,589 B2 | 11/2005 | Patil |
| 6,977,033 B2 | 12/2005 | Becker |
| 7,001,792 B2 | 2/2006 | Sauer et al. |
| 7,011,944 B2 | 3/2006 | Prudent et al. |
| 7,052,244 B2 | 5/2006 | Fouillet |
| 7,057,026 B2 | 6/2006 | Barnes |
| 7,083,980 B2 | 8/2006 | Reznikoff et al. |
| 7,098,041 B2 | 8/2006 | Kaylor et al. |
| 7,115,400 B1 | 10/2006 | Adessi |
| 7,118,883 B2 | 10/2006 | Inoue |
| 7,128,893 B2 | 10/2006 | Leamon et al. |
| 7,163,612 B2 | 1/2007 | Sterling |
| 7,166,431 B2 | 1/2007 | Chee et al. |
| 7,192,735 B2 | 3/2007 | Lambalot |

US 11,761,030 B2

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,211,414 B2 | 5/2007 | Hardin | |
| 7,223,371 B2 | 5/2007 | Hayenga et al. | |
| 7,229,769 B2 | 6/2007 | Kozlov | |
| 7,244,559 B2 | 7/2007 | Rothberg | |
| 7,255,994 B2 | 8/2007 | Lao | |
| 7,258,976 B2 | 8/2007 | Mitsuhashi | |
| 7,259,258 B2 | 8/2007 | Kozlov et al. | |
| 7,264,929 B2 | 9/2007 | Rothberg | |
| 7,270,950 B2 | 9/2007 | Szostak | |
| 7,282,328 B2 | 10/2007 | Kong et al. | |
| 7,297,518 B2 | 11/2007 | Quake | |
| 7,315,019 B2 | 1/2008 | Turner | |
| 7,328,979 B2 | 2/2008 | Decre | |
| 7,329,492 B2 | 2/2008 | Hardin | |
| 7,358,047 B2 | 4/2008 | Hafner et al. | |
| 7,361,488 B2 | 4/2008 | Fan et al. | |
| 7,375,234 B2 | 5/2008 | Sharpless et al. | |
| 7,378,242 B2 | 5/2008 | Hurt | |
| 7,393,665 B2 | 7/2008 | Brenner | |
| 7,405,281 B2 | 7/2008 | Xu | |
| 7,407,757 B2 | 8/2008 | Brenner | |
| 7,427,678 B2 | 9/2008 | Pieken et al. | |
| 7,462,449 B2 | 12/2008 | Quake | |
| 7,473,767 B2 | 1/2009 | Dimitrov | |
| 7,499,806 B2 | 3/2009 | Kermani et al. | |
| 7,501,245 B2 | 3/2009 | Quake | |
| 7,534,991 B2 | 5/2009 | Miller et al. | |
| 7,537,897 B2 | 5/2009 | Brenner | |
| 7,544,473 B2 | 6/2009 | Brenan | |
| 7,547,380 B2 | 6/2009 | Velev | |
| 7,555,155 B2 | 6/2009 | Levenson et al. | |
| 7,563,576 B2 | 7/2009 | Chee | |
| 7,579,153 B2 | 8/2009 | Brenner | |
| 7,582,420 B2 | 9/2009 | Oliphant et al. | |
| 7,595,883 B1 | 9/2009 | El Gamal | |
| 7,601,492 B2 | 10/2009 | Fu et al. | |
| 7,601,498 B2 | 10/2009 | Mao | |
| 7,608,434 B2 | 10/2009 | Reznikoff et al. | |
| 7,611,869 B2 | 11/2009 | Fan | |
| 7,635,566 B2 | 12/2009 | Brenner | |
| 7,641,779 B2 | 1/2010 | Becker | |
| 7,655,898 B2 | 2/2010 | Miller | |
| 7,666,612 B2 | 2/2010 | Johnsson | |
| 7,674,589 B2 | 3/2010 | Cohen et al. | |
| 7,674,752 B2 | 3/2010 | He | |
| 7,700,286 B2 | 4/2010 | Stroun et al. | |
| 7,709,198 B2 | 5/2010 | Luo et al. | |
| 7,754,429 B2 | 7/2010 | Rigatti | |
| 7,776,547 B2 | 8/2010 | Roth | |
| 7,776,567 B2 | 8/2010 | Mao | |
| 7,785,869 B2 | 8/2010 | Belgrader et al. | |
| 7,803,943 B2 | 9/2010 | Mao | |
| 7,844,940 B2 | 11/2010 | Shin et al. | |
| 7,848,553 B2 | 12/2010 | Hertel et al. | |
| 7,858,321 B2 | 12/2010 | Glezer | |
| 7,888,009 B2 | 2/2011 | Barany et al. | |
| 7,892,747 B2 | 2/2011 | Barany et al. | |
| 7,910,304 B2 | 3/2011 | Drmanac | |
| 7,914,981 B2 | 3/2011 | Barany et al. | |
| 7,941,279 B2 | 5/2011 | Hwang et al. | |
| 7,955,794 B2 | 6/2011 | Shen et al. | |
| 7,960,119 B2 | 6/2011 | Chee | |
| 7,960,120 B2 | 6/2011 | Rigatti | |
| 7,985,565 B2 | 7/2011 | Mayer et al. | |
| 8,003,354 B2 | 8/2011 | Shen et al. | |
| 8,030,477 B2 | 10/2011 | Cerrina et al. | |
| 8,076,063 B2 | 12/2011 | Fan | |
| 8,092,784 B2 | 1/2012 | Mao | |
| 8,124,751 B2 | 2/2012 | Pierce et al. | |
| 8,148,068 B2 | 4/2012 | Brenner | |
| 8,148,518 B2 | 4/2012 | Buchanan | |
| 8,198,028 B2 | 6/2012 | Rigatti et al. | |
| 8,199,999 B2 | 6/2012 | Hoyt et al. | |
| 8,206,917 B2 | 6/2012 | Chee | |
| 8,207,093 B2 | 6/2012 | Szostak | |

| | | | |
|---|---|---|---|
| 8,268,554 B2 | 9/2012 | Schallmeiner | |
| 8,278,034 B2 | 10/2012 | Muraca | |
| 8,288,103 B2 | 10/2012 | Oliphant | |
| 8,288,122 B2 | 10/2012 | O'Leary et al. | |
| 8,330,087 B2 | 12/2012 | Domenicali | |
| 8,337,851 B2 | 12/2012 | Aukerman | |
| 8,343,500 B2 | 1/2013 | Wraith | |
| 8,383,338 B2 | 2/2013 | Kitzman | |
| 8,415,102 B2 | 4/2013 | Geiss et al. | |
| 8,431,691 B2 | 4/2013 | McKernan et al. | |
| 8,460,865 B2 | 6/2013 | Chee | |
| 8,462,981 B2 | 6/2013 | Determan et al. | |
| 8,481,257 B2 | 7/2013 | Van Eijk | |
| 8,481,258 B2 | 7/2013 | Church et al. | |
| 8,481,292 B2 | 7/2013 | Casbon | |
| 8,481,698 B2 | 7/2013 | Lieberman et al. | |
| 8,486,625 B2 | 7/2013 | Gunderson | |
| 8,507,204 B2 | 8/2013 | Pierce et al. | |
| 8,519,115 B2 | 8/2013 | Webster et al. | |
| 8,551,710 B2 | 10/2013 | Bernitz et al. | |
| 8,568,979 B2 | 10/2013 | Stuelpnagel et al. | |
| RE44,596 E | 11/2013 | Stroun et al. | |
| 8,586,310 B2 | 11/2013 | Mitra | |
| 8,597,891 B2 | 12/2013 | Barany et al. | |
| 8,603,743 B2 | 12/2013 | Liu et al. | |
| 8,604,182 B2 | 12/2013 | Luo et al. | |
| 8,614,073 B2 | 12/2013 | Van Eijk | |
| 8,624,016 B2 | 1/2014 | Barany et al. | |
| 8,637,242 B2 | 1/2014 | Shen | |
| 8,658,361 B2 | 2/2014 | Wu et al. | |
| 8,685,889 B2 | 4/2014 | Van Eijk | |
| 8,741,564 B2 | 6/2014 | Seligmann | |
| 8,741,606 B2 | 6/2014 | Casbon | |
| 8,748,103 B2 | 6/2014 | Faham et al. | |
| 8,771,950 B2 | 7/2014 | Church et al. | |
| 8,778,849 B2 | 7/2014 | Bowen | |
| 8,785,353 B2 | 7/2014 | Van Eijk | |
| 8,790,873 B2 | 7/2014 | Namsaraev et al. | |
| 8,809,238 B2 | 8/2014 | Livak et al. | |
| 8,815,512 B2 | 8/2014 | Van Eijk | |
| 8,835,358 B2 | 9/2014 | Fodor | |
| 8,865,410 B2 | 10/2014 | Shendure | |
| 8,906,626 B2 | 12/2014 | Oliphant et al. | |
| 8,911,945 B2 | 12/2014 | Van Eijk | |
| 8,936,912 B2 | 1/2015 | Mitra | |
| 8,951,726 B2 | 2/2015 | Luo et al. | |
| 8,951,728 B2 | 2/2015 | Rasmussen | |
| 8,951,781 B2 | 2/2015 | Reed | |
| 8,986,926 B2 | 3/2015 | Ferree et al. | |
| 9,005,891 B2 | 4/2015 | Sinicropi et al. | |
| 9,005,935 B2 | 4/2015 | Belyaev | |
| 9,023,768 B2 | 5/2015 | Van Eijk | |
| 9,062,348 B1 | 6/2015 | Van Eijk | |
| 9,080,210 B2 | 7/2015 | Van Eijk | |
| 9,085,798 B2 | 7/2015 | Chee | |
| 9,121,069 B2 | 9/2015 | Lo | |
| 9,163,283 B2 | 10/2015 | Chee et al. | |
| 9,194,001 B2 | 11/2015 | Brenner | |
| 9,201,063 B2 | 12/2015 | Sood et al. | |
| 9,217,176 B2 | 12/2015 | Faham et al. | |
| 9,290,808 B2 | 3/2016 | Fodor | |
| 9,290,809 B2 | 3/2016 | Fodor | |
| 9,309,556 B2 | 4/2016 | Myllykangas et al. | |
| 9,328,383 B2 | 5/2016 | Van Eijk | |
| 9,334,536 B2 | 5/2016 | Van Eijk | |
| 9,340,830 B2 | 5/2016 | Lipson | |
| 9,371,563 B2 | 6/2016 | Geiss et al. | |
| 9,371,598 B2 | 6/2016 | Chee | |
| 9,376,716 B2 | 6/2016 | Van Eijk | |
| 9,376,717 B2 | 6/2016 | Gao et al. | |
| 9,376,719 B2 | 6/2016 | Eijk | |
| 9,404,156 B2 | 8/2016 | Hicks | |
| 9,416,409 B2 | 8/2016 | Hayden | |
| 9,447,459 B2 | 9/2016 | Van Eijk | |
| 9,453,256 B2 | 9/2016 | Van Eijk | |
| 9,493,820 B2 | 11/2016 | Van Eijk | |
| 9,506,061 B2 | 11/2016 | Brown | |
| 9,512,487 B2 | 12/2016 | Faham et al. | |
| 9,541,504 B2 | 1/2017 | Hoyt | |

10XC-00005059

US 11,761,030 B2

Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,557,330 B2 | 1/2017 | Siciliano et al. |
| 9,574,230 B2 | 2/2017 | Van Eijk |
| 9,593,365 B2 | 3/2017 | Frisen et al. |
| 9,598,728 B2 | 3/2017 | Barany et al. |
| 9,624,538 B2 | 4/2017 | Church et al. |
| 9,657,335 B2 | 5/2017 | Van Eijk |
| 9,670,542 B2 | 6/2017 | Van Eijk |
| 9,694,361 B2 | 7/2017 | Bharadwaj |
| 9,702,004 B2 | 7/2017 | Van Eijk |
| 9,714,446 B2 | 7/2017 | Webster et al. |
| 9,714,937 B2 | 7/2017 | Dunaway |
| 9,745,627 B2 | 8/2017 | Van Eijk |
| 9,777,324 B2 | 10/2017 | Van Eijk |
| 9,816,134 B2 | 11/2017 | Namsaraev |
| 9,850,536 B2 | 12/2017 | Oliphant et al. |
| 9,868,979 B2 | 1/2018 | Chee et al. |
| 9,879,313 B2 | 1/2018 | Chee et al. |
| 9,889,422 B2 | 2/2018 | Smith et al. |
| 9,896,721 B2 | 2/2018 | Van Eijk |
| 9,898,576 B2 | 2/2018 | Van Eijk |
| 9,898,577 B2 | 2/2018 | Van Eijk |
| 9,902,950 B2 | 2/2018 | Church et al. |
| 9,902,991 B2 | 2/2018 | Sinicropi et al. |
| 9,958,454 B2 | 5/2018 | Kozlov et al. |
| 10,023,907 B2 | 7/2018 | Van Eijk |
| 10,030,261 B2 | 7/2018 | Frisen et al. |
| 10,072,104 B2 | 9/2018 | Winnik et al. |
| 10,095,832 B2 | 10/2018 | Van Eijk |
| 10,144,966 B2 | 12/2018 | Cantor |
| 10,196,691 B2 | 2/2019 | Harkin et al. |
| 10,227,639 B2 | 3/2019 | Levner et al. |
| 10,246,752 B2 | 4/2019 | Faham et al. |
| 10,266,876 B2 | 4/2019 | Cai et al. |
| 10,267,808 B2 | 4/2019 | Cai |
| 10,357,771 B2 | 7/2019 | Bharadwaj |
| 10,465,235 B2 | 11/2019 | Gullberg et al. |
| 10,501,791 B2 | 12/2019 | Church et al. |
| 10,633,648 B2 | 4/2020 | Seelig et al. |
| 10,669,569 B2 | 6/2020 | Gullberg et al. |
| 10,697,013 B1 | 6/2020 | Brenner et al. |
| 10,725,027 B2 | 7/2020 | Bell |
| 10,767,223 B1 | 9/2020 | Brenner et al. |
| 10,774,372 B2 | 9/2020 | Chee et al. |
| 10,774,374 B2 | 9/2020 | Frisen et al. |
| 10,829,803 B2 | 11/2020 | Terbrueggen et al. |
| 10,858,702 B2 | 12/2020 | Lucero et al. |
| 10,927,403 B2 | 2/2021 | Chee et al. |
| 11,046,996 B1 | 6/2021 | Chee et al. |
| 11,162,132 B2 | 11/2021 | Frisen et al. |
| 11,286,515 B2 | 3/2022 | Chee et al. |
| 11,299,774 B2 | 4/2022 | Frisen et al. |
| 11,332,790 B2 | 5/2022 | Chell et al. |
| 11,352,659 B2 | 6/2022 | Frisen et al. |
| 11,359,228 B2 | 6/2022 | Chee et al. |
| 11,390,912 B2 | 7/2022 | Frisen et al. |
| 11,407,992 B2 | 8/2022 | Dadhwal |
| 11,408,029 B2 | 8/2022 | Katiraee et al. |
| 11,434,524 B2 | 9/2022 | Ramachandran Iyer et al. |
| 11,479,809 B2 | 10/2022 | Frisen et al. |
| 11,492,612 B1 | 11/2022 | Dadhwal |
| 11,505,828 B2 | 11/2022 | Chell et al. |
| 11,512,308 B2 | 11/2022 | Gallant et al. |
| 11,519,033 B2 | 12/2022 | Schnall-Levin et al. |
| 11,535,887 B2 | 12/2022 | Gallant et al. |
| 11,560,592 B2 | 1/2023 | Chew et al. |
| 11,560,593 B2 | 1/2023 | Chell et al. |
| 11,592,447 B2 | 2/2023 | Uytingco et al. |
| 11,608,498 B2 | 3/2023 | Gallant et al. |
| 11,608,520 B2 | 3/2023 | Galonska et al. |
| 11,613,773 B2 | 3/2023 | Frisen et al. |
| 11,618,897 B2 | 4/2023 | Kim et al. |
| 11,618,918 B2 | 4/2023 | Chee et al. |
| 11,624,063 B2 | 4/2023 | Dadhwal |
| 11,624,086 B2 | 4/2023 | Uytingco et al. |
| 11,649,485 B2 | 5/2023 | Yin et al. |
| 11,661,626 B2 | 5/2023 | Katiraee et al. |
| 11,680,260 B2 | 6/2023 | Kim et al. |
| 11,692,218 B2 | 7/2023 | Engblom et al. |
| 11,702,693 B2 | 7/2023 | Bharadwaj |
| 11,702,698 B2 | 7/2023 | Stoeckius |
| 2001/0039029 A1 | 11/2001 | Nemori et al. |
| 2001/0055764 A1 | 12/2001 | Empendocles et al. |
| 2002/0006477 A1 | 1/2002 | Shishido et al. |
| 2002/0040275 A1 | 4/2002 | Cravatt |
| 2002/0045169 A1 | 4/2002 | Shoemaker et al. |
| 2002/0045272 A1 | 4/2002 | McDevitt et al. |
| 2002/0048766 A1 | 4/2002 | Doyle et al. |
| 2002/0051986 A1 | 5/2002 | Baez et al. |
| 2002/0055100 A1 | 5/2002 | Kawashima |
| 2002/0058250 A1 | 5/2002 | Firth |
| 2002/0064779 A1 | 5/2002 | Landegren |
| 2002/0086441 A1 | 7/2002 | Baranov et al. |
| 2002/0132246 A1 | 9/2002 | Kallioniemi et al. |
| 2002/0137031 A1 | 9/2002 | Wolber |
| 2002/0150909 A1 | 10/2002 | Stuelpnagel |
| 2002/0164611 A1 | 11/2002 | Bamdad |
| 2002/0168645 A1 | 11/2002 | Taylor |
| 2003/0017451 A1 | 1/2003 | Wang et al. |
| 2003/0022207 A1 | 1/2003 | Balasubramanian |
| 2003/0040035 A1 | 2/2003 | Slamon |
| 2003/0064398 A1 | 4/2003 | Barnes |
| 2003/0073086 A1 | 4/2003 | Guire et al. |
| 2003/0087232 A1 | 5/2003 | Christians |
| 2003/0096323 A1 | 5/2003 | James |
| 2003/0113713 A1 | 6/2003 | Glezer |
| 2003/0124595 A1 | 7/2003 | Lizardi |
| 2003/0134279 A1 | 7/2003 | Isola et al. |
| 2003/0138879 A1 | 7/2003 | Lambalot |
| 2003/0148335 A1 | 8/2003 | Shen et al. |
| 2003/0153850 A1 | 8/2003 | Davis et al. |
| 2003/0162216 A1 | 8/2003 | Gold |
| 2003/0165948 A1 | 9/2003 | Alsmadi et al. |
| 2003/0170637 A1 | 9/2003 | Pirrung et al. |
| 2003/0175947 A1 | 9/2003 | Liu et al. |
| 2003/0190744 A1 | 10/2003 | McGarry et al. |
| 2003/0205632 A1 | 11/2003 | Kim et al. |
| 2003/0211489 A1 | 11/2003 | Shen et al. |
| 2003/0215936 A1 | 11/2003 | Kallioniemi et al. |
| 2003/0224419 A1 | 12/2003 | Corcoran |
| 2003/0232348 A1 | 12/2003 | Jones et al. |
| 2003/0232382 A1 | 12/2003 | Brennan |
| 2003/0235535 A1 | 12/2003 | Zhou |
| 2003/0235852 A1 | 12/2003 | Roberts |
| 2003/0235854 A1 | 12/2003 | Chan et al. |
| 2004/0002090 A1 | 1/2004 | Mayer et al. |
| 2004/0019005 A1 | 1/2004 | Van Ness |
| 2004/0023320 A1 | 2/2004 | Steiner et al. |
| 2004/0033499 A1 | 2/2004 | Ilsley et al. |
| 2004/0050699 A1 | 3/2004 | Goncalves |
| 2004/0067492 A1 | 4/2004 | Peng et al. |
| 2004/0067493 A1 | 4/2004 | Matsuzaki |
| 2004/0082059 A1 | 4/2004 | Webb |
| 2004/0096853 A1 | 5/2004 | Mayer |
| 2004/0106110 A1 | 6/2004 | Balasubramanian |
| 2004/0112442 A1 | 6/2004 | Maerkl |
| 2004/0121456 A1 | 6/2004 | Fischer |
| 2004/0175822 A1 | 9/2004 | Timperman et al. |
| 2004/0219588 A1 | 11/2004 | Furuta |
| 2004/0224326 A1 | 11/2004 | Kim et al. |
| 2004/0235103 A1 | 11/2004 | Reznikoff et al. |
| 2004/0248325 A1 | 12/2004 | Bukusoglu et al. |
| 2004/0259105 A1 | 12/2004 | Fan et al. |
| 2005/0003431 A1 | 1/2005 | Wucherpfennig |
| 2005/0014203 A1 | 1/2005 | Darfler et al. |
| 2005/0019776 A1 | 1/2005 | Callow et al. |
| 2005/0019842 A1 | 1/2005 | Prober et al. |
| 2005/0026188 A1 | 2/2005 | Van Kessel |
| 2005/0037362 A1 | 2/2005 | Remacle et al. |
| 2005/0037393 A1 | 2/2005 | Gunderson et al. |
| 2005/0042695 A1 | 2/2005 | Meares et al. |
| 2005/0048580 A1 | 3/2005 | Labaer |
| 2005/0064460 A1 | 3/2005 | Holliger et al. |
| 2005/0079520 A1 | 4/2005 | Wu |
| 2005/0095627 A1 | 5/2005 | Kolman et al. |

**US 11,761,030 B2**

Page 5

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0100900 | A1 | 5/2005 | Kawashima et al. |
| 2005/0130173 | A1 | 6/2005 | Leamon et al. |
| 2005/0130188 | A1 | 6/2005 | Walt |
| 2005/0136414 | A1 | 6/2005 | Gunderson et al. |
| 2005/0164292 | A1 | 7/2005 | Farooqui |
| 2005/0179746 | A1 | 8/2005 | Roux et al. |
| 2005/0191656 | A1 | 9/2005 | Drmanac et al. |
| 2005/0191698 | A1 | 9/2005 | Chee et al. |
| 2005/0196786 | A1 | 9/2005 | Levy |
| 2005/0202433 | A1 | 9/2005 | Van Beuningen |
| 2005/0227271 | A1 | 10/2005 | Kwon |
| 2005/0239119 | A1 | 10/2005 | Tsukada et al. |
| 2005/0239192 | A1 | 10/2005 | Nasarabadi et al. |
| 2005/0244850 | A1 | 11/2005 | Huang |
| 2005/0255548 | A1 | 11/2005 | Lipovsek et al. |
| 2005/0257284 | A1 | 11/2005 | Nakajima et al. |
| 2005/0260653 | A1 | 11/2005 | LaBaer |
| 2005/0266417 | A1 | 12/2005 | Barany et al. |
| 2006/0003394 | A1 | 1/2006 | Song |
| 2006/0039823 | A1 | 2/2006 | Yamakawa et al. |
| 2006/0046313 | A1 | 3/2006 | Roth |
| 2006/0063160 | A1 | 3/2006 | West et al. |
| 2006/0079453 | A1 | 4/2006 | Sidney et al. |
| 2006/0084078 | A1 | 4/2006 | Zhao |
| 2006/0105352 | A1 | 5/2006 | Qiao et al. |
| 2006/0110739 | A1 | 5/2006 | Heyduk |
| 2006/0134669 | A1 | 6/2006 | Casasanta |
| 2006/0154286 | A1 | 7/2006 | Kong et al. |
| 2006/0164490 | A1 | 7/2006 | Kim et al. |
| 2006/0183150 | A1 | 8/2006 | Cohen et al. |
| 2006/0188875 | A1 | 8/2006 | Cox et al. |
| 2006/0188901 | A1 | 8/2006 | Barnes et al. |
| 2006/0188906 | A1 | 8/2006 | Kim et al. |
| 2006/0194331 | A1 | 8/2006 | Pamula et al. |
| 2006/0199183 | A1 | 9/2006 | Valat et al. |
| 2006/0199207 | A1 | 9/2006 | Matysiak |
| 2006/0211001 | A1 | 9/2006 | Yu et al. |
| 2006/0216721 | A1 | 9/2006 | Kozlov et al. |
| 2006/0216775 | A1 | 9/2006 | Burkart et al. |
| 2006/0228758 | A1 | 10/2006 | Muchhal et al. |
| 2006/0240439 | A1 | 10/2006 | Smith et al. |
| 2006/0263789 | A1 | 11/2006 | Kincaid |
| 2006/0275782 | A1 | 12/2006 | Gunderson et al. |
| 2006/0275799 | A1 | 12/2006 | Banerjee et al. |
| 2006/0281109 | A1 | 12/2006 | Barr Ost et al. |
| 2007/0003954 | A1 | 1/2007 | Kodadek et al. |
| 2007/0014810 | A1 | 1/2007 | Baker et al. |
| 2007/0020625 | A1 | 1/2007 | Duchaud et al. |
| 2007/0020640 | A1 | 1/2007 | McCloskey et al. |
| 2007/0020669 | A1 | 1/2007 | Ericsson |
| 2007/0023292 | A1 | 2/2007 | Kim et al. |
| 2007/0026430 | A1 | 2/2007 | Andersen et al. |
| 2007/0036511 | A1 | 2/2007 | Lundquist et al. |
| 2007/0048812 | A1 | 3/2007 | Moravec et al. |
| 2007/0054288 | A1 | 3/2007 | Su et al. |
| 2007/0087360 | A1 | 4/2007 | Boyd |
| 2007/0099208 | A1 | 5/2007 | Drmanac et al. |
| 2007/0116612 | A1 | 5/2007 | Williamson |
| 2007/0128624 | A1 | 6/2007 | Gormley et al. |
| 2007/0128656 | A1 | 6/2007 | Agrawal |
| 2007/0134723 | A1 | 6/2007 | Kozlov et al. |
| 2007/0141718 | A1 | 6/2007 | Bui et al. |
| 2007/0161020 | A1 | 7/2007 | Luo et al. |
| 2007/0161029 | A1 | 7/2007 | Li et al. |
| 2007/0166705 | A1 | 7/2007 | Milton et al. |
| 2007/0166725 | A1 | 7/2007 | McBride et al. |
| 2007/0172873 | A1 | 7/2007 | Brenner et al. |
| 2007/0178503 | A1 | 8/2007 | Jiang |
| 2007/0207482 | A1 | 9/2007 | Church et al. |
| 2007/0215466 | A1 | 9/2007 | Okada |
| 2007/0231823 | A1 | 10/2007 | McKernan |
| 2007/0243634 | A1 | 10/2007 | Pamula et al. |
| 2007/0251824 | A1 | 11/2007 | Patton |
| 2007/0254305 | A1 | 11/2007 | Paik et al. |
| 2007/0264656 | A1 | 11/2007 | Kawamura |
| 2007/0269805 | A1 | 11/2007 | Rigers |
| 2007/0280517 | A1 | 12/2007 | De La Torre-Bueno et al. |
| 2008/0003586 | A1 | 1/2008 | Hyde et al. |
| 2008/0009420 | A1 | 1/2008 | Schroth et al. |
| 2008/0032301 | A1 | 2/2008 | Rank et al. |
| 2008/0038734 | A1 | 2/2008 | Sorge et al. |
| 2008/0047835 | A1 | 2/2008 | MacConnell |
| 2008/0071071 | A1 | 3/2008 | LaBaer et al. |
| 2008/0108082 | A1 | 5/2008 | Rank et al. |
| 2008/0108804 | A1 | 5/2008 | Hayashizaki et al. |
| 2008/0124252 | A1 | 5/2008 | Marchand et al. |
| 2008/0124810 | A1 | 5/2008 | Terbrueggen et al. |
| 2008/0128627 | A1 | 6/2008 | Lundquist et al. |
| 2008/0132429 | A1 | 6/2008 | Perov et al. |
| 2008/0145616 | A1 | 6/2008 | Gharib et al. |
| 2008/0153086 | A1 | 6/2008 | Wong |
| 2008/0160580 | A1 | 7/2008 | Adessi et al. |
| 2008/0199929 | A1 | 8/2008 | Yeung et al. |
| 2008/0220434 | A1 | 9/2008 | Thomas |
| 2008/0220981 | A1 | 9/2008 | McGregor |
| 2008/0261204 | A1 | 10/2008 | Lexow |
| 2008/0280773 | A1 | 11/2008 | Fedurco et al. |
| 2008/0286795 | A1 | 11/2008 | Kawashima et al. |
| 2008/0293046 | A1 | 11/2008 | Allawi et al. |
| 2008/0293591 | A1 | 11/2008 | Taussig et al. |
| 2008/0312103 | A1 | 12/2008 | Nemoto et al. |
| 2009/0005252 | A1 | 1/2009 | Drmanac et al. |
| 2009/0006002 | A1 | 1/2009 | Honisch et al. |
| 2009/0018024 | A1 | 1/2009 | Church et al. |
| 2009/0026082 | A1 | 1/2009 | Rothberg et al. |
| 2009/0036323 | A1 | 2/2009 | van Eijk et al. |
| 2009/0062148 | A1 | 3/2009 | Goldberg |
| 2009/0082212 | A1 | 3/2009 | Williams |
| 2009/0099041 | A1 | 4/2009 | Church et al. |
| 2009/0105959 | A1 | 4/2009 | Braverman et al. |
| 2009/0117573 | A1 | 5/2009 | Fu et al. |
| 2009/0127589 | A1 | 5/2009 | Rothberg et al. |
| 2009/0155781 | A1 | 6/2009 | Drmanac et al. |
| 2009/0169089 | A1 | 7/2009 | Hunt et al. |
| 2009/0170713 | A1 | 7/2009 | van Eijk et al. |
| 2009/0192044 | A1 | 7/2009 | Fouillet |
| 2009/0197326 | A1 | 8/2009 | El Gamal et al. |
| 2009/0202998 | A1 | 8/2009 | Schlumpberger et al. |
| 2009/0215633 | A1 | 8/2009 | van Eijk et al. |
| 2009/0233802 | A1 | 9/2009 | Bignell et al. |
| 2009/0239232 | A1 | 9/2009 | Kurn |
| 2009/0253163 | A1 | 10/2009 | Xie et al. |
| 2009/0253581 | A1 | 10/2009 | van Eijk et al. |
| 2009/0253582 | A1 | 10/2009 | Pena et al. |
| 2009/0264299 | A1 | 10/2009 | Drmanac et al. |
| 2009/0280487 | A1 | 11/2009 | Hung et al. |
| 2009/0283407 | A1 | 11/2009 | Van Eijk |
| 2009/0289184 | A1 | 11/2009 | Deininger |
| 2009/0291854 | A1 | 11/2009 | Weisinger-Mayr et al. |
| 2009/0305237 | A1 | 12/2009 | Cantor et al. |
| 2009/0312193 | A1 | 12/2009 | Kim et al. |
| 2009/0321262 | A1 | 12/2009 | Adachi et al. |
| 2010/0009871 | A1 | 1/2010 | Reed et al. |
| 2010/0014537 | A1 | 1/2010 | Jacquet et al. |
| 2010/0035249 | A1 | 2/2010 | Hayashizaki et al. |
| 2010/0055733 | A1 | 3/2010 | Lutolf et al. |
| 2010/0069263 | A1 | 3/2010 | Shendure et al. |
| 2010/0096266 | A1 | 4/2010 | Kim et al. |
| 2010/0099103 | A1 | 4/2010 | Hsieh et al. |
| 2010/0105052 | A1 | 4/2010 | Drmanac et al. |
| 2010/0105112 | A1 | 4/2010 | Heltze et al. |
| 2010/0111768 | A1 | 5/2010 | Banerjee et al. |
| 2010/0113302 | A1 | 5/2010 | Williams |
| 2010/0120043 | A1 | 5/2010 | Sood et al. |
| 2010/0120097 | A1 | 5/2010 | Matz et al. |
| 2010/0120098 | A1 | 5/2010 | Grunenwald et al. |
| 2010/0126862 | A1 | 5/2010 | Sabin et al. |
| 2010/0129874 | A1 | 5/2010 | Mitra et al. |
| 2010/0137143 | A1 | 6/2010 | Rothberg et al. |
| 2010/0145037 | A1 | 6/2010 | Makarov et al. |
| 2010/0151464 | A1 | 6/2010 | Stuelpnagel et al. |
| 2010/0151511 | A1 | 6/2010 | Gereenizer et al. |
| 2010/0159446 | A1 | 6/2010 | Haff et al. |
| 2010/0173384 | A1 | 7/2010 | Johnsson et al. |

## US 11,761,030 B2
Page 6

(56)                 References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2010/0184614 | A1 | 7/2010 | Ye et al. |
| 2010/0184618 | A1 | 7/2010 | Namsaraev et al. |
| 2010/0210475 | A1 | 8/2010 | Lee et al. |
| 2010/0227329 | A1 | 9/2010 | Cuppens |
| 2010/0267590 | A1 | 10/2010 | Grudzien et al. |
| 2010/0273219 | A1 | 10/2010 | May et al. |
| 2010/0273679 | A1 | 10/2010 | Cuppoletti et al. |
| 2010/0282617 | A1 | 11/2010 | Rothberg et al. |
| 2010/0303722 | A1 | 12/2010 | Jin et al. |
| 2011/0024511 | A1 | 2/2011 | Rietzler et al. |
| 2011/0027772 | A1 | 2/2011 | Ahn et al. |
| 2011/0028685 | A1 | 2/2011 | Purkayastha et al. |
| 2011/0033854 | A1 | 2/2011 | Drmanac et al. |
| 2011/0045462 | A1 | 2/2011 | Fu et al. |
| 2011/0048951 | A1 | 3/2011 | Wu |
| 2011/0059436 | A1 | 3/2011 | Hardin et al. |
| 2011/0059865 | A1 | 3/2011 | Smith et al. |
| 2011/0086774 | A1 | 4/2011 | Dunaway |
| 2011/0111409 | A1 | 5/2011 | Sinicropi et al. |
| 2011/0151451 | A1 | 6/2011 | Lemaire et al. |
| 2011/0152111 | A1 | 6/2011 | Fan et al. |
| 2011/0172115 | A1 | 7/2011 | Thompson et al. |
| 2011/0177518 | A1 | 7/2011 | Kartalov et al. |
| 2011/0201515 | A1 | 8/2011 | Webster et al. |
| 2011/0207134 | A1 | 8/2011 | Faham et al. |
| 2011/0223613 | A1 | 9/2011 | Gut |
| 2011/0244448 | A1 | 10/2011 | Shirai et al. |
| 2011/0245101 | A1 | 10/2011 | Chee et al. |
| 2011/0245111 | A1 | 10/2011 | Chee |
| 2011/0275077 | A1 | 11/2011 | James |
| 2011/0287435 | A1 | 11/2011 | Grunenwald et al. |
| 2012/0010091 | A1 | 1/2012 | Linnarson |
| 2012/0021930 | A1 | 1/2012 | Schoen et al. |
| 2012/0046175 | A1 | 2/2012 | Rodesch et al. |
| 2012/0046178 | A1 | 2/2012 | Van Den Boom et al. |
| 2012/0065081 | A1 | 3/2012 | Chee |
| 2012/0077693 | A1 | 3/2012 | Cazalis et al. |
| 2012/0129248 | A1 | 5/2012 | Chee et al. |
| 2012/0135871 | A1 | 5/2012 | van Eijk et al. |
| 2012/0142014 | A1 | 6/2012 | Cai |
| 2012/0157322 | A1 | 6/2012 | Myllykangas |
| 2012/0160683 | A1 | 6/2012 | Ye et al. |
| 2012/0195810 | A1 | 8/2012 | Cohen et al. |
| 2012/0196297 | A1 | 8/2012 | Yost et al. |
| 2012/0202698 | A1 | 8/2012 | van Eijk et al. |
| 2012/0202704 | A1 | 8/2012 | Fan et al. |
| 2012/0220479 | A1 | 8/2012 | Ericsson et al. |
| 2012/0245053 | A1 | 9/2012 | Shirai et al. |
| 2012/0252702 | A1 | 10/2012 | Muratani et al. |
| 2012/0258871 | A1 | 10/2012 | Kozlov et al. |
| 2012/0270305 | A1 | 10/2012 | Reed et al. |
| 2012/0270748 | A1 | 10/2012 | Chee et al. |
| 2012/0279954 | A1 | 11/2012 | Ceremony et al. |
| 2012/0289414 | A1 | 11/2012 | Mitra et al. |
| 2012/0301925 | A1 | 11/2012 | Belyaev |
| 2012/0322099 | A1 | 12/2012 | Lapen et al. |
| 2013/0005594 | A1 | 1/2013 | Terbrueggen et al. |
| 2013/0005600 | A1 | 1/2013 | Olek |
| 2013/0035239 | A1 | 2/2013 | Kong et al. |
| 2013/0052331 | A1 | 2/2013 | Kram et al. |
| 2013/0065768 | A1 | 3/2013 | Zheng et al. |
| 2013/0079232 | A1 | 3/2013 | Kain et al. |
| 2013/0096033 | A1 | 4/2013 | Routenberg |
| 2013/0109595 | A1 | 5/2013 | Routenberg |
| 2013/0122516 | A1 | 5/2013 | Hong et al. |
| 2013/0171621 | A1 | 7/2013 | Luo et al. |
| 2013/0202718 | A1 | 8/2013 | Pepin et al. |
| 2013/0211249 | A1 | 8/2013 | Barnett et al. |
| 2013/0244884 | A1 | 9/2013 | Jacobson et al. |
| 2013/0260372 | A1 | 10/2013 | Buermann et al. |
| 2013/0261019 | A1 | 10/2013 | Lin et al. |
| 2013/0302801 | A1 | 11/2013 | Asbury et al. |
| 2014/0065609 | A1 | 3/2014 | Hicks et al. |
| 2014/0066318 | A1 | 3/2014 | Frisen et al. |
| 2014/0121118 | A1 | 5/2014 | Warner |
| 2014/0155274 | A1 | 6/2014 | Xie et al. |
| 2014/0227705 | A1 | 8/2014 | Vogelstein et al. |
| 2014/0342921 | A1 | 11/2014 | Weiner |
| 2015/0051085 | A1 | 2/2015 | Vogelstein et al. |
| 2015/0072867 | A1 | 3/2015 | Soldatov |
| 2015/0087027 | A1 | 3/2015 | Makarov et al. |
| 2015/0344942 | A1 | 12/2015 | Frisen et al. |
| 2016/0003812 | A1 | 1/2016 | Porreca et al. |
| 2016/0024576 | A1 | 1/2016 | Chee |
| 2016/0138091 | A1 | 5/2016 | Chee et al. |
| 2016/0145677 | A1 | 5/2016 | Chee et al. |
| 2016/0298180 | A1 | 10/2016 | Chee |
| 2016/0304952 | A1 | 10/2016 | Boyden et al. |
| 2016/0333403 | A1 | 11/2016 | Chee |
| 2017/0058339 | A1 | 3/2017 | Chee |
| 2017/0058340 | A1 | 3/2017 | Chee |
| 2017/0058345 | A1 | 3/2017 | Chee |
| 2017/0088881 | A1 | 3/2017 | Chee |
| 2017/0166962 | A1 | 6/2017 | van Eijk et al. |
| 2018/0094316 | A1 | 4/2018 | Scott et al. |
| 2018/0105808 | A1 | 4/2018 | Mikkelsen et al. |
| 2018/0112209 | A1 | 4/2018 | Eshoo |
| 2018/0201980 | A1 | 7/2018 | Chee et al. |
| 2018/0216162 | A1 | 8/2018 | Belhocine et al. |
| 2018/0247017 | A1 | 8/2018 | van Eijk et al. |
| 2018/0291439 | A1 | 10/2018 | van Eijk et al. |
| 2019/0017106 | A1 | 1/2019 | Frisen et al. |
| 2019/0024153 | A1 | 1/2019 | Frisen et al. |
| 2019/0024154 | A1 | 1/2019 | Frisen et al. |
| 2019/0064173 | A1 | 2/2019 | Bharadwaj et al. |
| 2019/0177800 | A1 | 6/2019 | Boutet et al. |
| 2019/0203275 | A1 | 7/2019 | Friesen et al. |
| 2019/0264268 | A1 | 8/2019 | Frisen et al. |
| 2019/0367982 | A1 | 12/2019 | Belhocine et al. |
| 2019/0367997 | A1 | 12/2019 | Bent et al. |
| 2020/0109443 | A1 | 4/2020 | Chee |
| 2020/0277663 | A1 | 9/2020 | Ramachandran Iyer et al. |
| 2020/0277664 | A1 | 9/2020 | Frenz |
| 2020/0283852 | A1 | 9/2020 | Oliphant et al. |
| 2020/0354774 | A1 | 11/2020 | Church et al. |
| 2020/0399687 | A1 | 12/2020 | Frisen et al. |
| 2020/0407781 | A1 | 12/2020 | Schnall-Levin et al. |
| 2021/0010068 | A1 | 1/2021 | Chee et al. |
| 2021/0010070 | A1 | 1/2021 | Schnall-Levin et al. |
| 2021/0017583 | A1 | 1/2021 | Chee et al. |
| 2021/0140982 | A1 | 5/2021 | Uytingco |
| 2021/0172007 | A1 | 6/2021 | Chee et al. |
| 2021/0189475 | A1 | 6/2021 | Tentori et al. |
| 2021/0190770 | A1 | 6/2021 | Delaney et al. |
| 2021/0198741 | A1 | 7/2021 | Williams |
| 2021/0199660 | A1 | 7/2021 | Williams et al. |
| 2021/0214785 | A1 | 7/2021 | Stoeckius |
| 2021/0222241 | A1 | 7/2021 | Bharadwaj |
| 2021/0222242 | A1 | 7/2021 | Ramachandran Iyer |
| 2021/0222253 | A1 | 7/2021 | Uytingco |
| 2021/0223227 | A1 | 7/2021 | Stoeckius |
| 2021/0230681 | A1 | 7/2021 | Patterson et al. |
| 2021/0230692 | A1 | 7/2021 | Daugharthy et al. |
| 2021/0237022 | A1 | 8/2021 | Bava |
| 2021/0238581 | A1 | 8/2021 | Mikkelsen et al. |
| 2021/0238664 | A1 | 8/2021 | Bava |
| 2021/0238675 | A1 | 8/2021 | Bava |
| 2021/0238680 | A1 | 8/2021 | Bava |
| 2021/0247316 | A1 | 8/2021 | Bava |
| 2021/0262019 | A1 | 8/2021 | Alvarado Martinez et al. |
| 2021/0285036 | A1 | 9/2021 | Yin et al. |
| 2021/0285046 | A1 | 9/2021 | Chell et al. |
| 2021/0292748 | A1 | 9/2021 | Frisen et al. |
| 2021/0292822 | A1 | 9/2021 | Frisen et al. |
| 2021/0317510 | A1 | 10/2021 | Chee et al. |
| 2021/0317524 | A1 | 10/2021 | Lucero et al. |
| 2021/0324457 | A1 | 10/2021 | Ramachandran Iyer et al. |
| 2021/0332424 | A1 | 10/2021 | Schnall-Levin |
| 2021/0332425 | A1 | 10/2021 | Pfeiffer et al. |
| 2021/0348221 | A1 | 11/2021 | Chell et al. |
| 2022/0002791 | A1 | 1/2022 | Frisen et al. |
| 2022/0010367 | A1 | 1/2022 | Ramachandran Iyer et al. |
| 2022/0017951 | A1 | 1/2022 | Ramachandran Iyer et al. |
| 2022/0025446 | A1 | 1/2022 | Shah |

# US 11,761,030 B2

Page 7

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2022/0025447 A1 | 1/2022 | Tentori et al. |
| 2022/0033888 A1 | 2/2022 | Schnall-Levin et al. |
| 2022/0049293 A1 | 2/2022 | Frenz et al. |
| 2022/0049294 A1 | 2/2022 | Uytingco et al. |
| 2022/0064630 A1 | 3/2022 | Bent et al. |
| 2022/0081728 A1 | 3/2022 | Williams |
| 2022/0090058 A1 | 3/2022 | Frisen et al. |
| 2022/0090175 A1 | 3/2022 | Uytingco et al. |
| 2022/0090181 A1 | 3/2022 | Gallant et al. |
| 2022/0098576 A1 | 3/2022 | Dadhwal |
| 2022/0098661 A1 | 3/2022 | Chew et al. |
| 2022/0106632 A1 | 4/2022 | Galonska et al. |
| 2022/0106633 A1 | 4/2022 | Engblom et al. |
| 2022/0112486 A1 | 4/2022 | Ramachandran Iyer et al. |
| 2022/0119869 A1 | 4/2022 | Ramachandran Iyer et al. |
| 2022/0127659 A1 | 4/2022 | Frisen et al. |
| 2022/0127666 A1 | 4/2022 | Katiraee et al. |
| 2022/0127672 A1 | 4/2022 | Stoeckius |
| 2022/0145361 A1 | 5/2022 | Frenz et al. |
| 2022/0154255 A1 | 5/2022 | Chee et al. |
| 2022/0170083 A1 | 6/2022 | Khaled et al. |
| 2022/0195422 A1 | 6/2022 | Gallant et al. |
| 2022/0195505 A1 | 6/2022 | Frisen et al. |
| 2022/0213526 A1 | 7/2022 | Frisen et al. |
| 2022/0241780 A1 | 8/2022 | Tentori et al. |
| 2022/0267844 A1 | 8/2022 | Ramachandran Iyer et al. |
| 2022/0282329 A1 | 9/2022 | Chell et al. |
| 2022/0290217 A1 | 9/2022 | Frenz et al. |
| 2022/0298560 A1 | 9/2022 | Frisen et al. |
| 2022/0325325 A1 | 10/2022 | Chee et al. |
| 2022/0326251 A1 | 10/2022 | Uytingco et al. |
| 2022/0333191 A1 | 10/2022 | Mikkelsen et al. |
| 2022/0333192 A1 | 10/2022 | Uytingco |
| 2022/0333195 A1 | 10/2022 | Schnall-Levin et al. |
| 2022/0334031 A1 | 10/2022 | Delaney et al. |
| 2022/0348905 A1 | 11/2022 | Dadhwal |
| 2022/0348992 A1 | 11/2022 | Stoeckius et al. |
| 2022/0356464 A1 | 11/2022 | Kim et al. |
| 2022/0364163 A1 | 11/2022 | Stahl et al. |
| 2022/0389503 A1 | 12/2022 | Mikkelsen et al. |
| 2022/0389504 A1 | 12/2022 | Chew et al. |
| 2022/0403455 A1 | 12/2022 | Ramachandran Iyer et al. |
| 2022/0404245 A1 | 12/2022 | Chell et al. |
| 2023/0002812 A1 | 1/2023 | Stoeckius et al. |
| 2023/0014008 A1 | 1/2023 | Shastry |
| 2023/0033960 A1 | 2/2023 | Gallant et al. |
| 2023/0034039 A1 | 2/2023 | Shahjamali |
| 2023/0034216 A1 | 2/2023 | Bava |
| 2023/0042817 A1 | 2/2023 | Mignardi |
| 2023/0047782 A1 | 2/2023 | Tentori et al. |
| 2023/0056549 A1 | 2/2023 | Dadhwal |
| 2023/0064372 A1 | 3/2023 | Chell et al. |
| 2023/0069046 A1 | 3/2023 | Chew et al. |
| 2023/0077364 A1 | 3/2023 | Patterson et al. |
| 2023/0080543 A1 | 3/2023 | Katiraee et al. |
| 2023/0081381 A1 | 3/2023 | Chew et al. |
| 2023/0100497 A1 | 3/2023 | Frisen et al. |
| 2023/0111225 A1 | 4/2023 | Chew et al. |
| 2023/0113230 A1 | 4/2023 | Kim et al. |
| 2023/0126825 A1 | 4/2023 | Nagendran et al. |
| 2023/0129552 A1 | 4/2023 | Ramachandran Iyer |
| 2023/0135010 A1 | 5/2023 | Tentori et al. |
| 2023/0143569 A1 | 5/2023 | Iyer et al. |
| 2023/0145575 A1 | 5/2023 | Gallant et al. |
| 2023/0159995 A1 | 5/2023 | Iyer et al. |
| 2023/0160008 A1 | 5/2023 | Chell et al. |
| 2023/0175045 A1 | 6/2023 | Katsori et al. |
| 2023/0183785 A1 | 6/2023 | Frisen et al. |
| 2023/0194469 A1 | 6/2023 | Tentori et al. |
| 2023/0194470 A1 | 6/2023 | Kim et al. |
| 2023/0203478 A1 | 6/2023 | Kim et al. |
| 2023/0183684 A1 | 7/2023 | Gallant et al. |
| 2023/0212650 A1 | 7/2023 | Chew et al. |
| 2023/0220549 A1 | 7/2023 | Kim |
| 2023/0220454 A1 | 7/2023 | Bent et al. |
| 2023/0220455 A1 | 7/2023 | Galonska et al. |
| 2023/0227811 A1 | 7/2023 | Dadhwal |
| 2023/0228762 A1 | 7/2023 | Uytingco et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 1425133 | 6/2003 | |
| CN | 1537953 | 10/2004 | |
| CN | 1680604 | 10/2005 | |
| CN | 1749752 | 3/2006 | |
| CN | 1898398 | 1/2007 | |
| CN | 1981188 | 6/2007 | |
| CN | 101142325 | 3/2008 | |
| CN | 101221182 | 7/2008 | |
| CN | 101522915 | 9/2009 | |
| CN | 102851369 | 1/2013 | |
| EP | 0901631 | 3/1999 | |
| EP | 0961110 | 12/1999 | |
| EP | 1782737 | 5/2007 | |
| EP | 1878502 | 1/2008 | |
| EP | 1910562 | 4/2008 | |
| EP | 1923471 | 5/2008 | |
| EP | 1929039 | 6/2008 | |
| EP | 1966393 | 9/2008 | |
| EP | 2002017 | 12/2008 | |
| EP | 2292788 | 3/2011 | |
| EP | 2302070 | 3/2011 | |
| EP | 2350648 | 8/2011 | |
| EP | 2363504 | 9/2011 | |
| EP | 2580351 | 4/2013 | |
| EP | 2789696 | 10/2014 | |
| EP | 2963127 | 1/2016 | |
| EP | 3045544 | 7/2016 | |
| EP | 3239304 | 11/2017 | |
| JP | 2007-014297 | 1/2007 | |
| JP | 2007-074967 | 3/2007 | |
| JP | 2009-036694 | 2/2009 | |
| JP | 2011-182702 | 9/2011 | |
| JP | 2013-544498 | 12/2013 | |
| JP | 2014-217381 | 11/2014 | |
| KR | 10-2009-0000812 | 1/2009 | |
| KR | 10-2009-0081260 | 7/2009 | |
| RU | 2145635 | 2/2000 | |
| RU | 2270254 | 2/2006 | |
| RU | 2410439 C1 | 1/2011 | |
| WO | WO 1989/010077 | 11/1989 | |
| WO | WO 1991/006678 | 5/1991 | |
| WO | WO 1993/004199 | 3/1993 | |
| WO | WO 1995/023875 | 9/1995 | |
| WO | WO 1995 025116 | 9/1995 | |
| WO | WO 1995 035505 | 12/1995 | |
| WO | WO 1997 031256 | 8/1997 | |
| WO | WO 1998 044151 | 10/1998 | |
| WO | WO 1999 032654 | 7/1999 | |
| WO | WO 1999 044062 | 9/1999 | |
| WO | WO 1999 044063 | 9/1999 | |
| WO | WO 1999 063385 | 12/1999 | |
| WO | WO 1999 067641 | 12/1999 | |
| WO | WO 2000 017390 | 3/2000 | |
| WO | WO 2000 018957 | 4/2000 | |
| WO | WO 2000 024940 | 5/2000 | |
| WO | WO 2001 006012 | 1/2001 | |
| WO | WO 2001 007915 | 2/2001 | |
| WO | WO 2001 009363 | 2/2001 | |
| WO | WO 2001 012862 | 2/2001 | |
| WO | WO-0112862 A2 * | 2/2001 | ......... C12N 15/1093 |
| WO | WO 2001 042796 | 6/2001 | |
| WO | WO 2001 046402 | 6/2001 | |
| WO | WO 2001 059161 | 8/2001 | |
| WO | WO 2001 090415 | 11/2001 | |
| WO | WO 2001 096608 | 12/2001 | |
| WO | WO 2002 024952 | 3/2002 | |
| WO | WO 2002 040874 | 5/2002 | |
| WO | WO 2002 059355 | 8/2002 | |
| WO | WO 2002 059364 | 8/2002 | |
| WO | WO 2002 077283 | 10/2002 | |
| WO | WO 2002 088396 | 11/2002 | |
| WO | WO 2003 002979 | 1/2003 | |
| WO | WO 2003 003810 | 1/2003 | |

## US 11,761,030 B2

Page 8

(56)            **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 2003/008538 | 1/2003 |
| WO | WO 2003/010176 | 2/2003 |
| WO | WO 2003/102233 | 12/2003 |
| WO | WO 2003/106973 | 12/2003 |
| WO | WO 2004/015080 | 2/2004 |
| WO | WO 2004/028955 | 4/2004 |
| WO | WO 2004/055159 | 7/2004 |
| WO | WO 2004/067759 | 8/2004 |
| WO | WO 2004/081225 | 9/2004 |
| WO | WO 2004/108268 | 12/2004 |
| WO | WO 2005/007814 | 1/2005 |
| WO | WO 2005/010145 | 2/2005 |
| WO | WO 2005/026387 | 3/2005 |
| WO | WO 2005/042759 | 5/2005 |
| WO | WO 2005/067648 | 7/2005 |
| WO | WO 2005/113804 | 12/2005 |
| WO | WO 2006/020515 | 2/2006 |
| WO | WO 2006/056861 | 6/2006 |
| WO | WO 2006/064199 | 6/2006 |
| WO | WO 2006/065597 | 6/2006 |
| WO | WO 2006/074351 | 7/2006 |
| WO | WO 2006/084130 | 8/2006 |
| WO | WO 2006/117541 | 11/2006 |
| WO | WO 2006/124771 | 11/2006 |
| WO | WO 2006/137733 | 12/2006 |
| WO | WO 2007/000669 | 1/2007 |
| WO | WO 2007/010251 | 1/2007 |
| WO | WO 2007/030373 | 3/2007 |
| WO | WO 2007/037678 | 4/2007 |
| WO | WO 2007/041689 | 4/2007 |
| WO | WO 2007/060599 | 5/2007 |
| WO | WO 2007/073165 | 6/2007 |
| WO | WO 2007/073171 | 6/2007 |
| WO | WO 2007/073271 | 6/2007 |
| WO | WO 2007/076128 | 7/2007 |
| WO | WO 2007/076726 | 7/2007 |
| WO | WO 2007/114693 | 10/2007 |
| WO | WO 2007/120241 | 10/2007 |
| WO | WO 2007/139766 | 12/2007 |
| WO | WO 2007/145612 | 12/2007 |
| WO | WO 2008/022332 | 2/2008 |
| WO | WO 2008/069906 | 6/2008 |
| WO | WO 2008/157801 | 12/2008 |
| WO | WO 2009/032167 | 3/2009 |
| WO | WO 2009/036525 | 3/2009 |
| WO | WO 2009/152928 | 12/2009 |
| WO | WO 2009/156725 | 12/2009 |
| WO | WO 2010/019826 | 2/2010 |
| WO | WO 2010/027870 | 3/2010 |
| WO | WO 2010/053587 | 5/2010 |
| WO | WO 2010/126614 | 11/2010 |
| WO | WO 2010/127186 | 11/2010 |
| WO | WO 2011/008502 | 1/2011 |
| WO | WO 2011/014879 | 2/2011 |
| WO | WO 2011/062933 | 5/2011 |
| WO | WO 2011/071943 | 6/2011 |
| WO | WO 2011/102903 | 8/2011 |
| WO | WO 2011/127006 | 10/2011 |
| WO | WO 2011/127099 | 10/2011 |
| WO | WO 2011/143583 | 11/2011 |
| WO | WO 2011/155833 | 12/2011 |
| WO | WO 2012/022975 | 2/2012 |
| WO | WO 2012/049316 | 4/2012 |
| WO | WO 2012/058096 | 5/2012 |
| WO | WO 2012/071428 | 5/2012 |
| WO | WO 2012/083225 | 6/2012 |
| WO | WO 2012/129242 | 9/2012 |
| WO | WO 2012/139110 | 10/2012 |
| WO | WO 2012/140224 | 10/2012 |
| WO | WO 2012/142213 | 10/2012 |
| WO | WO 2012/148477 | 11/2012 |
| WO | WO 2012/159089 | 11/2012 |
| WO | WO 2012/168003 | 12/2012 |
| WO | WO 2013/033271 | 3/2013 |
| WO | WO 2013/090390 | 6/2013 |
| WO | WO 2013/123442 | 8/2013 |
| WO | WO 2013/131962 | 9/2013 |
| WO | WO 2013/138510 | 9/2013 |
| WO | WO 2013/142389 | 9/2013 |
| WO | WO 2013/150083 | 10/2013 |
| WO | WO 2014/060483 | 4/2014 |
| WO | WO 2014 210223 | 12/2014 |
| WO | WO 2014 210225 | 12/2014 |
| WO | WO 2014 210353 | 12/2014 |
| WO | WO 2020 076979 | 4/2020 |
| WO | WO 2020/123305 | 6/2020 |
| WO | WO 2020/123309 | 6/2020 |
| WO | WO 2020/123311 | 6/2020 |
| WO | WO 2020/123316 | 6/2020 |
| WO | WO 2020 123317 | 6/2020 |
| WO | WO 2020 123318 | 6/2020 |
| WO | WO 2020 123319 | 6/2020 |
| WO | WO 2020 167862 | 8/2020 |
| WO | WO 2020 176882 | 9/2020 |
| WO | WO 2020/190509 | 9/2020 |
| WO | WO 2020/198071 | 10/2020 |
| WO | WO 2020/219901 | 10/2020 |
| WO | WO 2021/091611 | 5/2021 |
| WO | WO 2021/092433 | 5/2021 |
| WO | WO 2021 097255 | 5/2021 |
| WO | WO 2021 133842 | 7/2021 |
| WO | WO 2021 133849 | 7/2021 |
| WO | WO 2021 142233 | 7/2021 |
| WO | WO 2021/168261 | 8/2021 |
| WO | WO 2021/168278 | 8/2021 |
| WO | WO 2021/207610 | 10/2021 |
| WO | WO 2021/216708 | 10/2021 |
| WO | WO 2021 225900 | 11/2021 |
| WO | WO 2021 236625 | 11/2021 |
| WO | WO 2021 236929 | 11 2021 |
| WO | WO 2021 237056 | 11 2021 |
| WO | WO 2021/237087 | 11/2021 |
| WO | WO 2021/242834 | 12/2021 |
| WO | WO 2021/247543 | 12/2021 |
| WO | WO 2021/247568 | 12/2021 |
| WO | WO 2021 252499 | 12/2021 |
| WO | WO 2021 252576 | 12/2021 |
| WO | WO 2021 252591 | 12 2021 |
| WO | WO 2021 263111 | 12 2021 |
| WO | WO 2022/025965 | 2/2022 |
| WO | WO 2022/060798 | 3/2022 |
| WO | WO 2022/060953 | 3/2022 |
| WO | WO 2022/087273 | 4/2022 |
| WO | WO 2022/098810 | 5/2022 |
| WO | WO 2022 099037 | 5/2022 |
| WO | WO 2022 103712 | 5/2022 |
| WO | WO 2022 109181 | 5/2022 |
| WO | WO 2022 140028 | 6/2022 |
| WO | WO 2022/147005 | 7/2022 |
| WO | WO 2022/147296 | 7/2022 |
| WO | WO 2022/164615 | 8/2022 |
| WO | WO 2022/178267 | 8/2022 |
| WO | WO 2022 198068 | 9/2022 |
| WO | WO 2022 221425 | 10/2022 |
| WO | WO 2022 226057 | 10/2022 |
| WO | WO 2022 236054 | 11/2022 |
| WO | WO 2022 256503 | 12/2022 |
| WO | WO 2022/271820 | 12/2022 |
| WO | WO 2023/287765 | 1/2023 |
| WO | WO 2023/018799 | 2/2023 |
| WO | WO 2023 034489 | 3/2023 |
| WO | WO 2023 076345 | 5/2023 |
| WO | WO 2023 086880 | 5/2023 |
| WO | WO 2023 102118 | 6/2023 |

OTHER PUBLICATIONS

U.S. Appl. No. 17/707,189, filed Mar. 29, 2022, Chell et al.
[No Author Listed], "HuSNP Mapping Assay User's Manual," Affymetrix Part No. 90094 (Affymetrix, Santa Clara, Calif.), GeneChip, 2000, 104 pages.

(56)        References Cited

OTHER PUBLICATIONS

[No Author Listed], "Microarray technologies have excellent possibilities in genomics-related researches," Science Tools From Amersham Pharmacia Biotech, 1998, 3(4): 8 pages (with English Translation).
Adessi et al., "Solid phase DNA amplification: characterisation of primer attachment and amplification mechanisms," Nucl. Acids Res., Oct. 2000, 28(20):E87, 8 pages.
Affymetrix, "GeneChip Human Genome U133 Set," retrieved from the Internet: on the World Wide Web at affymetrix.com/support/technical/datasheets/hgu133_datasheet.pdf, retrieved on Feb. 26, 2003.
Affymetrix, "Human Genome U95Av2," Internet Citation, retrieved from the internet: on the World Wide Web affymetrix.com, retrieved on Oct. 2, 2002.
Agbavwe et al., "Efficiency, error and yield in light-directed mask-less synthesis of DNA microarrays," Journal of Nanobiotechnology, Dec. 2011, 9:57, 17 pages.
Ahern et al., "Biochemical, Reagents Kits Offer Scientists Good Return On Investment," The Scientist, 1995, 9(15):20, 7 pages.
Ahern, "Biochemical, Reagents Kits Offer Scientists Good Return On Investment," The Scientist, Jul. 1995, 9(15):20, 7 pages.
Ahlfen et al., "Determinants of RNA quality from FFPE samples," PLOS One, Dec. 2007, 2(12):e1361, 7 pages.
Akeroyd, "Click chemistry for the preparation of advanced macromolecular architectures," Stellenbosch University, PhD Dissertation, Mar. 2010, 138 pages.
Albretsen et al., "Applications of magnetic beads with covalently attached oligonucleotides in hybridization: Isolation and detection of specific measles virus mRNA from a crude cell lysate", Anal. Biochem. 189: 40-50, 1990.
Albretsen et al., "Optimal conditions for hybridization with oligo-nucleotides: a study with myc-oncogene DNA probes." Anal Biochem., Apr. 1988, 170(1):193-202.
Allawi and SantaLucia, "Thermodynamics and NMR of Internal G·T Mismatches in DNA." Biochemistry, 1996, 36:10581-10594.
Altaras et al., "Production and formulation of adenovirus vectors," Adv Biochem Eng Biotechnol., Nov. 2005, 99:193-260.
Altschul et al., "Basic local alignment search tool," J. Mol. Biol., Oct. 5, 1990, 215(3):403-410.
Anderson et al., "Microarrayed Compound Screening to Identify Activators and Inhibitors of AMP-Activated Protein Kinase," J. of Biomolecular Screening, 2004, 9:112.
Andersson et al., "Analysis of protein expression in cell microarrays: a tool for antibody-based proteomics," J Histochem Cytochem., 4(12): 1413-1423, 2006.
Andresen et al., "Deciphering the Antibodyome—Peptide Arrays for Serum Antibody Biomarker Diagnostics," Current Proteomics, 6(1), 1-12, 2009.
Andresen et al., "Helicase-dependent amplification: use in OnChip amplification and potential for point-of-care diagnostics," Expert Rev Mol Diagn., Oct. 2009, 9(7):645-650.
Angenendt et al., "Cell-free Protein expression and functional assay in a nanowell chip format," Analytical Chemistry, 2004, 76(7):1844-49.
Angenendt et al., "Generation of High Density Protein Microarrays by Cell-free in Situ Expression of Unpurified PCR Products," Molecular and Cellular Proteomics, (2006) Ch. 5.9, pp. 1658-1666.
Armani et al, "2D-PCR: a method of mapping DNA in tissue sections," Lab on a Chip, 2009, 9(24):3526-34.
Atkinson, Overview of Translation: Lecture Manuscript, U of Texas (2000) DD. 6.1-6.8.
Azioune et al., "Simple and rapid process for single cell micro-patterning," Lab Chip, Jun. 2009, 9(11):1640-1642.
Bains et al., "A Novel Method for Nucleic Acid Sequence Determination", Journal of Theoretical Biology, 1988, 135(3), 303-7.
Baird et al., "Rapid SNP Discovery and Genetic Mapping Using Sequenced RAD markers," PLOS One, 2008, 3(10):e3376.
Baner et al., "Signal amplification of padlock probes by rolling circle replication," Nucleic Acids Res., 1998, 26(22):5073-5078.

Barbie et al., "Systematic RNA interference reveals that oncogenic KRAS-driven cancers require TBK1," Nature, Nov. 2009, 462(7269):108-12.
Barnes, "PCR amplification of up to 35-kb DNA with high fidelity and high yield from lambda bacteriophage templates.," Proc. Natl. Acad. Sci USA, 91: 2216-2220, 1994.
Baugh et al., "Quantitative analysis of mRNA amplification by in vitro transcription," Nucleic Acids Res., 2001, 29:5:e29.
Beattie et al., "Advances in genosensor research," Clin Chem., May 1995, 41(5):700-6.
Beier et al., "Versatile derivatisation of solid support media for covalent bonding on DNA-microchips," Nucleic Acids Res., May 1999, 27(9):1970-7.
Bell, "A Simple Way to Treat PCR Products Prior to Sequencing Using ExoSAP-IT," Biotechniques, 2008, vol. 44, No. 6.
Bentley et al., "Accurate whole human genome sequencing using reversible terminator chemistry," Nature, 2008, 456:53-59.
Berger et al., "Universal bases for hybridization, replication and chain termination," Nucleic Acid Res., Aug. 2000, 28(15):2911-2914.
Bielas et al., "Human cancers express a mutator phenotype," Proc. Natl. Acad. Sci. USA, 2006, 103(48): 18238-18242.
Bielas et al., "Quantification of random genomic mutations," Nat. Methods, 2005, 2(4):285-290.
Biol.www.edu [online], "Principles of Di-Base Sequencing and the Advantages of Color Space Analysis in the SOLiD System," 2008, retrieved on Mar. 11, 2022, retrieved from URL<https://biol.www.edu/young/470/stuff/abi-solid.pdf>, 4 pages.
Birney et al, "Identification and analysis of functional elements in 1% of the human genome by the ENCODE pilot project," Nature, 2007, 447:799-816.
Blair et al., "Microarray temperature optimization using hybridization kinetics," Methods Mol Biol., 2009, 529:171-96.
Blanchard et al., "High-density oligonucleotide arrays," Biosensors & Bioelectronics, 1996, 11(6-7):687-690.
Blanco et al., "A practical approach to FRET-based PNA fluorescence in situ hybridization," Methods, Dec. 2010, 52(4):343-51.
Blandini et al., "Animal models of Parkinson's disease," FEBS J., Apr. 2012, 279(7):1156-66.
Blokzijl et al., "Profiling protein expression and interactions: proximity ligation as a tool for personalized medicine," J Intern. Med., 2010. 268:232-245.
Blow, "Tissue Issues," Nature, 448(23), 959-962, 2007.
Boeke et al., "Transcription and reverse transcription of retrotransposons," Annu Rev Microbiol, 1989, 43:403-34.
Bonfield et al., "The application of numerical estimates of base calling accuracy to DNA sequencing projects," Nucleic Acids Research, 1995, 23(8):1406-1410.
Bos et al., "In Vitro Evaluation of DNA-DNA Hybridization as a Two-Step Approach in Radioimmunotherapy of Cancer," Cancer Res., Jul. 1, 1994, 54(13):3479-3486.
Boulé et al., "Terminal deoxynucleotidyl transferase indiscriminately incorporates ribonucleotides and deoxyribonucleotides," J Biol Chem., Aug. 2001, 276(33):31388-93.
Boutros et al., "The art and design of genetic screens: RNA interference," Nat Rev Genet., Jul. 2008, 9(7):554-66.
Bowtell, "The genesis and evolution of high-grade serous ovarian cancer," Nat. Rev. Cancer, 2010, (11):803-808 Abstract.
Brandon et al., "Mitochondrial mutations in cancer," Oncogene, 2006, 25(34):4647-4662.
Brenner et al., "In vitro cloning of complex mixtures of DNA on microbeads: physical separation of differentially expressed cDNAs," Proc. Natl. Acad. Sci. USA, 2000, 97, 1665-1670.
Brenner et al., "Gene expression analysis by massively parallel signature sequencing (MPSS) on microbead arrays", Nat. Biotech. 18: 630-634, 2000.
Brockman et al., "Quality scores and SNP detection in sequencing-by-synthesis systems," Methods, 2008, 18:763-770.
Brow, "35—The Cleavase 1 enzyme for mutation and polymorphism scanning," PCR Applications Protocols for Functional Genomics, 1999, pp. 537-550.

US 11,761,030 B2

Page 10

(56)        References Cited

OTHER PUBLICATIONS

Brown et al., "Retroviral integration: structure of the initial covalent product and its precursor, and a role for the viral IN protein," Proc Natl Acad Sci USA, Apr. 1989, 86(8):2525-9.
Bullard et al., "Direct comparison of nick-joining activity of the nucleic acid ligases from bacteriophage T4," Biochem. J. 2006, 398:135-144.
Burns et al., "Well-less, gel-permeation formats for ultra-HTS," DDT, 2001, 6(12):S40-S47.
Burton et al., "Coverslip Mounted-Immersion Cycled in Situ RT-PCR for the Localization of mRNA in Tissue Sections," Biotechniques, 1998, 24; pp. 92-100.
Calvert, "Materials science. Printing cells," Science, Oct. 2007, 318(5848):208-209.
Cardona et al., "TrakEM2 0.9a User Manual," Sep. 8, 2011, retrieved on Jul. 29, 2022, retrieved from URL <https://www.ini.uzh.ch/~acardona/trakem2_manual.html>, 38 pages.
Carlson et al., "Function and Structure of a Prokaryotic Formylglycine-generating Enzyme," J. of Biological Chemistry, 2008, 283(29):20117-125.
Carter et al., "Stabilization of an optical microscope to 0.1 nm in three dimensions," Applied Optics, 2007, 46:421-427.
Cerritelli et al., "Ribonuclease H: the enzymes in eukaryotes," FEBS Journal, Mar. 2009, 276(6):1494-505.
Cerutti et al., "Generation of sequence-specific, high affinity anti-DNA antibodies," Journal of Biological Chemistry, 2001, 276(16):12769-12773.
Cha et al., "Specificity, Efficiency and Fidelity of PCR," Genome Res., 1993, 3:518-29.
Chandra et al., "Cell-free synthesis-based protein microarrays and their applications," Proteomics, 2009, 5(6):717-30.
Chatterjee et al., "Protein Microarray On-Demand: A Novel Protein Microarray System," PLos One, 2008, 3(9):e3265.
Chatterjee, et al., "Mitochondrial DNA mutations in human cancer. Oncogene," 2006, 25(34):4663-4674.
Chen et al., "A Homogeneous, Ligase-mediated DNA diagnostic test." Genome research, 1998, 8(5):549-556.
Chen et al., "DNA hybridization detection in a microfluidic Channel using two fluorescently labelled nucleic acid probes," Biosensors and Bioelectronics, 2008, 23:1878-1882.
Chen et al., "Geometric control of cell life and death," Science, May 1997, 276(5317):1425-1428.
Chen et al., "Gray-scale photolithography using microfluidic photomasks," PNAS, Feb. 2003, 100(4):1499-1504.
Chen et al., "Parallel single nucleotide polymorphism genotyping by surface invasive cleavage with universal detection," Anal Chem., Apr. 2005, 77(8):2400-5.
Cheng et al., "Sensitive Detection of Small Molecules by Competitive Immunomagnetic-Proximity Ligation Assay," Anal Chem, 2012, 84:2129-2132.
Cheng, "The Contrast Formation in Optical Microscopy," Handbook Of Biological Confocal Microscopy, 2006, Chapter 8, pp. 162-206.
Chester et al., "Dimethyl sulfoxide-mediated primer Tm reduction: a method for analyzing the role of renaturation temperature in the polymerase chain reaction," Anal Biochem, Mar. 1993, 209(2):284-90.
Chial, "DNA Sequencing Technologies Key to the Human Genome Project," Nature Education, 2008, 1(1):219, 7 pages.
Chiang et al., "NFkappaB translocation in human microvessel endothelial cells using a four-compartment subcellular protein redistribution assay," J Biochem Biophys Methods, Nov. 2000, 46(1-2):53-68.
Chrisey et al., "Covalent attachment of synthetic DNA to self-assembled monolayer films," Nucleic Acids Res., Aug. 1996, 24(15):3031-9.
Chung et al., "Imaging single-cell signaling dynamics with a deterministic high-density single-cell trap array," Anal Chem, Sep. 2011, 83(18):7044-7052.

Ciaccio et al., "Systems analysis of EGF receptor signaling dynamics with microwestern arrays," Nat Methods, Feb. 2010, 7(2):148-55.
Cockroft et al., "A single-molecule nanopore device detects DNA polymerase activity with single-nucleotide resolution," J Am Chem Soc., Jan. 2008, 130(3):818-20.
Colegio et al., "In vitro transposition system for efficient generation of random mutants in Campylobacter jejuni," J Bacteriol., Apr. 2001, 183(7):2384-8.
Condina et al., "A sensitive magnetic bead method for the detection and identification of tyrosine phosphorylation in proteins by MALDI-TOF/TOF MS," Proteomics, 2009, 9:3047-3057.
Constantine et al., "Use of genechip high-density oligonucleotide arrays for gene expression monitoring," Life Sceience News, Amersham Life Science; 11-14, 1998.
Cook et al., "The effects of secondary structure and O2 on the formation of direct strand breaks upon UV irradiation of 5-bromodeoxyuridine-containing oligonucleotides," Chem Biol., Jul. 1999, 6(7):451-9.
Copeland et al., "Mitochondrial DNA Alterations in Cancer," Cancer Invest., 2002, 557-569.
Cornett et al., "MALDI imaging mass spectrometry: molecular snapshots of biochemical systems," Nature Methods, 2007, 4(10):828-833.
Cox et al., "Tissue subcellular fractionation and protein extraction for use in mass-spectrometry-based proteomics," Nat Protoc., 2006, 1(4):1872-8.
Craig, "Transposon Tn7," Curr Top Microbiol Immunol., 1996, 204:27-48.
Craig, "V(D)J recombination and transposition: closer than expected," Science, Mar. 1996, 271(5255):1512, 1 page.
Cujec et al. "Selection of v-abl tyrosine kinase substate sequences from randomized peptide and cellular proteomic libraries using mRNA display," Chemistry and Biology, 2002, 9:253-264.
Curtis et al., "Adhesion of cells to polystyrene surfaces," J Cell Biol., Nov. 1983, 97(5):1500-1506.
Czarnik, "Encoding methods for combinatorial chemistry," Curr Opin Chem Biol., Jun. 1997, 1(1):60-6.
Dahl et al., "Circle-to-circle amplification for precise and sensitive DNA analysis." Proc. Natl. Acad. Sci., 2004, 101:4548-4553.
Dalma-Weiszhausz et al., "The affymetrix GeneChip platform: an overview," Methods Enzymol., 2006, 410:3-28.
Darmanis, et al., "ProteinSeq: High-Performance Proteomic Analyses by Proximity, Ligation and Next Generation Sequencing," PLos One, 2011, 6(9):e25583.
Daubendiek et al., "Rolling-Circle RNA Synthesis: Circular Oligonucleotides as Efficient Substrates for T7 RNA Polymerase," J. Am. Chem. Soc., 1995, 117:7818-7819.
Dawson et al., "Genetic animal models of Parkinson's disease," Neuron, Jun. 2010, 66(5):646-661.
De Clercq, "A 40-year journey in search of selective antiviral chemotherapy," Annu Rev Pharmacol Toxicol., 2011, 51:1-24.
Deamer et al., "Characterization of nucleic acids by nanopore analysis," Acc Chem Res., Oct. 2002, 35(10):817-25.
Deamer et al., "Nanopores and nucleic acids: prospects for ultrarapid sequencing," Trends Biotechnol., Apr. 2000, 18(4):147-51.
Dean et al., "Comprehensive human genome amplification using multiple displacement amplification," Proc Natl. Acad. Sci. USA 99:5261-66, 2002.
Dean et al., "Rapid Amplification Of Plasmid And Phage DNA Using Phi29 DNA Polymerase And Multiply-Primed Rolling Circle Amplification," Genome Research, Jun. 2001, 11:1095-1099.
Deibel et al., "Biochemical properties of purified human terminal deoxynucleotidyltransferase," J Biol Chem., May 1980, 255(9):4206-12.
Deo et al., "Detection of mammalian microRNA expression by in situ hybridization with RNA oligonucleotides," Dev Dyn., Sep. 2006, 235(9):2538-48.
Devine et al., "Efficient integration of artificial transposons into plasmid targets in vitro: a useful tool for DNA mapping, sequencing and genetic analysis," Nucleic Acids Res., Sep. 1994, 22(18):3765-72.

# US 11,761,030 B2

Page 11

(56)        **References Cited**

OTHER PUBLICATIONS

Dhindsa et al., "Virtual Electrowetting Channels: Electronic Liquid Transport with Continuous Channel Functionality," Lab Chip, 2010, 10:832-836.

Diez-Roux et al., "A high-resolution anatomical atlas of the transcriptome in the mouse embryo," PLoS Biol., Jan. 2011, 9(1):e1000582, 14 pages.

Doddridge et al., "UV-induced strand break damage in single stranded bromodeoxyuridine-containing DNA oligonucleotides," Chem Commun., 1998, p. 1997-1998.

Dressman et al., "Transforming single DNA molecules into fluorescent magnetic particles for detection and enumeration of genetic variations," Proc. Natl. Acad. Sci. USA, 2003, 100:8817-8822.

Drmanac et al., "Accurate sequencing by hybridization for DNA diagnostics and individual genomics," Nature Biotechnology, 16:54-58, 1998.

Druley et al., "Quantification of rare allelic variants from pooled genomic DNA," Nat. Methods 6:263-65, 2009.

Duhr et al., "Why molecules move along a temperature gradient," Proc Natl Acad Sci USA, Dec. 2006, 103(52):19678-19682.

Duncan et al., "Affinity chromatography of a sequence-specific DNA binding protein using teflon-linked oligonucleotides", Anal. Biochem. 169: 104-108, 1988.

Eberwine et al., "Analysis of gene expression in single live neurons," Proc. Natl. Acad. Sci., USA 89, 3010-3014, 1992.

Eberwine, "Amplification of mRNA Populations Using aRNA Generated from Immobilized Oligo(dT)-T7 Primed cDNA," BioTechniques 20 (4), 584, 1996.

Ebihara et al., "Molecular detection of dermatophytes and nondermatophytes in onychomycosis by nested polymerase chain reaction based on 28S ribosomal RNA gene sequences," Br J Dermatol., Nov. 2009, 161(5):1038-44.

Eguiluz et al., "Multitissue array review: A chronological description of tissue array techniques, applications and procedures," Pathology Research and Practice, 202:561-568.

Ekins et al., "Microarrays: their origins and applications," Trends in Biotechnology, Jun. 1999, 17(6):217-218.

Eldridge et al. "An in vitro selection strategy for conferring protease resistance to ligand binding peptides," Protein Eng Des Sel., 22(11): 691-698, 2009.

Ellington et al., "Antibody-based protein multiplex platforms: technical and operational challenges," Clin Chem 56(2): 186-193, 2010.

Emmert-Buck et al., "Laser capture microdissection," Science, Nov. 1996, 274(5289):998-1001.

Ergin et al., "Proteomic Analysis of PAXgene-Fixed Tissues," J Proteome Res., 2010, 9(10):5188-96.

Escholarship.org [online]. "Methods and devices for fabricating and assembling DNA and protein arrays for high-throughput analyses [electronic resource]," 2010, retrieved on Jun. 8, 2022, retrieved from URL<https://escholarship.org/uc/item/6tf7p46s>, 155 pages.

Espina et al., "Laser-capture microdissection," Nat Protoc, 2006, 1(2):586-603.

Evers et al., "The effect of formaldehyde fixation on RNA: optimization of formaldehyde adduct removal," J Mol Diagn., May 2011, 13(3):282-8.

Extended European Search Report in European Appln. No. 11766613.1, dated Jan. 15, 2014, 4 pages.

Fahy et al., "Design and synthesis of polyacrylamide-based oligonucleotide supports for use in nucleic acid diagnostics," Nucleic Acids Res., Apr. 1993, 21(8):1819-26.

Falconnet et al., "Surface engineering approaches to micropattern surfaces for cell-based assays," Biomaterials, Jun. 2006, 27(16):3044-3063.

Fan et al., "Highly parallel SNP genotyping," Cold Spring Symp. Quant. Biol., 68: 69-78, 2003.

Fang et al., "Fluoride-cleavable biotinylation phosphoramidite for 5'-end-labeling and affinity purification of synthetic oligonucleotides." Nucleic Acids Res., Jan. 2003, 31(2):708-715.

Faruqi et al., "High-throughput genotyping of single nucleotide polymorphisms with rolling circle amplification," BMC Genomics, Aug. 2001, 2:4, 10 pages.

Ferreira et al., "Photocrosslinkable Polymers for Biomedical Applications," Biomedical Engineering—Frontiers and Challenges, Prof. Reza, 2011, 22 pages.

Fire and Xu, "Rolling replication of short DNA circles," Proc. Natl. Acad. Sci. USA 92: 4641-4645, 1995.

Fischer et al., "Hematoxylin and eosin staining of tissue and cell sections," CSH Protoc., May 2008, 3(5):1-3.

Fodor et al., "Light-Directed, Spatially Addressable Parallel Chemical Synthesis," Science, 251(4995), 767-773, 1995.

Folch et al., "Microfabricated elastomeric stencils for micropatterning cell cultures," J Biomed Mater Res, Nov. 2000, 52(2):346-353.

Fredriksson et al., "Multiplexed protein detection by proximity ligation for cancer detection," Nature Methods, 4(4): 327-29, 2007.

Fredriksson et al., "Multiplexed proximity ligation assays to profile putative plasma biomarkers relevant to pancreatic and ovarian cancer," Clin. Chem., 5(3): 582-89, 2008.

Fredriksson et al., "Protein detection using proximity-dependent DNA ligation assays," Nature Biotech., 20: 473-77, 2002.

Frese et al., "Formylglycine Aldehyde Tag-Protein Engineering through a Novel Posttranslational Modification," ChemBioChem., 10: 425-27, 2009.

Fu et al., "Counting individual DNA molecules by the stochastic attachment of diverse labels," PNAS, 108: 9026-9031, 2011.

Fu et al., "Repeat subtraction-mediated sequence capture from a complex genome," Plant J., Jun. 2010, 62(5):898-909.

Fullwood et al., "Next-generation DNA sequencing of paired-end tags (PET) for transcriptome and genome analyses," Genome Res., 19: 521-532, 2009.

Galon et al., "The immune score as a new possible approach for the classification of cancer," J Transl Med., Jan. 2012, 10:1, 4 pages.

Gamper et al., "Gene expression profile of bladder tissue of patients with ulcerative interstitial cystitis," BMC Genomics, Apr. 28, 2009, 10(199):1-17.

Gans et al., "Inkjet Printing of Polymers: State of the Art and Future Developments," Advanced Materials, Feb. 2004, 16(3):203-213.

Gao et al., "High density peptide microarrays. In situ synthesis and applications," Molecular Diversity, 8, 177-187, 2004.

Geiss et al., "Direct multiplexed measurement of gene expression with color-coded probe pairs," nature biotechnology, 2008, 26(3):317-325.

Genbank Accession No. AC009495.1, "Homo sapiens clone NH0490102, *** Sequencing in Progress *** , 12 unordered pieces," Aug. 24, 1999, 53 pages.

Genbank Accession No. AC009495.5, "Homo sapiens BAC clone RP11-49012 from 2, complete sequence," Apr. 21, 2005, 32 pages.

Genbank Accession No. AC037198.2, "Homo sapiens chromosome 15 clone CTD-2033D15 map 15q14, *** Sequencing in Progress *** , 62 unordered pieces," Apr. 25, 2000, 39 pages.

Genbank Accession No. AC087379.2, "Homo sapiens chromosome 11 clone RP11-396O20 map 11, *** Sequencing in Progress *** , 5 ordered pieces," Jul. 6, 2002, 47 pages.

Genbank Accession No. AC087741.1, "Homo sapiens chromosome 17 clone RP11-334C17 map 17, Low-Pass Sequence Sampling," Jan. 22, 2001, 18 pages.

Genbank Accession No. AC100826.1, "Homo sapiens chromosome 15 clone RP11-279F6 map 15, Low-Pass Sequence Sampling," Nov. 22, 2001, 21 pages.

Genbank Accession No. AL445524.1, "Homo sapiens chromosome 1 clone RP11-295G20, Working Draft Sequence, 19 unordered pieces," Oct. 14, 2000, 47 pages.

Genome.ucsc.edu, [online], "Genome Browser Gateway," 2000, retrieved on Jun. 11, 2021, retrieved from URL<https://genome.ucsc.edu/cgi-bin/hgGateway>, 3 pages.

Gerard et al., "Excess dNTPs minimize RNA hydrolysis during reverse transcription," Biotechniques, Nov. 2002, 33(5):984, 986, 988, 990.

Giam et al., "Scanning probe-enabled nanocombinatorics define the relationship between fibronectin feature size and stem cell fate," PNAS, Mar. 2012, 109(12):4377-4382.

## US 11,761,030 B2

Page 12

(56)    **References Cited**

OTHER PUBLICATIONS

Gibson et al., "Enzymatic assembly of DNA molecules up to several hundred kilobases," Nat Methods., May 2009, 6(5):343-5.

Gilar et al., "Study of phosphorothioate-modified oligonucleotide resistance to 3'-exonuclease using capillary electrophoresis," J Chromatogr B Biomed Sci Appl., Aug. 28, 1998, 714(1):13-20.

Gill et al., "Nucleic acid isothermal amplification technologies: a review," Nucleosides Nucleotides Nucleic Acids, Mar. 2008, 27(3):224-43.

Gilles et al., "Single nucleotide polymorphic discrimination by an electronic dot blot assay on semiconductor microchips," Nat Biotechnol, Apr. 1999, 17(4):365-70.

Glass et al., "SIMPLE: a sequential immunoperoxidase labeling and erasing method," J. Histochem. Cytochem., Oct. 2009, 57(10):899-905.

Gloor, "Gene targeting in *Drosophila*," Methods Mol Biol., 2004, 260:97-114.

Gnanapragasam, "Unlocking the molecular archive: the emerging use of formalin-fixed paraffin-embedded tissue for biomarker research in urological cancer," BJU International, 105, 274-278, 2009.

Goebl et al., "Development of a sensitive and specific in situ hybridization technique for the cellular localization of antisense oligodeoxynucleotide drugs in tissue sections," Toxicologic Pathology, Jun. 2007, 35(4):541-548.

Goldkom and Prockop, "A simple and efficient enzymatic method for covalent attachment of DNA to cellulose. Application for hybridization-restriction analysis and for in vitro synthesis of DNA probes.", Nucleic Acids Res. 14:9171-9191, 1986.

Goransson et al., "A single molecule array for digital targeted molecular analyses," Nucleic Acids Res., Nov. 25, 2009, 37(1):e7, 9 pages.

Goryshin et al., "Tn5 in vitro transposition," J Biol Chem., Mar. 1998, 273(13):7367-74.

Gotz et al., "Animal models of Alzheimer's disease and frontotemporal dementia," Nat Rev Neurosci., Jul. 2008, 9(7):532-44.

Grant et al., "Pathways and mechanisms of endocytic recycling," Nat. Rev. Mol. Cell Biol., Sep. 2009, 10(9):597-608.

Grokhovsky, "Specificity of DNA cleavage by ultrasound." Molecular Biology, 2006, 40(2):276-283.

Gudjonsson et al., "Myoepithelial cells: their origin and function in breast morphogenesis and neoplasia," J Mammary Gland Biol Neoplasia, Jul. 2005, 10(3):261-72.

Gunderson et al., "Decoding Randomly Ordered DNA Arrays," Genome Research 14: 870-877, 2004.

Guo et al., "Direct fluorescence analysis of genetic polymorphisms by hybridization with oligonucleotide arrays on glass supports," Nucleic Acids Res., Dec. 1994. 22(24):5456-65.

Hafner et al., "Identification of microRNAs and other small regulatory RNAs using cDNA library sequencing," Methods, Jan. 2008, 44(1):3-12.

Hahnke et al., "Striptease on glass: validation of an improved stripping procedure for in situ microarrays," J Biotechnol, Jan. 2007, 128(1):1-13.

Hajduk et al., "Drug discovery: A question of library design," Nature, Feb. 2011, 470(7332):42-43.

Hamaguchi et al., "Direct reverse transcription-PCR on oligo(dT)-immobilized polypropylene microplates after capturing total mRNA from crude cell lysates," Clin Chem., Nov. 1998, 44(11):2256-63.

Hammond et al., "Profiling cellular protein complexes by proximity ligation with dual tag microarray readout," PLoS ONE, 2012, 7(7):e40405.

Han et al., "3C and 3C-based techniques: the powerful tools for spatial genome organization deciphering", Molecular Cytogenetics (2018) 11:21, 10 pages, 2018.

Hanauer et al., "Separation of nanoparticles by gel electrophoresis according to size and shape," Nano Lett., Sep. 2007, 7(9):2881-5.

Hardenbol et al., "Highly multiplexed molecular inversion probe genotyping: over 10,000 targeted SNPs genotyped in a single tube assay," Genome Res., Feb. 2005, 15(2):269-75.

Hardenbol et al., "Multiplexed genotyping with sequence-tagged molecular inversion probes," Nature Biotechnol., Jun. 2003, 21(6):673-678.

Harris et al., "The design and application of target-focused compound libraries," Comb Chem High Throughput Screen, Jul. 2011, 14(6):521-531.

Hattersley et al., "Development of a microfluidic device for the maintenance and interrogation of viable tissue biopsies," Lab Chip., Nov. 2008, 8(11):1842-6.

Hayes et al., "Electrophoresis of proteins and nucleic acids: 1-Theory," BMJ, Sep. 1989, 299(6703):843-6.

He et al., "In situ synthesis of protein arrays," Current Opinion in Biotechnology, 19:4-9, 2008.

He et al., "Printing protein arrays from DNA arrays," Nature Methods, 5:175-77, 2008.

He, "Cell-free protein synthesis: applications in proteomics and biotechnology," New Biotechnology 25: 126-132, 2008.

Healy, "Nanopore-based single-molecule DNA analysis," Nanomedicine (Lond), Aug. 2007, 2(4):459-81.

Hedskog et al., "Dynamics of HIV-1 Quasispecies during Antiviral Treatment Dissected using Ultra-Deep Pyrosequencing," PLoS One, 5(7):e11345, 2010.

Hein et al., "Click Chemistry, A Powerful Tool for Pharmaceutical Sciences", Pharm Res., 25(10):2216-2230, 2008.

Hejatko et al., "In Situ Hybridization Techniques for mRNA Detection in Whole Mount *Arabidopsis* Samples," Nature Protocols, 2006, 1(4):1939-1946.

Hendrickson et al., "High sensitivity multianalyte immunoassay using covalent DNA-labeled antibodies and polymerase chain reaction," Nucleic Acid Research, Feb. 11, 1995, 23(3):522-529.

Hessner et al., "Genotyping of factor V G1691A (Leiden) without the use of PCR by invasive cleavage of oligonucleotide probes," Clin Chem., Aug. 2000. 46(8 Pt 1):1051-6.

Hiatt et al., "Parallel, tag-directed assembly of locally-derived short sequence reads," Nature Methods, 7(2): 119-25, 2010.

Hlubek et al., "Heterogeneous expression of Wnt/beta-catenin target genes within colorectal cancer," Int J Cancer., Nov. 2007, 121(9):1941-8.

Ho et al., "Bacteriophage T4 RNA ligase 2 (gp24.1) exemplifies a family of RNA ligases found in all phylogenetic domains," PNAS, Oct. 2002, 99(20):12709-14.

Ho et al., "Characterization of an ATP-Dependent DNA Ligase Encoded by Chlorella Virus PBCV-1," Journal of Virology, Mar. 1997, 71(3):1931-1937.

Hober et al., "Human protein atlas and the use of microarray technologies," Cur Opin Biotechnol., Feb. 2008, 19(1):30-35.

Holmstrom et al., "A highly sensitive and fast nonradioactive method for detection of polymerase chain reaction products," Anal Biochem, Mar. 1993, 209(2):278-83.

Hoyer et al., "Electrostatic spraying: a novel technique for preparation of polymer coatings on electrodes," Anal Chem, Nov. 1996, 68(21):3840-4.

Hsuih et al., "Novel, Ligation-Dependent PCR Assay for Detection of Hepatitis C Virus in Serum," Journal of Clinical Microbiology, Mar. 1996, 34(3):501-507.

Hu et al., "High reproducibility using sodium hydroxide-stripped long oligonucleotide DNA microarrays," Biotechniques, Jan. 2005, 38(1):121-4.

Hycultbiotech.com, [online], "Immunohistochemistry, Paraffin" Apr. 2010, retrieved on Apr. 16, 2020, retrieved from URL<https://www.hycultbiotech.com/media/wysiwyg/Protocol_Immunohistochemistry_Paraffin_2.pdf>, 3 pages.

Hytönen et al., "Design and construction of highly stable, protease-resistant chimeric avidins," J Biol Chem., Mar. 2005, 280(11):10228-33.

Ichikawa et al., "In vitro transposition of transposon Tn3," J Biol. Chem., Nov. 1990, 265(31):18829-32, Abstract.

Illumina.com [online], "Array-Based Gene Expression Analysis," 2011, retrieved on Dec. 13, 2021 retrieved from URL<https://www.illumina.com/documents/products/datasheets/datasheet_gene_exp_analysis.pdf>, 5 pages.

## US 11,761,030 B2

Page 13

(56)　　　　References Cited

OTHER PUBLICATIONS

Im et al., "An Introduction to Performing Immunofluorescence Staining," Biobanking: Methods and Protocols, Method in Molecular Biology, Yong (ed.), 2019, 1897, Chapter 26, 299-311.
Imbeaud et al., "Towards standardization of RNA quality assessment using user-independent classifiers of microcapillary electrophoresis traces," Nucleic Acids Res., Mar. 2005, 33(6):e56, 12 pages.
Inoue and Wittbrodt, "One for All—A Highly Efficient and Versatile Method for Fluorescent Immunostaining in Fish Embryos," PLoS One 6, e19713, 2011.
Invitrogen, Immune Response Biomarker Profiling Service Report, Invitrogen, 2009, 1-33.
Jabara et al., Accurate sampling and deep sequencing of the HIV-1 protease gene using a Primer ID. PNAS 108(50); 20166-20171, 2011.
Jain, "Transport of molecules, particles, and cells in solid tumors," Annu. Rev. Biomed. Eng., 1999, 1:241-263.
Jamur and Oliver, "Permeabilization of cell membranes.," Method Mal. Biol., 588: 63-66, 2010.
Jawhar et al., "Tissue Microarray: A rapidly evolving diagnostic and research tool," Annals of Saudi Medicine, Mar. 2009, 29(2):123-7.
Jennane et al., "Photolithography of self-assembled monolayers: optimization of protecting groups by an electroanalytical method," Can. J. Chem., Dec. 1996, 74(12):2509-2517.
Jensen et al., "Zinc fixation preserves flow cytometry scatter and fluorescence parameters and allows simultaneous analysis of DNA content and synthesis, and intracellular and surface epitopes," Cytometry A., Aug. 2010. 77(8):798-804.
Jones et al., Comparative lesion sequencing provides insights into tumor evolution. Proc. Natl. Acad. Sci. USA 105(11): 4283-4288, 2008.
Joos et al., "Covalent attachment of hybridizable oligonucleotides to glass supports," Anal Biochem., Apr. 1997, 247(1):96-101.
Jucá et al., "Effect of dimethyl sulfoxide on reverse transcriptase activity," Braz. J. Med. Biol. Res., Mar. 1995, 28(3):285-90.
Kainkaryam et al., "Pooling in high-throughput drug screening" Curr Opin Drug Discov Devel., May 2009, 12(3):339-50.
Kanehisa, "Use of statistical criteria for screening potential homologies in nucleic acid sequences ", Nucleic Acids Res. 12: 203-213, 1984.
Kap et al., "Histological Assessment of PAXgene Tissue Fixation and Stabilization Reagents." PLoS One 6, e27704, 10 pages, 2011.
Kapteyn et al., "Incorporation of Non-Natural Nucleotides Into Template-Switching Oligonucleotides Reduces Background and Improves cDNA Synthesis From Very Small RNA Samples," BMC Genomics, 2010, 11(413): 1-9.
Karlin et al., "Applications and statistics for multiple high-scoring segments in molecular sequences," Proc. Natl. Acad. Sci., Jun. 15, 1993, 90:5873-7.
Kibbe, "OligoCalc: an online oligonucleotide properties calculator," Nucleic Acids Res., Jul. 2007, 35:W43-6.
Kirby et al., "Cryptic plasmids of Mycobacterium avium: Tn552 to the rescue," Mol Microbiol., Jan. 2002, 43(1):173-86.
Kleckner et al., "Tn10 and IS10 transposition and chromosome rearrangements: mechanism and regulation in vivo and in vitro," Curr Top Microbiol Immunol., 1996, 204:49-82.
Koch et al., "Photochemical immobilization of anthraquinone conjugated oligonucleotides and PCR amplicons on solid surfaces," Bioconjugate Chem., Jul. 2000, 11(4):474-483.
Kolb et al., "Click Chemistry: Diverse Chemical Function from a Few Good Reactions," Angew. Chem. Int. Ed., 40(11): 2004-2021, 2001.
Kolbert et al., "Ribosomal DNA sequencing as a tool for identification of bacterial pathogens," Curr Opin Microbiol, Jun. 1999, 2(3):299-305.
König et al., "iCLIP reveals the function of hnRNP particles in splicing at individual nucleotide resolution," Nat Struct Mol Biol., Jul. 2010, 17(7):909-915.

Korbel et al., "Paired-End Mapping Reveals Extensive Structural Variation in the Human Genome," Science, 318(5849): 420-426, 2007.
Korlach et al., "Selective aluminum passivation for targeted immobilization of single DNA polymerase molecules in zero-mode waveguide nanostructures," Proc. Natl. Acad. Sci. USA 105, 1176-1181, 2008.
Kozlov et al., "A High-Complexity Multiplexed Solution-Phase Assay for Profiling Protease Activity on Microarrays," Comb Chem High Throughput Screen, 11: 24-35, 2008.
Kozlov et al., "A Highly Scalable Peptide-Based Assay System for Proteomics," PLoS ONE, 7(6): e37441, 2012.
Kozlov et al., "A Method for Rapid Protease Substrate Evaluation and Optimization," Comb Chem High Throughput Screen, 9: 481-87, 2006.
Kristensen et al., "High-Throughput Methods for Detection of Genetic Variation," BioTechniques, Feb. 2001, 30(2):318-332.
Kuijpers et al. "Specific recognition of antibody-oligonucleotide conjugates by radiolabeled antisense nucleotides: a novel approach for two-step radioimmunotherapy of cancer," Bioconjugate Chem., Jan. 1, 1993, 4(1):94-102.
Kumar et al., "Template-directed oligonucleotide strand ligation, covalent intramolecular DNA circularization and catenation using click chemistry," J Am Chem Soc., May 2007, 129(21):6859-64.
Kurz et al., "cDNA-Protein Fusions: Covalent Protein-Gene Conjugates for the In Vitro Selection of Peptides and Proteins," ChemBioChem., 2: 666-72, 2001.
Kwok, "High-throughput genotyping assay approaches," Pharmocogenomics, Feb. 2000, 1(1):95-100.
Lage et al., "Whole Genome Analysis of Genetic Alterations in Small DNA Samples Using Hyperbranched Strand Displacement Amplification and Array—CGH," Genome Research 13: 294-307, 2003.
Lampe et al., "A purified mariner transposase is sufficient to mediate transposition in vitro," EMBO J., Oct. 1996, 15(19):5470-9.
Lamture et al., "Direct detection of nucleic acid hybridization on the surface of a charge coupled device," Nucleic Acid Res., Jun. 1994, 22(11):2121-5.
Landegren et al., "Reading bits of genetic information: methods for single-nucleotide polymorphism analysis." Genome Res., Aug. 1998, 8(8):769-76.
Langdale et al., "A rapid method of gene detection using DNA bound to Sephacryl", Gene 36: 201-210. 1985.
Larman et al., "Autoantigen discovery with a synthetic human peptidome," Nature Biotechnology, doi:1 0.1038/nbt.1856, vol. 29, No. 6, pp. 535-541. 2011.
Larsen et al., "Characterization of a recombinantly expressed proteinase K-like enzyme from a psychrotrophic Serratia sp." FEBS J., Jan. 2006, 273(1):47-60.
Larsson et al., "In situ detection and genotyping of individual mRNA molecules," Nat Methods, May 2010, 7(5):395-7.
Larsson et al., "In situ genotyping individual DNA molecules by target-primed rolling-circle amplification of padlock probes," Nat Methods, Dec. 2004, 1(3):227-32.
Lassmann et al., A Novel Approach For Reliable Microarray Analysis of Microdissected Tumor Cells From Formalin-Fixed and Paraffin-Embedded Colorectal Cancer Resection Specimens, J Mol Med, 87, 211-224, 2009.
Laurell et al., "Chip integrated strategies for acoustic separation and manipulation of cells and particles," Chem. Soc. Rev., Mar. 2007, 36(3):492-506.
Lee et al., "A novel COL3A1 gene mutation in patient with aortic dissected aneurysm and cervical artery dissections," Heart Vessels, Mar. 2008, 23(2):144-8.
Lee et al., "Cytokines in cancer immunotherapy," Cancers (Basel), Oct. 2011, 3(4):3856-3893.
Lee et al., "Improving the efficiency of genomic loci capture using oligonucleotide arrays for high throughput resequencing," BMC Genomics, Dec. 2009, 10:646, 12 pages.
Lee et al., "Protein nanoarrays generated by dip-pen nanolithography," Science, Mar. 2002, 295(5560):1702-1705.
Lenard, "Viral Membranes," Encyclopedia of Virology, Jul. 2008, pp. 308-314.

US 11,761,030 B2

Page 14

(56)        References Cited

OTHER PUBLICATIONS

Leriche et al., "Cleavable linkers in chemical biology.", Bioorganic & Medicinal Chemistry, 20: 571-582, 2012.
Levene et al., "Zero-Mode Waveguides for Single-Molecule Analysis at High Concentrations," Science 299, 682-686, 2003.
Li et al., "A photocleavable fluorescent nucleotide for DNA sequencing and analysis," Proc. Natl. Acad. Sci., 100: 414-419, 2003.
Li et al., "DNA molecules and configurations in a solid-state nanopore microscope," Nat Mater. Sep. 2003, 2(9):611-5.
Li et al., "RASL-seq for Massively Parallel and Quantitative Analysis of Gene Expression," Curr Protoc Mol Biol., Apr. 2012, 4(13):1-10.
Linnarsson, "Recent advances in DNA sequencing methods—general principles of sample preparation," Experimental Cell Research, 316: 1339-1343, 2010.
Liu et al. "Barcoded oligonucleotides ligated on RNA amplified for multiplexed and parallel in situ analyses," Nucleic Acids Res., Mar. 8, 2021, 49(10):e58, 15 pages.
Liu et al., "Method for Quantitative Proteomics Research by Using Metal Element Chelated Tags Coupled with Mass Spectrometry," Analytical Chemistry, 2006, 78:6614-6621.
Liu et al., "Surface and interface control on photochemically initiated immobilization," J Am Chem Soc., Nov. 2006, 128(43):14067-72.
Liu et al., An integrated and sensitive detection platform for biosensing application based on Fe@Au magnetic nanoparticles as bead array carries Biosensors and Bioelectronics, 2010, 26(4):1442-1448.
Lizardi et al., "Mutation detection and single-molecule counting using isothermal rolling-circle amplification," Nat. Genet. 19: 225-232, 1998.
Lopez-Otín et al., "Protease degradomics: a new challenge for proteomics," Nat Rev Mol Cell Biol., Jul. 2002, 3(7):509-19.
Lu et al., "A microfluidic electroporation device for cell lysis," Lab Chip., Jan. 2005, 5(1):23-29.
Lund et al., "Assessment of methods for covalent binding of nucleic acids to magnetic beads, Dynabeads, and the characteristics of the bound nucleic acids in hybridization reactions.", Nucleic Acids Res., 16: 10861-80, 1988.
Lundberg et al., "High-fidelity amplification using a thermostable DNA polymerase isolated from Pyrococcus furiosus.," Gene., 108(1): 1-6, 1991.
Lundberg et al., "Homogeneous antibody-based proximity extension assays provide sensitive and specific detection of low-abundant proteins in human blood," Nucleic Acids Res., 39(15): e102, 2011.
Lundberg et al., "Multiplexed homogeneous proximity ligation assays for high-throughput protein biomarker research in serological material," Mol Cell Proteomics, 10(4): M110.004978, 2011.
Lundin et al., "Increased throughput by parallelization of library preparation for massive sequencing," PLoS One, Apr. 2010, 5(4):e10029, 7 pages.
Lundquist et al., "Parallel confocal detection of single molecules in real time," Opt. Lett. 33, 1026-1028, 2008.
Lyamichev et al., "Invader assay for SNP genotyping," Methods Mol Biol., 2003, 212:229-40.
Lyamichev et al., "Polymorphism identification and quantitative detection of genomic DNA by invasive cleavage of oligonucleotide probes," Nat Biotechnol., Mar. 1999, 17(3):292-6.
Lyck et al., "Immunohistochemical Markers for Quantitative Studies of Neurons and Glia in Human Neocortex," J Histochem Cytochem 56, 201-21, 2008.
Lykidis et al., "Novel zinc-based fixative for high quality DNA, RNA and protein analysis," Nucleic Acids Res., Jun. 2007, 35(12):e85, 10 pages.
MacBeath et al., "Printing proteins as microarrays for high-throughput function determination," Science, Sep. 2000, 289(5485):1760-1763.
MacIntyre, "Unmasking antigens for immunohistochemistry.," Br J Biomed Sci. 58, 190-6, 2001.

Magaki et al., "An introduction to Performance of Immunohistochemistry," Biobanking: Methods and Protocols, Method in Molecular Biology, Yong (ed.), 2019, 1897, Chapter 25, 289-298.
Malkov et al., "Multiplexed measurements of gene signatures in different analytes using the Nanostring nCounter™ Assay System," BMC research notes., 2009, 2:80.
Marras, "Selection of fluorophore and quencher pairs for fluorescent nucleic acid hybridization probes," Methods Mol Biol., 2006, 335:3-16.
Martin, "Cutadapt removes adapter sequences from high-throughput sequencing reads," EMBnet Journal, 2011, 17(1):10-12.
Massey et al., "Fluorescence resonance energy transfer (FRET) for DNA biosensors: FRET pairs and Förster distances for various dye-DNA conjugates," Anal Chim Acta., May 2006, 568(1-2):181-9.
Masuda et al., "Analysis of chemical modification of RNA from formalin-fixed samples and optimization of molecular biology applications for such samples," Nucleic Acids Research, Nov. 1999, 27(22):4436-4443.
Materna et al., "High accuracy, high-resolution prevalence measurement for the majority of locally expressed regulatory genes in early sea urchin development," Gene Expr Patterns., 2010, 10(4-5):177-184.
Mattheyses et al., "Imaging with total internal reflection fluorescence microscopy for the cell biologist," J Cell Sci., Nov. 2010, 123(Pt 21):3621-3628.
McCloskey et al., "Encoding PCR Products with Batch-stamps and Barcodes," Biochem. Genet. 45:761-767, 2007.
Mcgee, "Structure and Analysis of Affymetrix Arrays," UTSW Microarray Analysis Course, Oct. 28, 2005, 68 pages.
McKernan et al., "Sequence and structural variation in a human genome uncovered by short-read, massively parallel ligation sequencing using two-base encoding," Genome Res., 19: 1527-41, 2009.
Megason et al., "Imaging in Systems Biology," Cell 130, Sep. 7, 2007, pp. 784-795.
Metzker "Sequencing technologies—the next generation," Nature Reviews Genetics, 11: 31-46, 2010.
Meyer et al., "Fast evolving 18S rRNA sequences from Solenogastres (Mollusca) resist standard PCR amplification and give new insights into mollusk substitution rate heterogeneity," BMC Evol. Biol., Mar. 2010, 10:70, 12 pages.
Micke et al., "Biobanking of fresh frozen tissue: RNA is stable in nonfixed surgical specimens," Lab Invest., Feb. 2006, 86(2):202-11.
Miele et al., "Mapping cis- and trans-chromatin interaction networks using chromosome conformation capture (3C)," Methods Mol Biol., 2009, 464:105-21.
Miller et al., "Basic Concepts of Microarrays and Potential Applications in Clinical Microbiology," Clinical Microbiology Reviews, vol. 22, No. 4, pp. 611-633, 2009.
Miner et al., "Molecular barcodes detect redundancy and contamination in hairpin-bisulfite PCR," Nucleic Acids Res., Sep. 2004, 32(17):e135, 4 pages.
Mir et al., "Sequencing by cyclic ligation and cleavage (CycliC) directly on a microarray captured template," Nucleic Acids Research, 37(1):e5, 8 pages. 2009.
Mitra et al., "Digital genotyping and haplotyping with polymerase colonies," Proc. Natl. Acad. Sci. USA, May 2003, 100(10):5926-5931.
Mitra et al., "Fluorescent in situ sequencing on polymerase colonies," Anal Biochem, Sep. 2003, 320(1):55-65.
Mitra et al., "In situ localized amplification and contact replication of many individual DNA molecules," Nucleic Acids Res., Dec. 1999, 27(24):e34, 6 pages.
Mitsuhashi et al., "Gene manipulation on plastic plates," Nature 357: 519-520, 1992.
Mizusawa et al. "A bacteriophage lambda vector for cloning with BamH1 and Sau3 A." Gene, 20: 317-322, 1982.
Mlecnik et al., "Histopathologic-based prognostic factors of colorectal cancers are associated with the state of the local immune reaction," J Clin Oncol., Feb. 2011, 29(6):610-8.
Mortazavi et al., "Mapping and quantifying mammalian transcriptomes by RNA-Seq," Nature Methods, 5(7): 621-8, 2008.

## US 11,761,030 B2

Page 15

(56)        **References Cited**

OTHER PUBLICATIONS

Moshrefzadeh et al., "Nonuniform photobleaching of dyed polymers for optical waveguides," Applied Physics Letters, 1993, 62:16-18.

Motea et al., "Terminal deoxynucleotidyl transferase: the story of a misguided DNA polymerase," Biochim Biophys Acta., May 2010, 1804(5):1151-66.

Mueller et al., "RNA Integrity Number (RIN)—Standardization of RNA Quality Control," Agilent Technologies, 2004, 8 pages.

Nadji et al., "Immunohistochemistry of tissue prepared by a molecular-friendly fixation and processing system," Appl Immunohistochem Mol Morphol., Sep. 2005, 13(3):277-82.

Nagahara et al., "Neuroprotective effects of brain-derived neurotrophic factor in rodent and primate models of Alzheimer's disease," Nat Med., Mar. 2009, 15(3):331-337.

Nagai et al., "Site-specific DNA cleavage by antisense oligonucleotides covalently linked to phenazine di-N-oxide," J Biol. Chem., Dec. 1991, 266(35):23994-4002.

Nakamura et al., "Biocompatible inkjet printing technique for designed seeding of individual living cells," Tissue Eng, Nov. 2005, 11(11-12):1658-1666.

Nakao et al., "Myosin heavy chain gene expression in human heart failure," J Clin Invest., Nov. 1997, 100(9):2362-70.

Nallur et al., "Signal amplification by rolling circle amplification on DNA microarrays," Nucleic Acids Res., Dec. 1, 2001, 29(23):e118, 9 pages.

Nam et al., "Nanoparticle-Based Bio-Bar Codes for the Ultrasensitive Detection of Proteins," Science, Sep. 26, 2003, 301(5641):1884-1886.

Nandakumar et al., "How an RNA Ligase Discriminates RNA versus DNA Damage," Molecular Cell, 2004, 16(2):211-221.

Nandakumar et al., "RNA Substrate Specificity and Structure-guided Mutational Analysis of Bacteriophage T4 RNA Ligase 2," Journal of Biological Chemistry, Jul. 2004, 279(30):31337-31347.

Ng et al., "Gene identification signature (GIS) analysis for transcriptome characterization and genome annotation," Nature Methods, 2(2):105-111, 2005.

Ng et al., "Massively parallel sequencing and rare disease," Human Malec. Genetics, 19(2): R119-R124, 2010.

Ng et al., "Multiplex sequencing of paired-end ditags (MS-PET): a strategy for the ultra-high-throughput analysis of transcriptomes and genomes," Nucleic Acids Research, Jul. 2006, 34(12): e84, 10 pages.

Nichols et al., "RNA Ligases," Curr Protoc Mol Biol., Oct. 2008, 84(1):3.15.1-3.15.4.

Nicholson, "Diffusion and related transport mechanisms in brain tissue," Rep. Prog. Phys., Jun. 2001, 64(7):815-884.

Niedringhaus et al., "Landscape of next-generation sequencing technologies," Anal Chem., Jun. 2011, 83(12):4327-41.

Niemeyer, "The developments of semisynthetic DNA-protein conjugates," Trends Biotechnol. Sep. 2002, 20(9): 395-401.

Nikiforov et al., "The use of 96-well polystyrene plates for DNA hybridization-based assays: an evaluation of different approaches to oligonucleotide immobilization," Anal Biochem, May 1995, 227(1):201-9.

Niklas et al., "Selective permeabilization for the high-throughput measurement of compartmented enzyme activities in mammalian cells," Anal Biochem, Sep. 2011, 416(2):218-27.

Nilsson et al., "RNA-templated DNA ligation for transcript analysis," Nucleic Acids Res., Jan. 2001, 29(2):578-81.

Nuovo, "In situ PCR: protocols and applications.," Genome Res. Feb. 1995, 4 (4):151-167.

Ohtsubo et al., "Bacterial insertion sequences," Curr Top Microbiol Immunol., 1996, 204:1-26.

Oleinikov et al., "Self-assembling protein arrays using electronic semiconductor microchips and in vitro translation," J Proteome Res, May-Jun. 2003, 2(3): 313-319.

Olivier, "The Invader assay for SNP genotyping," Mutat. Res., Jun. 2005, 573(1-2):103-110.

Oren et al., "Selective lysis of bacteria but not mammalian cells by diastereomers of melittin: structure-function study," Biochemistry, Feb. 1997, 36(7):1826-35.

Osada et al., "Epitope mapping using ribosome display in a reconstituted cell-free protein synthesis system," J Biochem, May 2009, 145(5):693-700.

O-Shannessy et al., "Detection and quantitation of hexa-histidine-tagged recombinant proteins on western blots by a surface plasmon resonance biosensor technique," Anal Biochem, 229(1):119-124, 1995.

Ostuni et al., "Patterning Mammalian Cells Using Elastomeric Membranes," Langmuir, Aug. 2000, 16(20):7811-7819.

Ozsolak et al., "Digital transcriptome profiling from attomole-level RNA samples," Genome Res., Apr. 2010, 20(4):519-25.

Palamanda et al., "Evaluation of CYP1A1 and CYP2B1/2 m-RNA Induction in Rat Liver Slices Using the NanoString® Technology: A Novel Tool for Drug Discovery Lead Optimization," Drug metabolism letters, Nov. 3, 2009, 3(3):171-175.

Pandey et al., "Inhibition of terminal deoxynucleotidyl transferase by adenine dinucleotides. Unique inhibitory action of Ap5A," FEBS Lett., Mar. 1987, 213(1):204-8.

Park et al., "Cancer gene therapy using adeno-associated virus vectors," Front Biosci., Jan. 2008, 13:2653-59.

Park et al., "The Estimation of Breast Cancer Disease-Probability by Difference of Individual Susceptibility," Cancer Res. Feb. 2003, 35(1):35-51, Abstract.

Patil et al., "DNA-based therapeutics and DNA delivery systems: a comprehensive review," AAPS J, Apr. 2005, 7(1):E61-77.

Patton et al., "Rainbow's end: the quest for multiplexed fluorescence quantitative analysis in proteomics." Current Opinion in Chemical Biology, Feb. 1, 2002, 6(1):63-69.

PCT International Preliminary Report on Patentability in International Appln. No. PCT/US2011/031308, dated Oct. 9, 2012, 7 pages.

PCT International Search Report and Written Opinion in International Appln. No. PCT/US2011/031308, dated May 25, 2011, 8 pages.

Pearson et al., "Improved tools for biological sequence comparison," Proc. Natl. Acad. Sci., May 1988, 85:2444-2448.

Pellestor et al., "The peptide nucleic acids (PNAs), powerful tools for molecular genetics and cytogenetics," Eur J Hum Genet., Sep. 2004, 12(9):694-700.

Pemov et al., "DNA analysis with multiplex microarray-enhanced PCR," Nucl. Acids Res., Jan. 2005, 33(2):e11, 9 pages.

Penland et al., "RNA expression analysis of formalin-fixed paraffin-embedded tumors," Laboratory Investigation, Apr. 2007, 87(4):383-391.

Perler et al., "Intervening sequences in an Archaea DNA polymerase gene," PNAS USA. Jun. 1992, 89(12): 5577-5581.

Perocchi et al., "Antisense artifacts in transcriptome microarray experiments are resolved by actinomycin D," Nucleic Acids Res., 2007, 35(19):e128, 7 pages.

Petterson et al., "Generations of sequencing technologies," Genomics, 2009. 105-111.

Pipenburg et al., "DNA detection using recombination proteins," PLoS Biol., Jul. 2006, 4(7):e204, 7 pages.

Pirici et al., "Antibody elution method for multiple immunohistochemistry on primary antibodies raised in the same species and of the same subtypen," J. Histochem. Cytochem., Jun. 2009, 57(6):567-75.

Piston et al., "Fluorescent protein FRET: the good, the bad and the ugly," Trends Biochem Sci., Sep. 2007, 32(9):407-14.

Plasterk, "The Tc1 mariner transposon family," Curr Top Microbiol Immunol., 1996, 204:125-43.

Pluen et al., "Diffusion of macromolecules in agarose gels: comparison of linear and globular configurations," Biophys J., Jul. 1999, 77(1):542-552.

Polsky-Cynkin et al., "Use of DNA Immobilizedon Plastic and Agarose Supports to Detect DNA by Sandwich Hybridization," Clin. Chem. 31: 1438-1443, 1985.

Porreca et al., "Polony DNA sequencing," Curr Protoc Mol Biol., Nov. 2006, Chapter 7, Unit 7.8, pp. 7.8.1-7.8.22.

U.S. Appl. No. 61/267,363, filed Dec. 7, 2009 (Year: 2009).

US 11,761,030 B2

Page 16

(56)        **References Cited**

OTHER PUBLICATIONS

Punwaney et al., "Human papillomavirus may be common within nasopharyngeal carcinoma of Caucasian Americans: investigation of Epstein-Barr virus and human papillomavirus in eastern and western nasopharyngeal carcinoma using ligation-dependent polymerase chain reaction," Head & Neck, Jan. 1999, 21(1):21-29.

Raab et al., "Human tRNA genes function as chromatin insulators," EMBO J., Jan. 2012, 31(2):330-50.

Raj et al., "Imaging individual mRNA molecules using multiple singly labeled probes," Nature Methods, Oct. 2008, 5(10):877-879, 9 pages.

Ramachandran et al., "Next-generation high-density self-assembling functional protein arrays," Nature Methods, Jun. 2008, 5(6):535-538.

Ramanujan et al., "Diffusion and convection in collagen gels: implications for transport in the tumor interstitium," Biophys. J., Sep. 2002, 83(3):1650-1660.

Ranki et al., "Sandwich hybridization as a convenient method for the detection of nucleic acids in crude samples", Gene 21: 77-85, cellulose, 1983.

Razonable, "Antiviral drugs for viruses other than human immunodeficiency virus," Mayo Clinic Proceedings, Oct. 2011, 86(10):1009-26.

Reinartz et al., "Massively parallel signature sequencing (MPSS) as a tool for in-depth quantitative gene expression profiling in all organisms," Brief Funct Genomic Proteomic, Feb. 2002, 1(1):95-104.

Rettig et al., "Large-scale single-cell trapping and imaging using microwell arrays," Anal Chem, Sep. 2005, 77(17):5628-5634.

Reznikoff, "Tn5 as a model for understanding DNA transposition," Mol Microbiol., Mar. 2003, 47(5):1199-206.

Ristova et al., "Study of hydrogenated amorphous silicon thin films as a potential sensor for He-Ne laser light detection," Applied Surface Science, Sep. 2003. 218(1-4):44-53.

Roberts et al., "RNA-peptide fusions for the in vitro selection of peptides and proteins," PNAS USA, Nov. 1997, 94: 12297-122302.

Robinson et al., "Small-sample estimation of negative binomial dispersion, with applications to SAGE data," Biostatistics, Apr. 2008, 9(2):321-332.

Rogers et al., "Immobilization of oligonucleotides onto a glass support via disulfide bonds: A method for preparation of DNA microarrays," Anal Biochem., Jan. 1999, 266(1):23-30.

Rogers et al., "Use of a novel cross-linking method to modify adenovirus tropism," Gene Ther., Dec. 1997, 4(12):1387-92.

Ronaghi et al., "A sequencing method based on real-time pyrophosphate," Science, Jul. 1998, 281(5375): 363-365.

Ronaghi et al., "Real-time DNA sequencing using detection of pyrophosphate release," Analytical Biochemistry, Nov. 1996, 242(1 ): 84-89.

Ronaghi, "Pyrosequencing sheds light on DNA sequencing," Genome Res, Jan. 2001, 11(1):3-11.

Rosenthal et al., "Cell patterning chip for controlling the stem cell microenvironment," Biomaterials, Jul. 2007, 28(21):3208-3216.

Rouillard et al., "OligoArray 2.0: design of oligonucleotide probes for DNA microarrays using a thermodynamic approach," Nuc. Acid Research, Jun. 2003, 31(12): 3057-3062.

Rountenberg et al., "Microfluidic probe: a new tool for integrating microfluidic environments and electronic wafer-probing," Lab Chip, Oct. 2009, 10(1):123-127.

Rubin et al., "Whole-genome resequencing reveals loci under selection during chicken domestication.," Nature, Mar. 2010, 464: 587-591.

Rubina et al., "Hydrogel-based protein microchips: manufacturing, properties, and applications," Biotechniques, May 2003, 34(5):1008-14.

Rush et al., "New Aldehyde Tag Sequences Identified by Screening Formylglycine Generating Enzymes in Vitro and in Vivo," J. of American Chemical Society. Aug. 2008, 130(37): 12240-12241.

Russell et al., "Molecular mechanisms of late endosome morphology, identity and sorting," Curr. Opin. Cell Bio., Aug. 2006, 18(4):422-428.

San Paulo et al., "High-resolution imaging of antibodies by tapping-mode atomic force microscopy: attractive and repulsive tip-sample interaction regimes." Biophys J., Mar. 2000, 78(3):1599-1605.

Sano et al., "Immuno-PCR: Very Sensitive Antigen Detection by Means of Specific Antibody-DNA Conjugates," Science, Oct. 2, 1992, 258(5079):120-122.

Schellings et al., "Absence of SPARC results in increased cardiac rupture and dysfunction after acute myocardial infarction," J Exp Med., Jan. 2009, 206(1):113-23.

Schena et al., "Quantitative monitoring of gene expression patterns with a complementary DNA microarray," Science, Oct. 1995, 270(5235):467-470.

Schena et al., "Entering the Postgenome Era," Science, 1995, 270:368-9, 371.

Schlapak et al., "Glass surfaces grafted with high-density poly (ethylene glycol) as substrates for DNA oligonucleotide microarrays," Langmuir, Jan. 2006, 22: 277-285.

Schmitt et al., "Detection of ultra-rare mutations by next-generation sequencing," PNAS (2012) 109:14508-14523.

Scholz et al., "The Molecular Chaperone Hsp90 Is Required for Signal Transduction by Wild-Type Hck and Maintenance of Its Constitutively Active Counterpart1," Cell Growth Differ., Aug. 2001, 12(8):409-417.

Schouten et al., "Relative quantification of 40 nucleic acid sequences by multiplex ligation-dependent probe amplification," Nucleic Acids Res., Jun. 2002, 30(12):e57, 13 pages.

Schroeder et al., "The RIN: an RNA integrity number for assigning integrity values to RNA measurements," BMC Molecular Biology, Jan. 2006, 7:3, 14 pages.

Schweitzer et al., "Immunoassays with rolling circle DNA amplification: A versatile platform for ultrasensitive antigen detection," Proc. Natl. Acad. Sci. USA, May 22, 2000, 97:10113-119.

Schweitzer et al., "Multiplexed protein profiling on microarrays by rolling-circle amplification," Nature Biotechnology, Apr. 2002, 20(4):359-365.

Schwers et al., "A high-sensitivity, medium-density, and target amplification-free planar waveguide microarray system for gene expression analysis of formalin-fixed and paraffin-embedded tissue," Clin. Chem., Nov. 2009, 55(11):1995-2003.

ScienceDirect.com [online], "Plant Fibers," Definition, 2011, retrieved on Apr. 13, 2022, retrieved from URL<https://www.sciencedirect.com/topics/agricultural-and-biological-sciences/plant-fibers>, 9 pages.

Sekar et al., "Fluorescence resonance energy transfer (FRET) microscopy imaging of live cell protein localizations," J Cell Biol., Mar. 2003, 160(5):629-33.

Sergeeva et al., "Display technologies: Application for the discovery of drug and gene delivery agents," Advanced Drug Delivery Reviews (2006) 58(15):1622-1654.

Seurynck-Servoss et al., "Evaluation of Surface Chemistries for Antibody Microarrays", Anal Biochem., 371(1): 105-115, 2007.

Shalon et al., "A DNA microarray system for analyzing complex DNA samples using two-color fluorescent probe hybridization," Genome Res., Jul. 1996, 6(7):639-45.

Shelbourne et al., "Fast copper-free click DNA ligation by the ring-strain promoted alkyne-azide cycloaddition reaction.", Chem. Commun. 47: 6257-6259, 2011.

Shendure et al., "Accurate Multiplex Polony Sequencing of an Evolved Bacterial Genome," Science, 2005, 309:1728-1732.

Shi et al., "The MicroArray Quality Control (MAQC) project shows inter- and intraplatform reproducibility of gene expression measurements," Nature Biotechnology, 2006, 24(9):1151-61.

Shi, "Enabling large-scale pharmacogenetic studies by high-throughput mutation detection and genotyping technologies," Clin. Chem., Feb. 2001, 47(2):164-172.

Shibata et al., "Detection of human papilloma virus in paraffin-embedded tissue using the polymerase chain reaction," J Exp Med., Jan. 1988, 167(1):225-30.

Shirai et al., "Novel Tools for Analyzing Gene Expressions in Single Cells." The 5th International Workshop on Approaches to Single-Cell Analysis, The University of Tokyo, Mar. 3-4, 2011, 1 page.

**US 11,761,030 B2**

Page 17

(56)        **References Cited**

OTHER PUBLICATIONS

Shoemaker et al., "Quantitative phenotypic analysis of yeast deletion mutants using a highly parallel molecular bar-coding strategy," Nature genetics (1996) 14:450-456.

Shults et al., "A multiplexed protein kinase assay," Chem Bio Chem (2007) 8:933-942.

Sievertzon et al., "Transcriptome analysis in primary neural stem cells using a tag cDNA amplification method," BMC Neuroscience, Dec. 2005, 6: 28.

Simonis et al., "Nuclear organization of active and inactive chromatin domains uncovered by chromosome conformation capture-on-chip (4C)," Nat Genet., Nov. 2006, 38(11):1348-54.

Slomovic et al., "Addition of poly(A) and poly(A)-rich tails during RNA degradation in the cytoplasm of human cells." Proc Natl Acad Sci USA, Apr. 2010, 107(16):7407-12.

Slonim and Yanai, "Getting started in gene expression microarray analysis," Plos Computational Biology, 2009, 5(10):e1000543.

Soderberg et al. "Characterizing proteins and their interactions in cells and tissues using the in situ proximity ligation assay," Methods, Jul. 2008, 45(3):227-232.

Soderberg et al., "Direct observation of individual endogenous protein complexes in situ by proximity ligation," Nature Methods, 2006, 3:995-1000.

Son et al., "A platform for ultrasensitive and selective multiplexed marker protein assay toward early-stage cancer diagnosis," Nanomedicine, Feb. 7, 2017, 2(1):79-82.

Soni and Meller, "Progress toward ultrafast DNA sequencing using solid-state nanopores," Clin Chem., 2007, 53: 1996-2001.

Spiess et al., "A highly efficient method for long-chain cDNA synthesis using trehalose and betaine," Anal. Biochem., Feb. 2002, 301(2):168-74.

Spurgeon et al., "High Throughput Gene Expression Measurement with Real Time PCR in a Microfluidic Dynamic Array," Plos ONE, 2008, 3(2):e1662.

Stevens Jr. et al., "Enhancement of phosphoprotein analysis using a fluorescent affinity tag and mass spectrometry," Rapid Commun Mass Spectrom, 2005, 19(15):2157-62.

Stimpson et al., "Real-time detection of DNA hybridization and melting on oligonucleotide arrays by using optical wave guides," Proc Natl Acad Sci USA, Jul. 1995, 92(14):6379-83.

Stoddart et al., "Single-nucleotide discrimination in immobilized DNA oligonucleotides with a biological nanopore," PNAS U S A, May 2009, 106(19):7702-7707.

Stroh et al., "Quantum dots spectrally distinguish multiple species within the tumor milieu in vivo," Nat Med., Jun. 2005, 11(6):678-82.

Subramanian et al., "Gene set enrichment analysis: a knowledge-based approach for interpreting genome-wide expression profiles," PNAS, Oct. 2005, 102(43):15545-15550.

Suh et al., "A simple soft lithographic route to fabrication of poly(ethylene glycol) microstructures for protein and cell patterning," Biomaterials, Feb. 2004, 25(3):557-563.

Sumitomo et al., "Ca2+ ion transport through channels formed by -hemolysin analyzed using a microwell array on a Si substrate," Biosensors and Bioelectronics, 2012, 31(1):445-450.

Summersgill et al., "Fluorescence In Situ Hybridization Analysis of Formalin Fixed Paraffin Embedded Tissues, Including Tissue Microarrays," Chapter 4, Bridger, J. Ed., Methods in Molecular Biology 659, 2010, 51-70, 2010.

Sun et al., "Direct immobilization of DNA probes on non-modified plastics by UV irradiation and integration in microfluidic devices for rapid bioassay," Anal. Bio. Chem., 402: 741-748. 2012.

Surzhik et al., "Template-dependent biosynthesis of poly(G) x poly (C) and its antiviral activity in vitro and in vivo," Antiviral Res., May 1998, 38(2):131-40.

Sutherland et al., "Utility of formaldehyde cross-linking and mass spectrometry in the study of protein-protein interactions," J. Mass Spectrom., Jun. 2008, 43(6):699-715.

Swartz et al., "Interstitial flow and its effects in soft tissues," Annu Rev Biomed Eng., 2007, 9:229-56.

Syková et al., "Diffusion in brain extracellular space," Physiol Rev., Oct. 2008, 88(4):1277-340.

Tai et al., "Replication-competent retrovirus vectors for cancer gene therapy," Front Biosci., Jan. 2008, 13:3083-95.

Takahashi et al., "In Vitro Selection of Protein and Peptide Libraries Using mRNA Display," Nucleic Acid and Peptide Aptamers: Methods and Protocols (2009) 535:293-314 (Ch.17).

Tan et al., "Parylene peel-off arrays to probe the role of cell-cell interactions in tumour angiogenesis," Integr Biol (Camb), Oct. 2009, 1(10):587-594.

Tang et al., "RNA-Seq analysis to capture the transcriptome landscape of a single cell.," Nat Protoc., 5: 516-35, 2010.

Taniguchi et al., "Quantitative analysis of gene expression in a single cell by qPCR," Nature Methods, 6, pp. 503-506, 2009.

Tawfik et al., "Man-made cell-like compartments for molecular evolution," Nat Biotechnol., Jul. 1998, 16(7):652-6.

Taylor et al., "Microfluidic local perfusion chambers for the visualization and manipulation of synapses," Neuron., Apr. 2010, 66(1):57-68, 25 pages.

Taylor et al., "Mitochondrial DNA mutations in human disease." Nature Reviews Genetics. May 2005, 6(5):389-402.

Tegtmeyer et al., "Alternative Interactions of the SV40 A Protein with DNA," Virology, 1981, 115:75-87.

Thacker et al., "Alkaline Hydrolysis—Carcass Disposal: A Comprehensive Review," National Agriculture Biosecurity Center, Aug. 2004, Chapter 6, pp. 1-12.

Thiery et al., "Multiplex target protein imaging in tissue sections by mass spectrometry—TAMSIM," Rapid Commun. Mass Spectrom., 2007, 21:823-829.

Thorne et al., "In vivo diffusion analysis with quantum dots and dextrans predicts the width of brain extracellular space," Proc Natl Acad Sci USA, Apr. 2006, 103(14):5567-5572.

Thornton, "High rate thick film growth." Annual review of materials science, Aug. 1977, 7(1):239-60.

Tian et al., "Antigen peptide-based immunosensors for rapid detection of antibodies and antigens," Anal Chem May 26, 2009, 81 (13):5218-5225.

Tijssen et al., "Overview of principles of hybridization and the strategy of nucleic acid assays" in Techniques in Biochemistry and Molecular Biology—Hybridization with Nucleic Acid Probes. 1993, 24(Chapter 2), 65 pages.

Timofeev et al., "Regioselective immobilization of short oligonucleotides to acrylic copolymer gels," Nucleic Acids Res., Aug. 1996, 24(16):3142-8.

Tolbert et al., "New Methods for Proteomic Research: Preparation of Proteins with N-Terminal Cysteines for Labeling and Conjugation," Angewandte Chemie International Edition, Jun. 17, 2002, 41(12):2171-4.

Totet et al., "Immunocompetent infants as a human reservoir for Pneumocystis jirovecii: rapid screening by non-invasive sampling and real-time PCR at the mitochondrial large subunit rRNA gene," J Eukaryot Microbiol., 2003, pp. 668-669.

Toubanaki et al., "Dry-reagent disposable biosensor for visual genotyping of single nucleotide polymorphisms by oligonucleotide ligation reaction: application to pharmacogenetic analysis," Hum Mutat., Aug. 2008, 29(8):1071-8.

Toy et al., "A Simple Plastic Perfusion Chamber for Continuous Maintenance and Cinematography of Tissue Cultures," Experimental Cell Research, 1958, 14:97-103.

Twyman et al., "Techniques Patents for SNP Genotyping," Pharmacogenomics, Jan. 2003, 4(1):67-79.

Ueno et al., "cDNA Display: Rapid Stabilitzation of mRNA Display," Antibody-Drug Conjugates, Methods in Molecular Biology, Jan. 2012, pp. 113-135.

Ulery et al. "Biomedical Applications of Biodegradable Polymers," J Polym Sci B Polym Phys., Jun. 2011, 49(12):832-864.

U.S. Appl. No. 60/416,118 Tan et al., Multiplex Nucleic Acid Analysis Using Archived or Fixed Samples, filed Oct. 3, 2002, 22 pages.

Valencia et al., "mRNA-Display-Based Selections for Proteins with Desired Functions: A Protease-Substrate Case Study." Biotechnology progress, May 2008, 24(3):561-9.

US 11,761,030 B2

Page 18

(56)        **References Cited**

OTHER PUBLICATIONS

Valley et al., "Optoelectronic tweezers as a tool for parallel single-cell manipulation and stimulation," IEEE Trans Biomed Circuits Syst., Dec. 2009, 3(6):424-31.

Van Gelder et al., "Amplified RNA synthesized from limited quantities of heterogeneous cDNA," Proc. Natl. Acad. Sci. USA 87, 1663-1667, 1990.

Van Ness et al., "A versatile solid support system for oligodeoxynucleotide probe-based hybridization assays", Nucleic Acids Res. 19: 3345-3350, 1991.

Vandenbroucke et al., "Quantification of splice variants using real-time PCR," Nucleic Acids Research, 2001, 29(13):e68, 7 pages.

Vasiliskov et al., "Fabrication of microarray of gel-immobilized compounds on a chip by copolymerization," Biotechniques, Sep. 1999, 27(3):592-606.

Velculescu et al., "Serial analysis of gene expression." Science, Oct. 20, 1995, 270(5235):484-7.

Vermesh et al., "High-density, multiplexed patterning of cells at single-cell resolution for tissue engineering and other applications," Angew Chem Int Ed Engl. Aug. 2011, 50(32):7378-7380.

Vincent et al., "Helicase-dependent isothermal DNA amplification," EMBO Rep., Aug. 2004, 5(8):795-800.

Viollet et al., "T4 RNA ligase 2 truncated active site mutants: improved tools for RNA analysis," BMC Biotechnol., Jul. 2011, 11:72, 14 pages.

Vogelstein et al., "Digital PCR," Proceedings of the National Academy of Sciences, Aug. 3, 1999, 96:9236-9241.

Wade et al., "Genome sequence, comparative analysis, and population genetics of the domestic horse.", Science., 326: 865-7, 2009.

Waichman et al., "Functional immobilization and patterning of proteins by an enzymatic transfer reaction." Analytical chemistry, Jan. 21, 2010, 82(4):1478-85.

Walker et al., "Strand displacement amplification—an isothermal, in vitro DNA amplification technique." Nucleic acids research. Apr. 11, 1992, 1992, 20(7):1691-1696.

Walker et al., Ed., "Chapter 1: Basic Techniques in Molecular Biology," Medical Biomethods Handbook, Humana Press, Totowa, New Jersey, 2005, 19 pages.

Wang et al., "Mutations in NEXN, a Z-disc gene, are associated with hypertrophic cardiomyopathy," Am J Hum Genet., Nov. 2010, 87(5):687-93.

Wang et al., "Paramagnetic microspheres with core-shell-ed structures," Journal of Materials Science, Apr. 2012, 47(16):5946-54.

Wang et al., "Single cell analysis: the new frontier in 'omics'," Trends Biotechnol., 28: 281-90, 2010.

Wang et al., "High-fidelity mRNA amplification for gene profiling." Nature biotechnology. Apr. 2000, 18(4):457-459.

Wang, "RNA amplification for successful gene profiling analysis," J Transl Med., Jul. 2005, 3:28, 11 pages.

Watanabe et al., "Cellular networks involved in the influenza virus life cycle," Cell Host & Microbe, Jun. 2010, 7(6):427-39.

Waxman et al., "De-regulation of common housekeeping genes in hepatocellular carcinoma," BMC Genomics, 2007, 1-9.

Weichhart et al., "Functional selection of vaccine candidate peptides from *Staphylococcus aureus* whole-genome expression libraries in vitro," Infection and Immunity, 2003, 71 (8):4333-4641.

Weinreich et al., "Evidence that the cis Preference of the Tn5 Transposase is Caused by Nonproductive Multimerization," Genes and Development, Oct. 1994, 8(19):2363-2374.

Wheeler et al., "Microfluidic device for single-cell analysis," Analytical Chemistry, Jul. 2003, 75(14):3581-3586.

Wiedmann et al., "Ligase chain reaction (LCR)—overview and applications," PCR Methods Appl., Feb. 1994, 3(4):S51-64.

Wikipedia.org [online], "Random hexamer," Jan. 2012, Retrieved on Jan. 21, 2022, Retrieved from URL<https://en.wikipedia.org/w/index.php?title=Random_hexamer&oldid=473042236>, 1 page.

Williams, "RAC reviews serious adverse event associated with AAV therapy trial," Mol Ther., Dec. 2007, 15(12):2053-54.

Willi-Monnerat et al., "Comprehensive spatiotemporal transcriptomic analyses of the ganglionic eminences demonstrate the uniqueness of its caudal subdivision," Molecular and Cellular Nueorsciences 37(4):845-856, 2008.

Wilson et al., "New transposon delivery plasmids for insertional mutagenesis in Bacillus anthracis," J Microbiol Methods, Dec. 2007, 71(3):332-5.

Wolf et al., "Rapid hybridization kinetics of DNA attached to submicron latex particles", Nucleic Acids Res. 15: 2911-2926, 1987.

Wong et al., "Direct Site-Selective Covalent Protein Immobilization Catalyzed by a Phosphopantetheinyl Transferase," J. Am. Chem Soc., 2008, 130:12456-64.

Woo et al., "A Comparison of cDNA, Oligonucleotide, and Affymetrix GeneChip Gene Expression Microarray Platforms," Journal of Biomolecular Techniques, 2004, 15(4), 276-284.

Wood et al., "Single cell trapping and DNA damage analysis using microwell arrays," PNAS, Jun. 2010, 107(22):10008-10013.

Worthington et al., "Cloning of random oligonucleotides to create single-insert plasmid libraries," Analyt. Biochem, 2001, 294:169-175.

Wright et al., "Reusable, reversibly sealable parylene membranes for cell and protein patterning," J Biomed Mater Res A., May 2008, 85(2):530-538.

Wu et al., "Detection DNA Point Mutation with Rolling-Circle Amplification Chip," Bioinformatics and Biomedical Engineering (ICBBE), 2010 4th International Conference on IEEE, Piscataway, NJ, USA, Jun. 18, 2010, 1-4 pages.

Xiao et al., "Direct determination of haplotypes from single DNA molecules," Nature Methods, 2009, 6(3):199-201.

Xie et al., "CryoFISH: Fluorescence In Situ Hybridization on Ultrathin Cryosections," Fluorescence in situ Hybridization (FISH), Jul. 2010, pp. 221-230.

Yan et al., "Decorin gene delivery inhibits cardiac fibrosis in spontaneously hypertensive rats by modulation of transforming growth factor-beta/Smad and p38 mitogen-activated protein kinase signaling pathways," Hum Gene Ther., Oct. 2009, 20(10):1190-200.

Yasukawa et al., "Effects of organic solvents on the reverse transcription reaction catalyzed by reverse transcriptases from avian myeloblastosis virus and Moloney murine leukemia virus," Biosci Biotechnol Biochem., 2010, 74(9):1925-30.

Yeakley et al., "Profiling alternative splicing on fiber-optic arrays," Nature Biotechnology, Apr. 2002, 20(4):353-358.

Yershov et al., "DNA analysis and diagnostics on oligonucleotide microchips," Proc. Natl. Acad. Sci. USA, May 1996, 93(10):4913-4918.

Yet et al., "Cardiac-specific expression of heme oxygenase-1 protects against ischemia and reperfusion injury in transgenic mice," Circ Res., Jul. 2001, 89(2):168-73.

Yin et al., "Genetically encoded short peptide tag for versatile protein labeling by Sfp phosphopantetheinyl transferase," PNAS, 2005, 102(44):15815-20.

Yonezawa et al., "DNA display for in vitro selection of diverse peptide libraries," Nucleic Acids Research, 2003, 31 (19):e118.

Yusof et al., "Inkjet-like printing of single-cells," Lab Chip, Jul. 2011, 11(14):2447-2454.

Zhang et al., "A novel mechanism of transposon-mediated gene activation," PLoS Genet., Oct. 2009, 5(10):e1000689, 10 pages.

Zhang et al., "Binding-induced DNA assembly and its application to yoctomole detection of proteins," Anal Chem (2012) 84(2):877-884.

Zhang et al., "Single-base mutational analysis of cancer and genetic diseases using membrane bound modified oligonucleotides," Nucleic Acids Res., Jul. 1991, 19(14):3929-33.

Zhang et al., "Stripping custom microRNA microarrays and the lessons learned about probe-slide interactions," Anal Biochem., Mar. 2009, 386(2):222-7.

Zheng et al., Origins of human mitochondrial point mutations as DNA polymerase mediated errors. Mutat. Res. 599(1-2): 11-20, 2006.

Zheng, "Spectroscopy-based quantitative fluorescence resonance energy transfer analysis," Methods Mol Biol., 2006, 337:65-77.

10XC-00005074

## US 11,761,030 B2

Page 19

(56)          **References Cited**

OTHER PUBLICATIONS

Zhou et al., "Genetically encoded short peptide tags for orthogonal protein labeling by Sfp and AcpS phosphopantetheinyl transferases," ACS Chemical Biol., 2007 2 5 : 337-346.

Zhu et al., "Reverse Transcriptase Template Switching: A SMART Approach for Full-Length cDNA Library Construction," BioTechniques, 2001, 30(4): 892-897.

Zieba et al., "Bright-field microscopy visualization of proteins and protein complexes by in situ proximity ligation with peroxidase detection," Clin Chem, Jan. 2010, 56(1):99-110.

Zilberman et al., "Genome-wide analysis of DNA methylation patterns," Development (2007) 134: 3959-3965.

Zuker, "Mfold web server for nucleic acid folding and hybridization prediction," Nucleic Acids Res., Jul. 2003, 31(13):3406-15.

Appella, "Non-natural nucleic acids for synthetic biology," Current Opinion in Chemical Biology, Dec. 2009, 13(5-6): 687-696.

Grünweller et al., "Locked Nucleic Acid Oligonucleotides," BioDrugs, Jul. 2007, 21(4): 235-243.

Harris et al., "Chloroplast ribosomes and protein synthesis," Microbiol. Mol. Biol. Rev., Dec. 1, 1994, 58(4): 700-754.

Kelleher et al., "Characterization of RNA Strand Displacement Synthesis by Moloney Murine Leukemia Virus Reverse Transcriptase," J Biol Chem, Apr. 1998, 273(16):9976-86.

Nilsson et al., "Padlock Probes: Circularizing Oligonucleotides for Localized DNA Detection," Science, Sep. 30, 1994, 265(5181):2085-2088.

Reijenga et. al., "Buffer Capacity, Ionic Strength and Heat Dissipation in Capillary Electrophoresis," Journal of Chromatography A, Sep. 13, 1996, 744(1-2):147-153.

Tzanetakis et al., "The use of reverse transcriptase for efficient first- and second-strand cDNA synthesis from single- and double-stranded RNA templates," J Virol Methods, Mar. 2005, 24(1-2):73-7.

Akatsuka et al., "Rapid screening of T-cell receptor (TCR) variable gene usage by multiplex PCR: Application for assessment of clonal composition," Tissue Antigens, Jan. 5, 1999, 53:122-134.

Akatsuka et al., "T cell receptor clonal diversity following allogeneic marrow grafting," Human Immunology, Jun.-Jul. 1996, 48:125-134.

Almog et al., "The crystal structures of the psychrophilic subtilisin S41 and the mesophilic subtilisin Sph reveal the same calcium-loaded state," Proteins, Feb. 1, 2009, 74(2):489-496.

Bessmertnykh et al., "Efficient Palladium-Catalyzed Synthesis of Aminopyridyl Phosphonates from Bromopyridines and Diethyl Phosphite," Synthesis, 2008, 10:1575-1579.

Bibikova et al., "Quantitative gene expression profiling in formalin-fixed paraffin-embedded tissues using universal bead arrays," The American Journal of Pathology, Nov. 1, 2004, 165(5):1799-1807.

Cai et al., "Glutathione-mediated shedding of PEG layers based on disulfide-linked catiomers for DNA delivery," J. Mater. Chem., Sep. 20, 2011, 21(38):14639-14645.

Fan et al., "A versatile assay for high-throughput gene expression profiling on universal array matrices," Genome Research, May 1, 2004, 14(5):878-885.

Goldmeyer et al., "Development of a novel one-tube isothermal reverse transcription thermophilic helicase-dependent amplification platform for rapid RNA detection," Journal of Molecular Diagnostics, American Society for Investigative Pathology and the Association for Molecular Pathology, Nov. 1, 2007, 9(5):639-644.

Ha et al., "Self-assembly hollow nanosphere for enzyme encapsulation," Soft Matter, Feb. 11, 2010, 6, 1405-1408, 10 pages.

Holscher et al., "Application of Laser-Assisted Microdissection for Tissue and Cell-Specific Analysis of RNA," Progress in Botany, Jan. 2008, 69(3):141-167.

Jeffers, "A Basic Subroutine for Geary's Contiguity Ratio," J. Royal Stat. Society, Series D, Dec. 1973, 22(4):299-302.

Ju et al., "Supramolecular dendrimer capsules by cooperative binding," Chem. Commun., Jan. 7, 2011, 47(1):268-270, 8 pages.

Kim, "Development of Microdevices for Applications to Bioanalysis," Dissertation for the degree of Doctor of Philosophy, University of Texas at Austin, Aug. 2007, 176 pages.

Kuiper et al., "Enzymes containing porous polymersomes as nano reaction vessels for cascade reactions," Org. Biomol, Chem, Oct. 15, 2008, 6(23):4315-4318.

Kwon et al, Polyelectrolyte Gels-Fundamentals and Applications, Nov. 10, 2006, Polymer Journal, 38, pp. 1211-1219.

Li et al., "Beyond Moran's I: Testing for Spatial Dependence Based on the Spatial Autoregressive Model," Geographical Analysis, Sep. 18, 2007, 39(4):357-375.

Liu et al., "Preparation and Characterization of Temperature-Sensitive Poly(N-isopropylacrylamide)-b-poly(dl-lactide) Microspheres for Protein Delivery," Biomacromolecules, 2003, 4(6):1784-1793.

Miller et al., "Rapid and Efficient Enzyme Encapsulation in a Dendrimer Silica Nanocomposite," Macromolecular Bioscience, Oct. 25, 2006, 6(10):839-845.

Rahimi et al., "Synthesis and Characterization of Thermo-Sensitive Nanoparticles for Drug Delivery Applications," J. Biomed. Nanotechnol. Dec. 2008, 4(4):482-490, 19 pages.

Robins et al., "Comprehensive assessment of T-cell receptor β-chain diversity in αβ T cells," Blood, Nov. 5, 2009, 114(19):4099-4107.

Villa et al., "Partial V(D)J Recombination Activity Leads to Omenn Syndrome," Cell, May 29, 1998, 93:885-896.

Williams et al., "Disc electrophoresis in polyacrylamide gels: extension to new conditions of pH and buffer," Annals of the New York Academy of Sciences, Dec. 1964, 121(2):373-381.

Deininger et al., "Allograft inflammatory factor-1 defines a distinct subset of infiltrating macrophages/microglial cells in rat and human gliomas," Acta Neuropathol, Dec. 2000, 100(6):673-680.

Fan et al., "Illumina Universal Bead Arrays," Methods in Enzymology, 2006, 410:57-73.

Manz et al., "Phylogenetic Composition, Spatial Structure, and Dynamics of Lotic Bacterial Biofilms Investigated by Fluorescent in situ Hybridization and Confocal Laser Scanning Microscopy," Microb Ecol, May 1999, 37(4):225-237.

Zhou et al., "Analysis of the expression profile of Dickkopf-1 gene in human glioma and the associate with tumor malignancy," Journal of Experimental & Clinical Cancer Research, Oct. 28, 2010, 29(138):1-7.

* cited by examiner

10XC-00005075



FIG. 1



FIG. 2

10XC-00005077

U.S. Patent

Sep. 19, 2023

Sheet 3 of 5

US 11,761,030 B2



FIG. 3

FIG. 4A



"a" pattern          "b" pattern

FIG. 4B



FIG. 4C

code = a1, b4

10XC-00005079







FIG. 5

10XC-00005080

US 11,761,030 B2

1

# SPATIALLY ENCODED BIOLOGICAL ASSAYS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation of U.S. patent application Ser. No. 17/850,538, filed on Jun. 27, 2022, which is a continuation of U.S. patent application Ser. No. 17/480,914, filed on Sep. 21, 2021, which is a continuation of U.S. patent application Ser. No. 17/321,090, filed on May 14, 2021 (issued as U.S. Pat. No. 11,156,603), which is a continuation of U.S. patent application Ser. No. 17/145,210, filed on Jan. 8, 2021 (issued as U.S. Pat. No. 11,067,567), which is a continuation of U.S. patent application Ser. No. 16/669,246, filed on Oct. 30, 2019 (issued as U.S. Pat. No. 10,982,268), which is a continuation of U.S. patent application Ser. No. 16/437,637, filed on Jun. 11, 2019, (issued as U.S. Pat. No. 10,494,667), which is a continuation of U.S. patent application Ser. No. 16/430,015, filed on Jun. 3, 2019, which is a continuation of U.S. patent application Ser. No. 16/414,213, filed on May 16, 2019 (issued as U.S. Pat. No. 10,787,701), which is a continuation of U.S. patent application Ser. No. 16/402,098, filed on May 2, 2019 (issued as U.S. Pat. No. 10,472,669), which is a continuation of U.S. patent application Ser. No. 16/276,235, filed on Feb. 14, 2019 (issued as U.S. Pat. No. 10,480,022), which is a continuation of U.S. patent application Ser. No. 15/187,661, filed on Jun. 20, 2016 (issued as U.S. Pat. No. 10,308,982), which is a continuation of U.S. patent application Ser. No. 13/080,616, filed on Apr. 5, 2011 (issued as U.S. Pat. No. 9,371,598), which claims the benefit of U.S. Provisional Patent Application Ser. No. 61/321,124, filed on Apr. 5, 2010, each of which is incorporated herein by reference in its entirety.

## FIELD OF THE INVENTION

This invention relates to assays of biological molecules, and more particularly to assays for determining spatial distributions of a large number of biological molecules in a solid sample simultaneously.

## BACKGROUND OF THE INVENTION

In the following discussion certain articles and methods will be described for background and introductory purposes. Nothing contained herein is to be construed as an "admission" of prior art. Applicant expressly reserves the right to demonstrate, where appropriate, that the articles and methods referenced herein do not constitute prior art under the applicable statutory provisions.

Comprehensive gene expression analysis and protein analysis have been useful tools in understanding mechanisms of biology. Use of these tools has allowed the identification of genes and proteins involved in development and in various diseases such as cancer and autoimmune disease. Conventional methods such as in situ hybridization and other multiplexed detection of different transcripts have revealed spatial patterns of gene expression and have helped shed light on the molecular basis of development and disease. Other technologies that have enabled the quantitative analysis of many RNA sequences per sample include microarrays (see Shi, et al., Nature Biotechnology, 24(9): 1151-61 (2006); and Slonim and Yanai, Plos Computational Biology, 5(10):e1000543 (2009)); serial analysis of gene expression (SAGE) (see Velculescu, et al, Science, 270 (5235):484-87 (1995)), high-throughput implementations of

2

qPCR (see Spurgeon, et al., Plos ONE, 3(2):e1662 (2008)) and in situ PCR (see Nuovo, Genome Res.. 4:151-67 (1995)). As useful as these methods are, however, they do not enable simultaneous measurement of the expression of many genes or the presence or activity of multiple proteins at many spatial locations in a sample. Laser capture microdissection has permitted the analysis of many genes at a small number of locations, but it is very expensive, laborious, and does not scale well. Certain PCR assays in a 2D format preserve spatial information (see Armani, et al., Lab on a Chip, 9(24): 3526-34 (2009)), but these methods have low spatial resolution because they rely on physical transference of tissue into wells, which also prevents random access to tissue samples and high levels of multiplexing.

At present, no practical method exists to analyze at high resolution the spatial expression patterns of large numbers of genes, proteins, or other biologically active molecules simultaneously. There is thus a need for reproducible, high-resolution spatial maps of biological molecules in tissues. The present invention addresses this need.

## SUMMARY OF THE INVENTION

This Summary is provided to introduce a selection of concepts in a simplified form that are further described below in the Detailed Description. This Summary is not intended to identify key or essential features of the claimed subject matter, nor is it intended to be used to limit the scope of the claimed subject matter. Other features, details, utilities, and advantages of the claimed subject matter will be apparent from the following written Detailed Description including those aspects illustrated in the accompanying drawings and defined in the appended claims.

The invention encompasses assay systems that provide high-resolution spatial maps of biological activity in tissues. The assay system comprises an assay capable of high levels of multiplexing where encoded probes are provided to a biological sample in defined spatial patterns; instrumentation capable of controlled delivery of reagents according to the spatial patterns; and a decoding scheme providing a readout that is digital in nature. In short, the present invention provides the ability to look at many biological targets in many locations, providing the resolution of in situ hybridization with the highly-parallel data analysis of sequencing.

Thus, in some embodiments, the invention provides an assay system to determine spatial patterns of abundance or activity or both of multiple biological targets at multiple sites in a sample, where the assay system performs the following steps: providing a sample affixed to a support; delivering encoded probes for the multiple biological targets to the multiple sites in the sample in a known spatial pattern, where each encoded probe comprises a probe region that may interact with the biological targets and a coding tag that identifies a location of the site to which the encoded probe was delivered; allowing the encoded probes to interact with the biological targets; separating encoded probes that interact with the biological targets from encoded probes that do not interact with the biological targets; determining all or a portion of a sequence of the encoded probes, and associating the abundance or activity or both of the multiple biological targets to the locations of the sites in the sample.

In particular aspects of the invention the biological targets comprise nucleic acids and the encoded probes are oligonucleotides, and in some aspects, there are two encoded probes for each of the multiple nucleic acid targets. In some aspects, the multiple biological targets comprise proteins,

10XC-00005081

US 11,761,030 B2

3

the probe regions of the encoding probes are proteins and the coding tags comprise oligonucleotides. In some aspects the multiple biological targets comprise enzymes. In some aspects the probe regions of the encoded probes comprise antibodies, aptamers or small molecules.

Some aspects of the assay system further comprise an amplification step between the separating step and the determining step. In some aspects, the determining step is performed by nucleic acid sequencing, and in preferred aspects, the sequencing is high-throughput digital nucleic acid sequencing.

In some aspects of the invention, the product of the multiple biological targets being assayed and the multiple sites in the sample is greater than 20, in some aspects product of the multiple biological targets being assayed and the multiple sites in the sample is greater than 50, in some aspects the product of the multiple biological targets being assayed and the multiple sites in the sample is greater than 75, 100, 150, 500, 750, 1,000, 5,000, 10,000, 25,000, 50,000, 100,000, 500,000, or 1,000,000 or more. In other aspects, the sequence of at least fifty thousand encoding probes are determined in parallel, in other aspects the sequence of at least one hundred thousand encoding probes are determined in parallel, in some aspects the sequence of at least five hundred thousand encoding probes are determined in parallel, and in some aspects the sequence of at least one million, ten million, one hundred million, one billion, ten billion, one hundred billion or more encoding probes are determined in parallel.

In some aspects, the known spatial pattern is determined by histological features of the sample. Also in some aspects, software programmed hardware performs at least two steps of the delivering step, the separation step, the determining step and the associating step.

In some aspects, the probe regions of the encoded probes are proteins and the separating step is accomplished by encoded probes that interact with the biological targets being captured by an affinity capture agent. In some aspects the probe regions of the encoding probes are nucleic acids and the separating step is accomplished by a washing of the sample.

In other embodiments there is provided an assay system to determine spatial patterns of abundance or activity or both of multiple nucleic acid targets at multiple sites in a sample, where the assay system performs the following steps: providing a sample affixed to a support; delivering oligonucleotide probes for multiple nucleic acid targets to the multiple sites in the sample in a known spatial pattern; allowing the oligonucleotide probes to hybridize with the nucleic acid targets; washing unhybridized encoded oligonucleotide probes from the sample; delivering one or more encoding agents to locations of the multiple sites in the sample according to a known spatial pattern, where the combination of encoding agents delivered to each site is different; coupling the encoding agents and the oligonucleotide probes to form encoded probes; determining all or a portion of a sequence of the encoded probes using high-throughput sequencing, and associating the abundance or activity or both of multiple biological targets to the locations of multiple sites in the sample.

Other embodiments of the invention provide an assay system to determine spatial patterns of abundance or activity or both of multiple protein targets at multiple sites in a sample, where the assay system performs the following steps: providing a sample affixed to a support; delivering encoded probes for the multiple protein targets to the multiple sites in the sample in a known spatial pattern, where

4

each encoded probe comprises a protein probe region that may interact with the protein targets and a coding tag that identifies a location of the site to which the encoded probe was delivered and the protein probe region of the encoding probe of which the coding tag is part; allowing the encoded probes to interact with the protein targets; separating encoded probes that interact with the protein targets from encoded probes that do not interact with the protein targets; determining all or a portion of a sequence of the encoded probes by high throughput sequencing, and associating the abundance or activity or both of the multiple protein targets to the locations of the multiple sites in the sample.

Other embodiments provide an assay system to determine spatial patterns of abundance or activity or both of multiple biological targets at multiple sites in a sample, where the assay system performs the following steps: providing a sample affixed to a support; delivering encoded probes for the multiple biological targets to the multiple sites in the sample in a known spatial pattern, where each encoded probe comprises a probe region that may interact with the biological targets and a coding tag that identifies a location of the site to which the encoded probe was delivered and identifies the biological target; allowing the encoded probes to interact with the biological targets; determining all or a portion of a sequence of the encoded probes, and associating the abundance or activity or both of the multiple biological targets to the locations of the sites in the sample.

The assay system of the invention can utilize various detection mechanisms, based on the molecules to be detected and the reagents needed for such detection system. Exemplary methods that can be used with the assay systems of the invention are described in more detail below.

## DESCRIPTION OF THE FIGURES

FIG. 1 provides a simplified overview of the assay system of the present invention.

FIG. 2 provides a simplified overview of one embodiment of the assay system of the present invention for detecting nucleic acids.

FIG. 3 is a representational depiction of one embodiment of the assay overviewed in FIG. 2.

FIG. 4A-C illustrates a general mechanism for one embodiment of a combinatorial encoding scheme of the assay systems of the invention. FIG. 4A shows two target-specific/encoding oligonucleotide constructs specifically bound to a target nucleic acid of interest in a sample. FIG. 4B shows a scheme for delivering twenty different coding tags, a1 through a10 and b1 through b10, to a sample to form a 10×10 coding tag grid. FIG. 4C shows a tissue section sample to which the coding tags are delivered, forming the coding tag grid in the sample.

FIG. 5 provides a simplified, specific example of the embodiment of a combinatorial encoding scheme shown in FIG. 4.

## DEFINITIONS

The terms used herein are intended to have the plain and ordinary meaning as understood by those of ordinary skill in the art. The following definitions are intended to aid the reader in understanding the present invention, but are not intended to vary or otherwise limit the meaning of such terms unless specifically indicated.

The term "antibody" as used herein is intended to refer to an entire immunoglobulin or antibody or any functional fragment of an immunoglobulin molecule which is capable

US 11,761,030 B2

5

of specific binding to an antigen (antibodies and antigens are "binding partners" as defined herein). "Antibody" as used herein is meant to include the entire antibody as well as any antibody fragments capable of binding the antigen or antigenic fragment of interest. Examples of such peptides include complete antibody molecules, antibody fragments, such as Fab, F(ab')2, CDRS, VL, VH, and any other portion of an antibody which is capable of specifically binding to an antigen. Antibodies for assays of the invention are immunoreactive or immunospecific for, and therefore specifically and selectively bind to, proteins either detected (i.e., biological targets) or used for detection (i.e., probes) in the assays of the invention.

The term "binding agent" as used herein refers to any agent that specifically binds to a biological molecule of interest

"Complementary" or "substantially complementary" refers to the hybridization or base pairing or the formation of a duplex between nucleotides or nucleic acids, such as, for instance, between the two strands of a double-stranded DNA molecule or between an oligonucleotide primer and a primer binding site on a single-stranded nucleic acid. Complementary nucleotides are, generally, A and T (or A and U), or C and G. Two single-stranded RNA or DNA molecules are said to be substantially complementary when the nucleotides of one strand, optimally aligned and compared and with appropriate nucleotide insertions or deletions, pair with at least about 80% of the other strand, usually at least about 90% to about 95%, and even about 98% to about 100%).

"Hybridization" refers to the process in which two single-stranded polynucleotides bind non-covalently to form a stable double-stranded polynucleotide, The resulting (usually) double-stranded polynucleotide is a "hybrid" or "duplex." "Hybridization conditions" will typically include salt concentrations of approximately less than 1M, often less than about 500 mM and may be less than about 200 mM. A "hybridization buffer" is a buffered salt solution such as 5% SSPE, or other such buffers known in the art. Hybridization temperatures can be as low as 5° C., but are typically greater than 22° C., and more typically greater than 30° C., and typically in excess of 37° C. Hybridizations are often performed under stringent conditions, i.e., conditions under which a primer will hybridize to its target subsequence but will not hybridize to the other, non-complementary sequences. Stringent conditions are sequence-dependent and are different in different circumstances. For example, longer fragments may require higher hybridization temperatures for specific hybridization than short fragments. As other factors may affect the stringency of hybridization, including base composition and length of the complementary strands, presence of organic solvents, and the extent of base mismatching, the combination of parameters is more important than the absolute measure of any one parameter alone. Generally stringent conditions are selected to be about 5° C. lower than the $T_m$ for the specific sequence at a defined ionic strength and pH. Exemplary stringent conditions include a salt concentration of at least 0.01 M to no more than 1M sodium ion concentration (or other salt) at a pH of about 7.0 to about 8.3 and a temperature of at least 25° C. For example, conditions of 5×SSPE (750 mM NaCl, 50 mM sodium phosphate, 5 mM EDTA at pH 7.4) and a temperature of approximately 30° C. are suitable for allele-specific hybridizations, though a suitable temperature depends on the length and/or GC content of the region hybridized.

"Ligation" means to form a covalent bond or linkage between the termini of two or more nucleic acids, e.g., oligonucleotides and/or polynucleotides, in a template-

6

driven reaction. The nature of the bond or linkage may vary widely and the ligation may be carried out enzymatically or chemically. As used herein, ligations are usually carried out enzymatically to form a phosphodiester linkage between a 5' carbon terminal nucleotide of one oligonucleotide with a 3' carbon of another nucleotide.

"Nucleic acid", "oligonucleotide", "oligo" or grammatical equivalents used herein refers generally to at least two nucleotides covalently linked together. A nucleic acid generally will contain phosphodiester bonds, although in some cases nucleic acid analogs may be included that have alternative backbones such as phosphoramidite, phosphorodithioate, or methylphophoroamidite linkages; or peptide nucleic acid backbones and linkages. Other analog nucleic acids include those with bicyclic structures including locked nucleic acids, positive backbones, non-ionic backbones and non-ribose backbones. Modifications of the ribose-phosphate backbone may be done to increase the stability of the molecules; for example, PNA:DNA hybrids can exhibit higher stability in some environments.

"Primer" means an oligonucleotide, either natural or synthetic, that is capable, upon forming a duplex with a polynucleotide template, of acting as a point of initiation of nucleic acid synthesis and being extended from its 3' end along the template so that an extended duplex is formed. The sequence of nucleotides added during the extension process is determined by the sequence of the template polynucleotide. Primers usually are extended by a DNA polymerase.

The term "SNP" or "single nucleotide polymorphism" refers to a genetic variation between individuals; e.g., a single nitrogenous base position in the DNA of organisms that is variable. SNPs are found across the genome; much of the genetic variation between individuals is due to variation at SNP loci, and often this genetic variation results in phenotypic variation between individuals. SNPs for use in the present invention and their respective alleles may be derived from any number of sources, such as public databases (U.C. Santa Cruz Human Genome Browser Gateway website or the NCBI dbSNP website, may be experimentally determined as described in U.S. Pat. No. 6,969,589; and US Pub. No. 2006/0188875 entitled "Hunan Genomic Polymorphisms." Although the use of SNPs is described in some of the embodiments presented herein, it will be understood that other biallelic or multi-allelic genetic markers may also be used. A biallelic genetic marker is one that has two polymorphic forms, or alleles. As mentioned above, for a biallelic genetic marker that is associated with a trait, the allele that is more abundant in the genetic composition of a case group as compared to a control group is termed the "associated allele," and the other allele may be referred to as the "unassociated allele." Thus, for each biallelic polymorphism that is associated with a given trait (e.g., a disease or drug response), there is a corresponding associated allele. Other biallelic polymorphisms that may be used with the methods presented herein include, but are not limited to multinucleotide changes, insertions, deletions, and translocations. It will be further appreciated that references to DNA herein may include genomic DNA, mitochondrial DNA, episomal DNA, and/or derivatives of DNA such as amplicons, RNA transcripts, cDNA, DNA analogs, etc. The polymorphic loci that are screened in an association study may be in a diploid or a haploid state and, ideally, would be from sites across the genome.

The term "selectively binds", "selective binding" and the like as used herein, when referring to a binding partner (e.g. protein, nucleic acid, antibody or other affinity capture agent, etc.), refers to a binding reaction of two or more

US 11,761,030 B2

7

binding partners with high affinity and/or complementarity to ensure selective hybridization under designated assay conditions. Typically, specific binding will be at least three times the standard deviation of the background signal. Thus, under designated conditions the binding partner binds to its particular "target" molecule and does not bind in a significant amount to other molecules present in the sample.

"Sequencing", "sequence determination" and the like means determination of information relating to the nucleotide base sequence of a nucleic acid. Such information may include the identification or determination of partial as well as full sequence information of the nucleic acid. Sequence information may be determined "with varying degrees of statistical reliability or confidence. In one aspect, the term includes the determination of the identity and ordering of a plurality of contiguous nucleotides in a nucleic acid, "High throughput digital sequencing" or "next generation sequencing" means sequence determination using methods that determine many (typically thousands to billions) of nucleic acid sequences in an intrinsically parallel manner, i.e. where DNA templates are prepared for sequencing not one at a time, but in a bulk process, and where many sequences are read out preferably in parallel, or alternatively using an ultra-high throughput serial process that itself may be parallelized. Such methods include but are not limited to pyrosequencing (for example, as commercialized by 454 Life Sciences, Inc., Branford, CT); sequencing by ligation (for example, as commercialized in the SOLiD™ technology, Life Technology, Inc., Carlsbad, CA); sequencing by synthesis using modified nucleotides (such as commercialized in TruSeq™ and HiSeq™ technology by Illumina, Inc., San Diego, CA, HeliScope™ by Helicos Biosciences Corporation, Cambridge, MA, and PacBio RS by Pacific Biosciences of California, Inc., Menlo Park, CA), sequencing by ion detection technologies (Ion Torrent, Inc., South San Francisco, CA); sequencing of DNA nanoballs (Complete Genomics, Inc., Mountain View, CA); nanopore-based sequencing technologies (for example, as developed by Oxford Nanopore Technologies, LTD, Oxford, UK), and like highly parallelized sequencing methods.

The term "T$_m$" is used in reference to the "melting temperature." The melting temperature is the temperature at which a population of double-stranded nucleic acid molecules becomes half dissociated into single strands. Several equations for calculating the T$_m$ of nucleic acids are well known in the art. As indicated by standard references, a simple estimate of the T$_m$ value may be calculated by the equation, T$_m$=81.5+0.41 (% G+C), when a nucleic acid is in aqueous solution at 1M NaCl (see e.g., Anderson and Young, Quantitative Filter Hybridization, in Nucleic Acid Hybridization (1985)). Other references (e.g., Allawi and SantaLucia, Jr., Biochemistry, 36:10581-94 (1997)) include alternative methods of computation which take structural and environmental, as well as sequence characteristics into account for the calculation of T$_m$.

DETAILED DESCRIPTION OF THE INVENTION

The practice of the techniques described herein may employ, unless otherwise indicated, conventional techniques and descriptions of organic chemistry, polymer technology, molecular biology (including recombinant techniques), cell biology, biochemistry, and sequencing technology, which are within the skill of those who practice in the art. Such conventional techniques include polymer array synthesis, hybridization and ligation of polynucleotides, and detection

8

of hybridization using a label. Specific illustrations of suitable techniques can be had by reference to the examples herein. However, other equivalent conventional procedures can, of course, also be used. Such conventional techniques and descriptions can be found in standard laboratory manuals such as Green, et al., Eds., *Genome Analysis: A Laboratory Manual Series* (Vols. I-IV) (1999); Weiner, Gabriel, Stephens, Eds., *Genetic Variation: A Laboratory Manual* (2007); Dieffenbach, Dveksler. Eds., *PCR Primer: A Laboratory Manual* (2003); Bowtell and Sambrook, *DNA Microarrays: A Molecular Cloning Manual* (2003); Mount, *Bioinformatics: Sequence and Genome Analysis* (2004); Sambrook and Russell, *Condensed Protocols from Molecular Cloning: A Laboratory Manual* (2006); and Sambrook and Russell, *Molecular Cloning: A Laboratory Manual* (2002) (all from Cold Spring Harbor Laboratory Press); Stryer, *Biochemistry* (4th Ed.) (1995) W.H. Freeman, New York N.Y.; Gait, "*Oligonucleotide Synthesis: A Practical Approach*" (2002) IRL Press, London; Nelson and Cox, Lehninger, *Principles of Biochemistry* (2000) 3rd Ed., W. H. Freeman Pub., New York, N.Y.; and Berg, et al., *Biochemistry* (2002) 5th Ed., W. H. Freeman Pub., New York, N.Y., all of which are herein incorporated in their entirety by reference for all purposes.

Note that as used herein and in the appended claims, the singular forms "a." "an," and "the" include plural referents unless the context clearly dictates otherwise. Thus, for example, reference to "a nucleic acid" refers to one or more nucleic acids, and reference to "the assay" includes reference to equivalent steps and methods known to those skilled in the art, and so forth.

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this invention belongs. All publications mentioned herein are incorporated by reference for the purpose of describing and disclosing devices, formulations and methodologies that may be used in connection with the presently described invention.

Where a range of values is provided, it is understood that each intervening value, between the upper and lower limit of that range and any other stated or intervening value in that stated range is encompassed within the invention. The upper and lower limits of these smaller ranges may independently be included in the smaller ranges, and are also encompassed within the invention, subject to any specifically excluded limit in the stated range. Where the stated range includes one or both of the limits, ranges excluding either both of those included limits are also included in the invention.

In the following description, numerous specific details are set forth to provide a more thorough understanding of the present invention. However, it will be apparent to one of skill in the art that the present invention may be practiced without one or more of these specific details. In other instances, well-known features and procedures well known to those skilled in the art have not been described in order to avoid obscuring the invention.

The Invention in General

The assay systems of the invention provide spatially-encoded, multiplexed assays comprising 1) an assay capable of high levels of multiplexing with an efficient spatial encoding scheme; 2) instrumentation capable of delivering reagents according to a spatial pattern; and 3) decoding determined by a readout that is digital in nature. The assay systems of the invention detect the presence or absence and

US 11,761,030 B2

9

relative amount of a biological target or biological activity indicative of a biological target, as well as the location of the biological target or activity in a biological sample, e.g., a tissue section or other biological structure disposed upon a support such as a microscope slide or culture dish.

The assay system further provides instrumentation with an ability to deliver reagents in a spatially-defined pattern. This instrumentation, together "with software, reagents and protocols, provides a key component of the highly innovative assay system of the invention, allowing for measurement of numerous biological targets or activities in a meaningful spatial environment, including gene expression and peptide localization, An encoding scheme used in these assay systems allows one to determine the location of biological targets or activity (or lack thereof) in the biological samples after the products of the multiplexed assay are removed from the biological sample and pooled for analysis. Decoding of the encoding scheme can be performed by, e.g., next-generation sequencing, which easily provides millions to trillions of data points at low cost. The assay results such as the amount or activity of biological targets can then be mapped back to specific location in the biological sample. The assay systems open a new analytical window into the complex spatial patterns of cellular function and regulation in biological samples.

A simplified overview of the assay system 100 of the present invention is provided at FIG. 1, At step 110, a biological sample affixed to a support is provided. The biological sample contains biological targets of interest. Biological targets can include any molecule of interest, such as nucleic acids (including, e.g., RNA transcripts, genomic DNA sequences, cDNAs, amplicons, or other nucleic acid sequences) and proteins, enzymes and the like. At step 120, encoded probes are delivered to the biological sample according to a known spatial pattern. Encoded probes comprise probes, which can interact "with biological targets of interest, and coding tags, which identify the positions in the sample of the biological targets being assayed, and thus can be used to link assay results back to locations in the sample. Coding tags in most embodiments are oligonucleotides. However, coding tags may also be mass tags, fluorescent labels, or other moieties.

In some embodiments, the probe and coding tag portions of the encoding probe are pre-coupled before being delivered to the biological sample, For example, in the case where the encoded probes are oligonucleotides, both the probe and coding tag sequence can be synthesized as a single oligonucleotide. Alternatively, the probe and coding tag portions of the encoding probes can be synthesized or obtained separately and combined before delivery to the biological sample (e.g., two separate oligonucleotides can be synthesized and coupled by, e.g., ligation; or an antibody and an oligonucleotide can be prepared separately and conjugated before delivery to the biological sample). Also, as is described in FIGS. 2-5, the probes and the coding tags (in encoding oligonucleotides) are synthesized separately, and are delivered to the biological sample at different steps (e.g., probes first and coding tags thereafter, or vice versa) in the assay.

At step 130, the encoded probes are allowed to react or interact with the biological targets, i.e., conditions are provided to allow e.g., oligonucleotides to hybridize to nucleic acid targets, enzymes to catalyze reactions with protein targets, antibodies to bind epitopes, etc. In the case where the biological targets are nucleic acids, the encoded probes are typically oligonucleotides and hybridize to the target nucleic acids. In the case that the biological targets are proteins, the

10

encoded probes typically are aptamers, small molecules, or oligonucleotide-conjugated proteins that interact with target proteins by binding to them or by reacting with them (that is, one of the proteins is a substrate for the other). Encoding oligonucleotides may be coupled to the probes (proteins) by conjugation, chemical or photo-crosslinking via suitable groups and the like.

Once encoded probes interact with the biological targets, the encoded probes that interacted with the biological targets must be separated from the encoded probes that did not interact with the biological targets at step 140. In the case where the biological targets are nucleic acids and the encoded probes are oligonucleotides, the separation can be accomplished by, e.g., washing the unhybridized encoded probes from the sample. Similarly, for other assays that are based on affinity binding, including those using aptamer, small molecule, and protein probes, washing steps can be used to remove low affinity binders. In the case where the probe is transformed via interaction with the target, e.g., in the case of a peptide, e.g., via cleavage by a protease or phosphorylation by a kinase, it is convenient to collect, all encoded probes—both encoded probes that interacted with the biological targets and were transformed and encoded probes that were not transformed. After collection or pooling, an antibody or other affinity capture agent can be used to capture probes that were transformed by addition of a moiety (e.g., a phosphate group). In cases where probes have been transformed via cleavage, the transformed probes can be separated, e.g., by capturing the non-transformed probes via a tag that is removed from the transformed probes during the transformation (e.g., by cleavage), or by adding a new tag at the site of cleavage.

Once the reacted (transformed) or interacted encoded probes are separated from the unreacted or un-interacted encoded probes, the sequence of the reacted and/or interacted encoded probes is determined at step 150 by, preferably, sequencing. The sequence of the encoded probes allows the mapping of the assay results at step 160 back to locations in the biological sample.

FIG. 2 provides a simplified overview of an assay system 200 of the present invention embodying an efficient implementation of a combinatorial coding scheme for the encoding of spatial information. For purposes of this overview, the probes are oligonucleotides, but as explained elsewhere, other types of probes can also be used. In step 210, a biological sample affixed to a support, e.g., a tissue sample or other biological structure, is provided. In step 220, one or more oligonucleotide probes are delivered to the biological sample, where the oligonucleotide probes are capable of hybridizing with biological targets in the biological sample. In step 230, the oligonucleotide probes are allowed to interact with (hybridize to) the nucleic acid targets; that is, appropriate conditions are provided where oligonucleotide probes can hybridize to the target nucleic acids.

In step 240, the oligonucleotide probes that did not hybridize to target nucleic acids are removed, and thereby separated from oligonucleotide probes that did hybridize to target nucleic acids. In this embodiment, separation can be accomplished by, e.g., washing the sample to remove unhybridized oligonucleotide probes. Next, in step 250, encoding oligonucleotides (the encoding agents) are delivered to the biological sample according to a chosen spatial pattern, where the encoding oligonucleotides comprise coding tags that are used to encode the location of biological targets in the biological sample. Note that in contrast to the assay system of FIG. 1, here the probes and encoding agents (encoding oligonucleotides) are delivered in separate steps.

US 11,761,030 B2

11

In step **260**, the encoding oligonucleotides are coupled to the oligonucleotide probes to create encoded probes. In this case where the probes are oligonucleotides, the encoding oligonucleotides may be coupled to the oligonucleotides probes by, e.g., ligation. Alternatively, the information in the encoding oligonucleotides can be transferred by using a DNA polymerase to extend a probe oligonucleotide that acts as a primer, and thereby copy and incorporate the sequence of the encoding oligonucleotides.

In step **270**, the sequence of the coding tags in the encoded probes as well as the sequence or a portion of the sequence of the probe itself is determined, and in step **280**, the target nucleic acids are mapped back to the biological sample. In some embodiments, the abundance of sequences reveals the relative quantity of biological targets at the location. Although this embodiment shows the individual steps in a particular order, so as to better explain the invention, the precise order of the steps can be varied. For example, steps **220** and **250** can be combined, so that a mixture of the probes and encoding oligonucleotides is delivered according to a chosen spatial pattern. Coupling step **260** can then be carried out immediately after the combined steps **220** and **250**, or concomitantly with them. In this case, step **240** would then occur after step **260**. It can therefore be appreciated that the two key results of this series of steps, i.e., the location-specific encoding of probe molecules and the separation of probe molecules based on their ability to interact with corresponding target molecules, can be accomplished with some flexibility in the implementation of the particular steps. Similarly, there is considerable flexibility in the design of the coding scheme. As described infra, the assays of the invention are particularly amenable to combinatorial methods.

Thus, the present invention provides an ability to look at many different biological targets in many locations, providing the resolution of in situ hybridization with the highly-parallel data analysis of sequencing. In some embodiments, the sum of the multiple biological targets being assayed and the multiple sites in the biological sample is greater than 20, in other embodiments, the sum of the multiple biological targets being assayed and the multiple sites in the biological sample is greater than 50, in other embodiments, the sum of the multiple biological targets being assayed and the multiple sites in the biological sample is greater than 100, greater than 500, 1,000, 10,000, 25,000, 100,000, 500,000, 1,000,000. It will be appreciated that, due to the spatial encoding dimension of the invention, even much larger numbers can be contemplated. For example, assaying 10,000 targets per location×10,000 locations would generate $10^8$ different assays, and even larger numbers than these can easily be contemplated, particularly if spatial locations with resolution on the order of that of single cells are utilized. Further, in embodiments where high-throughput digital sequencing is employed, the sequences of at least 1,000 encoding probes are typically determined in parallel. More typically, using a digital readout, it is desirable to obtain multiple sequence reads for each assay (defined by a probe and a spatial location code). It is desirable to obtain an average of at least 3 copies per assay, and more typically at least 10 or at least 30 copies per assay, depending on the design of the experiment and requirements of the assay. For a quantitative readout with suitable dynamic range, it may be desirable to obtain at least 1,000 reads per assay. Therefore, if 1,000,000 assays are carried out, the number of sequence reads may be 1 billion or more. With high-throughput digital sequencing, and allowing for redundancy, the sequence of at least 10,000 encoding probes are determined in parallel, or

12

the sequence of at least 100,000, 500,000, 1,000,000, 10,000,000, 100,000,000, 1,000,000,000 or more encoding probes are determined in parallel.

Assays

The assay portion of the assay systems of the present invention comprise the following general steps: delivering probes and encoding agents where the encoding agents (in some embodiments pre-coupled to the probes) are delivered to the sample according to a known spatial pattern, allowing the probes to interact or react with biological targets in the sample, and, if the probes and encoding agents have not been pre-coupled, coupling the encoding agents to probes.

The samples of the present invention include virtually any biological sample or samples that can be affixed to a support or provided essentially in a two-dimensional manner, where the ability to tie an assayed biological target or activity back to the location within the biological sample is important. Exemplary biological samples include tissue sections (e.g., including whole animal sectioning and tissue biopsies), cell populations on slides or culture dishes, and the like. The assay systems of the invention are particularly advantageous in that they are compatible with numerous biological sample types, including fresh samples, such as primary tissue sections, and preserved samples including but not limited to frozen samples and paraformalin-fixed, paraffin-embedded (FFPE) samples. An important aspect of the assay systems of the invention is that the biological samples are immobilized on a substrate surface having discrete, independently measurable areas.

The biological targets to be detected can be any biological molecules including but not limited to proteins, nucleic acids, lipids, carbohydrates, ions, or multicomponent complexes containing any of the above. Examples of subcellular targets include organelles, e.g., mitochondria, Golgi apparatus, endoplasmic reticulum, chloroplasts, endocytic vesicles, exocytic vesicles, vacuoles, lysosomes, etc.

In some particular embodiments, the assay system is used to analyze nucleic acids, e.g., by genotyping, quantitation of DNA copy number or RNA transcripts, localization of particular transcripts within samples, and the like. FIG. **3** illustrates an overall scheme for an exemplary assay for, e.g., detecting single nucleotide polymorphisms (SNPs) that can be used with the assay system of the invention. In FIG. **3**, two oligonucleotide probes are provided. Each oligonucleotide probe comprises a target-specific region (located on either side of the SNP to be analyzed) seen at **305** and **307**, and ligation regions, seen at **301** and **303**, The oligonucleotide probes are allowed to hybridize to a target nucleic acid (not shown) in the biological sample. At step **302**, one of the oligonucleotide probes is extended to incorporate the SNP sequence and ligated to the other probe to form an extended probe comprising target nucleic acid region **309** and ligation regions **301** and **303**.

Two encoding agents, both comprising a coding tag (seen at **315** and **317**), a ligation region (seen at **311** and **313**), and a primer region (seen at **319** and **321**) are combined with and ligated to the extended probe at step **304** to form an encoded target-specific oligonucleotide. Again, in contrast with FIG. **1**, the probes and encoding agents are delivered at separate steps. Doing so allows use of the combinatorial embodiments described infra. In preferred embodiments, the encoding oligonucleotides within a pair of encoding oligonucleotides ligate specifically to one side of the target sequence or the other (i.e., 5' or 3' of the target sequence) in step **306**. Also, typically, the ligation and primer regions of the encod-

10XC-00005086

US 11,761,030 B2

13

14

ing oligonucleotides and probes are universal; that is, the set of ligation and primer regions used in constructing the probes and encoding oligonucleotides are constant, and only the target-specific regions of the probes and the coding tags of the encoding oligonucleotides differ. However, again in alternative embodiments, the ligation and primer regions are not universal and differ between probes and encoding agents.

Following ligation, the encoded probes are eluted, pooled, and, optionally, sequencing adapters are added to the encoded probes via PCR. In alternative embodiments, sequencing primers may be ligated to the encoding oligonucleotides, or sequencing primer sequences can be included as part of the encoding oligonucleotide. As seen in FIG. 3, each sequencing adapter comprises primer region 319 or 321, compatible with the primer regions 319 and 321 on the encoded probes. The final construct comprising first adapter 327, first primer region 319, first coding tag 315, ligation regions 311 and 301, target region 309, ligation regions 313 and 303, second coding tag 317, second primer region 325 and second adapter 329 is now ready for input into a digital high-throughput sequencing process.

A combination of extension and ligation reactions are exemplified in FIG. 3, but it should be appreciated that a variety of reactions may be used to couple the encoding oligonucleotides to the target-specific oligonucleotides, including ligation only (e.g., for oligonucleotides that hybridize to contiguous portions of the target nucleic acid sequence). Alternatively, an assay utilizing an additional oligonucleotide, such as in the GOLDENGATE® assay (see Fan, et al., Cold Spring Symp. Quant. Biol., 68:69-78 (2003); (Ilumina, Inc., San Diego, CA)), may be employed.

In other embodiments, the assay system of the invention also can be used to analyze peptides or proteins, the presence of antibodies, enzymatic and other protein activities, post-translational modifications, active and non-active forms of peptides, as well as peptide isoforms in a biological sample. Accordingly, the probes may comprise an active region of an enzyme, a binding domain of an immunoglobulin, defined domains of proteins, whole proteins, synthetic peptides, peptides with introduced mutations, aptamers and the like.

In certain aspects, the probes are substrates for enzymes or proenzymes, e.g., kinases, phosphatases, zymogens, proteases, or fragments thereof. In certain aspects, the probes are phosphorylation substrates used to detect proteins involved in one or more signal transduction pathways, e.g., a kinase or a phosphatase. In another specific aspect of the invention, the probes are specific protease substrates that associate only with individual proteases or classes of proteases. In other aspects, the probes are different processed forms, isoforms and/or domains of an enzyme. Protein-based probes are typically conjugated or otherwise linked to oligonucleotide encoding agents. The oligonucleotide encoding agents in this case would also include a nucleotide sequence component that allows for identification of the protein probe.

In certain aspects, the present invention provides assays for evaluating differences in the amount and/or activity of biological targets between different locations in a sample and/or between samples. The method includes determining a plurality of encoded results from the biological sample and evaluating the differences in quantity of the biological targets at each location in the biological sample.

Combinatorial Embodiments

To maximize the efficiency of encoding, a combinatorial approach using pairs of coding tags in the encoding oligo-

nucleotides can be used. By de-coupling the target-specific information and the coding tags, the number of oligonucleotides required is dramatically reduced, with a concomitant decrease in cost.

FIG. 4 illustrates a general mechanism for one embodiment of a combinatorial encoding scheme of the assay systems of the invention, where nucleic acids in a representative tissue section (shown at 416) are assayed. FIG. 4 at A shows two target-specific/encoding oligonucleotide constructs 420 and 422 (e.g., formed between steps 302 and 304 of FIG. 3) specifically bound to a target nucleic acid 402 of interest. The first encoded probe 420 comprises coding tag 408, associated with, e.g., a universal priming site for amplification of the assay products or an adapter to enable identification of the coding identifiers using sequencing technologies 404. The second encoded probe 422 comprises coding tag 406, associated with, e.g., a universal priming site for amplification of the assay products or an adapter to enable identification of the coding identifiers using sequencing technologies 410.

FIG. 4 at B shows the spatial pattern that may be used for twenty different coding tags, a1 through a10 (coding tag 406 on encoded probe 420) and b1 through b10 (coding tag 408 encoded probe 422). Coding tag a1, for example, is deposited on the biological sample in ten discrete areas or spots (shown as the first horizontal line of spots in 412). Coding tag a2 is deposited on the biological sample in ten spots on the second horizontal line in 412. Coding tag a3 is deposited on the biological sample in ten spots on the third horizontal line in 412, and so on. Whereas the "a" tags are deposited in ten horizontal rows, the "b" tags are deposited in ten vertical rows as shown in 414. For example, coding tag b1 is deposited on the biological sample in ten discrete spots in the first vertical row of 414, coding tag b2 is deposited on the biological sample in ten discrete spots in the second vertical row of 414, and so on. Using such a configuration allows for twenty coding tags to uniquely define 100 different locations on the biological sample.

FIG. 4 at C shows a representative tissue section 416 coincident with coding tag grid 418. The arrows show how the "a" coding tags and the "b" coding tags are deposited on grid 418 that is coincident with tissue section 416. If, once sequenced, coding tags a1 and b4, e.g., are associated with a target nucleic acid sequence, then that target nucleic acid sequence (i.e., biological target) was present in the tissue section at location a1, b4.

FIG. 5 provides a simplified, specific example of the encoding scheme of the assay systems of the invention. FIG. 5 shows encoding oligonucleotides 510, comprising a1, a2, a3, a4 and b1, b3, b3 and b4. Target-specific oligonucleotides (TSOs) (probes) 1 and 2 are shown at 520. A deposit or dispensing scheme is shown at 530. Like the grid exemplified in FIG. 4, encoding oligonucleotides a1 through a4 are deposited in spots in a pattern (here, in a vertical pattern); and encoding oligonucleotides b1 through b4 are deposited in spots in a pattern (here, a horizontal pattern). The grid though shown as a square with spots is actually a deposition pattern on a biological sample (not shown) such as tissue section 416 shown in FIG. 4.

The target-specific oligonucleotides are delivered to the biological sample, where the target-specific oligonucleotides hybridize to target nucleic acids in the biological sample if target nucleic acids are present. Unhybridized target-specific oligonucleotides are then removed, e.g., by washing. The encoding oligonucleotides are then delivered to the biological sample according to the spatial pattern shown at 530. The encoding oligonucleotides are ligated (or, e.g., extended and

10XC-00005087

US 11,761,030 B2

15

ligated) to any target-specific oligonucleotides that hybridized to the target nucleic acid in the biological sample, the ligated constructs are then eluted from the biological sample, pooled, and sequencing adapters are added through, e.g., PCR or ligation, if the sequences were not previously included in the encoding oligonucleotides. The ligated constructs are sequenced by, e.g., high throughput or "next generation" sequencing.

The pool of resulting sequences is shown at **540**. A sequence readout was obtained for target-specific oligonucleotide **1** only at a$4b1$, a$4b2$, a$1b3$, a$2b3$, a$3b3$, a$4b3$ and a$4b4$ (positions shown with horizontal lines). A sequence readout was obtained for target-specific oligonucleotide **2** only at a$1b1$ (position shown with vertical lines). A sequence readout was obtained for both target-specific oligonucleotides **1** and **2** at positions a$2b1$, a$3b1$, a$1b2$, a$2b2$, and a$3b2$ (positions shown with cross-hatching). No sequence readout was obtained for either target-specific oligonucleotides at a$1b4$, a$2b4$ or a$3b4$ (positions shown without shading). Thus, in the biological sample on which the assay took place the first target nucleic acid was detected in a large portion of the left side and at the bottom of the biological sample, the second target nucleic acid was detected only in the upper left portion of the biological sample, and neither target nucleic acid was detected in the upper right portion of the biological sample. The differential expression of the two target nucleic acids now can be mapped back to the biological sample and to the biological structures or cell types in these locations in the biological sample, as shown in **550**.

In addition to location information, information relating to relative abundance of the encoded tags can be obtained. For example, if it is found that there are ten times as many a$4$T$1b1$ sequences occurring in the data set as compared to a$4$T$1b2$ sequences, this would indicate that target nucleic acid sequence **1** is ten times more abundant at the a$4$T$1b1$ location than at the a$4$T$1b2$ location.

In the case of nucleotide analysis as shown in FIG. **3**, by ligating the coding tags directly to target-specific oligonucleotides, only 2n target-specific oligonucleotides are needed for n targets. For example, using the combinatorial approach outlined in FIG. **2**, assaying 100 different targets at 10,000 spatial locations would require 2×100 target-specific oligonucleotides and 2×100 encoding oligonucleotides. The total count of assay oligonucleotides would be only 400 (200 target-specific and 200 encoding), not counting universal primers. In contrast, if the coding oligonucleotides were not decoupled from the target-specific oligonucleotides, (n×X positional codes)+(n×Y positional codes) would be needed, or in the above example, 20,000 oligonucleotides, not counting universal primer sequences. Moreover, though the embodiments shown in FIGS. **2-5** depict a combinatorial scheme using two encoding agents (coding tags), three, four or more encoding agents and coding tags may be used, and attached to the probe or one another by varying means and in varying combinations of steps.

Due to the spatial encoding aspect of the assay system of the invention, a large amount of information can be generated with even a modest number of assays. For example, five or more biological targets assayed at five or more positions in the sample generates 25 or more combinations. Using digital sequencing as a readout, the optimum number of sequence reads per combination depends on the sensitivity and dynamic range required, and can be adjusted, For example, if for each combination on average 100 reads are sampled, the total for 25 combination is 25,000 reads. If 1,000 targets are assayed at 1,000 locations with an average sampling depth of 1,000, then 109 reads are required. These

16

numbers, although large, are within the capacity of intrinsically parallel digital sequencing methods, which can generate datasets of billions or even trillions of reads in a reasonable timeframe and at a very low cost per read. Therefore, by varying the numbers of positions interrogated or biological targets assayed, or both, and using digital sequencing, large amounts of information can be obtained. In specific aspects, multiple locations are interrogated for two or more biological molecules.

Reagent Delivery Systems

The reagent delivery system of the invention includes instrumentation that allows the delivery of reagents to discrete portions of the biological sample, maintaining the integrity of the spatial patterns of the encoding scheme. Reagent delivery systems of the assay systems of the invention comprise optional imaging means, reagent delivery hardware and control software. Reagent delivery can be achieved in a number of different ways. It should be noted that reagent delivery may be to many different biological samples at one time. A single tissue section has been exemplified herein; however, multiple biological samples may be affixed and analyzed simultaneously. For example, pions of a tissue sample can be analyzed in parallel and the data combined to build a 3D map.

Integral to the assay system of the invention is instrumentation that allows for spatial patterning of reagents onto the biological sample. Technologies for formulating and delivering both biological molecules (e.g. oligonucleotides or antibodies) and chemical reagents (e.g., small molecules or dNTPs) are known in the art, and uses of these instrument systems are known to one skilled in the art and easily adaptable to the assay systems of the invention. One example of a suitable reagent delivery system is the Labcyte™ Echo acoustic liquid handler, which can be used to deliver nanoliter scale droplets containing biological molecules with high precision and reproducibility. One skilled in the art could incorporate this reagent delivery device into the overall system, using software to specify the locations to which reagents should be delivered.

Other instruments that can be used for the deposition of agents and/or coding identifiers onto biological samples include, but are not limited to, ink jet spotting; mechanical spotting by means of pin, pen or capillary; micro contact printing; photochemical or photolithographic methods; and the like. For several applications, it may be preferred to segment or sequester certain areas of the biological samples into one or more assay areas for different reagent distributions and/or biological target determination. The assay areas may be physically separated using barriers or channels.

In one exemplary aspect, the reagent delivery system may be a flow-based system. The flow-based systems for reagent delivery in the present invention can include instrumentation such as one or more pumps, valves, fluid reservoirs, channels, and/or reagent storage cells. Reagent delivery systems are configured to move fluid to contact a discrete section of the biological sample. Movement of the reagents can be driven by a pump disposed, for example, downstream of the fluid reagents. The pump can drive each fluid reagent to (and past) the reaction compartment. Alternatively, reagents may be driven through the fluid by gravity. US Pub. Nos. 20070166725 and 20050239192 disclose certain general-purpose fluidics tools that can be used with the assay systems of the invention, allowing for the precise manipu-

US 11,761,030 B2

17                                                                      18

lation of gases, liquids and solids to accomplish very complex analytical manipulations with relatively simple hardware.

In a more specific example, one or more flow-cells can be attached to the substrate-affixed biological sample from above. The flow-cell can include inlet and outlet tubes connected thereto and optionally an external pump is used to deliver reagents to the flow-cell and across the biological sample. The flow cells are configured to deliver reagents only to certain portions of the biological sample, restricting the amount and type of reagent delivered to any specific section of the biological sample.

In another aspect, a microfluidic system can be integrated into the substrate upon which the biological sample is disposed or externally attached on top of the substrate. Microfluidic passages for holding and carrying fluid may be formed on and/or above the planar substrate by a fluidics layer abutted to the substrate. Fluid reagents can be selected and delivered according to selective opening and closing of valves disposed between reagent reservoirs.

Pumps generally include any mechanism for moving fluid and/or reagents disposed in fluid. In some examples, the pump can be configured to move fluid and/or reagents through passages with small volumes (i.e., microfluidic structures). The pump can operate mechanically by exerting a positive or negative pressure on fluid and/or on a structure carrying fluid, electrically by appropriate application of an electric field(s), or both, among other means. Exemplary mechanical pumps may include syringe pumps, peristaltic pumps, rotary pumps, pressurized gas, pipettors, etc. Mechanical pumps may be micromachined, molded, etc. Exemplary electrical pumps may include electrodes and may operate by electrophoresis, electroendoosmosis, electrocapillarity, dielectrophoresis (including traveling wave forms thereof), and/or the like.

Valves generally include any mechanism for regulating the passage of fluid through a channel. Valves can include, for example, deformable members that can be selectively deformed to partially or completely close a channel, a movable projection that can be selectively extended into a channel to partially or completely block a channel, an electrocapillary structure, and/or the like.

An open gasket can be attached to the top of the biological sample and the sample and reagents can be injected into the gasket. Suitable gasket materials include, but are not limited to, neoprene, nitrile, and silicone rubber. Alternatively, a watertight reaction chamber may be formed by a gasket sandwiched between the biological sample on the substrate and a chemically inert, water resistant material such as, but not limited to, black-anodized aluminum, thermoplastics (e.g., polystyrene, polycarbonate, etc), glass, etc.

In an optional embodiment, the assay system comprises imaging means to determine features and organization of the biological sample of interest. The images obtained, e.g., may be used to design the deposition pattern of the reagents, Imaging means are optional, as an individual can instead view the biological sample using, e.g., a microscope, analyze the organization of the biological sample, and specify a spatial pattern for delivery assay reagents. If included, the delivery system can comprise a microcircuit arrangement including an imager, such as a CCD or IGFET-based (e.g., CMOS-based) imager and an ultrasonic sprayer for reagent delivery such as described in US Pub. No. 20090197326, which is incorporated herein by reference. Also, it should be noted that although FIGS. 4 and 5 illustrate using a x,y grid configuration, other configurations can be used, such as, e.g.,

following the topology of a tissue sample; targeting certain groups of cells, cell layers and/or cell types in a tissue, and the like.

In yet another alternative, the reagent delivery system controls the delivery of reagents to specific patterns on a biological sample surface using semiconductor techniques such as masking and spraying. Specific areas of a biological sample can be protected from exposure to reagents through use of a mask to protect specific areas from exposure. The reagents may be introduced to the biological sample using conventional techniques such as spraying or fluid flow. The use of masked delivery results in a patterned delivery scheme on the substrate surface.

In a preferred aspect of the invention, the reagent delivery instrumentation is based on inkjet printing technology. There are a variety of different ink-jetting mechanisms (e.g., thermal, piezoelectric) and compatibility has been shown with aqueous and organic ink formulations. Sets of independently actuated nozzles can be used to deliver multiple reagents at the same time, and very high resolutions can be achieved.

In order to target specific sites of interest, an informative image of the biological sample to be assayed may be used to assist in the reagent delivery methods and associated encoding scheme. Sample regions of the biological sample can be identified using image processing (e.g., images of cell types differentiated by immunohistochemistry or other staining chemistries) integrated with other features of the assay system. In some aspects, software is used to automatically translate image information into a reagent delivery pattern. A mechanism to register and align very precisely the biological sample for reagent delivery is thus an important component of the assay systems of the invention. Mechanisms such as the use of fiducial markers on slides and/or other very accurate physical positioning systems can be adapted to this purpose.

The invention preferably comprises a complete suite of software tailored to the assay system. Optionally, oligonucleotide design software is used to design the encoding nucleotides (and in embodiments where nucleic acids are assayed, the target-specific oligonucleotides) for the specific assay to be run, and may be integrated as a part of the system. Also optionally, algorithms and software for reagent delivery and data analysis (i.e., sequence analysis) may be integrated to determine assay results. Integrated data analysis is particularly useful, as the type of dataset that is generated may be massive as a consequence of scale. Algorithms and software tools that are specifically designed for analysis of the spatially-associated data generated by the assay systems, including pattern-analysis software and visualization tools, enhance the value of the data generated by the assay systems.

In certain aspects, the assay system comprises processes for making and carrying out the quality control of reagents, e.g., the integrity and sequence fidelity of oligonucleotide pools. In particular, reagents are formulated according to factors such as volatility, stability at key temperatures, and chemical compatibility for compatibility with the reagent delivery instrumentation and may be analyzed by instrumentation integrated within the assay system.

Sequencing

Numerous methods can be used to identify the coding tags and probe sequences in the encoded probes of the assay systems of the invention. The coding tags can be detected using techniques such as mass spectroscopy (e.g., Maldi-T

US 11,761,030 B2

19

of, LC-MS/MS), nuclear magnetic resonance imaging, or, preferably, nucleic acid sequencing. Examples of techniques for decoding the coding tags of the present invention can be found, for example, in US Pub. No. 20080220434, which is incorporated herein by reference. For example, the coding tags may be oligonucleotide mass tags (OMTs or massTags). Such tags are described, e.g., in US Pub. No. 20090305237, which is incorporated by reference in its entirety. In yet another alternative, the encoded probes can be amplified and hybridized to a microarray. This would require separate amplification reactions to be carried out, in which each amplification is specific to a particular spatial code or subset of codes, accomplished by using code-specific primers. Each amplification would also incorporate a different resolvable label (e.g. fluorophor). Following hybridization, the relative amounts of a particular target mapping to different spatial locations in the sample can be determined by the relative abundances of the resolvable labels.

In one particularly preferred aspect, the resulting coding tags according to the assay system are substrates for high-throughput, next-generation sequencing, and highly parallel next-generation sequencing methods are used to confirm the sequence of the coding tags, for example, with SOLiD™ technology (Life Technologies, Inc.) or Genome Ananlyzer (Illumina, Inc.). Such next-generation sequencing methods can be carried out, for example, using a one pass sequencing method or using paired-end sequencing. Next generation sequencing methods include, but are not limited to, hybrid-ization-based methods, such as disclosed in e.g., Drmanac, U.S. Pat. Nos. 6,864,052; 6,309,824; and 6,401,267; and Drmanac et al, U.S. patent publication 2005/0191656; sequencing-by-synthesis methods, e.g., U.S. Pat. Nos. 6,210,891; 6,828,100; 6,969,488; 6,897,023; 6,833,246; 6,911,345; 6,787,308; 7,297,518; 7,462,449 and 7,501,245; US Publication Application Nos. 20110059436; 20040106110; 20030064398; and 20030022207; Ronaghi, et al, Science, 281: 363-365 (1998); and Li, et al, Proc. Natl. Acad. Sci., 100: 414-419 (2003); ligation-based methods, e.g., U.S. Pat. Nos. 5,912,148 and 6,130,073; and U.S. Pat. Appln Nos. 20100105052, 20070207482 and 20090018024; nanopore sequencing e.g., U.S. Pat. Appln Nos. 20070036511; 20080032301; 20080128627; 20090082212; and Soni and Meller, Clin Chem 53: 1996-2001 (2007)), as well as other methods, e.g., U.S. Pat. Appln Nos. 20110033854; 20090264299; 20090155781; and 20090005252; also, see, McKernan, et al., Genome Res., 19:1527-41 (2009) and Bentley, et al., Nature 456:53-59 (2008), all of which are incorporated herein in their entirety for all purposes.

Applications of Assay System

It will be apparent to one skilled in the art upon reading the present disclosure that there are numerous important areas of biological research, diagnostics, and drug development that will benefit from a high throughput multiplexed assay system that can measure simultaneously the amount and spatial location of a biological target in a biological sample. For example, combining the ability to estimate the relative abundance of different RNA transcripts with the ability to reconstruct an image of spatial patterns of abundance across many locations, which may be as small as or even smaller than individual cells, in a tissue enables many different areas of basic research. The following are exemplary uses and are by no means meant to be limiting in scope.

20

In one example, 3-dimensional patterns of gene expression are determined by analyzing a series of tissue sections, in a manner analogous to image reconstruction in CT scanning, Such a method can be used to measure changes in gene expression in disease pathology, e.g., in cancerous tissue and/or a tissue upon injury, inflammation or infection. With the assay systems of the invention, more detailed information on gene expression and protein localization in complex tissues is obtained, leading to new insights into the function and regulation both in normal and diseased states, and provides new hypotheses that can be tested. For example, an assay system of the invention may enable some of the insights gained from many individual studies and larger programs like ENCODE (Birney, et al., Nature, 447: 799-816 (2007)) and modENCODE to be integrated at the tissue level. The assay systems also aid computational efforts to model interacting networks of gene expression in the field of systems biology.

The assay systems also provide a novel approach to analysis of somatic variation, e.g., somatic mutations in cancer or variability in response to infectious organisms. For example, tumors are typically highly heterogeneous, containing cancer cells as well as genetically normal cells in an abnormal local environment. Cancer cells undergo mutation and selection, and in this process it is not unusual for local clones to develop. Identifying relatively rare somatic mutations in the context of tumors may enable the study of the role of key mutations in the selection of clonal variants. Transcriptional patterns associated with angiogenesis, inflammation, or other cancer-related processes in both cancer and genetically normal cells can be analyzed for insights into cancer biology and assist in the development of new therapeutic agents for the treatment of cancers. In another example, individuals have varying susceptibility to infectious organisms, and the assay systems of the invention can be used to study the interaction between microbes and tissues or the various cell types within the tissue.

Importantly, in addition to providing spatially-associated information, the invention allows a great increase in the sensitivity of detecting rare mutations, as signal to noise can be dramatically increased since only a small location is assayed in any given reaction. In a typical assay for rare mutations in a mixed sample, the sample is treated in bulk, i.e., nucleic acids are extracted from many cells into a single pool. Thus, if a mutation is present in one cell in 10,000, it must be detected against a background of normal DNA from ~10,000 cells. In contrast, with the assay systems of the invention many cells can be analyzed, but individual cells or small groups of cells would be identified by the spatial coding system. Therefore, in the assay systems of the present invention, background is reduced by orders of magnitude, greatly increasing sensitivity. Furthermore, the spatial organization of mutant cells can be observed, which may be particularly important in detecting key mutations in tissue sections in cancer. Already molecular histological analyses are yielding insights into cancer biology and may have potential for use in diagnostics. The technology of the invention promises to greatly increase the power of such approaches.

The present invention provides assays, assay systems, and methods of using such assays in spatially encoded biological assays. The invention provides an assay system comprising one or more agents provided in defined spatial patterns on a substrate surface, and a detection system for identifying the presence or absence, relative amount, and location of a biological molecule. Such biological molecules include, but are not limited to, nucleic acids, peptides, carbohydrates,

10XC-00005090

cellular components, and the like. The assay system is a novel multiplexing approach, as it allows multiple molecules and their respective multiple locations to be identified in a single system using a unique encoding scheme. This encoding scheme uses both molecule-specific binding agents and coding identifiers to provide a practical and cost-effective determination of information on multiple biological molecules, including specific positional information of such molecules in a biological sample, e.g., a tissue section. The single molecule detection analysis using the encoding system also allows relative amounts of biological molecules to be detected, thus providing information on expression levels, sequestering in specific locales, and the like.

The assay systems detect the presence or absence, and relative amount, of a biological molecule at more than one spatial location in a sample. In addition, the assays provide methods for doing this for multiple biological molecules simultaneously. The assay systems utilize one or more binding agents that specifically bind to the biological molecule of interest and unique coding identifiers associated with specific binding agents. The detection system utilizes a method for identifying the presence and spatial address of the agent binding based on the positive and/or negative results that are obtained using detection of the agent and identifier and the encoding scheme of the spatial patterns on the substrate surface. In a specific aspect, the encoding scheme employs limited reagent delivery to the spatial patterns on the substrate surface, and access of the coding identifiers and/or binding agents to portions of the sample is controlled through such limited delivery.

In one aspect, the assay system detects the presence or absence and spatial location of a biological molecule based on the positive and/or negative results that are obtained using limited reagent delivery and the encoding scheme of the spatial patterns on the substrate surface.

The assay system and methods of the invention are based on relational, solid-state substrates with positions that represent specific spatial locations within a biological sample, e.g., a cell, organelle or tissue. The ability to use encoding features to represent locations allows high-throughput analysis of the presence or absence, and relative amount, of a biological molecule at more than one spatial location in a sample. The encoding features also allow possible assaying of multiple biological molecules at these multiple locations simultaneously.

A primary feature of the invention is the preservation of the spatial organization of elements in a sample of interest through the use of an encoding scheme. For example, the assay may be designed to preserve the relative position of cells in a tissue, and the assay may interrogate the individual cells for genomic DNA variation (including epigenetic modifications), and RNA and protein expression.

In one specific aspect, the encoding scheme of the assay system comprises the use of two or more coding patterns, each comprising regions defined by spatial patterns on the substrate surface. For example, the assay system can utilize an encoding scheme that comprises a 2-dimensional grid format based on the discrete positioning of the binding agents in the substrate surfaces. In another example, the spatial patterns may be based on more randomized cell locations, e.g., the patterns on the substrate surface follow an underlying biological structure rather than a strict, x,y grid pattern. This aspect includes systems with two or more substantially identical spatial patterns using different binding agents and/or coding identifiers, as well as systems having different patterns for different agents and/or coding

identifiers. The encoding scheme of the systems can be controlled by delivery of different reagents to discrete regions on the substrate surfaces, which allows different reactions to take place on substantially similar agents of known location on the substrate surfaces.

In one specific aspect, the invention provides high resolution, high-throughput analysis of nucleic acids and/or expression levels that provides both detection and spatial identification of large numbers of nucleic acids, e.g., DNA or RNA.

In another specific aspect, the invention provides high resolution, high-throughput analysis of proteins that provides both detection and spatial identification of large numbers of such proteins, e.g., kinases or proteases.

Numerous reagent delivery systems can be used with the assay system of the invention. The primary criteria of such reagent delivery systems is the ability to direct delivery of specific agents based on spatial patterns on the substrate surface.

In one preferred aspect, the encoding scheme utilizes a reagent delivery system based on printing and informatics technologies to implement the spatial patterns used for identification and localization of the biological materials. For example, the patterns found in the encoding scheme may be created using ink jet printing technology to provide reagents at specific locations on one or more substrate surfaces. The desired patterns are set out in specific coding patterns on the substrate surface.

In certain aspects of the invention, the binding agents are immobilized directly to the substrate surface, and the location of the binding agents is known or determined prior to use of the substrate surface in the assay system. In another aspect, the binding agents are immobilized onto beads or other separate structural elements that are then provided in known locations on the substrate surface. In yet another aspect, the binding agents may be provided in or on features of the substrate surface, e.g., provided in wells or channels.

In specific aspects of the invention, the binding agents are nucleic acids immobilized directly or indirectly to the substrate surface, e.g., directly through the use of amino groups on the substrate surface or indirectly through the use of a linker. The location of the nucleic acid sequences is known or determined prior to use of the substrate surface in the assay system. In another specific aspect, the nucleic acids may be immobilized directly or indirectly onto beads that are then provided in known locations on the substrate surface. In yet another aspect, the nucleic acids may be provided in or on features of the substrate surface, e.g., provided in wells.

In these aspects involving nucleic acid agents, any methods of sequence determination can be used, e.g., sequencing, hybridization and the like. In a preferred aspect, nucleic acid sequencing, and preferably next-generation sequencing, is used to decode the spatial encoding scheme in the assay system of the invention. This provides a very wide dynamic range for very large numbers of assays, allowing for efficient multiplexing.

In some aspects, the assay utilizes two or more oligonucleotides, the oligonucleotides comprising a universal primer region and a region that correlates specifically to a single spatial pattern within the spatial encoding scheme. In a specific aspect, the assay comprises two allele specific oligonucleotides and one locus specific oligonucleotides. These oligonucleotides allow the identification of specific SNPs, indels or mutations within an allele. This is useful in the identification of genetic changes in somatic cells, genotyping of tissues, and the like.

10XC-00005091

US 11,761,030 B2

23

In other specific aspects of the invention, the binding agents are peptides. In one aspect, these peptides are associated directly or indirectly to known locations on a substrate surface, e.g., using binding protein pairs or through oligonucleotide linkers complementary to oligonucleotides on the substrate surface. In another aspect, the binding agents are peptides are immobilized directly or indirectly onto beads or other separate structural elements that are then provided in known locations on the substrate surface. In yet another aspect, the peptides may be provided in or on features of the substrate surface, e.g., provided in wells.

In yet other specific aspects of the invention, the binding agents are chemical entities (e.g., small molecules) that are coded, e.g. using sequence tags or mass spectroscopy tags as coding identifiers. In one aspect, these chemical entities can be are immobilized directly to the substrate surface. In another aspect, the binding agents are immobilized onto beads or other separate structural elements that are then provided in known locations on the substrate surface. In yet another aspect, the binding agents may be provided in or on features of the substrate surface, e.g., provided in wells.

The assay system of the invention can utilize various detection mechanisms, based on the molecules to be detected and the reagents needed for such detection system. Exemplary methods that can be used with the assay systems of the invention are described in more detail below.

The Invention in General

The assay system and methods of the invention are based on relational methods that allow extraction of data to detect the presence or absence and relative amount of a biological molecule, and the location of this molecule in a sample having a distinct structure, e.g., a tissue section or other biological structure with distinct locations of specific biological molecules. The encoding scheme used in these systems corresponds to the structural elements of the sample, and the information obtained using a two-dimensional coding system is indicative of the spatial addresses of these molecules in a sample of interest.

Integral to the assay system of the invention is a method for spatial patterning of reagents. Technologies for formulating and delivering both biological molecules (e.g. DNA or antibodies) and chemical reagents (e.g., small molecules or dNTPs) have already been demonstrated, and use of these systems will be available to one skilled in the art and easily adaptable upon reading this specification.

The assay design of the invention provides an accurate and easily scalable spatial encoding system. The ability to deliver reagents in a spatially defined pattern together with software, reagents and protocols comprises a novel and highly innovative assay system for spatial analysis of various biological molecules and activities. This allows the assays to measure numerous biological functions in a meaningful spatial environment, including functions such as gene expression and peptide localization. The systems provide the potential to open a new analytical window into the complex spatial patterns of cellular function and regulation in biological systems.

The biological molecules to be detected can be any biological molecules such as proteins, nucleic acids, lipids, carbohydrates, ions, or multicomponent complexes containing any of the above. Further examples of subcellular objects include organelles, e.g., mitochondria, Golgi apparatus, endoplasmic reticulum, chloroplast, endocytic vesicle, exocytic vesicles, vacuole, lysosome, etc.

24

FIG. 4 illustrates such a target-specific assay system for identification of nucleic acid sequences in a sample. In this system, two reagents 420, 422 that specifically bind to a biological molecule of interest are associated with coding identifiers 406, 408 that encode for a spatial location in the sample. These coding identifiers 406, 408 are optionally associated with sites that assist in their identification in the assay format, e.g., universal priming sites 404, 410 for amplification of the assay products or adapters to enable identification of the coding identifiers and the binding agents using sequencing technologies. The sample that is tested, here shown as a tissue section 416 is encoded using the combination of the patterns 412, 414 created using the separate coding identifiers 406, 408 which provide a two dimensional code 418 that shows the location of any positive detection of the biological molecule 402 as well as quantifying the biological molecule 402 at each location assayed in the tissue.

The assay systems of the invention are particularly advantageous in that they are compatible with numerous samples types, such as fresh samples, such as primary tissue sections, and preserved samples including but not limited to frozen samples and paraformalin-fixed, paraffin-embedded (FFPE) samples. An important aspect of the assay systems of the invention is that the binding agents are immobilized on a substrate surface in discrete, independently measureable areas. These discrete areas can be formed by spatially selective deposition of the binding agents on the substrate surface. Numerous methods can be used for the deposition of the agent and the coding identifiers associates with the agent. For example, the coding identifiers can be delivered together or separately from the agent. If delivered together they can be attached (e.g., synthesized as a single molecule or attached through ligation or a chemical coupling mechanism) or simply mixed together to be attached after delivery to the substrate. In a preferred aspect, the agent and the coding identifier are made separately, mixed together for attachment, and delivered either attached or as a mixture to be attached on the surface. In a specific aspect the binding agents are delivered generally over the substrate surface and the coding identifiers are delivered in a pattern-specific manner.

Examples of methods that can be used for deposition of agents and/or coding identifiers onto the substrate surface include, but are not limited to, ink jet spotting, mechanical spotting by means of pin, pen or capillary, micro contact printing, fluidically contacting the measurement areas with the biological or biochemical or synthetic recognition elements upon their supply in parallel or crossed micro channels, upon exposure to pressure differences or to electric or electromagnetic potentials, and photochemical or photolithographic immobilization methods.

For several applications, it may be preferred to arrange the substrates into segments of one or more measurement areas for reagent distribution and agent determination. These regions may be physically separated using barriers or channels. They may still comprise several additional discrete measurement areas with agents that are different or in different combination from each other.

In certain aspects, the present invention provides a method, e.g., a machine-based method, for evaluating changes in the presence and/or location of a biological molecule over time. The method includes providing a plurality of encoded array results representative of the biological molecule over time and evaluating the differences in detection and/or localization of the biological molecules.

10XC-00005092

US 11,761,030 B2

25                                                                  26

Nucleic Acid Detection and Localization

In a particular aspect, the assay system is used to analyze nucleic acids. e.g genotyping. gene expression analysis, localization of particular transcripts within samples, and the like.

Genotyping may be performed using any technique known to those of skill in the art. Preferred techniques permit rapid, accurate determination of multiple variations with a minimum of sample handling. Some examples of suitable techniques involve but are not limited to direct DNA sequencing, capillary electrophoresis, hybridization, allele-specific probes or primers, single-strand conformation polymorphism analysis, nucleic acid arrays, bead arrays, restriction fragment length polymorphism analysis, cleavage fragment length polymorphism analysis, random amplified polymorphic DNA, ligase detection reaction, heteroduplex or fragment analysis, differential sequencing with mass spectrometry, atomic force microscopy, pyrosequencing, FRET (e.g., TaqMan (Applied Biosystems, Inc., Foster City, Calif.) and Molecular Beacon (Stratagene, La Jolla, Calif.) assays), and other related techniques. Several methods for DNA sequencing are well known and generally available in the art. See, for example, Sambrook, et al., Molecular Cloning: A Laboratory Manual (Cold Spring Harbor Laboratory, New York) (2001); Ausubel, et al., Current Protocols in Molecular Biology (John Wiley and Sons, New York) (1997), Twyman, et al. (2003) "Techniques Patents for SNP Genotyping", Pharmacogenomics 4(1):67-79; and Kristensen, et al. (2001) "High-Throughput Methods for Detection of Genetic Variation", BioTechniques 30(2):318-332. For details on the use of nucleic acid arrays (DNA chips) for the detection of, for example, SNPs, see U.S. Pat. No. 6,300,063 issued to Lipshultz, et al., and U.S. Pat. No. 5,837,832 to Chee, et al., HuSNP Mapping Assay, reagent kit and user manual, Affymetrix Part No. 90094 (Affymetrix, Santa Clara, Calif.). The molecular inversion probe (MIP) assay format (Hardenbol et al., 2003) is another example of a highly multiplexable assay that may be used with the assay systems of the invention.

In one exemplary and preferred method for analyzing nucleic acids using the assay system of the invention, the detection of nucleic acids uses two allele-specific oligonucleotides and a locus specific oligonucleotide. The assay methods are carried out according to the strategy outlined in FIG. 2 using next-generation sequencing or another highly parallel nucleic acid assay technology. In this assay, a set of two oligonucleotides is designed to hybridize to each target sequence, with a common oligonucleotide and two unique coding identifiers. The allele can be determined, e.g, by primer extension of the locus specific oligonucleotide. Following primer extension and ligation, an amplifiable template is formed with universal primer sequences at either end. Assay oligonucleotides are annealed to a template and enzymatic reactions are used to join the two oligonucleotides only when both are correctly annealed. The detection techniques and read out parameters used in this system of the invention include a much shorter tag than the oligonucleotides used in the assays that are based on capture by hybridization. These shorter tags are designed to be read out by sequencing or, preferably, used to ligate codes onto both ends of the fragment as illustrated in FIG. 2.

In FIG. 3, two target-specific assay oligonucleotides are ligated together 302 following in situ hybridization to target sequences. At the same time, encoding oligonucleotides containing tag sequence sets X and Y are ligated 304 to the target specific oligonucleotides. Oligonucleotides containing X ligate specifically to one side of the targeting construct and oligonucleotides containing Y ligate to the other. The oligonucleotides contain universal primer sites P1 and P2. Following ligation, the constructs are eluted and, optionally, sequencing adapters can be attached 306, e.g., via PCR.

In one preferred aspect, the final construct created from the assay method is a substrate for next-generation sequencing, and highly parallel next-generation sequencing methods are used to confirm the sequence of constructs. Such sequencing methods can be carried out, for example, using a one pass sequencing method or using paired-end sequencing. Next generation sequencing methods include, but are not limited to, hybridization-based methods, such as disclosed in Drmanac, U.S. Pat. Nos. 6,864,052; 6,309,824; and 6,401,267; and Drmanac et al, U.S. patent publication 2005/0191656, and sequencing by synthesis methods. e.g., Nyren et al, U.S. Pat. No. 6,210,891; Ronaghi, U.S. Pat. No. 6,828,100; Ronaghi et al (1998). Science, 281: 363-365; Balasubramanian, U.S. Pat. No. 6,833,246; Quake, U.S. Pat. No. 6,911,345; Li et al, Proc. Natl. Acad. Sci., 100: 414-419 (2003); Smith et al, PCT publication WO 2006/074351; use of reversible extension terminators, e.g., Turner, U.S. Pat. No. 6,833,246 and Turner, U.S. Pat. No. 6,833,246 and ligation-based methods, e.g., Shendure et al (2005), Science, 309: 1728-1739, Macevicz, U.S. Pat. No. 6,306,597; which references are incorporated by reference. Soddart et al., PNAS USA. 2009 Apr. 20; Xiao et al., Nat Methods. 2009 March; 6(3):199-201. Epub 2009 Feb. 8.

To maximize the efficiency of encoding, a combinatorial approach using pairs of oligonucleotides can be used. For example, with only two sets of 100 codes, a substrate can theoretically encode up to 10,000 locations. The number of assay oligonucleotides required is dramatically reduced, the cost decreased, and the robustness of the approach increased by decoupling the coding sequences from the genome-specific sequences. Alternative assay formats can also be used (e.g. ligation or primer extension followed by ligation).

By ligating the codes on separately, only 2n target-specific assay oligonucleotides are needed for n targets. For example, assaying 100 different targets at 10,000 spatial locations would require 2×100 targeting oligonucleotides and 2×100 encoding oligonucleotides, using a combinatorial approach outlined in FIG. 2. The total count of assay oligonucleotides would be only 400 (200 target-specific and 200 encoding), not counting universal primers. In contrast, if the coding oligonucleotides were not decoupled, (n×X positional codes)+(n×Y positional codes) would be needed, or in the above example, 20,000 oligonucleotides, not counting universal primer sequences.

Due to the matrix system of the invention, a large amount of information can be obtained even using five or more positions interrogated for five or more biological molecules. By varying one or the other of these, large amounts of information can be obtained, both in terms of locations and/or specific biological In specific aspects, multiple locations are interrogated for two or more biological molecules. As an example, for each datapoint ~1,000 reads may be sampled, for a total of ~10E9 reads for 10E6 datapoints.

Peptide Detection Systems

The assay system of the invention can be used to analyze biological molecules using peptide agents that are associated with the substrate surface in a similar pattern. Such peptides may comprise an active region of an enzyme, a binding domain of an immunoglobulin, defined domains of proteins, whole proteins, synthetic peptides, peptides with introduced mutations, etc.

The assay system of the invention allows the identification and spatial location of various forms of peptides,

US 11,761,030 B2

27

including isoforms and peptides that have undergone post-translational modification. Importantly, certain aspects of the invention allow the identification of active versus non-active forms of such peptides in a sample. This allows the identification of the presence or absence of specific peptide isoforms, and also acts as a proxy for identification of peptide activity in a sample.

In certain aspects of the invention, the binding agents associated with the substrate surfaces of the assay system include substrates for enzymes or proenzymes, e.g., a kinase, a phosphatase, a zymogen, a protease, or a fragment thereof. In certain aspects, the binding agents associated with the substrate surfaces are phosphorylation substrates used to detect proteins involved with one or more signal transduction pathways, e.g., a kinase or a phosphatase. In another specific aspect of the invention, the binding agents are specific protease substrates that associate only with individual or classes of proteases. In other aspects, the binding agents on the substrate surface are different processed forms, isoforms and/or domains of an enzyme.

Reagent Delivery

The reagent delivery system of the invention can be any system that allows the delivery of reagents to discrete portions of the array in order to keep the integrity of the defined spatial patterns of the encoding scheme. Such discrete delivery can be achieved in a number of different ways.

In one exemplary aspect, the reagent delivery system can be a flow-based system. The flow-based systems for reagent delivery in the present invention can include one or more pumps, valves, fluid reservoirs, channels, and/or reagent storage cells. Such a reagent delivery system is configured to move fluid in contact with a discrete section of the substrate surface. Movement of the reagents can be driven through a fluid by a pump disposed, for example, downstream of the fluid reagents. The pump can drive each fluid reagent to (and past) the reaction compartment. Alternatively, the reagents may be driven through the fluid by gravity.

US Appln Nos. 20070166725 and 20050239192 disclose certain general-purpose fluidics tools that can be used with the assay systems of the invention. These allow the precise manipulation of gases, liquids and solids to accomplish very complex analytical manipulations with relatively simple hardware.

In a more specific example, one or more flow-cells can be attached to the substrate from above. The flow-cell can include inlet and outlet tubes connected thereto and optionally an external pump can be used to deliver the sample or reagents to the flow-cell and across the substrate. The flow cell is configured to deliver reagents only to certain portions of the array, restricting the amount and type of reagent delivered to any specific section of the array.

In another aspect, a microfluidic system can be integrated into the substrate or externally attached on top of the substrate. Microfluidic passages for holding and carrying fluid can be formed on and/or above the planar substrate by a fluidics layer abutted to the substrate. Fluid reagents can be selected according to selective opening and closing of valves disposed between reagent reservoirs.

Pumps generally include any mechanism for moving fluid and/or reagents disposed in fluid. In some examples, the pump can be configured to move fluid and/or reagents through passages with small volumes (i.e., microfluidic structures). The pump can operate mechanically by exerting a positive or negative pressure on fluid and/or on a structure carrying fluid, electrically by appropriate application of an electric field(s), or both, among others. Exemplary mechani-

28

cal pumps may include syringe pumps, peristaltic pumps, rotary pumps, pressurized gas, pipettors, etc. The mechanical pumps may be micromachined, molded, etc. Exemplary electrical pumps can include electrodes and may operate by electrophoresis, electroendoosmosis, electrocapillarity, dielectrophoresis (including traveling wave forms thereof), and/or the like.

Valves generally include any mechanism for regulating the passage of fluid through a channel. The valves can include, for example, deformable members that can be selectively deformed to partially or completely close a channel, a movable projection that can be selectively extended into the channel to partially or completely block the channel, an electrocapillary structure, and/or the like.

In yet another aspect, an open gasket can be attached to the top of the substrate and the sample and reagents can be injected into the gasket. Suitable gasket materials include, but are not limited to, neoprene, nitrile, and silicone rubber. Alternatively, a watertight reaction chamber formed by a gasket sandwiched between the substrate and a chemically inert, water resistant material such as, but not limited to, black-anodized aluminum, thermoplastics (e.g., polystyrene, polycarbonate, etc), glass, etc.

In a specific aspect of the present invention, the delivery system can comprise a microcircuit arrangement including an imager, such as a CCD or IGFET-based (e.g., CMOS-based) imager and an ultrasonic sprayer for reagent delivery such as described in US Appln No. 20090197326, which is incorporated herein by reference.

In yet another aspect of the invention, the reagent delivery system controls the delivery of reagents to specific patterns on a substrate surface using semiconductor techniques such as masking and spraying. Specific areas of a substrate surface can be protected from exposure to reagents through use of a mask to protect specific areas from exposure. The reagents may be introduced to the substrate using conventional techniques such as spraying or fluid flow. The use of the masked substrate delivery results in a patterned delivery scheme on the substrate surface.

In a preferred aspect of the invention, the reagent delivery instrumentation is based on inkjet printing technology. There are a variety of different ink-jetting mechanisms (e.g., thermal, piezoelectric) and compatibility has been shown with aqueous and organic ink formulations. Sets of independently actuated nozzles can be used to deliver multiple reagents at the same time, and very high resolutions can be achieved.

Software for Use in the Assay System

In order to target specific sites of interest, an informative image of the biological section to be analyzed can be used to assist in the reagent delivery methods and associated encoding scheme. Sample regions can be identified using image processing (e.g., images of cell types differentiated by immunohistochemistry or other staining chemistries) integrated with the other features of the assay system. In some aspects, software is used to automatically translate this information into a reagent delivery pattern. A mechanism to register and align very precisely the biological sample in a targeting system is thus a preferred component of the assay systems of the invention. Mechanisms such as the use of fiducial markers on slides and other very accurate physical positioning systems can be adapted to this purpose.

Additional software components will also be key components that will be part of a complete assay system. The invention thus preferably comprises a complete suite of software tailored to the assay system. Optionally, oligonucleotide design software will be customized for the spe-

US 11,761,030 B2

29

cific assay to be run, and may be integrated as a part of the system. Also optionally, algorithms and software for data analysis may be integrated to assist in determination of results of the assays. This can be especially useful, as the type of dataset that will be generated will be novel, particularly as a consequence of scale. The ability to provide algorithms and software tools that are specifically designed for analysis of spatially-associated data for significant patterns, including pattern-analysis software and visualization tools, is a novel feature that will enhance the value of the data generated by the assay systems.

In certain aspects, the assay system will comprise processes for making and carrying out quality control of reagents, e.g., the integrity and sequence fidelity of oligonucleotide pools. In particular, reagents will need to be formulated for compatibility with the reagent delivery instrumentation. Factors such as volatility, stability at key temperatures, and chemical compatibility can be optimized by those skilled in the art upon reading the present disclosure.

Applications of Assay System

It will be apparent to one skilled in the art upon reading the present disclosure that there are numerous very important areas of biological research, diagnostics, and drug development that will benefit from a high throughput means to simultaneously measure the presence or absence and spatial location of a biological molecule in a sample. For example, this technology combining the ability to analyze semi-quantitatively the expression of many different genes with the ability to image the spatial organization of expression across many cells in a tissue is enabling for many different areas of basic research. The following are exemplary uses and are by no means meant to be limiting in scope.

In one example, 3-dimensional patterns of expression can be determined by analyzing a series of tissue sections, in a manner analogous to image reconstruction in CT scanning. This can be used to measure changes in gene expression in disease pathology, e.g., in cancerous tissue and/or a tissue upon injury, inflammation or infection. With the assay systems of the invention, more detailed information on gene expression and protein localization in complex tissues can be obtained. This may lead to new insights into the function and regulation both in normal and diseased states, and is likely to provide new hypotheses that can be tested. For example, a system of the invention may enable some of the insights gained from many individual studies and larger programs like ENCODE (Birney et al., 2007) and modEN-CODE to be integrated at the tissue level. The assay systems will also aid in computational efforts to model interacting networks of gene expression in the field of systems biology.

The assay systems also provide a novel approach that enables the analysis of somatic variation. e.g., somatic mutations in cancer or variability in response to infectious organisms. For example, tumors are typically high hetero-geneous, containing cancer cells as well as genetically normal cells in an abnormal local environment. Cancer cells undergo mutation and selection, and in this process it is not unusual for local clones to develop. Identifying relatively rare somatic mutations in the context of tumors may enable the study of the role of key mutations in the selection of clonal variants. Transcriptional patterns associated with angiogenesis, inflammation, or other cancer related processes in both cancer and genetically normal cells can be analyzed for insights into cancer biology and assist in the development of new therapeutic agents for the treatment of cancers.

30

In another example, different people have varying susceptibility to infectious organisms, and much of this may be to underlying genetic differences in individuals and/or populations. Identifying these differences will aid in an understanding of the underlying disease pathologies and assist in the development of vaccines or therapeutics to prevent or ameliorate these disease states.

Importantly, in addition to providing spatially associated information, the technology of the invention will allow a great increase in the sensitivity of detecting rare mutations. The reason is that signal to noise can be dramatically increased because the approach of the invention assays a small location in any given reaction. In a typical assay for rare mutations in a mixed sample, the sample is treated in bulk, i.e. nucleic acids are extracted from many cells into a single pool. Thus, if a mutation is present in 1 cell in 10,000, it must be detected against a background of normal DNA from ~10,000 cells. In contrast, with the systems of the invention many cells can be analyzed, but individual cells or small groups of cells would be identified by the spatial coding system. Therefore, the background can be reduced by orders of magnitude, greatly increasing sensitivity. Furthermore, the spatial organization of mutant cells can be observed. This may be particularly important in detecting key mutations in tissue sections in cancer. Already, molecular histological analyses are yielding insights into cancer biology and may have potential for use in diagnostics (Choe et al., 2003). The technology of the invention promises to greatly increase the power of such approaches.

EXAMPLES

The following examples are put forth so as to provide those of ordinary skill in the art with a complete disclosure and description of how to make and use the present invention, and are not intended to limit the scope of what the inventor regards as his invention. nor are they intended to represent or imply that the experiments below are all of or the only experiments performed. It will be appreciated by persons skilled in the art that numerous variations and/or modifications may be made to the invention as shown in the specific embodiments without departing from the spirit or scope of the invention as broadly described. The present embodiments are, therefore, to be considered in all respects as illustrative and not restrictive.

Efforts have been made to ensure accuracy with respect to numbers used (e.g., amounts, temperature, etc.) but some experimental errors and deviations should be accounted for. Unless indicated otherwise, parts are parts by weight, molecular weight is weight average molecular weight, temperature is in degrees centigrade, and pressure is at or near atmospheric.

Example 1: Initial Proof of Concept of Encoding Scheme

As an initial proof of concept, a model system is developed using a microarray to demonstrate a working single-plex assay. The basic design validates the concept of the assay, and establishes a working assay prior to addressing issues related to the analysis of a more complicated biological sample. Conventional sequencing is used as a readout for this proof of concept.

A microarray is used as a proxy for a tissue section. The target sequences of the microarray are fully specified, so that the composition of the targets are known and can be varied systematically. Synthetic oligonucleotide templates are

10XC-00005095

US 11,761,030 B2

31                                                        32

attached to a glass slide via a 5' amino modification. Each slide has a single oligonucleotide template sequence, and the assays that are carried out may employ either ligation, or extension followed by ligation as this may be useful in determining certain polymorphisms.

Once the in situ part of the assay is complete, the reaction products are eluted and analyzed by qPCR to determined presence or absence of a product and estimate yield, and by conventional sequencing to determine the structure of the assay products. The single plex assays that are tested include appropriate positive and negative controls, and a single nucleotide variant (SNV) to check ability to discriminate single base variants.

Example 2: Scalability

The complexity of the assay system is increased to establish scalability of the assay for use in high throughput studies. Scalability of both the spatial encoding and assay systems is demonstrated by carrying out a 24-plex×24-site assay using a microarray model system.

The amount of biological target, here a DNA target sequence, at each assay location is systematically varied on microarray substrate. For example, in a microarray with 50 micron spot size (center to center), a 1 mm² area contains ~400 spots. The region around each site is optionally occupied by a region that is devoid of these spots to allow individual resolvability of the target sequences. Alternatively, the spots may be clustered, with two or more directly adjacent spots surrounded by or adjacent to a region that is devoid of target sequences.

In order to demonstrate that spatial encoding is accurate, the sites comprise different target compositions to show that the assay readout matches the expected composition of each site. With 24 target sequences, a simple digital pattern is made with each site having a different set of 12 targets present and 12 targets absent, to make a binary code (0=absent, 1=present). The assay readout is then determined to show that the detected regions match the expected signal after spatial decoding. In this particular example, the code space is large enough ($2^{24}$) so that even a few errors would not result in different codes being mixed up. Moreover, this design allows identification of errors and allows an estimation not only of accuracy of spatial encoding but also of accuracy calling the presence or absence of target sequences. In an exemplary aspect, a 4×4 arrangement of 16 sequences is used for the array configuration. A white square indicates that the sequence is absent and a black square that it is present, i.e. 8 of the 16 possible sequences are present in this sample. In a different sample, a different pattern of absent and present sequences can be constructed. In this way, unique patterns are associated with spatial locations so that the accuracy of spatial encoding can be measured.

The ability to detect quantitative differences is evaluated by generating dose-response curves for each of the 24 assays that are carried out at each site in a 24-site assay. This allows estimation of the limit of detection, dynamic range, and power to detect a given fold-change across the range.

In one aspect, a latin square design is used to represent individual targets at different ratios by varying the number of features for each target. In other words, with multiple spots in a site, the number of spots allocated to each of the 24 target sequences can be varied and each of the 24 sites can have a different composition. A 1×3 inch microarray is sufficiently large to permit multiple replicates. This larger set of 24 sequences will require deconvolution, and this is accomplished using high throughput techniques such as

next-generation sequencing technologies (e.g., SOLiD™ technology (Life Technologies, Inc., Carlsbad, CA) or Genome Analyzer (Illumina, Inc., San Diego, CA)). The use of the 24-plex assay demonstrates both the accuracy of spatial encoding and decoding, and the quantitative response of the assay system.

Example 3: Adaptation of the Assay to Preserved Samples

Genomic DNA is assayed as a proof of concept for assaying RNA, as it provides a way to establish a single-copy reference signal. Once a working assay is developed for FFPE samples, it is adapted to an RNA assay. To this end, assay oligonucleotide concentrations are assayed to ensure compatibility with high multiplexing. Assuming a cell diameter of 10 microns, and delivery of a 10 micron diameter reagent droplet to an individual cell, the volume of the droplet will be ~500 μl and can contain ~3×10¹¹ molecules at a 1 μM concentration. To assay 1,000 target sequences in 10,000 cells, ~2,000 targeting oligonucleotides would be required in a droplet. Therefore, each droplet could contain ~160 million copies of each assay oligo, a vast excess over the few thousand target sequences in a cell.

The handling of small absolute numbers of product molecules generated from very small or compromised samples are enhanced to counter the issue of low recovery efficiency; that is, elution is efficient and losses resulting from adsorption of molecules to surfaces are prevented. An approach to addressing the latter issue is to include a carrier material, such as glycogen or carrier nucleic acids.

Example 4: Adapting the Assay to a Biological Sample

A control RNA template is immobilized to a solid support in order to create an artificial system. The assay is performed using T4 DNA ligase, which can repair nicks in DNA/RNA hybrids. Assays are carried out on matched slides, or different sections of the same slide, where in one case gDNA is assayed and in the other RNA is assayed. When assaying gDNA the slide can be pretreated with RNase, and when assaying RNA the slide is pretreated with DNase. Results of the assay are confirmed by extracting gDNA or RNA and quantitating the relative amounts by qPCR or RT-qPCR respectively.

In order make the tissue section RNA assays as informative as possible, pre-existing information on expression levels in specific tissues to target transcripts across a range of abundances are used in the assay design. Both high abundance transcripts, as well as some medium and low abundance transcripts, are targeted to enable an initial assessment of the quantitative performance characteristics of the assay.

The preceding merely illustrates the principles of the invention. It will be appreciated that those skilled in the art will be able to devise various arrangements which, although not explicitly described or shown herein, embody the principles of the invention and are included within its spirit and scope. Furthermore, all examples and conditional language recited herein are principally intended to aid the reader in understanding the principles of the invention and the concepts contributed by the inventors to furthering the art, and are to be construed as being without limitation to such specifically recited examples and conditions. Moreover, all statements herein reciting principles, aspects, and embodiments of the invention as well as specific examples thereof,

10XC-00005096

US 11,761,030 B2

33

are intended to encompass both structural and functional equivalents thereof. Additionally, it is intended that such equivalents include both currently known equivalents and equivalents developed in the future, i.e., any elements developed that perform the same function, regardless of structure. The scope of the present invention, therefore, is not intended to be limited to the exemplary embodiments shown and described herein. Rather, the scope and spirit of present invention is embodied by the appended claims. In the claims that follow, unless the term "means" is used, none of the features or elements recited therein should be construed as means-plus-function limitations pursuant to 35 U.S.C. § 112, ¶6.

The invention claimed is:

1. A composition comprising an array comprising a substrate, a plurality of beads, and a plurality of capture probes, wherein:

the plurality of beads are attached to the substrate;

each of the capture probes of the plurality of capture probes comprises a nucleic acid sequence comprising from the bead surface: (i) a primer binding site, (ii) a nucleic acid sequence that identifies a unique location on the substrate and is not configured to hybridize to a target nucleic acid that binds to a target nucleic acid binding domain, and (iii) the target nucleic acid-binding domain;

the target nucleic acid-binding domain of each of the plurality of capture probes comprises a nucleic acid sequence capable of hybridizing to at least a portion of the target nucleic acid that binds to the target nucleic acid-binding domain; and

the plurality of beads was previously positioned on the substrate in a random pattern.

2. The composition of claim 1, wherein the array further comprises a fiducial marker.

3. The composition of claim 1, wherein the plurality of capture probes are attached to the plurality of beads by their 5' ends.

4. The composition of claim 1, wherein the plurality of capture probes are attached to the plurality of beads by their 3' ends.

5. The composition of claim 1, wherein the plurality of capture probes are covalently attached to the plurality of beads.

6. The composition of claim 1, wherein each of the plurality of beads comprises at least 1,000 capture probes.

7. The composition of claim 1, wherein the composition further comprises a biological sample disposed on the array.

8. The composition of claim 7, wherein the biological sample comprises cells.

9. The composition of claim 7, wherein the biological sample is a tissue sample.

10. The composition of claim 1, wherein the target nucleic acid is RNA.

11. The composition of claim 10, wherein the RNA is mRNA.

12. The composition of claim 1, wherein the target nucleic acid is RNA.

13. The composition of claim 12, wherein the DNA is genomic RNA.

34

14. Composition of claim 1, wherein the target nucleic acid-binding domain is identical for each of the plurality of capture probes.

15. The composition of claim 1, wherein the composition further comprises the target nucleic acid hybridized to a target nucleic acid-binding domain of at least one of the plurality of capture probes.

16. A composition comprising (i) an array comprising a substrate, a plurality of beads, and a plurality of capture probes, and (ii) a tissue section, wherein:

the tissue section is disposed on the array;

the plurality of beads are attached to the substrate;

each of the capture probes of the plurality of capture probes comprises a nucleic acid sequence comprising from the bead surface: (i) a primer binding site, (ii) a nucleic acid sequence that identifies a unique location on the substrate and is not configured to hybridize to a target nucleic acid that binds to a target nucleic acid binding domain, and (iii) the target nucleic acid-binding domain;

the target nucleic acid-binding domain of each of the plurality of capture probes comprises a nucleic acid sequence capable of hybridizing to at least a portion of the target nucleic acid that binds to the target nucleic acid-binding domain; and

the plurality of beads was previously positioned on the substrate in a random pattern.

17. The composition of claim 16, wherein the array further comprises a fiducial marker.

18. The composition of claim 16, wherein the plurality of capture probes are attached to the plurality of beads by their 5' ends.

19. The composition of claim 16, wherein the plurality of capture probes are attached to the plurality of beads by their 3' ends.

20. The composition of claim 16, wherein the plurality of capture probes are covalently attached to the plurality of beads.

21. The composition of claim 16, wherein each of the plurality of beads comprises at least 1,000 capture probes.

22. The composition of claim 16, wherein the tissue section is a fixed tissue section.

23. The composition of claim 22, wherein the fixed tissue section is a formalin-fixed paraffin-embedded tissue section.

24. The composition of claim 16, wherein the tissue section is a fresh frozen tissue section.

25. The composition of claim 16, wherein the target nucleic acid is RNA.

26. The composition of claim 25, wherein the RNA is mRNA.

27. The composition of claim 16, wherein the target nucleic acid is DNA.

28. The composition of claim 27, wherein the DNA is genomic DNA.

29. The composition of claim 16, wherein the target nucleic acid-binding domain is identical for each of the plurality of capture probes.

30. The composition of claim 16, wherein the composition further comprises the target nucleic acid hybridized to a target nucleic acid-binding domain of at least one of the plurality of capture probes.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 11,761,030 B2                                    Page 1 of 1
APPLICATION NO.     : 18/074992
DATED               : September 19, 2023
INVENTOR(S)         : Mark S. Chee

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

    In the Claims

    Column 33, Line 59, in Claim 12, delete "RNA." and insert -- DNA. --.

    Column 33, Line 61, in Claim 13, delete "RNA." and insert -- DNA. --.

    Column 34, Line 1, in Claim 14, delete "Composition" and insert -- The composition --.

Signed and Sealed this
Fifth Day of December, 2023

*Katherine Kelly Vidal*

Katherine Kelly Vidal
*Director of the United States Patent and Trademark Office*

# Exhibit I

# Exhibit J

Article

# Slide-tags enables single-nucleus barcoding for multimodal spatial genomics

https://doi.org/10.1038/s41586-023-06837-4

Received: 26 March 2023

Accepted: 6 November 2023

Published online: 13 December 2023

Open access

Check for updates

Andrew J. C. Russell[1,2,15], Jackson A. Weir[1,3,15], Naeem M. Nadaf[1,15], Matthew Shabet[1], Vipin Kumar[1], Sandeep Kambhampati[1,4], Ruth Raichur[1], Giovanni J. Marrero[1], Sophia Liu[1,5,6], Karol S. Balderrama[1], Charles R. Vanderburg[1], Vignesh Shanmugam[1,7], Luyi Tian[1,3], J. Bryan Iorgulescu[1,8,9,10,14], Charles H. Yoon[11], Catherine J. Wu[1,8,9,10], Evan Z. Macosko[1,12] & Fei Chen[1,2]

Recent technological innovations have enabled the high-throughput quantification of gene expression and epigenetic regulation within individual cells, transforming our understanding of how complex tissues are constructed[1–6]. However, missing from these measurements is the ability to routinely and easily spatially localize these profiled cells. We developed a strategy, Slide-tags, in which single nuclei within an intact tissue section are tagged with spatial barcode oligonucleotides derived from DNA-barcoded beads with known positions. These tagged nuclei can then be used as an input into a wide variety of single-nucleus profiling assays. Application of Slide-tags to the mouse hippocampus positioned nuclei at less than 10 μm spatial resolution and delivered whole-transcriptome data that are indistinguishable in quality from ordinary single-nucleus RNA-sequencing data. To demonstrate that Slide-tags can be applied to a wide variety of human tissues, we performed the assay on brain, tonsil and melanoma. We revealed cell-type-specific spatially varying gene expression across cortical layers and spatially contextualized receptor–ligand interactions driving B cell maturation in lymphoid tissue. A major benefit of Slide-tags is that it is easily adaptable to almost any single-cell measurement technology. As a proof of principle, we performed multiomic measurements of open chromatin, RNA and T cell receptor (TCR) sequences in the same cells from metastatic melanoma, identifying transcription factor motifs driving cancer cell state transitions in spatially distinct microenvironments. Slide-tags offers a universal platform for importing the compendium of established single-cell measurements into the spatial genomics repertoire.

Technology development efforts in genomics during the past decade have produced an extensive toolkit of single-cell and single-nucleus sequencing methods, enabling high-throughput molecular characterization of many macromolecules[1–6]. However, missing from these measurements is the cytoarchitectural organization of the cells being profiled. Spatially resolved sequencing technologies aim to address this drawback by barcoding macromolecules with oligonucleotides of which the spatial positions are known[7–10]. However, direct transfer of design principles from single-cell sequencing methods to spatially resolved profiling is often impossible, necessitating the reinvention of each molecular assay (such as transcriptomics[8,9], mutations[7] or assay for transposase-accessible chromatin with sequencing (ATAC–seq)[11–13]) in a spatial context. Furthermore, while single-cell computational tools

are extremely mature[14], additional sources of noise in spatial genomics techniques require their redesign as well, for example, to address problems with cellular mixing[15–17]. An alternative to capture-based strategies is to isolate single cells while retaining spatial barcoding information; to date, this has been demonstrated only at a limited spatial resolution and with sparse sampling of tissues[18,19]. An ideal spatial genomics technology would (1) efficiently capture cell profiles from tissue sections; (2) resolve cellular positions at low-micrometre resolutions; and (3) be generally applicable to any single-cell methodology.

Here we introduce Slide-tags, a method in which cellular nuclei from an intact frozen tissue section are 'tagged' with spatial barcode oligonucleotides derived from DNA-barcoded beads with known positions. Isolated nuclei are then profiled using existing single-cell

[1]Broad Institute of Harvard and MIT, Cambridge, MA, USA. [2]Department of Stem Cell and Regenerative Biology, Harvard University, Cambridge, MA, USA. [3]Biological and Biomedical Sciences Program, Harvard University, Cambridge, MA, USA. [4]Department of Biomedical Informatics, Harvard University, Boston, MA, USA. [5]Biophysics Program, Harvard University, Boston, MA, USA. [6]Harvard-MIT Division of Health Sciences and Technology, Massachusetts Institute of Technology, Cambridge, MA, USA. [7]Department of Pathology, Brigham and Women's Hospital, Harvard Medical School, Boston, MA, USA. [8]Department of Medical Oncology, Dana-Farber Cancer Institute, Boston, MA, USA. [9]Department of Medicine, Brigham and Women's Hospital, Harvard Medical School, Boston, MA, USA. [10]Division of Stem Cell Transplantation and Cellular Therapies, Dana-Farber Cancer Institute, Boston, MA, USA. [11]Department of Surgical Oncology, Brigham and Women's Hospital, Harvard Medical School, Boston, MA, USA. [12]Department of Psychiatry, Massachusetts General Hospital, Boston, MA, USA. [13]Present address: Guangzhou Laboratory, Guangdong, China. [14]Present address: Molecular Diagnostics Laboratory, Department of Hematopathology, Division of Pathology and Laboratory Medicine, The University of Texas MD Anderson Cancer Center, Houston, TX, USA. [15]These authors contributed equally: Andrew J. C. Russell, Jackson A. Weir, Naeem M. Nadaf. ✉e-mail: emacosko@broadinstitute.org; chenf@broadinstitute.org

CURIO00001882

# Article

methods with the addition of spatial positions. We demonstrate the tissue versatility of Slide-tags by assaying adult and developing mouse brain, human cerebral cortex, human tonsil and human melanoma. Across tissues and species, we import spatially tagged nuclei into standard workflows for single-nucleus RNA-sequencing (snRNA-seq), single-nucleus ATAC–seq (snATAC–seq) and TCR sequencing. Slide-tags is also readily integrated into established single-cell computational workflows, such as copy-number variation (CNV) inference. In doing so, we take advantage of the truly single-cell, spatially resolved, multi-modal capacity of Slide-tags to reveal cell-type-specific spatially varying gene expression, spatially contextualize receptor–ligand interactions and examine genetic and epigenetic factors participating in tumour microenvironments.

## Labelling nuclei with spatial barcodes

We previously developed densely packed spatially indexed arrays of DNA-barcoded 10 μm beads, generated using split-pool phosphoramidite synthesis and indexed by sequencing-by-ligation[7,9,20]. In our original Slide-seq methodology, DNA or RNA from tissues was captured and spatially barcoded using these arrays. In our Slide-tags technology, we photocleave and diffuse these bead-derived spatial barcodes into 20 μm fresh frozen tissue sections to associate them with nuclei (Fig. 1a). We postulated that, once these barcodes are associated with nuclei, they could be used as input to established single-nucleus sequencing approaches (Methods) with only minor protocol modifications.

## Slide-tags snRNA-seq in the mouse brain

To benchmark our approach, we performed Slide-tags followed by droplet-based snRNA-seq on a 20 μm coronal section of the adult mouse hippocampus, which has a highly stereotyped architecture that is useful for validating spatial techniques[9]. We dissociated and sequenced 1,661 nuclei from a 3 mm² area coronal tissue section, clustering the data using a standard single-cell pipeline[21] (Fig. 1b) and annotating clusters using well-established cell class markers (Extended Data Fig. 1). Multiple spatial barcodes were detected per nucleus, enabling higher assignment confidence than when using protocols in which only one spatial barcode is associated with a cell (Fig. 1c). To spatially position our single-nucleus transcriptomes, we used density-based spatial clustering of applications with noise (DBSCAN)[22] to remove background spatial barcodes from the true signal (Methods, Extended Data Fig. 2 and Supplementary Fig. 1). Nuclei are then assigned a spatial coordinate using the unique molecular identifier (UMI)-weighted centroid of the DBSCAN-clustered spatial barcodes denoted the true signal (Methods). Using this procedure, we assigned spatial locations to 839 high-quality nucleus profiles (50.5% of profiled nuclei, 11,250 median UMIs per nucleus). Examination of the spatial positions of individual clusters recapitulated the expected cytoarchitectural arrangement of the hippocampus (Fig. 1d). Furthermore, spatial expression profiles of individual genes matched existing in situ hybridization data[23] (Fig. 1e). To quantify spatial positioning accuracy, we first compared the width of the hippocampal subfield cornu ammonis area 1 (CA1) in Slide-tags with a Nissl-stained serial section and found that the width of the Slide-tags feature was congruent with the Nissl image (Extended Data Fig. 3). Moreover, we found that we could accurately localize sub-cell types in the deep and superficial layers of the CA1 (Extended Data Fig. 3 and Supplementary Table 1). Second, we calculated the standard error for each centroid in x and y, and estimated the accuracy to be $3.5 \pm 1.9$ μm in x and $3.6 \pm 2$ μm in y (mean ± s.d., $n = 839$ nuclei; Extended Data Fig. 2j). Third, we quantified the nucleus misassignment rate by leveraging the stereotyped structure of the CA1 and dentate gyrus. We found that 98.7% of CA1 (155 out of 157) and dentate granule (312 out of 316) neurons were localized in the CA1 pyramidal layer and the dentate gyrus, respectively (Extended Data Fig. 1b). We investigated whether the tagging procedure

affected the resultant snRNA-seq data quality by comparing standard snRNA-seq with Slide-tags followed by snRNA-seq on adjacent sections of the mouse hippocampus. We found that recovered cell type proportions (Pearson's $r = 0.96$, $P < 2.2 \times 10^{-16}$), UMIs recovered per cell (Pearson's $r = 0.96$, $P < 2.2 \times 10^{-16}$) and gene expression (Pearson's $r = 0.99$, $P < 2.2 \times 10^{-16}$) were all unaffected by the tagging procedure (Fig. 1g–i). Slide-tags is also well correlated with bulk RNA-seq from the same tissue region (Extended Data Fig. 4a; Pearson's $r = 0.92$). Thus, Slide-tags generated data that are almost indistinguishable from snRNA-seq with a theoretical ~3 μm spatial localization accuracy.

We next performed Slide-tags snRNA-seq on a 7 mm² area sagittal section of the embryonic mouse brain at embryonic day 14 (E14; Extended Data Fig. 5a,b), which has been frequently used for benchmarking new spatial transcriptomics technologies[10,20]. We sequenced and spatially positioned 4,584 nuclei (4,594 median UMIs per nucleus), which we clustered and annotated by cell type (Extended Data Fig. 5c–e). Compared with existing approaches, sci-Space and XYZ-seq, for single-cell spatial placement, Slide-tags achieved 20–50-fold higher spatial resolution and recovered 4.5-fold more nuclei per unit area. We also recovered 1.8-fold more UMIs and 1.7-fold more genes per nucleus than adjacent technologies at a sequencing saturation of 48% (Extended Data Fig. 5f).

Finally, we also benchmarked Slide-seq performance in relation to Slide-seq and DBIT-seq in the adult mouse brain. We found that Slide-tags achieves a significantly higher molecular sensitivity (13,142 transcripts per nucleus versus 1,702 and 2,538 transcripts per 20 μm² pixel for Slide-seq (binned) and DBIT-seq, respectively; Extended Data Fig. 4). Note that, even in high-resolution capture-based spatial transcriptomics, pixels capture mixtures of transcriptomes from nearby cells, hindering unsupervised clustering of cell type identity and marker gene identification (Extended Data Fig. 4).

## Slide-tags snRNA-seq in the human cortex

The human cerebral cortex has a well-characterized cytoarchitecture in which specific subpopulations of neurons are arranged in discrete layers. Existing sequencing approaches can resolve broad patterns of spatially varying gene expression in human cortex[24], but assignment of spatially variable genes to specific cell types is challenging using these methods. We reasoned that Slide-tags could be used for facile profiling of human brain tissue, most especially to discover cell-type-specific spatial gene expression patterns. We profiled a 100 mm² region of the human prefrontal cortex from a neurotypical donor aged 78 years (Methods), recovering 17,441 high-quality spatially mapped nuclei with a median of 3,196 UMIs per nucleus (Fig. 2a). Clustering analysis revealed the expected neuronal and glial cell types, recapitulating known layer distributions and spatial structures (Fig. 2b–d and Extended Data Fig. 6a,b). We computationally integrated (Methods) an existing snRNA-seq dataset[25] that includes layer annotations for 91 neuron subtypes, recovering the expected spatial distributions across subtypes (Fig. 2e,f and Supplementary Figs. 2 and 3). Similarly, astrocytes could be clustered into two distinct populations that spatially segregated between white and grey matter regions (Fig. 2g). Quantification of the laminar position of each of these excitatory, inhibitory and astrocytic populations showed them to be accurately positioned within the white matter and cortical layers (Fig. 2h).

We next used our whole-transcriptome, spatially resolved snRNA-seq profiles to systematically identify spatially varying genes in each cell type. We plotted the layer distributions of the highest spatially varying genes (Methods and Supplementary Table 2) for excitatory neurons (Fig. 2i and Supplementary Fig. 4), recovering many well-known laminar markers such as CUX2, RORB and FOXP2 (Extended Data Fig. 6c), as well as for inhibitory neurons (Extended Data Fig. 6d and Supplementary Fig. 5a) and astrocytes (Extended Data Fig. 6e and Supplementary Fig. 6). Notably, we also identified spatially varying genes within

CURIO00001883



**Fig. 1 | Slide-tags enables single-nucleus spatial transcriptomics in the mouse hippocampus. a,** Schematic of Slide-tags. A 20-µm fresh-frozen tissue section is applied to a monolayer of randomly deposited, DNA-barcoded beads that have been spatially indexed. These DNA spatial barcodes are photocleaved and associate with nuclei. Spatially barcoded nuclei are then profiled using established droplet-based single-nucleus sequencing technologies. The diagram was created using BioRender. **b,** Uniform manifold approximation and projection (UMAP) embedding of snRNA-seq profiles coloured by cell type annotations. DG, dentate gyrus; oligo, oligodendrocyte. **c,** The signal spatial barcode clusters after noise filtering by DBSCAN for selected cells, coloured according to cell type annotations (as in **b**) and the number of spatial barcode UMIs. Raw plots for these cells are plotted in Extended Data Fig. 2k. **d,** Slide-tags enables localization of nuclei to spatial coordinates in the mouse hippocampus; cells are coloured according to cell type annotation (as in **b**). **e,** Spatial expression of known marker genes compared with in situ hybridization data from the Allen

Mouse Brain Atlas[23]. Colour scales, normalized average counts. **f,** The distance from the centroid for each of the spatial barcodes across all signal spatial barcode clusters; points are coloured by the two-dimensional kernel density estimation with an axis-aligned bivariate normal kernel, evaluated on a square grid. Kernel density estimates are displayed for $x$ and $y$. For the plots on the outside, the centre lines show the median, and the adjacent lines show the upper and lower quartiles. **g–i,** Comparison metrics plotted for snRNA-seq compared with Slide-tags snRNA-seq, performed on consecutive sections. **g,** Cell type proportions and mean UMIs per cell are plotted by cell type. **h,** The normalized average UMI counts were determined per gene across all cells. **i,** Normalized average counts. Expression counts for each cell were divided by the total counts for that cell and multiplied by 10,000, this value + 1 was then natural-log transformed. $r$ is the Pearson correlation coefficient. The error bands denote the 95% confidence intervals. For **c–e**, scale bars, 500 µm.

oligodendrocyte precursor cells (OPCs), which had not previously been known to have areal specializations (Fig. 2j and Supplementary Fig. 5b). Gene Ontology analysis of these spatially varying genes revealed a relationship with biological processes including cell–cell adhesion, cell junction assembly and axon development (Fig. 2k and Supplementary Table 3).

Genes can show spatially variable expression that may derive from several cell types, but assigning such expression variability to individual cell types can be very challenging using traditional spatial transcriptomics approaches owing to the mixing of individual pixels. Among our spatially varying genes, we identified several that were variable across multiple cell types, such as *SGCZ*, of which the spatial expression

CURIO00001884

# Article



**Fig. 2 | Spatially resolved cell-type-specific expression in the human brain using Slide-tags snRNA-seq. a**, Schematic of Slide-tags snRNA-seq analysis of a 10-mm square region of the human prefrontal cortex. Scale bar, 10 mm. The diagram was created using BioRender. **b**, UMAP embedding of snRNA-seq profiles, coloured according to cell type assignment. **c**, Spatial mapping of snRNA-seq profiles, coloured by cell type as in **b**. **d**, A Nissl-stained tissue section adjacent to the profiled section. **e**, Spatial mapping of grouped excitatory neuron subtypes. L1–6, cortical layers 1–6. **f**, Spatial mapping of grouped inhibitory

neuron subtypes. **g**, Spatial mapping of astrocyte (AS) subtypes. GM, grey matter; PP, protoplasmic; WM, white matter. **h**, The layer specificity of grouped excitatory neuron, grouped inhibitory neuron and AS subtypes. **i,j**, Heat maps of one-dimensional gene expression for excitatory neurons (**i**) and OPCs (**j**). **k**, Gene Ontology analysis of the highest spatially variable genes in each cell type. EX, excitatory; INH, inhibitory; $P_{adj}$, adjusted $P$ value. **l**, The spatial expression of genes with contrasting gradients across cell types. For **c**–**g**, scale bars, 500 μm.

variation in excitatory and inhibitory neurons was anticorrelated, and showed an orthogonal spatial distribution in OPCs (Fig. 2l). We performed additional Slide-tags snRNA-seq analysis of the human cortex, from this donor and another donor, and found that the nucleus mapping rate and subsequent density were congruent (Supplementary Table 4). Together, these results demonstrate the ability of Slide-tags to reproducibly and systematically uncover transcriptional variation within the cytoarchitecturally complex tissues of the human brain.

## Slide-tags snRNA-seq analysis of the human tonsil

A key challenge for spatial genomics technologies is the proper segmentation of densely packed tissues, such as those of immune origin. We reasoned that Slide-tags would be ideal in this setting, given that

segmentation is accomplished automatically by dissociating the tissue into individual nuclei. We therefore performed Slide-tags snRNA-seq analysis of the human tonsil (Fig. 3a–d), recovering 81,000 nuclei after dissociation from 7 mm² of tissue. We sequenced 8,747 of these nuclei, spatially mapping 5,778 high-quality snRNA-seq profiles (2,377 median UMIs per nucleus and 1,557 median genes per nucleus). Clustering of the data identified subpopulations of B and T cells, some of which are known to be spatially segregated (Extended Data Fig. 7a,b). Indeed, examination of the spatial positions of these clusters revealed the expected spatial architecture of the tissue, with B and T cell zones, as well as germinal centres composed of germinal centre B (GCB) cells, T follicular helper cells and follicular dendritic cells (Fig. 3c,d and Extended Data Fig. 7b). Subclassification of GCB cells into light-zone and dark-zone GCB cells is challenging using snRNA-seq data alone,

CURIO00001885



**Fig. 3 | Slide-tags enables cell-type-specific spatially varying gene expression analysis and spatial receptor–ligand interaction prediction within the human tonsil. a**, Schematic of Slide-tags snRNA-seq analysis of a 3-mm-diameter region of human tonsil tissue. Scale bar, 3 mm. The diagram was created using BioRender. **b**, UMAP embedding of snRNA-seq profiles coloured by cell type annotations. mDC, myeloid dendritic cells; pDC, plasmacytoid dendritic cells; T$_{FH}$ cells, T follicular helper cells. **c**, Spatial mapping of snRNA-seq profiles, coloured by cell type as in **b**. **d**, Adjacent haematoxylin and eosin (H&E)-stained section of the profiled region.

**e**, Magnified view of two germinal centres coloured by cell type. **f**, Expression of dark-zone and light-zone marker genes identified as spatially varying within germinal centres. **g**, GCB cell state classification and zone segmentation on the basis of the cluster density of dark-zone GCB cells. **h**, Spatial mapping of T$_{FH}$ cells and follicular dendritic cells on zoned germinal centres. **i**, Selected spatially co-occurring receptor–ligand interactions within certain sender–receiver cell type pairs. **j**, Spatial mapping of interaction intensity scores for CD40 in GCB cells and CD40LG in T$_{FH}$ cells. For **c**–**h** and **j**, scale bars, 500 μm.

as variation in gene expression space is low, requiring many cells to be sampled to uncover the distinction[26]. However, as reactive germinal centres are spatially polarized into light zones and dark zones, we reasoned that we could classify GCB cells by harnessing the combined spatial and single-cell data. To do so, we computed spatially varying genes within GCB cells through spatial permutation testing[20], identifying key markers of light-zone and dark-zone GCB cells (Fig. 3e,f and Supplementary Table 5). Dark-zone marker genes included *CXCR4* (double-sided permutation test, $Z$ score = 7.6, $P < 0.001$) and *AICDA* ($Z$ score = 6.9, $P < 0.001$)—genes associated with dark-zone organization and somatic hypermutation, respectively[27–29]. Light-zone-enriched

genes included *BCL2A1* ($Z$ score = 9.1, $P < 0.001$), an apoptosis regulator gene[30], and *LMO2* ($Z$ score = 21.3, $P < 0.001$), a transcription factor[31]. A subset of expected light-zone and dark-zone markers had relatively low variance in gene expression, but high spatial permutation effect sizes, demonstrating that spatial positions enhance interpretation of transcriptomic profiles (Extended Data Fig. 7c and Supplementary Table 6). Reclustering GCB cells on the basis of spatially varying genes enabled classification into dark-zone, light-zone and transitional cell states (Fig. 3g and Methods). We then segmented the two largest profiled germinal centres into light zones and dark zones through spatial clustering of dark-zone GCB cells, the most abundant GCB cell state

CURIO00001886

# Article

(Extended Data Fig. 7d). In corroboration of our zone segmentation, we found that T follicular helper cells were enriched in light zones while follicular dendritic cells were dispersed between the light zone and the dark zone (Fig. 3h; $\chi^2 = 43.7$, $P = 3.7 \times 10^{-11}$ (T follicular helper cells); and $\chi^2 = 0.58$, $P = 0.45$ (follicular dendritic cells)).

Immune cells engage in extensive cross-talk within and around germinal centres[32]. We wondered whether Slide-tags could reveal receptor–ligand interactions that drive such intercellular communication. We first nominated putative receptor–ligand interactions in a spatially agnostic manner using LIANA[33]. We next incorporated spatial information by performing a spatial permutation test to identify interactions that significantly co-occur spatially (Methods). Using this approach, we predicted 645 receptor–ligand interactions, many of which are well-characterized axes of signalling during B cell maturation (Fig. 3i and Supplementary Table 7). For example, we predicted interactions between CD40 and CD40LG within GCB cells and T follicular helper cells, a fundamental driver of the germinal-centre reaction[34]. We also identified downstream targets of canonical receptor–ligand interactions, such as TRAF3, important in regulating the intracellular effects of CD40–CD40LG binding[35].

Finally, we reasoned we could spatially contextualize receptor–ligand interactions within native tissue niches. Our predicted interactions can be decomposed into interaction intensity scores for individual cells based on expression and spatial co-occurrence of the receptor and ligand. For the 99 nominated receptor–ligand pairs between GCB cells, follicular dendritic cells and T follicular helper cells, we used our germinal-centre zone segmentations to assess light-zone and dark-zone enrichment in predicted interaction intensity. We revealed light-zone enrichment of 11 interactions and dark-zone enrichment of 9 interactions (Extended Data Fig. 7e and Supplementary Table 8). GCB CD40 receptor in interaction with T follicular helper cell CD40LG was highly enriched in light zones (Fig. 3j; Wilcoxon rank-sum test, $\log_2$(fold change (FC)) = 1.6, adjusted $P(P_{adj}) = 1.6 \times 10^{-9}$), whereas CD40 receptor expression alone was modestly dark-zone biased (Wilcoxon rank-sum test, $\log_2$[FC] = $-0.04$, $P = 0.047$). We also revealed zone-biased interactions with lesser-known importance in the germinal-centre reaction, such as the light-zone-enriched interaction between T follicular helper cell CD40LG and GCB CD53 (Extended Data Fig. 7e; Wilcoxon rank-sum test, $\log_2$[FC] = 1.6, $P = 2.3 \times 10^{-23}$). Together, Slide-tags enabled spatial contextualization of cell-type-specific receptor–ligand interactions that are not obvious by analysis of expression alone.

## Slide-tags multiome of human melanoma

Epigenetic dysregulation in cancer facilitates drug resistance and pro-metastatic cell state transitions[36–38]. Numerous studies of tumour heterogeneity have revealed clone-specific niches and immune compartments[7,39,40], but the role of epigenetic regulation in establishing and maintaining these spatial niches remains difficult to study. Concurrent spatial mapping of the genome, transcriptome and epigenomic landscape of the tumour microenvironment could offer insights into the complex mechanisms of tumour evolution. We therefore developed Slide-tags multiome, enabling simultaneous single-cell spatial profiling of mRNA and chromatin accessibility, along with CNV inference.

We first performed Slide-tags snRNA-seq analysis of a metastatic melanoma sample (Extended Data Fig. 8a–f). We recovered 10,960 nuclei after dissociation from 7 $mm^2$ of tissue, sequencing 6,464 of these nuclei and spatially mapping 4,804 high-quality snRNA-seq profiles (2,110 median UMIs per nucleus and 1,317 median genes per nucleus). In an adjacent section, we applied Slide-tags multiome, profiling the tagged nuclei using droplet-based combinatorial snATAC–seq and snRNA-seq (Fig. 4a,b). We spatially mapped 2,529 nuclei from a 38.3 $mm^2$ section and both modalities displayed high-quality data on the basis of basic technical performance metrics (Fig. 4b,c and Extended

Data Fig. 9a–e; median UMIs per nucleus = 5,228, median genes per nucleus = 2,429, transcription start site enrichment score = 11.5, median fragments per nucleus = 1,159, median fraction of unique fragments in peaks = 36.7%).

Unsupervised clustering of snRNA-seq and multiome data identified immune, stromal and tumour cell types (Fig. 4b and Extended Data Fig. 8d,e). The tumour cells were split into two subpopulations, denoted as tumour cluster 1 and tumour cluster 2, that segregated into spatially distinct compartments (Fig. 4b,c and Extended Data Fig. 8d). As CNV has an important role in melanoma tumour evolution[41,42], we sought to identify whether these transcriptional subpopulations represented distinct genetic clones. We inferred copy-number alterations using inferCNV[43], a standard scRNA-seq CNV inference tool, from the transcriptomes of each spatially mapped nucleus (Methods). Indeed, across both the snRNA-seq and the multiome data, we uncovered genomic differences consistent with the spatial and transcriptional separation between tumour cluster 1 and 2 (for example, CNV on chromosome 6; Fig. 4d and Extended Data Fig. 8f).

Our basic clustering analysis showed extensive T cell infiltration into both tumour compartments (Extended Data Figs. 8d and 9d). We wondered whether there might exist heterogeneous T cell responses to these genetically distinct compartments. First, we enriched for TCR sequences in our 1,020 spatially positioned CD8[+] T cell cDNA profiles, recovering 419 cells with α-chains (279 unique), 761 cells with β-chains (410 unique) and 358 cells with paired α- and β-chains (265 unique) (Supplementary Table 9). We found a TCRβ clonotype that was significantly expanded in tumour compartment 2 compared with in tumour compartment 1 (Fig. 4e; Fisher's exact test, odds ratio = 6.8, $P = 1.1 \times 10^{-11}$), in agreement with our previous report[44]. Given our high TCR pairing rate (Extended Data Fig. 9f), we also noted tumour compartment 2 expansion of CD8[+] T cells with this β-chain and a paired α-chain (Fisher's exact test, odds ratio = 11.9, $P = 9.6 \times 10^{-6}$). We observed that CD8[+] T cells in tumour compartment 2 were upregulated in cytotoxic $GZMB$ expression (Extended Data Fig. 9g and Supplementary Table 10). In addition to this T cell variation, we noted decreased expression of MHC class I endogenous antigen presentation genes in tumour cluster 1 relative to tumour cluster 2 (Extended Data Fig. 10 and Supplementary Table 11; gene set enrichment analysis, GO:0002484; overlap ratio = 0.71, $P_{adj} = 6.6 \times 10^{-6}$), potentially contributing to differential T cell clone infiltration between the tumour compartments. Thus, we observed a cytotoxic T cell clone specifically infiltrating into a spatially and genetically distinct tumour compartment. Although TCR expression has previously been spatially mapped[44,45], Slide-tags enables unambiguous assignment of receptor pairs to single cells.

To further investigate how chromatin accessibility and transcription informs tumour cell state and how this relates to the tumour microenvironment, we identified spatially segregated differential gene expression and differential chromatin gene scores between tumour subpopulations (Fig. 4f and Supplementary Table 12). $TNC$ and other mesenchymal-like cell state markers were found to be differentially expressed (Methods and Supplementary Figs. 7 and 8; $\log_2$[FC] = 2.1, $P_{adj} = 2.4 \times 10^{-61}$) and differentially accessible by chromatin gene score (Wilcoxon rank-sum test, $\log_2$[FC] = 0.81, $P_{adj} = 1.0 \times 10^{-12}$) in tumour cluster 1 compared with in tumour cluster 2 (Fig. 4g,h). We observed heterogeneity in $TNC$ chromatin accessibility and gene expression within tumour cluster 1, which has previously been associated with a mesenchymal-like cell state[46,47]. We therefore hypothesized that tumour cluster 1 may comprise two cell states: melanocytic like and mesenchymal like. We scored tumour cells for melanocytic-like and mesenchymal-like cell states using genes that were previously implicated in this transition[46]. While tumour cluster 2 was largely a melanocytic-like population, we observed melanocytic-like and mesenchymal-like scores were negatively correlated and heterogeneous in tumour cluster 1 (Fig. 4i,j and Extended Data Fig. 9h,i; Pearson's $r = -0.60$, $P < 2.2 \times 10^{-16}$). To uncover $trans$-acting factors associated

CURIO00001887



**Fig. 4 | Multiomic Slide-tags captures spatially resolved clonal relationships between single nuclei in human melanoma. a**, Schematic of joint snATAC-seq and snRNA-seq analysis of a 5.5-mm square region of a human melanoma lymph node metastasis. Scale bar, 5.5 mm. The diagram was created using BioRender. **b**, UMAP embeddings of snRNA-seq and snATAC-seq profiles coloured by cell type. Mono-mac, monocyte-derived macrophages, $T_{reg}$ cells, regulatory T cells. **c**, Spatial mapping of tumour cluster 1 and tumour cluster 2. **d**, Inferred copy-number alterations from transcriptomic data. NT, a representative subset of non-tumour cells. **e**, Spatial mapping of a TCR β-chain clonotype expanded in the tumour cluster 2 compartment, with the matched α-chain indicated above. Grey cells show the positions of all CD8+ T cells. **f**, Differential gene expression and differential chromatin gene scores between tumour cluster 1 and tumour cluster 2. The red points have $P_{adj} < 0.05$ for both tests. **g**, Genome coverage track and gene expression violin plot of TNC between tumour clusters. The range of

the normalized chromatin accessibility signal is 0–50. Chr., chromosome. **h**, The spatial distribution of TNC chromatin accessibility gene scores. Gene scores are $log_2$-transformed. **i**, Weighted nearest-neighbour (WNN) UMAP embedding of tumour cells, with cells coloured according to mesenchymal-like and melanocytic-like cell state scores. **j**, Spatial mapping of mesenchymal-like cell state scores in tumour cells. **k**, Spatial autocorrelation of accessibility in chromVAR transcription factor motifs correlated with mesenchymal-like cell state scores. The red points indicate spatial autocorrelation Moran's I raw $P < 0.05$ and significant correlation with mesenchymal-like score ($P_{adj} < 0.05$). The green points indicate only spatial autocorrelation raw $P < 0.05$. The blue points indicate only significant correlation with mesenchymal-like score ($P_{adj} < 0.05$). Only chromVAR transcription factor motifs with a positive Moran's I are shown. For **c**, **e**, **h** and **j**, scale bars, 500 μm.

CURIO00001888

## Article

with this transition, we first identified accessible transcription factor motifs that were correlated with mesenchymal-like score within tumour cluster 1 using chromVAR[48] (Fig. 4k ($x$ axis) and Supplementary Table 13; $P_{adj} < 0.05$); positively correlated transcription factor motifs included FOS/JUN-family members, which have previously been implicated in mesenchymal-like melanoma states, and IRF-family transcription factors. Negatively correlated transcription factor motifs included MITF, a factor involved in maintaining the melanocytic lineage[49,50]. Although such epigenomic signatures driving mesenchymal-like state have previously been identified in single cells, their localization within tissues is lacking. To answer whether such epigenetic signatures were spatially non-random, we performed spatial autocorrelation analysis of transcription factor motif scores in the tumour cluster 1 compartment (Fig. 4k ($y$ axis) and Extended Data Fig. 9j). The top spatially autocorrelated transcription factor motifs associated with a mesenchymal-like state were JUN-, FOS and IRF family members with positive autocorrelation scores, suggesting that these epigenomic signatures are locally clustered. Local clustering of epigenetic states is suggestive of inheritance of epigenetically reprogrammed states in cell division, or local signalling environmental drivers[37,51].

## Discussion

Here we developed Slide-tags, a spatial single-nucleus genomics technology that is widely applicable to tissues spanning different scales, species and disease states. We profiled Slide-tags nuclei isolated from the mouse and human adult brain using snRNA-seq, showing indistinguishable RNA data quality and high spatial positioning accuracy, and identifying cell-type-specific spatially varying genes across cortical layers. Applying Slide-tags snRNA-seq to densely packed human tonsil enabled spatial contextualization of predicted receptor–ligand interactions. Finally, to demonstrate the multimodal capacity of Slide-tags, we simultaneously profiled the transcriptome, epigenome and TCR repertoire of metastatic melanoma tissue, and inferred CNV from transcriptome data. We inferred copy-number alterations from transcriptome data and revealed spatial immune cell differences between genomically distinct clones. In a cytogenetically homogenous subclone, we identified two transitional tumour cell states and leveraged our single-nucleus spatial chromatin accessibility data to identify spatially autocorrelated transcription factor motifs likely to be participating in this mesenchymal-like transition.

Slide-tags offers several unique advantages as a spatial genomics technology. First, it is easily imported into frozen-tissue snRNA-seq experiments and enables the addition of spatially resolved data without requiring specialized equipment or sacrificing data quality. Second, the technique generates data intrinsically at the single-cell resolution, without the need for deconvolution and segmentation, and has a high sensitivity (2,000–10,000 UMIs per cell across our datasets). This substantially improves the ability to unbiasedly discover cell types and cell-type-specific gene expression in spatial data compared with pixel-based spatial transcriptomic technologies. Third, the technology is high-throughput, enabling many tissue sections to be profiled at once, and coverage of larger tissue sections through the construction of bigger bead arrays. Fourth, Slide-tags is easily adapted to many different single-cell and single-nucleus methodologies. Beyond our demonstration of spatial snRNA-seq + snATAC–seq, we envision that future adaptations of Slide-tags will enable the profiling of DNA[5,52], additional epigenetic modifications[6,53,54] and proteins[55]. Computational analyses of such data are uniquely enabled by the ability of Slide-tags to seamlessly leverage many existing single-cell computational workflows (for example, Seurat[21], InferCNV[43], ArchR[56]).

Although immediately useful in many applications, Slide-tags could be improved in two key ways. First, our method assays only a subset of nuclei in a tissue section. We estimate that the combination of dissociation and microfluidic losses during nuclei barcoding collectively account for around 75% of the nuclei lost. This loss reduces power in the discovery of pairwise interactions between cells, as well as molecular interactions between cells, which may be overcome through the scalability of Slide-tags profiling. This represents a path for substantial improvement through tissue-specific optimizations to the dissociation, and improved droplet microfluidics or, potentially, microfluidics-free single-nucleus methods that may barcode nuclei more efficiently[57]. Second, Slide-tags is currently limited to single-nucleus sequencing methods, primarily due to the ease of recovering nuclei from frozen tissues. Some methodologies strongly benefit from single-cell data, such as lineage tracing using mitochondrial genomic variants[58] and quantification of transcriptional kinetics[59]. Future iterations of our technology may be compatible with tagging whole single cells. Nonetheless, for routine tissue profiling, our current default approach is snRNA-seq (versus scRNA-seq), owing to advantages in protocol flexibility, increased nucleus yields, reduced tissue dissociation artefacts and improvements to cell sampling bias[60].

In recent years, a common experimental paradigm has evolved that pairs the collection of single-cell (or single-nucleus) data with spatial data to discover cell types, compare across conditions and discover spatial patterns within and across these types. Slide-tags represents a method to merge these experimental modalities into a unified approach, integrating the ascertainment of cytoarchitectural features with the standard collection of single-cell sequencing data. By importing the single-cell sequencing toolkit into the spatial repertoire, Slide-tags will serve as an invaluable tool to study tissue biology across organisms, ages and diseases.

## Online content

Any methods, additional references, Nature Portfolio reporting summaries, source data, extended data, supplementary information, acknowledgements, peer review information; details of author contributions and competing interests; and statements of data and code availability are available at https://doi.org/10.1038/s41586-023-06837-4.

1.  Zheng, G. X. Y. et al. Massively parallel digital transcriptional profiling of single cells. *Nat. Commun.* **8**, 14049 (2017).
2.  Macosko, E. Z. et al. Highly parallel genome-wide expression profiling of individual cells using nanoliter droplets. *Cell* **161**, 1202–1214 (2015).
3.  Cusanovich, D. A. et al. Multiplex single cell profiling of chromatin accessibility by combinatorial cellular indexing. *Science* **348**, 910–914 (2015).
4.  Klein, A. M. et al. Droplet barcoding for single-cell transcriptomics applied to embryonic stem cells. *Cell* **161**, 1187–1201 (2015).
5.  Vitak, S. A. et al. Sequencing thousands of single-cell genomes with combinatorial indexing. *Nat. Methods* **14**, 302–308 (2017).
6.  Mulqueen, R. M. et al. Highly scalable generation of DNA methylation profiles in single cells. *Nat. Biotechnol.* **36**, 428–431 (2018).
7.  Zhao, T. et al. Spatial genomics enables multi-modal study of clonal heterogeneity in tissues. *Nature* **601**, 85–91 (2022).
8.  Ståhl, P. L. et al. Visualization and analysis of gene expression in tissue sections by spatial transcriptomics. *Science* **353**, 78–82 (2016).
9.  Rodriques, S. G. et al. Slide-seq: a scalable technology for measuring genome-wide expression at high spatial resolution. *Science* **363**, 1463–1467 (2019).
10. Liu, Y. et al. High-spatial-resolution multi-omics sequencing via deterministic barcoding in tissue. *Cell* **183**, 1665–1681 (2020).
11. Deng, Y. et al. Spatial profiling of chromatin accessibility in mouse and human tissues. *Nature* **609**, 375–383 (2022).
12. Llorens-Bobadilla, E. et al. Solid-phase capture and profiling of open chromatin by spatial ATAC. *Nat. Biotechnol.* https://doi.org/10.1038/s41587-022-01603-9 (2023).
13. Zhang, D. et al. Spatial epigenome-transcriptome co-profiling of mammalian tissues. *Nature* https://doi.org/10.1038/s41586-023-05795-1 (2023).
14. Palla, G., Fischer, D. S., Regev, A. & Theis, F. J. Spatial components of molecular tissue biology. *Nat. Biotechnol.* https://doi.org/10.1038/s41587-021-01182-1 (2022).
15. Cable, D. M. et al. Robust decomposition of cell type mixtures in spatial transcriptomics. *Nat. Biotechnol.* **40**, 517–526 (2022).
16. Kleshchevnikov, V. et al. Cell2location maps fine-grained cell types in spatial transcriptomics. *Nat. Biotechnol.* **40**, 661–671 (2022).
17. Biancalani, T. et al. Deep learning and alignment of spatially resolved single-cell transcriptomes with Tangram. *Nat. Methods* **18**, 1352–1362 (2021).
18. Srivatsan, S. R. et al. Embryo-scale, single-cell spatial transcriptomics. *Science* **373**, 111–117 (2021).
19. Lee, Y. et al. XYZeq: spatially resolved single-cell RNA sequencing reveals expression heterogeneity in the tumor microenvironment. *Sci. Adv.* **7**, eabg4755 (2021).

CURIO00001889

20. Stickels, R. R. et al. Highly sensitive spatial transcriptomics at near-cellular resolution with Slide-seqV2. *Nat. Biotechnol.* **39**, 313–319 (2021).

21. Hao, Y. et al. Integrated analysis of multimodal single-cell data. *Cell* **184**, 3573–3587 (2021).

22. Xu, X., Ester, M., Kriegel, H.-P. & Sander, J. A distribution-based clustering algorithm for mining in large spatial databases. In *Proc. 14th International Conference on Data Engineering* 324–331 (IEEE, 1998).

23. Lein, E. S. et al. Genome-wide atlas of gene expression in the adult mouse brain. *Nature* **445**, 168–176 (2007).

24. Maynard, K. R. et al. Transcriptome-scale spatial gene expression in the human dorsolateral prefrontal cortex. *Nat. Neurosci.* **24**, 425–436 (2021).

25. Bakken, T. E. et al. Comparative cellular analysis of motor cortex in human, marmoset and mouse. *Nature* **598**, 111–119 (2021).

26. Victora, G. D. & Nussenzweig, M. C. Germinal centers. *Annu. Rev. Immunol.* **40**, 413–442 (2022).

27. Allen, C. D. C. et al. Germinal center dark and light zone organization is mediated by CXCR4 and CXCR5. *Nat. Immunol.* **5**, 943–952 (2004).

28. Revy, P. et al. Activation-induced cytidine deaminase (AID) deficiency causes the autosomal recessive form of the Hyper-IgM syndrome (HIGM2). *Cell* **102**, 565–575 (2000).

29. Muramatsu, M. et al. Class switch recombination and hypermutation require activation-induced cytidine deaminase (AID), a potential RNA editing enzyme. *Cell* **102**, 553–563 (2000).

30. Ottina, E. et al. Targeting antiapoptotic A1/Bfl-1 by in vivo RNAi reveals multiple roles in leukocyte development in mice. *Blood* **119**, 6032–6042 (2012).

31. Wadman, I. A. et al. The LIM-only protein Lmo2 is a bridging molecule assembling an erythroid, DNA-binding complex which includes the TAL1, E47, GATA-1 and Ldb1/NLI proteins. *EMBO J.* **16**, 3145–3157 (1997).

32. Papa, I. & Vinuesa, C. G. Synaptic interactions in germinal centers. *Front. Immunol.* **9**, 1858 (2018).

33. Dimitrov, D. et al. Comparison of methods and resources for cell-cell communication inference from single-cell RNA-seq data. *Nat. Commun.* **13**, 3224 (2022).

34. Elgueta, R. et al. Molecular mechanism and function of CD40/CD40L engagement in the immune system. *Immunol. Rev.* **229**, 152–172 (2009).

35. Ni, C. Z. et al. Molecular basis for CD40 signaling mediated by TRAF3. *Proc. Natl Acad. Sci. USA* **97**, 10395–10399 (2000).

36. Liau, B. B. et al. Adaptive chromatin remodeling drives glioblastoma stem cell plasticity and drug tolerance. *Cell Stem Cell* **20**, 233–246 (2017).

37. Sharma, S. V. et al. A chromatin-mediated reversible drug-tolerant state in cancer cell subpopulations. *Cell* **141**, 69–80 (2010).

38. Suvà, M. L., Riggi, N. & Bernstein, B. E. Epigenetic reprogramming in cancer. *Science* **339**, 1567–1570 (2013).

39. Lomakin, A. et al. Spatial genomics maps the structure, nature and evolution of cancer clones. *Nature* **611**, 594–602 (2022).

40. Erickson, A. et al. Spatially resolved clonal copy number alterations in benign and malignant tissue. *Nature* **608**, 360–367 (2022).

41. Gerstung, M. et al. The evolutionary history of 2,658 cancers. *Nature* **578**, 122–128 (2020).

42. Balázs, M. et al. Chromosomal imbalances in primary and metastatic melanomas revealed by comparative genomic hybridization. *Cytometry* **46**, 222–232 (2001).

43. Tickle, T., Tirosh, I., Georgescu, C., Brown, M. & Haas, B. inferCNV of the Trinity CTAT Project (2019); https://github.com/broadinstitute/inferCNV.

44. Liu, S. et al. Spatial maps of T cell receptors and transcriptomes reveal distinct immune niches and interactions in the adaptive immune response. *Immunity* **55**, 1940–1952 (2022).

45. Engblom, C. et al. Spatial transcriptomics of T and B cell receptors uncovers lymphocyte clonal dynamics in human tissue. Preprint at *bioRxiv* https://doi.org/10.1101/2022.11.22.516865 (2022).

46. Berico, P. et al. CDK7 and MITF repress a transcription program involved in survival and drug tolerance in melanoma. *EMBO Rep.* **22**, e51683 (2021).

47. Fukunaga-Kalabis, M. et al. Tenascin-C promotes melanoma progression by maintaining the ABCB5-positive side population. *Oncogene* **29**, 6115–6124 (2010).

48. Schep, A. N., Wu, B., Buenrostro, J. D. & Greenleaf, W. J. chromVAR: inferring transcription-factor-associated accessibility from single-cell epigenomic data. *Nat. Methods* **14**, 975–978 (2017).

49. Pedri, D., Karras, P., Landeloos, E., Marine, J.-C. & Rambow, F. Epithelial-to-mesenchymal-like transition events in melanoma. *FEBS J.* **289**, 1352–1368 (2022).

50. Tirosh, I. et al. Dissecting the multicellular ecosystem of metastatic melanoma by single-cell RNA-seq. *Science* **352**, 189–196 (2016).

51. Shaffer, S. M. et al. Memory sequencing reveals heritable single-cell gene expression programs associated with distinct cellular behaviors. *Cell* **182**, 947–959 (2020).

52. Gonzalez-Pena, V. et al. Accurate genomic variant detection in single cells with primary template-directed amplification. *Proc. Natl Acad. Sci. USA* **118**, e2024176118 (2021).

53. Bartosovic, M., Kabbe, M. & Castelo-Branco, G. Single-cell CUT&Tag profiles histone modifications and transcription factors in complex tissues. *Nat. Biotechnol.* **39**, 825–835 (2021).

54. Kaya-Okur, H. S. et al. CUT&Tag for efficient epigenomic profiling of small samples and single cells. *Nat. Commun.* **10**, 1930 (2019).

55. Chung, H. et al. Joint single-cell measurements of nuclear proteins and RNA in vivo. *Nat. Methods* **18**, 1204–1212 (2021).

56. Granja, J. M. et al. ArchR is a scalable software package for integrative single-cell chromatin accessibility analysis. *Nat. Genet.* **53**, 403–411 (2021).

57. Clark, I. C. et al. Microfluidics-free single-cell genomics with templated emulsification. *Nat. Biotechnol.* https://doi.org/10.1038/s41587-023-01685-z (2023).

58. Ludwig, L. S. et al. Lineage tracing in humans enabled by mitochondrial mutations and single-cell genomics. *Cell* **176**, 1325–1339 (2019).

59. La Manno, G. et al. RNA velocity of single cells. *Nature* **560**, 494–498 (2018).

60. Slyper, M. et al. A single-cell and single-nucleus RNA-seq toolbox for fresh and frozen human tumors. *Nat. Med.* **26**, 792–802 (2020).

**Publisher's note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

 **Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/.

© The Author(s) 2023, corrected publication 2023

CURIO00001890

# Article

## Methods

### Sample information and processing

**Mouse brain. Mouse housing.** Mice were group-housed under a 12 h–12 h light–dark schedule and allowed to acclimatize to their housing environment for 2 weeks after arrival. All of the procedures involving animals at the Broad Institute were conducted in accordance with the US National Institutes of Health Guide for the Care and Use of Laboratory Animals under protocol number 0120-09-16 and approved by the Broad Institutional Animal Care and Use Committee.

**Brain preparation.** At 56 days of age, male C57BL/6J mice were anaesthetized by administration of isoflurane in a gas chamber flowing 3% isoflurane for 1 min. Anaesthesia was confirmed by checking for a negative tail-pinch response. Animals were moved to a dissection tray and anaesthesia was prolonged through a nose cone flowing 3% isoflurane for the duration of the procedure. Transcardial perfusions were performed with ice-cold pH 7.4 HEPES buffer containing 110 mM NaCl, 10 mM HEPES, 25 mM glucose, 75 mM sucrose, 7.5 mM MgCl$_2$ and 2.5 mM KCl to remove blood from the brain and other organs sampled. For use in regional tissue dissections, the brain was removed immediately and frozen for 3 min in liquid nitrogen vapour and then moved to −80 °C for long term storage.

Whole C57BL/6J mouse embryos at E14 (MF-104-14-Ser) were purchased from Zyagen and stored at −80 °C until use. A pregnant mouse was perfused with PBS before collection and snap-freezing of the whole embryo.

**Human brain.** Post-mortem autopsy tissue (Brodmann area 9 cortex) from a healthy, older, female, control individual was obtained from the University of Miami Brain Endowment Bank at the Miller School of Medicine. Tissue was collected in accordance with the standard patient informed consent procedures of the Brain Endowment Bank in effect at the time of collection and subject to approval or an exemption determination by their Institutional Review Board. Use of the tissue at the Broad Institute was approved by the Office of Research Subject Protection project NHSR-4235. This cortical sample was stored at −80 °C until use after equilibration at −20 °C in the cryostat. As a quality-control step, the tissue architecture was assessed by Nissl staining after frozen sectioning at 20 μm, and the RNA integrity was determined using TRIzol extraction followed by an RNA-integrity number (RIN) assay using the Agilent RNA nano 6000 Bioanalyzer method (RIN = 7.2).

**Human tonsil.** Anonymized excess tissue specimens were obtained from a patient who underwent a palatine tonsillectomy procedure for tonsillar enlargement. The specimens were embedded in OCT, snap-frozen and stored at −80 °C. As a quality-control step, the tissue architecture was assessed using H&E staining, and the RNA integrity was determined using the Tapestation RNA ScreenTape system (RIN$^e$ > 7.5). The use of the tissue at the Broad Institute was approved by the Office of Research Subject Protection project IRB-6429.

**Human metastatic melanoma.** Samples were acquired from a patient who underwent axillary lymphadenectomy for metastatic *BRAF*-mutant melanoma before starting PD-1 inhibitor. The sample was embedded in OCT, snap-frozen after surgery and stored at −80 °C. The use of the tissue at the Broad Institute was approved by the Office of Research Subject Protection project NHSR-4182.

### Histological processing

For sections that were stained using Nissl, glass-mounted frozen tissue sections (10 or 20 μm) were equilibrated to room temperature and excess condensate was wiped off. Sections were fixed in 70% ethanol for 2 min, followed by rehydration in ultrapure water for 30 s. Excess water was wiped off and slides were stained with Arcturus Histogene Solution (Thermo Fisher Scientific, 12241-05) for 4 min. Excess dye was tapped off and the slides were rehydrated in water for 10 s for destaining. Slides were sequentially fixed in 70, 90 and 100% ethanol for 30 s, 10 s and 1 min, respectively, post-fixed in xylene solution for 1 min then mounted with Fisher Chemical Permount (SP15-100) and cover-slipped. Images were acquired using the Keyence BZ-800XE microscope under a Nikon Apo ×10 objective or the Leica Aperio VERSA Brightfield, Fluorescence & FISH Digital Pathology Scanner under a ×10 objective.

For sections that were stained using H&E, glass-mounted frozen tissue sections (10 or 20 μm) were equilibrated to room temperature and the excess condensate was wiped off. Sections were dipped in xylene, processed through a graded ethanol series and stained with haematoxylin. The nuclei were 'blued' by treatment with a weakly alkaline solution, and washed with water. Sections were stained with eosin, processed through a graded ethanol series, xylene, dehydrated and cover-slipped. Bright-field images were taken using the Leica Aperio VERSA Brightfield, Fluorescence & FISH Digital Pathology Scanner under a ×10 objective.

### Barcoded bead synthesis, array fabrication and sequencing

PLRP-S resin (1,000 Å, 10 μm; Agilent Technologies, PL1412-4102) was used for the barcoded oligonucleotide synthesis. The loading of the non-cleavable linker on resin was adjusted to approximately 30 μmol g$^{-1}$. The Akta OligoPilot 10 oligonucleotide synthesizer was used for synthesis (850 mg scale). The PC linker (10-4920-90) and reverse phosphoramidites (10-0001, 10-9201, 10-0301 and 10-5101-10) were purchased from Glen Research. A 0.1 M solution of phosphoramidites was prepared in anhydrous acetonitrile, and 0.3 M BMT (BI0166-1005, Sigma-Aldrich) was used as an activator for coupling (single coupling, 6 min). Two capping steps (before and after oxidation) were performed with the cap A (BI0224-0505, Sigma-Aldrich) and cap B (BI:B21:1; BI0347-0505, BI0349-0505 Sigma-Aldrich) reagents. For the 6.3 ml column, capping was performed by 1 CV or 1.5 CV for 1 min; and, for the 1.2 ml column, 2 CV for 0.5 min. The oxidation (5 equiv) was performed with 0.05 M iodine in pyridine (BI0424-1005, Sigma-Aldrich). The detritylation step was performed using 3% dichloroacetic acid in toluene (BI0832-2505, Sigma-Aldrich).

After the oligonucleotide synthesis, the protecting groups were removed by incubating the resin in 40% aqueous methylamine for 24 h at room temperature (20 mg resin per 2 ml). The beads were washed twice with water (1 ml), three times with methanol (1 ml), three times with 1:1 acetonitrile:water and three times with acetonitrile (1 ml). Finally, the beads were washed three times with 10 mM Tris buffer pH 7.5 containing 0.01% Tween-20 and stored in the same buffer at 4 °C. It was observed that oligos were released in the buffer if the beads were stored for long periods of time. To remove the released oligos, beads were washed with 70% acetonitrile/water and resuspended in storage buffer.

Synthesized sequences for the Slide-tags experiments (PC in the sequences denote photocleavable linker) were as follows: (1) incorporation of capture sequence by ligation: the bold bases denote the region that is complementary to the sequence of the 10x gel beads (SLAC beads): 5′-TTT_PC_zCCGGTAATACGACTCACTATAGGGCTACACGACGCTCTTCC GATCTJJJJJJJTTCTTCAGCGTTCCCGAGAJJJJJJJNNNNNNNVVGCTCGGAC ACATGGGCG-3′, 10x FB1 extension: 5′-GAGCTTTGCTAACGGTCGA **GGCTTTAAGGCCGGTCCTAGCAA**-3′, splint: 3′-CTGTGTACCCGCC TCGAAACGATTGC-5′; (2) Direct synthesis of capture sequence on beads (TAGS beads): 5′-TTT-PC-GTGACTGGAGTTCAGACGTGT GCTCTTCCGATCTJJJJJJJTTCTTCAGCGTTCCCGAGAJJJJJJJNNNNNNNVV **GCTTTAAGGCCGGTCCTAGCAA**-3′; (3) poly(A) beads: 5′-TTT-PC-GT GACTGGAGTTCAGACGTGTGCTCTTCCGATCTJJJJJJJTTCTTCAGCGTT CCCGAGAJJJJJJJNNNNNNNVVA30.

Array preparation and sequencing were performed as described previously[20].

### Slide-tags procedure

Fresh frozen tissues were cryo-sectioned to 20 μm on a Cryostat (CM1950, Leica) at −16 °C. Precooled 2 mm circular (3331P/25, Integra),

3 mm circular (3332P/25, Integra) or 5.5 mm square custom-made biopsy punches were used to isolate regions of interest from tissue sections. The punched tissue regions were then placed onto the puck, ensuring that there were no folds. A finger was placed onto the bottom of the puck to melt the tissue while trying to prevent rolling. Immediately, this puck was placed onto the glass slide and placed on ice, and 6–10 µl of dissociation buffer (82 mM $Na_2SO_4$, 30 mM $K_2SO_4$, 10 mM glucose, 10 mM HEPES, 5 mM $MgCl_2$) was placed on top of the puck so that the buffer covered the whole puck. The puck was then placed under an ultraviolet (365 nm) light source (0.42 mW mm$^{-2}$, Thorlabs, M365LP1-C5, Thorlabs, LEDD1B) for 30 s (TAGS beads) or 3 min (SLAC beads), to cleave the same amount of spatial barcode oligonucleotides between bead designs (Extended Data Fig. 2). After photo-cleavage, the puck was incubated for 7.5 min (TAGS beads) or 5 min (SLAC beads) and then placed into a 12-well plate (Corning, 3512). Using a 200 µl pipette, ten 200 µl aliquots of extraction buffer (dissociation buffer, 1% Kollidon VA64, 1% Triton X-100, 0.01% BSA, 666 U ml$^{-1}$ RNase-inhibitor (Biosearch technologies, 30281-1)) were dispensed onto the puck for a total volume of 2 ml. Dispensed extraction buffer was triturated up and down on the puck 10–15 times to release the tissue. This step was repeated until the tissue was completely removed from the puck. The puck was removed, and mechanical dissociation of the supernatant was performed using 1 ml pipette 20–25 times trituration to fully dissociate the tissue. Dissociated nuclei were removed from the well and the well was rinsed twice with 1 ml of wash buffer (82 mM $Na_2SO_4$, 30 mM $K_2SO_4$, 10 mM glucose, 10 mM HEPES, 5 mM $MgCl_2$, 50 µl of RNase-inhibitor (Biosearch technologies, 30281-1)), which was added to the nucleus suspension. Wash buffer was added to the tube to a final volume of 20 ml. This 20 ml was mixed and divided equally into another 50 ml falcon tube. Nuclei were centrifuged in a precooled swinging bucket centrifuge at 600*g* for 10 min at 4 °C. After centrifugation, 19.5 ml of the supernatant was removed, leaving 500 µl in each tube. The pellet was resuspended and pooled. This pooled suspension was then filtered using a precooled 40 µm cell strainer (Corning, 431750). DAPI (Thermo Fisher Scientific, 62248) was added to the filtered solution at a 1:1,000 dilution and incubated for 5–7 min at 4 °C. This was then centrifuged at 200*g* for 10 min at 4 °C. The supernatant was removed, leaving 50 µl of pellet. The pellet was resuspended and nuclei were counted manually using a C-Chip Fuchs-Rosenthal disposable haemocytometer (INCYTO, DHC-F01-5).

### Sequencing library preparation

**snRNA-seq library preparation.** For Slide-tags snRNA-seq experiments, 43.3 µl of counted nuclei was loaded into the 10x Genomics Chromium controller using the Chromium Next GEM Single Cell 3′ Kit v3.1 (10x Genomics, PN-1000268). The Chromium Next GEM Single Cell 3′ Reagent Kits v3.1 (Dual Index) with Feature Barcode Technology for Cell Surface Protein CG000317 was used according to the manufacturer's recommendations with slight modifications. Spatial barcode libraries were prepared as cell-surface protein library preparations. The number of PCR cycles used for the index PCR step in the cell-surface protein library preparation (step 4.1f) for 5.5 × 5.5 mm TAGS arrays was 7; for 3 mm diameter TAGS arrays the number of cycles was 9.

For the mouse brain sample, ligated pucks (see sequence in the 'Barcoded bead synthesis, array fabrication and sequencing' section) were used for spatial barcoding. For this sample, a custom PCR protocol was used instead of step 4.1: 10 µl of cleaned supernatant from step 2.3, 50 µl NEBNext High-Fidelity 2× PCR Master Mix (NEB, M0541S), 2.5 µl STAG_P701_NEX (10 µM), 2.5 µl 10 µM P5-Truseq Hybrid oligo and 35 µl ultrapure DNase/RNase-free distilled water (Invitrogen, 10977015). In this sample, ten PCR cycles were performed according to the manufacturer's recommendations.

**snATAC-seq and snRNA-seq library preparation.** For Slide-tags multiomic snATAC-seq and snRNA-seq experiments, 43.3 µl of counted nuclei was loaded into the 10x Genomics Chromium controller using the Chromium Next GEM Single Cell Multiome ATAC + Gene Expression Reagent Bundle (10x Genomics, PN-1000283). The Chromium Next GEM Single Cell Multiome ATAC + Gene Expression CG000338 Rev F user guide was used according to the manufacturer's recommendations with slight modifications. During step 4.1, 1 µl of 0.329 µM spike-in primer (5′-GTGACTGGAGTTCAGACGT-3′) was added. For spatial barcode libraries, a custom PCR protocol was used: 5 µl of cleaned supernatant from step 4.3, 50 µl NEBNext High-Fidelity 2× PCR Master Mix (NEB, M0541S), 2.5 µl 10 µM STAG_iP7_a1 oligo (5′-CAAGCAGAAGACGGCATACGAGATATTTACC GCAGTGACTCGGATTCAGACGT*G*T-3′), 2.5 µl 10 µM P5-STAG_ip5_a1 oligo (5′-AATGATACGGCGACCACCGAGATCTACACGACAATAAA GACACTCTTTCCCTACACGACGC*T*C-3′), 40 µl ultrapure DNase/RNase-free distilled water (Invitrogen, 10977015). In this sample, 15 PCR cycles were performed according to the protocol used in the Chromium Next GEM Single Cell 3′ Reagent Kits v3.1 (Dual Index) with Feature Barcode technology for Cell Surface Protein CG000317 Rev C user guide step 4.1.

**TCR enrichment and library preparation.** We enriched TCRs from Slide-tags multiome cDNA as previously described[44] with the following modifications (https://www.protocols.io/view/slide-tcr-seq-v3-ivt-n92ldp6w8l5b/v2).

### Sequencing

We sequenced scRNA-seq and spatial barcode libraries on the Illumina NextSeq 1000 instrument using a p2100 cycle kit (Illumina, 20046811). For some libraries, resequencing was performed to improve the sequencing depth, on an Illumina NovaSeq instrument using the S Prime platform.

### Slide-tags data preprocessing

**snRNA-seq data.** We used Cell Ranger (v.6.1.2)[1] mkfastq (10x Genomics) to generate demultiplexed FASTQ files from the raw sequencing reads. We aligned these reads to either the human GRCh38 or mouse mm10 genome while including intronic reads with --include-introns, and quantified gene counts as UMIs using Cell Ranger count (10x Genomics). For mouse embryo, human brain, tonsil and melanoma, we used CellBender v.0.2.0 for background noise correction and cell calling[61], setting --expected-cells to the number of Cell Ranger cell calls, --total-droplets-included to 40,000 and --learning-rate to 0.00005 (only when the default parameters were insufficient to produce cell probability calls of majority zero and one).

**Multiomic snATAC-seq and snRNA-seq data.** We used Cell Ranger-arc (v.2.0.2) mkfastq (10x Genomics) to generate demultiplexed FASTQ files from the raw sequencing reads. We aligned these reads to the human GRCh38 genome, and quantified gene counts as UMIs using Cell Ranger-arc count (10x Genomics). For the gene expression data, we then used CellBender for background noise correction and cell calling as described above.

**Spatial barcode data.** After creating demultiplexed FASTQ files, we searched using grep for reads containing the spatial barcode universal primer constant sequence. We then downsampled the spatial barcode-containing FASTQ file to 25 million reads using seqtk v.1.3-r106 for computational efficiency and consistency across runs. We then matched candidate cell barcodes in the spatial barcode FASTQ file with true cell barcodes outputted from either Cell Ranger v.6.1.2 or CellBender[61] (Supplementary Table 14), generating a data frame of candidate spatial barcode sequences per true cell barcode. From this data frame, we matched candidate spatial barcode sequences with a whitelist of in situ sequenced spatial barcodes, assigning each true spatial barcode a spatial coordinate.

CURIO00001892

# Article

**Assignment of spatial locations to nuclei.** Slide-tags nuclei are assigned $x,y$ coordinates corresponding to the distribution of spatial barcodes per nucleus (Supplementary Fig. 1). First, snRNA-seq or multiome data are preprocessed as described above to generate a gene-by-cell-barcode count matrix. The whitelist of cell barcodes from Cell Ranger and spatial barcodes from in situ bead array sequencing are matched in the spatial barcode FASTQ to generate a spatial-barcode-by-cell-barcode matrix. Spatial barcodes with outlier UMI counts (that is, UMI > 256) are removed as these probably represent beads dislodged from the glass slide during nucleus isolation and encapsulated in droplets with nuclei (data not shown). Then, taking the set of spatial barcodes and their $x,y$ coordinates for each cell barcode, DBSCAN[62,63] (v.1.1–11) is used to filter out noise spatial barcodes before spatial positioning of nuclei (Supplementary Fig. 1c). DBSCAN outputs a cluster assignment for each spatial barcode. Cluster = 0 corresponds to noise spatial barcodes without a clear spatial distribution, and cluster of numbers greater than zero correspond to signal spatial barcodes with discrete spatial clustering. We did not assign spatial positions to nuclei with all spatial barcodes denoted noise, or to nuclei with multiple signal clusters. From the remaining nuclei with one distinct spatial barcode signal cluster, we filtered out noise spatial barcodes and computed a UMI-weighted centroid of spatial barcode coordinates in the signal cluster. DBSCAN required two parameters as input: minPts and eps. To determine the optimal parameter set for each Slide-tags run, we iterated through minPts parameters from minPts = 3 to minPts = 15 under a constant eps = 50 and chose the parameter set with the highest proportion of nuclei that are assigned a spatial position (a single DBSCAN signal cluster). Sankey plots were generated using Sankeymatic (https://sankeymatic.com/).

**TCR sequences.** TCR sequences were identified using MiXCR (v.4.1.0)[64,65] and assigned to cell barcodes using a hamming distance 1 collapse.

## Mouse brain analysis

**Quality control and cell type assignment.** The output generated by Cell Ranger was read into R (v.4.1.1) using Seurat (v.4.3.0)[21]. Filtering steps are quantified in Supplementary Fig. 1b. We normalized the total UMIs per nucleus to 10,000 (CP10K) and log-transformed these values to report gene expression as $E = \log[\text{CP10K} + 1]$. We identified the top 2,000 highly variable genes after using variance-stabilizing transformation correction[66]. All gene expression values were scaled and centred. For visualization in two dimensions, we embedded nuclei in a UMAP[67] using the top 30 principal components, with number of neighbours = 40, min_dist = 0.3, spread = 15, local connectivity = 12 and the cosine distance metric. We identified shared nearest neighbours using the top 30 principal components. Clusters of similar cells were detected using the Louvain method for community detection, implemented using FindClusters, with resolution = 0.8. Each cell was then assigned a predicted identity based on mapping to a mouse adult brain reference dataset[16] using FindTransferAnchors and then TransferData, with the first 25 principal components in both cases. For each computed cell cluster, an identity was assigned using the highest proportion of transferred labels, and confirmed using known markers genes.

**Assessment of spatial positioning accuracy. Spatial barcode metrics calculations.** We measured the accuracy of spatial positioning for the 839 cell barcodes corresponding to high-quality mapped cells in our mouse hippocampus dataset (Fig. 1). For each of these cells, we used the spatial barcodes belonging to the DBSCAN singlet cluster and calculated the standard error for both $x$ and $y$ coordinates using:

$$\text{s.e.} = \frac{\sigma}{\sqrt{N}},$$

where $N$ is the number of spatial barcode UMIs in the cluster, and $\sigma$ is the s.d. of each of the spatial barcode UMIs from the centroid of the cluster.

In addition to the s.e., other metrics were calculated for each DBSCAN singlet cluster. Namely, the geometric mean distance of spatial barcodes from the centroid:

$$x_{\text{geom}} = \left( \prod_{i=1}^{n} \left| x_i - C \right| \right)^{\frac{1}{n}},$$

where $n$ is the number of spatial barcode UMIs in the cluster, and $x_i - C$ is the absolute distance between each spatial barcode UMI and the cluster centroid.

For each cell that had only a single DBSCAN cluster, additional metrics were calculated (Extended Data Fig. 2d–g). The total number of unique spatial barcode sequences, and spatial barcode UMIs associated with each cell was calculated, regardless of whether it was in the singlet DBSCAN cluster or not. The ratio of spatial barcode UMIs within and outside the DBSCAN singlet cluster was then calculated as the proportion of signal spatial barcodes per cell.

**CA1 width analysis.** A serial section of the profiled region was stained using Nissl and imaged. Cells were segmented from this image using watershed segmentation in MATLAB (release 2021b) and the centroid of each segment was calculated. Next, these coordinates were read into R and DBSCAN was used to isolate cells belonging to the CA1 region, with the following parameters: eps = 35, minPts = 20. The image region was cropped to match that of the profiled Slide-tags region. For both datasets, a tenth-order (Nissl) or nineth-order (Slide-tags) linear model was fitted through these points, generating a central curve. For each spatial barcode UMI, the nearest neighbour on this curve in Euclidean space was determined and the distance from these two points was recorded as the distance from the fitted line.

**CA1 sublayer analysis.** Nuclei that belonged to the CA1 cluster were subsetted, and the top 1,000 highly variable genes in this subset of nuclei was identified after using variance-stabilizing transformation correction[66]. Principal component analysis (PCA) was performed using these variable genes. We identified shared nearest neighbours using the top 25 principal components. Clusters of similar cells were detected using the Louvain method for community detection, implemented using FindClusters, with resolution = 0.5. Differentially expressed genes between the two clusters were identified using FindMarkers with the default parameters. Sublayer labels were assigned to each cluster using previously identified gene expression markers[68,69]. In situ hybridization data for comparative plots were obtained from the Allen Mouse Brain Atlas[23].

**Comparison of Slide-tags snRNA-seq versus snRNA-seq data.** For each sample, Cell Ranger was run as described above, and the outputs were run through Cell Ranger aggr (v6.1.2) to account for differences in the sequencing depth per cell. The result was a combined matrix of 25,158 nuclei, with 25,107 mean reads per cell, 2,309 median UMIs per cell and 1,438 median genes per cell. The filtered feature–barcode matrix generated by Cell Ranger was then read into R (v.4.1.1) using Seurat (v.4.3.0)[21]. We normalized the total UMIs per nucleus to 10,000 (CP10K) and log-transformed these values to report gene expression as $E = \log[\text{CP10K} + 1]$. We identified the top 2,000 highly variable genes after using variance-stabilizing transformation correction[66]. All gene expression values were scaled and centred. For visualization in two dimensions, we embedded nuclei in a UMAP[67] using the top 40 principal components, with number of neighbours = 40, min_dist = 0.3, spread = 15, local connectivity = 12 and the cosine distance metric. We identified shared nearest neighbours using the top 40 principal components. Clusters of similar cells were detected using the Louvain method for community detection, implemented using FindClusters, with resolution = 1. Each cell was then assigned a predicted identity based on mapping to a mouse adult brain reference dataset[16] using FindTransferAnchors and then TransferData, with the first 25 principal

CURIO00001893

components in both cases. These cell type designations were then used for comparative analysis going forward. Cells designated Unk_1 or Unk_2 were removed from the analysis as these cells showed low quality metrics and were not interpretable labels.

**Comparison of Slide-tags snRNA-seq versus bulk RNA-seq.** To compare the capture of both Slide-tags snRNA-seq and Slide-seq to bulk RNA-seq data, we used a bulk RNA-seq dataset from the mouse brain that we published previously[9]. To generate this dataset, the stranded mRNA Truseq kit (Illumina, 20020594) was used to prepare stranded poly(A) selection libraries from a dissected sagittal mouse hippocampus. The libraries were sequenced and transcripts per million (TPM) for each gene were generated using RSEM[70] post-alignment with STAR[71]. For Slide-seq data, we used two previously published datasets: Slide-seqV1 (ref. 9) Puck_180819_6 and Slide-seqV2 (ref. 20) Puck_200115_08. The average TPM (APTM) was computed by summing counts for each gene across all beads on a puck and dividing by the sum of all UMIs on the puck, and dividing by 1 million (total UMI counts/1 million). For Slide-tags snRNA-seq data, to make an appropriate comparison, data were quantified to exclude intronic reads. The APTM was then computed by summing counts for each gene across all nuclei on the puck used in Fig. 1g–i, and dividing by the sum of all UMIs across all nuclei, and dividing by 1 million (total UMI counts/1 million). The per-gene distribution for each of these values (bulk TPM and Slide-seq ATPM) was plotted and linear regression was performed to calculate the Pearson's correlation coefficient.

**Comparison of Slide-tags snRNA-seq with Slide-seqV2 and DBiT-seq.** Slide-tags snRNA-seq mouse hippocampus data were compared with Slide-seqV2 (ref. 20) mouse brain and DBiT-seq mouse brain data (Spatial-ATAC-RNA-seq[13]). For gene and UMI count comparisons, Slide-seq data were spatially binned to 20 μm spatial square pixels. Slide-tags snRNA-seq data were processed and nuclei were embedded in UMAP space as described above. Slide-seqV2 and DBiT-seq total UMIs per spatial spot (10 μm beads in Slide-seqV2) were normalized to 10,000 (CP10K) and log-transformed to report gene expression as $E = \log[CP10K + 1]$. The top 2,000 highly variable genes were identified after using variance-stabilizing transformation correction[66]. Gene expression values were scaled and centred. For visualization in two dimensions, we embedded spatial spots in UMAP space using the top 30 principal components, with number of neighbours =30, min_dist = 0.3, spread =1, local connectivity = 1 and the cosine distance metric. We identified shared nearest neighbours using the top 30 principal components. For Slide-seqV2, clusters of similar cells were detected using the Louvain method for community detection, implemented using FindClusters, with resolution = 1. RNA clusters from the Spatial-ATAC-RNA-seq publication[13] were used for DBiT-seq data. Standard deviations for the top 30 principal components were plotted using ElbowPlot in Seurat. Dot plots display the SCTransformed expression values for DBiT-seq from the Spatial-ATAC-RNA-seq publication.

**Mouse embryonic brain at E14 analysis**
The output generated by Cell Ranger was read into R (v.4.1.1) using Seurat (v.4.3.0)[21]. We normalized the total UMIs per nucleus to 10,000 (CP10K) and log-transformed these values to report gene expression as $E = \log[CP10K + 1]$. We identified the top 2,000 highly variable genes after using variance-stabilizing transformation correction[66]. All gene expression values were scaled and centred. For visualization in two dimensions, we embedded nuclei in a UMAP[67] using the top 30 principal components, with number of neighbours = 40, min_dist = 0.3, spread = 15, local connectivity = 12 and the cosine distance metric. We identified shared nearest neighbours using the top 30 principal components. Clusters of similar cells were detected using the Louvain method for community detection, implemented using FindClusters, with resolution = 0.8. Each cell was then assigned a predicted identity

based on mapping to a mouse embryo at E14 reference dataset[18], using FindTransferAnchors in both cases. For each computed cell cluster, an identity was assigned using the highest proportion of transferred labels, and confirmed using known marker genes.

**Human brain analysis**
**Quality control and cell type assignment.** The output generated by Cell Ranger was filtered by CellBender and read into R (v.4.2.2). The matrix was subsetted down to cells that had exactly one DBSCAN location and fewer than 5% mitochondrial UMIs, which were then loaded into Seurat (v.4.3.0)[21] to perform normalization, finding variable features, scaling, PCA, finding neighbours (dims=30) and finding clusters, and to create a UMAP, all with the default parameters (unless otherwise specified). Each cluster was assigned a cell class (excitatory neuron, inhibitory neuron, oligodendrocyte, OPC, Astroce, endothelial cell, microglia) by plotting canonical cell type marker genes on the UMAP and manually assigning each cluster a cell type. Subsequently, excitatory and inhibitory neuron subtypes were made apart from a published human cortex dataset[25] by label transfer using Harmony v.0.1.1 and spatially plotted in Supplementary Figs. 2b and 3b.

**Identification of layers and layer-dependent gene expression.** The layer assignment of each cell (L1–2, L3–5, L6, WM) was obtained by manually drawing boundaries between the layer-specific mapped neuron subtypes and assigning each cell a label depending on which two boundaries it was between. The numerical laminar coordinate was then calculated by taking the Euclidean distance of each cell to the nearest boundary and dividing it by the sum of the distances to the two neighbouring boundaries, adding a constant factor depending on the layer assignment.

Before computing the spatial variation score for each gene, nuclei were removed if they contained expression above a Z-score of 2 for a marker gene of a different cell type. Subsequently, each gene was assigned a spatial variation score by computing the kernelized density of the gene expression along the laminar coordinate of filtered cells using a uniform kernel and taking the difference between the highest and lowest expression density values (Supplementary Table 2). Complex gradients were found by taking the intersection of each cell type's spatially variable gene list, and a visually selected interesting subset is shown in Fig. 2l.

Gene Ontology analysis was performed on all genes with a spatial variation Z score above 7.0 using EnrichGO from clusterProfiler v.4.6.0 (using the default parameters) and using annotations from org.Hs.eg.db v.3.16.0 (Supplementary Table 3) under the biological process ontology. For display in Fig. 2k, the terms were further subsetted to include only terms with $P_{adj} < 1 \times 10^{-8}$ in at least one cell type.

Genes with a spatial variation Z score above 10 in excitatory/inhibitory neurons and above 8 in astrocytes/OPCs are shown in the heat maps in Fig. 2i,j and Extended Data Fig. 6d,e. Genes that additionally had a minimum expression below 0.8 were spatially plotted in Supplementary Fig. 4–6.

**Reproducibility analysis.** The percentage of high-quality nuclei that were spatially positioned and the density of mapped nuclei were compared across four human cortex Slide-tags runs (Supplementary Table 4). For each run, the cells generated as output by Cell Ranger were used and low-quality cells were removed if they belonged to a cluster with an average mitochondrial nUMIs percentage of greater than 5%. Then, the percentage of mapped nuclei was computed by dividing the number of nuclei with exactly one DBSCAN location by the total number of nuclei. The nucleus density was calculated by selecting a window of tissue with equal white and grey matter area and dividing the number of spatially positioned nuclei in the window by the window area.

CURIO00001894

# Article

## Tonsil analysis

**Quality control and cell type assignment.** The output generated by Cell Ranger and filtered by CellBender was read in R (v.4.1.1) using Seurat (v.4.3.0)[21]. We normalized the total UMIs per nucleus to 10,000 (CP10K) and log-transformed these values to report gene expression as $E = \log[\text{CP10K} + 1]$. We identified the top 2,000 highly variable genes after using variance-stabilizing transformation correction[66]. All gene expression values were scaled and centred. For visualization in two dimensions, we embedded nuclei in a UMAP[67] using the top 30 principal components, with number of neighbours =30, min_dist = 0.3, spread =1, local connectivity = 1 and the cosine distance metric. We identified shared nearest neighbours using the top 30 principal components. Clusters of similar cells were detected using the Louvain method for community detection, implemented using FindClusters, with resolution = 1. Annotation of de novo clusters was aided by marker genes and Azumith[21] reference-based mapping from the human tonsil atlas[72].

**Spatially varying gene expression.** Significantly non-random genes were discovered in GCB cells as described previously[9]. In brief, for each single-nucleus assigned as a germinal centre B cell that was positioned in one of the four largest germinal centres that we profiled, we first calculated the matrix of pairwise Euclidean distances between cells for each germinal centre individually. We then compared the distribution of pairwise distances between the cells expressing at least one count of that transcript to the distribution of pairwise distances between an identical number of cells, sampled randomly from all mapped beads within the set with probability proportional to the total number of UMIs per cell. Specifically, we generated 1,000 such random samples, and for each sample calculated the distribution of pairwise distances. We then calculated the average distribution of pairwise distances, averaged across all 1,000 samples. Finally, we calculated the L1 norm between the distribution of pairwise distances for the true sample of cells and the average distribution. We defined $p$ to be the fraction of random samples with distributions closer to the average distribution (under the L1 norm) than the true sample. We calculated an $Z$ score for the true sample given the distribution distances from the average distribution of random samples. Finally, we aggregated $p$ values for spatial variation from each of the four tested germinal centres using Fisher's method.

We intersected our computed spatially varying genes with genes that were previously implicated in germinal centre zone distinction[73]. We calculated the percentage variance in gene expression space and plotted it against the spatial effect size from our spatial permutation test to identify genes with relatively low gene expression variance but high spatial variance.

**Germinal-centre zonation.** We used spatially varying genes ($P < 0.05$) identified as described above to classify GCB cells into light-zone, dark-zone and transitional states. Specifically, we subsetted our data to GCB cells, rescaled and recentred values, and ran PCA on the 1,068 significant spatially varying genes. We then identified shared nearest neighbours using the top 15 principal components. Clusters of similar cells were detected using the Louvain method for community detection, implemented using FindClusters, with resolution = 0.4. We annotated clusters as light-zone, dark-zone and transitional states using marker genes and Azumith[21] reference-based mapping from the human tonsil atlas[72].

After classifying GCB cells into states, we spatially segmented germinal centres into light zones and dark zones using dark-zone B cell spatial density. We ran DBSCAN[62] on dark-zone B cells of the two largest germinal centres, using eps = 60 and minPts = 6 for the largest germinal centre, and eps = 60 and minPts = 10 for the second-largest germinal centre. We considered cells within the top DBSCAN cluster to constitute the dark zone and segmented around the outer cells. The remaining cells in both germinal centres were considered to be in the light zone

and segmentation borders were drawn accordingly. We tested for zone bias of T follicular helper cells and follicular dendritic cells using chisq. test from the stats package in R (v.4.2.2).

**Spatial receptor–ligand prediction.** To detect receptor–ligand interactions between cell type pairs, we computed a receptor–ligand score based on a spatial correlation index[74], SCI, which we defined as:

$$\text{SCI} = \frac{\sum_i^N \sum_j^M w_{ij} r_i l_j}{\sum_i^N \sum_j^M w_{ij}}$$

between $N$ cells of 'sender cell type' expressing receptor $r$ and $M$ cells of 'receiver cell type' expressing ligand $l$, where expression is sctransform counts[75]. We defined the spatial weights matrix of dimensionality $N \times M$ as an adjacency matrix, denoting 1 for when sender cell $i$ is within 100 μm of receiver cell $j$ and 0 otherwise. We first ran LIANA[33] (v.0.1.12) to generate a putative list of receptor–ligand interactions between cell type pairs in a spatial agnostic manner, filtering to receptor–ligand interactions that are expressed in at least 50 cells of sender and receiver cell types ($\log[\text{CPM}] > 0$), or in 30% of sender and receiver cells. We then computed a spatial correlation index for each receptor–ligand interaction to determine whether the receptor and ligand are spatially co-expressed in a given cell type pair.

To determine the spatial significance of a receptor–ligand score, we used an adaptive spatial permutation test, running 1,000 permutations for each receptor–ligand interaction. In each permutation, we randomly permuted the spatial locations of cells within a given cell-type. For interactions with a nominal $P$ value less than or equal to 0.005, we ran an additional 9,000 permutations. We corrected for multiple-hypothesis testing using the Benjamini–Hochberg procedure. We also computed the log-transformed FC between the observed SCI statistic and the median SCI statistic of the empirical null distribution. This enabled us to compare SCI log-transformed FC values between receptor–ligand interactions for different cell types without explicitly correcting for the number of cells of each cell type.

**Spatial contextualization of receptor–ligand interactions.** To spatially contextualize receptor–ligand interactions, we decomposed spatial correlation indices for each significant interaction between GCB cells, T follicular helper cells and follicular dendritic cells ($P_{\text{adj}} < 0.05$) into interaction intensity scores for individual cells[76]. These decomposed scores reflect each individual cell's contribution to the total spatial correlation index, defined as follows for receiving cell $i$ and vice versa for sender cell $j$:

$$\text{LISA} = \frac{r_i \sum_j^M w_{ij} l_j}{\sum_j^M w_{ij}}$$

comparing interaction intensity scores of the receptor of each cell between dark zones and light zones. We corrected $P$ values using the Benjamini–Hochberg method. Zone-specific receptor expression was tested using SCTransformed expression values compared between dark zones and light zones also using wilcox.test in R.

## Melanoma analysis

**Quality control and cell type assignment. snRNA-seq data.** The Cell Ranger output was filtered by CellBender and read into R (v.4.1.1) using Seurat (v.4.3.0)[21]. We normalized the total UMIs per nucleus to 10,000 (CP10K) and log-transformed these values to report gene expression as $E = \log[\text{CP10K} + 1]$. We identified the top 2,000 highly variable genes after using variance-stabilizing transformation correction[66]. All gene expression values were scaled and centred. For visualization in two dimensions, we embedded nuclei in a UMAP[67] using the top 30 principal components, with number of neighbours =30, min_dist = 0.3, spread =1,

local connectivity = 1 and the cosine distance metric. We identified shared nearest neighbours using the top 30 principal components. Clusters of similar cells were detected using the Louvain method for community detection, implemented using FindClusters, with resolution = 1. Annotation of de novo clusters was aided by marker genes.

**Multiome ATAC and snRNA-seq data.** The RNA expression matrix generated by Cell Ranger was read into R (v.4.1.1) using Seurat[21]. The ATAC-filtered feature-barcode matrix generated by Cell Ranger was read into R (v.4.1.1) using Signac (v.1.9.0)[77], and added as its own assay slot in the Seurat object containing RNA expression counts. Peaks were recalled using the CallPeaks function, which uses MACS2 (v.2.2.7.1)[78], across all cells. Fragments were mapped to the MACS2-called peaks and assigned to nuclei using the FeatureMatrix function in Signac. Peaks in non-standard chromosomes were removed using keepStandardChromosomes from GenomeInfoDb (v.1.35.15)[79] and problematic regions of the hg38 genome were removed using subsetByOverlaps according to the blacklist available at GitHub (https://github.com/Boyle-Lab/Blacklist)[80]. This final peaks–barcode matrix was then added to the 'peaks' assay within the Seurat object.

For cell type annotation, the snRNA-seq data from the multiome experiment were normalized for the total UMIs per nucleus to 10,000 (CP10K) and log-transformed to report gene expression as $E = \log[\text{CP10K} + 1]$. The top 2,000 highly variable genes were identified after using variance-stabilizing transformation correction[66]. We then integrated the gene expression data from Slide-tags multiome with gene expression data from Slide-tags snRNA-seq using SelectIntegrationFeatures, FindIntegrationAnchors and IntegrateData across all features with the default parameters of Seurat (v.4.3.0). Integrated gene expression values were scaled and centred. For visualization in two dimensions, we embedded nuclei in a UMAP[67] using the top 30 principal components, with number of neighbours =30, min_dist = 0.3, spread =1, local connectivity = 1 and the cosine distance metric. We identified shared nearest neighbours using the top 30 principal components. Clusters of similar cells were detected using the Louvain method for community detection, implemented using FindClusters, with resolution = 1. Cells from Slide-tags multiome were annotated based on marker genes and co-clustering with Slide-tags snRNA-seq cells. Gene expression counts from Slide-tags multiome were rescaled and reclustered as described above using the non-integrated object for subsequent analyses.

**Inferring CNV.** InferCNV (v.1.3.3) was used to infer large-scale CNVs from standard snRNA-seq data and from snRNA-seq data from a 10x multiome experiment as previously recommended (inferCNV of the Trinity CTAT Project; https://github.com/broadinstitute/inferCNV). CellBender-corrected counts were extracted from annotated Seurat objects, where normal reference cells were specified as all cells that were not labelled as tumour. InferCNV was run under the following parameters: cutoff = 0.1, cluster_by_groups = T, denoise = T, HMM = T, num_threads = 60.

**TCR analysis.** TCR analyses focused on CD8+ T cells; we used Fisher's exact test to test whether (1) the β-chain sequence CASRASNEQFF was tumour-compartment biased compared against all CD8+ T cells with profiled β-chains, where tumour compartment segmentation was performed manually based on tumour subpopulation density; and (2) paired CD8+ T cells with TCR α-chain CAEWYNQGGKLIF and β-chain CASRASNEQFF were tumour-compartment biased.

**ATAC analysis.** Latent semantic indexing (LSI) was performed on the peaks assay using Signac, with the RunTFIDF and RunSVD functions. For visualization in two dimensions, we embedded nuclei in a UMAP[67] using LSI dimensions 2–30. Nuclei were visualized using the combination of modalities profiled, with weighted-nearest neighbour analysis. Multimodal neighbours were identified using Seurat's

FindMultiModalNeighbors function, with the RNA PCA dimensions 1:50, and the ATAC LSI dimensions 2:50. These neighbours were then used as an input into RunUMAP for visualization.

To annotate the motifs present in peaks, the Signac function CreateMotifObject was used to create a motif object, with all human motifs from the Jaspar 2020 database. Motif accessibility $Z$ scores were then calculated using Signac's RunChromVAR function (chromVAR v.1.16.0). Gene activity scores were calculated using the Signac function GeneActivity. We normalized these gene scores by normalizing the total gene score per nucleus to the median nUMI for the RNA assay (NGS) and log-transformed these values to report gene expression as $E = \log[\text{NGS} + 1]$.

**Differential gene expression, differential chromatin gene scores and gene set enrichment analysis.** Differential gene expression analyses were performed using the MAST implemented in FindMarkers from Seurat[81]. Analysis comparing tumour cluster 1 and tumour cluster 2 from Slide-tags snRNA-seq and comparing compartment-specific CD8+ T cells from Slide-tags multiome data used min.pct = 0.25 and log2fc.threshold = 0.25. Analysis comparing tumour cluster 1 and tumour cluster 2 from Slide-tags multiome data used min.pct = 0.1 and log2fc.threshold = 0.25. Gene Ontology biological process (GO_Biological_Process_2021) gene set enrichment analysis was performed using the Enrichr package (v.3.1) in R[82–84] on tumour cluster 2 enriched differentially expressed genes with $\log_2[\text{FC}] < -0.5$ and $P_{adj} < 0.05$. Differential chromatin gene score analysis was conducted using the Wilcoxon rank-sum test implemented in FindMarkers from Seurat with min.pct = 0.1 and log2fc.threshold = 0.

**Melanocytic-like and mesenchymal-like signatures.** We scored tumour cells on melanocytic-like and mesenchymal-like signatures using AddModuleScore in Seurat with a list of genes adapted from previous work[46,85] (Supplementary Table 15). Correlations of chromVAR motif scores with mesenchymal scores were tested using Pearson's correlation coefficient and $P$ values were corrected using the Benjamini–Hochberg procedure. Spatial autocorrelations of chromVAR motif scores were tested using Moran.I from the ape package (v.5.6-2) in R[86], where the weights matrix was specified as 1/distance².

**Reporting summary**

Further information on research design is available in the Nature Portfolio Reporting Summary linked to this article.

## Data availability

Slide-tags datasets have been deposited at the Broad Institute Single Cell Portal under the following accession numbers: SCP2162 (mouse brain), SCP2170 (mouse embryonic brain), SCP2167 (human brain), SCP2169 (human tonsil), SCP2171 (human melanoma) and SCP2176 (human melanoma multiome). Raw and processed mouse data have been deposited at the Gene Expression Omnibus under accession number GSE244355.

## Code availability

Code for processing spatial sequencing libraries is available at GitHub (https://github.com/broadchenf/Slide-tags (https://doi.org/10.5281/zenodo.2571615).

61. Fleming, S. J. et al. Unsupervised removal of systematic background noise from droplet-based single-cell experiments using CellBender. *Nat. Methods* **20**, 1323–1335 (2023).
62. Ester, M., Kriegel, H.-P., Sander, J. & Xu, X. A density-based algorithm for discovering clusters in large spatial databases with noise. In *Proc. Second International Conference on Knowledge Discovery and Data Mining* (eds Simoudis, E. et al.) 226–231 (AAAI Press, 1996).
63. Hahsler, M., Piekenbrock, M. & Doran, D. dbscan: fast density-based clustering with R. *J. Stat. Softw.* **91**, 1–30 (2019).

## Article

64. Bolotin, D. A. et al. MiXCR: software for comprehensive adaptive immunity profiling. *Nat. Methods* **12**, 380–381 (2015).

65. Bolotin, D. A. et al. Antigen receptor repertoire profiling from RNA-seq data. *Nat. Biotechnol.* **35**, 908–911 (2017).

66. Stuart, T. et al. Comprehensive integration of single-cell data. *Cell* **177**, 1888–1902 (2019).

67. McInnes, L., Healy, J. & Melville, J. UMAP: uniform manifold approximation and projection for dimension reduction. Preprint at arxiv.org/abs/1802.03426 (2018).

68. Cid, E. et al. Sublayer- and cell-type-specific neurodegenerative transcriptional trajectories in hippocampal sclerosis. *Cell Rep.* **35**, 109229 (2021).

69. Dong, H.-W., Swanson, L. W., Chen, L., Fanselow, M. S. & Toga, A. W. Genomic-anatomic evidence for distinct functional domains in hippocampal field CA1. *Proc. Natl Acad. Sci. USA* **106**, 11794–11799 (2009).

70. Li, B. & Dewey, C. N. RSEM: accurate transcript quantification from RNA-seq data with or without a reference genome. *BMC Bioinform.* **12**, 323 (2011).

71. Dobin, A. et al. STAR: ultrafast universal RNA-seq aligner. *Bioinformatics* **29**, 15–21 (2013).

72. Massoni-Badosa, R. et al. An atlas of cells in the human tonsil. Preprint at bioRxiv https://doi.org/10.1101/2022.06.24.497299 (2022).

73. Victora, G. D. et al. Identification of human germinal center light and dark zone cells and their relationship to human B-cell lymphomas. *Blood* **120**, 2240–2248 (2012).

74. Chen, Y. A new methodology of spatial cross-correlation analysis. *PLoS ONE* **10**, e0126158 (2015).

75. Choudhary, S. & Satija, R. Comparison and evaluation of statistical error models for scRNA-seq. *Genome Biol.* **23**, 27 (2022).

76. Anselin, L. Local indicators of spatial association-LISA. *Geogr. Anal.* **27**, 93–115 (2010).

77. Stuart, T., Srivastava, A., Madad, S., Lareau, C. A. & Satija, R. Single-cell chromatin state analysis with Signac. *Nat. Methods* **18**, 1333–1341 (2021).

78. Zhang, Y. et al. Model-based analysis of ChIP-seq (MACS). *Genome Biol.* **9**, R137 (2008).

79. Arora, S., Morgan, M., Carlson, M. & Pagès, H. GenomeInfoDb: utilities for manipulating chromosome names, including modifying them to follow a particular naming style (2023); bioconductor.org/packages/GenomeInfoDb.

80. Amemiya, H. M., Kundaje, A. & Boyle, A. P. The ENCODE blacklist: identification of problematic regions of the genome. *Sci. Rep.* **9**, 9354 (2019).

81. Finak, G. et al. MAST: a flexible statistical framework for assessing transcriptional changes and characterizing heterogeneity in single-cell RNA sequencing data. *Genome Biol.* **16**, 278 (2015).

82. Chen, E. Y. et al. Enrichr: interactive and collaborative HTML5 gene list enrichment analysis tool. *BMC Bioinform.* **14**, 128 (2013).

83. Kuleshov, M. V. et al. Enrichr: a comprehensive gene set enrichment analysis web server 2016 update. *Nucleic Acids Res.* **44**, W90–W97 (2016).

84. Xie, Z. et al. Gene set knowledge discovery with Enrichr. *Curr. Protoc.* **1**, e90 (2021).

85. Widmer, D. S. et al. Systematic classification of melanoma cells by phenotype-specific gene expression mapping. *Pigment Cell Melanoma Res.* **25**, 343–353 (2012).

86. Paradis, E. & Schliep, K. ape 5.0: an environment for modern phylogenetics and evolutionary analyses in R. *Bioinformatics* **35**, 526–528 (2019).

**Acknowledgements** We thank N. Sachdev, J. Langlieb, G. Fishell, S. Wu, N. Hacohen, A. Mehta, and the members of the Macosko and Chen laboratories for discussions; D. Davis and W. Scott for their contribution of human post-mortem brain tissue; and the patients and their families for their donations to science, making this work possible. Components of our figures were created using BioRender. This work was supported by the National Institutes of Health (grant nos R01HG010647 and UH3CA246632 to E.Z.M. and F.C.) as well as by the National Institute of Neurological Disorders and Stroke, National Institutes of Health under award no. UG3NS132135. F.C. also acknowledges support from the Searle Scholars Award, the Burroughs Wellcome Fund CASI award and the Merkin Institute. A.J.C.R. is supported by an EMBO Postdoctoral Fellowship.

**Author contributions** A.J.C.R., J.A.W., N.M.N., E.Z.M. and F.C. conceived the study. A.J.C.R., J.A.W. and N.M.N. developed the Slide-tags protocol and performed experiments with help from G.J.M., K.S.B., C.R.V. and V.S.; A.J.C.R., J.A.W. and L.T. wrote the barcode-matching code. A.J.C.R., J.A.W. and M.S. performed analyses with help from S.K. and F.C. V.K. synthesized the barcoded beads. C.J.W., J.B.I. and C.H.Y. provided the melanoma biopsy tissue. A.J.C.R., J.A.W., E.Z.M. and F.C. wrote the paper with contributions from all of the authors.

**Competing interests** E.Z.M. and F.C. are academic founders of Curio Bioscience. F.C. is an academic co-founder of Doppler Bio and an advisor to Amber Bio. F.C., E.Z.M., A.J.C.R., J.A.W., N.M.N. and V.K. are listed as inventors on a patent application related to the work. C.J.W. holds equity in BioNTech. The other authors declare no competing interests.

**Additional information**
**Supplementary information** The online version contains supplementary material available at https://doi.org/10.1038/s41586-023-06837-4.
**Correspondence and requests for materials** should be addressed to Evan Z. Macosko or Fei Chen.
**Peer review information** *Nature* thanks Omer Ali Bayraktar and the other, anonymous, reviewer(s) for their contribution to the peer review of this work.
**Reprints and permissions information** is available at http://www.nature.com/reprints.

CURIO00001897



**Extended Data Fig. 1 | Cell type assignment and spatial mapping in the mouse hippocampus. a**, Expression of marker genes by cell type cluster. **b**, Spatial positions of each cell by cell type cluster. All scale bars denote 500 μm. CA1 = Cornu Ammonis area 1, CA3 = Cornu Ammonis area 3. n = 839 nuclei.

CURIO00001898

**Article**



**Extended Data Fig. 2** | See next page for caption.

CURIO00001899

**Extended Data Fig. 2 | Assessing the mapping of single nuclei using spatial barcodes in the mouse hippocampus. a**, Each recovered signal and noise spatial barcode is shown coloured by the number of detected UMIs. **b**, The proportion of nuclei mapped for each minPts parameter tested in DBSCAN. **c**, The proportion of nuclei mapped at different median spatial barcode nUMIs per cell. **d-e**, Violin plots showing different spatial barcode metrics for every cell that is a spatial singlet. **f**, Violin plot showing the proportion of spatial barcode UMIs that are assigned to the DBSCAN singlet cluster (signal) vs. all other spatial barcode UMIs recovered for that cell. **g**, Violin plot showing the mean radial distance for spatial barcodes for each spatial singlet cluster. **h**, The proportion of cells that are assigned to each number of DBSCAN clusters. **i**, plot showing the concentration of oligos released by time under illumination at the same light source power, for each bead type used in Slide-tags experiments.

The time used for cleavage for each bead type is shown with the dotted lines. **j**, Plot showing the standard error (SE) for each singlet true spatial barcode cluster in x and y. Density shows: centre line, median; adjacent lines, upper and lower quartiles. **k**, The full set of spatial barcodes recovered for each of the nuclei plotted in Fig. 1c, with their xy positions, kernel density estimates, and coloured by nUMI associated with each cell are plotted (top). Points centred around the signal cluster are shown at higher magnification with final cell position shown as a cross (bottom). Scale bars denotes 500 μm, except for magnified plots, where scale bars denote 200 μm. Boxplots show: centre line, median; box limits, upper and lower quartiles; whiskers, 1.5x interquartile range; points, outliers. CA1 = Cornu Ammonis area 1, DG = dentate gyrus. a,j, n = 839 nuclei. d-g, n = 1042 nuclei. b,c,h, n = 1889 nuclei.

CURIO00001900

# Article



**Extended Data Fig. 3** | See next page for caption.

**Extended Data Fig. 3 | Spatial resolution measurements in the mouse hippocampus and Slide-tags snRNA-seq enables characterization of the deep and superficial sublayers in the mouse hippocampal CA1 field.**
**a**, A 10 um nissl-stained section (left) was taken adjacently to the Slide-tags profiled section (right). **b**, The CA1 nuclei were subsetted in each case and a line was fitted to measure the midpoint of this structure. For Slide-tags, nuclei were selected based on their cell type assignment in Figure S1, with 2 spatial outliers removed. For Nissl, nuclei were computationally segmented. Orthogonal distances from this midpoint were then calculated and points are coloured by this distance. **c**, Violin plots showing the distribution of distances from the fitted line in b. **d**, PCA plot showing cells from the CA1 cluster after subsetting, reprojection, and reclustering. Cells are coloured according to their new sub-cluster assignment. **e**, Cells from a are plotted according to their spatial location (top). The spatial density of nuclei from each population is plotted (bottom). **f**, Volcano plot showing differentially expressed genes between sps and spd. **g**, Violin plots showing gene expression differences between each subcluster (top) and the expression of these genes spatially (middle), as well as in situ hybridization data (bottom) from Allen Mouse Brain Atlas[23]. Genes were selected based on being discovered as differentially expressed between these two sub-clusters in our dataset and also identified in previous studies as defining these two sub-layers[68,69]. Boxplots show: centre line, median; box limits, upper and lower quartiles; whiskers, 1.5x interquartile range; points, outliers. All scale bars denote 500 µm. For Slide-tags CA1, n = 155 nuclei. For imaging data, n = 898 segmented nuclei.

CURIO00001902

**Article**



**Extended Data Fig. 4 | Comparison of Slide-tags to Bulk RNA-seq, Slide-seqV2 and DBiT-seq. a,** Slide-tags snRNA-seq vs. bulk RNA-seq. **b,** Slide-seqV2 vs. bulk RNA-seq. **c,** Slide-seqV1 vs. bulk RNA-seq. Log$_{10}$ transformations are shown in each bulk comparison case. **d,** Violin plots of log$_{10}$-transformed genes and UMIs per nucleus or 20 μm spatial spot (Slide-seqV2 and DBiT-seq / spatial-ATAC-RNA-seq) in the mouse brain. n = 839 nuclei for Slide-tags, n = 18,950 20 μm pixels for Slide-seq, and n = 9,215 pixels for DBiT-seq. **e,** Elbow plot of standard deviations of principal components from Slide-tags snRNA-seq, Slide-seqV2, and DBiT-seq in the mouse brain. **f,** UMAP embeddings of snRNA-seq profiles from Slide-tags snRNA-seq (cell type labels), Slide-seqV2 (de novo clusters), and DBiT-seq (RNA clusters from Zhang et al.[1]) in the mouse brain. **g,** Dotplot expression of select markers across transcriptome clusters from Slide-tags snRNA-seq, Slide-seqV2, and DBiT-seq in the mouse brain. Boxplots show: centre line, median; box limits, upper and lower quartiles; whiskers, 1.5x interquartile range; points, outliers.

CURIO00001903



**Extended Data Fig. 5 | Slide-tags snRNA-seq applied to the embryonic mouse brain at E14. a**, Schematic of Slide-tags snRNA-seq on a 3 mm diameter region of the embryonic mouse brain at E14. **b**, A haematoxylin and eosin stained section which was adjacent to the profiled section. **c**, UMAP embedding of snRNA-seq profiles coloured by cell-type annotations. **d**, Spatial positions of cells coloured as in C. **e**, Spatial marker gene expression. Expression counts for each cell were divided by the total counts for that cell and multiplied by 10,000, this value + 1 is then natural-log transformed. **f**, Comparison metrics plotted for Slide-tags snRNA-seq on the mouse E14 embryonic brain. * = XYZeq was not performed on embryonic mouse brain at E14 and so these metrics may not be directly comparable due to tissue-specific effects. All scale bars denote 500 µm.

CURIO00001904

## Article



**Extended Data Fig. 6 | Slide-tags snRNA-seq applied to the human brain enables spatial mapping of cell types and cell-type specific spatially varying gene expression. a**, Individual plots of per-cell type spatial distribution. The diagram was created using BioRender. **b**, Dotplot showing the marker genes used to assign cell types to clusters. **c**, The gene expression distribution of four canonical layer marker genes in excitatory neurons. **d,e**, A 1D gene expression heatmap for genes in inhibitory neurons and astrocytes. All scale bars represent 500 μm. Oligo = Oligodendrocyte, OPC = Oligodendrocyte precursor cell, Astro = Astrocyte, Endo = Endothelial, WM = White matter. Gene names and details in Supplementary Table 2.

CURIO00001905



**Extended Data Fig. 7 | Receptor-ligand prediction from Slide-tags human tonsil data. a**, Expression of select marker genes by cell type cluster. **b**, Spatial mapping of cell types. **c**, Scatter plot of gene expression variance not explained by count noise and spatial permutation effect size of previously reported dark zone and light zone marker genes. **d**, Spatial mapping of dark zone, light zone, and transitional germinal centre B cells in two representative germinal centres. **e**, Volcano plot of receptor interaction intensity scores compared between zones in two representative germinal centres. All scale bars denote 500 μm. T double neg = T double negative, mDC = myeloid dendritic cells, pDC = plasmacytoid dendritic cells.

CURIO00001906

# Article



**Extended Data Fig. 8 | Slide-tags snRNA-seq on human melanoma.**
**a**, Schematic representation of Slide-tags snRNA-seq and Slide-tags multiome (Fig. 4) profiled regions across tumour 1 and 2 compartments. **b**, UMAP embeddings of snRNA-seq profiles coloured by cell type. **c**, Spatial mapping of cell types. **d**, Spatial mapping of profiled cell types. **e**, Expression of select cell type marker genes and melanoma cell state marker genes. **f**, Inferred copy number alterations from transcriptomic data. NT indicates a representative subset of non-tumour cells. All scale bars denote 500 μm. T reg = T regulatory cells, mDC = myeloid dendritic cells, Mono-mac = monocyte-derived macrophages, pDC = plasmacytoid dendritic cells.

CURIO00001907



**Extended Data Fig. 9 |** See next page for caption.

CURIO00001908

# Article

**Extended Data Fig. 9 | Slide-tags multiome on human melanoma. a**, Mean TSS enrichment score. **b**, Violin plots of $log_{10}$-transformed unique fragments and fraction of reads in peaks (FRiP) percentage. n = 2,529 nuclei. Boxplots show: centre line, median; box limits, upper and lower quartiles; whiskers, 1.5x interquartile range; points, outliers. **c**, Weighted nearest neighbour UMAP embeddings of snRNA-seq and snATAC-seq profiles coloured by cell type. **d**, Spatial mapping of cell types. **e**, ATAC sequence track and gene expression violin plot of *MLANA* and *CCL5* across cell types. **f**, TCR pairing chord plot of alpha and beta chain pairing frequencies in CD8 T cells. **g**, Differential gene expression volcano plot between CD8 T cells in tumour compartment 1 vs tumour compartment 2. **h**, Scatter plot of melanocytic-like scores and mesenchymal-like scores of tumour cluster 1 cells in tumour compartment 1. Pearson's *r* value is reported. Error band represents the 95% confidence interval. **i**, Mesenchymal-like cell state score spatial distribution. **j**, Spatial distribution of JUNB and MITF chromVAR motif scores. All scale bars denote 500 µm. T reg = T regulatory cells, mDC = myeloid dendritic cells, Mono-mac = monocyte-derived macrophages.

CURIO00001909



**Extended Data Fig. 10 | Differential gene expression and gene set enrichment analysis between tumour cluster 1 and 2. a.** Volcano plot of differentially expressed genes comparing tumour cluster 1 against tumour cluster 2 from the Slide-tags snRNA-seq run. **b.** Gene ontology biological process (GO_Biological_Process_2021) gene set enrichment analysis on genes upregulated in tumour cluster 2 (negative log₂FC) compared with tumour cluster 1 from the Slide-tags snRNA-seq experiment.

CURIO00001910

# nature portfolio

Corresponding author(s):   Fei Chen
                           Evan Macosko

Last updated by author(s):  Oct 2, 2023

## Reporting Summary

Nature Portfolio wishes to improve the reproducibility of the work that we publish. This form provides structure for consistency and transparency in reporting. For further information on Nature Portfolio policies, see our Editorial Policies and the Editorial Policy Checklist.

## Statistics

For all statistical analyses, confirm that the following items are present in the figure legend, table legend, main text, or Methods section.

| n/a | Confirmed | |
|---|---|---|
| ☐ | ☒ | The exact sample size (*n*) for each experimental group/condition, given as a discrete number and unit of measurement |
| ☐ | ☒ | A statement on whether measurements were taken from distinct samples or whether the same sample was measured repeatedly |
| ☐ | ☒ | The statistical test(s) used AND whether they are one- or two-sided *Only common tests should be described solely by name; describe more complex techniques in the Methods section.* |
| ☒ | ☐ | A description of all covariates tested |
| ☐ | ☒ | A description of any assumptions or corrections, such as tests of normality and adjustment for multiple comparisons |
| ☐ | ☒ | A full description of the statistical parameters including central tendency (e.g. means) or other basic estimates (e.g. regression coefficient) AND variation (e.g. standard deviation) or associated estimates of uncertainty (e.g. confidence intervals) |
| ☐ | ☒ | For null hypothesis testing, the test statistic (e.g. $F$, $t$, $r$) with confidence intervals, effect sizes, degrees of freedom and $P$ value noted *Give P values as exact values whenever suitable.* |
| ☒ | ☐ | For Bayesian analysis, information on the choice of priors and Markov chain Monte Carlo settings |
| ☒ | ☐ | For hierarchical and complex designs, identification of the appropriate level for tests and full reporting of outcomes |
| ☐ | ☒ | Estimates of effect sizes (e.g. Cohen's *d*, Pearson's *r*), indicating how they were calculated |

*Our web collection on statistics for biologists contains articles on many of the points above.*

## Software and code

Policy information about availability of computer code

| Data collection | For alignment of sequencing reads, we used: Cell Ranger v6.1.2, CellBender v0.2.0, Cell Ranger-arc v2.0.2, seqtk v1.3-r106. |
|---|---|
| Data analysis | For processing of aligned data, MIXCR v4.l.0, MACS2 v2.2. 7.1, InferCNV vl.3.3. The following R packages were used within R 4.1.1: DBSCAN vl.1-11, Seurat v4.3.0, Harmony v0.1.1, stats v4.2.2, Signac vl.9.0, GenomeInfoDb vl.35.15, LIANA v0.l.12, Enrichr v3.l, ape v5.6-2. The following R packages have been used in R 4.2.2: Seurat v4.3.0. Dependencies have not been listed for brevity. |
| | Code for processing spatial sequencing libraries is available on Github: https://github.com/broadchenf/Slide-tags. |

For manuscripts utilizing custom algorithms or software that are central to the research but not yet described in published literature, software must be made available to editors and reviewers. We strongly encourage code deposition in a community repository (e.g. GitHub). See the Nature Portfolio guidelines for submitting code & software for further information.

nature portfolio | reporting summary

March 2021

CURIO00001911

nature portfolio | reporting summary

## Data

Policy information about availability of data

All manuscripts must include a data availability statement. This statement should provide the following information, where applicable:
- Accession codes, unique identifiers, or web links for publicly available datasets
- A description of any restrictions on data availability
- For clinical datasets or third party data, please ensure that the statement adheres to our policy

Slide-tags datasets have been deposited on the Broad Institute Single Cell Portal, under the following accession numbers: mouse brain (SCP2162), mouse embryonic brain (SCP2170), human brain (SCP2167), human tonsil (SCP2169), human melanoma (SCP2171), human melanoma multiome (SCP2176). Raw and processed mouse data has been deposited in GEO under the accession number: GSE244355.

## Human research participants

Policy information about studies involving human research participants and Sex and Gender in Research.

| Reporting on sex and gender | Human brain data was from female. No gender available for human tonsil and melanoma specimens due to excess surgical collection from deidentified subjects. |
| --- | --- |
| Population characteristics | Human brain data was from 78 year old female. No age infomration available for human tonsil and melanoma specimens due to excess surgical collection from deidentified subjects. Melanoma specimens were acquired from a patient who underwent axillary lymphadenectomy for metastatic BRAF-mutant melanoma prior to starting PD-1 inhibitor. |
| Recruitment | No recruitment was done. Human tonsil and melanoma specimens collected from excess surgical material from deidentified subjects. Human brain sample was from post-mortem deidentified specimen. |
| Ethics oversight | This was determined to be non-human subject research by Broad IBC. |

Note that full information on the approval of the study protocol must also be provided in the manuscript.

# Field-specific reporting

Please select the one below that is the best fit for your research. If you are not sure, read the appropriate sections before making your selection.

☒ Life sciences      ☐ Behavioural & social sciences      ☐ Ecological, evolutionary & environmental sciences

For a reference copy of the document with all sections, see nature.com/documents/nr-reporting-summary-flat.pdf

# Life sciences study design

All studies must disclose on these points even when the disclosure is negative.

| Sample size | No sample size calculation was performed. Samples sizes were chosen primarly based on experiment length, sample availability, and sequencing costs. These sample sizes are sufficient because each sample serves as a proof-of-concept for the new technology. |
| --- | --- |
| Data exclusions | No data was excluded. |
| Replication | All attempts at replication were successful. We performed replication on human brain Slide-tags datasets (2 technical datasets). |
| Randomization | Randomization was not applicable because the focus of this paper is the development of a new genomic technology and did not involve allocating samples/organisms/participants into experimental groups. |
| Blinding | Blinding was not applicable because because the focus of this paper is the development of a new genomic technology and did not involve group allocation. |

# Reporting for specific materials, systems and methods

We require information from authors about some types of materials, experimental systems and methods used in many studies. Here, indicate whether each material, system or method listed is relevant to your study. If you are not sure if a list item applies to your research, read the appropriate section before selecting a response.

March 2021

CURIO00001912

## Materials & experimental systems

| n/a | Involved in the study |
|---|---|
| ☒ ☐ | Antibodies |
| ☒ ☐ | Eukaryotic cell lines |
| ☒ ☐ | Palaeontology and archaeology |
| ☐ ☒ | Animals and other organisms |
| ☒ ☐ | Clinical data |
| ☒ ☐ | Dual use research of concern |

## Methods

| n/a | Involved in the study |
|---|---|
| ☒ ☐ | ChIP-seq |
| ☒ ☐ | Flow cytometry |
| ☒ ☐ | MRI-based neuroimaging |

## Animals and other research organisms

Policy information about studies involving animals; ARRIVE guidelines recommended for reporting animal research, and Sex and Gender in Research

| | |
|---|---|
| Laboratory animals | Mus musculus strain C57BL/6J 56 days old, Mus musculus strain C57 E14 |
| Wild animals | This study did not involve wild animals. |
| Reporting on sex | Sex was not important for this study since the tissues are used to benchmark a new genomics protocol, which we anticipate would provide identical results regardless of sex. |
| Field-collected samples | No field-collected samples were used. |
| Ethics oversight | All procedures involving animals at the Broad Institute were conducted in accordance with the US National Institutes of Health Guide for the Care and Use of Laboratory Animals under protocol number 0120-09-16 |

Note that full information on the approval of the study protocol must also be provided in the manuscript.

nature portfolio | reporting summary

March 2021

CURIO00001913

# Exhibit K



EARLY ACCESS USER GUIDE

# Curio Trekker Single-Cell Spatial Mapping Kit

*Version U for Fresh Frozen Tissue*

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3  | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION          CURIO00002448

# Table of Contents

| | |
|---|---|
| **Table of Contents** | **2** |
| **Version summary** | **3** |
| **Overview** | **4** |
| Workflow overview | 5 |
| Curio Trekker oligo sequence | 5 |
| Estimated workflow timing | 6 |
| **Materials** | **7** |
| Trekker kit components (4 reactions) SK010 | 7 |
| Trekker 10x10 training kit components (4 reactions) SK008 | 8 |
| Required reagents not included | 8 |
| Equipment | 9 |
| Consumables | 9 |
| Tissue requirements and recommendations for assessing tissue quality | 10 |
| **Tips and techniques** | **11** |
| **Protocol** | **12** |
| 1. Preparation before starting | 12 |
| 2. Tissue sectioning and mounting onto the Trekker tile | 14 |
| 3. UV cleavage and tissue dissociation from tile | 16 |
| 4. Nuclei dissociation | 18 |
| 5. Buffer exchange for 10x Multiome | 19 |
| 6. Compatible single-cell assays | 20 |
| **Troubleshooting** | **21** |

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                    CURIO00002449

CURIO TREKKER



## Version summary

| Revision date | Version | Changes |
|---|---|---|
| Feb 2024 | 1 | Beta testing version |
| Mar 2024 | 1.1 | • Added Trekker final library schematic.<br>• Updated buffer names in the protocol. |
| Apr 2024 | 1.2 | Early access version<br>• Changed tissue section thickness to 25 µm<br>• Added a wash step after UV cleavage |
| June 2024 | 1.3 | Expanded early access version<br>• snRNA-seq guidelines moved to a separate document<br>• Updated part names |

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                    CURIO00002450

# Overview

This user manual describes the Curio Trekker kit workflow to generate spatially tagged and isolated single nuclei from fresh frozen tissues. The single nuclei are then captured on a single-cell system to obtain single-cell resolution spatial transcriptomic information of the original tissue section. The Curio Trekker workflow starts by placing a 25 µm tissue section onto the Trekker tile (hereby referred to as 'tile') (Figure 1), a glass substrate containing a monolayer of uniquely DNA-barcoded microparticles (referred to as 'beads' in this document). The tile is then exposed to UV light to photocleave the DNA barcodes, allowing them to be internalized by the tissue. The spatially labeled tissue section is then dissociated from the tile into single nuclei, which are loaded onto your platform of choice for single-nucleus capture and snRNA-seq.



**Figure 1.** Curio Trekker tile

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3  | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                    CURIO00002451

CURIO TREKKER

## Workflow overview



## Curio Trekker oligo sequence



BB-1: Bead Barcode 1
BB-2: Bead Barcode 2
UMI: Unique Molecular Identifier

Trekker U 5'-GTGACTGGAGTTCAGACGTGTGCTCTTCCGATCT-N8-TCTTCAGCGTTCCCGAGA-N6-N7VV-30A-3'

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

5

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                    CURIO00002452



## Estimated workflow timing



For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3  | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION             CURIO00002453



# Materials

## Trekker U 10x10 kit components (4 reactions) SK010

| Component | Part number |
| --- | --- |
| **Trekker U 10x10 Tiles (4°C)** | UP006 |
| 10x10 Trekker U Tiles x4 | TU003 |
| **Trekker Reagent Box 1 (4°C)** | K008 |
| Nuclei Isolation Buffer | B020 |
| Nuclei Wash Buffer | B021 |
| BSA | B022 |
| **Trekker 10x10 Reagent Pouch (–20°C)** | K009 |
| RNase Inhibitor | E001 |
| **Trekker 10x10 Tile Masking Stickers** | LC023 |
| **Trekker 10x10 Wash Chambers** | RC002 |

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                CURIO00002454



## Trekker 10x10 training kit components (4 reactions) SK008

| Component | Part number |
| --- | --- |
| **Trekker 10x10 Training Tiles (4°C)** | TTTB001 |
| Trekker 10x10 Training Tiles x2 | TTT001 |
| **Trekker Reagent Box 1 (4°C)** | K008 |
| Nuclei Isolation Buffer | B020 |
| Nuclei Wash Buffer | B021 |
| BSA | B022 |
| **Trekker 10x10 Tile Masking Stickers** | LC023 |
| **Trekker 10x10 Wash Chambers** | RC002 |

## Required reagents not included

| Component | Vendor | Part number |
| --- | --- | --- |
| Ethyl Alcohol | Sigma Aldrich | 459844-1L |
| Dyecycle or AO/PI or DAPI | Major suppliers | |
| 0.4% Trypan Blue | Major suppliers | |
| **For 10x Multiome only** | | |
| Nuclei Buffer (20X) | 10x Genomics | 2000153/2000207 |
| DTT (1M) | Major suppliers | |
| Nuclease-free water | Major suppliers | |

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION          CURIO00002455



## Equipment

| Component | Vendor | Part number |
|---|---|---|
| Cryostat | Leica | CM3050S |
| Fluorescent microscope | Major suppliers | – |
| UV lamp | Curio Bioscience | **ME003** |
| UV lamp driver | Curio Bioscience | ME004 |
| UV lamp power supply | Curio Bioscience | ME005 |
| UV lamp holder | Curio Bioscience | ME002 |
| Refrigerated centrifuge with swing bucket rotor | Major supplier | |
| Single-channel pipette: 10 µL, 20 µL, 200 µL, and 1,000 µL | Rainin | 17014388 17014392 17014391 17014382 |
| Mini centrifuge for 1.5 mL tubes | Major suppliers | – |
| Mini centrifuge for 0.2 mL tubes | Major suppliers | – |
| Vortexer | Major suppliers | – |
| Tweezers | Ted Pella | 58083-NM |

## Consumables

| Component | Vendor | Part number |
|---|---|---|
| Filter pipette tips: 20 µL, 200 µL, and 1,000 µL | Rainin | 30389226 30389240 30389213 |
| DNA LoBind 1.5 mL tubes | Eppendorf | 022431021 |

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                    CURIO00002456

| 12 well plates | Thermo Scientific | 150200 |
| or | | |
| 24 well plates | | |
| Razor blade | | |
| Optimal Cutting Temperature compound (O.C.T. compound) | | |
| pluriStrainer Mini 20 µm (Cell Strainer) | pluriSelect | 43-10020-40 |
| or | | |
| pluriStrainer Mini 40 µm (Cell Strainer) | | 43-10040-40 |

## Tissue requirements and recommendations for assessing tissue quality

- Fresh frozen tissue
- Assess RNA quality of your tissue by collecting five 10 µm sections and isolating RNA with the RNeasy Mini Kit (Qiagen P/N 74104) or equivalent. Analyze the RNA from your sections on an Agilent Bioanalyzer or TapeStation to derive a RNA integrity number (RIN). Good quality RNA should have a RIN value of at least 7.
- Assess tissue quality by performing H&E staining on an adjacent section to the one used for the Curio Trekker workflow to provide information on tissue structural context and sectioning quality.
- Run a practice Curio Trekker experiment on new tissue samples to ensure successful nuclei isolation.

For Research Use Only. Not for use in diagnostic procedures.
© 2024 Curio Bioscience, Inc. All rights reserved.
Doc. No. CB-000764-UG v1.3  | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION          CURIO00002457

Case 1:23-cv-01375-MN    Document 293    Filed 02/09/26    Page 268 of 300 PageID #:
12928

# Tips and techniques

- Wear protective UV glasses when working with the UV lamp.
- The beads on the Trekker tiles contain photocleavable oligos. Store the tiles appropriately to avoid light exposure until ready to use.
- Perform the whole protocol on ice as much as possible. Keep buffers, tissues, and nuclei suspension cold throughout the workflow.
- Work quickly and proceed immediately to single nuclei capture for snRNA-seq to preserve nuclei quality.
- When using tweezers or forceps to transfer the tile, avoid direct contact with the beads. Instead, grip the glass slide from the corners as shown in the example below:



- Some tissue types may have larger and more sparse nuclei. To increase the number of nuclei recovered, you may increase the tissue section thickness (up to 30 μm) using a pluriStrainer filter with a larger pore size (40 μm, see "Consumable" table above).
- If you are experiencing difficulties due to static charge during tissue sectioning, please follow these suggestions:
  1. *Ground yourself before sectioning.*
  2. *Change to a new pair of gloves.*
  3. *Wipe the back of the blue adhesive with 100% ethanol. Allow 15-20 seconds to dry before placing it in the cryostat.*
  4. *Regularly clean the entire cryostat chamber with 100% ethanol to reduce charge.*
  5. *Place a small piece of a dryer sheet in the corner of the cryostat.*

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION          CURIO00002458

# Protocol

**NOTE**: When new to the workflow or working with a new tissue type, it is recommended to perform a training run on your tissue type to ensure familiarization with the protocol and successful nuclei isolation from the Trekker tile. For the training run, use the 10x10 Trekker Training Tiles (TTTB001) and follow protocol sections 1 through 4 but skip the addition of RNase Inhibitor to the buffers as the isolated nuclei will not be used for downstream snRNA-seq.

## 1.  Preparation before starting

1.1.  Equilibrate the fresh frozen tissue to -18ºC in a cryostat for at least 20 minutes prior to sectioning. The optimal temperature for sectioning may vary depending on the tissue type.

1.2.  Insert the correct swing bucket accessories for 1.5 mL tubes and pre-chill the centrifuge to 4ºC.

1.3.  Fill an ice bucket with ice and place a new 12-well plate on ice to pre-chill.

1.4.  Place cell strainer(s) at -20ºC to pre-chill.

1.5.  Connect the UV lamp to the driver and power source and insert the lamp into the lamp holder. Set the UV meter to max current limit (1.2 A) and power.



For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                    CURIO00002459



1.6.    Prepare the **UV Cleavage Buffer** following the table below and store on ice:

| Component | 1 sample (µL) |
|---|---|
| Nuclei Wash Buffer | 27 |
| 0.4% Trypan Blue | 9 |
| Total | 36 |

1.7.    Prepare **Buffer A** following the table below and store on ice:

| Component | 1 sample (µL) |
|---|---|
| Nuclei Isolation Buffer | 983 |
| RNAse Inhibitor | 17 |
| Total | 1000 |

*RNase Inhibitor is not needed for training runs. Replace its volume with Nuclei Isolation Buffer.

1.8.    Prepare **Buffer B** following the table below and store on ice:

| Component | 1 sample (µL) |
|---|---|
| Nuclei Wash Buffer | 3380 |
| BSA | 70 |
| RNAse Inhibitor | 50 |
| Total | 3500 |

*RNase Inhibitor is not needed for training runs. Replace its volume with Nuclei Wash Buffer.

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                    CURIO00002460

1.9.    (For 10x Multiome only) Prepare the **Diluted Nuclei Buffer** following the table below and store on ice:

| Component | to make 1 mL (uL) |
|---|---|
| Nuclei Buffer (20X) (10x Genomics) | 50 |
| DTT (1M) | 2 |
| Nuclease-free water | 948 |
| Total | 1000 |

## 2.    Tissue sectioning and mounting onto the Trekker tile

2.1.    Mount the tissue block onto a cutting block with Optimal Cutting Temperature compound (O.C.T. compound).

2.2.    Record the tile ID (ex: U0001_003) of the Trekker tile as shown in the picture on the right.





**IMPORTANT:** Each Trekker tile is unique. The tile ID is required to retrieve the correct file for spatial barcode mapping of the sequencing data.

2.3.    If working with a tissue block that is larger than the area of the tile, apply the tile masking sticker over the bead region of the tile so that the glass border around the beads is covered.



2.4.    Section a 25 μm section of the tissue. You may increase to 30 μm if working with tissues with larger or sparser nuclei.

For Research Use Only. Not for use in diagnostic procedures.
© 2024 Curio Bioscience, Inc. All rights reserved.
Doc. No. CB-000764-UG v1.3  | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                    CURIO00002461



> ⚠️ **IMPORTANT**: If the tissue block had been stored in the freezer or cryostat for extended periods with the tissue exposed to air, it is highly recommended to section 50–100 μm into the block prior to taking the 25 μm section.

2.5. Melt the section onto the tile in one of the two ways described below:

   2.5.1. **OPTION 1:** For precise placement of the region of interest.

      2.5.1.1. Place the Trekker tile slide in the cryostat to chill for 1 minute.

      2.5.1.2. Place the chilled Trekker tile slide on the cutting stage and arrange the tissue section on top of the tile using a brush. Make sure that the region of interest is positioned directly over the tile.

      2.5.1.3. With the tile and tissue section facing up, melt the tissue section onto the tile by moving the tile off the cryostat stage, and GENTLY placing a finger on the bottom of the slide glass, as shown in the example below. To avoid curling of the tissue, start from one side and slowly move your finger across the region rather than warming it from the center. A small brush can be used to hold the other end of the tissue flat during the initial melting from one end.



   2.5.2. **OPTION 2:** For quick placement of the region of interest.

      2.5.2.1. Hold a **room temperature** tile in the tile holder with the tile facing down. Hover the tile over the region of interest. Keeping the tile horizontal, gently lower the tile to bring it into contact with the tissue section. The tissue section should melt onto the tile immediately.



For Research Use Only. Not for use in diagnostic procedures.
© 2024 Curio Bioscience, Inc. All rights reserved.
Doc. No. CB-000764-UG v1.3 | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION    CURIO00002462



 **IMPORTANT**: Once the tissue section has been melted onto the tile, do not place the tile back into the cryostat. Do not allow the tissue to refreeze as it may cause difficulties in dissociating the tissue section from the tile in later steps.

 **IMPORTANT**: Minimize the time between tissue sectioning, melting and applying the UV cleavage buffer to prevent tissue drying. Drying of the tissue prior to or after melting the section on the tile may cause the tissue to be harder to dissociate from the tile.

2.6.   If the tile masking sticker was used, peel off the sticker.

2.7.   Use tweezers to remove the tile from the clear adhesive and **immediately** place it in a well of 12-well plate on ice.

2.8.   **Immediately** pipette 30 µL of **UV Cleavage Buffer** from step 1.6 onto the tile, making sure the entire tissue is covered in buffer. Tilt the tile to spread the buffer if it does not cover the entire tissue section.

2.9.   Remove the remaining block of tissue from the cryostat and store it at –80°C.

TIP: Cover the exposed tissue with a drop of O.C.T. compound and freeze prior to storage to prevent desiccation of the tissue.

## 3.   UV cleavage and tissue dissociation from tile

 **IMPORTANT**: wear protective UV glasses when working with the UV lamp

3.1.   Remove the plate lid and place the UV lamp and stand 1-2 cm directly above the tile that is on ice.

   

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

16

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION          CURIO00002463

3.2.  Make sure the UV meter is set to max current limit (1.2 A) and power as shown above.

3.3.  Turn on the UV lamp by flipping the switch to the left (cw) and set a timer for 60 seconds while keeping everything on ice.

3.4.  After 60 seconds, turn off the UV lamp and incubate the tile on ice for 7.5 minutes.

3.5.  During incubation, for each sample, take out a Curio Seeker 10x10 Reaction Chamber and fill chambers 1 and 2 each with 400 µL of cold **Nuclei Wash Buffer** (without BSA or RNase inhibitor) and keep on ice.

3.6.  After the 7.5 minutes of incubation, carefully pick the tile up with tweezers by the corner of the tile without touching the beads and place it in chamber 1 containing cold Nuclei Wash Buffer. Wait 5 seconds.

3.7.  Carefully remove the tile from chamber 1 with tweezers and place it in chamber 2 with cold Nuclei Wash Buffer. Wait 5 seconds.

3.8.  Carefully remove the tile from chamber 2 and place it in a new well in the 12-well plate on ice.

3.9.  Dispense 200 µL of **Buffer A** from step 1.7, aiming at the tissue. Repeat this 4 more times for a total of 1 mL. With each dispensing, aim at different parts of the tile to detach entire tissue from the tile.

3.10.  Set a P200 pipette to 150 µL and continue to dissociate the tissue from the tile by aspirating the buffer from the side of the well and dispensing it onto the regions of tile covered by tissue, keeping the plate on ice as much as possible.

    3.10.1.  For tissues that detach from the tile easily in large pieces, ensure that all of the tissue is sufficiently removed, and proceed directly to step 3.13.

3.11.  Pipette 20-25 times.

3.12.  If any tissue remains, pipette another 20-25 times, aiming at those regions that still contain tissue.

> **TIP:** To preserve nuclei health and quality, try to complete the dissociation steps performed in the **Buffer A** in under 10 minutes and keep the plate on ice as much as possible.
> **TIP**: Having a solid background (ex: the back of the tile holder) under the plate may help with tissue visualization on tile during dissociation.

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                    CURIO00002464

3.13.   When all of the tissue has been removed from the tile, use tweezers to transfer the tile to an empty well, being very careful to not scratch the tile. **Bead contamination can cause issues in downstream single nuclei capture.** See below for an example of a tile post-dissociation. Note that some blue patches may still be visible due to stained beads.



 **IMPORTANT**: If a significant amount of beads is coming off of the tile (e.g. large patches covering ¼ of the tile or more) during the dissociation process, **do not** proceed. Take a picture of the tile(s) and email it to technical support (techsupport@curiobioscience.com).

## 4.  Nuclei dissociation

4.1.    Use a P1000 pipette to mechanically dissociate nuclei.

   4.1.1.    Tilt the plate slightly and place pipette tip against the bottom edge of the well and pipette up and down gently 20-25 times (try to avoid generating excessive bubbles in the process).

   4.1.2.    Wait ~1 minute and repeat the trituration.

   4.1.3.    repeat steps 4.1.1 and 4.1.2 twice for a total of 3 rounds of trituration.

4.2.    Briefly check the plate under the microscope to confirm the nuclei suspension consists mostly of single nuclei. If tissue chunks remain, repeat step 4.1 until the sample is well dissociated.

4.3.    Add 1 mL of **Buffer B** from step 1.8 to the nuclei suspension.

4.4.    Pipette mix 5 times and transfer 1 mL each into two 1.5mL Eppendorf Tubes.

4.5.    Wash the well with 1 mL of **Buffer B** from step 1.8.

4.6.    Split the volume evenly between the 2 tubes from step 4.3.

4.7.    Spin the tubes down in the pre-chilled centrifuge with swing buckets set to 4°C at 500 x *g* for 5 minutes.

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                    CURIO00002465

**CURIO TREKKER**



4.8.   Carefully remove the tubes from the centrifuge and immediately place it on ice.

4.9.   Use a P1000 pipette to remove the supernatant from both tubes, being careful not to disturb the pellet. The pellet may not be visible to the eye. You may leave behind 30-50 µL of buffer.

4.10.   Resuspend 1 tube in 900 µL of **Buffer B** from step 1.8.

4.11.   Transfer the contents to the 2nd tube and to combine the nuclei.

4.12.   Pipette mix gently 10 times and filter the nuclei suspension through a pre-chilled pluriStrainer Mini 20 µm cell strainer into a new 1.5mL tube.

4.13.   **Skip to section 5 if performing 10x Multiome assay downstream.**

4.14.   Centrifuge the sample at 500 x $g$ for 5 minutes at 4ºC.

4.15.   Carefully remove the tube from the centrifuge and immediately place it on ice.

4.16.   Remove all but ~50 µL of buffer.

4.17.   Gently pipette mix the nuclei suspension and proceed to nuclei counting. It is recommended to dilute a small aliquot of your sample in **Buffer B** from step 1.8 for counting.

4.18.   Count nuclei with AO/PI or Ethidium Homodimer-1 and dilute the nuclei to the desired concentration based on the guidelines for your single-cell platform of choice.

>   **TIP**: Counting with a fluorescent automated counter or microscope is strongly recommended. The use of Trypan Blue can lead to overestimated nuclei counts.

4.19.   Proceed immediately to single-nuclei capture. Follow the appropriate protocol in section 6 for single-nucleus RNA-seq.

## 5.   Buffer exchange for 10x Multiome

5.1.   Determine the nuclei concentration and yield with AO/PI or Ethidium Homodimer-1

>   **TIP**: Counting with a fluorescent automated counter or microscope is strongly recommended and the use of Trypan Blue can lead to overestimated nuclei counts.

5.2.   Centrifuge the sample from step 4.12 at 500 x $g$ for 5 minutes at 4ºC.

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3  | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

CURIO00002466



5.3. Add RNase inhibitor to the **Diluted Nuclei Buffer** prepared in step 1.9 following the table below and store on ice:

| Component | Per sample (µL) |
| --- | --- |
| Diluted Nuclei Buffer | 58.5 |
| RNase Inhibitor | 1.5 |
| Total | 60 |

5.4. Remove supernatant without disrupting the nuclei pellet.

5.5. Based on the cell concentration at step 5.1 and assuming ~50% nuclei loss during cell lysis, resuspend in the appropriate volume of chilled **Diluted Nuclei Buffer** with RNase inhibitor and keep on ice. See Nuclei Stock Concentration Table and Example Calculation in the 10X User Guide (CG000338_ChromiumNextGEM_Multiome_ATAC_GEX_User_Guide_RevF, page 29).

5.6. Proceed immediately to single-nuclei capture. Follow the appropriate protocol in section 6 for single-nucleus RNA-seq.

## 6.   **Compatible single-cell assays**

| Single-cell assay | Protocol |
| --- | --- |
| 10x Chromium 3' (v3.1 and v4) | Curio Trekker Library Preparation with 10x Chromium 3' Reagent Kits (CB-000765-UG) |
| BD Rhapsody WTA | Curio Trekker Library Preparation with BD Rhapsody WTA kits (CB-000766-UG) |
| 10x Chromium multiome | Curio Trekker library preparation with 10x Multiome Kits (CB-000767-UG) |
| Fluent | Contact technical support for more information |

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3  | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                    CURIO00002467



# Troubleshooting

| Issue | Likely reasons | Solution |
|-------|----------------|----------|
| Tissue section curling during melting step | Tissue section not flat | Use a small brush to flatten the tissue section prior to melting it onto the tile. For melting, start from one edge of the tissue and slowly move across the entire tissue until the entire section has been melted onto the tile. Use a brush to hold the section flat if the section begins to curl during melting. |
| Difficulty placing tissue section on tile due to static charge | Static charge | 1. Ground yourself before sectioning.<br>2. Change to a new pair of gloves.<br>3. Wipe the back of the clear adhesive with 100% ethanol. Allow 15-20 seconds to dry before placing it in the cryostat.<br>4. Regularly clean the entire cryostat chamber with 100% ethanol to reduce charge.<br>5. Place a small piece of a dryer sheet in the corner of the cryostat. |

For Research Use Only. Not for use in diagnostic procedures.

© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                    CURIO00002468

Case 1:23-cv-01375-MN    Document 293    Filed 02/09/26    Page 279 of 300 PageID #: 12939

| Difficulty dissociating tissue off of the tile | Tissue was refrozen | Ensure the tissue on tile is moved immediately to the 12-well plate on ice after melting the tissue. |
|---|---|---|
| Beads coming off of the tile during dissociation | User did not immediately cover UV cleavage buffer to tile after melting tissue | It is not recommended to proceed with the sample as significant bead contamination would cause clogging during single nucleus capture and increase background noise. Contact technical support for more information. |
| | Tile was scratched during dissociation | Proceed if beads are <10% of the final single nuclei suspension. |

For Research Use Only. Not for use in diagnostic procedures.
© 2024 Curio Bioscience, Inc. All rights reserved.

Doc. No. CB-000764-UG v1.3 | May 2024

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                CURIO00002469



For Research Use Only.
Not for use in diagnostic procedures.
Document Number CB-000764-UG v1.3

Legal Notices

© 2024 Curio Bioscience, Inc. (Curio Bioscience). All rights reserved. Display, reproduction, distribution, or creation of derivative works of all or any portion of this document without the express written consent of Curio Bioscience, is strictly forbidden.

All products and services described herein are intended FOR RESEARCH USE ONLY and NOT FOR HUMAN USE OR USE IN DIAGNOSTIC PROCEDURES.

You are solely responsible for complying with all laws, rules, and regulations applicable to the products and methods described herein and for reviewing any safety data sheets and complying with all recommended safety precautions related to any product, equipment, or methods described herein. Curio Biosciences disclaims all liability for your failure to comply with any applicable law, rule, regulation, or safety precaution.

NOTHING CONTAINED HEREIN SHALL CONSTITUTE ANY WARRANTY, EXPRESS OR IMPLIED, AS TO THE PERFORMANCE OF ANY PRODUCTS DESCRIBED HEREIN. Any and all warranties applicable to any products are set forth in the applicable terms and conditions of sale accompanying the purchase of such product early access agreement accompanying the acquisition of such products. Curio Bioscience provides no warranty and hereby disclaims any and all warranties as to the use of any third-party products or protocols described herein, and you use these products and protocols may be subject to restrictions imposed by those third parties. The use of products and methods described herein is subject to certain restrictions as set forth in the applicable terms and conditions of sale accompanying the purchase of such products or early access agreement accompanying the acquisition of such products, and/or other terms that have been agreed to in writing between Curio Bioscience and user.

Permission to use Curio Bioscience's marks is NOT granted by this document. This documentation may refer to the products or services offered by third parties by their brand name or company name solely for clarity, and Curio Bioscience does not claim any rights in those third party marks or names. Further any such reference should not be interpreted as an endorsement of any third party by Curio Bioscience, nor an endorsement of Curio Bioscience by a third party.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION                    CURIO00002470

# Exhibit L

# Exhibit M




# Curio Bioscience Launches Early Access to Broad-Developed Method Marrying Single-Cell, Spatial Data

Mar 13, 2024 | Andrew P. Han

 **Premium**       **Save for later**

NEW YORK – Curio Bioscience said Tuesday that it is launching a new product based on Slide-tags, a method developed by researchers at the Broad Institute that adds spatial context to single-cell, whole-transcriptome sequencing studies.

Curio has licensed the technology from the Broad and will be offering it as Curio Trekker. A paper describing Slide-tags, which was developed in the Broad labs of Fei Chen and Evan Macosko, both cofounders of Curio, was published in *Nature* in December.

"Curio Trekker is the world's first product that converts single-cell genomics data into single-cell spatial data, enabling a new era of scientific discovery that is simply not possible with today's standard single-cell sequencing workflows," Christina Fan, Curio cofounder and chief technology officer, said in a statement. "By enabling researchers to routinely and easily capture the spatial context of cell populations, Curio is putting a very accessible and powerful new tool in the hands of researchers to advance discovery research in a way that is very exciting for cancer biology, neuroscience, developmental sciences, and beyond. We believe that Curio Trekker will be transformative to the single-cell market, as it delivers true single-cell spatial resolution to scientists, regardless of organism or tissue type."

Curio has tweaked the workflow to make it shorter — approximately one hour in addition to whatever single-cell sequencing protocol one wishes to follow — and more robust, Chief Commercial Officer Neil Kennedy said. The firm has also made it easier to process multiple samples and improved tissue visualization.

"It's the missing intersection between existing technologies," said Brian Kalish, a clinician scientist at Canada's Hospital for Sick Children, who has joined the Trekker early-access program to help better study neurogenesis during the course of pregnancy. "You're able to ascertain the true spatial location of cells while using a droplet approach to ensure you get single-cell transcriptomes."

He joins labs at Weill Cornell Medicine and the University of Edinburgh, among other early-access customers. Curio is looking to add early-access partners but did not say how many.

"The product configuration for the initial early-access release is a 10 mm by 10 mm tile," Kennedy said. "Customers who generate standard single-cell genomics data today will be able to convert that data into spatial for a couple thousand dollars per sample."

Trekker joins Curio's Seeker product, the commercialized version of Chen and Macosko's Slide-seq spatial transcriptomics method. It builds on Slide-seq and Curio Seeker, using the same concepts of a

barcoded array of oligos that interacts with tissue sections. As with Seeker, Trekker will use square tiles rather than the circular "pucks" used in Chen and Macosko's methods.

But rather than capturing RNA from cells onto a barcoded array, Trekker's chemistry releases a barcode into the cells on a tissue slide, which are subsequently processed for single-nucleus sequencing.

"Single-cell sequencing has been an incredibly impactful technology for profiling cell populations, but the research community has been eager to understand how cells of interest are organized spatially, so we set out to develop a method that delivers this," Macosko said in a statement. "Curio Trekker is the culmination of this work and provides the spatial context that single-cell researchers are lacking today in a readily accessible format. Curio Bioscience has made it as easy to use as simply plugging it right into existing single cell-based workflows."

Kalish said his lab has used both single-cell and spatial technologies to try and understand the tissue context in which new neurons are born in a pregnant person's brain. Among the spatial methods he has used are 10x Genomics' Xenium *in situ* analysis platform and MERFISH (multiplex, error-resistant fluorescence *in situ* hybridization), the method that Vizgen is commercializing as Merscope.

These imaging-based methods have their strengths but don't necessarily provide true single-cell gene expression data, as they often rely on cell segmentation algorithms to draw artificial boundaries around detected transcripts.

For his lab, Curio's Trekker represents a "simple and cost-effective addition" to droplet-based single-cell sequencing methods. "Not only do you get a single-cell transcriptome, but you also gain the spatial location of those cells," he said. That location is "a relative position of that cell in the context of all the other cells captured on a tissue plane." In other words, a sort of map.

"You have the coordinates of any cells captured on that map and then you can infer the position of any transcriptome onto that location, relative to others," he added.

The early-access experience "has been very tailored and hand-held," Kalish said. Curio has provided his lab a detailed protocol and helped with experimental design. They've even sent scientists to the lab to help with the initial sample preparation. His lab has finished the wet work and is now working on QC, sequencing, and data analysis. "It has been an extremely positive collaborative effort," he said.

"So far, the experience has exceeded all of our expectations," Margaux Kenwood, Shane Johnson, and Devin Rocks — postdocs in Conor Liston's lab at Weill Cornell — said in an email. "Compared to spot-based methods, Trekker affords discrete single-nucleus resolution without the need for deconvolution and without the problem of dealing with incomplete cells in spots. Compared to imaging-based *in situ* methods, we have found that the Trekker workflow is remarkably easy to implement, and gene detection isn't restrained by probe design. Because of the high spatial resolution of Curio's platform, we are able to further refine our molecular understanding of the biological basis for interventions that treat severe depression."

Kalish noted that Trekker is not necessarily the best method for every study. "If you're hoping to look for focused validation of a specific target in a particular population, this may not be your approach," he said. Data can be "relatively sparse," he said, unless one captures and sequences many, many cells. "I think it's more amenable as a discovery platform or as an addition to droplet-based [single-cell sequencing] methods."

"As with most single-cell technologies, it can be challenging to maximize the yield of protocols, both with respect to the number of nuclei collected and the RNA content of those nuclei," the Liston lab

postdocs wrote. "We've been working with Curio's team to optimize our implementation of their protocol, so we can get as much information as possible for our spatial transcriptomic studies."

Curio is now taking pre-orders for the first commercial kits that are compatible with fresh frozen tissue sections. Curio plans to add the ability to process formalin-fixed paraffin-embedded (FFPE) samples in the second half of 2024.

Curio's Kennedy noted that in addition to direct sales in the US and parts of Europe, the firm has added distribution agreements covering Belgium, the Netherlands, and Luxembourg, as well as Italy, Spain, and Japan.



Filed Under   ✚ Business News   ✚ Sample Preparation   ✚ Sequencing

✚ Gene Expression & RNA Sequencing   ✚ North America   ✚ licensing agreement

✚ Spatial Biology   ✚ single-cell gene expression analysis   ✚ single-cell sequencing

✚ Weill Cornell   ✚ Hospital for Sick Children   ✚ single-cell genomics   ✚ product launch

Privacy Policy.  Terms & Conditions.  Copyright © 2024 GenomeWeb, a business unit of Crain Communications.  All Rights Reserved.

CURIO00037634

# Exhibit N

**PRODUCT NOTE**

**CURIO**
BIOSCIENCE

# Curio Trekker Single-Cell Spatial Mapping Kit

Delivering *true* single-cell spatial omics

While single-cell genomics has greatly advanced our understanding of how cells function in tissues and organs, the missing component is where cells are organized in their natural spatial context.

The Curio Trekker Single-Cell Spatial Mapping Kit elevates single-cell research by transforming standard single-cell genomics data into spatial data. Curio Trekker works by tagging each nucleus within its native tissue environment with unique spatial barcodes. These spatial barcodes are read using next-generation sequencing (NGS), allowing each nucleus to be bioinformatically positioned in its spatial coordinates. The result is a spatial map with true single-cell resolution, without the use of complex instrumentation, cell-type deconvolution, or cell segmentation.

Designed as a simple reagent kit, Curio Trekker integrates seamlessly with existing single-cell sequencing workflows and preserves the high molecular sensitivity of single-cell data. Moreover, Curio Trekker extends beyond spatial transcriptomics to other omic assays, broadening the scope of spatial analysis.


**UMAP to spatial map**

One-of-a-kind spatial solution designed specifically for single-cell data


**True single-cell spatial resolution**

Single-cell resolution every time—no deconvolution, no segmentation, no complex algorithms


**Versatility**

Fits in front of any single-cell sequencing workflow


**Simplicity**

Simple 1-hour workflow with no specialized instrumentation


**Same single-cell data**

Preserve the quality and sensitivity of single-cell data


**Beyond spatial transcriptome**

Venture into spatial single-cell multi-ome analysis

**Spatialize** your single-cell data today

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION          CURIO00064830

## Transform a single-cell UMAP to a spatial map



**Spatial mapping of nuclei from an adult mouse brain.** 27,275 nuclei from a 25 μm tissue section of an adult mouse brain were spatially positioned using a 10 mm x 10 mm Curio Trekker tile. Each dot in the UMAP (**top left**) represents a single nucleus, with a 1:1 correspondence to the spatial map (**top right**), where dots are color-coded by gene expression patterns from snRNA-seq data. Specific features of the brain section and known cell types are highlighted (**bottom right**). The top differentially expressed genes for each cortical layer, as measured by snRNA-seq, are shown (**bottom left**).

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION          CURIO00064831

## Generate high-density nuclei spatial map while preserving single-cell data quality



**Spatial mapping of nuclei from an embryonic day 11 (E11) mouse embryo using the Curio Trekker workflow.** 57,545 nuclei from a 25 μm tissue section of an E11 mouse embryo were spatially positioned using a 10 mm x 10 mm Curio Trekker tile. (**A**) Spatial map of the positioned nuclei. Each dot represents a single nucleus. (**B**) H&E-stained image of an adjacent tissue section demonstrates high concordance, underscoring the accuracy of spatial feature preservation by Curio Trekker (**C**) Trekker spatial data aligned with the adjacent H&E image using STalign. (**D**) UMAP with 1:1 correspondence to each dot in the spatial map. Nuclei are color-coded based on gene expression patterns derived from snRNA-seq data. (**E**) Spatial expression patterns of *Gm3764, Rtn1, Cpox, Ddm3os,* and *Gata3* overlaid with the H&E image in B.

## Seamless integration with single-cell sequencing workflow



The core of the Trekker technology lies in its spatially barcoded surface, composed of a monolayer of 10 μm beads. A 25 μm frozen tissue section is placed onto this barcoded substrate. Upon exposure to UV light, oligonucleotides carrying spatial barcodes are cleaved from the beads and attach to the nuclei in their vicinity. The tissue is then dissociated from the substrate, and the nuclei are isolated. Single-nucleus RNA sequencing (snRNA-seq) is performed on these isolated nuclei containing spatial barcode oligos. Spatial barcode oligos are captured and amplified along-side cellular RNA. For each sample, two sequencing libraries are generated—one for gene expression data and another for spatial barcodes. A custom bioinformatics pipeline is used to map the position of each nucleus based on the spatial barcodes it contains. The Trekker protocol takes just one hour before integrating with standard snRNA-seq workflows.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY INFORMATION

CURIO00064832

## Product features

| | |
|---|---|
| Spatial resolution | True single-cell |
| Sample type | Fresh frozen tissues |
| Tile Size | 10 mm x 10 mm |
| Specialized capital equipment | None required |
| Required auxiliary equipment | Cryostat, single-cell sequencing platform, NGS sequencer |
| Workflow duration | 1 hour upstream of single-cell workflow |
| Sensitivity | Same as the molecule capture sensitivity of the single-cell workflow of choice |

## Single-cell workflow compatibility

**Supported**
- 10x Chromium™ 3' RNA v3.1, v4
- BD Rhapsody™ WTA

**User Demonstrated**
- Parse Evercode™ WT
- Fluent PIPseq™ V
- 10x Chromium™ Multiome ATAC + Gene Expression
- ScaleBio™ Single-Cell RNA Kit

| Product Name | Part Number |
|---|---|
| Trekker U 10x10 Bundle (4 Tiles) | SK017 |
| Trekker Starter Kit (UV Lamp and Accessories) | K011 |
| Trekker 10x10 Training Kit Bundle (2 Tiles) | SK020 |



For research use only.
Not for use in diagnostic procdedures.
©2024 Curio Biosciences, Inc.
All rights reserved. Doc N° CB 000989 MM

CURIO00064833

# Exhibit O

# Exhibit P