IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 23-1375 (MN) |
| CURIO BIOSCIENCES, INC., TAKARA BIO USA, INC., AND TAKARA BIO USA HOLDINGS, INC. | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

At Wilmington, this 15th day of April 2026;

WHEREAS, on March 13, 2026, Defendants Curio Bioscience, Inc.; Takara Bio USA, Inc.; and Takara Bio USA Holdings, Inc. (collectively, "Defendants") filed a Motion for Clarification of Claim Construction ("the Motion"), asking this Court to clarify the meaning of "high" in the Court's construction of the terms "binding agent," "capture agent," and "capture probe"[1] and in the terms "a first sequence that specifically binds the nucleic acid,"; "a first sequence that binds the nucleic acid,"; "a target-binding domain," and "the target nucleic acid binding domain,"[2] (collectively, "the Specific Binding Terms"). (D.I. 299).

---

[1]    At the August 27, 2025 *Markman* hearing, the Court construed these terms as their plain and ordinary meaning, which is "an agent that binds to a biological molecule of interest with high affinity and/or complementarity." (D.I. 225 at 100:22–25).

[2]    At the August 27, 2025 *Markman* hearing, the Court construed these terms as their plain and ordinary meaning, which is "an order of nucleotides that binds the nucleic acid/target/target nucleic acid with high affinity and/or complementarity." (D.I. 225 at 100:25–101:3).

WHEREAS, the Court has reviewed the Motion, the parties' respective briefing and the exhibits submitted therewith (D.I. 300, 301, 308, 309, 316, 317);

WHEREAS, at claim construction Defendants advanced a definition for the Specific Binding Terms that would have defined them by reference to relative binding amount of target and off-target molecules (D.I. 194 at 40–41);[3]

WHEREAS, at the claim construction hearing, the Court rejected Defendants' argument (D.I. 225 at 97:10–101:3);

WHEREAS, in the Motion Defendants say there is a dispute about whether the term "high" in the Court's construction requires binding target molecules "with greater affinity and/or complementarity than off-target molecules," i.e., whether "high" is measured by reference to relative binding amount of target and off-target molecules (D.I. 300 at 2);

WHEREAS, the Court agrees with Plaintiffs 10x Genomics, Inc. and Prognosys Biosciences, Inc. that the Motion largely rehashes arguments the Court rejected during claim construction; and

WHEREAS, the Court further agrees with Plaintiffs that the remaining dispute between the parties is a question of fact regarding infringement and not one of claim construction.

THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion for Clarification of Claim Construction (D.I. 299) is **DENIED**.

The Honorable Maryellen Noreika
United States District Judge

---

[3]  (D.I. 194 (Joint Claim Construction Brief) at 40–41 (defining "specifically bind" as "the agent binds to its particular target biological molecule of interest ***but does not bind in a significant amount to other biological molecules present in a sample***") (emphasis added)).