IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> *Plaintiffs*, <br><br> *v.* <br><br> CURIO BIOSCIENCE, INC., TAKARA BIO USA, INC., and TAKARA BIO USA HOLDINGS, INC. <br><br> *Defendants*. | C.A. No. 23-1375-MN |

## **STIPULATION & [PROPOSED] ORDER STAYING CASE**

WHEREAS, the parties have reached an agreement in principle for the voluntary resolution of this case; and

WHEREAS, the parties believe that, in these circumstances, efforts to finalize a voluntary resolution of this litigation would be a more productive use of their resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that:

1. All pending deadlines, including but not limited to the pre-trial conference and trial, are vacated.

2. Within 30 days of the date of this order, the parties shall file either a stipulation of dismissal or a joint status report.

Dated: May 8, 2026

/s/ Jason J. Rawnsley
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
Gabriela Z. Monasterio (#7240)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com
monasterio@rlf.com

Matthew Powers
Paul Ehrlich
Stefani Smith
Li Shen
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065
Tel: (650) 802-6000
10x_Curio_Service@tensegritylawgroup.com

Azra M. Hadzimehmedovic
Ronald J. Pabis
Daniel Kazhdan
Kiley White
Grace Gretes
TENSEGRITY LAW GROUP LLP
1676 International Drive
Suite 910
McLean, VA 22102
Tel: (650) 802-6000
10x_Curio_Service@tensegritylawgroup.com

*Attorneys for Plaintiffs 10x Genomics, Inc. and
Prognosys Biosciences, Inc.*

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Kevin B. Collins
Jeffrey B. Elikan
Eric R. Sonnenschein
Douglas A. Behrens
Andrew D. Lazerow
Matthew Kudzin
Priscilla Dodson
Allyson Corigliano
Adam Smith
Robert T. McMullen
Laura M. Hamill
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000
Cov-Curio-10x@cov.com

Madison Arent
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
Cov-Curio-10x@cov.com

Ian M. Hurst
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Cov-Curio-10x@cov.com

2

Yiye Fu
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

*Attorneys for Defendants Curio Bioscience, Inc., Takara Bio USA, Inc., and Takara Bio USA Holdings, Inc.*

IT IS SO ORDERED this _____ day of _____, 2026.

_____

The Honorable Maryellen Noreika

3