## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> *Plaintiffs*, <br><br> *v.* <br><br> CURIO BIOSCIENCE, INC., TAKARA BIO USA, INC., and TAKARA BIO USA HOLDINGS, INC. <br><br> *Defendants*. | C.A. No. 23-1375-MN |

### STIPULATION OF DISMISSAL

PURSUANT TO Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiffs, 10x Genomics, Inc. and Prognosys Biosciences, Inc., and defendants, Curio Bioscience, Inc., Takara Bio USA, Inc., and Takara Bio USA Holdings, Inc., hereby stipulate and agree to dismiss this action, including any and all claims and counterclaims asserted in this action, WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 18, 2026

| | |
|---|---|
| */s/ Jason J. Rawnsley* | */s/ Brian E. Farnan* |
| Frederick L. Cottrell, III (#2555) | Brian E. Farnan (Bar No. 4089) |
| Jason J. Rawnsley (#5379) | Michael J. Farnan (Bar No. 5165) |
| Alexandra M. Ewing (#6407) | FARNAN LLP |
| Gabriela Z. Monasterio (#7240) | 919 N. Market Str., 12th Floor |
| RICHARDS, LAYTON & FINGER, P.A. | Wilmington, DE 19801 |
| 920 North King Street | Tel: (302) 777-0300 |
| Wilmington, DE 19801 | bfarnan@farnanlaw.com |
| (302) 651-7700 | mfarnan@farnanlaw.com |
| cottrell@rlf.com | |
| rawnsley@rlf.com | |
| ewing@rlf.com | |
| monasterio@rlf.com | |

Matthew Powers
Paul Ehrlich
Stefani Smith
Li Shen
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065
Tel: (650) 802-6000
10x_Curio_Service@tensegritylawgroup.com


Azra M. Hadzimehmedovic
Ronald J. Pabis
Daniel Kazhdan
Kiley White
Grace Gretes
TENSEGRITY LAW GROUP LLP
1676 International Drive
Suite 910
McLean, VA 22102
Tel: (650) 802-6000
10x_Curio_Service@tensegritylawgroup.com

*Attorneys for Plaintiffs 10x Genomics, Inc. and Prognosys Biosciences, Inc.*

Kevin B. Collins
Jeffrey B. Elikan
Eric R. Sonnenschein
Douglas A. Behrens
Priscilla Dodson
Laura M. Hamill
Robert T. McMullen
Allyson Corigliano
Adam Smith
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000
Cov-Curio-10x@cov.com


Ian M. Hurst
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Cov-Curio-10x@cov.com


Yiye Fu
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

*Attorneys for Defendants Curio Bioscience, Inc., Takara Bio USA, Inc., and Takara Bio USA Holdings, Inc.*

IT IS SO ORDERED this 22nd day of June 2026.

_____
The Honorable Maryellen Noreika
United States District Judge

2